**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 4th day of February, 2005, copies of the following document, **LML PATENT CORP.'S OBJECTIONS AND RESPONSES TO TELECHECK SERVICES, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 80-90)**, were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801


Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

**VIA EMAIL**

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
Facsmile: (310) 743-1189


Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
Facsimile:  (213) 430-6407

**VIA EMAIL & HAND DELIVERY**

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Dated:  March 4, 2005　　　　　　　　　　　　　*/s/ Richard K. Herrmann*
　　　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS &
　　　　　　　　　　　　　　　　　　　　　　　WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　LML PATENT CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801  

Additionally, I hereby certify that on the 4th day of March, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045  

Mark C. Scarsi, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

    */s/ Richard K. Herrmann*  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  

Attorneys for Plaintiff  
LML PATENT CORP.