IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>    Defendants. | C.A. 04-858 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 4, 2005, a true and correct copy of TeleCheck's Response To Plaintiff's Third Set Of Document Requests (Nos. 155-260) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-4226

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

| | |
|---|---|
| **BY HAND DELIVERY**<br>Collins J. Seitz, Jr., Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | **BY EMAIL AND FIRST CLASS MAIL**<br>Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 |

Dated: March 4, 2005

FISH & RICHARDSON P.C.

By: /s/ Tara D. Elliott
William J. Marsden, Jr. (marsden@fr.com)
Timothy Devlin (tdevlin@fr.com)
Tara D. Elliott (Elliott@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Attorneys for Defendant
Telecheck Services, Inc.

80020805.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Richard K. Herrmann
    Mary B. Matterer, Esq.
    Morris James Hitchens & Williams
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801-4226

    Richard D. Kirk, Esq.
    The Bayard Firm
    222 Delaware Avenue, 9th Floor
    Wilmington, DE 19899

    Collins J. Seitz, Jr., Esq.
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801

    I hereby certify that on March 4, 2005, I have mailed by the United States Postal Service and electronic mail, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

    /s/ Tara D. Elliott
    Tara D. Elliott