IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC., and<br>NOVA INFORMATION SYSTEMS, INC.,<br><br>　　　　Defendants. | Civil Action No. 04-858-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 10, 2005, copies of **DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES** were served on the following counsel in the manner shown:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899-2306 | Attorneys for Plaintiff<br>LML Patent Corp. |
| **VIA EMAIL AND U.S. MAIL**<br>Russell Levine, Esq.<br>Christian C. Taylor, Esq.<br>Kirkland & Ellis (Chicago)<br>200 East Randolph Drive<br>Chicago, IL 60601 | Attorneys for Plaintiff<br>LML Patent Corp. |

574437v1

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Collins J. Seitz, Jr., Esq.<br>Francis di Giovanni, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA EMAIL AND U.S. MAIL**<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA HAND DELIVERY**<br>William J. Marsden, Jr., Esq.<br>Timothy Devlin, Esq.<br>Tara D. Elliott, Esq.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899 | Attorney for Defendant<br>TeleCheck Services, Inc. |

March 10, 2005

THE BAYARD FIRM

_/s/ Richard D. Kirk_

Richard D. Kirk (Bar No. 922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 10, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and first class mail to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Soo Choi, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

/s/ Richard D. Kirk
Richard D. Kirk (#922)

578216v1