**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., and | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 10th day of March, 2005, copies of the following

documents,

**(1)     LML PATENT CORP.'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO TELECHECK SERVICES, INC.'S INTERROGATORY NOS. 1 AND 2;**

**(2)     LML PATENT CORP.'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO XPRESSCHEX, INC.'S INTERROGATORY NOS. 1 AND 2;**

**(3)     LML PATENT CORP.'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO NOVA INFORMATION SYSTEMS, INC.'S INTERROGATORY NOS. 1 AND 2;**

**(4)     LML PATENT CORP.'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO ELECTRONIC CLEARING HOUSE, INC.'S INTERROGATORY NOS. 1, 2 AND 11**

were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**        **VIA EMAIL**

Collins J. Seitz, Jr., Esq.            Robert Jacobs, Esq.
Francis DiGiovanni, Esq.               Mark B. Mizrahi, Esq.
Conolly Bove Lodge & Hutz LLP          Belasco Jacobs & Townsley, LLP
The Nemours Building                   Howard Hughes Center
1007 North Orange Street               6100 Center Drive, Suite 630
Wilmington, DE  19801                  Los Angeles, CA  90045
                                       Facsmile: (310) 743-1189

Richard D. Kirk, Esq.                  Mark C. Scarsi, Esq.
The Bayard Firm                        O'Melveny & Myers LLP
222 Delaware Avenue, 9th Floor         400 South Hope Street
Wilmington, DE  19801                  Los Angeles, CA  90071
                                       Facsimile:  (213) 430-6407

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801


Dated:  March 10, 2005                        */s/ Richard K. Herrmann*
                                       Richard K. Herrmann (#405)
                                       Mary B. Matterer (#2696)
                                       MORRIS, JAMES, HITCHENS &
                                       WILLIAMS LLP
                                       222 Delaware Avenue, 10th Floor
                                       Wilmington, Delaware 19801
                                       (302) 888-6800
                                       rherrmann@morrisjames.com
                                       mmatterer@morrisjames.com

                                       Attorneys for Plaintiff
                                       LML PATENT CORP.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of March, 2005, I electronically filed the

foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.                          William J. Marsden, Jr., Esq.
Francis DiGiovanni, Esq.                        Timothy Devlin, Esq.
Connolly Bove Lodge & Hutz LLP        Fish & Richardson, P.C.
1007 North Orange Street                      919 North Market Street, Suite 1100
Wilmington, DE  19801                           Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 10th day of March, 2005, the foregoing

document was served via email on the following non-registered participants:

Robert Jacobs, Esq.                               Mark C. Scarsi, Esq.
Mark B. Mizrahi, Esq.                           O'Melveny & Myers LLP
Belasco Jacobs & Townsley, LLP         400 South Hope Street
Howard Hughes Center                          Los Angeles, CA  90071
6100 Center Drive, Suite 630
Los Angeles, CA  90045


            /s/ Richard K. Herrmann
          Richard K. Herrmann (#405)
          Mary B. Matterer (#2696)
          MORRIS, JAMES, HITCHENS & WILLIAMS LLP
          222 Delaware Avenue, 10th Floor
          Wilmington, Delaware 19801
          (302) 888-6800
          rherrmann@morrisjames.com
          mmatterer@morrisjames.com

          Attorneys for Plaintiff
          LML PATENT CORP.