IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858 SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., AND ) | |
| NOVA INFORMATION SYSTEMS, INC. ) | |
| ) | |
| TeleCheck. | |

**PLAINTIFF'S NOTICE OF DEPOSITION FOR CESAR ESPINOZA**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on April 6, 2005, plaintiff LML Patent Corp. ("LML"), by its counsel, will take the deposition upon oral examination of Cesar Espinoza at the law offices of Kirkland & Ellis, 777 South Figueroa Street, Los Angeles, California 90017.

This examination will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day to day until completed. The examination will be recorded by both stenographic and videographic means.

2

You are invited to attend and cross-examine the witness.

Dated:  March 18, 2005

       /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of March, 2005, I electronically filed the foregoing document, **PLAINTIFF'S NOTICE OF DEPOSITION OF CESAR ESPINOZA**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 18th day of March, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

        */s/ Richard K. Herrmann*
        Richard K. Herrmann (#405)
        Mary B. Matterer (#2696)
        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
        222 Delaware Avenue, 10th Floor
        Wilmington, Delaware 19801
        (302) 888-6800
        rherrmann@morrisjames.com
        mmatterer@morrisjames.com

        Attorneys for Plaintiff
        LML PATENT CORP.