IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858-SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., and ) | |
| NOVA INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

I hereby certify that on March 17, 2005 a true and correct copy of **DEFENDANT ELECTRONIC CLEARING HOUSE, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 6 AND 8); DEFENDANT XPRESSSCHEX, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 6 AND 8); DEFENDANT ELECTRONIC CLEARING HOUSE, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 10-11); AND DEFENDANT XPRESSSCHEX, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTEROGATORIES (NOS. 10-11)** were served upon the following attorneys of record via facsimile and via U.S. Mail.

Jamie H. McDole, Esquire
Kirkland & Ellis LLP
200 East Rudolph Drive
Chicago, IL 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

A true and correct copy of the above named documents was served on March 23, 2005 on the following attorneys of record:

**VIA HAND DELIVERY**
Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

March 23, 2005

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

*Attorneys for Defendants Xpresschex, Inc.
 and Electronic Clearing House, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
(310) 743-1188

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 23, 2005, I electronically filed **NOTICE OF SERVICE OF DEFENDANT ELECTRONIC CLEARING HOUSE, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 6 AND 8); DEFENDANT XPRESSSCHEX, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 6 AND 8); DEFENDANT ELECTRONIC CLEARING HOUSE, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 10-11); AND DEFENDANT XPRESSSCHEX, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 10-11)** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on March 23, 2005, I have mailed by U.S. Postal Service, the documents to the following non-registered participants.

Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 n. Orange Street
Wilmington, Delaware 19801
*Attorneys for Defendants Xpresschex, Inc. and Electronic Clearing House, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
(310) 743-1188

387857_1

2