**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Civil Action No. 04-858 SLR |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC. | ) |
| | ) |
|     Defendants. | ) |

**LML PATENT CORP.'S FIRST NOTICE OF DEPOSITION OF TELECHECK
SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff LML Patent Corporation ("LML"), by its counsel, will take the deposition of Defendant TeleCheck Services, Inc. ("TeleCheck") on April 19, 2005, beginning at 9:00 a.m., at the law offices of Kirkland & Ellis LLP, 200 East Randolph Street, Chicago, Illinois 60601, or at a time and place mutually agreed upon by the parties. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Testimony of the witness(es) will be stenographically recorded and may be videotaped.

TeleCheck shall identify and designate one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter identified in Attachment A. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the person(s) designated by TeleCheck should be prepared to testify as to such matters known or reasonably available to TeleCheck.

TeleCheck is requested to provide LML's counsel, on or before April 12, 2005, a written designation of the names and positions of the officer(s), director(s), managing agent(s) or other person(s) who are most competent to testify concerning the matters set forth in Attachment A, and for each person designated, the matters on which he or she will testify. Notice will be provided to all counsel who are invited to attend and cross-examine.

Dated: March 29, 2005

                                                                        */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorneys for LML Patent Corp.*

**ATTACHMENT A**

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, TeleCheck shall identify, designate, and produce for deposition one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter of the following categories:

1.  TeleCheck's search for and production of documents and things responsive to LML's requests for the production of documents; all locations searched by TeleCheck in collecting such documents; the names, titles and job responsibilities of all individuals from whom TeleCheck requested documents or whose offices TeleCheck searched in collecting such documents; and the date(s) on which TeleCheck searched for such documents, including the date on which the search for such documents began.

2.  All reasons why TeleCheck did not complete its production of documents to LML by March 4, 2005, including but not limited to TeleCheck's need to review all documents a second time for privilege; all vendor errors during the scanning process of TeleCheck's documents that caused a several-week delay in receipt and review of documents produced to LML in the present litigation; and TeleCheck's need to coordinate its production of documents to LML with document production in another case against TeleCheck handled by a different law firm but involving substantially the same set of documents (including the names of the person(s) at each firm involved in such coordination).

3.  The names of the law firms and attorney(s) participating in the second privilege review of TeleCheck's documents as outlined in William Marsden's March 4, 2005 letter to the Court, the number of persons from each such law firm reviewing TeleCheck's production for privilege for the second time, the date each person reviewed such documents, and the number of

hours spent on each such date by each such person reviewing the documents for privilege for the second time.

    4.    The name, address and contact person of the vendor(s) used to scan documents in the present litigation, the date TeleCheck first sent the documents LML inspected in Los Angeles, California on January 19-21, 2005 to any such vendor(s) for scanning, the approximate amount of time such vendor(s) estimated to scan the entire set of such documents, and the rate (by number of boxes per day) such documents were sent to the vendor; all instructions given to TeleCheck's vendor(s) to process such documents; the approximate amount of time such vendor(s) estimated to scan the entire set of documents made available for inspection by TeleCheck to LML in Los Angeles, California on January 19-21, 2005; and the date(s) TeleCheck learned of any vendor errors in the scanning process of TeleCheck's documents for production.

    5.    The date TeleCheck first notified its counsel of record in the present case of the availability of the documents TeleCheck made available for inspection to LML in Los Angeles, California on January 19-21, 2005, and all reasons why TeleCheck did not make such documents available for LML's inspection prior to January 19, 2005.

    6.    The date TeleCheck began reviewing for privilege its production of documents to LML in the present litigation, including the date TeleCheck began reviewing for privilege the documents LML inspected in Los Angeles, California on January 19-21, 2005.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S FIRST NOTICE OF DEPOSITION OF TELECHECK SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Collins J. Seitz, Jr., Esq. | William J. Marsden, Jr., Esq. |
| Francis DiGiovanni, Esq. | Timothy Devlin, Esq. |
| Connolly Bove Lodge & Hutz LLP | Fish & Richardson, P.C. |
| 1007 North Orange Street | 919 North Market Street, Suite 1100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 29th day of March, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Mark C. Scarsi, Esq. |
| Mark B. Mizrahi, Esq. | O'Melveny & Myers LLP |
| Belasco Jacobs & Townsley, LLP | 400 South Hope Street |
| Howard Hughes Center | Los Angeles, CA 90071 |
| 6100 Center Drive, Suite 630 | |
| Los Angeles, CA 90045 | |

          */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for LML PATENT CORP.*