# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 30th day of March, 2005, copies of the following documents,

**(1) LML'S SECOND SET OF INTERROGATORIES TO NOVA INFORMATION SYSTEMS, INC. (NOS. 10-17);**

**(2) LML'S THIRD SET OF INTERROGATORIES TO XPRESSXHEX, INC. (NOS. 12-19);**

**(3) LML'S THIRD SET OF INTERROGATORIES TO ELECTRONIC CLEARING HOUSE, INC. (NOS. 12-19); and**

**(4) LML'S THIRD SET OF INTERROGATORIES TO TELECHECK SERVICES, INC.**

were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801


Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801


William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

**VIA EMAIL**

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
Facsmile: (310) 743-1189


Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
Facsimile:  (213) 430-6407



Dated:  March 30, 2005

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801  

Additionally, I hereby certify that on the 30th day of March, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045  

Mark C. Scarsi, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

        */s/ Richard K. Herrmann*  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  

Attorneys for Plaintiff  
LML PATENT CORP.