**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-858 SLR |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., and ) | |
| NOVA INFORMATION SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |

**LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF TELECHECK
SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff LML Patent Corporation ("LML"), by its counsel, will take the deposition of Defendant TeleCheck Services, Inc. ("TeleCheck") on April 28, 2005, beginning at 9:00 a.m., at the law offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, or at a time and place mutually agreed upon by the parties. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Testimony of the witness(es) will be stenographically recorded and may be videotaped.

TeleCheck shall identify and designate one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter identified in Attachment A. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the person(s) designated by TeleCheck should be prepared to testify as to such matters known or reasonably available to TeleCheck.

TeleCheck is requested to provide LML's counsel, on or before April 21, 2005, a written designation of the names and positions of the officer(s), director(s), managing agent(s) or other person(s) who are most competent to testify concerning the matters set forth in Attachment A, and for each person designated, the matters on which he or she will testify. Notice is herewith provided to all counsel who are invited to attend and cross-examine.

DATED this 15th day of April, 2005

       /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorneys for LML Patent Corp.*

## **ATTACHMENT A**

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, TeleCheck shall identify, designate, and produce for deposition one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter of the following category:

For each author and each recipient of each document listed on TeleCheck's April 5, 2005 privilege log, whether such author and/or recipient is an attorney, and if so, the identity of that attorney's law firm and who that attorney represented at the time the attorney authored or received the document, and if not, the author's and/or recipient's job title and employer at the time such person authored or received the document.

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF TELECHECK SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Collins J. Seitz, Jr., Esq. | William J. Marsden, Jr., Esq. |
| Francis DiGiovanni, Esq. | Timothy Devlin, Esq. |
| Connolly Bove Lodge & Hutz LLP | Fish & Richardson, P.C. |
| 1007 North Orange Street | 919 North Market Street, Suite 1100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 15th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Mark C. Scarsi, Esq. |
| Mark B. Mizrahi, Esq. | O'Melveny & Myers LLP |
| Belasco Jacobs & Townsley, LLP | 400 South Hope Street |
| Howard Hughes Center | Los Angeles, CA 90071 |
| 6100 Center Drive, Suite 630 | |
| Los Angeles, CA 90045 | |

                                */s/ Richard K. Herrmann*
                                Richard K. Herrmann (#405)
                                Mary B. Matterer (#2696)
                                Morris, James, Hitchens & Williams LLP
                                222 Delaware Avenue, 10th Floor
                                Wilmington, Delaware 19801
                                (302) 888-6800
                                rherrmann@morrisjames.com
                                mmatterer@morrisjames.com

                                *Attorneys for LML Patent Corp.*