**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECHECK SERVICES, INC., )<br>ELECTRONIC CLEARING HOUSE, INC., )<br>XPRESSCHEX, INC., AND )<br>NOVA INFORMATION SYSTEMS, INC. )<br>)<br>Defendants. | Civil Action No. 04-858 SLR |

### PLAINTIFF'S FIRST RULE 30(b)(6) DEPOSITION NOTICE TO ELECTRONIC CLEARING HOUSE, INC.

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on May 23, 2005 at the law offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendant Electronic Clearing House, Inc. ("Echo") by oral examination of witness(es) designated by Echo to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by Echo should be prepared to testify as to such matters known or reasonably available to Echo.

Echo's counsel is requested to provide to LML's counsel, on or before May 13, 2005, a written designation of the names and positions of the officers, directors, managing agents

or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) will be recorded by both stenographic and videographic means. Notice is herewith provided to all counsel who are invited to attend and cross-examine.

DATED this 15th day of April, 2005

      /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorneys for LML Patent Corp.*

## SCHEDULE A

1. An explanation of all types of services and packages of services offered for sale by Echo, including an explanation of any equipment sold or leased by Echo that is used in connection with any service sold or offered for sale by Echo.

2. The unit and dollar volume of Echo's sales that are attributable to the electronic check conversion service offered for sale by Echo.

3. The costs to Echo that are associated with the electronic check conversion service that Echo offers for sale.

4. Echo's pricing and/or practices relating to the sale of electronic check conversion services either by itself or in connection with a package of services, and the manner by which Echo establishes its prices.

5. Echo's contentions regarding what would constitute a reasonable royalty if Echo is found liable for infringement of the patents in suit, and the bases for these contentions.

6. All license agreements, including all negotiations therefore, Echo has considered, negotiated or entered into concerning the checking services offered for sale by Echo.

7. The commercial success or popularity of electronic check conversion.

8. Alternatives to electronic check conversion.

9. Customary royalty rates in the checking industry.

10. The percentage of Echo transactions that involve electronic check conversion.

11. Market share breakdown by provider in the field of electronic check conversion.

12. Customer comments or feedback regarding electronic check conversion.

13. Identification of the types of financial documents created and/or maintained by Echo and the person(s) responsible for such documents.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2005, I electronically filed the foregoing document, **PLAINTIFF'S FIRST RULE 30(b)(6) DEPOSITION NOTICE TO ELECTRONIC CLEARING HOUSE, INC.** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 15th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

                                             */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for LML Patent Corp.*