IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**NOTICE OF ATTEMPTED SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that, service of the attached subpoena was attempted, and failed, upon Global Technology Systems, Inc. 1876 N. University Drive, Suite 200, Ft. Lauderdale, FL 33322, as verified by the return of service, signed by Sterling Process Services, also attached.

Dated: April 22, 2005

FISH & RICHARDSON P.C.

By: /s/
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Attorneys for Defendant
TeleCheck Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I electronically filed the attached NOTICE OF ATTEMPTED SERVICE OF SUBPOENA with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

I hereby certify that on April 22, 2005, I have mailed by United States Postal Service and via email, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

/s/ Sean P. Hayes
Sean P. Hayes

80024070.doc

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

Southern            DISTRICT OF            Florida

LML PATENT CORP.,

      Plaintiff,
      v.

TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC.,

      Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] C.A. 04-858 (SLR)
(Case pending in the District of Delaware)

TO:  GLOBAL TECHNOLOGY SYSTEMS INC., 1876 N University Dr., Suite 200, Fort Lauderdale, FL 33322

☐  YOU ARE COMMANDED to appear in the United Stated District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Atkinson, Diner, Stone, Mankuta & Ploucha, P.A.<br>One Financial Plaza, Suite 1400<br>100 SE 3rd Avenue<br>Fort Lauderdale, FL 33394 (See Schedule A) | May 17, 2005<br>9:00 a.m. |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):
See Schedule B

| PLACE | DATE AND TIME |
|---|---|
| Atkinson, Diner, Stone, Mankuta & Ploucha, P.A.<br>One Financial Plaza, Suite 1400<br>100 SE 3rd Avenue<br>Fort Lauderdale, FL 33394 | May 3, 2005<br>9:00 a.m. |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*<br>Attorney for Defendant TeleCheck Services STERLING PROCESS SERVICES, INC.<br>521 S. Andrews Ave., Suite 10<br>Ft. Lauderdale, FL 33301<br>954) 467-2088 | March 16, 2005 |

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 11/94) Subpoena in a Civil Case

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER |
| --- |
| Sean P. Hayes<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100, P.O. Box 1114<br>Wilmington, DE 19899-1114   (302) 652-5070 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on the next page)

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: C.A. 04-858 SLR

Plaintiff:
**LML PATENT CORP**
vs.
Defendant:
**TELECHECK SERVICES INC., ET, AL**

For: William Marsden
   FISH & RICHARDSON P.A.

Received by STERLING PROCESS SERVICES, INC. on the 21st day of March, 2005 at 10:16 am to be served on **GLOBAL TECHNOLOGY SYSTEMS INC. 1876 N UNIVERSITY DRIVE SUITE 200 FT. LAUDERDALE, FL 33322**. I, _Gloria Hepburn_, do hereby affirm that on the _5_ day of _April_, 2005 at _8:30_ a.m., executed service by delivering a true copy of the **SUBPOENA IN A CIVIL CASE, NOTICE OF DEPOSITION AND SERVICE, SCHEDULES A & B, CERTIFICATE OF SERVICE** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: BY SERVING _____ AS _____
OF THE WITHIN-NAMED AGENCY.

(X) SUBSTITUTE SERVICE: BY SERVING _Hruma Nane_ AS _Mother_.

( ) CORPORATE SERVICE: BY SERVING _____ AS _____.

( ) OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING _____ AS _____.

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

**COMMENTS:** _A name not on directory, Red Carpet listed for 200. Locked - no name on door, most offices vacant. per corp sec. on - Dissolved, 4 listings in state, all dissolved. per property appraiser weston address for R/A Humberto Cella 4032 Staghorn Ln, weston, FL no phone listing. - Home address._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_[signature]_
PROCESS SERVER # _610_
Appointed in accordance
with State Statutes

**STERLING PROCESS SERVICES, INC.**
521 South Andrews Ave.
Suite 10
Fort Lauderdale, FL 33301
(954) 467-2088
Our Job Serial Number: 2005003477

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f