IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>  Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>  Defendants. | C.A. 04-858 (SLR) |

**NOTICE OF ATTEMPTED SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that, service of the attached subpoena was attempted, and failed, upon Global One Payments, Inc., 712 Juniper Lane, Weston, FL 33327, as verified by the return of service, signed by Sterling Process Services, also attached.

Dated: April 22, 2005

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

Attorneys for Defendant
TeleCheck Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I electronically filed the attached NOTICE OF ATTEMPTED SERVICE OF SUBPOENA with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

I hereby certify that on April 22, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Russell Levine, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

/s/ Sean P. Hayes
Sean P. Hayes

80024069.doc

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Florida |

LML PATENT CORP.,

Plaintiff,
v.

TELECHECK SERVICES, INC., ELECTRONIC
CLEARING HOUSE, INC., XPRESSCHEX, INC.
and NOVA INFORMATION SYSTEMS, INC.,

Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [1] C.A. 04-858 (SLR)
(Case pending in the District of Delaware)

TO: GLOBAL ONE PAYMENTS INC., 712 Juniper Lane, Fort Lauderdale, FL 33327

☐ YOU ARE COMMANDED to appear in the United Stated District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Atkinson, Diner, Stone, Mankuta & Ploucha, P.A.<br>One Financial Plaza, Suite 1400<br>100 SE 3rd Avenue<br>Fort Lauderdale, FL 33394 (See Schedule A) | May 18, 2005<br>9:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):
See Schedule B

| PLACE | DATE AND TIME |
|---|---|
| Atkinson, Diner, Stone, Mankuta & Ploucha, P.A.<br>One Financial Plaza, Suite 1400<br>100 SE 3rd Avenue<br>Fort Lauderdale, FL 33394 | May 4, 2005<br>9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]<br>Attorney for Defendant TeleCheck Services, Inc.<br>STERLING PROCESS SERVICES, INC.<br>5213 Andrews Ave., Suite 10<br>Ft. Lauderdale, FL 33301<br>(954) 467-2088 | March 16, 2005 |

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 11/94) Subpoena in a Civil Case

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sean P. Hayes
Fish & Richardson P.C.
919 N. Market Street, Suite 1100, P.O. Box 1114
Wilmington, DE 19899-1114   (302) 652-5070

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on the next page)

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: C.A. 04-858 SLR

Plaintiff:
**LML PATENT CORP**

vs.

Defendant:
**TELECHECK SERVICES INC., ET, AL**

For:
William Marsden
FISH & RICHARDSON P.A.
Po Box 1114
Wilmington, DE 19899

Received by STERLING PROCESS SERVICES, INC. on the 21st day of March, 2005 at 10:16 am to be served on **GLOBAL ONE PAYMENTS INC. 712 JUNIPER LANE WESTON, FL 33327**.

I, GLORIA HEPBURN, do hereby affirm that on the **24th day of March, 2005** at **9:15 am, I:**

**DISCONTINUED ATTEMPTING SERVICE.** After a due and diligent search & inquiry, I was unable to serve the **SUBPOENA IN A CIVIL CASE, NOTICE OF DEPOSITION AND SERVICE, SCHEDULES A & B, CERTIFICATE OF SERVICE** for the reason that there was no additional information to allow further search.

**Additional Information pertaining to this Service:**
HOUSE VACANT HAS LOCK BOX ON DOOR FOR SALE OR RENT SIGN IN YARD MAIL & AIRBORNE EXPRESS BOXES PILED UP OUT SIDE FRON DOOR NAME ON THEM CEASAR& FANNIE GLOBAL ONE PAYMENTS INC.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the judicial in which the process was served. Under penalty of perjury, the above statement is true and correct.

GLORIA HEPBURN
PROCESS SERVER #610

STERLING PROCESS SERVICES, INC.
521 South Andrews Ave.
Suite 10
Fort Lauderdale, FL 33301
**(954) 467-2088**
Our Job Serial Number: 2005003479

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f