IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**NOTICE OF DEPOSITION OF
JUTTA BEEKMANN**

PLEASE TAKE NOTICE that Defendant TeleCheck Services, Inc., by its counsel, will take the deposition of **Jutta Beekmann,** on **Wednesday, June 15, 2005**, at **9:00 a.m.**, at the offices of Fish & Richardson P.C., 919 N. Market Street, Suite 1100, Wilmington, DE 19899-1114, or at such other location and time as the parties shall agree.  If the deposition is not completed on the date set out above, the taking of the deposition will continue day to day thereafter until complete.  The deposition shall be taken upon oral examination before an officer authorized to administer oaths and take testimony.  The oral examination will be recorded stenographically and will include the use of use of instantaneous transcription and/or videotape.  Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: April 22, 2005                      FISH & RICHARDSON P.C.

                                           By: _____
                                              William J. Marsden, Jr. (#2247)
                                              Timothy Devlin (#4241)
                                              Tara D. Elliott (#4483)
                                              Sean P. Hayes (#4413)
                                              919 N. Market Street, Suite 1100
                                              P.O. Box 1114
                                              Wilmington, DE  19801

                                           Attorneys for Defendant
                                           TeleCheck Services, Inc.

80024156.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

I hereby certify that on April 22, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Russell Levine, Esq.
Christian C. Taylor
Kirkland & Ellis (Chicago)
200 East Randolph Drive
Chicago, IL 60601

Sean P. Hayes