IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858-SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | )) |

## NOTICE OF SERVICE

I hereby certify that on April 19, 2005 a true and correct copy of **ELECTRONIC CLEARING HOUSE, INC.'S SUPPLEMENTAL INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. RULE 26(a)(1) and XPRESSSCHEX, INC.'S SUPPLEMENTAL INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. RULE 26(a)(1)** were served upon the following attorneys of record via U.S. Mail.

Russel Levine, Esquire
Kirkland & Ellis LLP
200 East Rudolph Drive
Chicago, IL 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Richard K. Herrmann, Esquire
Morris James Hitchens Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

April 25, 2005

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

*Attorneys for Defendants Xpresschex, Inc.
and Electronic Clearing House, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
(310) 743-1188

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 25, 2005, I electronically filed **NOTICE OF SERVICE OF ELECTRONIC CLEARING HOUSE, INC.'S SUPPLEMENTAL INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. RULE 26(a)(1) and XPRESSSCHEX, INC.'S SUPPLEMENTAL INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. RULE 26(a)(1)** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens
  & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on April 25, 2005, I have mailed by U.S. Postal Service, the documents to the following non-registered participants.

Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
*Attorneys for Defendants Xpresschex, Inc. and Electronic Clearing House, Inc.*

387883_1