# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., AND | ) |
| NOVA INFORMATION SYSTEMS, INC. | ) |
| | ) |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DEPOSITION FOR SANDY MOLLETT

**PLEASE TAKE NOTICE** that at 9:00 a.m. on June 1, 2005, plaintiff LML Patent Corp. ("LML"), by its counsel, will take the deposition upon oral examination of Sandy Mollett at the law offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, or at such other location and time as the parties shall agree. This examination will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day to day until completed. The examination may be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine the witness.

DATED this 26th day of April, 2005

                */s/ Richard K. Herrmann*
                Richard K. Herrmann #405
                MORRIS JAMES HITCHENS &
                WILLIAMS LLP
                222 Delaware Avenue, 10th Floor
                Wilmington, Delaware 19801
                (302) 888-6800
                rherrmann@morrisjames.com

                Russell E. Levine, P.C.
                Jamie H. McDole
                KIRKLAND & ELLIS LLP
                200 East Randolph Drive
                Chicago, Illinois 60601
                (312) 861-2000

                Attorneys for LML Patent Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2005, I electronically filed the foregoing document, **PLAINTIFF'S NOTICE OF DEPOSITION OF SANDY MOLLETT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Collins J. Seitz, Jr., Esq. | William J. Marsden, Jr., Esq. |
| Francis DiGiovanni, Esq. | Timothy Devlin, Esq. |
| Connolly Bove Lodge & Hutz LLP | Fish & Richardson, P.C. |
| 1007 North Orange Street | 919 North Market Street, Suite 1100 |
| Wilmington, DE  19801 | Wilmington, DE  19801 |

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 26th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Mark C. Scarsi, Esq. |
| Mark B. Mizrahi, Esq. | Vision L. Winter, Esq. |
| Belasco Jacobs & Townsley, LLP | O'Melveny & Myers LLP |
| Howard Hughes Center | 400 South Hope Street |
| 6100 Center Drive, Suite 630 | Los Angeles, CA  90071 |
| Los Angeles, CA  90045 | |

                                            */s/ Richard K. Herrmann*
                                       Richard K. Herrmann (#405)
                                       Mary B. Matterer (#2696)
                                       MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                       222 Delaware Avenue, 10th Floor
                                       Wilmington, Delaware 19801
                                       (302) 888-6800
                                       rherrmann@morrisjames.com
                                       mmatterer@morrisjames.com

                                       Attorneys for Plaintiff
                                       LML PATENT CORP.