**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF'S NOTICE OF DEPOSITION FOR ROBB HARE**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on June 23, 2005, plaintiff LML

Patent Corp. ("LML"), by its counsel, will take the deposition upon oral examination of Robb

Hare at the law offices of Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles,

California 90017, or at such other location and time as the parties shall agree.  This examination

will be taken before a Notary Public or other person authorized to administer oaths pursuant to

Rule 28 of the Federal Rules of Civil Procedure, and will continue day to day until completed.

The examination may be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine the witness.

DATED this 26th day of April, 2005

            */s/ Richard K. Herrmann*

Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2005, I electronically filed the

foregoing document, **PLAINTIFF'S NOTICE OF DEPOSITION OF ROBB HARE**, with the

Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.                     William J. Marsden, Jr., Esq.
Francis DiGiovanni, Esq.                        Timothy Devlin, Esq.
Connolly Bove Lodge & Hutz LLP                  Fish & Richardson, P.C.
1007 North Orange Street                        919 North Market Street, Suite 1100
Wilmington, DE  19801                           Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 26th day of April, 2005, the foregoing document

was served via email on the following non-registered participants:

Robert Jacobs, Esq.                             Mark C. Scarsi, Esq.
Mark B. Mizrahi, Esq.                           Vision L. Winter, Esq.
Belasco Jacobs & Townsley, LLP                  O'Melveny & Myers LLP
Howard Hughes Center                            400 South Hope Street
6100 Center Drive, Suite 630                    Los Angeles, CA  90071
Los Angeles, CA  90045

                             */s/ Richard K. Herrmann*
                             Richard K. Herrmann (#405)
                             Mary B. Matterer (#2696)
                             MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                             222 Delaware Avenue, 10th Floor
                             Wilmington, Delaware 19801
                             (302) 888-6800
                             rherrmann@morrisjames.com
                             mmatterer@morrisjames.com

                             Attorneys for Plaintiff
                             LML PATENT CORP.