IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858-SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., and | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 29, 2005, copies of **DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** were served on the following counsel in the manner shown:

| | |
|---|---|
| **VIA HAND DELIVERY** | Attorneys for Plaintiff |
| Richard K. Herrmann, Esq. | LML Patent Corp. |
| Mary B. Matterer, Esq. | |
| Morris, James, Hitchens & Williams LLP | |
| 222 Delaware Avenue, 10th Floor | |
| Wilmington, DE 19899-2306 | |
| | |
| **VIA EMAIL AND U.S. MAIL** | Attorneys for Plaintiff |
| Russell Levine, Esq. | LML Patent Corp. |
| Christian C. Taylor, Esq. | |
| Kirkland & Ellis (Chicago) | |
| 200 East Randolph Drive | |
| Chicago, IL 60601 | |

574437v1

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Collins J. Seitz, Jr., Esq.<br>Francis di Giovanni, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA EMAIL AND U.S. MAIL**<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA HAND DELIVERY**<br>William J. Marsden, Jr., Esq.<br>Timothy Devlin, Esq.<br>Tara D. Elliott, Esq.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899 | Attorney for Defendant<br>TeleCheck Services, Inc. |

April 29, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk

Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

574437v1                                                2