IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECHECK SERVICES, INC., )<br>ELECTRONIC CLEARING HOUSE, INC., )<br>XPRESSCHEX, INC., and )<br>NOVA INFORMATION SYSTEMS, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-858 SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 3rd day of May, 2005, copies of the following document, **LML'S FIRST SET OF REQUESTS FOR ADMISSION OF DOCUMENT AUTHENTICITY TO TELECHECK SERVICES, INC.,** were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

**VIA EMAIL**

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
Facsmile: (310) 743-1189

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
Facsimile:  (213) 430-6407

**VIA EMAIL & HAND DELIVERY**

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Dated:  May 3, 2005

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 3rd day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

_/s/ Richard K. Herrmann_
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.