**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP.,           ) | |
|           ) | |
|    Plaintiff,           ) | |
|           ) | |
|    v.           ) | Civil Action No. 04-858-SLR |
|           ) | |
| TELECHECK SERVICES, INC.,           ) | |
| ELECTRONIC CLEARING HOUSE, INC.,           ) | |
| XPRESSCHEX, INC., and           ) | |
| NOVA INFORMATION SYSTEMS, INC.,           ) | |
|           ) | |
|    Defendants.           ) | |

## NOTICE OF SERVICE

I hereby certify that on April 28, 2005 a true and correct copy of **ELECTRONIC CLEARING HOUSE, INC.'S OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S FIRST RULE 30(b)(6) DEPOSITION NOTICE** and, I hereby certify that on April 29, 2005 a true and correct copy of **ELECTRONIC CLEARING HOUSE, INC.'S SUPPLEMENTAL OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S FIRST RULE 30(b)(6) DEPOSITION NOTICE** was served upon the following attorneys of record via U.S. Mail.

Russel Levine, Esquire
Kirkland & Ellis LLP
200 East Rudolph Drive
Chicago, IL 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Richard K. Herrmann, Esquire
Morris James Hitchens Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

May 2, 2005                                     /s/ Francis DiGiovanni
                                                  Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

*Attorneys for Defendants Xpresschex, Inc.*
  *and Electronic Clearing House, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
(310) 743-1188

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on May 2, 2005, I electronically filed **NOTICE OF SERVICE OF ELECTRONIC CLEARING HOUSE, INC.'S OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S FIRST RULE 30(b)(6) DEPOSITION NOTICE AND ELECTRONIC CLEARING HOUSE, INC.'S <u>SUPPLEMENTAL</u> OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S FIRST RULE 30(b)(6) DEPOSITION NOTICE** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James Hitchens<br>  & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | William J. Marsden, Esquire<br>Timothy Devlin, Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on May 2, 2005, I have mailed by U.S. Postal Service, the document to the following non-registered participants.

| | |
|---|---|
| Russell E. Levine, Esquire, P.C.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | Mark C. Scarsi, Esquire<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071 |

                                             /s/ Francis DiGiovanni
                                             Francis DiGiovanni (#3189)
                                             Connolly Bove Lodge & Hutz LLP
                                             The Nemours Building
                                             1007 N. Orange Street
                                             Wilmington, Delaware 19801
                                             *Attorneys for Defendants Xpresschex, Inc. and*
                                             *Electronic Clearing House, Inc.*

394248_1