IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-858-SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, | ) | |
| INC., XPRESSCHEX, INC., and | ) | |
| NOVA INFORMATION SYSTEMS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

At Wilmington this 3₂ day of May, 2005, having

conferred with counsel;

IT IS ORDERED that the above captioned case is hereby

referred to the Special Master Panel established by order of the

Court dated September 15, 2004, for a Special Master to address

issues relating to the parties' privilege logs. Upon selection

of a Special Master by the Panel Chair, the court shall enter a

further order appointing same.

_____
United States District Judge