IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>   Plaintiff,<br><br> v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>   Defendants. | C.A. 04-858 (SLR) |

**TELECHECK SERVICES, INC. FIRST NOTICE OF DEPOSITION
OF LML PATENT CORP.'S PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant TeleCheck Services, Inc. ("TeleCheck"), by its counsel, will take the deposition of Plaintiff LML Patent Corporation ("LML") on May 20, 2005, beginning at 9:00 a.m., at the law offices of Fish & Richardson P.C., 919 N. Market Street, Suite 1100, Wilmington, Delaware 19801, or at a time and place mutually agreed upon by the parties. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Testimony of the witness(es) will be stenographically recorded and may be videotaped.

LML shall identify and designate one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter identified in Attachment A. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, the person(s) designated by LML should be prepared to testify as to such matters known or reasonably available to TeleCheck.

LML is requested to provide TeleCheck's counsel, on or before May 13, 2005, a written designation of the names and positions of the officer(s), director(s), managing agent(s) or other person(s) who are most competent to testify concerning the matters set forth in Attachment A, and for each person designated, the matters on which he or she will testify. Notice will be provided to all counsel who are invited to attend and cross-examine.

Dated: May 6, 2005                                FISH & RICHARDSON P.C.

By:  */s/ Stamatios Stamoulis*
William J. Marsden, Jr. (#2247)
*marsden@fr.com*
Timothy Devlin (#4241)
*tdevlin@fr.com*
Stamatios Stamoulis (#4606)
*stamoulis@fr.com*
Tara D. Elliott (#4483)
*elliott@fr.com*
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

Attorneys for Defendant
TeleCheck Services, Inc.

## **ATTACHMENT A**

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, LML shall identify, designate, and produce for deposition one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter of the following categories:

1.  LML's search for and production of documents and things responsive to TeleCheck's requests for the production of documents; all locations searched by LML in collecting such documents; the names, titles and job responsibilities of all individuals from whom LML requested documents or whose offices LML searched in collecting such documents; and the date(s) on which LML searched for such documents, including the date on which the search for such documents began.

2.  All aspects of LML's and LML Payment Systems Inc.'s ("LPSI") business operations that are described at *http://www.lmlpayment.com/html/products.html* and that relate to "Electronic Check Conversion" ; "Electronic Check Verification" ; "Check Collection" ; "Electronic Check Re-Presentment" ; and "Retail Electronic Payment System," as those terms are used on the cited web page, including:

    (a) LML's and LPSI's sales and marketing of the products listed above;
    (b) LML's and LPSI's corporate organization and structure for the business units that handle the products listed above;
    (c) LML's and LPSI's personnel and the organization and job responsibilities of those individual who handle the products listed above;
    (d) LML's and LPSI's predecessor corporate entities and corporate history;
    (e) LML's and LPSI's efforts to acquire intellectual property related to the products listed above (including their communication with

1

    Messrs. Hills and Nichols and the acquisition of the patents in suit); and

(f)  The USPTO Assignment record of the patents in suit.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 6, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Russell Levine, Esquire<br>Christian C. Taylor<br>Kirkland & Ellis (Chicago)<br>200 East Randolph Drive<br>Chicago, IL 60601 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Collins J. Seitz, Jr., Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and Xpress Check, Inc. |
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Attorney for Defendants<br>Nova Information Systems, Inc. |

I hereby certify that on May 6, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esquire<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Russell E. Levine, Esquire<br>Kirkland & Ellis LLP<br>200 E. Randolph Dr.<br>Chicago, IL 60601 |
| Mark C. Scarsi, Esquire<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | |

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis