# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>TELECHECK SERVICES, INC., )<br>ELECTRONIC CLEARING HOUSE, INC., )<br>XPRESSCHEX, INC., AND )<br>NOVA INFORMATION SYSTEMS, INC. )<br>)<br>    Defendants. | Civil Action No. 04-858 SLR |

## PLAINTIFF'S NOTICE OF DEPOSITION FOR CAROLINE HASSELL

**PLEASE TAKE NOTICE** that at 9:00 a.m. on July 7, 2005, plaintiff LML Patent Corp. ("LML"), by its counsel, will take the deposition upon oral examination of Caroline Hassell at the Sheraton North Houston at George Bush Intercontinental, 15700 John F. Kennedy Blvd., Houston, Texas 77032, or at such other location and time as the parties shall agree. This examination will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day to day until completed. The examination may be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine the witness.

2

DATED this 9th day of May, 2005

         */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2005, I electronically filed the foregoing document, **PLAINTIFF'S NOTICE OF DEPOSITION FOR CAROLINE HASSELL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE 19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE 19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE 19801  

Additionally, I hereby certify that on the 9th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA 90045  

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA 90071  

                */s/ Richard K. Herrmann*  
                Richard K. Herrmann (#405)  
                Mary B. Matterer (#2696)  
                MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
                222 Delaware Avenue, 10th Floor  
                Wilmington, Delaware 19801  
                (302) 888-6800  
                rherrmann@morrisjames.com  
                mmatterer@morrisjames.com  

                Attorneys for Plaintiff  
                LML PATENT CORP.