**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP.,                        ) | |
|                   Plaintiff,                 ) | |
|                   v.                            ) | Civil Action No. 04-858 SLR |
| TELECHECK SERVICES, INC.,         ) ELECTRONIC CLEARING HOUSE, INC.,  ) XPRESSCHEX, INC., AND              ) NOVA INFORMATION SYSTEMS, INC.   ) | |
|                  Defendants. | |

**LML PATENT CORP.'S FOURTH NOTICE OF DEPOSITION OF TELECHECK SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that, in conjunction with LML's Third Notice of Deposition of TeleCheck Services, Inc., it will take the deposition of defendant TeleCheck Services, Inc. ("TeleCheck") by oral examination of witness(es) designated by TeleCheck to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by TeleCheck should be prepared to testify as to such matters known or reasonably available to TeleCheck.

TeleCheck's counsel is requested to provide to LML's counsel, seven (7) business days before the commencement of this deposition, a written designation of the names and positions of the officers, directors, managing agents or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) will be recorded by both stenographic and videographic means.

DATED this 10th day of May, 2005

    /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## SCHEDULE A

1. An explanation of the data reflected on the spreadsheet provided to LML on April 29, 2005, titled "ECA Originated Transactions - January 1997- March 2005" (the "April Spreadsheet").

2. An explanation of the documents or data used to calculate the numbers reflected on the April Spreadsheet.

3. The method for calculating the numbers reflected on the April Spreadsheet.

4. An explanation of the data reflected on the report at bates range FDC1282289-90.

5. An explanation of the documents or data used to calculate the numbers reflected on the report at bates range FDC1282289-90.

6. The method for calculating the numbers reflected on the report at bates range FDC1282289-90.

7. The documents or data used to calculate the number of ECA transactions verbally provided to Russell Levine in November 2004.

8. The method for calculating the number of ECA transactions verbally provided to Russell Levine in November 2004.

9. The differences between the numbers reflected on the April Spreadsheet and the numbers found on the report at bates range FDC1282289-90.

10. The differences between the numbers reflected on the April Spreadsheet and the number of ECA transactions verbally provided to Russell Levine in November 2004.

11. The information reflected in TeleCheck's daily batch reports.

12. The maintenance of the data reflected in TeleCheck's daily batch reports, including how and in what format that information is stored.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S FOURTH NOTICE OF DEPOSITION OF TELECHECK SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Collins J. Seitz, Jr., Esq. | William J. Marsden, Jr., Esq. |
| Francis DiGiovanni, Esq. | Timothy Devlin, Esq. |
| Connolly Bove Lodge & Hutz LLP | Fish & Richardson, P.C. |
| 1007 North Orange Street | 919 North Market Street, Suite 1100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 10th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Mark C. Scarsi, Esq. |
| Mark B. Mizrahi, Esq. | Vision L. Winter, Esq. |
| Belasco Jacobs & Townsley, LLP | O'Melveny & Myers LLP |
| Howard Hughes Center | 400 South Hope Street |
| 6100 Center Drive, Suite 630 | Los Angeles, CA 90071 |
| Los Angeles, CA 90045 | |

            */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.