IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

### RENOTICE OF TAKING DEPOSITION OF HENRY R. NICHOLS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, defendant TeleCheck Services, Inc. will take the deposition of Henry R. Nichols, at the offices of Roberts, Abokhair & Mardula, LLC, 11800 Sunrise Valley Drive, Suite 1000, Reston, Virginia, 20191, commencing at 9:00 a.m. on Monday, June 20, 2005 and, if necessary, continuing on Tuesday, June 21, 2005. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony will be recorded stenographically and by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: May 11, 2005

FISH & RICHARDSON P.C.

By:   /s/ Sean P. Hayes
     William J. Marsden, Jr. (#2247)
     Timothy Devlin (#4241)
     Tara D. Elliott (#4483)
     Sean P. Hayes (#4413)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19801

Attorneys for Defendant
TeleCheck Services, Inc.

80024498.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2005, I electronically filed a ReNotice of Taking of Deposition of Henry R. Nichols with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer, Esq.
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE  19801-4226
>
> Richard D. Kirk, Esq.
> The Bayard Firm
> 222 Delaware Avenue, 9th Floor
> Wilmington, DE  19899
>
> Collins J. Seitz, Jr., Esq.
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I hereby certify that on May 11, 2005, I have mailed by the United States Postal Service and electronic mail, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

    /s/ Sean P. Hayes
Sean P. Hayes