**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC., AND NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | | |

**LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF NOVA INFORMATION SYSTEMS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on July 7, 2005 at the law offices of O'Melveny & Meyers LLP, Embarcadero Center West, 275 Battery Street, 26th, San Francisco, CA, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendant NOVA Information Systems, Inc. ("NOVA") by oral examination of witness(es) designated by NOVA to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by NOVA should be prepared to testify as to such matters known or reasonably available to NOVA.

NOVA's counsel is requested to provide to LML's counsel, on or before June 17, 2005, a written designation of the names and positions of the officers, directors, managing agents

or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) may be recorded by both stenographic and videographic means.

DATED this 11th day of May, 2005

*/s/ Richard K. Herrmann*

Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Attorneys for LML Patent Corp.

**SCHEDULE A**

1. The operation, function, implementation, design, conception, and development of NOVA's Electronic Check Service ("ECS service"), and any component thereof.

2. The method by which a check is converted to an electronic transaction by NOVA's ECS service, including but not limited to all steps or actions required by NOVA's ECS service to conduct such a transaction, from the presentment of the check at the point-of-sale ("POS") to the transfer of funds to a merchant's account.

3. The identity of any person(s) responsible for the operation, function, implementation, design, conception, and development of NOVA's ECS service, and any component thereof.

4. The operation, function, implementation, design, conception, and development of all POS equipment used with NOVA's ECS service, including but not limited to terminals, displays, memory, processors, check readers (including magnetic and optical MICR readers), check imagers, printers, "all in one" terminals, POS software, and communications equipment.

5. The operation, function, implementation, design, conception, and development of any equipment or system with which the POS equipment used with NOVA's ECS service communicates, either directly or indirectly, including but not limited to the NOVA network, Stratus, central computers, hosts, computer systems, gateways, communications interfaces, software (including risk decisioning, check acceptance, loss prevention, velocity, ACH batch processing and communications, and database software), interfaces and communication with VISA equipment, and interfaces and communication with EnCircle equipment.

6. Identification, existence, location and contents of all databases NOVA's ECS service accesses or has access to, and the entity that owns, operates, or maintains such databases.

7. The authenticity, contents, completeness and accuracy of NOVA production documents relating to the matters set forth in topics 1-6 above.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF NOVA INFORMATION SYSTEMS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 11th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.