## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF LML PATENT CORP.'S OBJECTIONS TO
TELECHECK SERVICES, INC.'S FIRST NOTICE OF DEPOSITION OF LML
PATENT CORP. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

Plaintiff LML Patent Corp. ("LML") responds to Defendant TeleCheck Services, Inc.'s ("TeleCheck") Rule 30(b)(6) deposition notice. LML is willing to meet and confer regarding these objections in advance of the deposition.

**GENERAL OBJECTIONS**

1. LML objects to the date and place specified for the deposition. Subject to the general and specific objections contained herein, LML will offer Mr. Gaines (LML's designee for the noticed topics) for such deposition in conjunction with his individual deposition on June 24, 2005, in Vancouver, B.C.

2. Plaintiff objects to the entire Notice of Deposition and to each category therein to the extent that it seeks to impose obligations beyond those required by the Federal Rules of Civil Procedure and/or the Local Rules of the United States District Court for the District of Delaware.

3. Plaintiff objects to the entire Notice of Deposition and to each category therein to the extent that it seeks to elicit testimony subject to and are protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or immunity. Nothing contained in these objections and responses is intended to be, or in any way constitutes, a waiver of any such applicable privilege or immunity.

4. Plaintiff objects to the entire Notice of Deposition and to each category therein to the extent that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

5. Plaintiff objects to the entire Notice of Deposition and to each category therein to the extent that it is vague and ambiguous.

6. Plaintiff objects to the entire Notice of Deposition and to each category therein to the extent that it seeks to require testimony containing trade secrets or other confidential commercial or proprietary information, whether of parties or of non-parties to the litigation.

7. Any statement made of an intent to produce a witness is not, and shall not be deemed, an admission of any factual or legal contention contained in any individual request. LML objects to each category to the extent that it contains any factual or legal misrepresentations or assumptions.

8. Plaintiff reserves the right to supplement and/or amend these objections.

## RESPONSE TO SUBJECT MATTER CATEGORIES:

### CATEGORY NO. 1:

LML's search for and production of documents and things responsive to TeleCheck's requests for the production of documents; all locations searched by LML in collecting such documents; the names, titles and job responsibilities of all individuals from whom LML requested documents or whose offices LML searched in collecting such documents; and the date(s) on which LML searched for such documents, including the date on which the search for such documents began.

### OBJECTIONS TO CATEGORY NO. 1:

In addition to its General Objections, LML specifically objects to this deposition category to the extent that it seeks the disclosure of information protected by the attorney-client privilege, work product doctrine, or other applicable privileges or immunities.

Subject to and without waiving the foregoing general and specific objections, LML will produce a witness, specifically Patrick Gaines, to testify on the efforts undertaken by LML to collect documents responsive to TeleCheck's document requests.

### CATEGORY NO. 2:

All aspects of LML's and LML Payment System Inc.'s ("LPSI") business operations that are described at *http://www.lmlpayment.com/html/products.html* and that relate to "Electronic Check Conversion"; "Electronic Check Verification"; "Check Collection"; "Electronic Check Re-Presentment"; and "Retail Payment System," as those terms are used on the cited web page including:

1. LML's and LPSI's sales and marketing of the products listed above;

2. LML's and LPSI's corporate organization and structure for the business units that handle the products listed above;

3. LML's and LPSI's personnel and the organization and job responsibilities of those individual [sic] who handle the products listed above;

4. LML's and LPSI's predecessor corporate entities and corporate history;

5. LML's and LPSI's efforts to acquire intellectual property related to the products listed above (including their communication with Messrs. Hills and Nichols and the acquisition of the patents in suit); and

6. The USPTO Assignment record of the patents in suit.

**OBJECTIONS TO CATEGORY NO. 2:**

In addition to its General Objections, LML specifically objects to this deposition category to the extent that it seeks the disclosure of information protected by the attorney-client privilege, work product doctrine, or other applicable privileges or immunities.

Subject to and without waiving the foregoing general and specific objections, LML will produce a witness, specifically Patrick Gaines, to testify regarding the topics listed above.

Dated this 13th day of May, 2005

                                                                       */s/ Richard K. Herrmann*
                                                                Richard K. Herrmann #405
                                                                MORRIS JAMES HITCHENS &
                                                                WILLIAMS LLP
                                                                222 Delaware Avenue, 10th Floor
                                                                Wilmington, Delaware 19801
                                                                (302) 888-6800

                                                                Russell E. Levine, P.C.
                                                                Jamie H. McDole
                                                                KIRKLAND & ELLIS LLP
                                                                200 East Randolph Drive
                                                                Chicago, Illinois 60601
                                                                (312) 861-2000

                                                                Attorneys for LML Patent Corp.

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2005, I electronically filed the foregoing document, **PLAINTIFF LML PATENT CORP.'S OBJECTIONS TO TELECHECK SERVICES, INC.'S FIRST NOTICE OF DEPOSITION OF LML PATENT CORP. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** , with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801  

Additionally, I hereby certify that on the 13th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045  

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

                                               */s/ Richard K. Herrmann*  
                                       Richard K. Herrmann (#405)  
                                       Mary B. Matterer (#2696)  
                                       MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
                                       222 Delaware Avenue, 10th Floor  
                                       Wilmington, Delaware 19801  
                                       (302) 888-6800  
                                       rherrmann@morrisjames.com  
                                       mmatterer@morrisjames.com  

                                       Attorneys for Plaintiff  
                                       LML PATENT CORP.