**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | | |

**LML PATENT CORP.'S NOTICE OF DEPOSITION OF**
**ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on May 24, 2005, at the law offices of Modrall, Sperling, Roehl, Harris & Sisk, P.A., 500-4th St., NW, Suite 1000, Albuquerque, NM 87102, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendants Electronic Clearing House, Inc. and XpressChex, Inc. ("ECHO") by oral examination of witness(es) designated by ECHO to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by ECHO should be prepared to testify as to such matters known or reasonably available to ECHO.

On information and belief, ECHO's counsel has identified Kris Winkler as the officer, director, managing agent or other person who is most competent to testify concerning the matters set forth in Schedule A. To the extent Mr. Winkler is not a designee for a particular

topic, LML requests ECHO to identify the correct person for that topic at least five (5) business days prior to that person's deposition.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness may be recorded by both stenographic and videographic means.

DATED this 18th day of May, 2005

      /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## SCHEDULE A

1.      The operation, function, implementation, design, conception, and development of ECHO's XpressConversion and/or ChexPedite Electronic Payment Solutions, Inc., and ECHO's use of the Visa POS Check Services, (collectively the "Services"), and any component thereof.

2.      The method by which a check is converted to an electronic transaction by ECHO's Services, including but not limited to all steps or actions required by ECHO's system to conduct such a transaction, from the presentment of the check at the point-of-sale to the final transfer of funds to a merchant's account.

3.      The identity of any person(s) responsible for the operation, function, implementation, design, conception, and development of ECHO's Services, and any component thereof.

4.      The operation, function, implementation, design, conception, and development of all point-of-sale ("POS") equipment used with ECHO's Services, including but not limited to terminals, displays, memory, processors, check readers (including magnetic and optical MICR readers), check imagers, printers, "all in one" terminals, POS software, and communications equipment.

5.      The operation, function, implementation, design, conception, and development of any equipment or system with which the POS equipment used with ECHO's Services communicates, either directly or indirectly, including but not limited to the ECHO network, Stratus, central computers, hosts, computer systems, gateways, communications interfaces, software (including risk decisioning, check acceptance, loss prevention, velocity, ACH batch processing and communications, and database software), interfaces and communication with VISA equipment, and interfaces and communication with EnCircle equipment.

6. Identification, existence, location and contents of all databases ECHO's Services accesses or have access to, and the entity that owns, operates, or maintains such databases.

7. The authenticity, contents, completeness and accuracy of ECHO's production documents relating to the matters set forth in topics 1-5 above.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 18th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

  */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.