# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., AND | ) |
| NOVA INFORMATION SYSTEMS, INC. | ) |
| | ) |
| Defendants. | |

### PLAINTIFF'S NOTICE OF DEPOSITION FOR PAUL H. MEIER

**PLEASE TAKE NOTICE** that at 9:00 a.m. on June 23, 2005, plaintiff LML Patent Corp. ("LML"), by its counsel, will take the deposition upon oral examination of Paul H. Meier at the law offices of Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California 90017, or at such other location and time as the parties shall agree. This examination will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day to day until completed. The examination may be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine the witness.

DATED this 18th day of May, 2005

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2005, I electronically filed the foregoing document, **PLAINTIFF'S NOTICE OF DEPOSITION FOR PAUL H. MEIER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801

Additionally, I hereby certify that on the 18th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071

                                  */s/ Richard K. Herrmann*  
                                  Richard K. Herrmann (#405)  
                                  Mary B. Matterer (#2696)  
                                  MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
                                  222 Delaware Avenue, 10th Floor  
                                  Wilmington, Delaware 19801  
                                  (302) 888-6800  
                                  rherrmann@morrisjames.com  
                                  mmatterer@morrisjames.com  

                                  Attorneys for Plaintiff  
                                  LML PATENT CORP.