IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECHECK SERVICES, INC., )<br>ELECTRONIC CLEARING HOUSE, INC., )<br>XPRESSCHEX, INC., and )<br>NOVA INFORMATION SYSTEMS, INC., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 04-858-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 19, 2005, copies of **DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** were served on the following counsel in the manner shown:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899-2306 | Attorneys for Plaintiff<br>LML Patent Corp. |
| **VIA EMAIL AND U.S. MAIL**<br>Russell Levine, Esq.<br>Christian C. Taylor, Esq.<br>Kirkland & Ellis (Chicago)<br>200 East Randolph Drive<br>Chicago, IL 60601 | Attorneys for Plaintiff<br>LML Patent Corp. |

574437v1

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Collins J. Seitz, Jr., Esq.<br>Francis di Giovanni, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA EMAIL AND U.S. MAIL**<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA HAND DELIVERY**<br>William J. Marsden, Jr., Esq.<br>Timothy Devlin, Esq.<br>Tara D. Elliott, Esq.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899 | Attorney for Defendant<br>TeleCheck Services, Inc. |

May 19, 2005

THE BAYARD FIRM

_/s/ Richard D. Kirk_

Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

574437v1                                    2