# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,                    )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )        Civil Action No. 04-858 SLR
                                     )
TELECHECK SERVICES, INC.,            )
ELECTRONIC CLEARING HOUSE, INC.,     )
XPRESSCHEX, INC., AND                )
NOVA INFORMATION SYSTEMS, INC.       )
                                     )
        Defendants.

## PLAINTIFF'S NOTICE OF DEPOSITION FOR SUE Z. SHAPER

**PLEASE TAKE NOTICE** that at 9:00 a.m. on June 10, 2005, plaintiff LML Patent Corp. ("LML"), by its counsel, will take the deposition upon oral examination of Sue Z. Shaper at the Marriott Airport Hotel, 18700 John F. Kennedy Blvd., Houston, Texas 77032, or at such other location and time as the parties shall agree. This examination will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day to day until completed. The examination may be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine the witness.

DATED this 19th day of May, 2005

                                   */s/ Richard K. Herrmann*

Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2005, I electronically filed the foregoing document, **PLAINTIFF'S NOTICE OF DEPOSITION FOR SUE Z. SHAPER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.                    William J. Marsden, Jr., Esq.
Francis DiGiovanni, Esq.                   Timothy Devlin, Esq.
Connolly Bove Lodge & Hutz LLP    Fish & Richardson, P.C.
1007 North Orange Street              919 North Market Street, Suite 1100
Wilmington, DE 19801                   Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 19th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.                    Mark C. Scarsi, Esq.
Mark B. Mizrahi, Esq.                 Vision L. Winter, Esq.
Belasco Jacobs & Townsley, LLP   O'Melveny & Myers LLP
Howard Hughes Center                400 South Hope Street
6100 Center Drive, Suite 630        Los Angeles, CA 90071
Los Angeles, CA 90045

*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.