IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., AND | ) |
| NOVA INFORMATION SYSTEMS, INC. | ) |
| | ) |
|     Defendants. | |

**LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF
ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on July 13, 2005, at the law offices of Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California 90017, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of Defendants Electronic Clearing House, Inc. and XpressChex, Inc. (collectively "ECHO") by oral examination of witness(es) designated by ECHO to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by ECHO should be prepared to testify as to such matters known or reasonably available to ECHO.

ECHO's counsel is requested to provide to LML's counsel, seven (7) business days before the commencement of this deposition, a written designation of the names and positions of the officers, directors, managing agents or other persons who are most competent to

testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) will be recorded by both stenographic and videographic means.

Dated: May 31, 2005

      /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

**SCHEDULE A**

I.     **DEFINITIONS:**

The following terms and phrases shall have the following definitions as used herein:

      A.     As used herein, "LML" means LML Patent Corp., LML Payment Systems, Inc., LML Payment Systems Corp., and/or LML Corp., as well as any subsidiaries, parents, or affiliates thereof, and all directors, officers, agents, employees, attorneys and other persons acting on its or their behalf.

      B.     As used herein, "ECHO" means Electronic Clearing House, Inc., Xpresschex, Inc., and any subsidiaries, parents, or affiliates thereof, and all directors, officers, agents, employees, attorneys and other persons acting on its behalf.

      C.     As used herein, the term "Opinion," "Opinion of Counsel," and/or "Advice of Counsel" means any legal opinion, advice or conclusion, whether oral or written, communicated to ECHO, regarding LML's United States Patent Nos. 5,484,988 and/or 6,164,528.

      D.     As used herein, the term "ECHO's Opinion Counsel" means any law firm and their partners, associates, representatives, agents, employees, and other persons under their control, regardless of their affiliation or employment, who participated in drafting, rendering, or analyzing technology or data for ECHO's Opinions, including but not limited to the law firms Sidley Austin Brown & Wood LLP and Petty, Schroeder & Poplawski and the attorneys Denise L. McKenzie, Paul H. Meier, and Robert Schroeder.

**II.    TOPICS:**

1. The date ECHO first learned of United States Patent Nos. 5,484,988 and 6,164,528, and the date ECHO first decided to obtain an opinion of counsel with respect to United States Patent Nos. 5,484,988 and/or 6,164,528.

2. ECHO's decision to obtain an Opinion of Counsel with respect to United States Patent Nos. 5,484,988 and/or 6,164,528.

3. All communications, whether internal or otherwise, regarding LML or United States Patent Nos. 5,484,988 and/or 6,164,528.

4. All meetings with and communications between ECHO and Opinion Counsel regarding LML or United States Patent Nos. 5,484,988 and/or 6,164,528 including all oral communication with as well as all documents provided to and/or received from Opinion Counsel.

5. The identity of all persons who reviewed and/or evaluated any Opinion of Counsel received by ECHO.

6. The identity of all persons to whom any Opinion of Counsel was communicated to in whole or in part.

7. All factors that ECHO considered in reviewing and evaluating any Opinion of Counsel.

8. All decisions, including technical and marketing decisions, ECHO made relating to its Visa POS Check Services program, XpressConversion, and CHEXpedite Electronic Payment Solutions that were based in whole or in part on an Opinion of Counsel.

9. All reasons ECHO believes that its Opinions of Counsel provide a defense to LML's claims of willful infringement.

10. ECHO's alleged reliance on any Opinion of Counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801  

Additionally, I hereby certify that on the 31st day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045  

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

                                    */s/ Richard K. Herrmann*  
                              Richard K. Herrmann (#405)  
                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
                              222 Delaware Avenue, 10th Floor  
                              Wilmington, Delaware 19801  
                              (302) 888-6800  
                              rherrmann@morrisjames.com  
                              Attorneys for Plaintiff  
                              LML PATENT CORP.