IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>　　　　Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF TAKING DEPOSITION OF CONNIE HIGASHIYAMA

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, defendant TeleCheck Services, Inc. ("TeleCheck") will take the deposition of Connie Higashiyama, at the law offices of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063, commencing at 9:00 a.m. on June 27, 2005, or at such other location and time as the parties shall agree. The deposition will continue from day to day thereafter until complete. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony may be recorded stenographically and/or by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: May 31, 2005  FISH & RICHARDSON P.C.

By: /s/ Sean P. Hayes
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Sean P. Hayes (#4413)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Attorneys for Defendant
TeleCheck Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2005, I electronically filed with the Clerk of Court the **NOTICE OF TAKING DEPOSITION OF CONNIE HIGASHIYAMA** using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Attorneys for Plaintiff
LML Patent Corp.

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

Attorneys for Defendants
Electronic Clearing House, Inc. and
Xpress Check, Inc.

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Attorney for Defendants
Nova Information Systems, Inc.

I hereby certify that on May 31, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

/s/ Sean P. Hayes
Sean P. Hayes (#4413)

80024878.doc