IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC., and<br>NOVA INFORMATION SYSTEMS, INC.,<br><br>      Defendants. | Civil Action No. 04-858-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 1, 2005, copies of **DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFF'S FIRST NOTICE OF DEPOSITION OF NOVA INFORMATION SYSTEMS, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)** were served on the following counsel in the manner shown:

**VIA HAND DELIVERY**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

Attorneys for Plaintiff
LML Patent Corp.

**VIA EMAIL AND U.S. MAIL**
Russell Levine, Esq.
Christian C. Taylor, Esq.
Kirkland & Ellis (Chicago)
200 East Randolph Drive
Chicago, IL 60601

Attorneys for Plaintiff
LML Patent Corp.

589472v1

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Collins J. Seitz, Jr., Esq.<br>Francis di Giovanni, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA EMAIL AND U.S. MAIL**<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA HAND DELIVERY**<br>William J. Marsden, Jr., Esq.<br>Timothy Devlin, Esq.<br>Tara D. Elliott, Esq.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899 | Attorney for Defendant<br>TeleCheck Services, Inc. |

June 1, 2005

THE BAYARD FIRM

_/s/ Richard D. Kirk_
Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

589472v1