IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECHECK SERVICES, INC., )<br>ELECTRONIC CLEARING HOUSE, INC., )<br>XPRESSCHEX, INC., and )<br>NOVA INFORMATION SYSTEMS, INC., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 04-858-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 1, 2005, copies of **NOVA INFORMATION SYSTEMS, INC.'S AND SONG K. JUNG'S OBJECTIONS TO THE THIRD PARTY SUBPOENA SERVED ON SONG K. JUNG BY LML PATENT CORP.** were served on the following counsel in the manner shown:

**VIA HAND DELIVERY**                         Attorneys for Plaintiff
Richard K. Herrmann, Esq.                     LML Patent Corp.
Mary B. Matterer, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

**VIA EMAIL AND U.S. MAIL**                   Attorneys for Plaintiff
Russell Levine, Esq.                          LML Patent Corp.
Christian C. Taylor, Esq.
Kirkland & Ellis (Chicago)
200 East Randolph Drive
Chicago, IL 60601

589502v1

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Collins J. Seitz, Jr., Esq.<br>Francis di Giovanni, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA EMAIL AND U.S. MAIL**<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **VIA HAND DELIVERY**<br>William J. Marsden, Jr., Esq.<br>Timothy Devlin, Esq.<br>Tara D. Elliott, Esq.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899 | Attorney for Defendant<br>TeleCheck Services, Inc. |

June 1, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk

Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for non-party Song K. Jung and
Attorneys for NOVA Information Systems, Inc.

OF COUNSEL:

David L. Balser
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Phone: (404) 527-4174
Attorneys for Song K. Jung


Mark C. Scarsi
Vision L. Winters
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-600
Attorneys for NOVA Information Systems, Inc.