## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 1, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and first class mail to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Soo Choi, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

/s/ Richard D. Kirk (rk0922)

578216v1