IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>    Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF TAKING DEPOSITION OF PETER STENHJEM

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, defendant TeleCheck Services, Inc. will take the deposition of Peter Stenhjem, at the Scottsdale Marriott at McDowell Mountains, 16770 North Perimeter Drive, Scottsdale, AZ 85260, commencing at 9:00 a.m. on July 12, 2005. The deposition will continue from day to day thereafter until complete. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony will be recorded stenographically and by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

Dated: June 14, 2005   FISH & RICHARDSON P.C.

By:     */s/ Stamatios Stamoulis*
William J. Marsden, Jr. (#2247)
*marsden@fr.com*
Timothy Devlin (#4241)
*tdevlin@fr.com*
Stamatios Stamoulis (#4606)
*stamoulis@fr.com*
Tara D. Elliott (#4483)
*elliott@fr.com*
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Attorneys for Defendant
TeleCheck Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Russell Levine, Esq.<br>Christian C. Taylor<br>Kirkland & Ellis (Chicago)<br>200 East Randolph Drive<br>Chicago, IL 60601 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Collins J. Seitz, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Attorney for Defendants<br>Nova Information Systems, Inc. |

I hereby certify that on June 14, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Russell E. Levine, Esq.<br>Kirkland & Ellis LLP<br>200 E. Randolph Dr.<br>Chicago, IL 60601 |
| Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | |

                                                  /s/ *Stamatios Stamoulis*
                                                    Stamatios Stamoulis