IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>      Plaintiff,<br><br>      v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>      Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 14, 2005, a true and correct copy of (1) Defendant TeleCheck Services, Inc.'s Second Set Of Interrogatories To Plaintiff (Nos. 18-22); (2) Defendant TeleCheck Services, Inc.'s Requests for Admissions to Plaintiff (Nos. 1-19); and (3) Defendant Telecheck Services, Inc. Third Request for Production of Documents and Things to Plaintiff (Nos. 91-100) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801-4226

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19899

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

| | |
|---|---|
| **BY HAND DELIVERY** | **BY EMAIL AND FIRST CLASS MAIL** |
| Collins J. Seitz, Jr., Esq. | Mark C. Scarsi, Esq. |
| Connolly Bove Lodge & Hutz LLP | O'Melveny & Myers LLP |
| The Nemours Building | 400 S Hope Street |
| 1007 North Orange Street | Los Angeles, CA 90071 |
| Wilmington, DE  19801 | |

Dated:  June 15, 2005                    FISH & RICHARDSON P.C.

By:    /s/ Sean P. Hayes
       William J. Marsden, Jr. (marsden@fr.com)
       Timothy Devlin (tdevlin@fr.com)
       Tara D. Elliott (elliott@fr.com)
       Sean P. Hayes (hayes@fr.com)
       919 N. Market Street, Suite 1100
       P.O. Box 1114
       Wilmington, DE  19801

Attorneys for Defendant
TeleCheck Services, Inc.

80025150.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Mary B. Matterer, Esq.
>Morris James Hitchens & Williams
>222 Delaware Avenue, 10th Floor
>Wilmington, DE  19801-4226
>
>Richard D. Kirk, Esq.
>The Bayard Firm
>222 Delaware Avenue, 9th Floor
>Wilmington, DE  19899
>
>Collins J. Seitz, Jr., Esq.
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I hereby certify that on June 15, 2005, I have sent via email, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

*/s/ Sean P. Hayes*
Sean P. Hayes