IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF TAKING DEPOSITION OF GERRI CALABRESE

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant TeleCheck Services, Inc. ("TeleCheck") will take the deposition of Gerri Calabrese, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071-2899, commencing at 9:00 a.m. on June 24, 2005, or at such other location and time as the parties may agree. The deposition will continue from day to day thereafter until complete. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony will be recorded stenographically and by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote."

| | |
|---|---|
| Dated: June 15, 2005 | FISH & RICHARDSON P.C.<br><br>By: */s/ Sean P. Hayes*<br>　　William J. Marsden, Jr. (#2247)<br>　　Timothy Devlin (#4241)<br>　　Tara D. Elliott (#4483)<br>　　Sean P. Hayes (#4413)<br>　　919 N. Market Street, Suite 1100<br>　　P.O. Box 1114<br>　　Wilmington, DE  19801<br><br>Attorneys for Defendant<br>TeleCheck Services, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed with the Clerk of Court the Notice of Taking Deposition of Gerri Calabrese using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Collins J. Seitz, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Attorney for Defendants<br>Nova Information Systems, Inc. |

I hereby certify that on June 15, 2005, I have mailed by United States Postal Service and emil, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA  90045 | Russell E. Levine, Esq.<br>Kirkland & Ellis LLP<br>200 E. Randolph Dr.<br>Chicago, IL 60601 |
| Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | |

                                                    */s/ Sean P. Hayes*
                                                      Sean P. Hayes

80025188.doc