IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**TELECHECK SERVICES, INC. THIRD NOTICE OF DEPOSITION
OF LML PATENT CORP. PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant TeleCheck Services, Inc. ("TeleCheck"), by its counsel, will take the deposition of Plaintiff LML Patent Corporation ("LML") on July 13, 2005, beginning at 9:00 a.m., at the offices of United Reporting Service, 1030 West Georgia Street, Vancouver, BC, Canada, or at a time and place mutually agreed upon by the parties. The deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Testimony of the witness(es) will be stenographically recorded and may be videotaped.

LML shall identify and designate one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter identified in Attachment A. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the person(s) designated by LML should be prepared to testify as to such matters known or reasonably available to TeleCheck.

LML is requested to provide TeleCheck's counsel, on or before July 6, 2005, a written designation of the names and positions of the officer(s), director(s), managing agent(s) or other person(s) who are most competent to testify concerning the matters set forth in Attachment A, and for each person designated, the matters on which he or she will testify. Notice will be provided to all counsel who are invited to attend and cross-examine.

Dated: June 15, 2005         FISH & RICHARDSON P.C.

By:     */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
*marsden@fr.com*
Timothy Devlin (#4241)
*tdevlin@fr.com*
Stamatios Stamoulis (#4606)
*stamoulis@fr.com*
Tara D. Elliott (#4483)
*elliott@fr.com*
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

Attorneys for Defendant
TeleCheck Services, Inc.

## **ATTACHMENT A**

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, LML shall identify, designate, and produce for deposition one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter of the following categories:

1. Customer/licensee comments or feedback regarding electronic check conversion.

2. Alternatives to electronic check conversion.

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Russell Levine, Esq.<br>Christian C. Taylor<br>Kirkland & Ellis (Chicago)<br>200 East Randolph Drive<br>Chicago, IL  60601 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Collins J. Seitz, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Attorney for Defendants<br>Nova Information Systems, Inc. |

I hereby certify that on June 15, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA  90045 | Russell E. Levine, Esq.<br>Kirkland & Ellis LLP<br>200 E. Randolph Dr.<br>Chicago, IL 60601 |
| Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.