**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 16th day of June, 2005, copies of the following documents,

(1)   **LML'S FOURTH SET OF INTERROGATORIES TO TELECHECK SERVICES, INC.;**

(2)   **LML'S FOURTH SET OF INTERROGATORIES TO ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.;**

(3)   **LML'S THIRD SET OF INTERROGATORIES TO NOVA INFORMATION SYSTEMS, INC.;**

(4)   **LML'S FIRST SET OF REQUESTS FOR ADMISSION TO TELECHECK SERVICES, INC. (NOS. 1-35);**

(5)   **LML'S FIRST SET OF REQUESTS FOR ADMISSION TO ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC. (NOS. 1-35); and**

(6)   **LML'S FIRST SET OF REQUESTS FOR ADMISSION TO NOVA INFORMATION SYSTEMS, INC. (NOS. 1-35)**

were served on counsel as indicated:

| VIA EMAIL | VIA EMAIL |
|---|---|
| Collins J. Seitz, Jr., Esq.<br>Francis DiGiovanni, Esq.<br>Conolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | Robert Jacobs, Esq.<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA  90045<br>Facsmile: (310) 743-1189 |
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, 9th Floor<br>Wilmington, DE  19801 | Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA  90071<br>Facsimile:  (213) 430-6407 |
| William J. Marsden, Jr., Esq.<br>Timothy Devlin, Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19801 | |

Dated:  June 16, 2005        */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 16th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

       /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.