**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858 SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., AND ) | |
| NOVA INFORMATION SYSTEMS, INC. ) | |
| ) | |
| Defendants. | |

**LML PATENT CORP.'S SIXTH NOTICE OF DEPOSITION OF
TELECHECK SERVICES, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on July 13, 2005 at the offices of TeleCheck Services, Inc., 5251 Westheimer, Houston, Texas, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendant TeleCheck Services, Inc. ("TeleCheck") by oral examination of witness(es) designated by TeleCheck to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by TeleCheck should be prepared to testify as to such matters known or reasonably available to TeleCheck.

TeleCheck's counsel is requested to provide to LML's counsel, on or before June 30, 2005, a written designation of the names and positions of the officers, directors, managing

agents or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) may be recorded by both stenographic and videographic means.

DATED this 20th day of June, 2005

        /s/ Mary B.Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## SCHEDULE A

1. The operation, function, implementation, design, conception, and development of TeleCheck's Electronic Check Acceptance ("ECA service"), and any component thereof.

2. The method by which a check is converted to an electronic transaction by TeleCheck's ECA service, including but not limited to all steps or actions required by TeleCheck's ECA service to conduct such a transaction, from the presentment of the check at the point-of-sale ("POS") to the transfer of funds to a merchant's account.

3. The identity of any person(s) responsible for the operation, function, implementation, design, conception, and development of TeleCheck's ECA service, and any component thereof.

4. The operation, function, implementation, design, conception, and development of all POS equipment used with TeleCheck's ECA service, including but not limited to TeleCheck's Eclipse and Accelera terminals, displays, memory, processors, check readers (including magnetic and optical MICR readers), check imagers, printers, "all in one" terminals, POS software, and communications equipment.

5. The operation, function, implementation, design, conception, and development of any equipment or system with which the POS equipment used with TeleCheck's ECA service communicates, either directly or indirectly, including but not limited to the TeleCheck Gateway, TeleCheck Host, Saturn, WSE, TSE, PIPS, TEPPS, central computers, hosts, computer systems, gateways, communications interfaces, software (including risk decisioning, check acceptance, loss prevention, velocity, ACH batch processing and communications, and database software), interfaces and communication with VISA equipment, and interfaces and communication with FDMS equipment.

6. Identification, existence, location and contents of all databases TeleCheck's ECA service accesses or has access to, and the entity that owns, operates, or maintains such databases.

7. Compliance with NACHA, ACH and Federal Regulation E rules and regulations governing TeleCheck's ECA product and services from 1997 to the present.

8. The authenticity, contents, completeness and accuracy of TeleCheck production documents relating to the matters set forth in topics 1-7 above.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2005, I electronically filed the foregoing document, **LML PATENT CORP'S SIXTH NOTICE OF DEPOSITION OF TELECHECK SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801  

Additionally, I hereby certify that on the 20th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045  

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

        */s/ Mary B.Matterer*  
Richard K. Herrmann #405  
Mary B. Matterer #2696  
MORRIS JAMES HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware  19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  

Attorneys for LML Patent Corp.

5