**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECHECK SERVICES, INC., )<br>ELECTRONIC CLEARING HOUSE, INC., )<br>XPRESSCHEX, INC., AND )<br>NOVA INFORMATION SYSTEMS, INC. )<br>)<br>Defendants. | Civil Action No. 04-858 SLR |

**PLAINTIFF'S THIRD RULE 30(b)(6) DEPOSITION NOTICE TO**
**ELECTRONIC CLEARING HOUSE, INC.**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on July 11, 2005 at the law offices of Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendant Electronic Clearing House, Inc. ("Echo") by oral examination of witness(es) designated by Echo to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by Echo should be prepared to testify as to such matters known or reasonably available to Echo.

Echo's counsel is requested to provide to LML's counsel, on or before June 30, 2005, a written designation of the names and positions of the officers, directors, managing agents

or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) will be recorded by both stenographic and videographic means.

DATED this 22nd day of June, 2005

      /s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Attorneys for LML Patent Corp.

## SCHEDULE A

1. An explanation of how Echo markets each of its checking services to customers, including an explanation of the involvement of any third party in the marketing and sales process.

2. An explanation of how Echo advertises each of its checking services, including the methods of advertisements, the message intended to be conveyed in its advertisements, and the intended audience for its advertisements.

3. An explanation of the competitive environment for each of Echo's checking services, including Echo's identification of who it views as its primary competitors and identification of competing products.

4. A description of Echo's customers, including an explanation of how Echo categorizes its customers and any difference in its marketing approach to different customers.

5. The identification and description of any marketing documents that were disseminated to Echo's customers and/or other third parties to aid in the marketing of Echo's products and services.

6. An explanation of the bases for statements made in Echo's marketing materials.

7. An explanation of the chart provided by Echo in Echo's May 19, 2005 Supplemental Response to Interrogatory No. 9.

8. An explanation of all benefits associated with the ability to offer an electronic check conversion product.

9. Any conduct by LML on which Echo's defense of estoppel is based, including what conduct caused Echo's inference that LML would not enforce the patent against it, how Echo relied on that inference, and any material prejudice to Echo because of that reliance.

10. Any conduct by LML on which Echo's defense of laches is based, including any evidence that LML delayed filing suit for an unreasonable length of time and that this delay caused prejudice or injury to Echo.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2005, I electronically filed the foregoing document, **PLAINTIFF'S THIRD RULE 30(b)(6) DEPOSITION NOTICE TO ELECTRONIC CLEARING HOUSE, INC.**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801  

Additionally, I hereby certify that on the 22nd day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045  

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

        */s/ Mary B. Matterer*  
        Richard K. Herrmann (#405)  
        Mary B. Matterer (#2696)  
        MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
        222 Delaware Avenue, 10th Floor  
        Wilmington, Delaware 19801  
        (302) 888-6800  
        mmatterer@morrisjames.com  

        Attorneys for Plaintiff  
        LML PATENT CORP.