IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | | |

**LML PATENT CORP.'S FOURTH NOTICE OF DEPOSITION OF
NOVA INFORMATION SYSTEMS, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on July 6, 2005 at the law offices of Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendant NOVA Information Systems, Inc. ("NOVA") by oral examination of witness(es) designated by NOVA to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by NOVA should be prepared to testify as to such matters known or reasonably available to NOVA.

NOVA's counsel is requested to provide to LML's counsel, on or before June 30, 2005, a written designation of the names and positions of the officers, directors, managing agents

or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) may be recorded by both stenographic and videographic means.

DATED this 22nd day of June, 2005

        /s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## SCHEDULE A

1. An explanation of how NOVA markets each of its checking services to customers, including an explanation of the involvement of any third party in the marketing and sales process.

2. An explanation of how NOVA advertises each of its checking services, including the methods of advertisements, the message intended to be conveyed in its advertisements, and the intended audience for its advertisements.

3. An explanation of the competitive environment for each of NOVA's checking services, including NOVA's identification of who it views as its primary competitors and identification of competing products.

4. A description of NOVA's customers, including an explanation of how NOVA categorizes its customers and any difference in its marketing approach to different customers.

5. The identification and description of any marketing documents that were disseminated to NOVA's customers and/or other third parties to aid in the marketing of NOVA's products and services.

6. An explanation of the bases for statements made in NOVA's marketing materials.

7. An explanation of all benefits associated with the ability to offer an electronic check conversion product.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S FOURTH NOTICE OF DEPOSITION OF NOVA INFORMATION SYSTEMS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 22nd day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

          */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.