## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., AND | ) |
| NOVA INFORMATION SYSTEMS, INC. | ) |
| | ) |
| Defendants. | |

**LML PATENT CORP.'S SEVENTH NOTICE OF DEPOSITION OF
TELECHECK SERVICES, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on July 14, 2005 at the offices of TeleCheck Services, Inc., 5251 Westheimer, Houston, Texas, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendant TeleCheck Services, Inc. ("TeleCheck") by oral examination of witness(es) designated by TeleCheck to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A.  Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by TeleCheck should be prepared to testify as to such matters known or reasonably available to TeleCheck.

TeleCheck's counsel is requested to provide to LML's counsel, on or before June 30, 2005, a written designation of the names and positions of the officers, directors, managing

agents or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) may be recorded by both stenographic and videographic means.

DATED this 22nd day of June, 2005

                                                                                      */s/ Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Attorneys for LML Patent Corp.

## SCHEDULE A

1. An explanation of how Telecheck markets each of its checking services to customers, including an explanation of the involvement of any third party in the marketing and sales process.

2. An explanation of how Telecheck advertises each of its checking services, including the methods of advertisements, the message intended to be conveyed in its advertisements, and the intended audience for its advertisements.

3. An explanation of the competitive environment for each of Telecheck's checking services, including Telecheck's identification of who it views as its primary competitors and identification of competing products.

4. A description of Telecheck's customers, including an explanation of how Telecheck categorizes its customers and any difference in its marketing approach to different customers.

5. The identification and description of any marketing documents that were disseminated to Telecheck's customers and/or other third parties to aid in the marketing of Telecheck's products and services.

6. An explanation of the bases for statements made in Telecheck's marketing materials.

7. An explanation of the bases for the statements and projections made in FDC729313-34 and FDC729335-67.

8. An explanation of all benefits associated with the ability to offer an electronic check conversion product.

9. Any conduct by LML on which Telecheck's defense of estoppel is based, including what conduct caused Telecheck's inference that LML would not enforce the patent against it, how Telecheck relied on that inference, and any material prejudice to Telecheck because of that reliance.

10. Any conduct by LML on which Telecheck's defense of laches is based, including any evidence that LML delayed filing suit for an unreasonable length of time and that this delay caused prejudice or injury to Telecheck.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S SEVENTH NOTICE OF DEPOSITION OF TELECHECK SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 22nd day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

　　　　　　/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.