IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858-SLR |
| | ) | |
| TELECHECK SERVICE, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC., and NOVA INFORMATION SYSTEMS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**ELECTRONIC CLEARING HOUSE, INC. AND
XPRESSCHEX, INC.'S MOTION FOR LEAVE TO FILE A
SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

Defendants ELECTRONIC CLEARING HOUSE, INC. and XPRESSCHEX, INC., (hereinafter collectively referred to as "ECHO") hereby move the Court, pursuant to Fed. R .Civ. P. 15(a), for leave to file and serve a Second Amended Answer and Affirmative Defenses. A copy of the proposed amended pleading is attached hereto as Ex. A, and a red-lined version (comparing the proposed pleading against the previously-filed Amended Answer and Affirmative Defenses) is attached as Ex. B. A Proposed Order granting this motion is attached as Ex. C. ECHO seeks leave of Court to amend its pleadings in light of additional acts and omissions of inequitable conduct that has discovered since the filing of its earlier pleadings. In support of its motion, ECHO relies on the accompanying brief.

Respectfully submitted, this 27th day of June, 2005.

                CONNOLLY BOVE LODGE & HUTZ LLP

                /s/ Francis DiGiovanni
                Francis DiGiovanni, Esq. (#3189)
                CONNOLLY BOVE LODGE & HUTZ LLP
                The Nemours Building
                1007 North Orange Street
                Wilmington, DE 19801
                fdigiovanni@cblh.com
                Phone: 302-658-9141
                Fax: 302-658-5614
                *Attorneys for Defendants Electronic Clearing House, Inc. and Xpresschex, Inc.*

-2-

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
(310) 743-1188

## LOCAL RULE 7.1.1 STATEMENT

The undersigned hereby certifies, pursuant to Delaware Local Rule 7.1.1, that counsel for the moving party has made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the foregoing motion. However, counsel for plaintiff has refused to consent to an amendment to movants' answers and affirmative defenses.

/s/ Francis DiGiovanni
Francis DiGiovanni, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on June 27, 2005, I electronically filed **BRIEF IN SUPPORT OF ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on June 27, 2005, I have mailed by U.S. Postal Service, the document to the following non-registered participants.

Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
(302) 658-5614
fdigiovanni@cblh.com
*Attorneys for Defendants Xpresschex, Inc. and Electronic Clearing House, Inc.*

403392_1