# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., and | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

WHEREAS, pending before the Court is Electronic Clearing House, Inc. and Xpresschex, Inc.'s Motion for Leave to File Second Amended Answer and Affirmative Defenses;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), leave to amend shall be freely given when justice so requires;

NOW THEREFORE, IT IS HEREBY ORDERED this ____ day of _____, 2005, that Electronic Clearing House, Inc. and Xpresschex, Inc.'s Motion for Leave to File a Second Amended Answer and Affirmative Defenses is GRANTED, and the Second Amended Answer attached as Exhibit A to the granted Motion shall be deemed filed as of the date of this Order.

_____          _____
DATE                                                                  Honorable Judge Sue L. Robinson

403431_1