**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., AND | ) |
| NOVA INFORMATION SYSTEMS, INC. | ) |
| | ) |
| Defendants. | |

**PLAINTIFF'S FOURTH RULE 30(b)(6) DEPOSITION NOTICE TO
ELECTRONIC CLEARING HOUSE, INC.**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby provides notice that commencing at 9:00 a.m. on July 13, 2005 at the law offices of Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, California, or at such other time and place mutually agreed upon by counsel for the parties, it will take the deposition of defendant Electronic Clearing House, Inc. ("Echo") by oral examination of witness(es) designated by Echo to testify on its behalf as the person(s) most competent to testify concerning the matters listed on attached Schedule A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by Echo should be prepared to testify as to such matters known or reasonably available to Echo.

Echo's counsel is requested to provide to LML's counsel, on or before June 30, 2005, a written designation of the names and positions of the officers, directors, managing agents

or other persons who are most competent to testify concerning the matters set forth in Schedule A, and for each person designated, the matters on which he or she will testify.

The depositions will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed. Pursuant to Rule 30(b)(2), testimony of the witness(es) will be recorded by both stenographic and videographic means.

DATED this 28th day of June, 2005

    /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## **SCHEDULE A**

1.	An explanation of the costs included in ECHO's profitability analysis as reflected on ECHO 0025064-0025065.

2.	An explanation of how all allocated and unallocated costs including any profitability analysis of ECHO's XpressConversion and/or VISA POS Check Conversion product were accounted for by ECHO.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2005, I electronically filed the foregoing document, **PLAINTIFF'S FOURTH RULE 30(b)(6) DEPOSITION NOTICE TO ELECTRONIC CLEARING HOUSE, INC.**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE 19801

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE 19801

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE 19801

Additionally, I hereby certify that on the 28th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA 90045

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA 90071

        */s/ Richard K. Herrmann*  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
(302) 888-6800  
mmatterer@morrisjames.com

Attorneys for Plaintiff  
LML PATENT CORP.