**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | | |

**LML PATENT CORP.'S FIFTH NOTICE OF DEPOSITION OF NOVA INFORMATION
SYSTEMS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that in accordance with the provisions of Rules 26
and 30 of the Federal Rules of Civil Procedure, plaintiff LML Patent Corp. ("LML") hereby
provides notice that commencing at 9:00 a.m. on July 12, 2005 at the law offices of Kirkland &
Ellis LLP, 777 South Figueroa Street, Los Angeles, California, or at such other time and place
mutually agreed upon by counsel for the parties, it will take the deposition of defendant NOVA
Information Systems, Inc. ("NOVA") by oral examination of witness(es) designated by NOVA
to testify on its behalf as the person(s) most competent to testify concerning the matters listed on
attached Schedule A.  Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s)
designated by NOVA should be prepared to testify as to such matters known or reasonably
available to NOVA.

NOVA's counsel is requested to provide to LML's counsel, on or before June 30,
2005, a written designation of the names and positions of the officers, directors, managing agents

or other persons who are most competent to testify concerning the matters set forth in Schedule

A, and for each person designated, the matters on which he or she will testify.

   The depositions will be taken upon oral examination before an official authorized

by law to administer oaths and will continue from day to day until completed.  Pursuant to

Rule 30(b)(2), testimony of the witness(es) may be recorded by both stenographic and

videographic means.


DATED this 28th day of June, 2005

       */s/ Richard K. Herrmann*
       Richard K. Herrmann #405
       MORRIS JAMES HITCHENS &
       WILLIAMS LLP
       222 Delaware Avenue, 10th Floor
       Wilmington, Delaware  19801
       (302) 888-6800
       rherrmann@morrisjames.com

       Russell E. Levine, P.C.
       Jamie H. McDole
       Edward K. Runyan
       KIRKLAND & ELLIS LLP
       200 East Randolph Drive
       Chicago, Illinois  60601
       (312) 861-2000

       Attorneys for LML Patent Corp.

## SCHEDULE A

1.      An explanation of the costs included in Nova's profitability analysis as reflected on NOVA 52860.

2.      An explanation of how all allocated and unallocated costs including any profitability analysis of Nova's Electronic Check Service were accounted for by Nova.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2005, I electronically filed the foregoing document, **LML PATENT CORP.'S FIFTH NOTICE OF DEPOSITION OF NOVA INFORMATION SYSTEMS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801

Additionally, I hereby certify that on the 28th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071

_____/s/ Richard K. Herrmann_____  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
(302) 888-6500  
rherrmann@morrisjames.com

Attorneys for Plaintiff LML PATENT CORP.