IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858-SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., and ) | |
| NOVA INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 1, 2005, copies of DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFF'S THIRD NOTICE OF DEPOSITION OF NOVA INFORMATION SYSTEMS, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6) were served on the following counsel in the manner shown:

**VIA HAND DELIVERY**                          Attorneys for Plaintiff
Richard K. Herrmann, Esq.                      LML Patent Corp.
Mary B. Matterer, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

**VIA EMAIL AND U.S. MAIL**                    Attorneys for Plaintiff
Russell Levine, Esq.                           LML Patent Corp.
Christian C. Taylor, Esq.
Kirkland & Ellis (Chicago)
200 East Randolph Drive
Chicago, IL 60601

593385v1

**VIA HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Francis di Giovanni, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

Attorneys for Defendants
Electronic Clearing House, Inc. and
Xpress Check, Inc.

**VIA EMAIL AND U.S. MAIL**
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Attorneys for Defendants
Electronic Clearing House, Inc. and
Xpress Check, Inc.

**VIA HAND DELIVERY**
William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Tara D. Elliott, Esq.
919 N. Market Street, Suite 1100
Wilmington, DE 19899

Attorney for Defendant
TeleCheck Services, Inc.

July 1, 2005

THE BAYARD FIRM

_/s/ Richard D. Kirk_
Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

593385v1

2