IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Don H. Min to represent Defendants Xpresschex, Inc. and Electronic Clearing House, Inc. in this matter.

Dated: July 5, 2005

CONNOLLY BOVE LODGE & HUTZ LLP

 /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendants Xpresschex, Inc,
and Electronic Clearing House, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                 United States District Judge

404737_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATION BY COUNSEL FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the California State Bar, California State Bar. No. 221,905, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: 06/30/05

_____
Don H. Min, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Phone: (310) 743-1188
*Attorney for Defendants Xpresschex, Inc., and Electronic Clearing House, Inc.*

1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on July 5, 2005, I electronically filed **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

Richard K. Herrmann, squire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on July 5, 2005, I have mailed by U.S. Postal Service, the document to the following non-registered participants.

Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendants Xpresschex, Inc. and Electronic Clearing House, Inc.*

404737_1