IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858-SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., and ) | |
| NOVA INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on July 5, 2005, a true and correct copy of **OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6), OBJETIONS TO PLAINTIFF LML PATENT CORP.'S THIRD NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6), and OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S FOURTH NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)** were served upon the following attorneys of record as indicated:

**FIRST CLASS MAIL**
William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**FIRST CLASS MAIL**
Richard K. Herrmann, Esquire
Morris James Hitchens Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, 9th Floor<br>P.O. Box 25130<br>Wilmington, DE  19899 | **FIRST CLASS MAIL**<br>Mark C. Scarsi, Esquire<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071 |

**FIRST CLASS MAIL**
Russell E. Levin, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Dated: July 6, 2005              /s/ Francis DiGiovanni
                                                    Francis DiGiovanni (#3189)
                                                    CONNOLLY BOVE LODGE & HUTZ LLP
                                                    The Nemours Building
                                                    1007 N. Orange Street
                                                    Wilmington, DE 19801
                                                    (302) 658-9141
                                                    fdigiovanni@cblh.com

                                                    *Attorneys for Defendants Xpresschex, Inc.*
                                                     *and Electronic Clearing House, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
(310) 743-1188

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on July 6, 2005, I electronically filed **OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S SECOND NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6), OBJETIONS TO PLAINTIFF LML PATENT CORP.'S THIRD NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6), and OBJECTIONS TO PLAINTIFF LML PATENT CORP.'S FOURTH NOTICE OF DEPOSITION OF ELECTRONIC CLEARING HOUSE, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on July 6, 2005, I have mailed by U.S. Postal Service, the document to the following non-registered participants.

| | |
|---|---|
| Russell E. Levine, Esquire, P.C.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | Mark C. Scarsi, Esquire<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071 |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendants Xpresschex, Inc. and Electronic Clearing House, Inc.*

404934_1