IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

### NOTICE OF TAKING DEPOSITION OF RALPH MCCORMACK

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, defendant TeleCheck Services, Inc. ("TeleCheck") will take the deposition of Ralph McCormack at the Atlanta Marriott Alpharetta, 5750 Windward Parkway, Alpharetta, GA 30005, commencing at 9:00 a.m. on July 15, 2005. The deposition will continue from day to day thereafter until complete. The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. Some or all of the deposition testimony will be recorded stenographically and by videotape. Some or all of the deposition testimony may involve real-time computer connection between the deposition-taker and stenographer using software such as "LiveNote." You are invited to attend.

Dated: July 8, 2005                    FISH & RICHARDSON P.C.

                                       By: _____
                                           William J. Marsden, Jr. (#2247)
                                           Timothy Devlin (#4241)
                                           Tara D. Elliott (#4483)
                                           919 N. Market Street, Suite 1100
                                           P.O. Box 1114
                                           Wilmington, DE  19801

                                       Attorneys for Defendant
                                       TeleCheck Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed with the Clerk of Court the NOTICE OF TAKING DEPOSITION OF RALPH MCCORMACK using CM/ECF which will send notification of such filing(s) to the following:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I hereby certify that on July 8, 2005, I have mailed by United States Postal Service and e-mailed the document(s) to the following non-registered participants:

Russell Levine, Esq.
Christian C. Taylor
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

Timothy Devlin

80025625.doc