IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., <br> ELECTRONIC CLEARING HOUSE, INC., <br> XPRESSCHEX, INC., and <br> NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | Civil Action No. 04-858-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 16, 2005, copies of **DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S FOURTH SUPPLEMENTAL RESPONSE TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES** were served on the following counsel via e-mail and Federal Express:

| | |
|---|---|
| Richard K. Herrmann, Esq. <br> Mary B. Matterer, Esq. <br> Morris, James, Hitchens & Williams LLP <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, DE 19899-2306 | Attorneys for Plaintiff <br> LML Patent Corp. |
| Russell Levine, Esq. <br> Christian C. Taylor, Esq. <br> Kirkland & Ellis (Chicago) <br> 200 East Randolph Drive <br> Chicago, IL 60601 | Attorneys for Plaintiff <br> LML Patent Corp. |

594848v1

| | |
|---|---|
| Collins J. Seitz, Jr., Esq.<br>Francis di Giovanni, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| William J. Marsden, Jr., Esq.<br>Timothy Devlin, Esq.<br>Tara D. Elliott, Esq.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899 | Attorney for Defendant<br>TeleCheck Services, Inc. |

July 18, 2005

THE BAYARD FIRM

*/s/ Richard D. Kirk*

Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000