# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELECHECK SERVICE, INC., ELECTRONIC )<br>CLEARING HOUSE, INC., XPRESSCHEX, INC., )<br>and NOVA INFORMATION SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-858-SLR |

## ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S JOINDER IN TELECHECK SERVICE, INC.'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES AND OPENING BRIEF IN SUPPORT THEREOF

Defendants ELECTRONIC CLEARING HOUSE, INC. and XPRESSCHEX, INC., (hereinafter collectively referred to as "ECHO") hereby join in Defendant TELECHECK SERVICE, INC.'s Motion for Leave to File A Second Amended Answer and Affirmative Defenses (D.I. 232) and Opening Brief in Support Thereof (D.I. 233).

Respectfully submitted, this 19th day of July, 2005.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James M. Olsen
Francis DiGiovanni, Esq. (#3189)
James M. Olsen (#3763)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
fdigiovanni@cblh.com
jolsen@cblh.com
Phone: 302-658-9141
Fax: 302-658-5614

*Attorneys for Defendants Electronic Clearing House, Inc. and Xpresschex, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
(310) 743-1188

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, James M. Olsen, hereby certify that on July 19, 2005, I electronically filed **ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S JOINDER IN TELECHECK SERVICE, INC.'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES AND OPENING BRIEF IN SUPPORT THEREOF** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

| | | |
|---|---|---|
| Richard K. Herrmann, Esquire | William J. Marsden, Esquire | Richard D. Kirk, Esquire |
| Morris James Hitchens | Timothy Devlin, Esquire | The Bayard Firm |
| & Williams LLP | Fish & Richardson, P.C. | 222 Delaware Avenue, |
| 222 Delaware Avenue, | 919 N. Market Street, | 9th Floor |
| 10th Floor | Suite 1100 | P.O. Box 25130 |
| Wilmington, DE 19801 | P.O. Box 1114 | Wilmington, DE 19899 |
| | Wilmington, DE 19899-1114 | |

I hereby certify that on July 19, 2005, I sent via Federal Express, the document to the following non-registered participants.

| | |
|---|---|
| Russell E. Levine, Esquire, P.C. | Mark C. Scarsi, Esquire |
| Kirkland & Ellis LLP | O'Melveny & Myers LLP |
| 200 East Randolph Drive | 400 S. Hope Street |
| Chicago, Illinois 60601 | Los Angeles, CA 90071 |

/s/ James M. Olsen
Francis DiGiovanni, Esq. (#3189)
James M. Olsen (#3763)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
fdigiovanni@cblh.com
jolsen@cblh.com
Phone: 302-658-9141
Fax: 302-658-5614

*Attorneys for Defendants Electronic Clearing House, Inc. and Xpresschex, Inc.*