EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC, )
)
       Plaintiff, )
)
v. ) Civ. No. 04-418-SLR
)
CORNICE, INC., )
)
       Defendant. )

### O R D E R

At Wilmington this 20th day of May, 2005, having reviewed defendant's motion for leave to file its amended answer and counterclaims, and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 51) is granted, as the motion was timely filed, is not futile on its face, and will not prejudice plaintiff.

                                                                         _____
                                                                         United States District Judge