EXHIBIT 3

| | |
|---|---|
| **From:** | Mark Mizrahi [MMizrahi@bjtlaw.com] |
| **Sent:** | Thursday, June 02, 2005 6:30 PM |
| **To:** | McDole, Jamie |
| **Cc:** | Robert Jacobs |
| **Subject:** | LML v. Telecheck et al. |

Dear Jamie:

    Enclosed is a draft Second Amended Answer which we intend to file with the Court. The changes vis-à-vis ECHO's first Amended Answer appear in "red-line."

    Please inform us as soon as practicable whether LML will consent to the filing of this document or whether we will have to move the Court unilaterally.

Regards,

Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Phone: 1-310-743-1188
Fax: 1-310-743-1189
mmizrahi@bjtlaw.com