IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2005, a true and correct copy of (1) TeleCheck's Response to LML's Fourth Set of Interrogatories; (2) TeleCheck's Responses to LML's First [sic] Request for Admissions; (3) Defendant TeleCheck Services, Inc. Third Supplemental Initial Disclosures; (4) TeleCheck Supplemental Response to LML's Amended First Set of Interrogatories (Nos. 1 and 2) and LML's Second Set of Interrogatories (Nos. 10 and 11) dated July 18, 2005) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY HAND DELIVERY**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-4226

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

**BY EMAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071


Dated: July 19, 2005          FISH & RICHARDSON P.C.


By:    */s/ Timothy Devlin*
      William J. Marsden, Jr. (marsden@fr.com)
      Timothy Devlin (tdevlin@fr.com)
      Tara D. Elliott (elliott@fr.com)
      Sean P. Hayes (hayes@fr.com)
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE 19801

Attorneys for Defendant
TeleCheck Services, Inc.

80025931.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**


I hereby certify that on July 18, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer, Esq.
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE  19801-4226
>
> Richard D. Kirk, Esq.
> The Bayard Firm
> 222 Delaware Avenue, 9th Floor
> Wilmington, DE  19899
>
> Collins J. Seitz, Jr., Esq.
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801


I hereby certify that on July 18, 2005, I have mailed by the United States Postal

Service and electronic mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Russell E. Levine, Esq. |
| Belasco Jacobs & Townsley, LLP | Kirkland & Ellis LLP |
| Howard Hughes Center | 200 E. Randolph Dr. |
| 6100 Center Drive, Suite 630 | Chicago, IL 60601 |
| Los Angeles, CA  90045 | |

> Mark C. Scarsi, Esq.
> O'Melveny & Myers LLP
> 400 S Hope Street
> Los Angeles, CA 90071


_____

Timothy Devlin