# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858-SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., and ) | |
| NOVA INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on July 15, 2005, a true and correct copy of **DEFENDANTS ELECTRONIC CLEARING HOUSE, INC.'S AND XPRESSCHEX, INC.'S JULY 15, 2005 SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 2 AND 4); and DEFENDANTS ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S JULY 15, 2005 SUPPLEMENTAL RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 13 AND 15)** were served upon the following attorneys of record as indicated:

**VIA FIRST CLASS MAIL**
William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**VIA FIRST CLASS MAIL**
Richard K. Herrmann, Esquire
Morris James Hitchens Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

**VIA FIRST CLASS MAIL**
Russell E. Levin, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Dated: July 20, 2005

      /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
 (302) 658-9141
 fdigiovanni@cblh.com

*Attorneys for Defendants Xpresschex, Inc.*
 *and Electronic Clearing House, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
(310) 743-1188

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on July 20, 2005, I electronically filed **NOTICE OF SERVICE OF DEFENDANTS ELECTRONIC CLEARING HOUSE, INC.'S AND XPRESSCHEX, INC.'S JULY 15, 2005 SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 2 AND 4); and DEFENDANT ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S JULY 15, 2005 SUPPLEMENTAL RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 13 AND 15)** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on July 20, 2005, I have mailed by U.S. Postal Service, the document to the following non-registered participants.

Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

Dale M. Cendali, Esquire
O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, N.Y. 10036

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendants Xpresschex, Inc. and Electronic Clearing House, Inc.*

407117_1

2