IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> **REDACTED VERSION** |

**MOTION FOR LEAVE TO FILE A
SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

Defendant TeleCheck Services, Inc. (hereinafter referred to as "TeleCheck") hereby moves to amend its Answer to add additional grounds for its existing defense of inequitable conduct, and submits the co-filed Memorandum in support. Clean and redlined versions of the proposed Second Amended Answer are attached as Exhibits A and B hereto.

TeleCheck brings this Motion based upon its need to supplement its existing allegations concerning inequitable conduct, in light of recently developed information and analysis in this complex patent case. The additional theories which underlie the proposed amendment were recently developed in the course of discovery. As set forth in the accompanying opening brief, which has been simultaneously filed and served with this Motion, none of the additional bases of inequitable conduct require additional discovery or present any prejudice to Plaintiff.

Dated: July 27, 2005                FISH & RICHARDSON P.C.

                                    By: _____
                                    William J. Marsden, Jr. (#2247)
                                    Timothy Devlin (#4241)
                                    Tara D. Elliott (#4483)
                                    919 N. Market Street, Suite 1100
                                    P.O. Box 1114
                                    Wilmington, DE  19801

                                    Attorneys for Defendant
                                    TeleCheck Services, Inc.

80026140.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, I electronically filed the MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Collins J. Seitz, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Attorney for Defendants<br>Nova Information Systems, Inc. |

I hereby certify that on July 27, 2005, I have sent via electronic mail and via United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA  90045 | Russell E. Levine, Esq.<br>Kirkland & Ellis LLP<br>200 E. Randolph Dr.<br>Chicago, IL 60601 |
| Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | |

_____
Timothy Devlin