IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>    Defendants. | C.A. 04-858 (SLR)<br><br>**REDACTED VERSION** |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this ___ day of July, 2005, that Telecheck's Motion for Leave to file a Second Amended Answer and Counterclaims is GRANTED.

                                                                           _____
                                                                           Honorable Sue L. Robinson

80025784.doc