IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC.,<br><br>Defendants. | C.A. 04-858 (SLR)<br><br>*FILED UNDER SEAL*<br><br>**REDACTED PUBLIC VERSION** |

**DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S
MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Nova Information Systems, Inc. (hereinafter referred to as "Nova") hereby moves to amend its Answer to add additional grounds for its existing defense of inequitable conduct, and submits the co-filed Memorandum in support. Clean and redlined versions of the proposed Amended Answer are attached as Exhibits A and B hereto.

Nova brings this Motion based upon its need to supplement its existing allegations concerning inequitable conduct, in light of recently developed information and analysis in this complex patent case. The additional theories which underlie the proposed amendment were recently developed in the course of discovery. As set forth in the accompanying opening brief, which has been simultaneously filed and served with this Motion, none of the additional bases of inequitable conduct require additional discovery or present any prejudice to Plaintiff.

595622v1

July 28, 2005                    THE BAYARD FIRM


/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
(213) 430-6000

595622v1