IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858-SLR |
| ) | |
| TELECHECK SERVICE, INC., ELECTRONIC ) | |
| CLEARING HOUSE, INC., XPRESSCHEX, ) | |
| INC., and NOVA INFORMATION SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S JOINDER IN TELECHECK SERVICE, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES AND OPENING BRIEF IN SUPPORT THEREOF**

Defendants ELECTRONIC CLEARING HOUSE, INC. and XPRESSCHEX, INC. (hereinafter collectively referred to as "ECHO"), hereby join in Defendant TELECHECK SERVICE, INC.'s Reply Brief in Support of Its Motion for Leave to File A Second Amended Answer and Affirmative Defenses filed with the Court on August 5, 2005.

ECHO submits herewith as Exhibit A a proposed ORDER, as Exhibit B a copy of ECHO's proposed Second Amended Answer, and as Exhibit C a black-lined version of the Second Amended Answer, comparing the Second Amended Answer to the Amended Answer.

Respectfully submitted, this 5th day of August, 2005.

                CONNOLLY BOVE LODGE & HUTZ LLP

                /s/ Francis DiGiovanni
                Francis DiGiovanni, Esq. (#3189)
                James M. Olsen (#3763)
                CONNOLLY BOVE LODGE & HUTZ LLP
                The Nemours Building
                1007 North Orange Street
                Wilmington, DE 19801
                fdigiovanni@cblh.com
                jolsen@cblh.com

410072

Phone: 302-658-9141
Fax: 302-658-5614

*Attorneys for Defendants Electronic Clearing House, Inc. and Xpresschex, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
(310) 743-1188

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on August 5, 2005, I electronically filed **ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S JOINDER IN TELECHECK SERVICE, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES AND OPENING BRIEF IN SUPPORT THEREOF** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

| | | |
|---|---|---|
| Richard K. Herrmann, Esquire | William J. Marsden, Esquire | Richard D. Kirk, Esquire |
| Morris James Hitchens & Williams LLP | Timothy Devlin, Esquire | The Bayard Firm |
| 222 Delaware Avenue, 10th Floor | Fish & Richardson, P.C. | 222 Delaware Avenue, 9th Floor |
| Wilmington, DE 19801 | 919 N. Market Street, Suite 1100 | P.O. Box 25130 |
| | P.O. Box 1114 | Wilmington, DE 19899 |
| | Wilmington, DE 19899-1114 | |

I hereby certify that on August 5, 2005, I sent via Federal Express, the document to the following non-registered participants.

| | |
|---|---|
| Russell E. Levine, Esquire, P.C. | Mark C. Scarsi, Esquire |
| Kirkland & Ellis LLP | O'Melveny & Myers LLP |
| 200 East Randolph Drive | 400 S. Hope Street |
| Chicago, Illinois 60601 | Los Angeles, CA 90071 |

/s/ Francis DiGiovanni
Francis DiGiovanni, Esq. (#3189)
James M. Olsen (#3763)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
fdigiovanni@cblh.com
jolsen@cblh.com
Phone: 302-658-9141
Fax: 302-658-5614

*Attorneys for Defendants Electronic Clearing House, Inc. and Xpresschex, Inc.*

410072