# EXHIBIT A

Case 1:04-cv-00858-SLR     Document 254-2     Filed 08/05/2005     Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TELECHECK SERVICE, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC., and NOVA INFORMATION SYSTEMS, INC., | ) CASE NO.: Civil Action No. 04-858 SLR ) ) ) ) |
| Defendant. | ) ) |

### [PROPOSED] ORDER GRANTING ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S MOTIONS FOR LEAVE TO FILE AN AMENDMENT TO ITS ANSWER AND AFFIRMATIVE DEFENSES

WHEREAS, on or about July 19, 2005, defendants Electronic Clearing House, Inc. and Xpresschex, Inc.'s (hereinafter collectively "ECHO") filed a Motion for Leave to File an Amendment to its Answer and Affirmative Defenses (D.I. 236);

WHEREAS, on or about July 15, 2005, defendant Telecheck Services, Inc. (hereinafter "Telecheck") filed a Motion for Leave to File an Amendment to its Answer and Affirmative Defenses (D.I. 232);

WHEREAS, on or about July 19, 2005, ECHO filed a Notice of Joinder in Telecehck's Motion for Leave to File an Amendment to its Answer and Affirmative Defenses (D.I. 236);

WHEREAS, on or about August 5, 2005, ECHO filed a Notice of Joinder in Telecheck's Reply in Support of Motion for Leave to File an Amendment to its Answer and Affirmative Defenses;

-2-

WHEREAS, the Court, having considered ECHO's Motions for Leave to File an Amendment to its Answer and Affirmative Defenses ("The Motion"), ECHO's Joinder in Telecheck's Motion for Leave to File an Amendment to its Answer and Affirmative Defenses, the Oppositions by LML Patent Corp., and Replies thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendants Electronic Clearing House, Inc. and Xpresschex, Inc.'s (collectively "ECHO's") Motion is GRANTED. The Court hereby orders that Electronic Clearing House, Inc. and Xpresschex, Inc's Second Amended Answer and Affirmative Defenses filed as Exhibit B to ECHO's Joinder dated August 5, 2005, shall be deemed filed upon entry of this Order.

Dated: August ____, 2005

_____
The Honorable Judge Sue L. Robinson
UNITED STATES DISTRICT COURT JUDGE

410075