IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858 SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., and ) | |
| NOVA INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the October 22, 2004 Scheduling Order is amended as follows:

2(c)(2)   Rebuttal expert reports are due September 20, 2005.

All other deadlines as set forth in the Court's October 22, 2004 Scheduling Order shall remain in full force and effect.

| | |
|---|---|
|   /s/ Mary B. Matterer |   /s/ Timothy Devlin |
| Richard K. Herrmann (I.D. No. 405) | William J. Marsden, Jr. (I.D. No. 2247) |
| Mary B. Matterer  (I.D. No. 2696) | Timothy Devlin (I.D. No. 4241) |
| MORRIS JAMES HITCHENS | Sean Hayes (I.D. No. 4413) |
| & WILLIAMS LLP | FISH & RICHARDSON P.C. |
| 222 Delaware Avenue, 10th Floor | 919 North Market Street, Suite 1000 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| 302.888.6800 | 302.652.5070 |
| rherrmann@morrisjames.com | marsden@fr.com |
| mmatterer@morrisjames.com | hayes@fr.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *LML Patent Corp.* | *TeleCheck Services, Inc.* |

  /s/ Francis DiGiovanni
Francis DiGiovanni (I.D. No. 3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

*Counsel for Defendants*
*Electronic Clearing House, Inc.*
*and Xpresschex, Inc.*

  /s/ Richard D. Kirk (rk0922)
Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
302.429.4208
rkirk@bayardfirm.com

*Counsel for Defendant*
*NOVA Information Systems, Inc.*

    **SO ORDERED** this _____ day of _____, 2005.

_____
Judge Sue L. Robinson