# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 21st day of September, 2005, copies of the following documents,

**(1) LML PATENT CORP.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO TELECHECK SERVICES, INC.'S INTERROGATORY NOS. 2, 4, 7 AND 16-17;**

**(2) LML PATENT CORP.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO NOVA INFORMATION SYSTEMS, INC.'S INTERROGATORY NOS. 2, 4, 7 AND 8;**

**(3) LML PATENT CORP.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO ELECTRONIC CLEARING HOUSE, INC.'S INTERROGATORY NOS. 2, 4, 9 AND 12; and**

**(4) LML PATENT CORP.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO XPRESSCHEX, INC.'S INTERROGATORY NOS. 2, 4, 8 AND 10**

were served on counsel as indicated:

| | |
|---|---|
| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND FEDERAL EXPRESS** |

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
Facsmile: (310) 743-1189

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
Facsimile:  (213) 430-6407


Dated:  September 21, 2005      */s/ Richard K. Herrmann*
                                Richard K. Herrmann (#405)
                                Mary B. Matterer (#2696)
                                MORRIS, JAMES, HITCHENS &
                                WILLIAMS LLP
                                222 Delaware Avenue, 10th Floor
                                Wilmington, Delaware 19801
                                (302) 888-6800
                                rherrmann@morrisjames.com
                                mmatterer@morrisjames.com

                                Attorneys for Plaintiff
                                LML PATENT CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 21st day of September, 2005, the foregoing document was served via email and via federal express on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

　　　　　　　　　　　/s/ Richard K. Herrmann
　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　(302) 888-6800
　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　LML PATENT CORP.