IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 20, 2005, a true and correct copy of (1) Expert Report of Dewayne E. Perry regarding Non-Infringement; (2) Expert Report of Brian Napper; and (3) Expert Report of David P. Kurrasch regarding Non-Infringement were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-4226

**BY EMAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY EMAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

2

Dated: September 22, 2005       FISH & RICHARDSON P.C.


By:   */s/ Timothy Devlin*
     William J. Marsden, Jr. (marsden@fr.com)
     Timothy Devlin (tdevlin@fr.com)
     Tara D. Elliott (elliott@fr.com)
     Sean P. Hayes (hayes@fr.com)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19801

Attorneys for Defendant
TeleCheck Services, Inc.

80027296.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Richard K. Herrmann
    Mary B. Matterer, Esq.
    Morris James Hitchens & Williams
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801-4226

    Richard D. Kirk, Esq.
    The Bayard Firm
    222 Delaware Avenue, 9th Floor
    Wilmington, DE 19899

    Collins J. Seitz, Jr., Esq.
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801

I hereby certify that on September 22, 2005, I have mailed by Eectronic mail, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

    Mark C. Scarsi, Esq.
    O'Melveny & Myers LLP
    400 S Hope Street
    Los Angeles, CA 90071

                                    */s/ Timothy Devlin*
                                    Timothy Devlin