**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 04-858 SLR <br> ) |
| TELECHECK SERVICES, INC., <br> ELECTRONIC CLEARING HOUSE, INC., <br> XPRESSCHEX, INC., and <br> NOVA INFORMATION SYSTEMS, INC. | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that in order to streamline and narrow issues for trial certain claims, defenses and counterclaims shall be stricken with no inferences to be drawn therefrom. The parties have stipulated and agreed as follows:

- Plaintiff LML Patent Corp. hereby dismisses with prejudice Counts 2, 3, 5, 6, 8, and 9 of the Complaint;

- Defendant TeleCheck Services, Inc. hereby strikes paragraphs 99 and 100 of its Amended Answer and Affirmative Defenses of Defendant TeleCheck Services, Inc. to Complaint (paragraphs 113 and 114 of its pending Second Amended Answer and Affirmative Defenses of Defendant TeleCheck Services Inc. to Complaint) and covenants not to assert any affirmative defenses of Laches or Estoppel in the above-entitled Action;

- Defendant TeleCheck Services, Inc. hereby strikes any and all affirmative defenses asserted against United States Patent Nos. 6,164,528 and 6,283,366 and covenants not to assert any such affirmative defenses against United States Patent Nos. 6,164,528 and 6,283,366 in the above-entitled Action;

- Defendants Electronic Clearing House, Inc. and XpressChex, Inc. hereby strike Affirmative Defenses 4 and 5 of their Amended Answer and Affirmative Defenses of Electronic Clearing House, Inc. and XpressChex, Inc. to LML Patent Corp.'s

Complaint for Patent Infringement (Affirmative Defenses 4 and 5 of their pending Second Amended Answer and Affirmative Defenses of Electronic Clear House, Inc. and XpressChex, Inc. to LML Patent Corp.'s Complaint for Patent Infringement) and covenant not to assert any affirmative defenses of Laches or Estoppel in the above-entitled Action;

- Defendants Electronic Clearing House, Inc. and XpressChex, Inc. hereby strike any and all affirmative defenses asserted against United States Patent Nos. 6,164,528 and 6,283,366 and covenant not to assert any such affirmative defenses against United States Patent Nos. 6,164,528 and 6,283,366 in the above-entitled Action; and

- Defendant Nova Information Systems, Inc. hereby strikes any and all affirmative defenses and counterclaims asserted against United States Patent Nos. 6,164,528 and 6,283,366 and covenants not to assert any such affirmative defenses or counterclaims against United States Patent Nos. 6,164,528 and 6,283,366 in the above-entitled Action.

All parties further stipulate and agree that this Stipulation and Order shall not be admissible or used for any purpose whatsoever in any subsequent briefing before this Court, hearing, or trial, except as necessary for purposes of enforcing this Stipulation and Order.

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Timothy Devlin* |
| Richard K. Herrmann (I.D. No. 405) | William J. Marsden, Jr. (I.D. No. 2247) |
| Mary B. Matterer (I.D. No. 2696) | Timothy Devlin (I.D. No. 4241) |
| MORRIS JAMES HITCHENS & WILLIAMS LLP | FISH & RICHARDSON |
| 222 Delaware Avenue, 10th Floor | 919 North Market Street, Suite 1000 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| 302.888.6800 | 302.652.5070 |
| rherrmann@morrisjames.com | marsden@fr.com |
| mmatterer@morrisjames.com | tdevlin@fr.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *LML Patent Corp.* | *TeleCheck Services, Inc.* |

    */s/ Francis DiGiovanni*
Francis DiGiovanni (I.D. No. 3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

*Counsel for Defendants*
*Electronic Clearing House, Inc.*
*and Xpresschex, Inc.*


    */s/ Richard D. Kirk*
Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
302.429.4208
rkirk@bayardfirm.com

*Counsel for Defendant*
*NOVA Information Systems, Inc.*


**SO ORDERED** this _____ day of _____, 2005.

    _____
    Judge Sue L. Robinson