IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., <br> ELECTRONIC CLEARING HOUSE, INC., <br> XPRESSCHEX, INC., and <br> NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | Civil Action No. 04-858 SLR |

## SPECIAL DISCOVERY MASTER ORDER NO. 2[1]

Defendant Nova Information Systems, Inc. ("NOVA") has submitted to the Special Discovery Master ("SDM") eight documents listed below for *in camera* review by reason of the contention by plaintiff LML that privilege has been waived as to these documents. NOVA is defending this case, in part, by relying upon the opinion of counsel in respect to the issue of willfulness that has been asserted by LML in this patent infringement case.

The parties have submitted their briefs to the SDM and after review of those briefs, the authority cited therein and an examination of the documents presented, the SDM rules as follows:

| Documents | Ruling |
|---|---|
| #2 (bates NOVA PRIV 008) | Privilege waived – document should be produced |
| #3 (bates NOVA PRIV 009) | Privilege waived – document should be produced |

---

[1] Orders to be issued by the Special Discovery Master in this matter will be consecutively numbered.

| Documents | Ruling |
|---|---|
| #4 (bates NOVA PRIV 010) | Privilege not waived – document need not be produced |
| #5 (bates NOVA PRIV 011) | Privilege not waived – document need not be produced |
| #6 (bates NOVA PRIV 012) | Privilege not waived – document need not be produced |
| #7 (bates NOVA PRIV 014) | Privilege not waived – document need not be produced |
| #8 (bates NOVA PRIV 015) | Privilege not waived – document need not be produced |
| #58 (bates NOVA PRIV 0311) | Privilege not waived – document need not be produced |

SO ORDERED:

_[signature]_
SPECIAL DISCOVERY MASTER

DATED: _August 30, 2005_