IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>   Plaintiff,<br><br>   v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC., and<br>NOVA INFORMATION SYSTEMS, INC.,<br><br>   Defendants. | Civil Action No. 04-858-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 27, 2005, copies of **DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S SUPPLEMENTAL PRELIMINARY LIST OF PROPOSED CLAIM CONSTRUCTION TERMS** were served on the following counsel as shown:

BY HAND AND BY EMAIL:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

603232v1

Case 1:04-cv-00858-SLR   Document 274   Filed 09/28/2005   Page 2 of 3

BY U.S. MAIL AND BY EMAIL:

Russell E. Levine, Esq.  
Christian Chadd Taylor, Esq.  
Edward K. Runyan, Esq.  
Soo Choi, Esq.  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, IL  60601

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045

September 28, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)  
222 Delaware Avenue, 9th Floor  
P.O. Box 25130  
Wilmington, DE  19899  
(302) 429-4208  
rkirk@bayardfirm.com  
Attorneys for defendant,  
NOVA Information Systems, Inc.

OF COUNSEL:  
Mark C. Scarsi  
Vision L. Winter  
O'MELVENY & MYERS LLP  
400 South Hope Street  
Los Angeles, CA  90071  
(213) 430-6000

603232v1

2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 28, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Richard K. Hermann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th floor<br>P.O. Box 2306<br>Wilmington, DE 19801 | William J. Marsden, Jr., Esq.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on September 28, 2005, copies of the foregoing document were sent by hand and email to the above local counsel and by first class mail to the following non-registered participants:

| | |
|---|---|
| Russell E. Levine, Esq.<br>Christian Chadd Taylor, Esq.<br>Edward K. Runyan, Esq.<br>Soo Choi, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Robert Jacobs, Esq.<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 |

/s/ Richard D. Kirk (rk0922)

578216v1