IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2005, a true and correct copy of Exhibit 5 to the Supplement to Expert Report of David P. Kurrasch Regarding Invalidity was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801-4226

**BY EMAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

**BY EMAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Dated: September 29, 2005　　　FISH & RICHARDSON P.C.

By:   */s/ Timothy Devlin*
William J. Marsden, Jr. (marsden@fr.com)
Timothy Devlin (tdevlin@fr.com)
Tara D. Elliott (elliott@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Attorneys for Defendant
TeleCheck Services, Inc.

80027483.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

      Richard K. Herrmann
      Mary B. Matterer, Esq.
      Morris James Hitchens & Williams
      222 Delaware Avenue, 10th Floor
      Wilmington, DE  19801-4226

      Richard D. Kirk, Esq.
      The Bayard Firm
      222 Delaware Avenue, 9th Floor
      Wilmington, DE  19899

      Collins J. Seitz, Jr., Esq.
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 North Orange Street
      Wilmington, DE  19801

I hereby certify that on September 29, 2005, I have mailed by Electronic mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Russell E. Levine, Esq. |
| Belasco Jacobs & Townsley, LLP | Kirkland & Ellis LLP |
| Howard Hughes Center | 200 E. Randolph Dr. |
| 6100 Center Drive, Suite 630 | Chicago, IL 60601 |
| Los Angeles, CA  90045 | |

      Mark C. Scarsi, Esq.
      O'Melveny & Myers LLP
      400 S Hope Street
      Los Angeles, CA 90071

                            */s/ Timothy Devlin*
                            Timothy Devlin