IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 27, 2005, a true and correct copy of TeleCheck's Supplemental Preliminary List of Proposed Claim Construction Terms were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-4226

**BY EMAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY EMAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Dated:  September 28, 2005                FISH & RICHARDSON P.C.


                                          By:   */s/ Timothy Devlin*
                                                William J. Marsden, Jr. (marsden@fr.com)
                                                Timothy Devlin (tdevlin@fr.com)
                                                Tara D. Elliott (elliott@fr.com)
                                                Sean P. Hayes (hayes@fr.com)
                                                919 N. Market Street, Suite 1100
                                                P.O. Box 1114
                                                Wilmington, DE  19801

                                          Attorneys for Defendant
                                          TeleCheck Services, Inc.


80027447.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Richard K. Herrmann
    Mary B. Matterer, Esq.
    Morris James Hitchens & Williams
    222 Delaware Avenue, 10th Floor
    Wilmington, DE  19801-4226

    Richard D. Kirk, Esq.
    The Bayard Firm
    222 Delaware Avenue, 9th Floor
    Wilmington, DE  19899

    Collins J. Seitz, Jr., Esq.
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE  19801

I hereby certify that on September 29, 2005, I have mailed by Electronic mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Russell E. Levine, Esq. |
| Belasco Jacobs & Townsley, LLP | Kirkland & Ellis LLP |
| Howard Hughes Center | 200 E. Randolph Dr. |
| 6100 Center Drive, Suite 630 | Chicago, IL 60601 |
| Los Angeles, CA  90045 | |

    Mark C. Scarsi, Esq.
    O'Melveny & Myers LLP
    400 S Hope Street
    Los Angeles, CA 90071

                            */s/ Timothy Devlin*
                            Timothy Devlin