# SEALED DOCUMENT

Case 1:04-cv-00858-SLR    Document 284    Filed 10/07/2005    Page 1 of 1