IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 5, 2005, a true and correct copy of TELECHECK'S SUPPLEMENTAL RESPONSE TO LML'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 1-5 and 7), LML'S SECOND SET OF INTERROGATORIES (NOS. 10-11), LML'S THIRD SET OF INTERROGATORIES (NOS. 12-13 and 16-18), AND LML'S FOURTH SET OF INTERROGATORIES (NOS. 20 and 21) DATED SEPTEMBER 23, 2005 was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-4226

**BY EMAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY EMAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Dated:  October 7, 2005

FISH & RICHARDSON P.C.

By:  */s/ Timothy Devlin*
William J. Marsden, Jr. (marsden@fr.com)
Timothy Devlin (tdevlin@fr.com)
Tara D. Elliott (elliott@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

Attorneys for Defendant
TeleCheck Services, Inc.

80027592.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

        Richard K. Herrmann
        Mary B. Matterer, Esq.
        Morris James Hitchens & Williams
        222 Delaware Avenue, 10th Floor
        Wilmington, DE 19801-4226

        Richard D. Kirk, Esq.
        The Bayard Firm
        222 Delaware Avenue, 9th Floor
        Wilmington, DE 19899

        Collins J. Seitz, Jr., Esq.
        Connolly Bove Lodge & Hutz LLP
        The Nemours Building
        1007 North Orange Street
        Wilmington, DE 19801

      I hereby certify that on October 7, 2005, I have sent by Electronic mail, the Notice of Service to the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Russell E. Levine, Esq. |
| Belasco Jacobs & Townsley, LLP | Kirkland & Ellis LLP |
| Howard Hughes Center | 200 E. Randolph Dr. |
| 6100 Center Drive, Suite 630 | Chicago, IL 60601 |
| Los Angeles, CA 90045 | |

        Mark C. Scarsi, Esq.
        O'Melveny & Myers LLP
        400 S Hope Street
        Los Angeles, CA 90071

                            */s/ Timothy Devlin*
                            Timothy Devlin