IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-858-SLR |
| vs. | ) | |
| | ) | Judge Sue L. Robinson |
| TELECHECK SERVICES, INC. | ) | |
| ELECTRONIC CLEARING HOUSE, | ) | |
| INC., XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF
LML PATENT CORP.'S OPENING BRIEF ON ISSUES OF CLAIM CONSTRUCTION**

Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Aaron D. Charfoos
Edward K. Runyan
Lesley G. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Plaintiff LML Patent Corp.*

Originally Filed: October 7, 2005
Public Version Filed: October 17, 2005

## DECLARATION OF AARON D. CHARFOOS

I, Aaron D. Charfoos, declare as follows:

1. I am an associate of the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action..

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,484,988.

3. Attached hereto as Exhibit B is a true and correct copy of the parties' Joint Claim Construction Statement, including the claim terms that the parties have agreed that the Court needs to construe.

4. Attached hereto as Exhibit C is a true and correct copy of the prosecution history of U.S. Patent No. 5,484,988 from the United States Patent and Trademark Office.

5. Attached hereto as Exhibit D is a true and correct copy of a document bearing Bates Number NOVA-01464 that has been marked "Attorney's Eyes Only - Outside Counsel Only" by Nova Information Systems ("Nova").

6. Attached hereto as Exhibit E is a true and correct copy of a document bearing Bates Numbers FDC1033026-42.

7. Attached hereto as Exhibit F is a true and correct copy of selected portions of the 2005 ACH Rules bearing Bates Numbers LML-EP-055337-65.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition testimony of Jane Larimer, dated July 28, 2005.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the deposition testimony of David P. Kurrasch, dated September 29, 2005.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the deposition testimony of Stephen A. Schutze, dated September 30, 2005.

11. Attached hereto as Exhibit J is a true and correct copy of a document bearing Bates Numbers LML-EP-011768-83.

12. Attached hereto as Exhibit K is a true and correct copy of a document bearing Bates Numbers LML-EP-011547-65.

13. Attached hereto as Exhibit L is a true and correct copy of selected portions of the 2000 ACH Rules bearing Bates Numbers LML-EP-058398, LML-EP-058403-07, LML-EP-058439-40, LML-EP-058454-62, LML-EP-058640-52, and LML-EP-058801-06.

14. Attached hereto as Exhibit M is a true and correct copy of a document bearing Bates Number NACHA 004637 that has been marked "Confidential" by NACHA.

15. Attached hereto as Exhibit N is a true and correct copy of a document bearing Bates Number NOVA-33438 that has been marked "Attorney's Eyes Only - Outside Counsel Only" by Nova.

16. Attached hereto as Exhibit O is a true and correct copy of a document bearing Bates Number NOVA-30167 that has been marked "Attorney's Eyes Only - Outside Counsel Only" by Nova.

17. Attached hereto as Exhibit P are true and correct copies of documents entitled "ACH Volume Grows 20.7 Percent in 2nd Quarter 2004" and "ACH Volume Grows 21.3 Percent in 4th Quarter 2004".

18. Attached hereto as Exhibit Q is a true and correct copy of a document marked as PX 1018 that has been marked "For Outside Counsel Only" by TeleCheck Services, Inc.

19. Attached hereto as Exhibit R is a true and correct copy of the Office Action of the United States Patent and Trademark Office, dated September 23, 1993.

20. Attached hereto as Exhibit S is a true and correct copy of the Response to the September 23, 1993 Office Action of the United States Patent and Trademark Office dated December 22, 1993.

21. Attached hereto as Exhibit T is a true and correct copy of the Response to the October 28, 1994 Office Action of the United States Patent and Trademark Office dated January 30, 1995.

22. Attached hereto as Exhibit U is a true and correct copy of definitions from the *Webster's Third New International Dictionary* (1993).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 7th day of October 2005 in Chicago, Illinois.

Aaron D. Charfoos

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF LML PATENT CORP.'S OPENING BRIEF IN ISSUES OF CLAIM CONSTRUCTION**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 17th day of October, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

　　　　　　　　　/s Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff LML PATENT CORP.