# EXHIBIT   D

# EXHIBIT  REDACTED

# IN  ITS  ENTIRETY

# EXHIBIT E

# EXHIBIT REDACTED

# IN ITS ENTIRETY

# EXHIBIT   F

# 2 0 0 5

# ACH RULES

## A Complete GuideTo Rules &

## Regulations Governing the

## ACH Network

Copyright 2005 by the National Automated Clearing House Association
All Rights Reserved
Printed in the United States of America
13665 Dulles Technology Drive, Suite 300
Herndon, VA 20171
703-561-1100

LML-EP-055337

## ORGANIZATION OF THE ACH RULES

The National Automated Clearing House Association (NACHA) is proud to present the 2005 *ACH Rules: A Complete Guide to Rules & Regulations Governing the ACH Network.* The twenty-eighth edition of the rule book reflects continued improvements in content and format. In addition to the *NACHA Operating Rules* and *NACHA Operating Guidelines,* the following supplements are included:

- Understanding the ACH Network: An ACH Primer, and Quick Find: A Reference Guide to the ACH Rules

- How to Implement the 2005 Revisions to the *NACHA Operating Rules* and *NACHA Operating Guidelines.*

- Regional Payments Associations/Direct Financial Institution Members.

- The Federal Reserve Uniform Operating Circular.

- Regulation E, Regulation E Official Staff Interpretation, and the Electronic Fund Transfer (EFT) Act.

- Revised Federal Tax Deposit Payment Information.

- Title 31 Code of Federal Regulations Part 210.

- 2005 Federal ACH Payment Schedule.

The *ACH Rules* is an annual publication incorporating rule amendments approved by the NACHA Voting Membership during the past year. To ensure compliance with current regulations, all network participants must obtain the 2005 edition of the *ACH Rules,* which can be purchased from NACHA or any of the regional payments associations listed on the back cover of this book.

*Federal Government ACH Payments*

A revised version of 31 C.F.R. Part 210, the regulation that governs Federal Government ACH payments, became effective in May 1999 and adopted the *NACHA Operating Rules* as the rules governing all Federal Government payments, with certain exceptions for which special rules have been established as a matter of Federal law. The most current version of 31 C.F.R. Part 210 is included in this edition of the *ACH Rules* for your reference. You may also obtain a copy from the U.S. Treasury's Financial Management Service's website at www.fms.treas.gov/ach/ or by contacting the Cash Management Policy and Planning Division at (202) 874-6590. The Federal ACH Payments schedule is also included in this publication.

## HOW TO USE THE BOOK

This publication is designed to help you find the answers to your ACH questions quickly and easily. It is divided into ten main sections marked by page tabs. The contents and use of each section are described below:

- *Understanding the ACH Network: An ACH Primer* provides those not familiar with the ACH Network or with the ACH Rules with a basic understanding of the fundamentals of the ACH Network, briefly summarizing the Network's operation, participants, ACH products and services, settlement and posting mechanism, legal framework, and history.

 Pages in this section are numbered sequentially beginning with the words "ACH Primer."

LML-EP-055338

*Quick Find: A Reference Guide to the ACH Rules* provides users of the ACH Rules with a topical reference to quickly locate specific key areas of ACH processing within both the *NACHA Operating Rules* and the *NACHA Operating Guidelines*. (Note: A complete index is contained at the end of both the *Rules* and *Guidelines*.)

Pages in this section are denoted by "Quick Find" and are numbered sequentially.

*How to Implement the 2005 Revisions to the NACHA Operating Rules and Guidelines* begins with a summary of ACH rule changes effective in calendar year 2005 (a convenient overview for all ACH participants) and may be referred to for information concerning the obligations of ACH participants relating to these changes. It also provides information on how to implement these amendments. Read this section first to get an overview of recent developments and their impact on your operations.

Pages in *Revisions to the 2005 Rules* are numbered sequentially beginning with the letters "R."

The *NACHA Operating Rules* section provides the legal foundation for the ACH Network. To most effectively meet the needs of users of this book, this edition of the *NACHA Operating Rules* contains language relating to both current rules and rule changes becoming effective later in the year. This edition of the *Rules* contains current rule language, followed immediately by the new rule highlighted in italics and brackets. Rule changes within the text are marked by a vertical line in the left margin, with approval and effective dates for those changes noted at the bottom of the page.

Example:

[SUBSECTION 2.10.2.2 Verification of Receiver's Identity

*For each WEB entry, the Originator has employed commercially reasonable methods of authentication to verify the identity of the Receiver.*]

♦ *Approved November 9, 2004; Effective March 18, 2005*

Pages in the *NACHA Operating Rules* are numbered sequentially beginning with the letters "OR." A complete index is included at the end of this section.

The *NACHA Operating Guidelines* section provides ACH participants with implementation guidelines for the *NACHA Operating Rules*. Refer to this section for participant relationships and responsibilities; procedures for prenotification, returns, notifications of change, reversals, and more. This document also provides a brief history of the development of the ACH Network. In addition, the *NACHA Operating Guidelines* offers detailed chapters on third-party service providers, addenda records, OFAC compliance, audit controls and compliance, the National System of Fines, arbitration and compensation, mapping of ACH formats, Destroyed Check Entries, Automated Enrollments, cross-border ACH payments, Re-presented Check Entries, Point-of-Purchase Entries, Internet-Initiated Entries, Telephone-Initiated Entries, and Accounts Receivable Entries. Guidelines for rule changes that become effective later in the year are also included where appropriate.

Pages in the *NACHA Operating Guidelines* are numbered sequentially beginning with the letters "OG." A complete index is included at the end of the section.

The *Regional Payments Associations* section indicates which of the ACH payment associations have their own rules for intraregional transactions and which follow the *NACHA Operating Rules* for transactions within their regions. Included is contact information for all associations and direct financial institution members. Use this section to identify regional processing requirements and to locate an invaluable resource: the ACH payment association in your area. If you have a question or problem, call your regional payment association for assistance.

LML-EP-055339

The pages in this section are denoted by "PAYMENTS ASSOCIATIONS" and are numbered sequentially.

- The section containing *The Federal Reserve Uniform Operating Circular on Automated Clearing House Items* states the terms of agreement between the Federal Reserve and financial institutions that use the Federal Reserve as an ACH Operator (*Uniform Operating Circular*). This information is provided for your reference.

  The pages in this section are denoted by "UOC" and are numbered sequentially.

- *Regulation E: Electronic Fund Transfer Act* is the Federal regulation governing consumer electronic payments. Consult this section for how to handle electronic consumer transactions and for safeguards provided to consumer users of this payment method.

  *Regulation E* pages are indicated by "REG E" and are numbered sequentially.

- *Title 31 of the Code of Federal Regulations Part 210* provides ACH users with information on the rules governing Federal Government ACH payments. Detailed information may be obtained by contacting the Department of the Treasury's Financial Management Service.

  Pages within this section are indicated by "Federal Government Payments" and are numbered sequentially.

- The *Federal Tax Deposit Payments* section contains information important to corporations that are required or volunteer to pay federal taxes electronically. Use this section to find details on the Electronic Federal Tax Deposit Payment System (EFTPS).

  Federal Tax Deposit Payment pages are numbered sequentially beginning with the letters "FTDP."

- The *2005 Federal ACH Payments Schedule* provides the dates of Federal Government recurring benefits and military active duty, reserves, and benefit payments.

  Federal ACH Payments pages are numbered sequentially beginning with the letters "FAPS."

The Automated Clearing House (ACH) Network is a nationwide electronic payments system used by more than 20,000 participating financial institutions, over 4 million corporations, and one hundred thirty-five million consumers.

The concept of a nationwide electronic payments network was championed in the late sixties by a group of bankers who recognized the need for an electronic alternative to check payments. In 1974, after the successful development of automated clearing house associations in California, Georgia, New England, and the Upper Midwest, the National Automated Clearing House Association (now known as NACHA - The Electronic Payments Association) was formed as the regulatory body for the ACH Network. In the thirty-one years since that date, the ACH Network has grown to a national payments system processing over ten billion payments annually.

ACH payments offer a wide range of applications to both consumers and corporations. These include, among others, direct deposit, pre-authorized bill payment, home banking, point-of-sale and point-of-purchase applications, cash concentration and disbursement, corporate trade payments, check truncation, and re-presentment of returned NSF checks. These applications are delivered through a fully electronic ACH system. To find out more about the nation's largest electronic payments network, contact the payment association nearest you.

