# EXHIBIT K

# ELECTRONIC



## CHECK COUNCIL

November 22, 1996

To:     Electronic Check Council Members

From:   Louise C. Clynes
        Director of Retail Applications, Electronic Check

Re:     Draft Meeting Report – October 23 & 24, 1996

**ACTION REQUESTED:**
Please review the attached Draft Meeting Report. If you have comments or would like to submit changes, please contact me at (703) 834-2364.

**ISSUE SUMMARY:**
Attached is a draft Meeting Report from the Electronic Check Council meeting held October 23 & 24, 1996. These action items resulted from the meeting and are detailed in the report:

- Implement Represented Check Entry pilot programs [ongoing].

- Incorporate final revisions and publish the Point of Sale Pilot Operating Guide [November].

- Prepare and distribute a final draft of the Lockbox Pilot Operating Guide for Council approval. [December].

- Summarize and publish the results from the member survey on legal issues, incorporating individual state law requirements that vary from UCC [December].

- Complete development of the economic framework for evaluating electronic check at the Point of Sale and in the Lockbox, utilizing the framework and methodology approved for Point of Deposit [December/January].

- Complete economic analysis using POD framework [January].

- Research and report on the current technological environment in the remittance processing industry and their readiness for electronic check programs [January].

- Conduct additional research and identify solutions to the issues of ACH system capacity for both originating and receiving financial institutions [February].  5M

National Automated Clearing
House Association
607 Herndon Parkway, Suite 200
Herndon, Virginia 22070
703/742-9190
Fax: 703/787-0996

DRAFT MEETING REPORT
ELECTRONIC CHECK COUNCIL
October 23 & 24, 1996
Westin Galleria Hotel, Dallas, Texas

Wednesday, October 23, 1996

### Chairman's Opening Remarks

Chairman Rick Burke called the Electronic Check Council meeting to order and welcomed members to Dallas. He reviewed the action items established out of the June, 1996 meeting and indicated that substantial progress had been made over the course of the summer on several Council initiatives. Among them were the completion of the Point of Sale Pilot Operating Guide, development of a framework for economic analysis of electronic check conversion at the Point of Deposit and a survey of the membership on legal issues. He thanked the members who had worked on these initiatives and indicated that their accomplishments, along with a number of market place activities, would be presented throughout the course of the meeting.

He conveyed the primary goals of the meeting, which were to gain commitments from receiving financial institutions to pilot the Represented Check Entry program and to approve publication of the draft Point of Sale Pilot Operating Guide.

- **Welcome New Members & Guests**

Mr. Burke welcomed the representatives from new members America Online, NOVUS Services, and US Check. He also welcomed the guests in attendance from Navy Federal Credit Union, Nova Payment Systems, First American National Bank and RDM Corporation, and introduced guest speakers for the meeting. (See Exhibit I for a list of meeting attendees.)

- **Approval of June, 1996 Draft Meeting Report**

Mr. Burke requested and received approval of the June, 1996 Meeting Report, dated July 17, 1996.

### Review of Meeting Objectives

Mr. Burke reviewed the objectives established for the meeting. These were to:

1. Approve the Point of Sale Pilot Operating Guide.
2. Develop and approve plans to recruit financial institutions for participation in Represented Check Entry pilots.
3. Approve an economic analysis framework for evaluating electronic check conversion at the point of deposit.
4. Approve plans for the completion of a POD economic analysis, using actual financial institution cost data.

5M.1

Mr. Burke emphasized the importance of moving into the pilot phase as the next step in the development of electronic check applications and the critical need for financial institutions to participate, especially in the Represented Check Entry pilots, as receivers of electronic representments. He indicated that the business case for the Represented Check Entry will require a thorough understanding of the impacts on receiving financial institutions and their customers, and reiterated that obtaining this understanding is a primary objective of the pilot program. He encouraged financial institution members to review the pilot proposal and to give consideration to participating as receiving institutions.

**Pilot Progress Reports**

<u>Point of Sale Truncation</u>
Mr. Burke introduced David Kvederis, CEO of Nova Payment Systems, who provided an overview of his company's pilot program to convert checks at the point of sale in grocery stores in California. He described his background in banking with Wells Fargo Bank and the origins of his newly-formed company, which will provide electronic check capabilities for the retailing industry. The Nova pilot program is in operation in a 7-lane grocer in Oakland, California, processing approximately 80,000 checks per year. The pilot participant is an independent grocer and Nova has plans to install a second pilot at an 8-store chain grocer with volume of 2 million checks per year. The pilot will launch at a 13-lane store, with expansion to 8 locations. Additional plans are underway to pilot the system in an auto parts chain store by year end 1996.

Mr. Kvederis indicated that while these programs are emerging as pilot programs, the retailer considers them a new way of doing business and, given successful pilot results, will fully integrate the system into store operations. The pilot merchant has made the electronic check policy mandatory, in that all checks are processed under this method.

