**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858 SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC., and ) | |
| NOVA INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 24th day of October, 2005, copies of the following documents,

   (1)   LML PATENT CORP.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO TELECHECK SERVICES, INC.'S SECOND SET OF INTERROGATORIES TO LML (NO. 18);

   (2)   LML PATENT CORP.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NOVA'S SECOND SET OF INTERROGATORIES TO LML (NO. 9); and

   (3)   LML PATENT CORP.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ECHO'S SECOND SET OF INTERROGATORIES TO LML (NO. 13)

were served on counsel as indicated:

<div style="display: flex;">

**VIA EMAIL AND HAND DELIVERY**

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

**VIA EMAIL AND FEDERAL EXPRESS**

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
Facsmile: (310) 743-1189

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
Facsimile:  (213) 430-6407

</div>

Dated:  October 24, 2005                    */s/ Mary B. Matterer*
                                                     Richard K. Herrmann (#405)
                                                     Mary B. Matterer (#2696)
                                                     MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 24th day of October, 2005, the foregoing document was served via email and via federal express on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

                                              */s/ Mary B. Matterer*
                                    Richard K. Herrmann (#405)
                                    Mary B. Matterer (#2696)
                                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                    222 Delaware Avenue, 10th Floor
                                    Wilmington, Delaware 19801
                                    (302) 888-6800
                                    rherrmann@morrisjames.com
                                    mmatterer@morrisjames.com

                                    Attorneys for Plaintiff
                                    LML PATENT CORP.