IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> PUBLIC VERSION |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
DEFENDANTS' REPLY BRIEF REGARDING CONSTRUCTION OF DISPUTED
CLAIM TERMS FOR THE PATENT-IN-SUIT**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

*Attorneys for Telecheck Services, Inc*

Collins J. Seitz, Jr. (#2237)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

*Attorneys for Electronic Clearing House, Inc. and XpressChex, Inc.*

Richard D. Kirk. (#922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

*Attorneys for Nova Information Systems, Inc.*

Dated:  October 21, 2005
Public Version:  October 28, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("Telecheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of the Defendants' Reply Brief Regarding Construction Of Disputed Claim Terms For The Patent-In-Suit.

3. Attached hereto as Exhibit 1 is a true and correct copy of the LML Patent Corporation's Objection and Responses to TeleCheck Services, Inc.'s First Set of Interrogatories to LML, dated November 15, 2004; and

4. Attached hereto as Exhibit 2 is a true and correct copy of LML Patent Corporation's Proposed Claim Constructions, dated April 15, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed by me in Wilmington, Delaware on October 21, 2005.

                                                  */s/ Timothy Devlin*
                                                  Timothy Devlin (#4241)

80027871.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2005, a true and correct copy of **DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS' REPLY BRIEF REGARDING CONSTRUCTION OF DISPUTED CLAIM TERMS FOR THE PATENT-IN-SUIT** was caused to be served on the attorneys of record at the following addresses as indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

**BY EMAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

    /s/ Timothy Devlin
    Timothy Devlin