IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | |
| Plaintiff, | C.A. 04-858 (SLR) |
| v. | |
| TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., | **PUBLIC VERSION** |
| Defendants. | |

## DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO LML PATENT CORP.'S MOTION TO STRIKE THE SECOND SUPPLEMENT TO THE EXPERT REPORT OF DAVID P. KURRASCH REGARDING INVALIDITY

FISH & RICHARDSON P.C
William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

Attorneys for Telecheck Services, Inc.

Dated:  October 21, 2005

I, TIMOTHY DEVLIN, declare as follows:

1.    I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("Telecheck") in the above-captioned matter.  I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2.    I submit this declaration in support of the Defendants' Response to LML Patent Corp.'s Motion to Strike the Second Supplement to the Expert Report of David P. Kurrasch Regarding Invalidity.

3.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,175,682 (Higashiyama) bearing Bates Nos. FDC5000151-58.

4.    Attached hereto as Exhibit 2 is a true and correct copy of a letter

REDACTED

5.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the 1991 ACH Rules bearing Bates Nos. ECHO 0022652, 0022655 and 0022681.

6.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the

REDACTED

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed by me in Wilmington, Delaware on October 21, 2005.

_____
Timothy Devlin (#4241)