IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Defendant Nova Information Systems, Inc. ("Nova") hereby moves, pursuant to Fed.R.Civ. P. 56, for summary judgment of non-infringement of plaintiff LML Patent Corp.'s claims of infringement of U.S. Patent No.5,484,988, on the grounds that there is no genuine issue of material fact and that Nova is entitled to judgment at a matter of law. In support hereof, Nova is submitting and relies upon an opening brief and the declarations of Amy W. Gutierrez, Stephen A. Schutze and Vision L. Winter and exhibits attached thereto.

October 28, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
(213) 430-6000

606788v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 28, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on October 28, 2005, copies of the foregoing document were sent by email to the above local counsel and to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Soo Choi, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Hard copies of said document will be served by hand on local counsel and by first class mail on outside counsel on October 31 2005.

/s/ Richard D. Kirk (rk0922)

607129v1