IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. No. 04-858 (SLR) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY**

Pursuant to Fed. R. Civ. P. 56(b), Defendants' TeleCheck Services, Inc., Electronic Clearinghouse, Inc., Xpresschex, Inc., and Nova Information Systems, Inc. by and through counsel, hereby move for Summary Judgment of Invalidity of the asserted claims 1-2, 4-6, 9-11, 14, 16 and 18 of U.S. Patent No. 5,484,988, as Defendants have shown that there is no genuine issue as to any material fact and are entitled to judgment as a matter of law.

The grounds in support of this Motion, including the supporting authorities, are stated more particularly in Defendants' Opening Brief in support of this Motion.

Dated: October 28, 2005         FISH & RICHARDSON P.C.

By: /s/ *Timothy Devlin*
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

*Attorneys for Defendant
TeleCheck Services, Inc.*

CONNOLLY BOVE LODGE & HUTZ LLP


By:   */s/ Francis DiGiovanni*
     Collins J. Seitz, Jr. (#2237)
     Francis DiGiovanni (#3189)
     The Nemours Building
     1007 North Orange Street
     P.O. Box 2207
     Wilmington, DE 19899-2207

*Attorneys for Defendants*
*Electronic Clearing House, Inc. and XpressChex, Inc.*

THE BAYARD FIRM


By:   */s/ Richard D. Kirk*
     Richard D. Kirk (#922)
     222 Delaware Avenue, Suite 900
     Wilmington, DE 19801

*Attorney for Defendant*
*Nova Information Systems, Inc.*

80027989

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2005, I electronically filed with the Clerk of Court **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306 | *Attorneys for Plaintiff*<br>*LML Patent Corp.* |

I hereby certify that on October 28, 2005, I have sent via e-mail the document(s) to the following non-registered participant:

| | |
|---|---|
| Russell Levine, P.C.<br>Jamie McDole, Esq.<br>Kirkland & Ellis (Chicago)<br>200 East Randolph Drive<br>Chicago, IL  60601 | *Attorneys for Plaintiff*<br>*LML Patent Corp.* |
| Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA  90045 | *Attorney for Defendants*<br>*Electronic Clearing House, Inc. and*<br>*XpressChex, Inc.* |
| Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | *Attorney for Defendant*<br>*Nova Information Systems, Inc.* |

/s/ Timothy Devlin
Timothy Devlin