IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>    Defendants. | C.A. No. 04-858 (SLR) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY**

Having considered Defendants' TeleCheck Services, Inc., Electronic Clearinghouse, Inc., Xpresschex, Inc., and Nova Information Systems, Inc. Motion for Summary Judgment of Invalidity of the asserted claims of U.S. Patent No. 5,484,988

IT IS HEREBY ORDERED that the Motion For Summary Judgment of Invalidity of U.S. Patent No. 5,484,988 is GRANTED.

_____
United States District Judge

80027992