IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. No. 04-858 (SLR) |

**DEFENDANT TELECHECK SERVICES, INC.
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Pursuant to Fed. R. Civ. P. 56(b), Defendant TeleCheck Services, Inc. ("TeleCheck") hereby moves for Summary Judgment of Non-Infringement of the asserted claims 1-2, 4-6, 9-11, 14, 16 and 18 of U.S. Patent No. 5,484,988 as TeleCheck has shown that there is no genuine issue as to any material fact and are entitled to judgment as a matter of law.

The grounds in support of this Motion, including the supporting authorities, are stated more particularly in TeleCheck's Opening Brief in support of this Motion.

Dated: October 28, 2005

FISH & RICHARDSON P.C.

By: */s/ Timothy Devlin*
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

*Attorneys for Defendant
TeleCheck Services, Inc.*

80027991

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2005, I electronically filed with the Clerk of Court **DEFENDANT TELECHECK SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann Esq. | *Attorneys for Plaintiff* |
| Mary B. Matterer, Esq. | *LML Patent Corp.* |
| Morris James Hitchens & Williams | |
| PNC Bank Center | |
| 222 Delaware Avenue, 10th Floor | |
| P.O. Box 2306 | |
| Wilmington, DE  19899-2306 | |

I hereby certify that on October 28, 2005, I have sent via e-mail and first class mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Russell Levine, P.C. | *Attorneys for Plaintiff* |
| Jamie McDole, Esq. | *LML Patent Corp.* |
| Kirkland & Ellis | |
| 200 East Randolph Drive | |
| Chicago, IL  60601 | |
| | |
| Robert Jacobs, Esq. | *Attorney for Defendants* |
| Belasco Jacobs & Townsley, LLP | *Electronic Clearing House, Inc. and* |
| Howard Hughes Center | *XpressChex, Inc.* |
| 6100 Center Drive, Suite 630 | |
| Los Angeles, CA  90045 | |
| | |
| Mark C. Scarsi, Esq. | *Attorney for Defendant* |
| O'Melveny & Myers LLP | *Nova Information Systems, Inc.* |
| 400 S Hope Street | |
| Los Angeles, CA 90071 | |

                                           */s/ Timothy Devlin*
                                           Timothy Devlin