IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. No. 04-858 (SLR) |

**[PROPOSED] ORDER GRANTING DEFENDANT TELECHECK SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Having considered Defendants' TeleCheck Services, Inc., Motion for Summary Judgment of Non-Infringement of the asserted claims of U.S. Patent No. 5,484,988

IT IS HEREBY ORDERED that the Motion For Summary Judgment of Non-Infringement of U.S. Patent No. 5,484,988 is GRANTED.

_____
United States District Judge

80027992