IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>    Defendants. | C.A. 04-858 (SLR) |

**DECLARATION OF VISION L. WINTER IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

October 28, 2005

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

I, Vision L. Winter, hereby declare and state as follows:

1. I am an associate in the law firm of O'Melveny & Myers LLP, counsel of record for Defendant Nova Information Systems, Inc ("Nova") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts as set forth below.

2. I submit this declaration in support of Defendant Nova Information Systems, Inc.'s Motion for Summary Judgment of Non-Infringement.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,484,988 (the '988 patent"). (LML-EP-000001-16).

4. Attached hereto as Exhibit B is a true and correct copy of the applicants' Response to Office Action dated December 21, 1993, for the application that became the '988 patent. (LML-EP-000144-61).

5. Attached hereto as Exhibit C is a true and correct copy of the applicants' Preliminary Amendment dated June 8, 1994, for the application that became the '988 patent. (LML-EP-000170-79).

6. Attached hereto as Exhibit D is a true and correct copy of the applicants' Response to Office Action dated January 30, 1995, for the application that became the '988 patent. (LML-EP-000182-210).

7. Attached hereto as Exhibit E is a true and correct copy of the Patent Application Serial No. 07/975,717, dated November 13, 1992, which became the '988 patent. (LML-EP-000080-121).

8. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 5,053,607 to Carlson. (FDC 5000131-150).

9. Attached hereto as Exhibit G is a true and correct copy of U.S. Patent No. 5,175,682 issued to Higashiyama *et al.* (FDC 5000151-58).

10. Attached hereto as Exhibit H is a true and correct copy of an Initial Office Action

dated September 23, 1993, for the application that became the '988 patent. (LML-EP-000139-40).

11. Attached hereto as Exhibit I is a true and correct copy of the Final Office Action dated March 9, 1994, for the application that became the '988 patent. (LML-EP-000162-64).

12. Attached hereto as Exhibit J is a true and correct copy of an Office Action dated October 28, 1994, for the application that became the '988 patent. (LML-EP-000180-81).

13. Attached hereto as Exhibit K is a true and correct copy of the Nova Electronic Check Service (ECS) Program Guide, Version 1.16. (NOVA-01502-44).

14. Attached hereto as Exhibit L is a true and correct copy of the Nova Electronic Check Service Quick Reference Guide. (NOVA-02940-42).

15. Attached hereto as Exhibit M is a true and correct copy of Nova's Electronic Check Service (ECS) Retail Enrollment/Update Addendum. (NOVA-02519-21 and NOVA 02512-14).

16. Attached hereto as Exhibit N is a true and correct copy of the Nova Electronic Check Service User Guide. (NOVA-02952-85).

17. Attached hereto as Exhibit O is a true and correct copy of a data sheet for RDM's Imaging Solution EC6000i Series.

18. Attached hereto as Exhibit P is a true and correct copy of Continuation Application Serial No. 08/257390 dated June 8, 1994. (LML-EP-000167-69).

19. Attached hereto as Exhibit Q is a true and correct copy of the Parties' Joint Proposed Claim Construction Statement.

20. Attached hereto to as Exhibit R is a true and correct copy of a letter from Jon L. Roberts, Esq. to Ronald S. Laurie, Esq. dated October 1, 1977. (FDC 1389393-9400).

21. Attached hereto to as Exhibit S is a true and correct copy of the relevant pages from the expert report on infringement offered by Gary Tinkel on August 12, 2005 on behalf of LML.

22. Attached hereto as Exhibit T is a true and correct copy of the ECS Equipment Checklist for the Omni 3200 Series & RDM EC60001. (NOVA-03017-18).

23. Attached hereto as Exhibit U is a true and correct copy of the ECS Equipment

Checklist for the T7PT and the RDM EC6000i. (NOVA-03330 and NOVA-03332).

24. Attached hereto as Exhibit V is a true and correct copy of the ECS Equipment Checklist for the Omni 3750 & RDM EC6000i. (NOVA-03348-49).

25. Attached hereto as Exhibit W is a true and correct copy of the RDM EC5000i Series Electronic Check Reader and Imager. (NOVA-03324-25).

26. Attached hereto as Exhibit X is a true and correct copy of the relevant pages from NACHA's 2005 Operating Rules. (LML-EP-055427-30).

27. Attached hereto as Exhibit Y is a true and correct copy of a letter from D. Anthony Knox (McCarthy Tetrault) to Patrick Gaines (LML), dated February 6, 1998. (LML-EP-061865-7).

I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct and this declaration was executed by me in Los Angeles, California on October 28, 2005.

Vision L. Winter

LA2:780370.1

# ALL EXHIBITS TO THIS DOCUMENT WERE FILED UNDER SEAL

Case 1:04-cv-00858-SLR   Document 343   Filed 10/28/2005   Page 5 of 6

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 28, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on October 28, 2005, copies of the foregoing document were sent by email to the above local counsel and to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Soo Choi, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Hard copies of said document will be served by hand on local counsel and by first class mail on outside counsel on October 31 2005.

/s/ Richard D. Kirk (rk0922)

607129v1