IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858-SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., and | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on October 31, 2005, copies of NOVA INFORMATION SYSTEMS, INC. PRELIMINARY LIST OF FACT WITNESSES were served on the following counsel as shown:

BY HAND AND BY EMAIL:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

603232v1

BY U.S. MAIL AND BY EMAIL:

| | |
|---|---|
| Russell E. Levine, Esq. | Robert Jacobs, Esq. |
| Christian Chadd Taylor, Esq. | Mark B. Mizrahi, Esq. |
| Edward K. Runyan, Esq. | Belasco Jacobs & Townsley, LLP |
| Soo Choi, Esq. | Howard Hughes Center |
| Kirkland & Ellis | 6100 Center Drive, Suite 630 |
| 200 East Randolph Drive | Los Angeles, CA  90045 |
| Chicago, IL  60601 | |

October 31, 2005            THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
(213) 430-6000

603232v1                        2