# EXHIBIT D

**ELECTRONIC CLEARING HOUSE, INC.**
**PRIVILEGE LOG**
**JULY 28, 2005**

| NO. | DOC. DATE | DESCRIPTION | PRIVILEGE | RECIPIENT | AUTHOR | CC | OBJECTIONS |
|---|---|---|---|---|---|---|---|
| 2 | 4/18/2002 | Memo re LML patents - Summary of outside counsel's advice re: general legal advise re procedure available to invalidate and/or handle patent infringement allegations. | attorney client; work product immunity | ECHO Board of Directors | R. M. Frost, Esq. | | N, D, T |
| 3 | 10/9/2002 | Memo reflecting summary of teleconference with Ed Poplawski, Esq. and Mark Mizrahi, Esq. re prospective options for defending patent infringement allegations by LML | attorney client; work product immunity | J. Barry | R. M. Frost, Esq. | | N, D, T |
| 9 | 10/7/2002 | Minutes of ECHO Board of Directors meeting of 10/07/02 by Mr. Frost, Esq. summarizing status of LML's patent infringement allegations and prospective actions by ECHO. | attorney client; work product immunity | N/A | D. Rehman | | N, D, T |
| 14 | 4/11/2002 | Email communication forwarding log item #15. | common interest; attorney client; work product immunity | M. Mizrahi, Esq. | M. Frost, Esq. | | M, ,D, T |
| 15 | 4/11/2002 | Email communication from J. Barry to M. McCoy and Mr. Frost, Esq. re discussion with Visa and Visa's counsel re: LML patent | common interest; attorney client; work product immunity | M. McCoy, M. Frost, Esq. | J. Barry | | M, ,D, T |
| 16 | 4/11/2002 | Email communication forwarding log item #15. | attorney client; work product immunity | D. McKenzie, Esq., E. Poplawski, Esq. | M. Mizrahi, Esq. | | M, ,D, T |
| 18 | 4/17/2002 | Email communication re agenda for teleconference with J. Barry re procedures available to invalidate and/or handle patent infringement allegations by LML. | attorney client; work product immunity | E. Poplawski, Esq., D. McKenzie, Esq. | M. Mizrahi, Esq. | | W, N, D, T |
| 19 | 7/5/2001 | Email communication re status of patent analysis | attorney client; work product immunity | L. Brown, M. Mizrahi, Esq., J. Barry | M. Mizrahi, Esq. | R. Slater, M. Frost, Esq., D. McKenzie, Esq. | M, D, T |
| 20 | 7/5/2001 | Email communication re status of ECHO information requested by outside counsel. | attorney client; work product immunity | M. Mizrahi, Esq., J. Barry | L. Brown | R. Slater, M. Frost, Esq. | M, D, T |
| 21 | 7/5/2001 | Email communication with attachments re ECHO's online check service from a marketing perspective and from a service options perspective | attorney client; work product immunity | M. Mizrahi | J. Barry | L. Brown, M. Frost, Esq. | M, D, T |
| 24 | 6/13/2001 | Email communication re prior art and prospective actions. | attorney client; work product immunity | E. Poplawski, Esq. | M. Mizrahi, Esq. | | W, R, D, T |
| 25 | 6/13/2001 | Email communication re NACHA contact info. | attorney client; work product immunity | D. Dick | M. Mizrahi, Esq. | | D, T |
| 26 | 6/12/2001 | Email communication re NACHA contact info. | attorney client; work product immunity | M. Mizrahi, Esq. | D. Dick | J. Barry | D, T |

D: dismissal of '528 patent
M: infringement subject matter
N: nonsubstantive procedural matter
T: communications post '988 opinion
W: work product doctrine

**ELECTRONIC CLEARING HOUSE, INC.**
**PRIVILEGE LOG**
**JULY 28, 2005**

| # | Date | Description | Privilege | From | To | CC | Notes |
|---|---|---|---|---|---|---|---|
| 27 | 6/12/2001 | Email communication re NACHA contact info. | attorney client; work product immunity | M. Mizrahi, Esq. | J. Barry | | R, D, T |
| 28 | 6/12/2001 | Email communication re NACHA contact info. | attorney client; work product immunity | J. Barry | D. Dick | | R, D, T |
| 29 | 6/12/2001 | Email communication re NACHA contact info. | attorney client; work product immunity | D. Dick | J. Barry | | R, D, T |
| 30 | 6/12/2001 | Email communication re status of defensive strategies re LML patents | attorney client; work product immunity | J. Barry | M. Mizrahi, Esq. | E. Poplawski, Esq. | R, D, T |
| 31 | 6/12/2001 | Email communication re "resend" of log item 30 | attorney client; work product immunity | J. Barry | M. Mizrahi, Esq. | | R, D, T |
| 35 | 6/5/2001 | Email communication re discussion with Ed Poplawski, Esq. and Mark Mizrahi, Esq. re LML's patent infringement allegations and prospective actions. | attorney client; work product immunity | J. Keller, D. Dick | J. Barry | M. Mizrahi, Esq. | N, D, T |
| 44 | 10/7/2002 | Minutes of ECHO Board of Directors meeting of 10/07/02 by Mr. Frost, Esq. summarizing status of LML's patent infringement allegations and prospective actions by ECHO. | attorney client; work product immunity | N/A | D. Rehman | N/A | N, D, T |
| 49 | 3/27/2001 | Memorandum re legal advice re patent(s)-in-suit | attorney client; work product immunity | Visa U.S.A., Inc. | Jonathan O. Scott, Esq. | N/A | M, D, T |
| 53 | 3/27/2000 | Email communication re LML's 03/27/00 press release re '988 patent | attorney client; work product immunity | K. Winckler | G. Gouffray | J. Barry, D. Griffin, S. Kirk, J. Lynch, M. Frost, Esq., P. Phillips and D. Brown | D |
| 54 | 4/19/2000 | Email communication re background and discovery of potential prior art of patents-in-suit. | attorney client; work product immunity | M. Frost, Esq. | J. Barry | A. Cheung, S. Kirk, K. Winckler, D. Griffin, D. Dick | R, D |
| 56 | 4/25/2000 | Email communication re follow-up with discovery of potential prior art of patents-in-suit. | attorney client; work product immunity | M. Frost, Esq., D. Griffin | J. Barry | | R, D |
| 58 | 7/5/2001 | Email communication re Xpresschex online check service | attorney client; work product immunity | M. Mizrahi, Esq. | J. Barry | L. Brown, M. Frost, Esq. | D, T |

D: dismissal of '528 patent
M: infringement subject matter
N: nonsubstantive procedural matter
T: communications post '988 opinion
W: work product doctrine

**ELECTRONIC CLEARING HOUSE, INC.**
**PRIVILEGE LOG**
**JULY 28, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63 | 9/30/2003 | Email communication re prospective actions re discovery of potential prior art documents re patents-in-suit. | | work product immunity | D. Griffin | M. McCoy | J. Barry | D, T |

D: dismissal of '528 patent
M: infringement subject matter
N: nonsubstantive procedural matter
T: communications post '988 opinion
W: work product doctrine