Case 1:04-cv-00858-SLR    Document 362-7    Filed 11/02/2005    Page 1 of 7

Summary of ELECTRONIC CLEARING HOUSE INC - Yahoo! Finance                    Page 1 of 7

Yahoo!  My Yahoo!  Mail                                            Search the Web                    Search

YAHOO! FINANCE  **Sign In**                      Finance Home - Help         
                New User?Sign Up



Quotes & Info          Enter Symbol(s):                    GO  Symbol Lookup | Financial Search
                       e.g. YHOO, ^DJI

ECHO > SEC Filings for ECHO > Form 10-Q on 13-Aug-2004                         All Recent SEC Filings

Show all filings for ELECTRONIC CLEARING HOUSE INC | Request a Trial to NEW EDGAR Online Pro

# Form 10-Q for ELECTRONIC CLEARING HOUSE INC

13-Aug-2004

## Quarterly Report

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL
              CONDITION AND RESULTS OF OPERATIONS**

**FORWARD-LOOKING STATEMENTS**

The discussion of the financial condition and results of operations of the Company should be read in conjunction with the consolidated financial statements and notes thereto included elsewhere herein. This discussion contains forward-looking statements, including statements regarding the Company's strategy, financial performance and revenue sources, which involve risks and uncertainties. The Company's actual results may differ materially from those anticipated in these forward-looking statements as a result of certain factors, including, but not limited to, those set forth elsewhere herein, and in the Company's Annual Report on Form 10-K for the fiscal year ended September 30, 2003.

**OVERVIEW**

Electronic Clearing House, Inc. is an electronic payment processor that provides for the payment processing needs of merchants, banks and collection agencies. We derive the majority of our revenues from two main business segments: bankcard and transaction processing services, whereby we provide solutions to merchants and banks to allow them to accept credit and debit card payments from consumers; and check-related products, whereby we provide various services to merchants and banks to allow them to accept and process check payments from consumers. The principal services we offer within these two segments include the following:

With respect to our bankcard and transaction processing services:

- Debit and credit card processing; and - U-Haul transaction processing.

With respect to our check-related products:

- Check verification - where, prior to approving a check, we search our negative and positive checkwriter database to determine whether the checkwriter has current, delinquent check-related debts;

Case 1:04-cv-00858-SLR   Document 362-7   Filed 11/02/2005   Page 2 of 7

Summary of ELECTRONIC CLEARING HOUSE INC - Yahoo! Finance                Page 2 of 7

- Electronic check conversion - the conversion of a paper check at the point of sale to a direct bank debit which is processed for settlement through the Federal Reserve System's Automated Clearing House, or ACH, network. The ACH is the electronic banking network through which the vast majority of electronic fund transfers are made in the United States; - Check guarantee - where, if we approve a check transaction and a check is subsequently dishonored by the checkwriter's bank, the merchant is reimbursed by us; - Check re-presentment - where, upon a check not clearing after its first presentment, we resubmit the check via the ACH network prior to returning the check to the merchant in an effort to increase the number of cleared check transactions; and - Check collection - where we provide national scale collection services for a merchant or bank.

We operate our services under the following brands:

- MERCHANTAMERICA, our retail provider of payment processing services to both the merchant and bank markets; - National Check Network(R), or NCN(R), our proprietary database of negative and positive checkwriter accounts used for back-end check verification, check authorization and check capture services, and for membership to collection agencies. Negative checkwriter accounts typically identify a checkwriter's delinquent history in the form of non-sufficient funds and other negative transactions; and - XPRESSCHEX(R), Inc., our registered collection agency that provides retail check verification, check Conversion, ACH services, check collection and check guarantee services.

Overall, our ability to program and oversee the management of a merchant's point-of-sale system, provide credit card and debit card processing, provide multiple check services for the processing of checks, provide both electronic and traditional collection services, and fully integrate all of these services into a single Internet-based reporting capability allows us to provide for the majority of the payment processing needs of our customers.

