IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,

        Plaintiff,

    v.

                        C.A. 04-858 (SLR)

TELECHECK SERVICES, INC.,
ELECTRONIC CLEARING HOUSE, INC.,
XPRESSCHEX, INC. and NOVA
INFORMATION SYSTEMS, INC.,

        Defendants.

**ECHO AND XPRESSCHEX'S PROPOSED ORDER REGARDING
OBJECTIONS TO SPECIAL DISCOVERY MASTER ORDER NO. 5**

THE COURT, having considered ECHO and XpressChex's Objections to Special

Discovery Master Order No. 5,

IT IS HEREBY ORDERED that the Special Discovery Master's ruling that

ECHO must produce ECHO privilege log document numbers 2-3, 9, 14-16, 18-21, 24-31,

35, 44, 49, 53-54, 56, 58, and 63 is hereby REVERSED; ECHO need not produce ECHO

privilege log document numbers 2-3, 9, 14-16, 18-21, 24-31, 35, 44, 49, 53-54, 56, 58,

and 63 because they are protected by the attorney-client privilege and/or work product

doctrine, and such privilege and/or protection has not been waived for these documents.

SO ORDERED this _____ day of _____, 2005.

 

                                      _____

                                      United States District Judge

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 3, 2005, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses:

**VIA E-MAIL AND
HAND DELIVERY**
Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**VIA E-MAIL AND
HAND DELIVERY**
William J. Marsden, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

**VIA E-MAIL AND
HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**VIA E-MAIL**
Russell E. Levin, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

**VIA E-MAIL**
Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

**VIA E-MAIL**
Dale M. Cendali, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

/s/  Francis DiGiovanni
Francis DiGiovanni (#3189)