IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Defendant NOVA Information Systems, Inc., by its undersigned attorneys, pursuant to Local Rule 83.5 and the attached certifications, moves the admission *pro hac vice* of Michelle L. Davidson, of O'Melveny & Myers LLP, on defendant's behalf. In accordance with Standing Order effective January 1, 2005, movant states that the annual fee is being submitted to the Clerk's Office with this motion.

November 3, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk

Richard D. Kirk (Bar No. 922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
Michelle L. Davidson
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

573237v1

SO ORDERED, this _____ day of November, 2005.

_____
United States District Judge

573237v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: October 31, 2005

/s/ Michelle L. Davidson
Michelle L. Davidson
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles CA 90071-2899
(213) 430-6626

*Counsel for Defendant Nova Information Systems, Inc.*

LA2:780785.1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 3, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on November 3, 2005, copies of the foregoing document were sent by hand and email to the above local counsel and by first class mail and email to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

/s/ Richard D. Kirk (rk0922)

578216v1