IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858-SLR |

**DECLARATION OF DON H. MIN IN SUPPORT OF ELECTRONIC CLEARING HOUSE, INC.'S AND XPRESSCHEX, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, Don H. Min, do hereby declare:

1. I am an associate with the law firm of Belasco Jacobs & Townsley, LLP, one of the law firms representing Defendants Electronic Clearing House, Inc. and XpressChex, Inc. ("ECHO") in the above-entitled action. I am licensed to practice law in the State of California and have been admitted to practice before this Court in this case, *Pro Hac Vice*.

2. I am submitting this declaration in support of Electronic Clearing House, Inc.'s and XpressChex, Inc.'s Motion for Summary Judgment of Non-infringement.

3. True and correct copies of excerpts from the Deposition of Gary L. Tinkel taken in the above-entitled action are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October, 2005.

*/s/ Don H. Min*
DON H. MIN

# CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on October 28, 2005, a true and correct copy of the foregoing document was caused to be served in the manner indicated on the attorneys of record at the following addresses:

**VIA E-MAIL AND HAND DELIVERY**
Richard K. Herrmann, Esquire
Morris James Hitchens
 & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**VIA E-MAIL AND HAND DELIVERY**
William J. Marsden, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

**VIA E-MAIL AND HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**VIA E-MAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

**VIA E-MAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

**VIA E-MAIL AND FIRST CLASS MAIL**
Dale M. Cendali, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)