# MIN EXHIBIT 1 UNDER SEAL