IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> **REDACTED / PUBLIC VERSION** |

**DECLARATION OF AMY GUTIERREZ IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

October 28, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

I, Amy W. Gutierrez, hereby declare as follows:

1.  I am the Vice President of Strategic Business Development at Nova Information Systems, Inc., a defendant in this action. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify about these facts, I could and would do so competently under oath.

2.  I submit this declaration in support of Defendant Nova Information Systems, Inc.'s Motion for Summary Judgment of Non-Infringement



4. 

5.  I was married in September 2005 and subsequently legally changed my name from Amy W. Goodson to Amy W. Gutierrez.



7.

8. The Nova Electronic Check Service can only accept checks that meet certain requirements. The consumer is required to completely fill out and sign the check before presenting it to the merchant. (*See* Exhibit L to Winter Decl., NOVA-02941.)

9. If the check does not meet Nova's acceptance guidelines, the check is either processed as a paper check or another form of payment is requested.



2





18.

I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct and this declaration was executed by me on October 28, 2005.

/s/ Amy W. Gutierrez
Amy W. Gutierrez

4

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 4, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on November 4, 2005, copies of the foregoing document were sent by hand and email to the above local counsel and by first class mail and email to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

/s/ Richard D. Kirk (rk0922)

578216v1