# WINCKLER EXHIBITS 1-2 UNDER SEAL