# WINCKLER EXHIBIT 6 UNDER SEAL