COMMAND REFERENCE
*RAW Return Raw MICR Data*

# RAW                                         Return Raw MICR Data

Returns the MICR data from the most recently read check *without* any formatting or translations (includes preamble and post-amble). See also, the RD Return MICR Data and CLD Clear MICR Data Buffer. If MICRPASS = 2 (see MICRPASS Set MICR Read Passes), because of the double MICR read, the return string repeats contiguously (that is, without <CR> or <LF>; see "Example" below).

CLD clears the MICR buffer and causes RAW to return an empty string.

NOTE

If the CR 1000*i* is configured for two-pass MICR reading mode, two raw MICR lines are returned.

*Effectivity*    CFG OFF

*Prototype*    RAW

*Return*    OK returns to the command port, then the MICR string returns out the MICR port.

*Example*
```
RAW
OK
T12312312t 2345623o  3423
```

**If MICRPASS = 2**
```
RAW
T12312312t 2345623o  3423
T12312312t 2345623o  3423
```

# RD <span style="float:right">Return MICR Data</span>

Returns the MICR data from the most recently read check *with* formatting or translations. See also, the CLD Clear MICR Data Buffer, EF Enter MICR Format, QF Query MICR Format, and RAW Return Raw MICR Data commands.

CLD clears the MICR buffer and causes RD to return an empty string. Repeated use of RD returns the same data until either a new check is read, or CLD is issued to clear the MICR data buffer.

| | |
|---|---|
| ***Effectivity*** | CFG OFF |
| ***Prototype*** | RD |
| ***Example*** | EF 16 |
| | OK |
| | RD |
| | 123467890T09A87 |
| | OK |

## REMOVE FILE                                    Remove File from Memory

Deletes files from RAM or flash memory. REMOVE FILE with no argument or a non-existent filename returns ERROR 002. To delete image files, use IMAGEDEL Delete Image.

**WARNING**

Do *not* delete factory-loaded files, such as DEFAULT.CMD or APP.OUT. Deleting these files will render your unit inoperable.

*Effectivity*    CFG OFF

*Prototype*    `REMOVE FILE [filename]`

*Example*    To remove the file, EXTRA.CMD that is stored in flash (F:):

```
REMOVE FILE F:EXTRA.CMD
Delete file F:EXTRA.CMD? (y/n)
y
OK
```

# RQ                                                    Set MICR Request Mode

Determines if the MICR data is sent automatically or on request. See also, the FEED Request Check Data command.

When request mode is enabled (ON), the CR 1000*i* does not read a check until a request from the host (FEED). When request mode is disabled (OFF), the CR 1000*i* automatically accepts a check and transmits the MICR data as soon as data is available.

In AUTO mode, the CR 1000*i* automatically accepts a check and transmits the MICR data as soon as it is available, unless a MICR read error occurs, then a FEED command is required before another check is accepted.

RQ with no arguments returns the current request value.

| | |
|---|---|
| *Effectivity* | CFG OFF |
| *Prototype* | RQ {ON \| OFF \| AUTO} |
| *Example* | RQ<br>RQ OFF<br>OK |

# S1                                                                        Set MICR Gap Flag

Determines the treatment of spaces in the formatted MICR data. S1 with no arguments returns the current S1 value.

**Effectivity**    CFG ON

**Prototype**    S1 {type}

{type}    Following are valid values:

0 = Spaces output as they appear on the check

1 = Groups of spaces compressed to one space in the output

2 = Leading spaces removed from the output

3 = Process using both 1 and 2



**NOTE**    Leading spaces are never sent, therefore types 0 and 2 are identical, and types 1 and 3 are identical.

**Example**    S1
S1 0
OK

# SECURITY                                    Security Key Management

The CR 1000*i* defines the following three security keys to secure the unit from unauthorized application downloads:

- KLP – Key Loading Password. KLP is more a password than a key as it is presented *clear* (that is, not encrypted) to the terminal to validate that the person/application is granted the authority to change keys.

- KLK – Key Loading Key. KLK encrypts/decrypts new keys to load into the terminal. For example, to change the SDK key, the new SDK value is encrypted with KLK, and sent to the terminal. The terminal decrypts the value with the current KLK, and stores the result as the new SDK. To change the KLK, the new value must be encrypted with the existing value.

  KLK provides two features: Keys can be changed while the terminal is in the field since encrypted keys can be sent over normal communications lines; A hierarchy can be used to make the terminal more secure from rogue attacks.

