APPENDIX A

# The Configurator™ Application

The CR 1000*i* Configurator application is a Windows-based PC application that contains a suite of utilities to support configuration, diagnostics, demonstration, and development for the CR 1000*i*. Configurator runs on any Windows '98, Windows NT, or Windows 2000-based PC.

Communication from the PC to a CR 1000*i* is supported over RS-232 and communications ports. Configurator has the following main utilities:

- Command File Generator
- Command Terminal
- Explorer
- Virtual CR 1000*i*

These utilities—and demo mode—are explained in the following sections.

**Connect the CR 1000*i* to a PC**

The following items are required to connect the development PC to a CR 1000*i*:

- A CR 1000*i* download cable (P/N 05602-00); this cable has RJ45 and DB9 connectors
- A power adapter (P/N 4250-01)

Use the following procedure to connect the CR 1000*i* to the development PC:

1  Connect the serial port connector (DB9) of the CR 1000*i* download cable to the desired COM port on the development PC.



NOTE  The Virtual CR 1000*i* window cannot run on the same port as the Explorer and Command Terminal windows. The Virtual CR 1000*i* window *must* be set to an unused serial port. COM2 is recommended.

2  Connect the RJ45 connector on the CR 1000*i* download cable to COM1 on the CR 1000*i* terminal.

3  Plug the barrel connector on the power supply cable into the power port on the CR 1000*i*.



WARNING  Only use the VeriFone supplied power pack (P/N 4250-01). Using any other power supply can damage the CR 1000*i* and void your warranty.

4  Plug the CR 1000*i* power supply into an AC wall outlet.

5   Verify unit power; the CR 1000*i* LED lights steady green.

**Getting Started**   The Configurator application is distributed on the CR 1000*i* SDK CD. Installation initiates when the CD is detected in the drive. Use the following procedure for manual installation:

1   Insert the CD in the PC CD drive.

2   Run SETUP.EXE from the command line, Windows Explorer, or the Add/Remove Programs icon in the Control Panel.

3   Follow the instructions in the installation wizard.

**Start Configurator**   When Configurator is installed, a desktop shortcut is created. To start Configurator, double-click the desktop icon or select **Start>Programs>CR 1000*i*** from the taskbar.

**Communications Port Properties**   Use the following procedure to set communications port properties to communicate with the CR 1000*i*.

1   Select **Tools>Communication Port Settings** from the menu bar. The Communication Ports dialog (see Figure 7) appears listing all ports available on the host PC.

2   Highlight the desired COM port and check the features to apply to that port.

NOTE   If the Virtual CR 1000*i* is used, it must be set to an unused serial port, otherwise it can remain unconfigured; it cannot run on the same port as the Explorer and Command Terminal windows.



Figure 7    Communication Ports Dialog–COM1 Highlighted

3   Click **Port settings...** to define communications parameters (Figure 8).



**Figure 8**   **COM Port Properties Dialog–COM1 Defaults**

Default parameters are set as follows:

- 19200 bits per second
- 1 stop bit
- No parity
- 8 data bits
- No flow control



NOTE   The Restore Defaults button returns communications settings to the *Windows* defaults. Do not use this button to restore settings to the CR 1000*i* defaults listed above.

**CR 1000*i*  
System and  
System Clock**

To display CR 1000*i* system properties, select **View>CR 1000i System**. The following tabs are available:

- General (Figure 9): Displays system information (RAM, and flash), model information (model, OS version, application version loaded, and parser version), Ethernet MAC address, modem version number, USB, Tailgate, and unit serial number.

THE CONFIGURATOR™ APPLICATION
*CR 1000i System and System Clock*



Figure 9   CR 1000*i* System Window: General Tab Ethernet, USB, Tailgate Information Displayed



Figure 10   CR 1000*i* Modem Model System Window: General Tab Modem Firmware Version Displayed

- Clock (Figure 11): Set the date and time of the internal CR 1000*i* clock (default is host PC setting).



Figure 11    CR 1000*i* System Window: Clock Tab

## Command File Generator Window

The Command File Generator window allows a deployment site to easily define the operating parameters for units sent to customers. This set of parameters is in the form of a command (CMD) file—an ASCII file that contains a list of individual commands. See Chapter 4, Command Reference for complete command descriptions.

When you select <u>T</u>ools>**Co<u>m</u>mand File Generator** or click the Command File Generator button ![icon] on the quick access bar, a tabbed dialog appears (Figure 12).

The Command File Generator saves parameters in a Command Data Base (CDB) file for reuse by the Command File Generator, and in ASCII command file (CMD) format for use by the CR 1000*i*. Currently, the Command File Generator utility cannot read the parameters in from a command file. Changes to an existing CMD file must be done in a text editor.

The main buttons in the Command File Generator window are (Figure 12):

- Open: Open an existing CDB file.
- Save: Save the parameters to the selected CDB file.
- Save As: Name the CDB file where the parameters are saved.

