

# APPENDIX E

# SIGNFILE PC Tool and PCLANCNV Utility

**SIGNFILE PC Tool**

The SIGNFILE PC tool is used to secure the CR 1000*i* operating system, embedded application, and command files.

SIGNFILE computes authentication codes for files. For each input file the program computes a 20-byte secure hash code, which is a function of the file contents only, and a 4-byte message authentication code (MAC) derived from the hash and the Secure Download Key (SDK).

**Prototype**

```
signfile [-i id] [-o out-file] [-s format] [-c] [-n] [-f font-dir]
[-F arg-file]  in-file ...
```

**Arguments**

`in-file`    File(s) to sign.

**Options**



**NOTE**

Option flags are case-sensitive. Space between a flag and its following argument is optional.

| | |
|---|---|
| `-i id` | Security module firmware ID. `id` is a 4-digit hexadecimal value. The firmware ID is always 0000. |
| `-o file` | Outputs results to file (in addition to displaying them on the screen). The filename must follow DOS naming conventions (that is, 8.3) |
| `-s format` | Sets the output file format. The following entries can be made in the supplied format string: |
| | `!f`: file name |
| | `!h`: hash code (40 hexadecimal digits) |
| | `!a`: authentication code (4 hexadecimal digits) |
| `-c` | Treat all files as secure command files. |
| `-n` | Treat no files as secure command files. |
| `-f dir` | Font directory for secure commands. |
| `-F file` | Read more arguments from file. |

**Authentication Codes**

The file hash code is computed using the Secure Hash Algorithm (SHA) as specified by the National Institute of Standards. This involves no secret key.

The authentication code is computed from the hash value and the SDK using the same algorithm that signs secure commands. This value is required to authenticate a security module command of the form:

```
{ 0x18, 0x5D, 0x01, SHA[20], LRC }
```

where, `SHA[20]` represents the hash code.

A fixed CMID of 0 and NMID of 1 are assumed.

The MAC is presented to the terminal when a file is downloaded. The terminal then recomputes it from the file. If the results match, the terminal determines that the file is approved by an authority with the secret key (and that it has not been corrupted during the download process).

**Key Entry**    The program prompts for the SDK, an 8-byte DES key. Enter the SDK as a 16-digit hexadecimal value. Digits A–F can be entered in uppercase or lowercase. Spaces and punctuation marks are ignored. For example, a key could be entered as:

```
1234.5678 DEAD.beef
```

Key digits are echoed as `*`. Other characters display as typed. The key must be entered twice to reduce the chance of typographic errors. The key can be entered in multiple parts, exclusive-OR'ed. In this case, each part is entered as described above.

**Firmware ID**    The signing algorithms also require a 16-bit security module firmware ID. This ID can be specified on the command line with the `-i` option; if not specified, the program prompts for it. The firmware ID is always 0000 for the CR 1000*i*. Enter it as a 4-digit hexadecimal number.

**Output**    The computed hash and authentication codes are displayed on screen. If the `-o` option is used, these codes are also written to a file. By default, this file contains a line for each file, listing its name, hash code, and authorization code.

The `-s` option specifies a different file format. For each signed file, a line consisting of the format string with the field substitutions shown in the options listed previously is output. See Example 2 below.

The program also writes a log file, named SIGNSCF.LOG, that contains a record of the files signed and results. For secure command files, the log also includes the command data as sent to the security module (which is the data actually signed).

The program warns if either output file already exists and prompts for confirmation before overwriting it. An example log file output follows.

**Example 1**    `signfile -f myapp.out`    Computes and displays the hash and authentication codes for myapp.out.

Following execution of the command the screen display resemble the following (user inputs are shown in boldface):

When entering hexadecimal values you can use uppercase or lowercase. Spaces and punctuation marks are ignored.

```
Enter the Firmware ID as a 4-digit hexadecimal number.

0000

If the SDK is entered in multiple parts enter the number
of parts. Enter 1 or nothing if the key is entered
directly.

Number of key parts: 1

Enter the SDK as a 16-digit hexadecimal number.

* * * * * * * * * * * * * * * *

Enter the SDK again to confirm it.

* * * * * * * * * * * * * * * *

myapp.out

Hash = 42517DE04A92F49368E39D55D0D80F96ED338BC0

MAC = DE9F278
```

A sample of the log file generated in this session follows. Comments are in italics.

```
SIGNFILE - 21 Aug 1997 17:36

Firmware ID = 0000

FILE: C:\K2\APPS\myapp.out (13 Aug 1997 13:46, 51564
bytes)
```
*Full name, timestamp, and size of file being signed.*
```
hash = 42517DE04A92F49368E39D55D0D80F96ED338BC0

mac = DE9F278
```

**Example 2**    `signfile -n -o dndl.bat -s"dl !f *!f=!a" myapp.out`

This command computes the hash and authorization codes as above, but does not insert MACs for the secure command file (due to the –n option). It also writes the file dndl.bat containing:

```
dl myapp.out *myapp.out=DE9F278
```

dndl.bat could be run as a batch file to download the files and record their authorization codes in environment variables.

## PCLANCNV Utility

The CR 1000*i* uses a flash EPROM to store the operating system. In the field, OS upgrades are possible. OS downloads can be performed through the following methods:

- ZonTalk/DL
- FTP
- IBM ECR

16 KB of flash is reserved for the boot area. Once deployed, this area of flash must be locked and cannot be changed. To create a file to update the OS, the PCLANCNV utility must be used.

The PCLANCNV utility processes CR 1000*i* files stored on a PC and combines them into an efficient format suitable for direct transmission over the following configurations:

- From an IBM ECR
- From a PC/terminal through VeriCenter or DL
- From an FTP server

**PCLANCNV Use**    The Compressed Download System (CDS) allows information to be loaded in the form of a single compressed file. This compressed file may contain any or all of the following components:

- An OS and/or
- Application code and/or
- Application data and/or
- Environment variables

The compressed file is generated off-line on a PC using the VeriFone utility PCLANCNV, which must run twice. The PCLANCNV command line accepts the following:

- the CR 1000*i* target specifier `-w` the first run time, and `-w<authentication_string_filename>` the second run time
- a format specifier `-t`, `-r`
- a list of one or more files to be merged and compressed
- Optionally, a list of environment variable settings

The format specifies the download protocol to be used. The download formats supported are:

- IBM ECR (`-r`)
- ZonTalk or FTP (`-t`)

Once a compressed file has been generated, the file can be downloaded to the terminal directly, if using the ZonTalk download capability. An ECR format file must be copied to an ECR and then downloaded by the ECR protocol driver.

On completion of the compressed file download, the file is authenticated against a security code attached earlier by the PCLANCNV utility to the end of the file. Authentication failure causes the entire file to be deleted. Successful authentication causes automatic validation and expansion of the file to create the embedded component operating system, application files, passwords, and environment variables. The validation phase is run against the entire file, then the expansion phase creates the individual components.

**Expansion of
Compressed Files**

### OS Files

The OS is in control at the time expansion is initiated. It remains in control if the download contains only application files (code and/or data), but eventually relinquishes control to a new OS if one has been downloaded.

