# WINCKLER EXHIBIT 8

value on the Simulator)

- Use WRITE #MICRCTRL, string to set the CheckReader operating characteristics. The string contains a one-letter command for the CheckReader to control both the feeding of checks and the font(s) recognized.

| Value | Meaning |
|-------|---------|
| "E" | Read E13B character set (default) |
| "C" | Read CMC7 character set |
| "B" | Read both E13B and CMC7 (see note below) |
| "Y" | Checks can be inserted at any time (default) |
| "N" | Check scanning disabled |
| "A" | "Auto" mode: enables a single check scan, then disables check scanning. |

Use of "Auto" mode is recommended. This allows the application to completely control when checks are accepted, and eliminates the need for special code to assure that the check data is "fresh". It also assures that new check data will NOT overwrite the current check during the transaction.

NOTE: While the CheckManager will read both character sets, it is more efficient to avoid selecting both unless absolutely necessary.

- Use SET #MICRCTRL: POINTER number to position to a specific field (use the numbers in the list above.
- Use ASK #MICRCTRL: POINTER variable to get the current field position into *variable*. This will be the next field read by READ #MICR