# WINCKLER EXHIBITS 9-28 UNDER SEAL