IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> REDACTED /PUBLIC VERSION |

**DECLARATION OF STEPHEN A. SCHUTZE IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

October 28, 2005

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

THE BAYARD FIRM
/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

I, Stephen A. Schutze, hereby declare and state as follows:

1.  I am the Managing Director of Forward Financial Consulting. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify about these facts, I could and would do so competently under oath.

2.  I hold a Bachelor of Science degree in Education from Ohio Northern University and completed coursework towards my Masters degree at Wayne State University in Michigan.

3.  Prior to launching Forward Financial Consulting, I was the Director of eStrategies at the American Bankers Association (the "ABA"). I oversaw electronic commerce policy development, helped formulate legislative and regulatory positions on electronic commerce and payment system issues, and fostered awareness of electronic commerce among member banks to enable them to better compete.

4.  I am currently on the Steering Committee of National Automated Clearing House Association's ("NACHA") Electronic Check Council, after having served as the previous Chairman of the Electronic Check Council. Before serving as the Chairman of the Electronic Check Council, I was the leader of the Council's Point of Sale Work Group.

5.  Before coming to the ABA, I was Senior Vice President at Bank of America in Business Transformation, directing payment systems strategies, check imaging strategic planning and Check Safekeeping.

[REDACTED] I submit this declaration in support of Defendant Nova Information Systems, Inc.'s Motion for Summary Judgment of Non-Infringement. I have been retained by Nova Information Systems, Inc. as an expert in this litigation [REDACTED]

7.  I have spent a significant amount of time studying the Nova Electronic Check

1

Service. I have spent part of that time observing as a Nova merchant processed or attempted to process several types of checks, including foreign and U.S. personal checks. Based on this and other work I have done, I believe that I am quite familiar with the capabilities and limitations of the Nova Electronic Check Service.



9.       I went to Portrait Innovations in Midlothian, Virginia, in order to test the capabilities of the Nova Electronic Check Service. Portrait Innovations is a local merchant that uses the NOVA Electronic Check Service. The merchant was equipped with a Hypercom T7 Plus terminal with an attached RDM EC6000i check reader.





16.         While at Portrait Innovations, I also submitted to the Nova Electronic Check Service a personal check drawn on my personal bank account. The transaction was processed as Nova describes in its product literature with the terminal producing an authorization slip which I signed.

17.         The personal check drawn on my personal account uses the E13B font to encode the MICR numbers which appear on the bottom of the check, as can be seen below in Figure 2. Figure 2 is a true and accurate copy of the personal check I used at Portrait Innovations.



I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct. Executed in Midlothian, Virginia on October 28, 2005.

_____
Stephen A. Schutze

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 4, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on November 4, 2005, copies of the foregoing document were sent by hand and email to the above local counsel and by first class mail and email to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

/s/ Richard D. Kirk (rk0922)

578216v1