IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. No. 04-858 (SLR) <br><br><br> **PUBLIC VERSION** |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY**

FISH & RICHARDSON P.C
William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

Attorneys for Telecheck Services, Inc.

Dated: October 28, 2005

Public Version: November 4, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("Telecheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of the Defendants Motion For Summary Judgment Of Invalidity.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,484,988 bearing Bates Nos. LML-EP 000001-16.

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,175,682 bearing Bates Nos. FDC 5000151-58.

5. Attached hereto as Exhibit C is a copy of a description of U.S. Patent No. 5,175,682 to Higashiyama et al.

6. Attached hereto as Exhibit D is a true and correct copy of the Joint Proposed Claim Construction Chart filed on Oct. 7, 2005.

7. Attached hereto as Exhibit E is a copy of an Invalidity Claim Chart comparing U.S. Patent No. 5,175,682 to U.S. Patent No. 5,484,988.

8. Attached hereto as Exhibit F 

9. Attached hereto as Exhibit G 

10. Attached hereto as Exhibit H 

11. Attached hereto as Exhibit I is a true and correct copy of a Preliminary Amendment dated June 8, 1994, bearing Bates Nos. LML-EP 000170-79.

12. Attached hereto as Exhibit J 

13. Attached hereto as Exhibit K REDACTED

14. Attached hereto as Exhibit L 

15. Attached hereto as Exhibit M is a true and correct copy of LML Patent Corp.'s Objections and Responses to TeleCheck Services, Inc.'s First Set of Interrogatories to LML dated Nov. 15, 2004, specifically Interrogatory No. 2.

16. Attached hereto as Exhibit N is a true and correct copy of LML Patent Corp.'s Proposed Claim Construction Chart dated Apr. 15, 2005.

17. Attached hereto as Exhibit O REDACTED

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed by me in Wilmington, Delaware on October 28, 2005.

/s/ Timothy Devlin
Timothy Devlin (#4241)