IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> PUBLIC VERSION |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
TELECHECK'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT**

FISH & RICHARDSON P.C
William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

Attorneys for Telecheck Services, Inc.

Dated: October 28, 2005

Public Version Filed: November 4, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("Telecheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of TeleCheck's Opening Brief In Support Of Its Motion For Summary Judgment Of Non-Infringement.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,484,988 and bearing Bates Nos. LML-EP 000001-16.

4. Attached hereto as Exhibit B is a true and correct copy of the prosecution history of U.S. Patent No. 5,484,988 and bearing Bates Nos. LML-EP -000054-242.

5. Attached hereto as Exhibit C    REDACTED

6. Attached hereto as Exhibit D    REDACTED

7. Attached hereto as Exhibit E is a true and correct copy of Uniform Commerical Code § 3–104.

8. Attached hereto as Exhibit F    REDACTED

9. Attached hereto as Exhibit G    REDACTED

10. Attached hereto as Exhibit H    REDACTED

11. Attached hereto as Exhibit I    REDACTED

12. Attached hereto as Exhibit J    REDACTED

13. Attached hereto as Exhibit K    REDACTED

14. Attached hereto as Exhibit L is a true and correct copy of excerpts of the Expert Report of Gary Tinkel Regarding Infringement dated Aug. 12, 2005.

15. Attached hereto as Exhibit M    REDACTED

16. Attached hereto as Exhibit N    REDACTED

17. Attached hereto as Exhibit O    REDACTED

18. Attached hereto as Exhibit P    REDACTED

19. Attached hereto as Exhibit Q    REDACTED

20. Attached hereto as Exhibit R is a true and correct copy of a Press Release dated Dec. 8, 1999, entitled "TeleCheck Reaches Billion Dollar Mark With Electronic Check Acceptance Service" and bearing Bates Nos. FDC 08532-33.

21. Attached hereto as Exhibit S is a true and correct copy of excerpts of the 2005 ACH Rules – A Complete Guide to Rules & Regulations governing the ACH Network and bearing Bates Nos. LML-EP 055336, 055337, 055420, 055429, 055432 and 055504.

22. Attached hereto as Exhibit T    REDACTED

23. Attached hereto as Exhibit U   REDACTED

24. Attached hereto as Exhibit V is a true and correct copy of U.S. Patent No. 5,175,682 and bearing Bates Nos. FDC 5000151-58.

25. Attached hereto as Exhibit W is a true and correct copy of excerpts of the deposition testimony of Dewayne E. Perry taken on Oct. 3, 2005.

26. Attached hereto as Exhibit X   REDACTED

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed by me in Wilmington, Delaware on October 28, 2005.

Timothy Devlin (#4241)

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2005, I electronically filed the Declaration of Timothy Devlin in Support of TeleCheck's Opening Brief In Support Of Its Motion For Summary Judgment Of Non-Infringement with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Attorneys for Plaintiff<br>LML Patent Corp. |
| Collins J. Seitz, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and Xpress Check, Inc. |
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Attorney for Defendants<br>Nova Information Systems, Inc. |

I hereby certify that on October 28, 2005, I have sent via electronic mail and via United States Postal Service, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

_/s/ Timothy Devlin_
Timothy Devlin