IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP. | Civil Action No. 04-858-SLR |
| Plaintiff, | |
| v. | Judge Sue L. Robinson |
| TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC., AND NOVA INFORMATION SYSTEMS, INC. | **PUBLIC VERSION** |
| Defendants. | |

**DECLARATION OF ROBIN A. RADEMACHER IN SUPPORT OF
LML PATENT CORP.'S *DAUBERT* MOTION NO. 3:
FOR A RULING LIMITING THE TESTIMONY OF BRIAN W. NAPPER**

Originally filed: October 28, 2005
Public version filed: November 4, 2005

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Attorneys for LML Patent Corp.

## DECLARATION OF ROBIN A. RADEMACHER

I, Robin A. Rademacher, declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Brian W. Napper.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Résumé of Brian W. Napper as submitted as Tab 1 to the Expert Report of Brian W. Napper.

4. Attached hereto as Exhibit 3 is a true and correct copy of portions of the October 4, 2005, deposition of Brian W. Napper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 27th day of October 2005 in Chicago, Illinois.

Robin A. Rademacher

# EXHIBIT 1 REDACTED IN ITS ENTIRETY

# EXHIBIT 2



# Brian W. Napper

Senior Managing Director - Forensic and Litigation Consulting
brian.napper@fticonsulting.com

353 Sacramento Street
Suite 1800
San Francisco, CA 94111
Tel: (415) 283-4200
Fax: (415) 283-4266

**Education**

University of California Berkeley
Accounting and Finance, B.S. –
Business Administration

University of California Berkeley
Technology Transfer and
Commercialization Study Program

**Affiliations**

Licensing Executives Society
(Former Chair of the Energy,
Chemicals and Polymers
Committee)

Intellectual Property Owners
Association (Member, Damages
Theories Committee)

California State Bar - Intellectual
Property Section (Associate
Member)

Mr. Napper is a Senior Managing Director in FTI's Forensic and Litigation Consulting practice in San Francisco and is the product leader of FTI's intellectual property practice. Prior to joining FTI, Mr. Napper was the founder of, and Partner in StoneTurn Group LLP, a national firm specializing in providing accounting, financial and economic consulting services on a wide variety of projects, often in dispute matters. Mr. Napper was recently the Global Principal in Charge of Deloitte & Touche's Intellectual Property Services and has over 20 years experience in the evaluation and quantification of economic damages arising from patent, copyright and trademark infringement, and trade secret misappropriation disputes. He also has extensive experience in advising client companies as to the valuation, commercialization, licensing and management of their intellectual property assets. His intellectual asset management clients include numerous Fortune 500 companies in a wide variety of industries including semiconductor, telecommunication, consumer products, life sciences and computers (hardware, software and the internet). Mr. Napper's background is in accounting, finance and economics, and he has a specific, focused understanding of those issues integral to the valuation and management of intellectual property.

## Intellectual Property Valuation and Commercialization

Mr. Napper has directed numerous valuation projects related to patents, copyrights, trademarks and trade secrets. He has performed intellectual property audits and consulted with clients regarding the management of their intellectual property assets, focusing on the identification and better utilization of their portfolio of intangible assets. A significant portion of his practice is focused on the determination of royalty rates and terms for licensing agreements. Mr. Napper has participated in numerous licensing negotiations.

In the process of assisting clients in the valuation and commercialization of their intellectual property assets, Mr. Napper has critiqued and contributed to the development of business plans, and has performed market studies, defined potential markets, projected market share and evolving competitive influences, and developed future sales and cost estimates.

## Patent, Copyright and Trademark Infringement

Mr. Napper has performed market analyses/studies wherein the patented or copyrighted product is sold, assessed lost profits stemming from alleged infringements, evaluated the contribution of the patented process/method to the end product and established the economic value of the underlying intellectual property.

Mr. Napper is skilled in the application of the *Georgia-Pacific* factors to the determination of reasonable royalty rates. He has determined reasonable royalty rates within patent infringement suits on many occasions in numerous industries. Over the course of his career, Mr. Napper has reviewed hundreds of license agreements, providing a broad frame of reference for reasonable royalty damages analyses.

Mr. Napper has testified in federal and state court and arbitration proceedings on matters involving intellectual property valuation, lost profits, reasonable royalty and economic damages issues.

## Trade Secret Misappropriation

Mr. Napper has evaluated the economic impacts of alleged trade secret misappropriation on multiple occasions from the perspective of both plaintiffs and defendants. He has quantified the



cost of development of proprietary technologies and valued, under a variety of methodologies, the economic impact of their misappropriation.

Mr. Napper's practical exposure to advanced technologies and development processes allows him to seamlessly team with technical experts and counsel to identify and establish the technology's contribution to commercial success. He has conducted analyses to determine the incremental contribution of alleged trade secrets to the profitability and marketability of particular products as well as their contribution to corporate value creation.

Mr. Napper has evaluated, on many occasions, the impact losing key employees has on development efforts and alternatively the efficiencies achieved by the organizations that subsequently retained these individuals. He has analyzed development timelines and market dynamics to establish the value of 'first mover' advantage.

**Publications and Presentations**

Mr. Napper has been a featured speaker at the California State Bar - Intellectual Property Section Conference addressing the determination of reasonable royalty rates. Further, he has addressed the San Francisco Chamber of Commerce on intellectual property valuation. Mr. Napper was a featured speaker for the American Institute of Certified Public Accountants (AICPA) Video course entitled "Valuation of Intellectual Property". Mr. Napper is an annual faculty member for the Practicing Law Institute's Patent Litigation Seminar, focusing on economic damages issues, and has addressed the annual conference of the Licensing Executives Society on both intellectual property and internet valuation issues. Mr. Napper has authored several articles related to intellectual property damages and valuation issues.

# EXHIBIT 3
# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF ROBIN A. RADEMACHER IN SUPPORT OF LML PATENT CORP.'S *DAUBERT* MOTION NO. 3: FOR A RULING LIMITING THE TESTIMONY OF BRIAN W. NAPPER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 4th day of November, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　Morris, James, Hitchens & Williams LLP
　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　Attorneys For Plaintiff
　　　　　　　　　　　　　　　LML PATENT CORP.