IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP. | ) Civil Action No. 04-858-SLR |
| Plaintiff, | ) |
| | ) Judge Sue L. Robinson |
| v. | ) |
| TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC., AND NOVA INFORMATION SYSTEMS, INC. | ) PUBLIC VERSION |
| Defendants. | ) |

DECLARATION OF ROBIN A. RADEMACHER IN SUPPORT OF
LML PATENT CORP.'S *DAUBERT* MOTION NO. 4:
FOR A RULING LIMITING THE TESTIMONY OF ALAN G. GOEDDE

Originally filed:  October 28, 2005
Public version filed:  November 4, 2005

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Attorneys for LML Patent Corp.

## DECLARATION OF ROBIN A. RADEMACHER

I, Robin A. Rademacher, declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action..

2. Attached hereto as Exhibit 1 is a true and correct copy of portions of the July 21, 2005, deposition of Amy Goodson.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Alan G. Goedde.

4. Attached hereto as Exhibit 3 is a true and correct copy of portions of the October 6, 2005, deposition of Alan G. Goedde.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 27th day of October 2005 in Chicago, Illinois.

Robin A. Rademacher

# EXHIBIT 1
# REDACTED IN ITS ENTIRETY

# EXHIBIT 2
# REDACTED IN ITS ENTIRETY

# EXHIBIT 3
# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF ROBIN A. RADEMACHER IN SUPPORT OF LML PATENT CORP.'S *DAUBERT* MOTION NO. 4: FOR A RULING LIMITING THE TESTIMONY OF ALAN G. GOEDDE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE 19801

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE 19801

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE 19801

Additionally, I hereby certify that on the 4th day of November, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA 90045

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA 90071

                /s/ *Mary B. Matterer*  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
Morris, James, Hitchens & Williams LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com

Attorneys For Plaintiff  
LML PATENT CORP.

15