| | reader." NACHA 014350. |
|---|---|
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | "On presentment of the check the item is read through the machine. The MICR information is captured . . . ." NACHA 014346.<br><br>"If the check is accepted, it is then handed back to the customer." *Id.*<br><br>"We at the company do not consider this action to be the accepting of checks but merely the creation of a customer initiated EFT transaction using the check to guarantee that the account number is correct . . . ." NACHA 014347.<br><br>"It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.*<br><br>"Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation. The data is immediately |

| | checked for validity . . . ." NACHA 014346. |
|---|---|
| (d) providing transaction event information to the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346.<br><br>"If anything negative is detected, the machine is notified via code and the check returned to the presenter . . . If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt." NACHA 014346. |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation." NACHA 014346.<br><br>NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information.<br><br>"Account information arrives at E-Funds." NACHA 014350.<br><br>"Information is sent to Main Processor for |

57

| | later clearinghouse processing." *Id.* |
|---|---|
| (f) storing the transaction event information and consumer banking account information; | NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information.<br><br>"Account information arrives at E-Funds." NACHA 014350.<br><br>"Information is sent to Main Processor for later clearinghouse processing." *Id.* |
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | "Information is sent to the Main Processor for later clearing house processing." NACHA 014350.<br><br>NACHA 014350 shows that the information is sent to a clearing house processor. The information is processed. *Id.* |
| (h) returning the bank check specimen to the consumer. | "If the check is accepted, it is then handed back to the customer." NACHA 014346.<br><br>"The writer of the check still has his/her check for their records." NACHA 014347. |
| 11. The checkwriting point of sale process of claim 10 further comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | "Another process that has been suggested is to cancel the check as it is processed through the check reader. Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be |

| | |
|---|---|
| | helpful to them." NACHA 014347. |

Claims 10 and 11 of the '528 patent are invalid as anticipated under 35 U.S.C. § 102 by E-Funds Corporation's commercial check processing method as disclosed in E-Funds Corporation's Reports beginning at least as early as November 1995. Each and every element of claims 10 and 11 of the '528 patent are taught by E-Funds Corporation.

| '528 PATENT | E-Funds Corporation Commercial Check Processing Method as Disclosed in E-Funds Corporation's Reports |
|---|---|
| 10. A checkwriting point of sale process comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995." NACHA 014346.<br><br>"The writer of the check gives the check to the store clerk who runs the check through a check reader." NACHA 035051.<br><br>"the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer. The captured data effects the transaction." NACHA 014354.<br><br>"when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or service provider; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On |

59

| | |
|---|---|
| | presentment of the check the item is read through the machine." NACHA 014346.<br><br>"Check is presented and read through check reader." NACHA 014350.<br><br>"The writer of the check gives the check to the store clerk who runs the check through a check reader." NACHA 035051.<br><br>"when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | "On presentment of the check the item is read through the machine. The MICR information is captured . . . ." NACHA 014346.<br><br>"If the check is accepted, it is then handed back to the customer." *Id.*<br><br>"We at the company do not consider this action to be the accepting of checks but merely the creation of a customer initiated EFT transaction using the check to guarantee that the account number is correct . . . ." NACHA 014347.<br><br>"It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.* |

60

| | |
|---|---|
| | "Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350.<br><br>"The reader automatically scans the MICR (the bank and check account number at the bottom of the check). Using this data the point of sale system then turns the paper check into an ACH transaction. Now the check is in essence an authorization to perform an electronic funds transfer." NACHA 035051.<br><br>"Customers that have gone through this process do not bother to fill out the check." NACHA 014356. |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation. The data is immediately checked for validity . . . ." NACHA 014346.<br><br>"As the data is received, these front-end systems check the data for accuracy." NACHA 035052. "Data entering the system is check validity and risk conctrol [sic]. Assuming the information is good, it can then be processed through to the ACH." NACHA 035060. In other words, the data is |

| | |
|---|---|
| | stored so that it can be verified. |
| (d) providing transaction event information to the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346.<br><br>"If anything negative is detected, the machine is notified via code and the check returned to the presenter . . . If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt." NACHA 014346. |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation." NACHA 014346.<br><br>NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information.<br><br>"Account information arrives at E-Funds." NACHA 014350.<br><br>"Information is sent to Main Processor for |

62

| | later clearinghouse processing." *Id.* |
|---|---|
| | "[T]he check is processed through a reader at the point of sale, the information is transmitted to E-Funds Corporation [a central computer system] and a transaction number sent back for identification." NACHA 014356. |
| (f) storing the transaction event information and consumer banking account information; | NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information. "Account information arrives at E-Funds." NACHA 014350. "Information is sent to Main Processor for later clearinghouse processing." *Id.* |
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | "Information is sent to the Main Processor for later clearing house processing." NACHA 014350. NACHA 014350 shows that the information is sent to a clearing house processor. The information is processed. *Id.* "Assuming the information is good, it can then be processed through to the ACH." NACHA 035060. "This information is processed by computer using the Automated Clearing House to collect or pay the funds to the appropriate |