LML-EP-055340

# THE 2005 ACH RULES

# TABLE OF CONTENTS

I.    UNDERSTANDING THE ACH NETWORK: AN ACH PRIMER        ACH PRIMER 1

      QUICK FIND: A REFERENCE GUIDE TO THE ACH RULES        QUICK FIND 1

II.   2005 REVISIONS TO THE NACHA OPERATING RULES AND
      NACHA OPERATING GUIDELINES                                    R 1

III.  NACHA OPERATING RULES

      Table of Contents                                                    OR i

      Preface                                                              OR ix

      NACHA Board of Directors Policy Statement on Data Security          OR xi

      NACHA Board of Directors Policy Statement on Electronic Transmission
      Between Originators and ODFIs                                       OR xiii

      NACHA Board of Directors Policy Statement on Fraud Prevention and
      Risk Management Initiatives                                         OR xv

      Article I          General                                          OR 1

      Article II         Origination of Entries                          OR 2

      Article III        Obligations of Originators                      OR 12

      Article IV         Receipt of Entries                              OR 16

      Article V          Obligations of Third-Party Senders              OR 18

      Article VI         Return, Adjustment, Correction, and
                         Acknowledgment of Entries and
                         Entry Information                               OR 19

      Article VII        Settlement and Accountability                   OR 21

      Article VIII       Recall, Stop Payment, Recredit, and Adjustment  OR 22

      Article IX         Obligations of Automated Clearing House Operators OR 27

      Article X          Check Truncation Entries                        OR 28

v

LML-EP-055341

*TABLE OF CONTENTS*                    *2005 ACH RULES*

| | | |
|---|---|---|
| Article XI | Cross-Border Payments | OR 29 |
| Article XII | Requirements of Associations | OR 31 |
| Article XIII | Amendment of the Rules | OR 32 |
| Article XIV | Definition of Terms | OR 32 |

**THE APPENDICES - TECHNICAL SPECIFICATIONS**

| | | |
|---|---|---|
| Appendix I | ACH File Exchange Specifications | OR 38 |
| Appendix II | ACH Record Format Specifications | OR 43 |
| Appendix III | Specifications for Data Acceptance | OR 85 |
| Appendix IV | Minimum Description Standards | OR 89 |
| Appendix V | Return Entries | OR 89 |
| Appendix VI | Notification of Change | OR 115 |
| Appendix VII | Acknowledgment Entries | OR 128 |
| Appendix VIII | Rule Compliance Audit Requirements | OR 135 |
| Appendix IX | Compensation Rules | OR 138 |
| Appendix X | Arbitration Procedures | OR 141 |
| Appendix XI | The National System of Fines | OR 144 |
| NACHA Operating Rules Index | | OR 147 |

**IV. NACHA OPERATING GUIDELINES**

| | | |
|---|---|---|
| Table of Contents | | OG i |
| Preface | | OG 1 |
| Section I | Development and Overview of the System | OG 2 |
| Section II | Participant Relationships and Responsibilities | |
| Chapter I | Originators | OG 7 |
| Chapter II | Originating Depository Financial Institutions | OG 30 |
| Chapter III | ACH Operators | OG 43 |

LML-EP-055342

|  |  |  |  |
|---|---|---|---|
| | Chapter IV | Receiving Depository Financial Institutions | OG 49 |
| Section III | Functional Responsibilities | | |
| | Chapter I | Prenotifications | OG 66 |
| | Chapter II | Notifications of Change | OG 68 |
| | Chapter III | Returns, Dishonored Returns, Contested Dishonored Returns | OG 72 |
| | Chapter IV | Reversals, Reclamations, and ODFI Requests for Return | OG 88 |
| | Chapter V | Acknowledgment Entries | OG 91 |
| | Chapter VI | Customer-Initiated Entries | OG 93 |
| Section IV | Special Topics | | |
| | Chapter I | Third-Party Service Providers | OG 94 |
| | Chapter II | Addenda Records | OG 105 |
| | Chapter III | OFAC Compliance | OG 112 |
| | Chapter IV | Audit Controls and Compliance | OG 117 |
| | Chapter V | National System of Fines | OG 123 |
| | Chapter VI | Arbitration and Compensation | OG 130 |
| | Chapter VII | Mapping | OG 134 |
| | Chapter VIII | Automated Enrollment Entries | OG 154 |
| | Chapter IX | Destroyed Check Entries | OG 159 |
| | Chapter X | Cross-Border Payments | OG 161 |
| | Chapter XI | Re-presented Check Entries | OG 168 |
| | Chapter XII | Point-of-Purchase Entries | OG 173 |
| | Chapter XIII | Accounts Receivable Entries | OG 177 |
| | Chapter XIV | Internet-Initiated Entries | OG 183 |
| | Chapter XV | Telephone-Initiated Entries | OG 190 |
| NACHA Operating Guidelines Index | | | OG 195 |

LML-EP-055343

*TABLE OF CONTENTS*                                                    *2005 ACH RULES*

V.      PAYMENTS ASSOCIATIONS/DIRECT FINANCIAL
        INSTITUTION MEMBERS                          PAYMENT ASSOCIATIONS 1


VI.     FEDERAL RESERVE UNIFORM OPERATING CIRCULAR                    UOC 1


VII.    REGULATION E                                                  REG E 1

        REGULATION E -- OFFICIAL STAFF
        INTERPRETATION                              REG E INTERPRETATION 1

        ELECTRONIC FUND TRANSFER ACT                                 EFTA 1

VIII.   FEDERAL TAX DEPOSIT PAYMENTS (EFTPS)                          FTDP 1


IX.     TITLE 31 OF THE CODE OF FEDERAL                  FEDERAL GOVERNMENT
        REGULATIONS PART 210                                   PAYMENTS 1


X.      FEDERAL ACH PAYMENT SCHEDULE                             FAPS 1

LML-EP-055344

UNDERSTANDING THE ACH NETWORK: AN ACH PRIMER
QUICK FIND: A REFERENCE GUIDE TO THE ACH RULES

REVISIONS TO THE NACHA OPERATING RULES
AND NACHA OPERATING GUIDELINES

NACHA OPERATING RULES

NACHA OPERATING GUIDELINES

REGIONAL PAYMENTS ASSOCIATIONS
DIRECT FINANCIAL INSTITUTION MEMBERS

UNIFORM OPERATING CIRCULAR

REGULATION E
OFFICIAL STAFF INTERPRETATION
ELECTRONIC FUND TRANSFER ACT

FEDERAL TAX DEPOSIT PAYMENTS
(EFTPS)

TITLE 31 OF THE CODE OF FEDERAL REGULATIONS PART 210

2005 FEDERAL ACH PAYMENT SCHEDULE

LML-EP-055345

UNDERSTANDING THE ACH NETWORK: AN ACH PRIMER
QUICK FIND: A REFERENCE GUIDE TO THE ACH RULES

REVISIONS TO THE NACHA OPERATING RULES
AND NACHA OPERATING GUIDELINES

NACHA OPERATING RULES

NACHA OPERATING GUIDELINES

REGIONAL PAYMENTS ASSOCIATIONS
DIRECT FINANCIAL INSTITUTION MEMBERS

UNIFORM OPERATING CIRCULAR

REGULATION E
OFFICIAL STAFF INTERPRETATION
ELECTRONIC FUND TRANSFER ACT

FEDERAL TAX DEPOSIT PAYMENTS
(EFTPS)

TITLE 31 OF THE CODE OF FEDERAL REGULATIONS PART 210

2005 FEDERAL ACH PAYMENT SCHEDULE

LML-EP-055346

# UNDERSTANDING THE ACH NETWORK:

## AN ACH PRIMER

LML-EP-055347

# UNDERSTANDING THE ACH NETWORK: AN ACH PRIMER

This section of the ACH Rules is designed to provide those who are not familiar with the ACH Network or this book with a basic understanding of the fundamentals of the ACH Network, briefly summarizing the Network's operation, participants, ACH products and services, settlement and posting mechanism, legal framework, and history. For complete information on ACH processing, please refer to the *NACHA Operating Rules* and the *NACHA Operating Guidelines*, which follow.

## A. ACH NETWORK OPERATION

The ACH Network is a batch processing, store-and-forward system. Transactions received by the financial institution during the day are stored and processed later in a batch mode. Rather than sending each payment separately, ACH transactions are accumulated and sorted by destination for transmission during a predetermined time period. This provides significant economies of scale. It also provides faster processing than paper checks, which must be physically handled. Instead of using paper to carry necessary transaction information, ACH transactions are transmitted electronically between financial institutions through data transmission.

### 1.    Participants

Listed below are the participants that are involved in an ACH transaction:

      (a)    the originating company or individual (Originator),

      (b)    the Originating Depository Financial Institution (ODFI),

      (c)    the ACH Operator,

      (d)    the Receiving Depository Financial Institution (RDFI),

      (e)    the receiving company, employee or customer (Receiver), and

      (f)    the Third-Party Service Provider.

Figure 1 – ACH Participants



LML-EP-055348

**DEFINITIONS OF THE PARTICIPANTS:**

(a)    Originator

The Originator is the entity that agrees to initiate ACH entries into the payment system according to an arrangement with a Receiver. The Originator is usually a company directing a transfer of funds to or from a consumer's or another company's account. In the case of a Customer Initiated Entry (CIE), the Originator may be an individual initiating funds transfer activity from his or her own account. The term "company" is intended to represent the Originator of electronic ACH entries and does not imply exclusion of other types of organizations (i.e., Federal, state and local government agencies). An Originator may be either a company or a consumer.

(b)    Originating Depository Financial Institution

The Originating Depository Financial Institution (ODFI) is the institution that receives payment instructions from Originators and forwards the entries to the ACH Operator. A depository financial institution (DFI) may participate in the ACH system as a Receiving Depository Financial Institution (RDFI) without acting as an ODFI; however, if a DFI chooses to originate ACH entries, it must also agree to act as an RDFI.

(c)    Automated Clearing House Operator

An Automated Clearing House (ACH) Operator is the central clearing facility operated by a private organization or a Federal Reserve Bank (FRB) on behalf of DFIs, to or from which Participating DFIs transmit or receive ACH entries. In some cases, there are two ACH Operators involved in a transaction, one operating as the Originating ACH Operator and the other as the Receiving ACH Operator.

(d)    Receiving Depository Financial Institution

The Receiving Depository Financial Institution (RDFI) is the DFI that receives ACH entries from the ACH Operator and posts the entries to the accounts of its depositors (Receivers).

(e)    Receiver

A Receiver is a natural person or an organization which has authorized an Originator to initiate an ACH entry to the Receiver's account with the RDFI. A Receiver may be either a company or a consumer, depending on the type of transaction.