Under the Nova system, the merchant scans the check and verifies it against both a negative and positive file. Once the check is accepted, the consumer is given an authorization slip to sign. The check is defaced and handed back to the consumer. The store's operating system stores the transactions and batches them for transmission to the Originating Depository Financial Institution (ODFI), Wells Fargo Bank. The transactions are routed through the ACH Network utilizing the PPD Standard Entry Class.

Mr. Kvederis reported that the system is in full compliance with Regulation E and NACHA Operating Rules. He declined to discuss specific operating characteristics of the Nova system for competitive reasons but did share some of the "pitfalls" of developing the system. He also indicated that the long term success of electronic check conversion at the point of sale will hinge on improved accuracy in the conversion of check MICR data into ACH transactions.

According to Mr. Kvederis, the primary benefits to the merchant, based on results to date, are improved float, savings in the grocer's deposit preparation costs, a 35% reduction in returned items and faster turnaround of return items (reported as half that of the paper return).

LML-EP-011549

Represented Check Entries
Neil Godfrey, President of eFunds Corporation, presented the results of his company's Represented Check Entry program. eFunds' representment volume for the period June 1 through September 30, 1996 was over 500,000 transactions, originating from over 3,000 merchants.

In the eFunds program, the merchant uses one of several methods for obtaining the customer's authorization for the electronic representment. Some merchants are obtaining the consumer's signature or initials; others are posting the policy or providing customers with a copy of the policy at the point of sale. In any case where the merchant is assessing a collection fee, there is some form of authorization granted by the check writer.

Because of continuing problems related to MICR data conversion, eFunds reports that it is difficult to obtain an absolute measure of the collection rates for electronic vs. paper. Mr. Godfrey reported that the overall recovery rate via EFT is always superior to paper and conventional recovery methods. In addition, the age of the check has an impact on the collection rate. On average, collection rates are being boosted from 26% to nearly 60%.

In addition to greater collection rates, the eFunds experience demonstrates more rapid turnaround of the electronic item. Consistent with earlier results, 88% of returns are received within 5 days of origination. Mr. Godfrey discussed this as a significant source of benefit for merchants, compared to the 10 to 22 days experienced in the paper check environment. Mr. Godfrey provided a list of the top 150 institutions receiving represented check entries along with the volumes they received during the reporting period.

Mr. Burke explained that the next planned presenter, Steve Eyring from Check Rite, was unable to attend the meeting. He had provided the major points of his presentation to Louise Clynes, who shared them with the group. Check Rite, a third party check collection company, is finalizing plans to operate a Represented Check Entry pilot program for selected merchants. Bank One Arizona has agreed to act as ODFI and is currently reviewing the pilot requirements from the perspective of the receiving depository financial institution (RDFI). Check Rite is committed to participating in the pilot program but conveyed the concern that there were presently not enough receiving financial institutions to gain meaningful results from a pilot. Once Check Rite has engaged its partner financial institution, it is hopeful that other financial institutions will be participating in the geographic markets covered by Check Rite's program. Mr. Eyring agreed to present an update on Check Rite's pilot at the next Council meeting.

Low Dollar Truncation at the Point of Deposit
Mr. Burke introduced Steve Carlton, from the Clearing House Association of the Southwest (CHAS), who provided an overview of the CHAS truncation pilot. The project originated from a recommendation by the Federal Reserve's ECP Advisory Group in October, 1995. At that time, CHAS agreed to support a truncation test among low dollar items with participation by its members. The project underway at CHAS is to develop a pilot program to prove the concept that low dollar item truncation will be an effective approach to transforming paper into electronic payments and that a model can be constructed to show the cost and benefit

3

impact to all parties. There are 10 financial institutions along with the 11th District Federal Reserve Bank participating in the program. Four committees are engaged in the research and development activities necessary to test the concept. Mr. Carlton summarized the activities of the four committees as follows:

- The Operations Committee has identified ACH as the preferred transmission method, with ECP as an option. They have established nine task groups to identify and resolve issues around formats and layouts, statement and account analysis impacts, return item/exception pull processing, customer service, research and retrieval systems, service level agreements, and pilot tracking and measurement.

- The Marketing Committee has completed a focus group study among consumers and businesses to determine perceptions and expectations with regard to check truncation. The focus group research was designed to explore reactions to low dollar truncation. Building on the results of the focus group research, the Committee has also executed a questionnaire to quantify market acceptance. Results of the questionnaire have led the group to recommend shifting from a low dollar truncation test to one involving only safekept items (items not returned to the check writer in the monthly statement). A market test will be conducted to evaluate the final proposed approach(es) to check truncation and to monitor customer service issues in anticipation of broader regional or national implementation.

- The Rules/Regulatory Committee has identified UCC, Clearing House rules and deposit agreement areas requiring legal review or modification.

- The Business Case Committee has completed identification of operational areas impacted at both collecting and paying banks and has identified the specific tasks or process functions impacted by truncation within each of the operational areas. Results have been summarized into one of three categories of economic impact: Incremental Expense, New Expense and Incremental Savings. This group will gather pertinent cost data to enable measurement of the cost or savings impact for each function. The final result will be a tool which can be utilized by individual banks to assess the economic impact from the proposed truncation program.