Bankcard and transaction processing services provide for the majority of our revenues. We typically receive a percentage-based fee on the dollar amount processed and a transaction fee on the number of transactions processed. For the quarter ended June 30, 2004, the bankcard and transaction processing business segment accounted for approximately 76.7% of the Company's total revenue.

Over the past three years, we have invested significant resources and management focus in our check services business. Check services revenues are based on a fixed fee per transaction or a fee based on the amount of the check for each transaction. For the quarter ended June 30, 2004, the check services business segment accounted for approximately 23.3% of the Company's total revenue. We are one of a few check processors in the nation with both an ACH engine, which gives us the ability to transfer and settle funds, and a robust checkwriter database (NCN), which provides a valuable service for check risk management to merchants. The NCN database includes over 30 million bad-checkwriter records, 130 million positive records, and is generated and refreshed daily by 260 affiliated collection agencies that continually contribute to the database to enrich its depth and value.

NCN provides an ongoing revenue stream as collection agencies, major national merchants, other transaction processors, and thousands of small merchants access the NCN database daily to verify the status of a checkwriter in real time. Check verification has been recognized as one of the lowest cost and most effective ways for retailers to lower the risks and loss experience in accepting checks as a form of payment and our NCN database is one of only four major databases in the nation that can serve this market need on a national scale.

XPRESSCHEX revenues are growing due to the increased use of our check conversion services, which include capture of the necessary check data at the point of sale and submission of the transaction electronically to the ACH for settlement. Since we provide ACH and settlement services to the merchants, all settlement funds received by us on behalf of the merchants are recorded as settlement payable and all settlement funds paid by the Company in advance are recorded as settlement receivable. XPRESSCHEX also maintains an active collection agency, registered in 48 states, that serves primarily as a referral agent to select NCN members that are collection agencies and are located in various regions of the country. This ability to provide local collection capability through one national entity is a distinctive advantage we have over other check service companies who operate centralized collection agencies and only go to local agencies as a secondary or last option.

In 2000, Visa U.S.A. announced its intention to utilize its processing network (VisaNet), that connects to over 14,000 banks and about 5 million merchants, to electronically process checks. This program is referred to as the Visa Point-Of-Sale ("POS") Check Service. The Visa POS Check Service was offered as a pilot program by Visa to its member banks from December of 2000 to December of 2002 over which time several banks electronically connected their checkwriter data to the Visa network, making verification of the checkwriter's bank account balance possible when checks drawn on these select banks were processed. In December of 2002, the program was officially released out of pilot and, as of June 2004, depending on the geographic location of a merchant in the U.S., anywhere from 0% to as high as 30% of all the checking accounts are electronically connected to the Visa network through the banks that are now participating in the Visa POS Check Service.

Being able to approve or decline a check in real time at the point of sale requires some method to verify the checkwriter has

Case 1:04-cv-00858-SLR   Document 362-7   Filed 11/02/2005   Page 3 of 7

Summary of ELECTRONIC CLEARING HOUSE INC - Yahoo! Finance                Page 3 of 7

either an adequate balance in the bank to cover the check or, if that is not possible, to verify if the check written has a match in a negative check account database. In order to provide this check service on 100% of the checks received by a merchant, Visa needed a solution to approve or decline (and for those approved, electronically deposit) the checks that processed through the program on a bank that had not yet connected its checkwriter data to the Visa network. We are currently one of two companies that provide this service to Visa as a Third-Party Processor. When a Visa member bank signs up to offer the Visa POS Check Service to its merchants, it chooses a Third-Party Processor from the certified providers. At the present time, sixteen financial services providers, who are actively participating in the program, are using ECHO's services as a Third-Party Processor and are beginning to actively sell check services to their merchants.