  By controlling who knows the KLK and SDK, the capabilities of someone to be destructive can be restricted.

- SDK – Secure Download Key. The SDK authenticates applications. To change the SDK, it must be encrypted with KLK (see above).

Each of these keys is 8 bytes in length. Keys are always sent as ASCII hex code. 16 ASCII hex codes are required to define a key.



**CAUTION** The terminal arrives from manufacture loaded with default keys. It is *imperative* to change these keys prior to deployment.

SECURITY with no argument returns a four character checksum for each of the three keys. checksum is computed by returning the first two bytes of the result of a DES operation with the key and zero. INVALID returns after any key name that is not properly loaded.

*Effectivity*    CFG ON

*Prototype*    SECURITY { [key_id new_key pass_key] |
             [CMD [ON | OFF] pass_key]}

        key_id        Following are valid values:

                      KLP = Password key
                      KLK = Key Loading Key
                      SDK = Secure Download Key

        **NOTE**  new_key and pass_key are 16 hexadecimal characters, dependent on the key_id to be changed, as follows:

| key_id | new_key | pass_key |
|---|---|---|
| KLP = Password key | New KLP | Current KLP |
| KLK = Key Loading Key | Encrypted new KLK | Current KLP |
| SDK = Secure Download Key | Encrypted new SDK | Current KLP |

SECURITY CMD ON xxxxxxxxxxxxxxxxx

where,
*xxxxxxxxxxxxxxxx* is the encrypted new KLK *yyyyyyyyyyyyyyyy* is the current KLP

CMD      Set ON or OFF: The current KLP must also be provided. The KLP *must* be 16 hexadecimal characters.

SECURITY CMD ON xxxxxxxxxxxxxxxxx

where,
*xxxxxxxxxxxxxxxx* is the current KLP

*Example*      SECURITY
KLP xxxx
KLK yyyy
SDK zzzz
CMD OFF
OK

# SOCKET                                           TCP/IP Sockets Interface

Supports the TCP/IP Sockets interface and enables the controlling device to use the TCP/IP stack over the Ethernet or RS-232 port through PPP for any customized application other than the supported FTP. SOCKET is simplified to reduce the amount of messages passed between the controlling device and the CR 1000*i*. SOCKETS is limited to client/host services only.

In sending and receiving binary data, the DLE (0x10) control character signifies the byte immediately following is part of the data and not a control character, such as a return (0x0D), a backspace (0x08), or a DLE. When a DLE is encountered, it is discarded and the next byte is treated as part of the binary data. Counts associated with the binary data are actual data sent, which includes the DLE control characters.

SOCKET without any argument returns the status of socket connections.

**Effectivity**    CFG OFF

**Prototype**    SOCKET { CONNECT | SEND | RECV | CLOSE }

**Example**    SOCKET
SOCKET Connections: 0
OK

or

SOCKET Connections: 1
0 TCP 10.64.90.86:1001
OK

**Options**
CONNECT [ [ TCP | UDP ] destaddr:destport ]

CONNECT performs the socket() and connect() calls where,

| | |
|---|---|
| [ TCP | UDP ] | Specifies stream transfer or datagram communication. |
| destaddr | The remote address, either in the fully qualified domain name or the xxx.xxx.xxx.xxx format. |
| destport | The remote port number. |

**Returns**    The descriptor, 0 or greater, followed by OK or Error xxx.

A socket connection is created to the selected host server from the active TCP/IP port. If a TCP/IP port has not been opened, the Ethernet port will be used.

SOCKET CONNECT blocks all commands until a connection is made or after the TCP/IP protocol time out has expired.

It is recommended that the PING command be called first to ensure the availability of the host server, as PING has a much shorter time-out period.

**Example**    `SOCKET CONNECT TCP 15.10.123.232:21`

`0`

OK

**or**

`SOCKET CONNECT TCP ftp.verifone.com:21`

`Error 360`

`SEND [ descriptor data_size <data_bytes> ]`

Sends the binary data to the remote host, where:

| | |
|---|---|
| `descriptor` | The socket descriptor. |
| `data_size` | The size, in bytes, of the actual data to follow. This count includes the DLE control characters. |
| `<data_bytes>` | The binary data to send. A DLE character (0x10) *must* precede data bytes that could be interpreted as a control character: |

- backspace (0x08),
- carriage return (0x0D), and
- DLE (0x10).