THE CONFIGURATOR™ APPLICATION
*Command File Generator Window*

- Set Defaults: Set the parameters to the defaults maintained in the DEFAULTS.CDB file in the TEMPLATE directory.


**NOTE**

The DEFAULT.CDB file stores the factory default settings. It is important that this file is *not* overwritten.

- Create CMD: Create the CMD file using parameter definitions set in this dialog.
- Exit: Exit the Command File Generator.

The following sections describe settings and options configured through the tabs in the Command File Generator dialog. The GUI uses check boxes, drop-down menu selections, and field entries. Blank fields in the dialogs signify that no selection is made and no resultant command is issued through the CMD output file.

**General Tab**   Use the drop-down menu selections and type in field values in this dialog.



Figure 12   Command File Generator: General Tab

Table 11 lists general and security related commands set through this tab.

Table 11   Commands Set in General Tab

| Field or Check Box | Command Generated |
| --- | --- |
| Command port | CMDPORT |
| CMD Port termination | CRLF |
| Captured data | CAPTURE |
| User data | USERDATA |
| Enable Acknowledgement | ACK |
| Enable Configuration Control | CFG |

Table 11   Commands Set in General Tab  (continued)

| Field or Check Box | Command Generated |
|---|---|
| Enable Print pass-through | PRPT |
| Enable Demo mode | DEMO |
| Host detect | HOSTDETECT |
| Security: New password | SECURITY KLP |
| Security: Key loading key | SECURITY KLK |
| Security: Download key | SECURITY SDK |
| Security: Enable CMD file authentication | SECURITY CMD |

**Com Port Tab**   Use the drop-down menu selections in this dialog (Figure 13) to set communications parameters for the CR 1000*i*.



Figure 13   Command File Generator: Com port Tab

Table 12 lists the commands set through this tab.

Table 12   Commands Set in Com Port Settings Tab

| Field or Check Box | Command Generated | Field or Check Box | Command Generated |
|---|---|---|---|
| **COM1** | | **COM2** | |
| Baud | LSBA | Baud | LSBA2 |
| Parity | LSPA | Parity | LSPA2 |
| Length | LSCL | Length | LSCL2 |
| Handshake | LSHA | Handshake | LSHA2 |
| Active interface | IT | Active interface | IT |
| Node address | LSNO | Node address | LSNO |

THE CONFIGURATOR™ APPLICATION
*Command File Generator Window*

**FTP Settings Tab**   To set FTP parameters for the CR 1000*i*, fill in the field values in this dialog (Figure 14).



**Figure 14**   Command File Generator: FTP Settings Tab

Table 13 lists the commands set in this tab.

**Table 13**   Commands Set in FTP Settings Tab

| Field | Command Generated |
| --- | --- |
| FTP Host IP Address | FTP IPADDR |
| FTP directory path | FTP PATH |
| User ID | FTP USERID |
| Password | FTP PASSWORD |

**IP Settings**   To set TCP/IP parameters for the CR 1000*i*, fill in the field values in this dialog (Figure 15).



Figure 15    Command File Generator: IP Settings Tab

Table 14 lists the commands set in the IP Settings tab.

Table 14    Commands Set in IP Settings Tab

| Field or Check Box | Command Generated |
|---|---|
| Get IP from DHCP | TCPIP DHCP |
| IP Address | TCPIP IPADDR |
| Subnet mask | TCPIP MASK |
| Gateway | TCPIP GATEWAYIPADDR |
| Flags | TCPIP FLAGS |
| DNS | TCPIP DNSIPADDR |
| DNS2 | TCPIP DNS2IPADDR |
| Telnet Reset Port | TELNETRST |
| PPP User ID | TCPIP PPP_USERID |
| PPP Password | TCPIP PPP_PASSWORD |

THE CONFIGURATOR™ APPLICATION
*Command File Generator Window*

Image Tab   To set image parameters for the CR 1000*i*, use the drop-down menu selections, fill in field values, and check the appropriate Image Options in this dialog (Figure 16).



Figure 16   Command File Generator: Image Tab

Table 15 lists the commands set in the Image tab.

Table 15   Commands Set in Image Tab

| Field or Check Box | Command Generated |
|---|---|
| Image options | |
| Remove black strip; remove black pixel runs; mirror image is required; perform mirror image; 90° clockwise rotation required; perform 90° clockwise rotation | IMAGEOPT FLAGS |
| Enable image size threshold checking | IMAGESIZE ON/OFF |
| Minimum document size | IMAGESIZE MIN |
| Image origin point | IMAGEOPT ORIGIN |
| Document type | IMAGEOPT TYPE |
| Image format | IMAGEFMT |
| Image port; image protocol | IMAGEPORT |
| File naming format | IMAGENAME |
| Reduce image quality | IMAGEOPT QUALITY |
| Cropping criteria (default 20; percentage limited to 0–50) | IMAGEOPT CROP |