Cycling the power during OS expansion (flash erase or burn) results in the burn being attempted again (every time the power is cycled), using code and data saved in RAM at the start of the first OS expansion attempt. In this case, the LED is steady green for 60 seconds. Successful repair of an OS after power cycling during expansion results in the CR 1000*i* rebooting into the new OS.

When the new OS is rebooted after expansion, it initializes everything, except the file system and certain environment variables. The file system must remain intact because there may be more items or files to expand.

### Application Files

Once the initialization is complete, the new OS looks to see if further expansion must be done and, if so, automatically continues expanding any application code, data files, environment variables, or embedded passwords.

Should the power be cycled after application expansion has started, no attempt at recovery is made and it is necessary to repeat the download of the compressed file.

All unnecessary files are removed after a successful expansion.

**PCLANCNV Utility
used for Download
File Preparation**

The function of this utility is similar to that of the zip utility widely used in the PC world. PCLANCNV generates a download file used by the compressed download capability. The user specifies on the command line one or more of the following:

- The output format

- A list of input files (OS, application code or data)

- Environment variables

- Real-time clock setting

PCLANCNV joins these together and, depending on the specified format, uses one of several different compression schemes (or no compression) to prepare the output file. This process is referred to as *compressing.*

A compressed file previously prepared in the above manner can be specified as the sole parameter to a -d command line option for test purposes. This causes PCLANCNV to re-generate copies of the original input files in a TMP subdirectory previously created by the user. This process is referred to as *expanding.*

The contents of this subdirectory can be subsequently compared with the original files to ensure the utility is working correctly. The environment variables, and other embedded information such as password(s) and system clock values, are displayed on the PC screen as they are expanded.

The CR 1000*i* does not expand a download file as it is received. The file is first stored in the unit, then expanded once the download is complete.

**PCLANCNV–Options**

The command line options for PCLANCNV are listed below.

The following command lines prepare a ZonTalk format file that, when downloaded and expanded, will contain the information to:

- Select the flash file system to receive all files
- Load a new application
- Load two data files into the terminal

The format constraints on the command line control parameters to the PCLANCNV utility are:

- The obligatory option `-w` to indicate the target is a CR 1000*i* terminal
- An OS file is proceeded by `-m`
- Each application code file is specified without a control parameter
- Each application data file name must be proceeded by an `-I`
- Files must be specified in the following order:
  - Operating system
  - Application code
  - Application data
- There cannot be a space between the control parameter and its item
- A control parameter can be upper or lowercase
- Other than the order required above, the order of items in the command line is not significant
- If the environment variable ends with `*`, an additional `*` must be added to clear that variable
- If the `<value>` for an environment value includes a space, `<value>` must be in quotation marks

### Input File Options

| | |
|---|---|
| `filename` | An input application code file (no control parameter before file name). |
| `-i <filename>` | An input application data file. |
| `-m <filename>` | An input operating system (binary format). |

### Input Data Options (not files)

`location=<value>`    Sets an environment variable to `<value>`, for example:

```
*ZA=TEST
*ZT="TERMID"
```

`location*`    Clears an environment variable; this deletes the environment variable.

### Output Format Definition

| | |
|---|---|
| `-e` | IBM ECR uncompressed in blocks of 128 bytes. |
| `-e<blocksize>` | IBM ECR uncompressed in blocks of `<blocksize>` bytes. |
| `-n` | Uncompressed format with no blocking. |
| `-r` | Compressed IBM ECR format in blocks of 128 bytes. |
| `-r<blocksize>` | Compressed IBM ECR format in blocks of `<blocksize>` bytes. |
| `-s` | LZH compressed Motorola S-Records in 32-data-byte blocks. |
| `-t` | LZH compressed ZonTalk format with no blocking. |
| `-v` | Override error checking of output file content, count, and order. |
| `-w[<filename>]` | CR 1000*i* target and optional authentication string file name. |

### Output File Name

`-o<filename>`    The output file name is specified in `<filename>`.

### Other Controls

| | |
|---|---|
| `-d<filename>` | Decode a previously created output file to existing TMP subdirectory. |
| `-f<filename>` | Use `<filename>` as ASCII source file for options requiring `<filename>`. |

**PCLANCNV–**
**Option Examples**

1   To produce an unauthenticated LZH-compressed file MONZAAPP.BTZ:

```
PCLANCNV -t -w -mMONZA.BIN SETDRIVE=F APP.OUT -iDEFAULT.CMD -oMONZAAPP.BTZ
```

SETDRIVE commands the CR 1000*i* to store ensuing files into the specified memory location (in the above example `=F` indicates flash memory).

2   To generate the authentication string of the above LZH-compressed file in file MONZASAD.BTR:

```
SIGNFILE -o MONZAAPP.BTR -s !a MONZAAPP.BTZ
```

Please see SIGNFILE PC Tool.

3   To produce the final authenticated LZH-compressed file MONZAAPP.ZTK (ZonTalk/FTP) and MONZAAPP.ECR (IBM ECR), respectively by regenerating the file from step 1 and appending to it the file produced in step 2:

```
PCLANCNV -t -wMONZAAPP.BTR -mMONZA.BIN SETDRIVE=F APP.OUT -iDEFAULT.CMD
-oMONZAAPP.ZTK

PCLANCNV -r -wMONZAAPP.BTR -mMONZA.BIN SETDRIVE=F APP.OUT -iDEFAULT.CMD
-oMONZAAPP.ZTK
```



**NOTE**    The options in steps 1 and 3 are (and *must* be) identical, except that step 3 has the file name produced in step 2 appended to the -w parameter *and* -t is replaced by -r for ECR download file format.

**NOTE**    The configuration variable SETDRIVE=F directs the file system to place all following files in the flash file system.

VeriFone

# APPENDIX F

# Communication Configuration Examples

This section describes some probable communication configurations for the CR 1000$i$, with the existing functional ports.

COM1     This is the main Command and MICR port used to connect to most controllers: ECR tailgate, RS232, keyboard wedge.

         Also accepts power from an ECR using a special cable.

COM2     On CR 1000$i$ Ethernet models, this port is also used in keyboard wedge mode as a printer passthrough port when two RS232 ports are required.

Ethernet     On CR 1000$i$ Ethernet models, this is the recommended port for image file transfers using FTP. Telnet is used as the command port in keyboard wedge mode.

Telco     On CR 1000$i$ modem models, this port id the recommended port for image file transfers using FTP.

For most applications, the Command port and the MICR port are one in the same.