63

| | account." NACHA 014354. |
|---|---|
| (h) returning the bank check specimen to the consumer. | "If the check is accepted, it is then handed back to the customer." NACHA 014346.<br><br>"The writer of the check still has his/her check for their records." NACHA 014347.<br><br>"the check is then returned to the customer." NACHA 014354.<br><br>"The check is given back to the customer along with a copy of his/her signed receipt." NACHA 014356. |
| 11. The checkwriting point of sale process of claim 10 further comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | "Another process that has been suggested is to cancel the check as it is processed through the check reader. Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be helpful to them." NACHA 014347.<br><br>"The check, once read by a reader, needs to be defaced. The defacing should be such that the face of the check is still readable but no bank teller would take the check." NACHA 025595.<br><br>"One variation on this is to take the check, stamp it E-FUNDS . . . ." NACHA 014287.<br><br>"The check is stamped 'ACH Processed' and is handed back to the consumer." FDC |

| | 1362998. |
|---|---|

Claim 18 of the '528 patent is obvious under 35 U.S.C. § 103 as unpatentable over an E-Funds Corporation's November 1995 Data Analysis Report in view of U.S. Patent No. 5,500,513 to Langhans.

| '528 PATENT | E-Funds Corporation + Langhans |
|---|---|
| 18. The checkwriting point of sale process of claim 10 further comprising performing a "velocity check" on the merchants sales activity to avoid fraud. | After the MICR information is captured, the data is "immediately checked for validity, potential fraud, and negative information against the account holder." NACHA 014346.<br><br>"The fraud control is taking place at the host computer where the account structure of each financial institution is housed." NACHA 014347.<br><br>"Information is check the AI module to determine reasonability." NACHA 014350.<br><br>Langhans describes an automatic purchasing control system using point-of-sale terminals that performs a "velocity check" that monitors transaction activity to detect fraudulent activity. *See* Langhans, Col. 1, lines 47-59, Col. 7, lines 44-47, Col. 8, lines 25-28, Col. 11, lines 35-63. It would have been obvious to include the velocity check taught by Langhans in the system described by E-Funds in order to avoid fraud. |

Claims 10, 11 and 18 of the '528 patent are obvious under 35 U.S.C. § 103 as

unpatentable over a May and an August, 1989 CheckMate Electronics Inc. Business

Analysis and Plan in view of U.S. Patent No. 5,053,607 to Carlson ("Carlson").

| '528 PATENT | CHECKMATE 1987 AND 1989 BUSINESS PLANS +CARLSON ' 607[16] |
|---|---|
| 10. A checkwriting point of sale process comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks."  [ECHO0003557] |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or service provider; | "Electronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks."  [ECHO0003557.] |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location. . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader. . . ." |

---

[16] All references are to Carlson unless otherwise specified.

66

| | |
|---|---|
| | [ECHO0003564] |
| | ECHO0003483 and ECHO0003499 show that after the check data is captured, the data is electronically transmitted to the ACH network. |
| | "Checkmate can provide the transaction information to check-issuing banks in a number of ways: through the ACH network, through the ATM networks, through direct connect with financial institutions, or some combination of the above." [ECHO0003502.] |
| | "The actual check used by the consumer will be cancelled and validated by the Checkmate terminal and returned to the consumer." [ECHO0003484.] |
| | "The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . . ." [ECHO0003558] |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | "The MICR-MATE has proven that not only can it recognize MICR characters . . ., but it can tell the user which MICR character(s) is likely to cause problems." [ECHO0003480.] "Checkmate will interrogate it's data base to ensure that the check writer is not on the negative data base." [ECHO0003517.] It is inherent in the Checkmate process that the customer's bank account information |

67

| | |
|---|---|
| | obtained from the check is stored so that it can be verified by searching a database.<br><br>Carlson teaches the use of a display means for displaying the MICR data entered into the CPU's memory "digit-for-digit/stroke-for-stroke." Col. 21, lines 6-25. |
| (d) providing transaction event information to the point of sale terminal; | The CheckMate system specifies that the merchant "enters the customer's driver's license number and the amount of purchase on the terminal keyboard." [ECHO0003626.] |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | In the CheckMate system, the "Insta-Check terminal takes driver's license, credit card or check information and communicates directly with the SGS computer.;" information transmitted to by the terminal to the central computer includes the "amount of purchase." [ECHO0003626.] |
| (f) storing the transaction event information and consumer banking account information; | The CheckMate central computer system stores "closed and invalid account information provided by local banks, accumulated negative information on specific active accounts provided by area retail merchants, and current customer positive files" [ECHO0003564], and relies on updated "experience files and invalid account information acquired from banks and retailers" to keep its resident stored consumer banking account information |

| | |
|---|---|
| | current. [ECHO0003565.] The CheckMate central computer contains "historical information about customer accounts." [ECHO0003544.] |
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | The CheckMate Business Plan explains that the "Automated Clearing House (ACH), and electronic payment transfer system" would be utilized to funnel check transactions initiated at the point-of-sale "to the depository bank, which would then electronically clear the items." [ECHO0003558, ECHO0003565] |
| (h) returning the bank check specimen to the consumer. | "Checkmate can truncate the check at the point-of-sale by returning the cancelled check to the customer." [ECHO0003502.]<br><br>Carlson teaches that at the conclusion of a point-of-sale transaction in which a check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.] |
| 11. The checkwriting point of sale process of claim 10 further comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | The Carlson system teaches that the point-of-sale terminal automatically logs and prints on the back of each cancelled check information including, but not limited to, a unique point-of-sale terminal identifier, the transaction date and time, the transaction amount, the fact that the check was cancelled at the point of sale, and any language or other |

69

|  | information required by Federal Reserve regulations.  Col. 10 lines 13-53. |
|---|---|
| 18.  The checkwriting point of sale process of claim 10 further comprising performing a "velocity check" on the merchants sales activity to avoid fraud. | The Carlson point-of-sale system can accommodate the variable "encryption/decryption methods and/or other security requirements" that "[e]ach banking institution and/or each network participant may have," and it would have been obvious to include velocity checking as such a network security requirement.  Col. 13, lines 57-60.<br><br>As Henry Nichols, an inventor of the '988 patent conceded during his June, 2005 deposition, the concept of velocity checking for payment authorization was not invented by he and his co-inventor, Robert Hills. [Nichols Depo 183:7-21.] |