(f)    Third-Party Service Provider

In some instances, an Originator, ODFI, or RDFI may choose to use the services of a Third-Party Service Provider for all or part of the process of handling ACH entries. A Third-Party Service Provider is an entity other than the Originator, ODFI, or RDFI that performs any functions on behalf of the Originator, ODFI, or RDFI with respect to the processing of ACH entries. A function of ACH processing can include, but is not limited to, the creation of ACH files on behalf of an Originator or ODFI, or acting as a Sending Point or Receiving Point on behalf of an ODFI or RDFI, respectively.

As the ACH Network continues to evolve, Third-Party Service Providers have taken on larger and more complex roles in the processing of ACH transactions. For a detailed discussion of the specific roles and responsibilities of Third-Party Service Providers, refer to the Third-Party Service Provider Chapter within the *NACHA Operating Guidelines*.

LML-EP-055349

2.      **ACH Transaction Flow**

In ACH terminology, Originator and Receiver refer to the participants that initiate and receive the ACH entries rather than the funds. Unlike a check, which is always a debit instrument, an ACH entry may be either a credit or a debit entry. By examining what happens to the Receiver's account, one can distinguish the difference between an ACH credit and an ACH debit transaction. If the Receiver's account is debited, then the entry is an ACH debit. If the Receiver's account is credited, then the entry is an ACH credit. Conversely, the offset to an ACH debit is a credit to the Originator's account and the offset to an ACH credit is a debit to the Originator's account.

(a)     ACH Credits

ACH credit entries occur when an Originator initiates a transfer to move funds into a Receiver's account. For example, when a consumer uses an automated bill payment service at a financial institution to pay cable access charges each month, the consumer originates the payment through the ODFI which then initiates the credit transaction to transfer the money into the cable company's account; the cable access company is the Receiver.

ACH credit transactions involve both consumer and corporate payments with separate rules and regulations for each. The most typical consumer ACH application is Direct Deposit of Payroll.

Figure 2 lists some of the more common credits processed through the ACH Network today:

**Figure 2 – ACH Credits**

- annuities
- customer-initiated transactions (e.g., telephone bill-payments)
- corporate-to-corporate payments
- dividends
- interest payments
- payrolls - private and government
- pensions - private and government
- Social Security payments
- tax payments
- government vendor payments

LML-EP-055350

The example in figure 3 illustrates the ACH credit process:

### Figure 3 – ACH Credit Transaction

Information and Funds Flow



Example:

As illustrated in Figure 3, a payroll deposit (PPD) credit flows from an account at a company's financial institution to an account at an employee's financial institution. Figure 3 also illustrates the flow of a corporate trade exchange (CTX) credit from an account at a company's financial institution to an account at a vendor's financial institution. Credit entries must be posted to a Receiver's account no later than Settlement Date. Consumer (PPD) entries that are made available to the RDFI by its ACH Operator by 5:00 p.m. (RDFI's local time) on the banking day prior to Settlement Date must be made available by opening of business on the Settlement Date.

(b)  <u>ACH Debits</u>

In an ACH debit transaction, funds flow in the opposite direction. Funds are collected from a Receiver's account and transferred to an Originator's account, even though the Originator initiated the entry. For example, the Originator of a preauthorized debit is the company to which the amount is owed. Consumers authorize a cable access company to debit their accounts for their monthly bills. Once a month the cable access company initiates a debit file through its ODFI to withdraw the money from the consumers' accounts. The cable company is the Originator, and the consumers are the Receivers.

Consumer acceptance is highest in the area of pre-authorized transfers involving regular, recurring payments, such as mortgage payments, installment loans and insurance premiums. Many corporations also use ACH debits to consolidate funds deposited in outlying divisions by operating branches or subsidiaries.

LML-EP-055351

Figure 4 lists some of the more common debit applications processed through the ACH Network today:

**Figure 4 – ACH Debits**

- association/club dues
- cash concentration
- distributor/dealer payments
- corporate-to-corporate payments
- contributions to Individual Retirement Accounts, SEPs, 401Ks, etc.
- government savings bonds purchases
- holiday or vacation club payments
- insurance payments
- mortgage and installment loan payments
- point of sale purchases
- safe deposit box rentals
- utility payments

The example in figure 5 illustrates the ACH debit process.

**Figure 5 – ACH Debit Transaction**
**Information and Funds Flow**



Example:

In figure 5, a preauthorized mortgage payment flows from a consumer's account at a financial institution to a mortgage company's account. Figure 5 also illustrates a corporate

LML-EP-055352

cash concentration flow from a company's local or regional financial institution account to a company's regional or national financial institution account. Debit entries must not be posted to a Receiver's account prior to the settlement date.

A typical transaction as it flows through the ACH Network might follow the path described below:

- The Originating Depository Financial Institution (ODFI) and the originating company determine, by agreement, how the information must be delivered to the ODFI. Ideally, the Originator would format the data in accordance with the requirements of the *NACHA Operating Rules* and transmit the information to the ODFI, but some financial institutions may take unformatted data as a service to their client companies. The ODFI establishes processing schedules and cutoff times with its Originators so that entries may be processed and transmitted in sufficient time for settlement to occur on the dates desired by its Originators.

- The company delivers the file to its ODFI. The timing of delivery must conform to appropriate schedules in order for the payment to settle on the intended date.

- The ODFI generally removes "on-us" entries and transmits the remaining entries to the originating ACH Operator by the ACH Operator's processing deadline. An "on-us" transaction is one in which the Receiver and the Originator both have accounts at the same financial institution. Therefore, the transaction need not be sent through the ACH Network but instead may be simply retained by the financial institution and posted to the appropriate account.

- The ACH Operator sorts the entries by RDFI routing number and transmits the payment information to the appropriate RDFI(s) for posting.

- On Settlement Date, all parties to the transaction effect the appropriate settlement of funds.

## B. CONSUMER VS. CORPORATE PAYMENTS

ACH transactions are typically categorized as either consumer payments or corporate payments, depending on the relationship of the parties involved in the transaction and the type of Receiver account. In addition, payments are distinguished as Federal Government payments (representing automated disbursements originating from the United States Government, such as Social Security benefits, military and civilian payrolls, retirement benefits, tax refunds, and disbursements for state and federal revenue sharing programs) or commercial payments (initiated by both individual consumers and corporations).

Consumer payments currently made via the ACH Network include credit applications such as payroll, retirement, dividend, interest, and annuity payments, in addition to educational benefit reimbursements, payments and advances, and many others. Consumer ACH debit applications include, among others, the collection of insurance premiums, mortgage and rent payments, utility payments, installment payments, a variety of membership dues, and other recurring obligations. The ACH Network is also widely used to settle consumer transactions made at automated teller machines and point-of-sale terminals.

Corporate ACH applications include cash concentration and disbursement, corporate trade payments, state and Federal tax payments and financial electronic data interchange (EDI). Cash concentration and disbursement allows companies to achieve efficiencies in cash management through timely intra-company transfer of funds. Corporate trade payments enable corporations to exchange both data and funds with trading partners, facilitating an automated process of updating their accounts receivable and accounts payable systems.

LML-EP-055353

## C. PAYMENT APPLICATIONS

The ACH Network supports a variety of payment applications. An Originator initiating entries into the system will code the entries in such a manner as to indicate the type of payment, such as a debit or credit, and whether an entry is consumer or corporate in nature (i.e., the funds transfer affects either a consumer account or a corporate account at the RDFI). Each ACH application is identified and recognized by a specific three-digit code, known as a Standard Entry Class Code (SEC Code), which appears in the ACH record format. The SEC Code identifies the specific computer record format that will be used to carry the payment and payment-related information relevant to the application. Following is a list of Standard Entry Class Codes and the different products each code supports.

1.    Consumer Applications

   *ARC - Accounts Receivable Entry*

   This Standard Entry Class Code enables Originators to convert to a Single Entry ACH debit a consumer check received via the U.S. mail or at a dropbox location for the payment of goods or services. The consumer's source document (i.e., the check) is used to collect the consumer's routing number, account number, check serial number, and dollar amount for the transaction.

   *CIE - Customer Initiated Entry*

   Customer Initiated Entries are limited to credit applications where the consumer initiates the transfer of funds to a company for payment of funds owed to that company, typically through some type of home banking product or bill payment service provider.

   *MTE - Machine Transfer Entry*

   The ACH Network supports the clearing of transactions from Automated Teller Machines, i.e., Machine Transfer Entries (MTE).

   *PBR - Consumer Cross-Border Payment*

   This Standard Entry Class Code is used for the transmission of consumer cross-border ACH credit and debit entries. This SEC Code allows cross-border payments to be readily identified so that financial institutions may apply special handling requirements for cross-border payments, as desired. The PBR format accommodates detailed information unique to cross-border payments (e.g., foreign exchange conversion, origination and destination currency, country codes, etc.).

   *POP - Point-of-Purchase Entry*

   This ACH debit application is used by Originators as a method of payment for the in-person purchase of goods or services by consumers. These Single Entry debit entries are initiated by the Originator based on a written authorization and account information drawn from the source document (a check) obtained from the consumer at the point-of-purchase. The source document, which is voided by the merchant and returned to the consumer at the point-of-purchase, is used to collect the consumer's routing number, account number, and check serial number that will be used to generate the debit entry to the consumer's account.

   *PPD - Prearranged Payment and Deposit Entry*

   Direct Deposit

   Direct deposit is a credit application that transfers funds into a consumer's account at the Receiving Depository Financial Institution. The funds being deposited can represent a variety of products, such as payroll, interest, pension, dividends, etc.

LML-EP-055354



### Preauthorized Bill Payment

Preauthorized payment is a debit application. Companies with billing operations may participate in the ACH through the electronic transfer (direct debit) of bill payment entries. Through standing authorizations, the consumer grants the company authority to initiate periodic charges to his or her account as bills become due. This concept has met with appreciable success in situations where the recurring bills are regular and do not vary in amount -- insurance premiums, mortgage payments, and installment loan payments being the most prominent examples. Standing authorizations have also been successful for bills where the amount does vary, such as utility payments.