In his closing comments, Mr. Carlton indicated that the project is drawing interest from additional sectors of the financial industry and that the group had efforts underway to keep them informed of their progress. The project timetable calls for a pilot to be operational in the 2nd quarter of 1997.

**Results of Patent Search on Electronic Check Technology and Processes**

Louise Clynes presented an overview of the results of a state of the art patent search conducted on behalf of the Council in the area of "electronic check clearing". She indicated that NACHA engaged a patent search firm to conduct the research after several members had inquired about the status of patents on emerging electronic check technology. A summary of

4

the search results were provided in the meeting materials along with the abstract, or summary page, from each of the 15 referenced patent documents. She indicated to members that the results of the search were provided for information purposes only and that the resulting information was not meant to provide an evaluation of relevance or coverage of the patents. She encouraged members who were interested in more information about patent protections or who may be interested in patenting their own products or services to seek the advice of their legal counsel. She reminded members that full documentation was available and that any member interested in reviewing the full documentation on one or more of the listed patents should contact her directly.

### NACHA Update

Mr. Burke introduced Elliott McEntee, who provided Council members with an overview of NACHA's "ACH Vision 2000 Task Force". The mission of the Task Force is to evaluate the current state of the ACH network, determine how the network can best meet the future needs of payment system participants and identify new services or capabilities required to meet those needs. Mr. McEntee indicated that the recommendations of the Task Force will result from the two major components of their work, which are 1) an evaluation of the current ACH network and 2) defining the ideal payment system. The Task Force's recommendations are likely to include development of new applications such as Internet transactions, micro payments, bill presentment (consumer invoicing) and electronic check transactions. The Task Force will also incorporate input from the corporate community via a review of past surveys, a current survey of the Affiliate Membership and corporate members' review of the draft recommendations. The Task Force is working on a timetable that will bring an initial report to the NACHA Board in November, 1996, conclusions and recommendations presented at the NACHA Annual Conference in April, 1997 and their final report presented to the Board in June, 1997.

### Work Group Breakout Sessions
After lunch, the work groups convened in their respective breakout sessions.

### Pilot Program Guides

#### Lockbox/Remittance Processing Pilot Guide
Mr. Burke presented the status of the Lockbox Pilot Implementation Guide for the Closed System Model. He reported that the work group has decided to focus initially on the Closed System Model, because this model provides the lowest complexity of the lockbox scenarios and provides a point from which additional models' guides can be expanded. Under this model, the financial institution processing the remittances is the same financial institution on which the payments are drawn. An example is provided by the USAA organization, in which the USAA insurance company subsidiary is the remittance processor, receiving checks drawn on the USAA Federal Savings Bank subsidiary. Under the Closed System Lockbox Truncation Model, the insurance company would truncate and convert all items drawn on the routing number(s) of the Federal Savings Bank. In many cases, these represent items safekept

5

by the bank and in all cases will reflect an agreement between the paying institution and the processor, to truncate the items.

Seen as implementation guides, the Lockbox Guides have been designed to contain more information related to the economic justification and market and legal considerations for implementation of electronic check in the lockbox. In order to complete a final draft of the Closed System Pilot Guide by November 30, the work group will focus its efforts on finalizing the operating requirements and developing operating rules and agreements. Once the Closed System Guide is complete, the work group will prepare similar operating guides for Account Level and Institution Level models (1st quarter, 1997).

<u>Point of Sale Pilot Operating Guide</u>
Mr. Burke introduced Peter Nash, Director of Collections for Melville Corporation and Work Group Leader for the Point of Sale Work Group. Mr. Burke announced to the members that this would be Mr. Nash's last Council meeting as he was stepping down from his Work Group Leader position and from participation on the Council. He thanked Mr. Nash for his dedication and significant contributions and wished him well.

Mr. Nash presented an overview of the content of the final draft of the POS Pilot Operating Guide, along with the work group's future plans for pilot implementation support. He indicated that the Pilot Guide will focus on the model in which the consumer retains the check. This model was selected because it provides the strongest economic business case for merchants in that no storage or retrieval of checks is necessary. This model also fits an EFT legal framework, since the check is not entered into the check collection stream and serves merely as a source of information necessary to originate an EFT. The objectives of the POS pilots will be to:

1. Determine consumer acceptance and expectations at the point of sale.
2. Measure impact on transaction costs and return items.
3. Measure both costs and benefits for all parties.
4. Determine the need for and characteristics of a unique Standard Entry Class for electronic checks.

The POS Pilot Guide will provide a set of rules binding on originators and originating financial institutions only, since all eligible checks will be converted to PPD transactions, with standard NACHA Operating Rules applying to RDFIs. The pilots will run for a period of seven months, with research and measurement beginning after the second month of transaction processing. The Pilot Guide outlines the specific requirements of participants for pilot measurement and reporting.