In addition to being a Third-Party Processor, we are one of only five companies that are currently certified as an Acquirer Processor with Visa, a role that accepts transactions from the merchant's point-of-sale terminal/systems and reformats them for submission to the Visa network. We were chosen by seven financial services providers currently in the program to serve as their Acquirer Processor. Most financial institutions presently in the Visa POS Check Service are large national or regional banks and already had terminal management service providers that could act as an Acquirer Processor for the Visa POS Check Service. In the future, as smaller financial institutions make the decision to enter the Visa POS Check Service, it is expected that many will have no prior relationship with a terminal management provider and therefore, may potentially choose us as their Acquirer Processor. To date, ECHO is the only company to register as both a Third-Party Processor and an Acquirer Processor with Visa under the Visa POS Check Service program.

We derive transaction revenue in our role as a Third-Party Processor and/or Acquirer Processor by negotiating a transaction fee with Visa and/or the bank that chose us as its Third-Party Processor and/or Acquirer Processor. This transaction fee averages $0.09 per transaction. The party that sells the service to the merchant (usually the bank) enjoys the largest mark-up on the product, offering the service in the range of $0.30 to $0.60 per check, with external cost in the $0.12 to $0.20 range, depending on what the bank negotiates with Visa and any other third-party providers.

During the third quarter of fiscal 2003, a major national retail merchant with approximately 3,000 storefronts initiated the Visa POS Check Service program in all of its stores nationwide. We are the Third-Party Processor in this Visa POS relationship. As of June 30, 2004, this retail merchant was the largest merchant in the Visa POS Check Service program, measured by the volume of transactions initiated by the merchant. The bank that sponsored this merchant into the Visa POS Check Service program is still in the process of negotiating a multi-year agreement with the merchant. While the outcome of these negotiations is still unknown, the loss of this merchant would not significantly impact our expectation of overall revenue for the remainder of fiscal 2004 and beyond.

ECHO has invested significant resources and management focus in its check services business, particularly with respect to the Visa POS Check Service program, and regardless of the outcome of the negotiations with the national retail merchant, we anticipate continued growth in the Visa POS Check Service program as the marketing efforts of participating banks in the Visa POS Check Service program become more widely implemented.

**STRATEGY**
Our strategy is to provide merchants, banks and industry-specific resellers with electronic connectivity to various payment services in the credit card, debit card and check-related markets. Our platform of services is very flexible, enabling merchant customization and scalability to meet the requirements of high transaction volumes, as well as access to the Visa POS Check Service program. Our services enable merchants to maximize revenues by offering a wide variety of payment options, reducing the costs associated with processing and handling checks, improving collections and managing risk more effectively.

For the balance of this fiscal year, we plan to grow our check services business by training the sales teams and associates of Visa member banks on the many benefits the Visa POS Check program provides to merchants. Using this strategy over the past nine months, literally hundreds of sales people have been trained and it is expected that this will result in an accelerated growth in the number of new merchants coming on the service in the next three months. In addition to providing sales training to Visa banks, our strategy is to focus part of our sales team on mid-size retail chains that can benefit most from automating check processing and verification. These mid-size accounts typically offer higher margins than larger accounts and offer a less competitive marketplace.

The Company intends to also seek strategic relationships with other service providers in related industries, believing it can increase the speed to market of its check services using such existing channels. As the Visa POS Check program continues to grow, new enhancements are requested. These include enhanced fraud detection, check guarantee, decline reversal techniques, and accelerated program set-up, to name a few, and the Company's strategy is to focus on providing these types of enhancements to the program. As the market gains acceptance of the Visa POS Check Service, it is expected that this will create a new marketing channel for us to cross sell our other check products such as electronic check re-presentment, check guarantee, and collections to the Visa member banks participating in the Visa POS Check Service program.

Case 1:04-cv-00858-SLR   Document 362-7   Filed 11/02/2005   Page 4 of 7

Summary of ELECTRONIC CLEARING HOUSE INC - Yahoo! Finance        Page 4 of 7

We also have a strategy to bundle all of our services and market them to smaller regional and community banks under what we call our Agent Bank Program. We are providing a solution to allow smaller banks to offer a full spectrum of bankcard and check processing services to their customer base using ECHO's MERCHANTAMERICA product offering. The program is being sold at a low incremental cost to ECHO and still provides a better priced and a more integrated product offering to small banks than they can currently receive from other providers. Most significantly, our program allows the banks to retain ownership of their merchants, which provides both stability and economic benefits to the bank that other programs generally do not provide. Over 20 banks have enlisted in the program in the past year and the program is showing signs of continued growth for the balance of the year.