The CR 1000*i* discards the leading DLE control character, and treats the next character as a data byte rather than a control character.

The data size is limited by the maximum size of the command string.

**Returns**    OK or Error xxx

**Example**    `SOCKET SEND 0 38 <binary data>`

OK

`RECV [ descriptor bufsize ]`

Obtains the next incoming message, where:

| | |
|---|---|
| `descriptor` | The socket descriptor. |
| `bufsize` | Size, in bytes, of the data to receive; limited to 512 bytes. Normally, this is the size of the receive buffer. |

**Returns**    `data_size <data_bytes>` followed by OK, or Error xxx, where:

| | |
|---|---|
| `data_size` | The bytes of actual data returned, up to the requested `bufsize`. If no data is received, 0 returns. |
| `<data_bytes>` | The binary data, including possible DLE control characters. The DLE control character should be discarded, and the next character treated as part of the data and not as a control character. |

**Example**    `SOCKET RECV 0 128`

`53 <binary data>`

`OK`

or

`SOCKET RECV 0 512`

`0`

`OK`

`CLOSE [ descriptor ]`

Terminates the connection and deallocates the socket, where:

`descriptor`    The socket descriptor.

**Returns**    OK or Error xxx

**Example**    `SOCKET CLOSE 0`

`OK`

COMMAND REFERENCE
*SR Software Reset*

## SR                                                                Software Reset

Soft resets the CR 1000*i*. Communication configuration commands do not take effect until SR is issued.


**NOTE**

There is no acknowledgement of SR.

Commands that require SR are as follows:

| | |
|---|---|
| CMDPORT | LSHA/LSHA2 |
| FTP | LSNO |
| IMAGEPORT | LSPA/LSPA2 |
| IT | MICRPORT |
| LSBA/LSBA2 | TCPIP |
| LSCL/LSCL2 | |

***Effectivity***   CFG OFF

***Prototype***   SR {COALESCE} {RSVP}

{COALESCE}   Forces the CR 1000*i* to recover flash memory occupied by deleted image files.


**NOTE**

Do not use the COALESCE option unless remaining flash memory is low and/or significant flash memory will be recovered. Each use of COALESCE reduces the life of the flash memory. Estimated maximum flash memory life is 1,000,000 writes, or a COALESCE every 5 min. for 10 years.

{RSVP}   Sends an OK response through the command port when the reset is complete.

***Example***   SR

# SS                                                    Show COM1 Settings

Returns current communications settings for COM1. See also, the LSCL Set COM1 Character Length, LSBA Set COM1 Baud Rate, SS2 Show COM2 Settings, LSPA Set COM1 Parity, LSHA Set COM1 Handshake, LSNO Set Node Address, LSFT Set MICR Font Type, and PRPT Print Pass-Through Setting commands.

*Effectivity*    CFG OFF

*Prototype*    `SS {s}`

If `{s}` is present, a shortened configuration list returns.

*Example*
```
SS
------------ COM 1 Settings ------------
Baud Rate                    = 19200
Parity                       = NONE
Character Length             = 8
Stop Bits                    = 1
Handshake                    = NONE
< End of short list>
Node Address                 = 0
Interface Type               = RS-232
Decode Font                  = E13B
Printer Pass Through         = OFF
```

## SS2                          Show COM2 Settings

Returns the current communications settings for COM2. See also, the LSCL2 Set COM2 Character Length, LSBA2 Set COM2 Baud Rate, SS Show COM1 Settings, LSPA2 Set COM2 Parity, and LSHA2 Set COM2 Handshake commands.

*Effectivity*     CFG OFF

*Prototype*     SS2 {s}

If {s} is present, a shortened configuration list returns.

*Example*     SS

```
------------ COM 2 Settings ------------
Baud Rate        = 19200
Parity           = NONE
Character Length = 8
Stop Bits        = 1
Handshake        = NONE
```


**NOTE**

At this time, there is no difference when {s} is used.

ST                                              **Show MICR Translation Tables**

Dumps the current settings for T1, V1, and S1.

*Effectivity*    CFG OFF

*Prototype*    ST

*Example*    ST
             T1 = T O A D [032]
             V1 = t o a d [000]
             S1 = 2
             OK

## STATS                                    Show Operational Statistics

Returns statistics relating to operation of the CR 1000*i*, such as total documents, total MICR reads, and total MICR errors.