Table 18     **Command Port and MICR Port Assignments**

| | CMD Port | MICR Port | Image Port | Comments |
|---|---|---|---|---|
| 1 | ECR(RS485) | ECR(RS485) | ECR(RS485) | ECR using RS485, no Ethernet |
| 2 | ECR(RS485) | ECR(RS485) | FTP | ECR using RS485, with Ethernet |
| 3 | Telnet | Wedge | FTP | Wedge must have Ethernet for images and commands |
| 4 | ECR(RS485) | ECR(RS485) | RS232 | ECR unlikely to have both RS485 and RS232 ports |
| 5 | RS232 | RS232 | FTP | Device using RS232, with Ethernet |
| 6 | RS232 | RS232 | RS232 | Device using RS232, no Ethernet |
| 7 | RS232 | RS232 | MODEM | Device using RS232, modem |

**Configuration for ECR using RS485, No Ethernet Connection**

```
<< Setup COM1 >>

# Set IT: 6=4683/4 Direct Connect; 31=4683/4 Visa II

IT 31

CMDPORT COM1

MICRPORT COM1


IMAGEPORT COM1 NONE
```

COMMUNICATION CONFIGURATION EXAMPLES

**Configuration for
ECR using RS485
with Ethernet**

```
<< Setup COM1 >>

# Set IT: 6=4683/4 Direct Connect; 31=4683/4 Visa II

IT 31

CMDPORT COM1

MICRPORT COM1



<< Setup TCPIP >>

<< Setup FTP >>

IMAGEPORT ETHERNET FTP
```

**Configuration for
Keyboard Wedge
with Ethernet**

```
<< Setup COM2 >>

PRPT OFF

<< Setup COM1 >>

# Set IT: 5=4683 non-ANPOS keyboard; 12=4683 ANPOS keyboard

IT 5

EF 52

<< Setup TCPIP >>

<< Setup FTP >>

CMDPORT TELNET

IMAGEPORT ETHERNET FTP
```

**Configuration for
ECR using RS485
and RS232**

```
<< Setup COM2 >>

PRPT OFF

<< Setup COM1 >>

# Set IT: 1=RS232; 6=4683/4 Direct Connect; 31=4683/4 Visa II

IT 31

CMDPORT COM1

MICRPORT COM1

# For RS232, image file transfer protocol is either ZONTALK or NONE

IMAGEPORT COM2 ZONTALK
```

**Configuration for
ECR or Other
Device using
RS232 and
Ethernet**

```
<< Setup COM1 >>

# Set IT: 1=RS232

IT 1

CMDPORT COM1

MICRPORT COM1

<< Setup TCPIP >>

<< Setup FTP >>
```

```
IMAGEPORT ETHERNET FTP
```

**Configuration for ECR or Other Device using RS232, No Ethernet Connection**

```
<< Setup COM1 >>

# Set IT: 1=RS232

IT 1

CMDPORT COM1

MICRPORT COM1

# For RS232, image file transfer protocol is either ZONTALK or NONE

IMAGEPORT COM1 ZONTALK


OPTION A. If configured for printer pass-through

<< Setup COM2 for the printer >>

PRPT ON
```

**Configuration for POS Device using RS232 Modem**

```
<< Setup COM1 >>

# Set IT: 1=RS232

IT 1

CMDPORT COM1

MICRPORT COM1

IMAGEPORT MODEM FTP


OPTION A. If configured for printer pass-through

<< Setup COM2 for the printer >>

PRPT ON
```

COMMUNICATION CONFIGURATION EXAMPLES



# Command File Examples

This section provides three examples of command files for possible CR 1000*i* configurations.

**Direct-Connect Example**

This .CMD file details settings for a direct-connect configuration as follows:

- Command and MICR ports through the ECR tailgate direct-connect interface.

- Image port also uses the ECR tailgate. The ECR code *must* be modified to support image file transfers.

- Request mode is enabled so that the CR 1000*i* waits for a `FEED` command before accepting a check.

- All commands unnecessary for configuration are removed.

**CURRENT.CMD file**

```
# Enable Configuration changes
CFG ON
# Disable authentication of configuration files
#
SECURITY CMD OFF 0102030405060708

#
# Configure COM1
#
# Configure Interface Type
#
IT 6

#
# Configure COM2
#
PRPT OFF

#
# Set Command Port and MICR Port
#
CMDPORT COM1
MICRPORT COM1

#
```

```
# Set Image Port
#
IMAGEPORT COM1 NONE

#
# Set up image formatting:
#  Whole image, short filename, unlimited file size
IMAGEFMT WHOLE
IMAGEOPT FLAGS 30
IMAGEOPT ORIGIN TOP
IMAGEOPT QUALITY BEST
IMAGEOPT SKEW ON
IMAGEOPT CROP 20
IMAGENAME SHORT
IMAGESIZE OFF
CAPTURE BOTH

# Set up MICR formatting:
#  E13B in raw format, spaces as decoded, in 1 pass mode
#  no xambles or translations
#  Read MICR in forward direction only
EF 0
S1 0
LSFT E13B
M1
M2
T1
V1
MICRPASS 1

# Host detect and demo mode
HOSTDETECT 0
DEMO OFF

# Request Mode and ACK
RQ ON
ACK ON
```

**Semi-Integrated Example**

This .CMD file details settings for a semi-integrated configuration as follows:

- Command and MICR ports through the ECR tailgate interface (COM1).
- Image port uses FTP over Ethernet to a FTP server. Set to use DHCP for network configuration.
- Request mode is enabled so that the CR 1000*i* waits for a FEED command before accepting a check.
- All commands unnecessary for configuration are removed.

**CURRENT.CMD file**

```
# Enable Configuration changes
CFG ON
#
# Disable authentication of configuration files
#
SECURITY CMD OFF 0102030405060708

#
# Configure COM1
#
# Configure Interface Type
#
IT 6

#
# Configure COM2
#
PRPT OFF

#
# Set Command Port and MICR Port
#
CMDPORT COM1
MICRPORT COM1

#
# Configure Ethernet Port
#
TCPIP DHCP
TCPIP FLAGS 136

#
```

```
# Configure FTP parameters
#
FTP IPADDR 100.100.100.5
FTP USERID anonymous
FTP PASSWORD guest


#
# Set Image Port
#
IMAGEPORT ETHERNET FTP


#
# Set up image formatting:
#  Whole image, short filename, unlimited file size
IMAGEFMT WHOLE
IMAGEOPT FLAGS 30
IMAGEOPT ORIGIN TOP
IMAGEOPT QUALITY BEST
IMAGEOPT SKEW ON
IMAGEOPT CROP 20
IMAGENAME SHORT
IMAGESIZE OFF
CAPTURE BOTH


# Set up MICR formatting:
#  E13B in raw format, spaces as decoded, in 1 pass mode
#  no xambles or translations
#  Read MICR in forward direction only
EF 0
S1 0
LSFT E13B
M1
M2
T1
V1
MICRPASS 1


# Host detect and demo mode
HOSTDETECT 0
DEMO OFF


# Request Mode and ACK
RQ ON
ACK ON
```

## Server/ CR 1000*i* Example

This .CMD file details the settings for a server/CR 1000*i* configuration as follows:

- Uses IBM keyboard wedge mode for ANPOS keyboard.

- Command port is TELNET, over Ethernet.

- Image port uses FTP over Ethernet to a FTP server. Set to use DHCP for network configuration.

- Request mode is disabled; the CR 1000*i* is always ready to accept a check.

- All commands unnecessary for configuration are removed.