Claims 10, 11 and 18 of the '528 patent are also obvious under 35 U.S.C. § 103 as unpatentable over July 14 and 27, 1989 Manta Systems Inc. documents entitled "Electronic Payment Systems No ID Tendering Store Requirements" in view of U.S. Patent No. 5,175,682 to Higashiyama ("Higashiyama").

| '528 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| 10. A checkwriting point of sale process comprising: | The Manta Systems No-ID Tendering documents describe a system for processing |

70

| | |
|---|---|
| | and verifying checks presented at the point-of-sale. [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or service provider; | In the Manta Systems, the customer provides a check to the merchant at the point-of-sale terminal. [FDC 1389766; FDC 1389768; FDC 1389773-80; FDC 1389801; FDC 1389803-15.] |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | The Manta Systems terminal provides means for "MICR reading of the account information at the bottom of the check. . . ." [FDC 1389757; FDC 1389792.] "The purpose of this process is to capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810.] |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | The Manta Systems point-of-sale terminal includes an alpha-numeric display that receives and stores transaction information, and a MICR reader to "capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810]. The ability to verify data would have been obvious to one of ordinary skill in the art. |

71

| | |
|---|---|
| | Higashiyama discloses that a data record, including customer checking account number and routing information and check amount, can be added to a data file maintained by POS terminal 201, i.e., stored at the POS terminal 201.  Col. 3, lines 55-62; col. 5, lines 1-4. |
| (d) providing transaction event information to the point of sale terminal; | The Manta Systems point-of-sale terminal prompts the cashier to "select the method of payment" and "enter the amount to be authorized including any cash back."  [FDC 1389766; FDC 1389801.] |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | Once the amount and type of check are entered into and the MICR line is read by the Manta Systems point-of-sale terminal, transaction and customer account information are transmitted to the Manta Systems host computer for check authorization.  [FDC 1389776; FDC 1389811.] |
| (f) storing the transaction event information and consumer banking account information; | The Manta Systems process allows the merchant to "create inquiry and maintenance transactions against the host authorization data display" and to "update negative and status information."  [FDC 1389757; FDC 1389792.]  The Manta Systems process requires an "audit trail of all transactions." [FDC 1389759; FDC 1389794; FDC 1389756; FDC 1389791.] |

| | |
|---|---|
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | The Manta Systems payment process enables the merchant to "record, store and forward" transactions for processing at a later time, such as through an automatic clearing house. [FDC 1389759; FDC 1389765; FDC 1389794; FDC 1389800.] |
| (h) returning the bank check specimen to the consumer. | Higashiyama teaches that the information from the paper check is electronically processed and the cancelled check is returned to the customer at the point of sale. Col. 4, lines 54-57. |
| 11. The checkwriting point of sale process of claim 10 further comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | Higashiyama teaches that validation information, indicating that electronic data pertaining to the check has been routed for collection and the check may be considered canceled, is printed on the check. Col. 4, lines 26-32. The validated and annotated check is returned to the customer at the point-of-sale. Col. 4, lines 54-57. |
| 18. The checkwriting point of sale process of claim 10 further comprising performing a "velocity check" on the merchants sales activity to avoid fraud. | The Manta Systems point-of-sale system allows limits to be established "by type of client, type of check, customer status and frequency time frame. Each authorization will be checked against all limits." [FDC 1389770; FDC 1389805.] The central Manta Systems host computer contains files including "frequency/history data (velocity)." [FDC 1389756; FDC 1389794.] |

73

|   | As Henry Nichols, an inventor of the '988 patent conceded during his June, 2005 deposition, the concept of velocity checking for payment authorization was not invented by he and his co-inventor, Robert Hills. [Nichols Depo 183:7-21.] |
| --- | --- |

In addition to the references cited above, the following references are also invalidating prior art to one or more claims of the '528 patent under either 35 U.S.C. §102 or 35 U.S.C. § 103:

As disclosed in LML-EP-011549, Nova Payment Systems of California offered for sale and/or publicly disclosed a check conversion system that constitutes invalidating prior art to the '528 patent. At least as early as November, 1996, Nova Payment Systems was operating a pilot program to convert checks at the point of sale at the Piedmont Grocery, a 7-lane retailer in Oakland, California, and at a Food-4-Less supermarket in Rohnert Park, California.

The Nova Payment Systems electronic check conversion system enabled a merchant to scan a check at a point-of-sale terminal and verify the customer's account information against both a positive and negative consumer account database file. Once the check was verified and accepted, the terminal printed an authorization slip for the customer to sign. The check was cancelled at the point-of-sale and returned to the customer at the point-of-sale. The merchant then stored the day's electronic check transactions, batching them for transmission to the originating depository financial institution for routing through the ACH Network.

In addition, as disclosed in LML-EP-011768-92, in September, 1996, the Electronic Check Council ("ECC") issued a publication entitled "Electronic Checks at the Point of Sale: A Pilot Program Guide" that describes a system for the electronic

74

conversion of paper checks at the point of sale constituting invalidating prior art to one or more claims of the '528 patent.    The ECC disclosed a system by which the "MICR line data from the source document – the check, including the payer financial instituting routing number, account number and check serial number, along with transaction amount and the payee/merchant name.  Once the check is presented and accepted for payment, the POS system will produce a receipt for the check writer to sign, authorizing the conversion of the check to an ACH entry. . . . Upon authorization, the merchant will mark the check with the words: 'VOID – Converted to Electronic Payment' or other suitable language to prevent duplicate processing.  The check is then returned to the customer.  One copy of the receipt is provided to the consumer and one is retained by the merchant." LML-EP-011770, LML-EP-011782.