### POS/SHR - Point of Sale Entry/Shared Network Transaction

These two Standard Entry Class Codes represent point of sale debit applications in either a shared (SHR) or non-shared (POS) environment. These transactions are most often initiated by the consumer via a plastic access card.

### RCK - Re-presented Check Entry

A Re-presented Check Entry is a Single Entry ACH debit application used by Originators to re-present a check that has been processed through the check collection system and returned because of insufficient or uncollected funds. This method of collection via the ACH Network, compared to the check collection process, provides Originators with the potential for improvements to processing efficiency (such as control over timing of the initiation of the debit entry) and decreased costs.

### TEL - Telephone-Initiated Entry

This Standard Entry Class Code is used for the origination of a Single Entry debit transaction to a consumer's account pursuant to an oral authorization obtained from the consumer via the telephone. This type of transaction may only be originated when there is either (1) an existing relationship between the Originator and the Receiver, or (2) no existing relationship between the Originator and the Receiver, but the Receiver has initiated the telephone call. This SEC Code facilitates access to the ACH Network by providing an alternative authorization method, oral authorization via the telephone, for certain types of consumer debit entries.

### WEB - Internet-Initiated Entry

This Standard Entry Class Code is used for the origination of debit entries (either recurring or Single Entry) to a consumer's account pursuant to an authorization that is obtained from the Receiver via the Internet. This SEC Code helps to address unique risk issues inherent to the Internet payment environment through requirements for added security procedures and obligations.

2.     Corporate Applications

### CBR - Corporate Cross-Border Payment

This Standard Entry Class Code is used for the transmission of corporate cross-border ACH credit and debit entries. This SEC Code allows cross-border payments to be readily identified so that financial institutions may apply special handling requirements for cross-border payments, as desired. The CBR format accommodates detailed information unique to cross-border payments (e.g., foreign exchange conversion, origination and destination currency, country codes, etc.).

### CCD - Cash Concentration or Disbursement

This application, Cash Concentration or Disbursement, can be either a credit or debit application where funds are either distributed or consolidated between corporate entities. This application can

LML-EP-055355

serve as a stand-alone funds transfer, or it can support a limited amount of payment related data with the funds transfer.

### CTX - Corporate Trade Exchange

The Corporate Trade Exchange application supports the transfer of funds (debit or credit) within a trading partner relationship in which a full ANSI ASC X12 message or payment related UN/EDIFACT information is sent with the funds transfer. The ANSI ASC X12 message or payment related UN/EDIFACT information is placed in multiple addenda records.

3.    ## Other Applications

### ACK/ATX - Acknowledgment Entries

These optional Standard Entry Class Codes are available for use by the RDFI to acknowledge the receipt of ACH credit payments originated using the CCD or CTX formats. These acknowledgments indicate to the Originator that the payment was received and that the RDFI will attempt to post the payment to the Receiver's account. Acknowledgment entries initiated in response to a CCD credit entry utilize the ACK format. Acknowledgments initiated in response to a CTX credit entry utilize the ATX format.

### ADV - Automated Accounting Advice

This Standard Entry Class Code represents an optional service to be provided by ACH Operators that identifies automated accounting advices of ACH accounting information in machine readable format to facilitate the automation of accounting information for Participating DFIs.

### COR - Automated Notification of Change or Refused Notification of Change

This Standard Entry Class Code is used by an RDFI or ODFI when originating a Notification of Change or Refused Notification of Change in automated format. It is also used by the ACH Operator that converts paper Notifications of Change to automated format.

### DNE - Death Notification Entry

This application is utilized by a Federal Government agency (e.g., Social Security Administration) to notify a depository financial institution that the recipient of a government benefit payment has died.

### ENR - Automated Enrollment Entry

This optional SEC Code allows a depository financial institution to transmit ACH enrollment information to Federal Government Agencies via the ACH Network for future credit and debit applications on behalf of both consumers and companies.

### TRC/TRX - Truncated Entries

This Standard Entry Class Code is used to identify batches of truncated checks. For more information on check truncation, please see the National Association for Check Safekeeping Guidelines available from NACHA.

### XCK - Destroyed Check Entry

This application can be utilized by a collecting institution for the collection of certain checks when those checks have been destroyed.

LML-EP-055356

**D.    ADVANTAGES TO PARTICIPANTS**

Each participant in the ACH Network benefits through improvements in service and reductions in operating costs. The following specific advantages have been identified for each participant:

*Advantages to Consumers*

- Direct deposit offers the following benefits to the recipient:

  - Elimination of time and cost involved in depositing checks.

  - Consistent availability of funds on a timely basis, even during vacation, illness, or business trips.

  - Elimination of the possibility of lost or stolen checks.

- Debit applications provide the following benefits to the consumer:

  - Convenience of not having to write checks.

  - Elimination of postage expense and the risk of late payments.

  - Avoidance of late or interest charges through prompt, timely payments.

  - Establishment of excellent payment and credit records.

*Advantages to Companies (Originators or Receivers)*

- Reduction of administration and operating expenses.

- Elimination of time lost by employees who deposit checks during working hours.

- Reduction of clerical cost for account reconciliation.

- Elimination of stop payment charges and check reissue costs.

- Reduced remittance processing costs (paper handling) resulting from the absence of the check.

- Accelerated availability of funds.

- Better cash management forecasting.

- Improved business relationships.

- Certainty of delivery.

- Possible reduction of bank service charges.

*Advantages to the Originating Depository Financial Institution*

- Reduction of costs through increased automated processing.

- New opportunities for increased business through expanded services.

- Enhanced public recognition through provision of effective, efficient, and innovative payment services.

LML-EP-055357

### *Advantages to the Receiving Depository Financial Institution*

- Reduction of costs through automated processing of electronic entries and elimination of handling individual items.

- Alleviation of teller-line congestion during peak periods (particularly on payday).

- Ability to offer improved services to both consumer and corporate account holders.

- Enhanced public recognition through provision of effective, efficient, and innovative payment services.

### E. SETTLEMENT AND POSTING

Settlement is the actual transfer of the value of funds between financial institutions to complete the payment instruction of an ACH entry.

The Federal Reserve provides settlement services for ACH entries processed by the Federal Reserve and for private sector ACH Operators that process ACH entries. The Federal Reserve ACH Operator calculates the net credit and debit positions of financial institutions and applies those credits or debits to the reserve accounts of the financial institutions (or their correspondent banks) that are maintained on the books of the Federal Reserve.

The following are the three main participants (ODFI, ACH Operator, RDFI) and their responsibilities concerning settlement and posting.

### 1. ODFI

Settlement with the ODFI for entries originated usually occurs using the same procedures used for settlement of entries received. If the scheduled settlement date of a credit entry is not a banking day for the ODFI, but the applicable Federal Reserve office is open on that date, settlement shall occur on the scheduled Settlement Date.

Specific procedures and timing of settlement between the ODFI and the Originator are solely at the discretion of the ODFI and the Originator and, therefore, governed by agreement between them. It is the ODFI's responsibility to monitor the credit-worthiness of its corporate customers to ensure that the ODFI's risk in originating ACH payments is managed efficiently.

### 2. ACH Operator

ACH Operators calculate settlement totals owed to and by Participating DFIs based on the effective entry dates and processing dates contained within batches of transactions. ACH Operators provide information to participants on the dollar amounts that will be settled for each institution on each Settlement Date. ACH entries processed by the Federal Reserve ACH Operator are settled against the Participating DFI's settlement account held at the Federal Reserve. Settlement for transactions processed by private sector ACH Operators is determined by an arrangement with the Federal Reserve.

### 3. RDFI

   (a) Posting

   The RDFI is responsible for posting entries and for providing funds availability, both of which are determined by the Settlement Date in the Company Batch Header Record.

- **ACH debits** will be delivered to an RDFI no earlier than one banking day prior to the Settlement Date. *NACHA Operating Rules* state that debits cannot be posted prior to the Settlement Date.

LML-EP-055358

If an RDFI is closed for business on the scheduled settlement date of a debit entry, but the Receiving ACH Operator is open, the RDFI will be debited on the scheduled Settlement Date unless it has advised the ACH Operator to delay settlement to the next business day of the RDFI. If the ACH Operator agrees to delay settlement, the RDFI must pay for any costs of float resulting from the deferral of settlement.

- ACH credits will be delivered to an RDFI no earlier than two banking days prior to the settlement date. It is recommended that credits be posted on the settlement date; credit entries may, however, be posted prior to the settlement date if the RDFI cannot warehouse the entry. *NACHA Operating Rules* require that credit entries must be available for withdrawal or cash withdrawal by the customer no later than the settlement date of the entry. Further, according to *NACHA Operating Rules*, each PPD credit entry that is made available to an RDFI by its ACH Operator by 5:00 p.m. (RDFI's local time) on the banking day prior to the settlement date must be made available to the Receiver for withdrawal or cash withdrawal at the opening of business on the settlement date. For the purposes of the preceding sentence, opening of business is defined as the later of 9:00 a.m. (RDFI's local time) or the time the RDFI's teller facilities (including ATMs) are available for customer account withdrawals.

(b) Settlement

Settlement between the Originator and the ODFI is governed by agreement. Settlement between the RDFI and the Receiver is determined by the *NACHA Operating Rules*, Federal Reserve availability schedules, and agreement.