Mr. Nash indicated that the POS Work Group had received feedback from the Legal Work Group during their breakout session which would result in a change to the final draft. This change will specify that the check, when presented to the merchant, must <u>not</u> be filled out or signed by the consumer and that if it is filled out, the consumer is to void the check before handing it to the merchant. Once the Pilot Guide is revised and ready for publication, the next

LML-EP-011553

Case 1:04-cv-00858-SLR    Document 293-7    Filed 10/17/2005    Page 9 of 20

steps for the work group will be to develop language for merchants to incorporate into their consumer educational material. The work group will also participate in the development of the POS economic analysis framework and begin to recruit financial institutions to participate in pilot programs.

Mr. Nash requested and received approval of the final draft of the POS Pilot Operating Guide, with the changes noted.

Mr. Burke thanked the presenters as well as the members of the POS and Lockbox Work Groups for their contributions in developing the pilot operating guides. Before closing the day's session, Mr. Burke recalled the progress made in the development of electronic check applications over the course of the Council's first 18 months of operation. He remarked that this overall progress can be measured in the series of steps that are being taken in developing electronic check applications. He pointed to the value of an incremental approach, suggesting that this allows for easier course adjustments as will be necessary, given the magnitude of the change being brought about by electronic check applications.

## Thursday, October 24, 1996

### Call to Order and Opening Remarks

Mr. Burke introduced the morning session as an informational session, with presenters from four different and distinct industries, all seeking solutions to operating and technology issues that will facilitate the growth and expansion of electronic check applications.

### Responding to Market Needs — A Technology Update

#### MICR Conversion Database

Mr. Burke announced that the first scheduled presenter, Mr. Emmett Dages from Thomson Financial Publishing, was unable to attend the meeting and indicated that Louise Clynes would share the key components of Mr. Dages' presentation.

As reported by POS pilot participants at the June meeting and echoed in the previous day's presentation, one of the most significant operating issues for merchants and their processors is the accuracy with which check MICR data can be converted into an ACH transaction. Ms. Clynes announced that Thomson, NACHA and a third company are working on a project to make available a database that would provide for the accurate conversion of MICR line data into ACH-formatted transactions for clearing through the ACH network.

The database will be built such that the routing/transit number and account number read from the check can be verified, and converted if necessary, to the proper data for formatting an ACH transaction. The database contains routing numbers and account number structures for nearly every financial institution in the country and will be provided as a batch file that is updated daily. The objective of the project is to provide a mechanism for minimizing the rejects that occur as a result of errors in the routing and/or account number fields when an

7

LML-EP-011554

item is converted from check to ACH. This will be accomplished by being able to alter the data appearing on the check into data that is consistent with the receiving institution's ACH system requirements.

Ms. Clynes indicated that the arrangement would be formalized before the end of the year and that the database would likely be available during the first quarter of 1997. Thomson now has several pilots lined up and if any Council members are interested in more information or would like to test the database, they may contact Ms. Clynes or Bill Nelson at NACHA, or Emmett Dages at Thomson. She also indicated that Thomson would be invited to present an update on this topic at the next meeting of the Electronic Check Council.

<u>ACH Capacity Limits and Financial Institution Processing Considerations</u>
Paul Finch, a consultant on electronic payment systems and the retired President of the Arizona ACH Association, presented the findings and recommendations from research he had conducted in the area of ACH system capacity and the need for a bridge between ACH and DDA systems within the financial institution. His research gathered data from 20 of the top 100 banks, primarily Council member institutions, and focused on information relative to check and ACH system cycles and capacities and return item processing. The purpose of the research was to determine the impact of significant electronic check volume on these functions in the post-pilot environment. The findings from the 20 institutions were summarized as follows:

- 60 % of banks use CPCS software for check processing; 65% use PEP + for ACH processing.
- Banks typically post credits first, then electronic debits, then checks.
- 67% of institutions operate separate return operations for check and ACH.
- A majority of banks would be interested in providing the name and address of the check writer on an electronic check return item, provided there was a revenue incentive to do so.
- Paying banks report high value in having the name of the payee appear on the customer's statement.
- Significant concerns exist regarding the potentially high volume of the electronic check application flowing through the ACH Network. The modifications to ACH systems that would be required to support electronic checks are viewed as significant.
- Many banks are more concerned with origination than with receipt of this ACH volume, given merchant-level origination for potentially small merchants.
- There may be a need for revised file cut off times and for same-day posting and settlement of electronic check transactions.

Mr. Finch projected volumes of 1 billion electronic checks within a few years, which represents a doubling of current ACH volumes. He summarized the concerns of the financial institution community, based on the relatively small number of banks included in the study, as being related to the capacity of the ACH system and the same day settlement of these items.

Mr. Finch concluded from his research that electronic check entries can be processed in either ACH or check environments. Origination issues loom large in many banks and more research

8

and pilot results need to address this issue. He predicted that electronic check conversion will occur relatively quickly (within 2 to 5 years) and recommended that the Council examine further the specific issues highlighted by his research with the intent of developing solutions that will encourage financial institution support and participation in the years to come. His specific recommendations include:

- Similar research among more of the top 100 banks, as well as a representative sample of smaller financial institutions.