**SALES AND MARKETING**
As a result of the growing interest in the Visa POS Check Service, we plan to continue using our marketing and sales resources to aggressively promote the Visa POS Check Service during the balance of this year. We sell our bankcard and check services through several marketing channels, including independent sales organizations (i.e, authorized resellers of our products and services), our own internal sales force and direct merchant referrals by existing merchants. We also offer merchant services through a direct online sales channel, MERCANTAMERICA. Approximately 20% of our new accounts have historically been generated through the authorized resellers of our products and services. We have developed a comprehensive marketing plan to promote the MERCHANTAMERICA brand name and it is expected that this marketing plan will be initiated in early 2005.

Management believes that we are unique in the number of payment services that we offer to our merchants, the combination of transaction types that we manage directly, our ability to integrate additional services and our ability to support each merchant through one vertically integrated source.

Our marketing strategy is to maximize cross-selling opportunities to our existing base of merchants and financial institutions in the Visa POS Check Service program; sell integrated suites of payment services, bankcard and check processing services to small banks; enhance and market MERCHANTAMERICA; and develop the private label check service program.

**COMPETITION**
Bankcard processing and check processing services are highly competitive industries and are characterized by rapid technological change, rapid rates of product obsolescence and introductions of competitive products often at lower prices and/or with greater functionality than those currently on the market.

We are not currently a major player in the industries in which we compete and many of our competitors have much greater financial and marketing resources than us. As a result, they may be better able to respond more quickly to new or emerging technologies and changes in customer requirements. Many competitors also have economies of scale cost advantages over ECHO due to their high processing volumes that may make it difficult for ECHO to compete. Our competitors also have the financial resources to offer services to large merchants at a much lower rate than us in order to gain market share. We believe that our success will depend upon our ability to continuously develop new products and services and to enhance our current products and to introduce them promptly into the market.

**RESULTS OF OPERATIONS**

**THREE MONTHS ENDED JUNE 30, 2004**

Financial highlights for the third quarter of 2004 as compared to the same period last year were as follows:

--Total revenue increased 14.9% to $12.2 million

--Gross margins from processing and transaction revenue increased to 37.1% from 32.2%

--Diluted EPS of $0.09 as compared to diluted EPS of $0.05

--Bankcard and transaction processing revenue increased 8.2% to $9.3 million

--Check-related revenue increased 44.3% to $2.8 million

--ACH transactions processed increased 98.7% to 6 million transactions

REVENUE. Total revenue increased 14.9% to $12,152,000 for the three months ended June 30, 2004, from $10,578,000 for

Case 1:04-cv-00858-SLR    Document 362-7    Filed 11/02/2005    Page 5 of 7

Summary of ELECTRONIC CLEARING HOUSE INC - Yahoo! Finance    Page 5 of 7

the same period last year. The increase can be primarily attributed to the 8.2% growth in the bankcard processing revenue and 44.3% growth in the check services business segment as compared to the same period last year. This growth has occurred organically from our existing merchants and from other marketing initiatives. Total processing and transaction revenue for the quarter ended June 30, 2004 increased 14.7%, from $10,526,000 in fiscal 2003 to $12,071,000 in fiscal 2004.

COST OF SALES. A major portion of our bankcard processing expense is fixed as a percentage of the total processing volume, which is calculated by the total dollar value processed, with the remaining costs based on the number of transactions processed. A major component of the Company's bankcard processing expense, the interchange fees paid to the card issuing banks, is normally fixed as a percentage of each bankcard transaction dollar processed. Processing-related expenses, consisting primarily of data center processing costs, interchange fees, third-party processing fees, and communication expense, increased from $7,135,000 in the third fiscal quarter of 2003 to $7,587,000 in the quarter ended June 30, 2004, a 6.3% increase. The increase reflects an increase in the volume of transactions processed, and the associated 8.2% increase in bankcard processing and transaction revenues for the quarter ended June 30, 2004 and the 44.3% increase in check services revenue.