**Effectivity**    CFG OFF

**Prototype**    STATS

**Example**    STATS
Document Count xxxxxx
Total MICR xxxxxx
MICR Errors xxxxxx

## SX                                           Show MICR Data Preamble and Post-Amble

Lists current settings for preamble M1 and post-amble M2. See also, M1,M2 Set MICR Data Preamble/Post-Amble.

*Effectivity*    CFG OFF

*Prototype*      SX

*Example*        SX
                 M1 = CHECK;
                 M2 = ;
                 OK

# T1, V1                                                 Set MICR Translation Table

Sets the translation characters to be performed on MICR data prior to output. See also, the S1 Set MICR Gap Flag command. Use "ST SHOW MICR TRANSLATION TABLES" to view T1 and V1 values.

The base character set is:

0 1 2 3 4 5 6 7 8 9 T O A D ? (space)

where:

| | | | |
|---|---|---|---|
| T | Transit symbol | D | Dash |
| O | Onus | ? | Unrecognized character |
| A | Amount | (space) | No MICR data |

The translation table allows base characters to be mapped to any other character. For example, the amount symbol 'A' can be translated to the symbol '$.' Characters can be eliminated by translating them to zero (0). It may be desirable to translate spaces to zero so they can be removed.

**Effectivity**   CFG ON

**Prototype**   `T1 original characters`
`V1 translated character values`

Any or all 16 characters can be translated. Characters specified in `T1` and `V1` have a one-to-one mapping. For example, the third character specified in `T1`, maps to the third character specified in `V1`. Use [32] to specify a space. Use [0] to specify no character. One character can translate into a string of up to 5 characters.



**NOTE**   T1 with no argument will clear T1 and V1. V1 with no argument has no effect.

**Example**   To translate "A" into "$" and remove all spaces:

`T1 A[32]`
`V1 $ [0]`

# TCPIP                                    Configure TCP/IP

Configures the TCP/IP protocol used by FTP.

 **NOTE**

Requires an SR to take effect.

TCPIP without arguments returns the current settings.

*Effectivity*    CFG ON

*Prototype*    TCPIP {IPADDR [IP address] | DHCP  | FLAGS | MASK {mask} |
                GATEWAYIPADDR {IP address}| DNSIPADDR {IP address} |
                DNS2IPADDR {IP address} | PPP_USERID {login name} |
                PPP_PASSWORD {password} | PPP_LOGIN | PPP_LOGOUT}

| | |
|---|---|
| IPADDR [IP address] | Sets the CR 1000*i* to a static IP address with the format: |
| | xxx.xxx.xxx.xxx |
| MASK {mask} | Sets the CR 1000*i* subnet mask. |
| | No argument clears the current value. |
| DHCP | Retrieves the IP address from the DHCP server. If supported, allows the system to set the CR 1000*i* IP address, subnet mask, and gateway and DNS addresses. |
| FLAGS  {0 \| 8 \| 128 \| 136} | Must be set if a gateway (router) or DNS server is used. If both gateway and DNS are used, set FLAGS to 136. |
| | • 0 = No DNS or gateway |
| | • 8 = Gateway |
| | • 128 = DNS |
| | • 136 = Gateway and DNS |
| GATEWAYIPADDR {IP address} | Sets the gateway to a static IP address. If a gateway is used, FLAGS must also be set. |
| | No argument clears the current value. |
| DNSIPADDR {IP address} | Sets the primary DNS to a static IP address. If a DNS server is used, FLAGS must also be set. |
| | No argument clears the current value. |
| DNS2IPADDR {IP address} | Sets the *secondary* DNS to a static IP address. If a DNS server is used, FLAGS must also be set. |
| | No argument clears the current value. |

| | |
|---|---|
| PPP_USERID {login name} | Sets the PPP login user name for the RAS (Remote Access Server). |
| | No argument clears the current value. |
| PPP_PASSWORD {password} | Sets the PPP password for the RAS. |
| | No argument clears the current value. |
| PPP_LOGIN | Logs in to the PPP/RAS server if the IMAGEPORT protocol is FTP. Dials the modem if it is the IMAGEPORT and is not connected. |
| PPP_LOGOUT | Log out of the PPP/RAS server. If the modem connection was made with the PPP_LOGIN command, then hangs up the modem after logging out. |

**NOTE**
The subnet mask and IP addresses are entered in the form: xxx.xxx.xxx.xxx. Where, xxx is a decimal value (0-255); leading zeroes can be omitted.