### CURRENT.CMD file

```
# Enable Configuration changes
CFG ON
#
# Disable authentication of configuration files
#
SECURITY CMD OFF 0102030405060708

#
# Configure Interface Type
#
IT 12

#
# Set Command Port
#
CMDPORT TELNET

#
# Configure Ethernet Port
#
TCPIP DHCP
TCPIP FLAGS 136

#
# Configure FTP parameters
#
FTP IPADDR 100.100.100.5
FTP USERID anonymous
FTP PASSWORD guest

#
```

```
# Set Image Port
#
IMAGEPORT ETHERNET FTP

#
# Set up image formatting:
#  Whole image, short filename, unlimited file size
IMAGEFMT WHOLE
IMAGEOPT FLAGS 30
IMAGEOPT ORIGIN TOP
IMAGEOPT QUALITY BEST
IMAGEOPT SKEW ON
IMAGEOPT CROP 20
IMAGENAME SHORT
IMAGESIZE OFF
CAPTURE BOTH

# Set up MICR formatting:
#  E13B in a format that outputs only the account number, in 1 pass mode
#  no xambles or translations
#  Read MICR in forward direction only
EF 52
S1 0
LSFT E13B
M1
M2
T1
V1
MICRPASS 1

# Host detect and demo mode
HOSTDETECT 0
DEMO OFF

# Request Mode and ACK
RQ OFF
ACK OFF
```

## SoftPay/ CR 1000*i* Example

This .CMD file details settings for a POS device running SoftPay as follows:

- Command and MICR ports through COM1 connected to a POS device running SoftPay.

- Image port also uses FTP over the modem port.

- Request mode is enabled so that the CR 1000*i* waits for a `FEED` command before accepting a check.

- All commands unnecessary for configuration are removed.

### CURRENT.CMD file

```
# Enable Configuration changes
CFG ON
# Disable authentication of configuration files
#
SECURITY CMD OFF 0102030405060708


#
# Configure COM1
#
LSBA 19200
LSCL 8
LSPA NONE
LSHA NONE
#
# Configure Interface Type
#
IT 1


#
# Configure COM2
#
PRPT OFF


#
# Set Command Port and MICR Port
#
CMDPORT COM1
MICRPORT COM1


#
# Set Image Port
#
IMAGEPORT MODEM FTP
#
# Set Modem Parameters
```

```
#
MODEM PRIMARY 18005551212
MODEM INIT
MODEM ANSWER OFF
MODEM VERBOSE ON


#
# Set up TCPIP
#
TCPIP DHCP
TCPIP FLAGS 136
TCPIP PPP_USERID Verifone
TCPIP PPP_PASSWORD test
#
# Configure FTP parameters
#
FTP IPADDR 100.100.100.5
FTP USERID anonymous
FTP PASSWORD guest


#
# Set up image formatting:
#  Whole image, short filename, unlimited file size
IMAGEFMT WHOLE
IMAGEOPT FLAGS 30
IMAGEOPT ORIGIN TOP
IMAGEOPT QUALITY BEST
IMAGEOPT SKEW ON
IMAGEOPT CROP 20
IMAGENAME SHORT
IMAGESIZE OFF
CAPTURE BOTH


# Set up MICR formatting:
#  E13B in raw format, spaces as decoded, in 1 pass mode
#  no xambles or translations
#  Read MICR in forward direction only
EF 0
S1 0
LSFT E13B
M1
M2
T1
V1
MICRPASS 1
```

```
# Host detect and demo mode
HOSTDETECT 0
DEMO OFF


# Request Mode and ACK
RQ ON
ACK ON
```

## Interactive Commands

Interactive commands are sent through the Command port. The response string returned must be parsed and acted on accordingly.

If Request mode is enabled, the CR 1000*i* must wait for an `RQ OFF` or `FEED` command before accepting a check. The tender routine to accept the check is:

```
RQ OFF
<< Wait for MICR line.  Must handle possible errors ('?' in the MICR
string).  Then format the data to insert in the TIFF file. >>
RQ ON

IMAGETAG 40001 ONCE {data}
<< Insert other images tags as desired >>
IMAGESAVE
<< The saved image "filename" is returned >>
```

If Request mode is disabled, the CR 1000*i* is always ready to accept a check. The tender routine then is:

```
<< Wait for MICR line.  Must handle possible errors ('?' in the MICR
string).  Then format the data to insert in the TIFF file. >>
IMAGETAG 40001 ONCE {data}
<< Insert other images tags as desired >>
IMAGESAVE
<< The saved image "filename" is returned >>
```

If the image file is to transfer per transaction:

```
IMAGESEND FILE filename DELETE
<< done for this transaction, so loop back to tender routine and FEED >>
```

If the image files are sent in a batch later, ensure that flash memory is not full:

```
IMAGESTATUS
<< if the number of bytes available returned in "Free" is less than 20K
then must send images now. Otherwise, back to tender routine and FEED >>
```

To send all the images in a batch at one time:

```
IMAGESEND ALL DELETE
```

COMMAND FILE EXAMPLES
*Interactive Commands*



**APPENDIX H**

# Interfacing to a Point-of-Sale Device

This section discusses how to implement an effective command interface from a point-of-sale (POS) device to the CR 1000*i*. After reviewing the various commands accepted by the CR 1000*i*, note the following three important points:

- The command/response protocol is very simple. There are no message headers or check digits.
- Commands and responses are ASCII text-based and string parsing must be performed by any device that attempts to control the CR 1000*i*.
- Most of the time, the CR 1000*i* only sends data to the POS device when asked, however, there are times that the CR 1000*i* sends unsolicited information to the POS device.

Although VeriFone has attempted to minimize unsolicited messages from the CR 1000*i*, the fact that they can occur and complicate the interface.

### Recommendations

1  Always enable acknowledgements with the ACK ON command. To ensure proper operation of the CR 1000*i*, there must be a two-way conversation where commands sent from the POS device return a response.

2  While the configuration control command (CFG) provides additional protection from an inadvertent command being sent to the CR 1000*i*, its use is not required.

3  Use the minimum feature set, as shown in Table 19.

Table 19    Minimum Feature Set

| POS Device Operation | Suggested Method | Commands |
|---|---|---|
| Establish communication with the CR 1000*i*. | Send a command to return a response to determine if the CR 1000*i* is connected and operational. | • `ID` – Returns the CR 1000*i* serial number.<br>• `QM` – Returns model information. |
| Control when a check is accepted. | Use the request command (`RQ`) to enable/disable check acceptance.<br><br>When check acceptance is enabled, the MICR string from the CR 1000*i* can be received on the MICR port at any time.<br><br>An insertion/transport error can also be received on the Command port. | `RQ ON/OFF`:<br><br>• `RQ ON` disables check acceptance.<br>• `RQ OFF` allows check acceptance. |
| Basic image manipulation includes definition of dynamic tag fields and issuance of an image save command.<br><br>More complex scenarios include multiple images saved to TEMP area, then merged. | Define image tag fields, then send the image save (`IMAGESAVE`) command.<br><br>The application must either manage image file names, or use the automatic file naming feature. | • `IMAGETAG` – Defines a tag field.<br>• `IMAGESAVE` – Saves an image. |