Under the ECC pilot program, "the check writer (the 'payer') initiates an electronic debit to the payer's account by providing the merchant (the 'payee') with a check which prescribes the payer's account number and the payer's financial institution routing number.  The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check.  The check is not entered into the check collection process.  Rather, the check merely serves as a source of information to initiate an EFT.  Pursuant to the payer's agreement with the payee, the payee (or its agent), referencing the information provided on the check, initiates an ACH debit which is processed through the ACH network.  The check is returned by the payee to the payer." LML-EP-011775.  *See also* LML-EP-011719-20.

3.    **The '366 Patent**

Claims 1, 2, 3, 24, 25 and 27 of the '366 patent are invalid as anticipated under 35 U.S.C. § 102 by an E-Funds Corporation's November 1995 Data Analysis Report.  Each and every element of claims 1, 2, 3, 24, 25 and 27 of the '366 patent are taught by E-Funds Corporation.

| '366 PATENT | E-Funds Corporation Data Analysis Report # 3 November 1995 |
|---|---|
| 1. A checkwriting point of sale system comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995." NACHA 014346. NACHA 014346-92 and NACHA 014350 describe a system for using checks as a method of making payments at the point of sale is described in the report. |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine." NACHA 014346.<br><br>"At each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check." NACHA 014346. "Account information is obtained from the check." NACHA 014350.<br><br>"Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. |
| a central computer system; | NACHA 014350 shows a central computer system is present.<br><br>"Upon entrance of the amount of the sale, the information sent down the telephoneline to |

76

| | E-Funds Corporation." NACHA 014346. |
|---|---|
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | "Upon entrance of the amount of the sale, the information sent down the telephone line to E-Funds Corporation." NACHA 014346. The machine is connected via telephone and modem to the central computer system. NACHA 014346; NACHA 014350. NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and customer bank account information. "Account information arrives at E-Funds." NACHA 014350. "Information is sent to Main Processor for later clearinghouse processing." *Id.* |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation" NACHA 014346. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | E-Funds started with two points of presence and as of December 1, 1995 had twelve points of presence. The central computer system communicated with all of the points of presence. NACHA 014346. |
| the central computer system second | "It has been presented that the check is |

| | |
|---|---|
| communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." NACHA 014346.<br><br>NACHA 014350 shows an E-Funds computer having second communication means enabling communication with an external computer system. This second means enables communication with an external database and/or electronic funds transfer system. |
| 2. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | NACHA 014346 discloses a printer. "If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out." NACHA 014346.<br><br>"The process for balancing their [retail establishments'] cash register is unaltered . . . ." NACHA 014347. |
| 3. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide the payer bank account information. | The check can be cancelled as it is processed through the check reader. "Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be helpful to them." NACHA 014347. |
| 24. A checkwriting point of sale process | "E-Funds Corporation started to use checks |

78

| | |
|---|---|
| comprising: | as a method of making payments at the point of sale in September of 1995." NACHA 014346. |
| a payer completing a check for a transaction with a merchant or service provider; | A customer hands a check to the merchant. NACHA 014346. <br><br> NACHA 014347 states that the check may be used for record-keeping, indicating that it was filled out. "The writer of the check still has his/her check for their records." NACHA 014347. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine." NACHA 014346. <br><br> "Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346. |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | "If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be |

79

| | |
|---|---|
| | electronically debited the amount indicated on the receipt. . . The customer then signs the slip of paper." NACHA 014346. |
| the payer signing the authorization; | "The customer then signs the slip of paper [the receipt]." NACHA 014346 |
| returning a copy of the signed authorization and the check to the payer; and | "The customer then signs the slip of paper. The customer gets one copy and the store keeps the other copy." NACHA 014346. |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | The customer's bank account is electronically debited the amount indicated on the signed receipt. NACHA 014346.<br><br>"It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.* |
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | "Another process that has been suggested is to cancel the check as it is processed through the check reader. Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check and make cashing at an additional location impossible. . . . If the customer wanted a numeric record then defacing the check would be helpful to them." NACHA 014347 |
| 27. The checkwriting point of sale process of claim 24, further comprising checking payer | After the MICR information is captured, the data is "immediately checked for validity, |

| | |
|---|---|
| and/or account information on a database for an approval prior to printing the authorization; and | potential fraud, and negative information against the account holder. . . The time lapse from first entry to the completed check is usually under 15 seconds . . . If the check is accepted, it is then handed back to the customer.  At the same time, a dual copy receipt is printed out.  The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt . . . The customer then signs the slip of paper." NACHA 014346. "The fraud control is taking place at the host computer where the account structure of each financial institution is housed."  NACHA 014347. "Information is check the AI module to determine reasonableness."  NACHA 014350. |
| proceeding with the transaction only upon an approval. | "If anything negative is detected, the machine is notified via a code and the check returned to the presenter. . . . If the check is accepted, it is then handed back to the customer.  At the same time a dual copy receipt is printed out."  NACHA 014346. |

Claims 1, 2, 3, 24, 25 and 27 of the '366 patent are invalid as anticipated under 35 U.S.C. § 102 by E-Funds Corporation's commercial check processing system and method as disclosed in E-Funds Corporation's Reports beginning at least as early as November

1995. Each and every element of claims 1, 2, 3, 24, 25 and 27 of the '366 patent are taught by E-Funds Corporation.

| '366 PATENT | E-Funds Corporation Commercial Check Processing System and Method as Disclosed in E-Funds Corporation's Reports |
|---|---|
| 1. A checkwriting point of sale system comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995." NACHA 014346.<br><br>"At each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check." NACHA 014346. "Account information is obtained from the check." NACHA 014350.<br><br>"the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer. The captured data effects the transaction." NACHA 014354.<br><br>"when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine." NACHA 014346.<br><br>A machine reads the MICR information from a check for the purpose of obtaining account |

information. NACHA 014346; NACHA 014350. "It has been presented that the check is merely a method of account location and not a check transaction." NACHA 014346.

"Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350.

"The writer of the check gives the check to the store clerk who runs the check through a check reader." NACHA 035051.

"The reader automatically scans the MICR (the bank and check account number at the bottom of the check)." *Id.*

"the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer. The captured data effects the transaction." NACHA 014354.

"when the customer writes a check, the check is processed through a reader at the point of sale, the information is transmitted to E-Funds Corporation and a transaction number sent back for identification. When the transaction number is returned, a receipt is printed with the information about the fact that the check is being converted to an electronic transaction and that this

83

| | |
|---|---|
| | information will be noted on their bank statement." NACHA 014356. |
| a central computer system; | NACHA 014350 shows a central computer system is present.<br><br>"Upon entrance of the amount of the sale, the information sent down the telephoneline to E-Funds Corporation." NACHA 014346.<br><br>NACHA 035060 shows a central computer system is present.. |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | "Upon entrance of the amount of the sale, the information sent down the telephoneline to E-Funds Corporation." NACHA 014346.<br><br>The machine is connected via telephone and modem to the central computer system. NACHA 014346; NACHA 014350.<br><br>NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information.<br><br>"Account information arrives at E-Funds." NACHA 014350.<br><br>"Information is sent to Main Processor for later clearinghouse processing." *Id.*<br><br>NACHA 035060 shows an E-Funds processor that received transaction information and consumer bank information. |

84

| | |
|---|---|
| | "the check is processed through a reader at the point of sale, the information is transmitted to E-Funds Corporation . . . ." NACHA 014356. |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to [the central computer system.]" NACHA 014346.<br><br>"As the data is received, these front-end systems check the data for accuracy ." NACHA 035052.<br><br>"Assuming the information is good, it can then be processed through to the ACH." NACHA 035060. In other words, the data is stored via a memory means so that the data can be verified. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | E-Funds started with two points of presence and as of December 1, 1995 had twelve points of presence. The central computer system communicated with all of the points of presence. NACHA 014346.<br><br>"Any merchant with multiple locations that takes checks can concentrate those checks into a single account at a single location and present all their transactions to all financial institutions on the day of submission." |

85

| | |
|---|---|
| | NACHA 014286.<br><br>"Any number of terminals may be connected to this system . . . ." NACHA 035052. |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | The central computer system communicates with external databases to perform a payer bank account status search. The central computer system communicates electronically with an electronic funds transfer system for transferring funds. NACHA 014350. "It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." NACHA 014346.<br><br>NACHA 014350 shows an E-Funds computer having second communication means enabling communication with an external computer system. This second means enables communication with an external database and/or electronic funds transfer system.<br><br>The central computer system checks the information "for validity and risk conctrol [*sic*]. Assuming the information is good, it can then be processed through to the ACH." NACHA 035060.<br><br>"Customers that have gone through the |

|  | process do not bother to fill out the check." NACHA 014356..

"On presentment of the check the item is read through the machine. The MICR information is captured . . . ." NACHA 014346.

"If the check is accepted, it is then handed back to the customer." *Id.*

"We at the company do not consider this action to be the accepting of checks but merely the creation of a customer initiated EFT transaction using the check to guarantee that the account number is correct . . . ." NACHA 014347.

"It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.*

"Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. |
| 2. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | "If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out." NACHA 014346. |

87

| | |
|---|---|
| | "The process for balancing their [retail establishments'] cash register is unaltered . . . ." NACHA 014347.<br><br>"When the transaction number is returned, a receipt is printed with the information about the fact that the check is being converted to an electronic transaction and that this information will be noted on their bank statement." NACHA 014356.<br><br>"All checks are read through a MICR reader, verified against a negative file and a receipt is generated for the customer to sign authorizing the electronic transaction." FDC 1362998. |
| 3. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide the payer bank account information. | The check can be cancelled as it is processed through the check reader. "Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be helpful to them." NACHA 014347.<br><br>"The check, once read by a reader, needs to be defaced. The defacing should be such that the face of the check is still readable but no bank teller would take the check." NACHA 025595.<br><br>"One variation on this is to take the check, |

| | |
|---|---|
| | stamp it E-FUNDS . . . ." NACHA 014287.<br><br>"The check is stamped 'ACH Processed' and is handed back to the consumer." FDC 1362998. |
| 24. A checkwriting point of sale process comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995." NACHA 014346.<br><br>"At each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check." NACHA 014346. "Account information is obtained from the check." NACHA 014350.<br><br>"the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer. The captured data effects the transaction." NACHA 014354.<br><br>"when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. |
| a payer completing a check for a transaction with a merchant or service provider; | "when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356.<br><br>A customer hands a check to the merchant. NACHA 014346. |