When an ACH file is processed by the receiving ACH Operator, the ACH Operator will read the Effective Entry Date in the Company/Batch Header Record and settle according to that date. If the file has been delivered to the ACH Operator so that the ACH Operator is able to settle on the Effective Entry Date, it will insert the corresponding Julian Date in the Settlement Date field. If the ACH Operator cannot settle on the Effective Entry Date due to a stale date, weekend, or holiday, the ACH Operator will insert the Julian Date of the next business day into the Settlement Date field reflecting that settlement will occur on that date.

- Settlement information is produced by the ACH Operator as ACH entries are processed. This information is accumulated based on the type of entry (debit or credit) by settlement date. These settlement totals are reported to the RDFI or its settlement member correspondent.

- The ACH Operator may provide ACH settlement information in a machine-readable format to facilitate the automation of settlement accounting for correspondent RDFIs.

- Settlement totals should be balanced daily against totals posted to the RDFI's customer accounts and against any rejects that may occur. Rejects and other differences must be resolved immediately.

- ACH settlement procedures are the same for consumer and corporate transactions. In view of the large-dollar entries that flow through the ACH Network for corporate customers, RDFIs should have internal procedures in place to monitor large-dollar settlement totals.

F. LEGAL FRAMEWORK

The ACH process operates from beginning to end through a series of legal agreements. Before any transaction is initiated, the Originator and ODFI execute an agreement to use the ACH Network to originate payments. Among other things, the agreement should bind the originating company to the *NACHA Operating Rules*, define the parameters of the relationship between the two parties, identify processing requirements for the specific application(s), and establish liability and accountability for procedures related to certain application(s). The *NACHA Operating Rules* govern interregional ACH transactions and also cover

LML-EP-055359

intraregional ACH transactions unless a regional ACH association has implemented a local rule to supersede a provision of the *NACHA Operating Rules*.

While the *NACHA Operating Rules* is the primary document addressing the rules and regulations for the commercial ACH Network, Federal Government ACH payments are controlled by the provisions of Title 31 Code of Federal Regulations Part 210 (31 C.F.R. Part 210). The Financial Management Service (FMS) of the U.S. Department of the Treasury is the agency responsible for establishing Federal Government ACH policy. In 1999, 31 C.F.R. Part 210 was revised by FMS to adopt the provisions of the *NACHA Operating Rules* as the regulations governing the transmission and receipt of Federal Government ACH entries, with certain exemptions to address matters of Federal law. FMS also publishes *The Green Book*, a procedural manual for Federal Government ACH payments.

Other laws that have a direct bearing on ACH operations are the Uniform Commercial Code Article 4, which governs check transactions, and Article 4A, and the Electronic Funds Transfer Act as implemented by Regulation E. Certain other activities related to ACH payments are affected by The Right to Financial Privacy Act, Regulation D regarding reserve requirements, Regulation CC regarding funds availability, and other regulatory agency directives. Agreements are also required between RDFIs and the ACH Operators for ACH Operator services. Relationships between the consumer as Receiver and the RDFI are generally governed by Regulation E and the *NACHA Operating Rules*. In some cases, agreements exist between the RDFI and the Receiver, particularly if the Receiver is a corporate or government entity.

## G. HISTORY OF THE ACH NETWORK

The ACH Network is a processing and delivery system that provides for the distribution and settlement of electronic credits and debits among financial institutions. The ACH Network was developed in response to the astronomical growth of check payments and the many technological advances in the mid-twentieth century and functions as an efficient, electronic alternative to paper checks. Through a nationwide telecommunications network, each ACH Operator is able to communicate with other ACH Operators to exchange entries quickly and efficiently, regardless of geographic distances involved. The ACH Network offers an assortment of technical formats that can be used for a variety of payment applications, products and services. The ACH Network is governed by operating rules and guidelines, which are developed by the actual users of the system, and is administered through a series of agreements among financial institutions, customers, trading partners, and ACH Operators.

The ACH movement began in the early 1970s when a group of California bankers formed the Special Committee on Paperless Entries (SCOPE). In direct response to the rapid growth in check volume, the Committee was chartered to explore the technical, operational, and legal framework necessary for an automated payments system.

SCOPE laid the groundwork for the first Automated Clearing House (ACH) association, which began operation in 1972. The establishment of this ACH association led to the formation of similar groups in other parts of the country. Agreements were made between the emerging regional ACH associations and the regional Federal Reserve Banks to provide facilities, equipment, and staff to operate regional ACH networks. Two notable exceptions to this type of arrangement occurred in New York and Chicago, where private clearing houses were formed to handle ACH transactions.

In 1974, the National Automated Clearing House Association (NACHA) was formed to coordinate the ACH movement nationwide. Through the joint efforts of NACHA and the Federal Reserve System, local ACHs were linked electronically on a nationwide basis in 1978. The main benefits associated with the use of the ACH Network are cost reduction and improved productivity over paper check transactions.

In an effort to improve the payments system, Congress enacted the Monetary Control Act in 1980. As a result of that Act, private sector ACH Operators were encouraged to compete with the Federal Reserve, which could no longer offer its services free of charge and was required to recover its operating costs. A

LML-EP-055360

private sector adjustment factor (i.e., profit margin) is included in Federal Reserve processing so that the Federal Reserve Bank charges as though it were operating on a "for profit" basis.

<u>NACHA and the Regional Payments Associations</u>

NACHA oversees America's largest electronic payments network. NACHA's primary roles are to develop and maintain the *NACHA Operating Rules*, to promote growth in ACH volume, and to provide educational services to its members and other ACH participants. NACHA's member payment associations serve over 12,000 financial institutions across the United States, which in turn provide services to over 4 million corporations and one hundred thirty-five million consumers, with a transaction volume of ten billion payments and a dollar value $27.4 trillion in 2003.

Regional payment associations provide management, education, assistance, and services to link all types of financial institutions (commercial banks, saving banks, and credit unions) across the United States. Several of these associations also develop and implement local ACH rules that apply specifically to their own member financial institutions. The regional payment associations offer a wide variety of educational sessions ranging from origination and receipt operations to audit and control.

## H. ACH TERMINOLOGY

This section is intended to provide users of this book with an overview of basic ACH terminology. ACH terms, as defined specifically for purposes of the *NACHA Operating Rules*, may be found within Article Thirteen of the *NACHA Operating Rules*.

**ACH Operator**
means (1) a Federal Reserve Bank that performs all of the following, or (2) an entity that executes an annual agreement with the National Association in which the entity agrees to comply with or perform all of the following:

(a) adhere to these rules (except to the extent inconsistent with the policies or practices of the Federal Reserve Banks) and other applicable laws, regulations, and policies;

(b) execute agreements with a minimum of twenty independent (i.e., not owned by the same holding company) Participating DFIs that bind such entities to the ACH Operator's rules and to these rules (except that a Federal Reserve Bank shall not be required to bind a Participating DFI to any provision of such rules of the National Association that is not incorporated by the Uniform Operating Circular of the Federal Reserve Banks);

(c) (i) provide clearing, delivery, and settlement services for ACH entries, as defined by these rules, between Participating DFIs that have selected that ACH Operator to perform ACH services (intra-ACH Operator services), and (ii) exchange transactions with other ACH Operators (inter-ACH Operator exchange);

(d) process and edit files based on the requirements of these rules;

(e) evaluate the credit worthiness of and apply risk control measures to their Participating DFIs;

(f) adhere to the Federal Reserve's Policy Statement on Privately Operated Multilateral Settlement Systems (as applicable); and

(g) adhere to any National ACH Operator Performance Standards of the National Association.

**Addenda Record**
An ACH record type that carries the supplemental data needed to completely identify an account holder(s) or provide information concerning a payment to the RDFI and the Receiver.

**Authorization**
A written agreement with the originating company signed or similarly authenticated by an employee or customer to allow payments processed through the ACH Network to be deposited in or withdrawn from his or her account at a financial institution. (For specific applications, written authorization for debits to consumer accounts is not required. Refer to the *NACHA Operating Rules* for details.) Can also be a written

LML-EP-055361

agreement that defines the terms, conditions and legal relationship between trading partners. For ACH credit entries, authorization may also be by verbal or other non-written means.

**Automated Clearing House (ACH) Network**
A funds transfer system, governed by the *NACHA Operating Rules*, that provides for the interbank clearing of electronic entries for participating financial institutions.

**Banking Day**
Any day on which a participating depository financial institution is open to the public during any part of the day for carrying on substantially all its banking functions.

**Batch**
A group of records or documents considered as a single unit for the purpose of data processing.

**Consumer Account**
A deposit account held by a financial institution and established by a natural person primarily for personal, family, or household use and not for commercial purposes.

**Corporate-to-Corporate Payments**
Any of the class of automated payment formats developed for the ACH Network that allow concurrent exchange of funds and remittance information between trading partners.

**Credit Entry**
An entry to the record of an account to represent the transfer or placement of funds into the account.

**Data Transmission**
The electronic exchange of information between two data processing points.

**Debit Entry**
An entry to the record of an account to represent the transfer or removal of funds from the account.

**Direct Debit**
A method of collection used in the ACH for certain claims, generally those that are repeated over a period of time, under which the debtor gives his or her financial institution authorization to debit his or her account upon the receipt of an entry issued by a creditor.

**Direct Deposit**
An ACH service that provides for the electronic transfer of funds directly into the account of a payee, usually an employee receiving pay or a Social Security beneficiary receiving retirement benefits.

**Direct Payment**
A method of collection used in the ACH Network for certain claims, generally those that are repeated over a period of time, for which the debtor gives the Originator an authorization to debit his or her account.

**EDI Payment**
The computer-to-computer transmission of a payment and related information in a standard format.

**Effective Entry Date**
The date the originating company expects payment to take place. The ACH Operator reads the effective entry date to determine the settlement date.