- Additional research and development efforts to include:
  1. Definition of the impacts on origination functions,
  2. Changes required to process these transactions through check and DDA systems,
  3. Resolution of ACH system capacity issues,
  4. Service bureau and processor viewpoints, and
  5. Recommendations on file delivery times and settlement timing.

### Liberty Check Printers' PhotoCheck Concept

Richard Pliml, Technical Director for Liberty Check Printers, provided an overview of a concept developed by Liberty for check security, which uses the latest technology in bar coding. A 2-dimensional bar code on the face of the check can carry information about the customer, keeping it secure and making it available to the merchant. The bar code allows for 2800 bytes of information to be carried within a square inch of area on the face of the check. Data contained in the bar code could include the maker's name and address, driver's license number or other identification along with a picture. Scanner technology available today, when employed at the point of sale would provide the merchant with machine-readable data for identification and verification purposes, but could also provide a valuable marketing tool. Liberty has tested the technology using several devices costing around $200.

Mr. Pliml reported that previous efforts to incorporate the photo of the check writer had failed because of the limitations of the check printing systems and difficulty in producing the image. Those issues have been resolved in Liberty Check Printer's technology and the solution goes one step further by protecting the privacy of the check writer's information by restricting its readability to the point of sale. Liberty is promoting this concept using the photograph; the check writer's identification data or signature could also be promoted as well.

The primary benefit, according to Mr. Pliml, is to prevent check fraud. He reported that over 50% of retail check fraud today stems from forged or counterfeit items. A secondary benefit of this approach is that the information needed by the merchant is conveyed directly from the check, without the need to access a third party database, thereby speeding up the checkout process. A third benefit is the value of the information in collection efforts.

Liberty Check Printers is currently looking for industry support for its concept from groups like the Electronic Check Council, the Financial Stationers Association, ANSI, and retailer trade associations to move it forward. In order for the concept to make a meaningful impact, Liberty believes that it must be adopted universally by the industries it is designed to benefit.

LML-EP-011556

Mr. Pliml predicted that the hardware necessary for reading bar code at the point of sale will be made available as part of the systems supporting POS truncation programs and believes this hardware upgrade could come at a cost of under $200 per device.

ChequeMARK Systems' Check Replacement Service

Robert Hills, President of ChequeMARK Systems, Inc., presented an overview of ChequeMARK and its check replacement system, developed and patented to minimize the number of checks processed at the point of sale. The system is designed to capture and replace the check data with an electronic debit transaction, fully integrating the process into the merchant's current processing system for credit and debit cards. The process, from the merchant's perspective, is similar to the capture and authorization process for credit cards. Merchant receptivity is very high and Mr. Hills reported that input from merchants was incorporated during the product development process.

There are three levels of check replacement service provided by ChequeMARK. The first is card acceptance, where the customer is issued a MICR-encoded "debit card" which is used in place of writing a check. The second service is the standard check replacement service, where the merchant is responsible for collection of returned items, and the third is the "Assured Payment Program" which guarantees the item to the merchant and all collection efforts are handled by ChequeMARK.

The first time a customer writes a check under this system, a receipt is printed with blanks for the customer to fill in name, address and social security number. This data is keyed into the ChequeMARK database. On subsequent visits, the ChequeMARK system recognizes the check writer and a short receipt is printed without the name and address information being requested. Mr. Hills reported that customers rarely object to providing their social security number but that, alternatively, a driver's license or other ID could be used. All checks accepted under the ChequeMARK system are validated against the SCAN database. Customer inquiries are referred to ChequeMARK's Help Desk, which supports inquiries from banks as well.

Under the ChequeMARK system, a returned item is represented once. The company is testing second representments and will be analyzing the results to determine any incremental benefit. The merchant decides whether to offer the service as an option to check writers or as a universal policy of check acceptance. So far, all merchants have adopted the processing as universal. Mr. Hills reported that consumers are more curious than resistant, as indicated by the inquiries received at the ChequeMARK Help Desk.

ChequeMARK received a patent on their check replacement service in January, 1996 after developing the current processing system for about two years. There are a limited number of merchants using the system today. All merchants are presenting demand drafts instead of ACH entries, primarily because of the ACH prenotification requirement that had been in existence until September of 1996. ChequeMARK looks forward to being able to utilize the ACH for its transactions and will be expanding its sales activities to a wide base of merchants.

LML-EP-011557

In responding to questions from Council members, Mr. Hills clarified that these transactions will carry "ChequeMARK" as the payee name, regardless of the merchant originator, and will not contain a check number but rather a transaction sequence number. This sequence number facilitates research at ChequeMARK. Council members expressed concern about the lack of a merchant name for customer service and Regulation E reasons, and the lack of a check number for stop payment and research considerations. ChequeMARK maintains that it is the payee and the authorization signed by the consumer is granted to ChequeMARK, not to the merchant. Additionally, under the Assured Payment Program, ChequeMARK has purchased the transactions from the merchant. Mr. Hills indicated that their system could be modified if necessary to support the needs of the merchant, the customer or the banking community.