Gross margin from processing and transaction services increased from 32.2% in the third fiscal quarter 2003 to 37.1% in the quarter ended June 30, 2004. This increase in gross margin was mainly due to a rate adjustment to merchants implemented in the current year quarter. The gross margin improvement was also positively impacted from the higher growth generated from the check services business segment which yields a higher overall margin.

EXPENSE. Other operating costs such as personnel costs, telephone and depreciation expenses increased from $1,047,000 in the third fiscal quarter of 2003 to $1,240,000 in the quarter ended June 30, 2004, an increase of 18.4%. This increase was primarily attributable to a 14.9% increase in total revenue. We continue to invest in personnel costs to support the implementation and training of the various financial institutions that have chosen us as their Third-Party Processor. We have a team of risk management staff dedicated to monitor and enhance our risk management tools in support of the Visa POS Check program. Additionally, the cost of customer support increased substantially over the prior year period as a result of significantly higher check volumes processed by us.

Research and development expense remained relatively constant from $375,000 in the prior year quarter to $363,000 in the quarter ended June 30, 2004. Research and development initiatives are critical in order for us to maintain the technological advantages over some of our competitors and improve our infrastructure due to growth. We anticipate that this level of investments will continue throughout the remainder of this fiscal year.

Selling, general and administrative expenses increased from $1,457,000 in the third fiscal quarter 2003 to $1,880,000 in the quarter ended June 30, 2004, an increase of 29.0%. This increase was primarily attributable to: 1) an increase in personnel costs due to cost of living adjustments and an increase in the costs of employee benefits such as health insurance and worker's compensation insurance; 2) an increase in sales and marketing expenses to implement our sales and marketing strategies; and 3) an increase in rent due to the new corporate relocation in October 2003. As a percentage of total revenue, selling, general and administrative expenses increased from 13.8% in the third fiscal quarter 2003 to 15.5% in the quarter ended June 30, 2004.

OPERATING INCOME. Operating income for the quarter ended June 30, 2004 was $1,082,000, as compared to operating income of $564,000 in the same period last year, a 91.8% increase. The increase in operating income was primarily due to the 14.9% revenue growth, the gross margin improvement during the quarter ended June 30, 2004 as compared to the prior year and for the reasons identified elsewhere in this report.

INTEREST EXPENSE. Net interest expense decreased 39.2% as compared to the prior year quarter, from $51,000 for the fiscal quarter ended June 30, 2003 to $31,000 in the quarter ended June 30, 2004. This was primarily due to the repayment of loans associated with the sale of the Company's prior corporate office building in March 2004.

EFFECTIVE TAX RATE. The effective tax rate for the quarter ended June 30, 2004 was 39.2% as compared to 40.7% for the prior year quarter and the statutory rate of approximately 40%.

**SEGMENT RESULTS**
Bankcard and Transaction Processing. Bankcard processing and transaction revenue increased 8.2%, from $8,612,000 in the third fiscal quarter 2003 to $9,315,000 for the quarter ended June 30, 2004. This revenue increase was mainly attributable to the organic growth from our existing merchants and new merchants generated from other marketing programs. This growth was somewhat offset by the departure of two high volume bankcard merchants during the quarter ended June 30, 2004, one of which departed as a result of its sale to another company and the other of which departed due to our concern regarding the merchant's excessive chargeback. This negatively impacted our revenue this quarter. Despite these departures, we anticipate our bankcard growth will continue in the fourth fiscal quarter.