*Example*
```
TCPIP IPADDR 15.14.116.10
OK
```

# TELNETRST                                                    Telnet Reset

Sets the TELNET RESET server port number. The TELNET RESET server is used to force a Telnet connection to close. If no argument is used, the current setting returns. See Appendix I for more details on TELNET RESET.

**Effectivity**     CFG OFF

**Prototype**     `TELNETRST {Port Number}`
`where, 1024 < Port Number < 65535`

**Example**     `TELNETRST 5000`
`OK`

or

`TELNETRST`
`TELNETRST 5000`
`OK`

## USERDATA                                              Set USERDATA Area

Sets or returns the string stored in the `USERDATA` area. Up to 40 characters can be used to hold any information. One common use is to store an indicator of the currently active configuration. The string stored in the `USERDATA` area is reset only on application updates.

`USERDATA` without argument returns the current `USERDATA` value.

**Effectivity**  CFG OFF

**Prototype**   `USERDATA {user string}`

**Example**   `USERDATA CONFIG ABC`
`OK`
`USERDATA`
`USERDATA CONFIG ABC`
`OK`

# VIEW                                    View Resident MICR Format Numbers

Returns a list of the supported format numbers. See also, EF Enter MICR Format.

***Effectivity***   CFG OFF

***Prototype***    VIEW

***Example***    VIEW
0 15 16 21 35 36 39 50 51 52
OK

# VIF                                          Show Valid Interface Types

Returns a list of valid interface types to use with the `IT` command. See also, IT Set Interface Type.

 **NOTE**

Not all units support all interface types.

**Effectivity**    CFG OFF

**Prototype**    `VIF`

**Example**
```
VIF

01    RS-232 (Port x)

05    4863 non-anpos keyboard wedge

06    IBM 4683/4 Direct Connect

12    4683 ANPOS keyboard wedge

31    IBM 4683/4 Visa II

255   IBM 4683/4 Feature C

OK
```

# Error Description Table

Table 10 defines the error codes returned by the CR 1000*i* in the Configurator Command or Virtual CR 1000*i* windows.

**Table 10**    **Error Code Definitions**

| Error Code | Definition |
|---|---|
| 002 | File not found |
| 100 | No image files. |
| 101 | No image file selected. See IMAGESEL Select an Image. |
| 102 | No memory to store image; delete image files |
| 103 | Image file exists. |
| 104 | Image compression error. An internal error occurred during image compression, contact your VeriFone representative. |
| 105 | Image transfer failed. |
| 106 | No tag space; all 10 image tags are used; delete or reuse a tag. |
| 107 | Tag not found: Specified tag has no definition. |
| 108 | Bad image format or bad IMAGETAG field value. The IMAGEOPT FLAGS is set incorrectly, invalid IMAGEFORMAT CUSTOM parameters are defined, or the IMAGETAG tag field value is in the reserved range of values. |
| 109 | Image small: The image size is smaller than the size specified in IMAGESIZE. |
| 110 | Cannot rotate image: There is not enough SRAM available to rotate the image. Disable image rotation in IMAGEOPTS FLAGS. |
| 120 | File not removed. |
| 200 | Security error: A command file (.CMD) failed authentication. |
| 300 | Download error: The download in progress failed. |
| 301 | Port busy. |
| 302 | Incompatible IT. |
| 350 | FTP login failed. |
| 351 | No Ethernet address: Contact your VeriFone representative. |
| 352 | No Ethernet link: Check 10BASE-T cable. |
| 353 | Maximum connections; no more connections are being accepted. |
| 354 | PPP log in failed. |
| 360 | Host unreachable. |
| 361 | Connection refused (by server). |
| 375 | Port open failed: Check TCPIP/FTP settings. |
| 380 | Network error: Check TCPIP/FTP settings. |
| 400 | Modem error. |
| 401 | No phone number to dial. |
| 402 | No line. |
| 403 | Line busy. |
| 404 | No answer. |
| 405 | No dial tone. |
| 406 | No carrier. |
| 500 | Document jam: Clear document from scan path. |

**Table 10       Error Code Definitions** (continued)

| Error Code | Definition |
|---|---|
| 501 | Insertion error. |
| 999 | Not supported: Command is not supported by the CR 1000*i*. |