**Table 19     Minimum Feature Set** (continued)

| POS Device Operation | Suggested Method | Commands |
|---|---|---|
| Manage image memory.<br><br>Images are stored in flash memory. To prolong the life of the flash it is important to not erase it (coalesce) more frequently than once or twice per day. | The POS application must monitor the amount of free image memory in the CR 1000*i*.<br><br>Depending on imaging requirements, the POS application should set a free memory threshold and notify the user that image memory is low *before* it is exhausted.<br><br>If images are transferred to an image host once or twice a day, it is acceptable to issue a flash coalesce after each image batch upload.<br><br>Note that the CR 1000*i* performs an automatic flash coalesce as needed, but this can occur during a transaction and could cause an unacceptable delay. | • `IMAGESTATUS` – Retrieves the amount of free image space.<br>• `SR COALESCE` – Controls erasing of flash image memory. |
| Image transfer to host.<br><br>The CR 1000*i* supports a number of image transfer interfaces and protocols. | The use of the FTP protocol, either over a dial-up PPP or Ethernet connection, is recommended as it is an industry standard.<br><br>The simplest method of image transfer is the image send (`IMAGESEND`) command with the `ALL` and `DELETE` options. In this way, one command sends and deletes the images.<br><br>The POS application is sent status messages after each image transfers.<br><br>If image transfer is once or twice per day, control the flash erase by performing a flash coalesce after all images transfer. | Configure session parameters:<br>• `TCPIP`<br>• `FTP`<br>• `MODEM` (if dial-up PPP)<br>• `IMAGESEND ALL DELETE` – Connect, transfer, and delete all image files.<br>• `SR COALESCE` – Controlled flash erase. |

## Design Decisions

1   Should CR 1000*i* initialization be performed at a deployment facility or by the POS device?

Although it simplifies POS device application development to initialize the CR 1000*i* at a deployment facility, there are a number of benefits performing initializations in the field. The benefits include greatly simplified deployment, upgrade, and repair.

2   The CR 1000*i* is a complex device with both a real-time operating system and an embedded application. Updates to the firmware may be required or requested.

The choice is to either send the unit back to a depot for updates or to perform in-the-field upgrades. The POS device must remain a part of CR 1000*i* update procedures.

**Operating System/Application Updates**

- With the CR 1000*i* modem model, use the modem to dial a ZonTalk/VeriTalk/VeriCentre host or perform an FTP GET operation.

  - `DLRQ MODEM` - Set the `*ZA` and `*ZT` configuration variables to perform a ZonTalk download over the modem.

  - Use the FTP GET command to retrieve files from an FTP server.

- With any other CR 1000*i* model, download through the ECR or perform an FTP GET operation.

  - Use the FTP GET command to retrieve files from an FTP server.

---

**NOTE** 

Click on the word *Example* (below) to open a compilable text file containing the following code example.

---

***Example***

```
/* Constants    */
#define OK                0
#define READTIMOUT       -1
#define YUK              -2
#define DISABLED         -3
#define BADARG           -4
#define SENDFAIL        -11
#define IOCTLFAIL       -12
#define OPENFAIL        -13
#define IDFAIL          -14
#define READERROR       -15
```

```
/* Globals */
int cmdH;
char rxbuf[256];        /* Receive data buffer  */
int rxi=0;              /* Receive buffer index */


/* Initialize CR1000i communications */
int init_cr1000i(void)
{
    int rslt;

    rxi = 0;            /* Initialize index */
    rslt=open_cr1000i();
    return (rslt);
}


/* Open COM port 1 */
int open_cr1000i(void)
{
    struct Opn_Blk ob;
    int rslt;
    char rbuf[32];

    ob.rate= Rt_19200;
    ob.format=Fmt_A8N1;
    ob.protocol=P_char_mode;
    ob.parameter=0;

    cmdH=open("/dev/com1",0);
    if (cmdH>0)
        {
        rslt=ioctl(cmdH,SetCtrl|0,&ob);
        if (rslt<0)
            {
            close(cmdH);
            return(IOCTLFAIL);
            }
        /* Send a command twice to make sure com channel is clear */
        rslt=sendCR1000i("ID\r",rbuf,sizeof(rbuf),2,0);
        rslt=sendCR1000i("ID\r",rbuf,sizeof(rbuf),2,1);
        }
    else
    {
        return (OPENFAIL);
    }
    return(cmdH);
}
```

```
/*
 * Send the CR1000i a command & Receive a response
 * Steps:
 *
 * 1. Clear Rx buffer
 * 2. Send command
 * 3. Wait for a response or timeout (in seconds). timeout=0 to return
 * immediately
 * 4. if (timeout (seconds) or YUK and opt = 1) then display communication
 * error message
 *
 */
int sendCR1000i(char *tbuf,char *rbuf,int rsize,int timeout,int opt)
{
    int rslt;

retrySend:

    rxi = 0;    /* Clear buffer for each send */
    while (read(cmdH,rxbuf,sizeof(rxbuf))){;}

    rslt=write(cmdH,tbuf,strlen(tbuf));
    if (rslt==strlen(tbuf))
    {
        rslt = receiveCR1000i(rbuf,rsize,timeout,0);
        if (opt && (rslt==READTIMOUT || rslt==YUK))
        {
            rslt=comCheck(rslt);
            if (rslt==0) goto retrySend;
        }
        return rslt;
    }
    return (SENDFAIL);
}
```

```
/*
 * Called when there is a communication problem between the POS device
 * and the CR1000i
 *
 *  mode = 0, Called to test CR1000i communication
 *  mode = READTIMOUT, Called to handle an error in CR1000i communication
 */
int comCheck(int mode)
{
    int idx=0,rslt;
    char key,tbuf[32];

    if (!mode)
    {
        mode=sendCR1000i("ID\r",tbuf,sizeof(tbuf),2,1);
        if (mode<=0) mode=READTIMOUT;
    }

    if (mode==READTIMOUT || mode == YUK)
    {
        do
        {
            ioctl(STDERR,SetCtrl+4,0);
            clrscr();
            write(STDOUT,"Check Reader Not",16);
            write(STDOUT,"  Responding!  ",16);
            write(STDOUT,"Connect Unit and\n  PRESS ENTER",30);
            key=getchar();
            if (key==0x1B)    /* Clear key exits application */
                exit_app();
            clrscr();
            write(STDOUT,"Contacting...\n\n",15);
            write(STDOUT,"  Check Reader  ",16);
            rslt=sendCR1000i("ID\r",tbuf,sizeof(tbuf),2,0);
            rslt=sendCR1000i("ID\r",tbuf,sizeof(tbuf),2,0);
            idx++;
        } while (rslt<=0);
    }
    return(0);
}
```

```
/*
 * Accept a packet from CR1000i
 *
 * mode = 0 ->  wait for 'OK' followed by CR
 * mode = 1 ->  accept anything terminated by CR
 * mode = 2 ->  Termination must be CRLF (MICR data has a CR LF at the end)
 *
 */


int receiveCR1000i(char *rbuf, int rsize, int timeout, int mode)
{

    long tick_count;
    int rslt, rrslt;

    SVC_TICKS (1, &tick_count); /* Get the current tick count.  */
    tick_count += (timeout * TICKS_PER_SEC);
    /* Count at timeout limit    */

rslt=READTIMOUT;    /* Set in case read times out   */

while (SVC_TICKS (0, &tick_count))  /* Only read until timeout  */
{
    rrslt=read(cmdH,&rxbuf[rxi],sizeof(rxbuf)-rxi);
    if (rrslt < 0)
        return (READERROR);
    rxi += rrslt;

    /* Handle full buffer - assume rxbuf bigger than rbuf */
    if (rxi >= sizeof(rxbuf))
    {
        memcpy (&rxbuf[rsize],&rxbuf[sizeof(rxbuf)-20],20);
        rxi = rsize + 20;
    }

    while ((rxi>0) && (rxbuf[rxi-1]==0)) /* Remove trailing nulls    */
        rxi--;
```

```
/* Look for MICR */
if (mode==2)
{
    if ((rxi > 2) && (rxbuf[rxi-1] == '\n') &&
        (rxbuf[rxi-2] == '\r'))
        {
        rxi -= 2;
        rslt = rxi;  /* Remove CR and LF    */
        break;
    }
    else if ((rxi>5) && (rxbuf[rxi-1]=='\r') &&
            (!memcmp(rxbuf,"ERROR",5)))
    {
        rxbuf[rxi]=0;   /* Null for atoi()  */
        rslt = 0-atoi(&rxbuf[rxi-4]);
        rxbuf[rxi]='\r';  /* Replace the CR */
        break;
    }
}


/* Anything but MICR    */
if ((mode < 2) && (rxbuf[rxi-1] == '\r'))
{
    if ((rxi>=3) && !memcmp(&rxbuf[rxi-3],"OK",2))
    {
        if (rxi == 3)
            rslt = OK;  /* Only received OK */
        else
            rslt = rxi;
            break;
    }
    if ((rxi>=4) && !memcmp(&rxbuf[rxi-4],"YUK",3))
    {
        rslt = YUK;
        break;
    }
    if ((rxi>=9) && !memcmp(&rxbuf[rxi-9],"DISABLED",8))
    {
        rslt = DISABLED;
        break;
    }
    if ((rxi>=7) && !memcmp(&rxbuf[rxi-7],"BADARG",6))
    {
        rslt = BADARG;
        break;
    }
```

```
                    if ((rxi>=10) && !memcmp(&rxbuf[rxi-10],"ERROR",5))
                    {
                        rxbuf[rxi]=0;    /* Null for atoi()  */
                        rslt = 0-atoi(&rxbuf[rxi-4]);
                        rxbuf[rxi]='\r';   /* Replace the CR */
                        break;
                    }
                    if (mode==1) /* Done after first CR or LF */
                    {
                        rslt = rxi;
                        break;
                    }

                }
            }
            if (rslt<=0)
            {
                if (rslt != -1)       /* Reinitialize index   */
                    rxi = 0;          /* Do not initialize after timeout */
                return (rslt);
            }
            if (rxi>rsize)
                rxi = rsize;
            memcpy(rbuf,rxbuf,rxi);   /* data to return buffer */
            if (rxi<rsize)            /* include null termination */
                rbuf[rxi] = 0;
            else
                rbuf[rsize-1] = 0;
            rslt = rxi;
            rxi = 0;                  /* Reinitialize index   */
            return (rslt);

        }


        /* Flush out the command port */
        int flush_cmdport(void)
        {
            rxi = 0;    /* Clear buffer index */
            while (read(cmdH,rxbuf,sizeof(rxbuf))) {;}
        }
```

VeriFone

# Telnet and Reset Servers

## Telnet

The Telnet TCP/IP protocol is used on the Command port interface when CMDPORT is set for TELNET over Ethernet. This configuration is most likely only when the CR 1000*i* is in keyboard wedge mode.

The CR 1000*i* implements a simple Telnet server with the following functionality for the Command port:

- No support for any options or accept any control functions
- Recognize 0x8 as control code for <BS> (backspace)
- Does *not* adhere to standard line termination characters <CR><LF> (0x0D,0x0A) (see note below)
- Only one Telnet client can be connected at any time

On connection from the Telnet client application, the CR 1000*i* Telnet server responds with "CR 1000*i* Telnet Server<CR><LF>", and is ready for commands.

There is no need for a "login." Command responses are only terminated with <CR>.

---

**NOTE**



To send <CR><LF> as the terminator, set CRLF ON.

---

## Reset Server

If the Telnet client somehow disconnects abnormally, the CR 1000*i* Telnet server may still think the connection is valid and not let the client log in. For these situations, the CR 1000*i* Telnet server can be signaled to drop the connection through the Reset server. The port number of the Reset server is defined in TELNETRST Telnet Reset, and set to the default of 5000 in DEFAULT.CMD.

The procedure is as follows:

1   Connect to the Reset server.

2   On connection, the CR 1000*i* responds with "CR 1000*i* RESET server <VR><LF>."

3   Send the following message: "RESET the TELNET server<CR>" *this is case sensitive*.

4   On receipt of this message, the CR 1000*i* signals the Telnet server to disconnect and replies with "OK<CR><LF>."

5   The connection is terminated.

TELNET AND RESET SERVERS
*Reset Server*



**APPENDIX J**

# MICR Parser Task

The MICR Parser task is a CR 1000*i* TXO executable file containing an algorithm to extract the transit, account, and check number fields from the raw MICR string input. Though not a requirement, the parser algorithm can be updated, either in-house or by licensed third-party developers. It can then be securely downloaded to the CR 1000*i* independent of the main application. Modify and Update the Parser Task File provides the procedure for modifying and updating the CR 1000*i* MICR Parser task.

**Required Files and Tools**

The MICR Parser software package includes the following files:

- P_MAIN.C: This source file contains the initialization code and interfaces with APP.OUT. Make no changes to this file.

- PARSER.C: This is the source file to modify with new parsing algorithms.

- MAKE_P.BAT: Use this batch file to compile and link the Parser task PARSER.OUT.

- P_ZTK.BAT: Use this batch file to sign and create the compressed download file PARSER.ZTK.

- SIGNMONZ.DAT: This data file contains the SDK (secure download key) to sign the download file.

---

**NOTE**

The SDK *must* be identical to that is already loaded in the unit.

---

The following PC development tools are also required:

- Workbench 3.0 or higher development tool and the Monza libraries, libmonza and incmonza.

- PCLANCNV PC utility

- SIGNFILE PC utility

## Modify and Update the Parser Task File

It is assumed that the CR 1000*i* development tools are already properly installed and the required environment variables are set.

**1** Edit the PARSER.C source file to update the parser algorithm and the Parser version identification string.

**2** Modify the Parser identification parameters appropriately:

```
char CUSTOMER_ID[]  = "VERIFONE  "; /* 10 bytes fixed ! */

char VERSION_ID[]   = "02";   /* 2 bytes */

char REVISION_ID[]  = "00";   /* 2 bytes */
```

**3** Modify the body of the `parse_micr_string()` function with the new parser algorithm.

---

**NOTE**

Do *not* change the function prototype. It must be strictly adhered to, as follows:

---

```
/*

** void parse_micr_string(char *cpRaw, char *cpTransit,

* char *cpAccount, char *cpCheck);

*

* PARAMETERS: cpRaw - pointer to the raw micr string (input)

*     cpTransit - pointer to the transit string (output)

*     cpAccount - pointer to the account number string

*     (output)

*     cpCheck - pointer to the check number string (output)

*

*  DESCRIPTION: This routine gets the check fields from the raw

* micr input

*

*  RETURNS:       None

*/
```

**4** Compile and link the program by invoking the MAKE_P.BAT batch file. The output file is PARSER.OUT.

5  Modify the SDK in SIGNMONZ.DAT (if required). The third and fourth lines contain the SDK, a 16-digit hexadecimal number, and must match that loaded in the CR 1000*i*.

```
0000

1

xxxxxxxxxxxxxxxx

xxxxxxxxxxxxxxxx
```

6  Create the signed, compressed download file PARSER.ZTK by invoking P_ZTK.BAT.

7  Download the PARSER.ZTK file to the CR 1000*i* using one of the following methods:

   •   Drag and drop the file into the RAM file system in the Configurator Explorer Window.

   •   Zontalk/DL5

   •   FTP

   •   IBM ECR

After a successful download, the QM command returns the new MICR Parser version identification number.

**MICR PARSER TASK**
*Modify and Update the Parser Task File*

VeriFone

# APPENDIX K

## FTPManager Utility

FTPManager is a stand-alone application designed to run on any Windows platforms. FTPManager provides the following key functions:

- Acts as an FTP server to CR 1000*i* units, capturing image files from CR 1000*i* units (or any other device supporting Ethernet based-FTPs) real-time or in batch mode.

- Supports local image archiving.

- Supports image forwards through an FTP client to up to three distinct locations.



**Figure 30      Image File Management Through Ethernet FTP**

**CR 1000*i* Image Capture (FTP Server)**

FTP server functionality supports multiple simultaneous FTP connections (minimum of 32) from CR 1000*i* units. The CR 1000*i* can instantly connect to the FTP server on a per-transaction basis or batch a series of images for transmission to the FTP server. Local authorization (login/password) can be enabled on a per-CR 1000*i* basis. A log file is generated for all CR 1000*i*-to-FTP server transactions.

## Local Image Archive

As an option, images can be archived on the platform running FTPManager. You can define the maximum amount of storage allowed for these image archives. Images are automatically deleted when the maximum amount of storage is reached. An automatic directory structure is created sorting images by year, month, and day received from the CR 1000*i*. You can view the image archives with the CR 1000*i* Configurator application or any TIFF file viewer.

## Image Forwarding (FTP Client)

FTPManager supports one, two, or three destinations (FTP servers). Images can be forward based on any of the following criteria:

- Time of day: Images transfer at a specific time each day; up to 3 transfers per day can be scheduled.

- Time interval: Images transfer at timed intervals for example, every 60 minutes.

- Quantity: Images transfer after a predetermined number of images are received from the CR 1000*i* units.

FTPManager logs all image transfer activity and has robust error detection that allows either manual or automatic retry if a problem occurs.

VeriFone

# INDEX

**A**

acknowledgements **33**
allowed connectivity in CR 1000i **13**
application authentication **105**
application upgrades **47**
architecture **12**
authenticate applications **105**
authentication codes **157**

**B**

baud **78, 79**
beeper **10**

**C**

CDB file **129, 137**
character length setting **80, 81**
character mapping **116**
check scans **23**
clear a paper jam **38**
clip image file regions **24**
clock, real-time **39**
clock, set system **129**
CMC7 MICR reads **9**
coalesce **110**
CMD file **40, 130**
COM port properties for Configurator **126**
COM ports **10**
command format **16**
command response definitions **16**
command response list **16, 29**
commands
    # Comments **32**
    ACK Set Acknowledgements **33, 130**
    CAPTURE Select Capture Mode **35, 130**
    CFG Configuration Control **36, 130**
    CLD Clear MICR Data Buffer **37**
    CLEARJAM Clear Paper Jam **15, 38**
    CLOCK Set Time/Date **39**
    CMDFILE Return .CMD File Contents **40**
    CMDPORT Set Command Port **41, 130**
    communication configuration **110**
    CONFIGSYS Set/Get/Delete CONFIG.SYS
        Entry **42**
    configuration **36**

CRLF Add in Line Feed **43, 130**
DEFAULTS Reset All Parameters to Defaults **44**
DEMO Enable Demo Mode **45, 131**
DIR Return File Directory **46**
DLRQ Download Request **47**
EF Enter MICR Format **48, 135**
ETHERNET Display Ethernet Address **53**
FEED Request Check Data **54**
FTP Configure FTP Protocol **55, 132**
HELP Help Display **57**
HOSTDETECT Define Host Detection Time-out
    **58, 131**
how to list all valid commands **57, 139**
ID Query Device ID **59**
IMAGEDEL Delete Image **60**
IMAGEFMT Set Image Format **61, 134**
IMAGEMERGE Merge Image Files to Create a
    Multi-Page TIFF **24, 62**
IMAGENAME Set Image Naming Method **64,
    134**
IMAGEOPT Set Image Options **65, 134**
IMAGEPORT Set Image Output Port **68, 134**
IMAGESAVE Write Current Image to a File **69**
IMAGESEL Select an Image **70**
IMAGESEND Send Current Image **71**
IMAGESIZE Set Minimum Image Size **72, 134**
IMAGESTATUS Return Image Status of Image
    **73**
IMAGETAG Set or Return Image Tag **75**
imaging **26**
IT Set Interface Type **131**
IT, V1 Set MICR Translation Table **77**
LSBA Set COM1 Baud Rate **78, 131**
LSBA2 Set COM2 Baud Rate **79, 131**
LSCL Set COM1 Character Length **80, 131**
LSCL2 Set COM2 Character Length **81, 131**
LSFT Set MICR Font Type **82, 135**
LSHA Set COM1 Handshake **83, 131**
LSHA2 Set COM2 Handshake **84, 131**
LSNO Set Node Address **85, 131**
LSPA Set COM1 Parity **86, 131**
LSPA2 Set COM2 Parity **87, 131**
M1, M2 Set MICR Data Preamble/Post-amble
    **135**
M1,M2 Set MICR Data Preamble/Post-amble **88**
MICRPASS Set MICR Read Passes **89, 135**

MICRPORT Set MICR Data Output Port **90, 135**
MODEM **136**
MODEM Set modem parameters **91**
PING Ping FTP Server **93**
PROPERTY Display CR 1000i Properties **94**
PRPT Print Pass-Through Setting **95, 131**
QF Query MICR Format **96**
QM Query Model **97**
QS Query Status **15, 98**
RAW Return Raw MICR Data **100**
RD Return MICR Data **101**
returns **33**
RQ Set MICR 1 Request Mode **103, 135**
rules for **29**
S1 Set MICR Gap Flag **104, 135**
SECURITY Security Key Management **105, 131**
SR Software Reset **110**
SS Show COM1 Settings **111**
SS2 Show COM2 Settings **112**
ST Show MICR Translation Tables **113**
STATS Show Operational Statistics **114**
SX Show MICR Data Preamble and Post-Amble **115**
T1, V1 Set MICR Translation Table **116, 135**
TCPIP Configure TCP/IP **133**
TELNETRST Telnet Reset **119, 133**
USERDATA Set USERDATA Area **120, 130**
VIEW View Resident MICR Format Numbers **121**
VIF Show Valid Interface Types **122**
Compressed Download System, CDS **160**
compression **23**
compression CCITT Group 4 **23**
CONFIG.SYS entries **42**
configurations **9**
Configurator **125**
    check image viewing with **145**
    Check Tags window **145**
    Command File Generator **129**
    Command Terminal window **139**
    communications port properties **126**
    CR 1000i system properties **127**
    Demo mode **147**
    direct downloads with **141**
    Document Viewer **140, 144**
    Explorer window **139**
    FTP Folder **144**
    full downloads with **142**
    launch **126**
    main window **143**
        Restore Defaults button **127**
        set clock **129**
        start **126**
        Tag Editor window **146**
        toolbar buttons **143**
        Virtual CR 1000i **140**
connections
    POS device **179**
conventions **16**
CTS **83, 84**
custom scalable quadrant **25**

**D**

data capture **35**
delete image file **60**
demo mode, enable/disable **45**
DES key **158**
device ID **59**
direct download **143**
direct downloads **141**
directories for files **46**
document count **114**
document jams **15**
download cable **125**
download mode **47**
downloads **159**

**E**

E13B/CMC7 characters **9**
effectivity **16**
embedded tags **24**
encrypt/decrypt new keys **105**
error codes **123**
Ethernet, fixed address **53**
expansion of compressed files **161**

**F**

Feature 'C' **85**
features **9**
file compression **23**
file directory, display **46**
file naming **17**
file systems **139**
flash **9, 139**
flash memory **110**
FTP
    connections **195**
    directory setting **144**
    host internet address

set to Domain Server **55**
password **55**
ping server **93**
user ID **55**
FTP host internet address
set to static value **55**
FTPManager **195**

**H**

handshaking **83, 84**
hash code **157**
host detect time-out **58**

**I**

IBM 4683 ECR node address setting **85**
IBM ECR driver **151**
IBM ECR tailgate **85**
image
archives **196**
command list **26**
determine approximate image captures
remaining **98**
forwarding **196**
ink requirement **23**
manipulation options **65**
maximum document length **25**
maximum width **25**
memory status **73**
no protocol image transfer mode **28**
related options **65**
select **70**
set minimum size **72**
storing **23**
tag field **75**
transfer to host **71**
transfers **27, 196**
write to file **69**
image buffer
clearing **60**
image compression module **94**
image file
CCITT Group 4 compression **23**
clip **23, 24**
clip regions **24**
clipping **61**
combining **62**
custom scalable quadrant **25, 61**
delete **60**
merging **62**
multi-page **24, 63**
naming **64**

output port setting **68**
protocol **68**
scalable quadrant **23**
set format **61**
transfer to host **71**
imager **25**
imaging engine **10**
interfaces, valid **122**

**J**

jams **15**

**K**

KLK, Key Loading Key **105**
KLP, Key Loading Password **105**

**L**

lane identification **151**
LED states **10**

**M**

main processor module **20**
message authentication code, MAC **157**
MICR
active format **96**
automatic data send **103**
character mapping **116**
data buffer **101**
determine supported formats **121**
determine total errors **114**
determine total reads **114**
enhanced-MICR read **89**
format 0 **48**
format 15 **49**
format 16 **49**
format 21 **50**
format 35 **50**
format 36 **50**
format 39 **51**
format 50 **51**
format 51 **52**
format 52 **52**
output format **48**
output port setting **90**
preamble, post-amble **88, 115**
return formatted MICR data **101**
return raw MICR data **100**
set font **82**
set translation characters **116**
show translation tables **113**
spaces in formatted data **104**

MICR data buffer
    clearing **37**
MICR Parser task **191**
model
    application versions **97**
    firmware **97**
    name **97**
    number **97**
model information ‹model, OS version, and
    application version loaded› **127**
modem configuration parameters **91**
modes
    check imaging **23**
    default service mode **149**
    download **47**
    ECR tailgate **28**
    fast service mode **149**
    keyboard wedge **189**
    no protocol image transfer **28**
    print pass-through **95**
    receipt imaging **23**
    request **103**
    RS-232 **87**
    system mode **149**
multi-page TIFF **24, 63**

**O**

OCR processing **23**
operating system upgrade **47**
option flags **157**

**P**

paper jam, clearing **15, 38**
parity **86, 87**
password **105**
PC connection **125**
PCLANCNV utility **159**
ping message **93**
point-of-sale (POS) device **179**
ports
    active interface setting **77**
    COM **10**
    COM1 baud setting **78**
    COM1 character length setting **80**
    COM1 handshake method **83**
    COM1 parity **86**
    COM1, determine current communications **111**
    COM2 baud setting **79**
    COM2 character length setting **81**
    COM2 handshake **84**
    COM2 parity **87**
    COM2, determine current communications
        settings **112**
    determine COM1 settings **111**
    determine internal image port configuration **98**
    determine internal MICR port configuration **98**
    image file output **68**
    MICR output **90**
    setting for command receipt/returns **41**
    tailgate **151**
POS device .CMD file example **175**
post-amble **88, 115**
power adapter **125**
preamble **88, 115**

**R**

RAM **139**
real-time clock **39**
RESET button **141**
reset button **149**
Reset server **189**
reset, soft **110**
ROM **140**
RS-232 configuration **77**
RTS **83, 84**

**S**

scalable quadrant **25, 61**
scalable quadrants **23**
scan path **14**
SDK, Secure Download Key **105**
Secure Download Key, SDK **157**
Secure Hash Algorithm, SHA **157**
secure system **157**
security keys **105**
servers **189**
signature capture **23**
SIGNFILE PC tool **157**
soft reset, SR **110**
SRAM **9**
status, current unit **98**
system clock setting **129**
system mode **149**

**T**

tag field **75**
tags **145**
    add, modify, or delete **146**
    tag fields **146**
    viewing **145**

Telnet
    client **189**
    server **189**
    TCP/IP protocol **189**
terminate a download **143**
TIFF
    file format **24**
    image file viewing **140**
    viewers **24**
time and date **39**
time-out value **58**
translation tables, MICR **113**
typographic conventions **16**

**U**

unit serial number **59**
USB **9**
user-programmable settings, reset to factory
    settings **44**

**V**

VISA communication parameters **151**

**Z**

ZonTalk protocol **27**



VeriFone, Inc.
2455 Augustine Drive
Santa Clara CA 95054-3002
Tel: 800-VeriFone (837-4366)
www.verifone.com



VERIX
OPERATING
ENVIRONMENT




SOFTPAY
E-PAYMENT
APPLICATION



VERIX
DEVELOPER
TOOLKIT
DEVELOPMENT
TOOLS



VERISHIELD
SECURITY
ARCHITECTURE



OMNI 37XX
HAND-OVER-COUNTER
MULTI-APPLICATION
APPLIANCES



OMNI 33XX
MULTI-APPLICATION
APPLIANCES



VERIX
MULTI-APP
CONDUCTOR
MULITPLE APPLICATION
MANAGEMENT
SYSTEM



VERICENTRE
APPLIANCE
MANAGEMENT
SUITE

# CR 1000*i* Check Imaging Peripheral

*Programmer's Manual*

VeriFone Part Number 22209, Revision C