89

| | |
|---|---|
| | NACHA 014347 states that the check may be used for record-keeping, indicating that it was filled out. "The writer of the check still has his/her check for their records." NACHA 014347 |
| | "In check truncation the payer of the check must authorize the use of the Automated Clearing House. This is done by an additional signature of authorization obtained form [*sic*] the customer." NACHA 035051. The first signature is the one found on the check itself and the "additional signature" is the one found on the authorization form. |
| | "when the customer writes a check, the check is processed through a reader at the point of sale . . . Customers that have gone through this process do not bother to fill out the check." NACHA 014356. This demonstrates that customers that previously have not gone through this process do fill out the check. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . On presentment of the check the item is read through the machine." NACHA 014346. "Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." |

90

| | |
|---|---|
| | NACHA 014350. |
| | "It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." NACHA 014346. |
| | "The reader automatically scans the MICR (the bank and check account number at the bottom of the check)." NACHA 035051. |
| | "using a check to obtain the bank and account information of the customer." NACHA 025593. |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346. |
| | "The writer of the check gives the check to the store clerk who runs the check through a check reader. The reader automatically scans the MICR (the bank and check account number at the bottom of the check)." NACHA 035051. |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | "If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be |

91

| | |
|---|---|
| | electronically debited the amount indicated on the receipt . . . The customer then signs the slip of paper." NACHA 014346.<br><br>"When the transaction number is returned, a receipt is printed . . . The transaction is now handled as an Electronic Funds Transfer (EFT) and processed normally.  The check is given back to the customer along with a copy of his/her signed receipt."  NACHA 014356.<br><br>"a receipt is generated for the customer to sign authorizing the electronic transaction." FDC 1362998.<br><br>"In check truncation the payer of the check must authorize the use of the Automated Clearing House.  This is done by additional signature of authorization obtained form [*sic*] the customer."   NACHA 035051. |
| the payer signing the authorization; | "If the check is accepted, it is then handed back to the customer.  At the same time a dual copy receipt is printed out.  The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt. . . The customer then signs the slip of paper." NACHA 014346.<br><br>"In check truncation the payer of the check must authorize the use of the Automated Clearing House.  This is done by additional |

92

| | |
|---|---|
| | signature of authorization obtained form [*sic*] the customer." NACHA 035051.<br><br>"a receipt is generated for the customer to sign authorizing the electronic transaction." FDC 1362998.<br><br>"The check is given back to the customer along with a copy of his/her signed receipt." NACHA 014356. |
| returning a copy of the signed authorization and the check to the payer; and | "The customer then signs the slip of paper. The customer gets one copy and the store keeps the other copy." NACHA 014346.<br><br>"The check is given back to the customer along with a copy of his/her signed receipt." NACHA 014356. |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | "The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt . . . The customer then signs the slip of paper." NACHA 014346.<br><br>"It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." NACHA 014347.<br><br>The transaction amount "is processed by |

| | computer using the Automated Clearing House to collect or pay the funds to the appropriate account." NACHA 014354.<br><br>"Customers that have gone through the process do not bother to fill out the check." NACHA 014356. |
|---|---|
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | "Another process that has been suggested is to cancel the check as it is processed through the check reader. Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check and make cashing at an additional location impossible. . . If the customer wanted a numeric record then defacing the check would be helpful to them." NACHA 014347.<br><br>"The check, once read by a reader, needs to be defaced. The defacing should be such that the face of the check is still readable but no bank teller would take the check." NACHA 025595.<br><br>"One variation on this is to take the check, stamp it E-FUNDS . . . ." NACHA 014287.<br><br>"The check is stamped 'ACH Processed' and is handed back to the consumer." FDC 1362998. |
| 27. The checkwriting point of sale process of claim 24, further comprising checking payer | After the MICR information is captured, the data is "immediately checked for validity, |

94

| | |
|---|---|
| and/or account information on a database for an approval prior to printing the authorization; and | potential fraud, and negative information against the account holder. . . The time lapse from first entry to the completed check is usually under 15 seconds . . . If the check is accepted, it is then handed back to the customer.  At the same time, a dual copy receipt is printed out.  The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt . . . The customer then signs the slip of paper." NACHA 014346.<br><br>"The fraud control is taking place at the host computer where the account structure of each financial institution is housed."  NACHA 014347.<br><br>"Information is check the AI module to determine reasonability."  NACHA 014350.<br><br>"Data entering the system is check for validity and risk control [*sic*]."  NACHA 035060.<br><br>"the information is transmitted to E-Funds Corporation and a transaction number sent back for identification.  When the transaction number is returned, a receipt is printed with the information about the fact that the check is being converted to an electric transaction . . ." NACHA 014356. |

95

| | |
|---|---|
| proceeding with the transaction only upon an approval. | "If anything negative is detected, the machine is notified via a code and the check returned to the presented . . . If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out." NACHA 014346.<br><br>"Assuming the information is good, it can then be processed through to the ACH." NACHA 035055. If the information is not good, the transaction does not proceed. |

Claims 1, 2, 3, 24, 25 and 27 of the '366 patent are obvious under 35 U.S.C. § 103 as unpatentable over a May, 1987 and an August, 1989 CheckMate Electronics Inc. Business Analysis and Plan in view of U.S. Patent No. 5,053,607 to Carlson ("Carlson").

| '366 PATENT | CHECKMATE 1987 AND 1989 BUSINESS PLANS + CARLSON '607[17] |
|---|---|
| 1. A checkwriting point of sale system comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks." [ECHO0003557] |
| a point of sale terminal adapted to receive payer bank account information from any | In the CheckMate system, "[a] typical configuration (see Figure 2) includes one or |

---

[17] All column and line number references are to Carlson unless otherwise specified.

96

| | |
|---|---|
| bank check; | more terminals containing the patented MICR reader at each cash register location. . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader . . . ." [ECHO0003564.] |
| a central computer system; | CheckMate point-of-sale terminals are connected to a "remote regional CV/G database," the CheckMate central computer. [ECHO0003564.] |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | In the CheckMate system, "one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller. The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ." [ECHO0003564.] |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | "The MICR-MATE has proven that not only can it recognize MICR characters . . ., but it can tell the user which MICR character(s) is likely to cause problems." [ECHO0003480] "Checkmate will interrogate it's data base to ensure that the check writer is not on the negative data base." [ECHO0003517]  It is inherent in the Checkmate process that the customer's bank account information |

97

| | |
|---|---|
| | obtained from the check is stored so that it can be verified by searching a database. Carlson describes a terminal that incorporates "a CPU for receiving information from the alpha/numerical keypad means and the MICR read head means . . . ." Col. 3, lines 62-64.<br><br>"The CPU memory stands by to receive and store (most preferably, for the duration of this transaction only) all necessary MICR information reprinted on the check (6-6)." Col 7 lines 59-62. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller. The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ." [ECHO 0003564] |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller. The store accesses an external |

98

| | |
|---|---|
| funds transfer system for transferring funds without using the bank check as a negotiable instrument. | communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ." [ECHO 0003564]<br><br>"Checkmate will truncate the paper (i.e. check) at the point-of-sale, and transmit electronically the financial information for the transaction to the appropriate financial institutions for batch processing against both the consumer and merchant accounts." [ECHO0003484].<br><br>ECHO0003483 and ECHO0003499 show that after the check data is captured, the data is electronically transmitted to the ACH network.<br><br>"Checkmate can provide the transaction information to check-issuing banks in a number of ways:  through the ACH network, through the ATM networks, through direct connect with financial institutions, or some combination of the above." [ECHO0003502]<br><br>"The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . . ." [ECHO0003558]<br><br>Carlson teaches that the central computer contains "communication means to the |

99

| | |
|---|---|
| | (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for communicating with the consumer's bank for "verification of the existence of the payor's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. 24 lines 4-44]. "The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . . ." [ECHO0003558] Carlson also teaches that at the conclusion of a point-of-sale transaction in which a check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.] |
| 2.  The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | The Carlson point-of-sale system describes means by which a merchant's central computer or "similar means could also tally the transferred (EFT'd) total for the retailer at the end of each shift or day." [Col. 22 lines 1-24.] |
| 3.  The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide | The Carlson system teaches that the point-of-sale terminal automatically logs and prints on the back of each cancelled check information including, but not limited to, a unique point-of-sale terminal identifier, the transaction |

| | |
|---|---|
| the payer bank account information. | date and time, the transaction amount, the fact that the check was cancelled at the point of sale, and any language or other information required by Federal Reserve regulations. Col. 10 lines 13-53. It would have been obvious to include payer bank account information as part of the "other information" the Carlson system permits to be annotated on the back of a cancelled check. |
| 24. A checkwriting point of sale process comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks." [ECHO0003557] |
| a payer completing a check for a transaction with a merchant or service provider; | Carlson describes a means for processing a payer's completed check that includes the payer's signature [Col. 22, lines 53-58] |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | In the CheckMate system, "[a] typical configuration (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location . . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader . . . ." [ECHO0003564] |

101

| | |
|---|---|
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | The CheckMate system specifies that the merchant "enters the customer's driver's license number and the amount of purchase on the terminal keyboard." [ECHO0003626] |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | Carlson describes using a completed check that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60, Col. 25 lines 4-10]. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| the payer signing the authorization; | Carlson describes using a completed check that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60, Col. 25 lines 4-10]. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| returning a copy of the signed authorization | Carlson describes using a completed check |

102

| | |
|---|---|
| and the check to the payer; and | that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60, Col. 25 lines 4-10]. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller. The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ." [ECHO 0003564]

"Checkmate will truncate the paper (i.e. check) at the point-of-sale, and transmit electronically the financial information for the transaction to the appropriate financial institutions for batch processing against both the consumer and merchant accounts." [ECHO0003484]. |

103

ECHO0003483 and ECHO0003499 show that after the check data is captured, the data is electronically transmitted to the ACH network.

"Checkmate can provide the transaction information to check-issuing banks in a number of ways: through the ACH network, through the ATM networks, through direct connect with financial institutions, or some combination of the above." [ECHO0003502]

"The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . . ." [ECHO0003558]

Carlson teaches that the central computer contains "communication means to the (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for communicating with the consumer's bank for "verification of the existence of the payor's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. 24 lines 4-44].

Carlson also teaches that at the conclusion of a point-of-sale transaction in which a signed check is presented for payment, the 'retailer can then pass the cancelled check back to the

104

| | |
|---|---|
| | customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.] |
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | Carlson teaches that at the conclusion of a point-of-sale transaction in which a signed check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.] |
| 27. The checkwriting point of sale process of claim 24, further comprising checking payer and/or account information on a database for an approval prior to printing the authorization; and | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller. The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ." [ECHO 0003564.]  Carlson teaches that the central computer contains "communication means to the (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for communicating with the consumer's bank for "verification of the existence of the payor's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. 24 lines |

105

| | |
|---|---|
| | 4-44]. |
| | The Carlson system teaches that a transaction will not be completed and a check will not be cancelled and returned to the customer and a transaction slip will not be printed if "the customer has exceeded his checking account balance" or has "exceeded his special arrangement with the bank to pay non-sufficient (NSF) (debit) check demands by 'overdraft protection'. . . ."  Col. 17 lines 24-32. |
| proceeding with the transaction only upon an approval. | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller. The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ." [ECHO 0003564.] |
| | The Carlson system teaches that a transaction will not be completed and a check will not be cancelled and returned to the customer if "the customer has exceeded his checking account balance" or has "exceeded his special arrangement with the bank to pay non-sufficient (NSF) (debit) check demands |

106

| | by 'overdraft protection'...." Col. 17 lines 24-32. |
|---|---|

Claims 1, 2, 3, 24, 25 and 27 of the '366 patent are also obvious under 35 U.S.C. § 103 as unpatentable over July 14 and 27, 1989 Manta Systems Inc. documents entitled "Electronic Payment Systems No ID Tendering Store Requirements" in view of U.S. Patent No. 5,175,682 to Higashiyama ("Higashiyama").

| '366 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| 1. A checkwriting point of sale system comprising: | The Manta Systems No-ID Tendering document describes a system for processing and verifying checks presented at the point-of-sale. [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | The Manta Systems terminal is adapted to permit "MICR reading of the account information at the bottom of the check," as is the system described by Higashiyama. [FDC 1389757; FDC 1389792; Col. 3, lines 11-25.] |
| a central computer system; | The Manta Systems point-of-sale system includes a central "host" computer. [FDC 1389756; FDC 1389791.] |
| first communications means integral to said point of sale terminal for electronically | The Manta Systems point-of-sale processing system includes communication means |

107

| | |
|---|---|
| communicating with the central computer system; | between the point-of-sale terminal and the central host computer whereby "check authorization, debit and credit transactions will be routed by Buypass." [FDC 1389766; FDC 1389801.] |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | The Manta Systems point-of-sale terminal includes an alpha-numeric display that receives and stores transaction information, and a MICR reader to "capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810]. Inherent in this system is a memory means for temporarily storing the transaction information.<br><br>The Higashiyama system teaches that a data record, including customer checking account number and routing information and check amount, can be added to a data file maintained by POS terminal 201. Col. 3, lines 55-62; col. 5, lines 1-4. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | The Manta Systems point-of-sale system contemplates "Support for multiple venders customer and operator terminals." FDC 1389758; FDC 1389793<br><br>The Higashiyama system teaches that the backroom processor 204 receives data records from the POS terminal 201. Col. 5, lines 1-10. Since the backroom processor |

| | |
|---|---|
| | 204 is connected to one or more point of sale systems 210, each having a POS terminal 201 that supplies data records, the backroom processor 204 receives data records from one or more (plurality) of point of sale systems 210. |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | The Manta Systems system includes "Check authorization – on line verification and update of customer information including: current negative information[,] cross referenced account and identification information[,] current check cashing history." FDC 1389752; FDC 1389787. "Verify each check submitted for payment against hose files containing; negative information[,] positive information[,] frequency/history data (velocity) . . . ." FDC 1389756; FDC 1389791.<br><br>The system is capable of communication with an electronic funds transfer system and contemplates funds transfer through the ACH. [FDC 1389794, FDC 1389800]<br><br>The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.]<br><br>Higashiyama teaches that backroom processor 204 will take the data records it has accumulated and upload them to a |

|  | clearing house. Col. 5, lines 11-13. The data record is also used to verify check authorization by being compared to a positive file (which lists all allowable checking account numbers), or more likely against a negative file such as provided by SCAN of Seattle, Washington, TeleCheck of Denver, Colorado or Telecredit of Florida (i.e., external databases), which provide information regarding known troublesome checking accounts. Col. 4, lines 14-24. Further, because the information from the paper check is electronically processed, it is returned to the customer at the point of sale (Col. 4, lines 54-57) and does not enter the traditional check clearing process at any point. |
|---|---|
| 2. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | The Manta Systems payment processing system permits the point-of-sale terminal to print "reports for end of day and end of shift reporting." [FDC 1389756; FDC 1389791.] |
| 3. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide the payer bank account information. | Higashiyama teaches that validation information, indicating that electronic data pertaining to the check has been routed for collection and the check may be considered canceled, is printed on the check. Col. 4, lines 26-32. The validated and annotated check is returned to the customer at the |

| | point-of-sale. Col. 4, lines 54-57. |
|---|---|
| 24. A checkwriting point of sale process comprising: | The Manta Systems No-ID Tendering document describes a system for processing and verifying checks presented at the point-of-sale. [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| a payer completing a check for a transaction with a merchant or service provider; | The Manta Systems system will not accept "incomplete checks – ie not signed." FDC 1389760; FDC 1389795.<br><br>In both the Manta Systems and Higashiyama systems, the customer provides a check to the merchant at the point-of-sale terminal. [FDC 1389766; FDC 1389768; FDC 1389773-80; FDC 1389801; FDC 1389803-15; Col. 3, lines 47-48.] |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | The Manta Systems terminal provides means for "MICR reading of the account information at the bottom of the check. . . ." [FDC 1389757; FDC 1389792.] "The purpose of this process is to capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810.] |
| inputting transaction information, including at least a transaction amount, into the point of | The Manta Systems point-of-sale terminal prompts the cashier to "select the method of |

111

| | |
|---|---|
| sale terminal; | payment" and "enter the amount to be authorized including any cash back." [FDC 1389766; FDC 1389801.] |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.]<br><br>Higashiyama describes using a completed check that includes the customer's signature, canceling the check at the point-of-sale terminal and printing authorization information on the back of the paper check, and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt. Col. 4, lines 26-32, 54-57. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| the payer signing the authorization; | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.]<br><br>Higashiyama describes using a completed check that includes the customer's signature, canceling the check at the point-of-sale terminal and printing authorization information on the back of the paper check, |

112