**Electronic Funds Transfer (EFT)**
A generic term used to describe any ACH or wire transfer.

LML-EP-055362

**Entry**
An electronic item representing the transfer of funds in the ACH.

**Field**
One or more consecutive character positions within an ACH entry mapped to contain specific information. For credit, debit or ATM cards, a defined area within an information track of the magnetic stripe of fixed or variable length.

**File**
A group of ACH batches initiated into the ACH Network or sorted for delivery to ACH receiving point(s). A file must be transmitted electronically via data transmission between the sending point and the receiving point. A file may be delivered to an end-point via direct data transmission, magnetic tape, or floppy diskette. A file may contain one or more batches of entries.

**Financial EDI**
Electronic data interchange for financial transactions/applications between companies and financial institutions, including payment and remittance advice, account analysis, and balance reporting.

**Funds Availability**
The time at which the funds resulting from a funds transfer are made available to the customer.

**Green Book**
A publication assembled by the U.S. Department of the Treasury that specifies the procedures to be used in Automated Clearing House transactions originated on behalf of the United States Federal Government.

**Live Dollar Entry**
"Live" refers to an entry that affects a funds transfer rather than non-dollar entries, such as prenotifications.

**MICR line**
The magnetic ink character recognition inscription at the bottom of a paper check.

**National Automated Clearing House Association (NACHA)**
The national association that establishes the standards, rules and procedures that enable depository financial institutions to exchange payments on a national basis.

**NACHA Formats**
The ACH record format specifications described in the *NACHA Operating Rules and Guidelines* are the accepted and warranted payment format standards for payments delivered through the ACH.

**Notification of Change (NOC)**
Information sent by an RDFI to notify the ODFI that previously valid information for a receiver has become outdated or that information contained in a prenotification is erroneous. The standard entry class code is COR.

**On-Us Entries**
Entries within an ACH file destined for accounts held at the ODFI.

**Originating Depository Financial Institution (ODFI)**
A participating financial institution that initiates ACH entries at the request of and by agreement with its customers. ODFIs must abide by the provisions of the *NACHA Operating Rules and Guidelines*.

**Originator**
Any individual, corporation or other entity that initiates entries into the Automated Clearing House Network.

LML-EP-055363

**Posting**
The process of recording debits and credits to individual account balances.

**Prenotification** ·
A non-dollar entry that may be sent through the ACH Network by an Originator to alert an RDFI that a live-dollar transaction will be forthcoming and that verification of the Receiver's account number is required.

**Receiver**
An individual, corporation or other entity who has authorized an originator to initiate a credit or debit entry to an account held at an RDFI.

**Receiving Depository Financial Institution (RDFI)**
Any financial institution qualified to receive ACH entries that agrees to abide by the *NACHA Operating Rules and Guidelines.*

**Receiving Point**
A site where entries are received from an ACH Operator for processing. It may be the RDFI, its data center or a data processing service bureau authorized to receive entries on behalf of a RDFI.

**Regulation E**
A regulation promulgated by the Federal Reserve Board of Governors in order to ensure consumers of a minimum level of protection in disputes arising from electronic funds transfers.

**Returns**
Any ACH entry that has been returned to the ODFI by the RDFI or by the ACH Operator because it cannot be processed. The reason for each return is included with the return in the form of a "return reason code." (See the *NACHA Operating Rules and Guidelines* for complete return reason code listing.)

**Reversals**
Any ACH entries or files sent within required deadlines to "correct" or reverse previously originated erroneous entries or files.

**Routing Number**
A nine-digit number (eight digits and a check digit) that identifies a specific financial institution. Also referred to as the ABA number. Numbers are assigned by the Thomson Financial Publishing and are listed in its publication entitled *Key to Routing Numbers.*

**Sending Point**
A processing site from which entries are transmitted to the ACH Operator. It may be the ODFI on its own behalf or a financial institution or private data processing service bureau on behalf of the ODFI.

**Settlement** ·
A transfer of funds between two parties in cash, or on the books of a mutual depository institution, to · complete one or more prior transactions, made subject to final accounting. Settlement for the ACH Network usually occurs through the Federal Reserve.

**Settlement Date**
The date on which an exchange of funds with respect to an entry is reflected on the books of the Federal Reserve Bank(s). ·

**Standard Entry Class Codes**
Three character code within an ACH company/batch header record that identifies payment types within an ACH batch (e.g., CCD, CTX, etc.).

LML-EP-055364

**Transaction Code**
The two digit code in the ACH record that determines whether an entry is a debit or a credit to a DDA account, savings account, or general ledger account, or whether an entry is a credit to a loan account.

LML-EP-055365

# EXHIBIT   G

# EXHIBIT REDACTED

# IN ITS ENTIRETY

# EXHIBIT  H

# EXHIBIT   REDACTED

# IN   ITS   ENTIRETY

# EXHIBIT   I

# EXHIBIT  REDACTED

# IN  ITS  ENTIRETY

# EXHIBIT   J

# * FINAL DRAFT *

## Electronic Checks at the Point of Sale

## A Pilot Program Guide

Prepared by

**The Electronic Check Council**

National Automated Clearing House Association

Draft Date: September 20, 1996

LML-EP-011768

# Table of Contents

|  | Page No. |
|---|---|
| 1. Introduction | 1 |
|     Background -- The Retail Environment for Electronic Checks | 1 |
|     Description and Purpose of the Entry | 1 |
|     Form of the Entry | 2 |
|     Objectives of the Pilot | 2 |
| 2. Electronic Check Entry Pilot Participation Agreement | 3 |
| 3. Electronic Check Entry Pilot Rules | 4 |
| 4. Point of Sale Electronic Check Entry Pilot Operating Requirements | 6 |
|     Legal Framework | 6 |
|     Process Flow Description: "Consumer as Keeper" Model | 6 |
|     Authorization Processing | 7 |
|     Merchant Disclosure Requirements | 7 |
|     File Preparation and Transmission | 7 |
|     Returned Item Handling | 8 |
|     Pilot Duration | 8 |
|     Pilot Participant Duties | 9 |
|     Format Requirements | 9 |
|     Pilot Reporting and Measurement Requirements | 9 |
|     Pilot Enrollment | 11 |
| 5. Exhibits | 12 |
|     A. Recommended Language for Point of Sale Signage | 12 |
|     B. Recommended Language for Authorization Slip | 13 |
|     C. ACH PPD Format for Electronic Check and Collection Fee Entries | 14 |

LML-EP-011769

## 1. Introduction

### Background -- The Retail Environment for Electronic Checks

Checks continue to be a significant form of payment for consumers at the point of sale. As check volume has grown, so have the associated costs of processing the paper through the check clearing system. For retailers, significant costs associated with check acceptance originate from deposit preparation, transportation, check clearing fees, return item handling, collection efforts and fraud. In particular, any delay in the time from the original presentment to the actual receipt of the return check transaction negatively impacts the merchant's ability to prevent and collect returned items and control check fraud.

Many of the costs of paper check processing can be reduced through reliance on the electronic systems already available. The retail environment is characterized today by explosive growth in the use of electronic POS terminals and check MICR readers. Merchants utilize check MICR readers to capture bank account and routing data to verify checks using third party authorization systems. While these systems provide valuable risk protections, the merchant still must rely on a relatively slow, costly, paper-based check clearing system to receive final payment or to be notified of a return. The electronic payment systems environment present at the point of sale will readily support a process in which the MICR data from the check can be converted into an electronic transaction and entered into the banking system for rapid, low cost clearing.

Responding to the needs of retail merchants for reduced cost and risk associated with check acceptance, the National Automated Clearing House Association's Electronic Check Council (ECC) has developed this Pilot Program Guide as a means of testing electronic check processing at the point of sale. The ECC will implement several POS pilots under this program, designed to expedite the check clearing process and provide a vehicle for cost reduction.

### Description and Purpose of the Entry

The Electronic Check Entry is designed to carry the MICR line data from the source document -- the check, including the payer financial institution routing number, account number and check serial number, along with transaction amount and the payee/merchant name. Once the check is presented and accepted for payment, the POS system will produce a receipt for the check writer to sign, authorizing the conversion of the check to an ACH entry. As an option, this receipt may also include authorization to collect, via a separate ACH debit transaction, a service fee in the event the electronic transaction is returned. The amount of such service fee must be disclosed in this authorization.

Upon authorization, the merchant will mark the check with the words: "VOID -- Converted to Electronic Payment" or other suitable language to prevent duplicate processing. The check is then returned to the consumer. One copy of the receipt is provided to the consumer and one is retained by the merchant.

1

LML-EP-011770

Form of the Entry

For pilot purposes, the PPD Standard Entry Class will be used to facilitate this consumer transaction. The PPD entry is the Standard Entry Class code used for consumer preauthorized debits and credits and is accepted by all receiving depository financial institutions (RDFIs). In the POS Pilot, the PPD entry will contain the unique descriptor "Elec Check" in the Company Entry Description field in the Company/Batch Header Record, which will serve as a means of differentiating the electronic check transaction from other preauthorized debits as well as an identifier on the consumer's statement. Requirements for formatting the transactions are covered in Section 4, Operating Requirements.

Objectives of the Pilot

The POS Pilot is designed to provide a marketplace test of the impacts of electronic conversion of checks at the point of sale. The pilot design will include Originator and Originating Depository Financial Institution (ODFI) measurement and reporting. Additional information will be gathered by survey on the impact to Receiving Depository Financial Institutions (RDFIs). The objectives of the pilot are to:

1. Measure the change in timing of presentment of the item and the impact of that change on cost, incidence of returns and risk to the merchant.
2. Test consumer acceptance and expectations with regard to electronic check conversion.
3. Determine the need and characteristics of a new ACH Standard Entry Class code for this electronic check application.
4. Determine the best methods for returning maker name and address information to the merchant, for the purpose of facilitating collection efforts.
5. Measure the costs and benefits of POS truncation to all participants.

2

LML-EP-011771

Electronic Check POS Pilot Guide
Page 3

**2. Electronic Check Entry Pilot Participation Agreement**

FORM OF
ELECTRONIC CHECK ENTRY
POINT OF SALE PILOT PARTICIPATION AGREEMENT

This ELECTRONIC CHECK ENTRY POINT OF SALE PILOT PARTICIPATION AGREEMENT ("Agreement") is entered into as of _____, 199__ (the "Effective Date"), by _____, a _____ (the "Originating Depository Financial Institution" or "ODFI"), to permit the ODFI to participate in the Electronic Check Entry Point of Sale Pilot Program.

Accordingly, the ODFI agrees as follows:

1.   Capitalized terms not otherwise defined herein shall have the meanings assigned in the Electronic Check Entry Pilot Rules (the "Rules") and the Point of Sale Electronic Check Entry Operating Requirements (the "Operating Requirements") attached hereto, as both may be amended from time to time;

2.   To be bound by and comply with each provision of the Rules and each provision of the Operating Requirements; and

3.   To implement the selected pilot program within sixty (60) days of the Effective Date of this Agreement.

IN WITNESS OF THE FOREGOING, the ODFI has caused this Agreement to be executed and delivered by its duly authorized officer on the date first set forth above.

_____
[Name of ODFI]

By:_____

Title:_____

Date:_____

3

LML-EP-011772

Electronic Check POS Pilot Guide
Page 4

3. **Electronic Check Entry Pilot Rules**

1. **Application of Rules.** These Electronic Check Entry Pilot Rules (the "Rules") set forth the terms and conditions under which the originating depository financial institution participating in an Electronic Check Entry Point of Sale ("POS") Pilot Program (each a "Participant" and collectively, the "Participants") may utilize the Automated Clearing House ("ACH") Network to collect certain items originating at the point of sale. These Rules shall apply only in the event that the Originating Depository Financial Institution ("ODFI") has provided to the National Automated Clearing House Association ("NACHA") an executed agreement, agreeing to participate in this pilot and to be bound by these Rules.

2. **Requirements of Source Documents.** The source document used to initiate an ACH debit entry ("Entry") must:

   a. Be a check drawn on or payable through a depository financial institution.

   b. Be MICR-encoded with bank routing number, account number and check serial number and be machine-readable;

   c. Be for an amount less than $2,500; and

   d. Not be a third party item.

3. **Origination and Receipt of Entry.** The ODFI shall construct each Entry, using the PPD Standard Entry Class code, using the information obtained from the source document and transmit such Entry to the RDFI in accordance with the Electronic Check Entry Pilot Operating Requirements (the "Operating Requirements").

4. **Applicability of Automated Clearing House Rules.** All Rules adopted by NACHA governing the operation of the ACH Network and in effect at the time an Entry is originated under these Rules shall apply to such Entry, (hereinafter referred to as the "NACHA Rules"). In the event of a conflict between the NACHA Rules and applicable local, state or federal law, the NACHA Rules shall prevail unless otherwise prohibited by law.

5. **ODFI Warranties.** In addition to the other warranties contained within the NACHA Rules, each ODFI makes the following warranties to the RDFI upon the origination of an Entry pursuant to these Rules:

   5.1    **Compliance with Disclosure Requirements.** Each Entry transmitted by the ODFI is in accordance with the disclosure provisions of the Operating Requirements.

4

LML-EP-011773

Electronic Check POS Pilot Guide
Page 5

    5.2    **Underlying Source Document will not be Presented.**  Subsequent to the origination of an Entry, the source document (the check) or a copy of the source document which relates to the Entry will not be presented to the RDFI.

6.  **Liability for Breach of Warranty.**  Each Participant breaching any of the warranties contained within Section 5 shall indemnify any RDFI from and against any and all resulting claims, demands, loss, liability or expense, including attorneys' fees and costs.

7.  **Miscellaneous.**

    7.1    **Headings.**  The headings and captions contained in these Rules are included only for the convenience of reference and do not define, limit, explain or modify these Rules or their interpretation, construction or meaning.

    7.2    **Severability.**  The holding of any provision of any of these Rules invalid, illegal, or unenforceable, in whole or in part, by court decision, statute, rule or otherwise shall not affect the other provisions of these Rules, which shall remain in full force and effect on all depository institutions participating in an Electronic Check Entry Pilot Program.

    7.3    **Binding Effect.**  This Agreement shall inure to the benefit of and be binding upon the Participants and their respective successors, heirs, trustees and assigns.

    7.4    **Appendices.**  Each appendix to these Rules is incorporated into, and constitutes a part of, these Rules.

    7.5    **Termination.**  A Participant may terminate its participation under these Rules upon delivery of written notice to NACHA at least thirty (30) calendar days prior to the effective date of termination.

    7.6    **Survival of Warranties and Obligations.**  Any warranty made, or other obligation incurred by a Participant with respect to an Entry originated prior to the termination of such Participant's participation under these Rules shall survive such termination.

    7.7    **Choice of Law.**  All questions with respect to the laws governing the provisions of this Agreement will be determined in accordance with the NACHA Rules.

    7.8    **Definitions.**  Unless otherwise defined in these Rules, the terms used in these Rules shall have the meanings ascribed to such terms in the NACHA Rules.

5

LML-EP-011774

Electronic Check POS Pilot Guide
Page 6

**4. Point of Sale Electronic Check Entry Pilot Operating Requirements**

A. Legal Framework

The Point of Sale truncation model in operation during this pilot program is a Paper-Initiated EFT, or "PI-EFT" model. Under this model, the check writer (the "payer") initiates an electronic debit to the payer's account by providing the merchant (the "payee") with a check which prescribes the payer's account number and the payer's financial institution routing number. The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check.[1] The check is not entered into the check collection process. Rather, the check merely serves as a source of information to initiate an EFT. Pursuant to the payer's agreement with the payee, the payee (or its agent), referencing the information provided on the check, initiates an ACH debit which is processed through the ACH network. The check is returned by the payee to the payer.

The applicable law for the PI-EFT model would include:
1) The Electronic Funds Transfer Act and the Federal Reserve's Regulation E;
2) NACHA Operating Rules;
3) state mini-EFT laws;
4) Payer's agreement with its financial institution for EFT/ACH services;
5) Payee's agreement with its financial institution governing the origination of ACH debits.

The Pilot Agreement supplied in Section 2 will bind ODFIs to the Pilot Rules, supplied in Section 3.

B. Process Flow Description -- "Consumer as Keeper" Model

The process of converting a check at the point of sale begins with a consumer presenting a check for payment at the cash register. The merchant, having displayed the electronic check policy at the register, reads and captures the MICR line data (bank routing number, account number, and check serial number) and produces an authorization for the customer to sign. (Recommended language for the merchant policy statement is provided in Exhibit A.) The merchant will continue to follow its established procedures for obtaining customer identification.

Merchants may implement their electronic check processing as optional or mandatory. If the policy is optional, some consumers will choose not to sign the authorization, electing to have their check processed as a paper item. In this case, the merchant must support dual processes.

---

[1] These pilot operating requirements do not require that the check be filled out and/or signed. The merchant may determine its own policy with respect to whether or not the check must be filled out and/or signed.

6

LML-EP-011775

Electronic Check POS Pilot Guide
Page 7

The merchant must also be able to void or cancel the electronic check transaction if the consumer subsequently decides to use the check instead of the electronic debit.

C.  Authorization Processing

The authorization generated by the merchant may be part of the sales receipt or a separate document.  The authorization permits the merchant to initiate an electronic check entry, to reinitiate a returned electronic check entry and to assess a collection fee in the event the electronic check is returned unpaid for insufficient funds.  At the merchant's option, it may also include language authorizing the merchant to submit a paper draft, in the event the electronic entry cannot be processed.

This authorization must be in writing, be readily identifiable as an authorization and clearly and conspicuously state its terms.  Authorization is granted at the transaction level or alternatively, as part of a check cashing agreement between the check writer and the merchant.  (Recommended language for this authorization is provided in Exhibit B.)

The authorization slip must contain the MICR data captured from the check (bank routing number, account number, check number), check amount and any additional identifying information desired by the merchant.  After authorization is obtained from the check writer, the check data is converted to an Electronic Check entry and the merchant stamps the paper check with the words: "VOID — Converted to Electronic Payment."  The physical check is returned to the consumer with a copy of the authorization/receipt.

D.  Merchant Disclosure Requirements

In addition to the authorization disclosure requirements mentioned above, there are two additional disclosure requirements for merchants participating in POS pilots.  Merchants are required to provide signage at the point of sale explaining the electronic check conversion program.  Recommended language for this signage is provided in Exhibit A.  Additionally, the merchant should provide customers with written material, designed to educate the check writer more fully.

The third disclosure requirement is the language stamped or printed across the face of the check when it is converted to an electronic entry.  This stamp or printing must read: "Void — Converted to Electronic Payment."

E.  File Preparation and Transmission

All eligible source documents are converted to Electronic Check Entries. The merchant/originator prepares an ACH file of electronic check entries using the PPD Standard Entry Class format (see Exhibit C for specific formatting requirements) and forwards the file to the ODFI.  The transactions must be processed in accordance with the NACHA Operating Rules.

7

LML-EP-011776

Electronic Check POS Pilot Guide
Page 8

The ODFI will transmit ACH Electronic Check Entries for all checks converted. The ACH entry will carry the routing number of the financial institution indicated on the check unless the merchant has keyed an alternate routing number as found on the face of the check (i.e. for some credit union items).

F. Returned Item Handling
RDFIs will return Electronic Check Entries to ODFIs in accordance with NACHA Operating Rules. ODFIs will pass Electronic Check Return Entries to the Originator or its agent with reason code and any other information provided by the RDFI.

In the event that the Electronic Check Entry is returned for insufficient funds (R01) or uncollected funds (R09), the entry may be reinitiated.

In the event that the Electronic Check Entry is returned with reason code R03 (No Account/Unable to Locate Account) or R04 (Invalid Account Number), the Originator or ODFI may research. If corrected data is located, the Electronic Check entry may be reinitiated.

Entries returned for the following reasons may not be reinitiated:
R02    Account Closed
R07    Authorization Revoked by Customer
R08    Payment Stopped
R10    Customer Advises Not Authorized
R12    Branch Sold to Another DFI
R14    Accountholder deceased
R16    Account Frozen
R20    Non-Transaction Account
R24    Duplicate Entry

If an electronic collection fee is to be submitted, it must be authorized and originated as a separate PPD entry (See Exhibit C for the record layout for the PPD Entry.).

G. Pilot Duration
The pilot will run for a minimum period of 7 months, with a minimum of 4 calendar months of transaction processing. Follow up research among financial institutions and Originators will begin after 2 months of transaction processing. Follow up research among consumers will begin no earlier than 90 days after the completion of the transaction.

### Pilot Timeline

|                               | Elapsed Days | Start | End |
|-------------------------------|--------------|-------|-----|
| Pilot Transaction Processing  | 120          | 0     | 120 |

8

LML-EP-011777

Electronic Check POS Pilot Guide
Page 9

| | | | |
|---|---|---|---|
| Financial Institution Research | 45 | 60 | 105 |
| Consumer Research | 60 | 90 | 150 |
| Analysis & Report of Results | 60 | 150 | 210 |

H. <u>Pilot Participant Duties</u>

The Pilot Participation Agreement will bind ODFIs to the Electronic Check Entry Point of Sale Pilot Rules and Pilot Operating Requirements. The responsibilities of the Originator (the depositor or its agent), including any liabilities passed from ODFI to Originator, will be governed by separate agreements between the ODFI and the Originator.

I. <u>Format Requirements</u>

ODFIs will be required to format Electronic Check entries using the PPD Standard Entry Class (see Exhibit C) as follows:

**Electronic Check Entries**
**Company/Batch Header Record:**

| Field | Data Element Name | Length | Contents |
|---|---|---|---|
| 3 | Company Name | 16 | Payee Name |
| 7 | Company Entry Description | 10 | "Elec Check" |

**Entry Detail Record:**

| Field | Data Element Name | Length | Contents |
|---|---|---|---|
| 7 | Individual Identification No. | 15 | Check Serial Number |

If submitting collection fees for returned items, format the fee entries using the PPD Standard Entry Class (see Exhibit C) as follows:

**Collection Fee Entries**
**Company/Batch Header Record:**

| Field | Data Element Name | Length | Contents |
|---|---|---|---|
| 3 | Company Name | 16 | Payee Name |
| 7 | Company Entry Description | 10 | "Merch Fee" |

**Entry Detail Record:**

| Field | Data Element Name | Length | Contents |
|---|---|---|---|
| 7 | Individual Identification No. | 15 | Original Check Serial Number |

9

LML-EP-011778

Electronic Check POS Pilot Guide
Page 10

J.  Pilot Reporting and Measurement Requirements
    The minimum reporting requirements for each of the pilot participants is outlined below:

1.  Merchants/Originators will provide these measurements via monthly reporting during the
    program unless noted otherwise:
    a.  Number/percent of checks accepted per month, by dollar amount range.[2]
    b.  Number/percent of checks eligible for conversion (i.e. meeting the requirements for a
        source document under the pilot rules).[2]
    c.  Number/percent of checks converted, by dollar amount range.[2]
    d.  Number of requests for a photocopy of the authorization and average turnaround
        times.
    e.  At the end of the pilot, the dollar cost/benefit from electronic processing, including
        impact on encoding, transportation, bank fees, other fees and impact on funds
        availability, cash flow and returns.
    f.  Impact on return item time frames; comparison to pre-pilot measures by days (0-5, 6-
        10, 11-15, 16-20, 21+).
    g.  Pre- and post-pilot net monthly return items and dollars due to payment by checks.
    h.  Cost to obtain customer name and address on return items.

2.  ODFIs will provide these measures of pilot impact:

    a.  Number/percent of total electronic check entries returned, by amount and by reason
        code; number/percent of entries returned from non-ACH-capable RDFIs.[2]
    b.  Number and amount of electronic check entries presented for a second, third or
        subsequent presentment.
    c.  Errors generated from incorrect/invalid routing numbers or account numbers.
    d.  Errors generated from incorrect/invalid account numbers.

3.  RDFI and Receiver research:

    While RDFIs and consumers are not bound by pilot rules or reporting requirements, their
    experience is critical to measurement of pilot success.  Accordingly, RDFIs and consumers

---

[2]  The dollar amount ranges for reporting items 1.a, 1.c and 2.a are:
$0-25, $25-75, $75-150, $150-300, $300+.

10

LML-EP-011779

will be surveyed in order to determine the impact of electronic check conversion on all parties to the transaction. Specifically, RDFIs will be asked to quantify the impact on costs, risk and customer service delivery (stop payments, photocopy requests, etc.) and whether there should be a limit on the number of times an electronic check can be reinitiated. Consumers will be asked for overall reactions, satisfaction and willingness to participate in wide scale electronic check conversion programs.

K.  Pilot Enrollment

The Electronic Check Council's Point of Sale Work Group will coordinate pilot enrollment. The participants in the pilot will enroll by signing the Pilot Participation Agreement and providing a copy to the NACHA offices. To enroll in the pilot, or for more information, contact Louise Clynes at NACHA at (703) 742-9190.

LML-EP-011780

Electronic Check POS Pilot Guide
Page 12

**5. Exhibits**

<h2 style="text-align:center">Exhibit A</h2>

Recommended Language for Point of Sale Signage

---

### ELECTRONIC CHECK POLICY

(Merchant Name) is participating in a pilot program to process checks electronically. You will be asked to sign an authorization to convert your check into an Electronic Funds Transfer -- an "electronic check." Should your "electronic check" be returned for non-sufficient funds, we may redeposit the electronic check and electronically assess a $xx.xx returned check fee against your account.

Thank you for your cooperation.

---

LML-EP-011781

Electronic Check POS Pilot Guide
Page 13

## Exhibit B

### Recommended Language for Authorization Slip

Merchant Name
Merchant Address

Date: ___ / ___ / ____
Amount of Check: $_____
Check #: _____
Account #: (MICR) _____
ID: _____

I authorize the merchant to convert my
check to an Electronic Funds Transfer
("EFT") and to debit my account for the
amount of the check. In the event my EFT
is returned unpaid, I understand that a
$xx.xx returned check fee may be charged
to my account.

*(Additional authorization required, if
applicable*: If my financial institution does
not accept EFTs, I authorize the merchant
to submit a paper draft to debit my
account for the transaction amount.)

_____
Authorization Signature

13

LML-EP-011782

Electronic Check POS Pilot Guide
Page 14

# EXHIBIT C
# PPD ENTRY RECORD FORMAT SPECIFICATIONS [3]

## 1.1. COMPANY/BATCH HEADER RECORD

| FIELD | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA ELEMENT NAME | RECORD TYPE CODE | SERVICE CLASS CODE | COMPANY NAME | COMPANY DISCRETIONARY DATA | COMPANY IDENTIFICATION | STANDARD ENTRY CLASS CODE | COMPANY ENTRY DESCRIPTION | COMPANY DESCRIPTIVE DATE | EFFECTIVE ENTRY DATE | SETTLEMENT DATE (JULIAN) | ORIGINATOR STATUS CODE | ORIGINATING DFI IDENTIFICATION | BATCH NUMBER |
| Field Inclusion Requirement | M | M | M | O | M | M | M | O | R | Inserted by ACH Operator | M | M | M |
| Contents | '5' | Numeric | Alphameric | Alphameric | Alphameric | Alphameric | Alphameric | Alphameric | YYMMDD | Numeric | Alphameric | TTTTAAAA | Numeric |
| Length | 1 | 3 | 16 | 20 | 10 | 3 | 10 | 6 | 6 | 3 | 1 | 8 | 7 |
| Position | 01-01 | 02-04 | 05-20 | 21-40 | 41-50 | 51-53 | 54-63 | 64-69 | 70-75 | 76-78 | 79-79 | 80-87 | 88-94 |

## 1.2. ENTRY DETAIL RECORD

| FIELD | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA ELEMENT NAME | RECORD TYPE CODE | TRANSACTION CODE | RECEIVING DFI IDENTIFICATION | CHECK DIGIT | DFI ACCOUNT NUMBER | AMOUNT | INDIVIDUAL IDENTIFICATION NUMBER | INDIVIDUAL NAME | DISCRETIONARY DATA | ADDENDA RECORD INDICATOR | TRACE NUMBER |
| Field Inclusion Requirement | M | M | M | M | R | M | O | R | O | M | M |
| Contents | '6' | Numeric | TTTTAAAA | Numeric | Alphameric | $$$$$$$¢¢ | Alphameric | Alphameric | Alphameric | Numeric | Numeric |
| Length | 1 | 2 | 8 | 1 | 17 | 10 | 15 | 22 | 2 | 1 | 15 |
| Position | 01-01 | 02-03 | 04-11 | 12-12 | 13-29 | 30-39 | 40-54 | 55-76 | 77-78 | 79-79 | 80-94 |

14

[3] Refer to NACHA Operating Rules for complete information on PPD entry format and file specifications.

LML-EP-011783