**A Framework for Economic Analysis**

David Walker presented the methodology and resulting framework developed for analyzing the economic impact of converting checks to electronic entries at the Point of Deposit. Co-chaired by Mr. Walker and Tom Dighiera, the Economic Framework Committee established these objectives:

1. To address the POD scenario first, building a framework that could be expanded to encompass the conversion occurring at the point of sale or in the lockbox;
2. To identify all the areas of potential financial impact as the result of converting checks into ACH entries, and
3. To provide a tool for participants to use to quantify the actual dollar impacts.

Mr. Walker described the organization and structure of the framework as follows:

1. <u>Methodology</u>
   This section is designed to provide a narrative of how the framework was developed and how it is to be employed in actual analyses.

2. <u>Scenario Description</u>
   This section provides a narrative that defines the scenario under analysis and specifies the participants included in the analysis.

3. <u>Each Participant's Perspective</u>
   This section provides a process description, identification of continuing check-related functions, expected reductions in cost and/or revenue resulting from the reduced number of checks sent for collection and the expected increases in cost and/or revenue resulting from increased ACH transaction volume originated and received. It provides data matrices listing the parameters of cost and revenue relevant for each participant, categorizes them as running costs or one-time costs, for paper or electronic check processing.

Mr. Walker reviewed each of the above components for the POD framework, defining the POD scenario as receiving checks at the bank of first deposit, converting them to ACH entries

11

LML-EP-011558

and presenting them to the paying bank. The POD analysis covers those components of cost and revenue borne by the collecting bank (assumed to be the bank of first deposit), the paying bank and the drawer. The group will be adding the perspective of the depositor, in order to provide a more complete analysis.

He reviewed the data matrix developed from the collecting bank's perspective, highlighting the types of costs and revenues included in the analysis. In each of the data matrices, revenue and expense parameters are identified within the participant's running costs for paper check, one-time costs related to paper processing, running costs for electronic check (ACH) and one-time costs incurred in electronic check processing. Parameters are grouped within cost categories and are numbered, to allow for cross-reference of impacts across functions and across participants.

In his summary comments, Mr. Walker recommended that each participant perform their own evaluations and reminded the members that the analysis deals with participant costs only and does not attempt to measure societal costs. He pointed out that some financial impacts will be strictly variable in nature and that the analysis should be performed at different volume levels to provide an accurate gauge of potential impacts. The analysis must also be performed to isolate check and ACH impacts separately, in order to reflect potentially different cost structures in check and ACH functions.

In building the analysis, new functions performed by a participant (and new costs or revenues that result) were added to the area that has effected the change. For example, as a result of truncation, collecting banks will perform new functions of check storage and retrieval of non-on-us items. These costs are added into the electronic check cost area because they reflect costs resulting from and related to electronic check processing – an important key to understanding and using the economic analysis framework. Mr. Walker concluded his remarks by reviewing the process flow assumed in the analysis, pointing out that it covers only the forward collection of an item, excluding representment considerations.

Mr. Burke recognized Economic Framework Committee members Phyllis Meyerson, Gerri Calabrese, Keith Daniels and Joe Overcash, and thanked the group for their outstanding efforts in getting the POD framework completed. Mr. Walker closed by indicating that the group's next steps will be to develop similar frameworks for the POS and Lockbox models, indicating that additional expertise and participation from the members of these work groups will be necessary. He asked the Council's financial institution members to volunteer to apply the framework to their institution, providing both a validation of the framework as well as a quantitative analysis of impacts. He also reported that there are two other economic modeling processes taking place – the CHAS business case analysis (see above) and the Federal Reserve ECP Advisory Group's value chain analysis. Both organizations have expressed an interest and willingness to share information and participate with the Council in its efforts to quantify the economic impact of electronic check conversion.

LML-EP-011559

### Work Group Progress Reports and Plans

<u>Point of Deposit Work Group</u>
Tom Carr reported that while the Point of Deposit Work Group had not made significant progress on specific objectives, it had moved forward by recognizing that its progress was hampered by a set of objectives that was too broad and lacked focus. The group concluded that it needed to reestablish a set of narrow objectives consistent with its mission, which is to develop electronic check applications at the point of deposit. The work group established an agenda for their next conference call, which will be to review progress to date, reestablish near-term goals and establish a plan for developing additional point of deposit pilots.

<u>Marketing Work Group</u>
Leslie Michelassi presented the status of the Marketing Work Group's activities. The work group has established this set of goals for the near term:

1. Identify Represented Check Entry pilot benefits/issues for ODFIs and RDFIs
2. Outline letter to targeted ODFIs/RDFIs for participation
3. Articulate the progress and accomplishments of the Electronic Check Council
4. Survey consumers participating in POS pilots

Items 1, 2 and 3 listed above were completed by the work group. The survey of consumers will be developed in conjunction with the POS Work Group. The next steps for the Marketing Work Group and the expected timetable is as follows:

| | |
|---|---|
| November 1: | Distribute list of Represented Check pilot benefits to work groups for input; provide letter draft to NACHA staff for refinement and distribution. |
| November 15: | Issue letter to 15 potential Represented Check pilot participants (ODFIs and RDFIs). |
| November 30: | Draft "Training and Information" material for pilot ODFIs/RDFIs to facilitate staff and customer Q&A. |
| December 14: | Next work group conference call. |
| January 15: | Apply similar efforts in support of POS and Lockbox pilots. |

Ms. Michelassi also announced that George Northcroft has agreed to co-lead the Marketing Work Group.

Louise Clynes added that the Electronic Check Council Speakers Bureau had received two volunteers from its call for speakers at the last meeting. She requested that any member willing to speak on behalf of the Council complete the Speakers Bureau enrollment form provided in the meeting book. The form allows the speaker to specify their willingness to travel, preferred topics, audience size, etc. Support is provided to the speakers in the form of presentation overheads, handouts and any other speaker materials required. It was suggested that NACHA staff provide a standard overview presentation for all members to review, in an effort to encourage participation.

13

LML-EP-011560

Legal Research Work Group
Dick Ercole reported these accomplishments of the Legal Work Group:

1. Developed and distributed the Legal Issues Survey and reviewed the four responses received to date. Mr. Ercole recognized the organizations that responded and encouraged any others who were working on a response to submit it as soon as possible. Jane Larimer of NACHA and Tom Greco of the American Bankers Association have agreed to summarize the responses and distribute this summary to Council members.

2. Approved the final draft of the POS Pilot Guide, with the recommendation that language be added to indicate that the check should not be filled out and if filled out, the check must be voided by the check writer before it is given to the merchant.

3. Prepared a list of questions to comprise a "Legal Q & A" for Represented Check Entry pilot participants. The draft questions will be circulated to the membership for input and the completed Q & A will be issued as a part of the Represented Check Entry Pilot Guide.

The work group's next steps are to:

1. Distribute a summary of the responses to the Legal Issues Survey to Council members.
2. Evaluate the Lockbox Pilot Guide when it is complete.
3. Establish a conference call pending input on the Represented Check Q & A and the completion of the Lockbox Pilot Guide.

Technology Work Group
Hal Lynch, as acting Work Group Leader, provided the update from the Technology Work Group. The group has established a revised time line for the distribution of the Remittance Processing Technology Survey and the tabulation and analysis of results. The Survey will go out by November 1, with responses due back December 1. Lockbox and Technology Work Group members will make follow up phone calls to non-responders during mid- to late November to spur responses. Results will be compiled and analyzed during December and finalized by a team made up of Lockbox and Technology Work Group members by January 20. A report on the findings will be presented at the February Council meeting.

Mr. Lynch indicated that the activities of the Technology Work Group are in response to requests from the application work groups. These activities are project-oriented and are dictated by the needs of those work groups. In order to continue to meet the needs of the work groups for technical support, Technology Work Group members will maximize their breakout time by dividing it between participation in the application work groups and in project efforts. He encouraged members to join the Technology Work Group and to solicit technologists from their respective companies for participation on this work group or in specific project efforts.

14

LML-EP-011561

He presented this list of pending technology research efforts:
1. Linkage of ACH and DDA processing and return item systems
2. Stop payment processing for converted items
3. MICR line issues and rules for the on-us field
4. Issues in creation of a nationwide "good" deposit receiver file

The work group will hold its next conference call in mid-December to establish a plan of action to address these issues and a joint conference call with the Lockbox Work Group in mid-January. In closing, Mr. Lynch reminded members that the work group needs a Leader and asked members to seek out qualified candidates within their own organizations who could take this leadership role.

Mr. Burke updated the members on the discussion at the Steering Committee meeting relative to the future role of the Technology Work Group. He indicated that additional discussion would be taking place but that initially it was felt that this work group could evolve into an operations and technology work group, focused on solving both technology and operations issues, particularly those brought out in Mr. Finch's presentation.

Wrap Up and Adjourn

Mr. Burke announced that Jim Cordle has vacated his at-large position on the Council's Steering Committee, as a result of taking on additional responsibilities in his position at Sanwa Bank. The Council's charter calls for this position to be filled by nomination and election by the full Council. Accordingly, NACHA staff will issue a nomination form for members to nominate candidates to this position. A subsequent balloting will take place by mail before the next meeting.

Mr. Burke announced the next meeting, scheduled for February 12 and 13,[1] at the Westin Hotel in Washington, DC.

In his closing remarks, Mr. Burke stressed the importance of focusing on the important achievements and progress made by the Council's cooperative efforts. He mentioned specifically the development and publication of the Represented Check Entry Pilot Guide, the approval at this meeting of the Point of Sale Pilot Guide, the work that was done to establish an economic analysis framework that can now be expanded to cover all electronic check applications, and the pilots that are active or now being implemented. He remarked that while these pilots are small in scale today, they are the basis for significant growth and expansion of electronic check and their success can, in large measure, be attributed to the work of the Electronic Check Council. He applauded all the members' contributions to these accomplishments and encouraged them to continue to participate actively.

With no new business brought before the Council, Mr. Burke adjourned the meeting.

---

[1] This meeting date was subsequently changed to February 26 and 27.

15

LML-EP-011562

ELECTRONIC CHECK COUNCIL
Draft Meeting Report - October 23 & 24, 1996

EXHIBIT I

**MEMBERS PRESENT**

| | |
|---|---|
| Tom Greco | American Bankers Association |
| Sally Shawen | American Bankers Association |
| Troy Bagley | American Express |
| David Crawford | American Express |
| Marilyn Allpress | America Online |
| Hal Lynch | A T & T |
| Tom Cibula | BancTec, Inc. |
| Gretchen Breiling | Bank of America |
| Ted Mertz | Bank of Boston |
| Steve Devine | Bank of Boston |
| Karen Myers | Bank One |
| Craig Moody | Bank One |
| Geri Simpson | Boatmen's National Bank |
| Steve Kopiec | Chase Manhattan Bank |
| Neil Godfrey | eFunds |
| Kerry Sellen | eFunds |
| Phyllis Meyerson | ECCHO |
| David Walker | ECCHO |
| Robert Laing | Equifax Check Services |
| John Kimball | Federal Reserve Bank of Boston |
| Michael Versace | Federal Reserve Bank of Boston |
| John Mitchell | Federal Reserve Bank of Kansas City |
| Theodore Umhoefer | Federal Reserve Bank of Minneapolis |
| Florence Young | Federal Reserve Board of Governors |
| Beverly Kennedy | First Data Corporation |
| Jim Hunt | First USA Paymentech |
| John Odgers | Huntington National Bank |
| Richard Ercole | Huntington Treasury Management |
| Terry Geer | Huntington Treasury Management |
| Tom Carr | IBM |
| Marne Gordon | Internet, Inc. |
| Mark Strippy | KeyCorp |
| Peter Nash | Melville Corp. |
| Betsey LeSuer | Merrill Lynch |
| Michael Fee | Mobius Management Systems, Inc. |
| Joseph Cabrelli | NPC Check Services |
| Tom Wimsett | National City Processing |
| Chris O'Hara | National City Processing |

16

LML-EP-011563

| | |
|---|---|
| Richard Burke, Jr. | National Returns Clearing House |
| Paul Gray | NationsBank |
| Alan Clements | NationsBank |
| George Northcroft | Nordstrom, Inc. |
| John Van Pelt | Northern Trust Company |
| Brian Green | NOVUS Services |
| Peter Wheeler | The Payment Systems Network/Barnett Bank |
| Gail Ball | PNC Bank |
| Gerri Calabrese | SCAN |
| Brian McLaughlin | SCAN |
| Steve Carlton | SWACHA |
| Fred J. Redeker | SWACHA |
| Greg Zierten | SWACHA |
| Leslie Michelassi | Star System, Inc. |
| Tom Patrick | TeleCheck Services, Inc. |
| Susan Roser | TeleCheck Services, Inc. |
| Caroline Williams | TeleCheck Services, Inc. |
| Beth Gilliard | Texas Commerce Bank |
| Kevin O'Brien | Texas Commerce Bank |
| Scott Benson | Toys R Us |
| Frank Curran | Treasury Management Assn. |
| Beverly Rohlfing | US Bancorp |
| James Callahan | USAA |
| Kumar Choudhuri | VeriFone, Inc. |
| Amy Goodson | VeriFone, Inc. |
| Lars Rehder | VeriFone, Inc. |
| Joe Overcash | Wachovia |
| Peter Cowger | WesPay |
| Gerard Milano | WesPay |

## MEMBERS NOT ATTENDING

Allstate Insurance
CheckFree Corporation
Checkmate Electronics
Check Rite
Comerica Bank
Coopers & Lybrand
Corestates
CRAFTS
First Tennessee Bank
First Union National Bank
Fleet Bank
Food Marketing Institute

LML-EP-011564

Kmart
New York Clearing House Association
Norwest Bank
Puerto Rico Clearing House Assoc.
Redbanc S.A.
SWIFT
Signet
Target Stores
US Postal Service
Union Bank
United Jersey Financial Services Corp.
U S Check
VISA USA
Wells Fargo Bank

## GUESTS ATTENDING

| | |
|---|---|
| Donald Chapman | Navy Federal Credit Union |
| David Kvederis | Nova Payment Systems |
| Tipton Evans | First American National Bank |
| Peter Hanna | RDM Corporation |
| Richard Pliml | Liberty Check Printers |
| Paul Finch | PWF Associates |
| Robert Hills | ChequeMARK Systems |

## NACHA STAFF PRESENT

| | |
|---|---|
| Elliott McEntee | President and CEO |
| Ian Macoy | Sr. Director, Check Services and Government Relations |
| Louise Clynes | Director, Retail Applications |
| Jane Larimer | Sr. Attorney |
| Linda Garvelink | Sr. Director, Marketing |
| Samantha Smith | Meetings Manager |
| Catherine McNickle | Administrative Assistant |

LML-EP-011565