Case 1:04-cv-00858-SLR   Document 362-7   Filed 11/02/2005   Page 6 of 7

Summary of ELECTRONIC CLEARING HOUSE INC - Yahoo! Finance                    Page 6 of 7

The bankcard and transaction processing segment generated a gross margin of 30.1% in the quarter ended June 30, 2004 as compared to 25.6% in the same period last year. This increase in gross margin was due to the rate adjustment implemented in the current year. Operating income for this business segment was $1,564,000 for the quarter ended June 30, 2004, up 44.7% from $1,081,000 in the same period last year. The increase in operating income is attributable to the 8.2% increase in bankcard processing revenue in the quarter ended June 30, 2004 over the prior year quarter combined with the improvement in gross margin.

Check Related Products. Check-related revenues increased from $1,966,000 for the third fiscal quarter ended June 30, 2003 to $2,837,000 for the quarter ended June 30, 2004, an increase of 44.3%. This was attributable to the increase in ACH processing revenue, which increased as a result of a 98.7% increase in total ACH transactions processed, 6 million transactions in the quarter ended June 30, 2004, as compared to 3 million in the prior year quarter, the increase in check conversion revenue as a result of the growth in the Visa POS Check Service program and the increase in check verification revenue. The growth in these services arose from our continued focus on check services in general, and on the Visa POS Check Service program specifically.

Check services revenue made up 23.3% of total processing and transaction revenues in the quarter ended June 30, 2004 as compared to 18.6% in the prior year quarter. Check-related operating income was $463,000 for the quarter ended June 30, 2004 as compared to $96,000 in the same period last year. The improvement in this business segment was primarily attributable to the 44.3% increase in revenue.

**NINE MONTHS ENDED JUNE 30, 2004 AND 2003**

Financial highlights for the nine months ended June 30, 2004, as compared to the same period last year, were as follows:

--Total revenue increased 19.0% to $35.3 million

--Gross margins from processing and transaction revenue increased to 37.4% from 32.6%

--Diluted EPS of $0.35 as compared to diluted EPS of $0.14 before cumulative effect of accounting change

--Bankcard and transaction processing revenue increased 13.0% to $27.0 million

--Check-related revenue increased 43.8% to $8.2 million

--ACH transactions processed increased 251.3% to 18.7 million transactions

REVENUE. Total revenue increased 19.0% to $35,273,000 for the nine months ended June 30, 2004, from $29,646,000 for the same nine-month period last year. Total processing and transaction revenue for this nine-month period increased 19.3%, from $29,396,000 for the nine months ended June 30, 2003 to $35,066,000 for the same period this fiscal year. This increase has resulted from organic growth from our existing merchants and other marketing initiatives.

COST OF SALES. Processing-related expenses increased from $19,809,000 for the nine-month period in 2003 to $21,945,000 for the corresponding nine months ended June 30, 2004, a 10.8% increase. The increase reflects a 19.3% increase in processing and transaction revenues for the nine months ended June 30, 2004 as compared to the same period in the prior year. These increases arise because a majority of our bankcard processing expenses are

fixed as a percentage of our total processing volume, with the remaining costs based on the number of transactions processed. As our volume of transactions grows, our processing-related expenses will continue to increase.

Gross margin from processing and transaction services increased from 32.6% in the nine-month period last year to 37.4% for the current nine-month period. This increase in gross margin was primarily due to a rate adjustment pass- through to . . .

Add ECHO to Portfolio    Set Alert    Email to a Friend

Get **SEC Filings** for Another Symbol:    [ GO ]  Symbol Lookup

Case 1:04-cv-00858-SLR   Document 362-7   Filed 11/02/2005   Page 7 of 7

Summary of ELECTRONIC CLEARING HOUSE INC - Yahoo! Finance                Page 7 of 7

Quotes & Info for ECHO - All Recent SEC Filings

**Sign Up for a Free Trial to the NEW EDGAR Online Pro**
Detailed SEC, Financial, Ownership and Offering Data on over 12,000 U.S. Public Companies.
Actionable and easy-to-use with searching, alerting, downloading and more.
Request a Trial    Sign Up Now

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy