# EXHIBIT 8

*The ECHO Processing Network*

*ECHO PAYMENT SERVICE*

*Retail Application*
*Omni 3200 Operating Guide*

- **Credit Cards**
- **Electronic Check Processing**



Powered By ECHO

ECHO0000869

# TRANSACTION PROCEDURES

In order to fully utilize your terminal, it is important to understand its basic principles:

* Begin all transactions from the MAIN screen.
* For face-to-face transactions, the terminal is designed to read the credit/debit card number and expiration date from the card's magnetic stripe. If the terminal is unable to read the magnetic stripe, the credit card information may be keyed manually. Then, you must obtain a credit card imprint with the customer's signature.
* When entering transaction information, use the green [FUNC/ENTER] key to store the information and advance to the next data field.
* To type letters of the alphabet during a transaction, press the key with the desired letter, then press the [ALPHA] key repeatedly until that letter appears on the terminal's display.
* The [BACK SPACE] key allows you to correct errors made during data entry.
* The terminal is soft key driven with the display indicating programmable functions.
* Select a function by pressing the function key ([F1] - [F4]) next to the desired option ('>' character appears with each option).
* The four soft purple keys below the terminal's screen perform the following functions:(from left to right)

  [FIRST] - If a 'v' character is visible on the screen, this key provides the ability to scroll down to view other menu options.

  [SECOND] - If a '^' character is visible on the screen, this key provides the ability to scroll up to view other menu options. May also be used to back track the user to a previous step during a transaction (undo). Press at idle screen to re-display last response from host.

  [THIRD] - If previous transaction fails to transmit due to communication problems, press this key to resend the last transaction.

  [FOURTH] - Reprints receipt of the last successfully transmitted transaction.

* If the printer is inoperable you must manually imprint a credit card draft. Always write down the authorization number of your transaction. You will need this number to reconcile your merchant account.

*Rev 7, 5'01*

ECHO0000870

## TRANSACTION FUNCTIONS

| | |
|---|---|
| **SALE - Swiped Credit Card Entry** | Swiped credit card sale or purchase. Moves funds from cardholder to merchant. Page 3. |
| **SALE - Manual Credit Card Entry** | **MOTO/eCOMMERCE.** Keyed credit card sale or purchase. Moves funds from cardholder to merchant. Page 4. |
| **SALE- Swiped Debit Card Entry** | Swiped debit card sale or purchase. Moves funds from cardholder to merchant. page 5. |
| **AUTH ONLY - Swiped Entry** | Swiped credit card authorization only. Does not move funds to merchant account. Page 6. |
| **AUTH ONLY - Manual Credit Card Entry** | **MOTO/eCOMMERCE.** Keyed credit card authorization only. Does not move funds to merchant account. Page 7. |
| **FORCE DEPOSIT** | Keyed or swiped credit card forced deposit using previously obtained authorization number. Moves funds from cardholder to merchant account. Page 8. |
| **RETURN - Credit card** | Keyed or swiped credit card purchase return. Moves funds from merchant to cardholder. Page 9. |
| **RETURN - Debit card** | Swiped debit card purchase return. Moves funds from merchant to cardholder. Page 10. |
| **DEPOSIT TOTALS** | Displays last 3 days credit/debit card net deposits. Page 11. |
| **CHECK PAYMENTS** | **Personal E-Check - Page 14** **Check Verification Only - Page 15** **Payroll Check - Page 16** |
| **VOID CHECK** | Cancels the last authorized Personal Electronic Check transaction. Page 17. |
| **OVERRIDE CHECK** | This feature permits a merchant to force ACH processing of a check that had previously received a warning message from the host processing system. Page 19. |
| **REPORTS** | The report functions provide detail and summary reports of all transactions stored in the terminal's database. In addition, the closing report for credit/debit card activity also provides the opportunity to delete the daily transaction records, page 12. The closing report for Check transactions however, automatically deletes the daily check records, page 20. It is recommended that these reports be printed at the end of each business day. |

ECHO0000871

## SALE - Swiped Credit Card Entry

This Sale function performs an Authorization and Deposit transaction to obtain payment from the customer in a *face-to-face* retail transaction. You may begin this function by swiping the credit card through the magnetic stripe reader or pressing [F1] to manually select the credit option.

| **Display** | **Action** |
|---|---|
|  F1<br>F2<br>F3<br>F4 | 1. Swipe credit card, or<br>2. press [F1] for Credit |

1. If transaction is initiated with a card swipe:

| | |
|---|---|
|  F1<br>F2 | Press [F1] for Credit |

➤ 2. If the Credit option is manually selected:

| | |
|---|---|
|  F1<br>F2<br>F3<br>F4 | Press [F1] for Sale |

| | |
|---|---|
| F1<br>F2<br>F3 | Press [F1] for Face-to-Face Transaction |

| | |
|---|---|
| SWIPE CARD OR<br>ENTER NUMBER | Swipe Credit Card |

| | |
|---|---|
| ENTER LAST 4<br>DIGITS ON CARD | Type last 4 digits on card, press [ENTER] |

| | |
|---|---|
| ENTER SALE<br>AMOUNT | Type sale amount and press [ENTER] |

➤ If your terminal is set-up for Commercial Cards, you will be prompted to provide the following information.

| | |
|---|---|
|  COMMERCIAL CARD?<br>YES    NO | Press the purple key directly below the desired option |

➤ If 'Yes' is chosen, type the following information or press [ENTER] to bypass.

| | |
|---|---|
|  ENTER SALES TAX | Type sales tax, [ENTER] |

| | |
|---|---|
| ENTER PURCHASE<br>ORDER NUMBER | Type P.O.#, [ENTER] |

*Terminal connects with ECHO*

 APPROVED DEPOSIT<br>AVAIL  XXXXX<br>AMOUNT  XXXXX<br>REF #  XXXXXXX

3

ECHO0000872

## SALE - Manual Credit Card Entry

This Sale function performs an Authorization and Deposit transaction to obtain payment from the customer in a **Mail-Order/Telephone Order (MOTO), and eCommerce (where the cardholder is not present) transaction.**

Also, for *face-to-face* transactions where the credit card is present, but the card information must be manually entered. (Always make an imprint of the credit card as proof that it was present at the time of the sale).

| Display | Action |
|---|---|
| SELECT Credit F1<br>OPTION Debit F2<br>Check F3<br>Cash F4 | Press [F1] for Credit |
| Sale F1<br>Return F2<br>AuthOnly F3<br>Deposit F4 | Press [F1] for Sale |
| Face to Face F1<br>MOTO F2<br>eCommerce F3 | Press the appropriate [F] key credit card option. |
| SWIPE CARD OR<br>ENTER NUMBER | Type card number and press [ENTER] |
| ENTER EXPIRATION<br>DATE (MM/YY) | Type expiration date, press [ENTER] |
| ENTER SALE<br>AMOUNT | Type sale amount and press [ENTER] |

➤ For the following fraud prevention fields, type the information or press [ENTER] to bypass.

| | |
|---|---|
| ENTER SECURITY<br>CODE | Type security code, (see page 22) press [ENTER] |
| ENTER ZIP CODE | Type zip code, [ENTER] |

➤ If set-up for Commercial Cards, the following prompt appears. If 'Yes' is chosen, your terminal prompts for more information. Type the information or press [ENTER] to bypass.

| | |
|---|---|
| COMMERCIAL CARD?<br>YES    NO | Press the purple key directly below the appropriate option |
| ENTER SALES TAX | Type sales tax, [ENTER] |
| ENTER PURCHASE<br>ORDER NUMBER | Type P.O.#, [ENTER] |

▼ *Terminal connects with ECHO*

APPROVED DEPOSIT
AUTH XXXXX
AMOUNT XX.XX
REF # XXXXXX

4

ECHO0000873

## SALE - Swiped Debit Card Entry

This Sale function performs an Authorization and Deposit transaction to obtain payment from the customer in a **face-to-face** retail transaction with a debit card. This function begins with the merchant swiping the debit card through the magnetic stripe reader or pressing [F2] to manually select the debit option.

| **Display** | **Action** |
|---|---|
|  F1<br>F2<br>F3<br>F4 | *1. Swipe debit card, or*<br>*2. press [F2] for Debit* |

1. If transaction is initiated with a card swipe:

|  F1<br>F2 | *Press [F2] for Debit* |
|---|---|

➤ 2. If the Debit option is manually selected:

|  F1<br>F2 | *Press [F1] for Sale* |
|---|---|
|  | *Type sale amount and press [ENTER]* |
|  | *Type cashback amount (if different from sale amount) and press [ENTER], or press [ENTER] to bypass.* |
|  | *Customer is required to type PIN number on PIN Pad and press [ENTER]* |

**Terminal connects with ECHO**



5

## AUTHORIZATION ONLY - Swiped Entry

This function obtains an Authorization Only on a credit card and puts a temporary hold on the cardholder's funds until it is followed with a FORCE DEPOSIT.

**Display**                    **Action**



Press [F1] for Credit

Press [F3] for Authorize

Press [F1] for Face-to-Face transaction

Swipe Credit Card

Type last 4 digits on card, press [ENTER]

Type sale amount and press [ENTER]

➤ If your terminal is set-up for Commercial Cards, you will be prompted to provide the following information.

Press the purple key directly below the appropriate option

➤ If "Yes" is chosen, type the following information or press [ENTER] to bypass.

Type sales tax, [ENTER]

Type P.O.#, [ENTER]

▼ **Terminal connects with ECHO**

6

ECHO0000875

## AUTH ONLY - Manual Card Entry

This function obtains an Authorization Only on a credit card and puts a temporary hold on the cardholder's funds until it followed with a FORCE DEPOSIT. Use this feature for **Mail-Order/Telephone Order (MOTO), and eCommerce, (where the cardholder is not present) transactions. Also, for** *face-to-face* transactions where the credit card is present, but the card information must be manually entered (Always make an imprint of the credit card as proof that it was present at the time of the sale).

| Display | Action |
|---------|--------|
| F1 F2 F3 F4 | Press [F1] for Credit |
| F1 F2 F3 F4 | Press [F3] for Authorize |
| F1 F2 F3 | Press the appropriate [F] key option. |
| | Type card number and press [ENTER] |
| | Type expiration date, press [ENTER] |
| | Type sale amount and press [ENTER] |

➤ For the following fraud prevention fields, type the information or press [ENTER] to bypass

 Type security code, (see page 22) press [ENTER]

 Type zip code, [ENTER]

➤ If set-up for Commercial Cards, the following prompt appears. If 'Yes' is chosen, your terminal prompts for more information. Type the information or press [ENTER] to bypass.

 Press the purple key directly below the appropriate option

Type sales tax, [ENTER]

 Type P.O.#, [ENTER]

▼ **Terminal connects with** *ECHO*

7

# FORCE DEPOSIT - Credit Card

This procedure allows you to deposit funds using a previously obtained authorization number. Permitted only for credit cards.

| Display | Action |
|---------|--------|
| F1<br>F2<br>F3<br>F4 | *Press [F1] for Credit* |
| F1<br>F2<br>F3<br>F4 | *Press [F4] for Deposit* |
|  | 1. Swipe card or,<br>2. type card number and press [ENTER] |

1  If credit card is swiped, type the following data:

| | |
|---|---|
| ENTER LAST 4 DIGITS ON CARD | *Type last 4 digits of card number, [ENTER]* |

➡️  2.  If credit card number is manually keyed, type the following data:

| | |
|---|---|
| ENTER EXPIRATION DATE (MMYY) | *Type expiration date, press [ENTER]* |
| ENTER DEPOSIT AMOUNT | *Type deposit amount including tax, [ENTER]* |
| ENTER ORIGINAL AUTHORIZATION NUMBER | *Type authorization number, press [ENTER]* |

*Terminal connects with ECHO*



8

ECHO0000877

## RETURN - Credit Card

This feature performs a Return transaction to refund payments back to the customer's credit card in the case of returned merchandise or an error made during a prior Sale transaction.

| Display | Action |
|---|---|
|  F1<br>F2<br>F3<br>F4 | *Press [F1] for Credit* |
|  F1<br>F2<br>F3<br>F4 | *Press [F2] for Return* |
|  | *1. Swipe card or,*<br>*2. type card number and*<br>*press [ENTER].* |

1. If credit card is swiped, type the following data.

    *Type last 4 digits on credit card, press [ENTER]*

➡ 2. If credit card number is manually entered, type the following data.

                 *Type expiration date, press [ENTER]*

      *Type return amount, press [ENTER]*

**Terminal connects with ECHO**

9

## RETURN - Debit Card

This feature performs a Return transaction to refund payments back to the customer's debit card in the case of returned merchandise or an error made during a prior Sale transaction.

| Display | Action |
|---|---|
|  F1<br>F2<br>F3<br>F4 | Press [F2] for Debit |
| F1<br>F2 | Press [F2] for Return |
| | Swipe debit card |
| | Type return amount, press [ENTER] |
| | Customer is required to type PIN number on PIN Pad and press [ENTER] |

*Terminal connects with ECHO*



10

ECHO0000879

## DEPOSIT TOTALS - Credit Card

This feature obtains the credit card net deposits for the past three days' activity from *ECHO* to merchant. These totals are the sum of your credit card sales less any returns

| Display | Action |
|---|---|
|  F1<br>F2<br>F3<br>F4 | *Press [F1] for Credit* |
| F1<br>F2<br>F3<br>F4 | *Press the purple key directly below the [v] displayed on the screen to view additional transaction option* |
| F1<br>F2<br>F3<br>F4 | *Press [F4] for Deposit Totals* |

The terminal connects with the host computer and displays the credit card totals for the past 3 days. (See sample screen below).

 *Press [CLEAR] to return to Main menu screen*

11

ECHO0000880

## CLOSING REPORT - Credit/Debit

This procedure prints a report of all the credit and debit transactions stored in the terminal's database. It is recommended that this report be printed and the transaction history deleted at the end of each business day to prevent the transaction database from filling up.

| **Display** | **Action** |
|---|---|
|  F1<br>F2<br>F3<br>F4 | *Press [F4] for Close* |
| F1<br>F2 | *Press [F1] for Credit/Debit* |
| F1<br>F2 | *Press [F1] for Trans Report* |

The system prints a Credit/Debit Detail Report, then provides the opportunity for the clerk/manager to delete the transaction records that are stored in the database.

   *Press the purple key directly below the appropriate option*

➤ If 'NO' is chosen, system returns to main menu screen.

➤ If 'YES' is chosen, a confirmation is required:

   *Press the purple key directly below the desired option*

➤ If 'NO' is chosen, system returns to the main menu screen

➤ If 'YES' is chosen, the terminal deletes the transaction history and returns to the main menu screen

\*  To view daily closing procedure for check activity, see page 20.

12

ECHO0000881

# DELETE RECORDS - Credit/Debit

This procedure deletes all credit and debit card transactions stored in the terminal.

| Display | Action |
|---|---|
| F1 F2 F3 F4 | Press [F4] for Close |
| F1 F2 | Press [F1] for Credit/Debit |
| F1 F2 | Press [F2] for Delete Trans. |
|  | Press the purple key directly below the appropriate option |

➤ If 'NO' is chosen, system returns to main menu:

➤ If 'YES' is chosen, a confirmation is required:

Press the purple key directly below the desired option

➤ If 'NO' is chosen, system returns to main menu screen.

➤ If 'YES' is chosen, the terminal deletes the transaction history and returns to the main menu screen.

\* To delete check records, see 'Closing Report - Check Trans' on page 20.



*Check number    **Check Sample**

Bank Routing number  +  Account number = Micr Information

\* MICR information DOES NOT include check number.
\* Number placements on the bottom line of the check may vary depending upon the check type.

13

ECHO0000882

# PERSONAL E-CHECK

This function produces a verification transaction and, if approved, moves funds from check writer to merchant. Begin this transaction by feeding the check into the imager or by pressing [F3] to manually select the check option.

**Display**                    **Action**

  F1    *1. Feed Check through*
                      F2        *check imager, or*
                      F3    *2. Press [F3] for Check*
                      F4

1. If check is fed through check reader:

    ➤ 2. If the Check option is manually selected:

  F1    *Press [F1] for Personal*
                      F2    *Check and feed check*
                      F3    *into check imager.*
                      F4    *(if check data is*
                            *unreadable, see*
                            *page 18).*

        *Type check amount,*
                            *press [ENTER]*

        *Type cashback amount (if*
                            *different from check*
                            *amount), press [ENTER], or*
                            *press [ENTER] to bypass*

  F1    *Press the appropriate*
                      F2    *key to select ID option*
                      F3    *or [ENTER] to bypass (ID*
                            *options may vary)*

    ➤ For [F1] - Driver's License:

        *Swipe or type driver's*
                            *license, press [ENTER]*

If license manually keyed, state data is required:

        *Press the purple key*
                            *directly below displayed*
                            *state or type a different*
                            *state abbreviation and*
                            *press [ENTER]*
                            *(state options may vary)*

    ➤ For [F2] - Social Security Number:

        *Type SSN, press*
                            *[ENTER]*

    ➤ For [F3] - Courtesy Card:

                            *Swipe card or type*
                            *courtesy card number,*
                            *press [ENTER]*

➤ **Terminal connects with ECHO. Stamp VOID on**
  **check and return to check writer. Check writer must**
  **sign the printed receipt.**

14

ECHO0000883

## CHECK VERIFICATION ONLY

The terminal compares the check data (electronically read or manually entered) against the verification database. The response is either an authorization number or a printed warning or decline. If approved, does not move funds from check writer to merchant. Merchant deposits check at bank.

**Display**                    **Action**

 F1        *Press [F3] for Check*
                     F2
                     F3
                     F4

 F1        *Press [F2] for Verify Only*
                     F2        *and feed check into check*
                     F3        *imager. (If check data is*
                     F4        *unreadable See page 18)*

           *Type check amount,*
                               *press [ENTER]*

           *Type cashback amount (if*
                               *different from check*
                               *amount) and press [ENTER],*
                               *or press [ENTER] to bypass*

 Driver's Lic → F1   *Press the appropriate*
                     SSN → F2            *key to select ID option,*
                     Courtesy → F3       *or [ENTER] to bypass*
                                         *(ID options may vary)*

▶ For [F1] - Driver's License:

           *Swipe or type driver's*
                               *license, press [ENTER]*

If license manually keyed, state data is required:

           *Press the purple key*
                               *directly below displayed*
                               *state, or type a different*
                               *state abbreviation and*
                               *press [ENTER]*
                               *(state options may vary)*

▶ For [F2] - Social Security Number:

           *Type SSN, [ENTER]*

▶ For [F3] - Courtesy Card:

           *Swipe card or type*
                               *courtesy card number,*
                               *press [ENTER]*

▼ **Terminal connects with ECHO**

15

ECHO0000884

## PAYROLL CHECK

The terminal compares the check data (electronically read or manually entered) against the verification database. The response is either an authorization number or a printed warning or decline. If approved, does not move funds from check writer to merchant. This feature is optional.
**Merchant retains the check and deposits at bank.**

| Display | Action |
|---|---|
| SELECT [illegible] F1<br>OPTION [illegible] F2<br>Check F3<br>[illegible] F4 | *Press [F3] for Check* |
| [illegible] F1<br>Verify [illegible] F2<br>Guarantee F3<br>[illegible] F4 | *Press the purple key directly below the [v] symbol displayed on the screen* |
| CHECK Verify Only F1<br>Guarantee F2<br>[illegible] F3<br>Payroll F4 | *Press [F4] for Payroll Feed check into imager. (If check data is unreadable it may be manually entered. See page 18).* |
| ENTER CHECK AMOUNT<br>$0.00 | *Type check amount, press [ENTER]* |
| ENTER CASHBACK<br>AMOUNT $0.00 | *Type cashback amount (if different from check amount), press [ENTER], or press [ENTER] to bypass* |
| SELECT [illegible] F1<br>ID SSN F2<br>TYPE Courtesy F3 | *Press the appropriate [F] key to select ID option, or [ENTER] to bypass (ID options may vary)* |

→ For [F1] - Driver's License:

| Display | Action |
|---|---|
| ENTER OR SWIPE<br>DRIVER LICENSE | *Swipe or type driver's license, press [ENTER]* |

If license manually keyed, state data is required:

| Display | Action |
|---|---|
| ENTER OR SELECT<br>DL STATE<br>CA NV AZ | *Press the purple key directly below displayed state or type another state abbreviation and press [ENTER] (state options may vary)* |

→ For [F2] - Social Security Number:

| Display | Action |
|---|---|
| ENTER SSN | *Type SSN, [ENTER]* |

→ For [F3] - Courtesy Card:

| Display | Action |
|---|---|
| ENTER OR SWIPE<br>COURTESY CARD | *Swipe card or type courtesy card number, press [ENTER]* |

***Terminal connects with ECHO.***

ECHO VERIFY<br>AUTH [illegible]

## VOID CHECK - CHECK REVERSAL

This option cancels a previously approved check conversion. A reversal will "void" the last authorized Personal ECheck transaction without any additional data entry. Does not move funds from check writer to merchant. Note that a void transaction may be declined due to time limitations.

| Display | Action |
|---|---|
|  F1 F2 F3 F4 | Press [F3] for Check |
|  F1 F2 F3 F4 | Press [F4] for Reverse/Void |
|  | Press the purple key directly below the desired option. |

➤ If 'Yes' is chosen, terminal dials host and response is received.



➤ If 'No' is selected, Call ECHO (800-233-0406 ext. 1) for password and proceed through the steps below.

Type password, press [ENTER]

Feed check into imager. (If check data is unreadable, see 'Unreadable check' procedure on page 18).

Type check amount, press [ENTER]

Terminal connects with ECHO

17

# UNREADABLE CHECK - Manual Entry

During an electronic check read, if the terminal obtains incorrect data from the check imager it will prompt for the clerk/manager to re-enter the check a second time.

| **Display** | **Action** |
|---|---|
|  | *Re-feed check into imager (re-entry may be required more than two times)* |

➤ **For 'Personal ECheck', and 'Override' check options:**
If check data is unreadable you cannot complete this transaction. Instead, begin the transaction again, but select the 'Verify Only' option.

➤ **For 'Void/Reverse', 'Verify Only' or 'Payroll' check options:**
If check data is unreadable, you may manually key the following check information. (Transaction type will automatically switch to 'Verify Only' option.)

  *Type MICR information and press [ENTER] (see check sample, pg.13)*




  *Type check #, [ENTER]*

  *Type check amt., ENTER]*

  *Type cashback amount (if different than check), or [ENTER] to bypass*

  F1  *Press the appropriate*
F2  *[F] key to select ID option,*
F3  *or [ENTER] to bypass (ID options may vary)*

➤ **For [F1] - Driver's License:**

  *Swipe or type driver's license, press [ENTER]*

If license is manually keyed, enter state data:

  *Press the purple key directly below displayed state, or type a different state abbreviation and press [ENTER]*

➤ **For [F2] - Social Security Number:**

              *Type SSN, press [ENTER]*

➤ **For [F3] - Courtesy Card:**

              *Swipe card or type card number, [ENTER]*

▼ *Terminal connects with ECHO*



18

ECHO0000887

## OVERRIDE CHECK WARNING

This feature permits a merchant to force ACH processing of a check that had previously received a warning message from the host processing system. It allows the clerk/manager the ability to "override" a warning condition and receive an authorization number and receipt for authorization. If approved, moves funds from check writer to merchant.  Check writer keeps voided check.

| Display | Action |
|---|---|
|  F1<br>F2<br>F3<br>F4 | *Press [F3] for Check* |
| F1<br>F2<br>F3<br>F4 | *Press [F3] for Override* |
| | *Feed check into imager.<br>If check data is unreadable<br>(see the unreadable check<br>procedure on page 18)* |

**Terminal connects with ECHO**



**Checkwriter must sign the printed receipt.**

*\* If you are in a Check Guarantee program and you override a check warning, the check is not guaranteed by ECHO.*

## STATE ABBREVIATIONS

| | | | |
|---|---|---|---|
| AL | Alabama | LA | Louisiana |
| AK | Alaska | ME | Maine |
| AZ | Arizona | MD | Maryland |
| AR | Arkansas | MA | Massachusetts |
| CA | California | MI | Michigan |
| CO | Colorado | MN | Minnesota |
| CT | Connecticut | MS | Mississippi |
| DE | Delaware | MO | Missouri |
| DC | Dist. of Columbia | MT | Montana |
| FL | Florida | NE | Nebraska |
| GA | Georgia | NV | Nevada |
| HI | Hawaii | NH | New Hampshire |
| ID | Idaho | NJ | New Jersey |
| IL | Illinois | NM | New Mexico |
| IN | Indiana | NY | New York |
| IA | Iowa | NC | North Carolina |
| KS | Kansas | ND | North Dakota |
| KY | Kentucky | OH | Ohio |

19

ECHO0000888

## CLOSING REPORT - CHECK TRANS

This procedure prints a report of all the check transactions stored in the terminal's database.

| Display | Action |
|---|---|
| SELECT OPTION ... F1 F2 F3 F4 | Press [F4] for Close |
| ... F1 F2 | Press [F2] for Check |
| ... F1 F2 Sync ... F3 | Press [F1] for Trans Report |

The system prints a Check Detail Report, then prompts for a confirmation

| Did check transaction report print ok? YES NO | Press the purple key directly below the appropriate option |

➤ If 'NO' is chosen, system returns to main menu.

➤ If 'YES' is chosen, the system transmits the check closing data to the check processing host (with automatic deletion of the check transactions upon success).

| ECHO VERIF ACCEPTED | Press [CLEAR] to return to the Main Menu |

*   To view daily closing procedures for credit and debit card activity, see page 12.

## STATE ABBREVIATIONS - Continued

| | | | |
|---|---|---|---|
| OK | Oklahoma | MP | No. Mariana Islands |
| OR | Oregon | PW | Palau |
| PA | Pennsylvania | PR | Puerto Rico |
| RI | Rhode Island | UM | US Minor Outlying Isles |
| SC | South Carolina | VI | US Virgin Islands |
| SD | South Dakota | AB | Alberta |
| TN | Tennessee | BC | British Columbia |
| TX | Texas | MB | Manitoba |
| UT | Utah | NB | New Brunswick |
| VT | Vermont | NF | Newfoundland |
| VA | Virginia | NT | Northwest Territories |
| WA | Washington | NS | Nova Scotia |
| WV | West Virginia | ON | Ontario |
| WI | Wisconsin | PE | Prince Edward Island |
| WY | Wyoming | PQ | Quebec |
| AS | American Samoa | SK | Saskatchewan |
| GU | Guam | YT | Yukon Territory |

20

ECHO0000889

## CHECK IMAGE UPLOAD

This procedure causes the check Images that are stored in the check imager to be uploaded to the check image storage host.

| Display | Action |
|---|---|



Press [F4] for Close

Press [F2] for Check

Press [F2] for Image Upload

Press the purple key directly below the desired option

➤ If 'YES' is chosen, the check images are uploaded to the check image depository site at *ECHO*.

(This notification confirms a successful upload. Check images are automatically deleted from the system's database)

➤ If 'NO is chosen, the following prompts appear:

Press the purple key directly below the desired option

➤ If 'YES' is chosen, system requires confirmation:

Press the purple key directly below the desired option

➤ If 'YES' is chosen, The system deletes the check images from its database and returns to the Main menu screen.

➤ If 'NO' is chosen, system returns to the main menu screen

Note: The system will automatically upload check images each night if the terminal's power is left on.

21

ECHO0000890

## Check Imager - Sync FTP Parameters

This procedure uploads new parameters to the check imager. It is recommended that these steps are followed whenever a new check imager is installed or after the Omni terminal receives a software upgrade

| Display | Action |
|---------|--------|
| SELECT ▨▨▨ F1<br>OPTION ▨▨▨ F2<br>▨▨▨ F3<br>▨▨▨ F4 | Press [F4] for Close |
| ▨▨▨ F1<br>▨▨▨ F2 | Press [F2] for Check |
| ▨▨▨ F1<br>▨▨▨ F2<br>Sync ▨▨▨ F3 | Press [F3] for Sync FTP Parameters |
| Updating ▨▨▨<br>Parameters ▨▨▨<br>Please wait ▨▨▨ | (expect a 2 second delay) |
| Please ▨▨▨<br>imager ▨▨▨<br>parameters ▨▨▨ | Unplug the power cord from the check imager. (do not disconnect the cord between imager and Omni) |
| Please ▨▨▨<br>imager ▨▨▨<br>continues ▨▨▨<br>process ▨▨▨<br>about ▨▨▨ | Restore power to the check imager. (Check imager reinitializes with the terminal and the system returns to the main menu) |

---

### SECURITY FEATURES

To help prevent fraud in mail order/telephone order/Internet (eCommerce) transactions, two security features are available. Your terminal prompts for these automatically.

**Security Codes:**
Visa and MasterCard print the codes on the BACK of the card in the signature panel, (three-digits after the account number). Amex prints four-digits on the front of the card above and to the right of the embossed account number.
The card issuer compares the code supplied by the merchant against their database. The response advises of possible fraud with a 'SECURITY CODE NO MATCH' message to the terminal.

**Address Verification Service (AVS):**
Entering the cardholder's zip code will often improve your chargeback rights and lower your pass-through fees.
The card issuer compares the ZIP code you enter against their database. The response advises of possible fraud with an 'AVS NO MATCH' message to the terminal.

22

ECHO0000891



# EXHIBIT 9

# X*PRESS*C*ONVERSION*^SM

## ECONVERSION LECTRONIC CHECK



*XPRESSCONVERSION* converts paper checks into electronic items, so you don't have to deposit checks at your bank. *XPRESSCONVERSION* greatly reduces the cost, time, and risks associated with check acceptance at the point-of-sale.

## QUICK FACTS

- Simplified handling – No listing and balancing of checks. No trips to the bank for deposits.
- Checks are electronically deposited.
- Monthly activity statements and on-line reporting available.
- Conversion eliminates the possibility of checks being lost or stolen before deposit.
- Returned items are automatically reinitiated two times... reducing return fees.
- The second re-presentment is on the 1st or 16th of the month to increase success rates.

## HOW IT WORKS

- Customer presents a paper check.
- Your clerk feeds the check through the RDM Scanner/Omni 3200 where the MICR information and check image is captured.
- The check is verified with the NCIS database (see reverse). If negative information is found, the check is not accepted.
- An ACH authorization slip is printed for the check writer's signature. The voided check is returned to the customer.
- The transaction is electronically debited directly from the writer's checking account and deposited to your account.
- On-line viewing of checks allows you to research returned items.



### ADDS GREATER FRAUD PROTECTION

As you process *XPRESSCONVERSION* transactions, checks are verified using the National Check Information Service (NCIS) database, one of the top databases in the country. NCIS includes more than 12 million bad check writers among more than 42 million verified check writers from across the U.S.

## CALL *ECHO*
## TO GET STARTED TODAY!
## 1-800-262-3246, ext. 5

**⁂ECHO**

ECHO0000683

# ACCEPT CHECKS WITH CONFIDENCE
## WITH *XPRESSCONVERSION*<sup>SM</sup>!



**CHECK IMAGES ARE AVAILABLE ON-LINE 24 HOURS PER DAY FOR RETURN RESEARCH**

| REPORTING TIME PERIOD | SEARCH BY DATE BASED ON: |
|---|---|
| Date From | ○ Date of Initiation |
| Date To | ○ Date of Current Status |

**ON-LINE REPORTING KEEPS YOU ON TOP OF ACCOUNT STATUS**

| CHECKS BY CURRENT STATUS AND RECEIVED DATE | OTHER REPORTS |
|---|---|
| ○ All | ○ All Deposits |
| ○ | ○ |
| ○ | ○ Specific Item Search |
| ○ Unable to Initiate Processing | Search Parameters: |
| ○ Processing | Amount ▼ |
| ○ 1st Presentment | |
| ○ 2nd Presentment | ○ AND   ○ OR |
| ○ 3rd Presentment | Amount ▼ |
| ○ 1st Presentment Returned | |
| ○ 2nd Presentment Returned | |
| ○ 3rd Presentment Returned | |
| ○ Returned - Sent to Research | |
| ○ | |
| ○ Returned - Failed | |
| ○ Converted to Paper Draft | |

Submit   Reset

Electronic Clearing House, Inc. (ECHO), 28001 Dorothy Drive, Agoura Hills, CA 91301, TEL: (818) 706-8999   FAX: (818) 597-8999, www.echo-inc.com

ECHO00000684

# EXHIBIT 10
# REDACTED IN ITS ENTIRETY

# EXHIBIT 11
# REDACTED IN ITS ENTIRETY

# EXHIBIT 12
# REDACTED IN ITS ENTIRETY

# EXHIBIT 13

# Everything You Always Wanted to Know About Check Conversion*

**Instructions and tips for merchants using**
***XPRESSCONVERSION*SM with VISA POS Check Services**



# *But Were Afraid to Ask

ECHO0000852

## *Table of Contents*

Accepting Checks? Now There's a Better Way with
*XpressConversion* with VISA POS Check. ............................................. 1
Quick Start Procedures ............................................................................. 1
Point of Sale Check Processing .............................................................. 2
Void Transactions ...................................................................................... 2
Merchant Responsibility for Check Risk ................................................ 3
*XpressConversion* Service Types .......................................................... 3
*XpressConversion* Return Processing ................................................... 3
Table 1: *XpressConversion* with VISA POS Response Codes ............... 4
Reporting Services - Viewing/ Receiving Copies of Checks .................... 5
On-Line Viewing/Printing of Checks ...................................................... 5
To Request Copies of Checks .................................................................. 5
Reporting ................................................................................................. 5
On-Line Reporting ................................................................................... 6
How to Find Detail of Items shown in a Deposit Report .......................... 7
Check Review Reports ............................................................................. 7
Viewing Detail of Transaction Records ................................................... 7
Checks and Other "Source Documents" ................................................. 7
Acceptable Source Documents ............................................................... 7
Check Statuses - Master List ................................................................. 8
Unacceptable Source Documents .......................................................... 11
Merchant Questions & Support ............................................................. 11
Answering Your Customers' Questions ................................................. 13

PROPRIETARY NOTICE: THIS DOCUMENT CONTAINS PROPRIETARY INFORMATION WHICH SHALL NOT BE REPRODUCED OR TRANSFERRED TO OTHER DOCUMENTS OR DISCLOSED TO OTHERS OR USED FOR ANY PURPOSE WITHOUT PRIOR WRITTEN PERMISSION OF ELECTRONIC CLEARING HOUSE, INC (*ECHO*).

*ECHO* PROPRIETARY AND CONFIDENTIAL INFORMATION EXEMPT FROM PUBLIC DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT [5 USC 552 (b) (4)], THE ARMS EXPORT CONTROL ACT [22 USC 2778 (e)], THE EXPORT ADMINISTRATION ACT [50 USC APP. 2411 (c)] AND THE TRADE SECRETS ACT [18 USC 1905].

ECHO0000853

## *Accepting Checks? Now There's a Better Way*
### with XPRESSCONVERSION

More and more retailers across the nation are deploying check conversion
— the process of converting paper checks to electronic items at the point
of sale. Now, with *XPRESSCONVERSION* you have a fast, automated tool to
accept checks and receive payment automatically.

This guide provides the information you need to use the service efficiently.
It covers everything except operation of your terminal. That information is
found in the specific Terminal Operating Guide for your terminal.

## *Quick Start Procedures*
## *Your XPRESSCONVERSION Start-Up Kit*

- Welcome letter
- This *XPRESSCONVERSION* User Guide
- Consumer Notification of Collection (POS sticker)
- "Void" stamp
- NCN® decal
- Terminal Installation Instructions (not available with all terminals)
- Terminal Operating Guide
- Terminal overlay (not available with all terminals)

### *Getting Set Up*

1. Set up the terminal components as described in the Installation
   Instructions, if available, or with the assistance of an *ECHO* Customer
   Support Representative.
2. Place the POS sticker (Consumer Notification of Collection) in a
   prominent position at your checkout (one sticker at each checkout
   location). Also place the NCN decal in your window, POS location, or
   any place your customers can see it while entering or purchasing from
   your business.
3. Run a sample transaction on your terminal. Use one of your own
   checks for a small dollar amount ($1.00 minimum). Do not run any
   actual transactions on the terminal until you have verified the sample
   transaction (step 4). (NOTE: This will help ensure that there are no
   communication problems as well as ensure that your system is set up
   properly with *ECHO*. See Troubleshooting on page 4 for information on
   how to fix communication problems.)
4. One business day after you run the sample transaction, call *ECHO*
   customer support at **1-800-262-3246, ext. 1**, to verify that the system
   submitted your transaction properly.

ECHO0000854

5.  Train your staff on the operation of the terminal (see Operating Guide) and the *XPRESSCONVERSION* process as described below.

## *Point of Sales Check Processing*

1.  Obtain the check from your customer, explaining that it is not necessary to complete or sign the check. Make sure the check is an acceptable "source document," as defined by National Automated Clearing House Association (NACHA) rules (see page 10).

2.  Process the check through the image scanner or MICR reader (see Terminal Operating Guide for details). Then, on the terminal keypad, enter dollar amount, the ID information and other information requested by the system.

3.  The check is then verified. Depending upon the response, proceed as follows:

    - •  If the check is authorized, proceed to step 4.
    - •  If a check is declined, your POS printer will print out a receipt for the customer that identifies why the check was declined. If the check was declined as a result of negative information associated with the check MICR number, the decline receipt will report a phone number that the consumer can call regarding their decline.

    NOTE: For a complete list of terminal responses and the applicable merchant action, please refer to Table 1: Program Response Codes on page 4.

4.  After the terminal prints the authorization receipt, the customer should sign and date YOUR COPY of the receipt. Retain this authorization for two years. The duplicate copy of the authorization receipt should be given back to the customer.

5.  Stamp the paper check with the "Void" stamp, then return the check to the customer.

6.  *XPRESSCONVERSION* funds will be deposited to your account two-to-three business days after the transaction (depending upon your account set-up).

## *Void Transactions*

Your terminal allows you to "void" the last transaction in case the customer decides the purchase is not desired or the electronic check conversion transaction is not acceptable. Refer to your Terminal Operating Guide for more information.

---

ECHO0000855

## *Merchant Responsibility for Check Risk*

Unless you have elected to have return items guaranteed, all checks are accepted at the merchant's risk regardless of the verification response and whether or not the check is processed electronically or deposited at your bank.

## XPRESSCONVERSION *Service types*

XPRESSCONVERSION *with VISA POS* Check allows for three different service types that can be utilized at the POS terminal. Depending on how your program has been configured, one, two or all of these service types may apply.

## XPRESSCONVERSION

The conversion of a paper check to an electronic item without verification against *ECHO's* NCN database.

## XPRESSCONVERSION *with Verification*

The paper check is verified against *ECHO's* NCN database and the VISA POS Network. If the check is authorized, it will be converted to an electronic item.

## XPRESSCONVERSION *With Check Guarantee*

The paper check is verified against *ECHO's* NCN database and the VISA POS Network. If the check is authorized, it will be converted to an electronic item. If the electronic item should return, that item will be "guaranteed" by *ECHO*. You will be paid regardless, unless the electronic item does not meet the guarantee terms contracted.

Additional requirements will apply to your specific guarantee program. Please refer to your merchant agreement or your designated *ECHO* account representative for more information.

## XPRESSCONVERSION *Return Processing*

XPRESSCONVERSION allows for much more flexibility in processing returns than traditional paper checks. Paper checks that are converted and subsequently returned can be automatically represented up to two additional times, maximizing the likelihood of successfully collecting those items. *ECHO* provides you the tools to track your return activity every step of the way.

Unless you have elected to have XPRESSCONVERSION with Check Guarantee, returned items are automatically deducted from your account. Any collected funds will be deposited to your account automatically.

ECHO0000856

**Table 1:**
*XPRESSCONVERSION* with VISA POS Response Codes

| Response Code | Display Response Message | Business Condition | Approval (A) / Decline (D) | Receipt Type | Possible Merchant Action(s) |
|---|---|---|---|---|---|
| 00 | Approval | Approval | *A | A | Consumer signs receipt. Merchant stamps check "Void". Merchant returns check to consumer. |
| 03 | Term ID Error | Invalid Merchant ID | D | S | Retry transaction. If problem continues, call *ECHO*. |
| 05 | Decline | Do Not Honor | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |
| 14 | Card No. Error | Invalid Account | D | S | Retry transaction or Request another form of payment |
| 15 | No Such Issuer | No such issuer | D | S | Retry transaction or Request another form of payment |
| 51 | Decline | Non-Sufficient Funds (NSF) | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |
| 57 | Serv Not Allowed | Transaction not permitted | D | S | Retry transaction. If problem persists, call *ECHO*. |
| 61 | Decline | Too much cash (over merchant or bank limit) | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |
| 65 | Decline | Exceeds withdrawal frequency limit | D | S | Request another form of payment or refer to store policy for paper check acceptance |
| 76 | Unsolic Reversal | Unsolicited reversal | D | S | Print detail report and verify the transaction is on the report. If the transaction is on the report, re-key information from report into terminal to submit reversal transaction |
| 80 | Date Error | Reversal received for denied request | D | S | Monitor reports for transaction |
| 91 | No reply | Issuer unavailable | D | S | Retry transaction or Refer to store policy for paper check acceptance |
| 92 | Invalid Routing | Routing error | D | S | Retry transaction or Refer to store policy for paper check acceptance |
| 94 | Duplicate Trans | Duplicate transaction | D | S | Reprint last receipt (void check if transaction was approved) or Print a details report to verify transaction was processed or Retry transaction |
| 96 | System error | System error | D | S | Retry transaction. If error continues, call *ECHO*. |
| T0 | Approval nnnnnn | Approval (Keep first check if service avail) | A | A | Have consumer sign receipt. Stamp check "Void." Return check to consumer |
| T1 | Cannot Convert | Check is okay, but Non-ACH bank | D | S | Accept paper check and deposit at bank or refer to store policy for paper check acceptance |
| T2 | Invalid ABA | Invalid ABA number | D | S | Retry transaction or Refer to store policy for paper check acceptance |
| T3 | Amount Error | Amount greater than limit | D | L | Request another form of payment |
| T4 | Unpaid Items | Failed negative file check | D | L | Request another form of payment |
| T5 | Duplicate Number | Duplicate Check Number | D | S&L | Reprint last receipt (void check if transaction was approved) or Print a details report, or Retry transaction |
| T6 | MICR Error | MICR Error | D | S | Reprint last receipt or request another form of payment |
| T7 | Too Many Checks | Over merchant or bank limit | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |

*A = Authorization
S = Short Decline Receipt
L = Long Decline Receipt

ECHO00000857

## *Reporting Services –Viewing/ Receiving Copies of Checks*

If your terminal is equipped with a check imager, the scanned image of the converted paper check will be stored via an on-line repository. These images may be accessed for collection and marketing purposes.

### *On-Line Viewing/Printing of Checks*

1. Use MerchantAmerica's Transaction reporting service and click "Check Images." If MerchantAmerica is not being used, point your browser to www.xpresschex.com and click the navigation tab labeled "Check Imaging."
2. Type in your Username (your User ID in xxx-xxx-xxxx format) and Password.
3. Type in the specific information for the check you wish to view. To view a range of checks, type in any of the search criteria (dollar amount, date or range of dates) and then click "Find Image."
4. A screen appears listing the checks that you requested. Click "Show" button next to the check you wish to view. The check image will appear. Print this, if desired, using the Print function of your Internet browser.

### *To Request Copies of Checks*

Call Customer Support at **1-800-233-0406, ext. 1** and provide the following information for each check you wish to obtain. Or e-mail the request to customer-support@echo-inc.com.

- Your merchant ID number
- The Routing Number, Check Number and Account Number of the check.
- The Authorization Number obtained when the transaction was initiated.
- The Date of the original transaction

NOTE: There is a $2.00 per item charge for each check requested.

### *Reporting*

There are two types of reports for *XpressConversion:* Terminal Reports and On-Line Merchant Activity Reports.

- Terminal report (batch report) – Printing this report from your terminal lists all the checks processed for check conversion. Refer to your terminal operating guide for complete information.

- On-Line Merchant Activity Reports – On-line reporting is described below.

---

ECHO0000858

## *On-Line Reporting*

On-line reporting is available through *ECHO* by visiting
www.MerchantAmerica.com and/or https:/wwws.echo-inc.com.
After logging on, you can select your report as follows:

- Enter a Date Range of items to review.
- Select the way you want to search for checks. Select *Their Date of Initiation* to search for checks based on the Initiation (Submission) Date, or *Their Current Status* to search for checks as they move through the check processing system.
- Select a report type.

The most commonly used report types are:

- ***All Checks*** – Allows you to view all checks that have been submitted for processing within a specified date range. This will reflect the current status of each transaction.
- ***All Deposits*** – This report option is a review of all deposit activity within a specified date range. The report displays new checks being paid to your merchant account, fees charged, and also checks and fees charged back.

Other Reports Available:

- ***To Be Processed*** – Allows you to view all checks submitted on a specified date that have passed and been accepted by the online validations but not yet sent for clearing to the Federal Reserve's Automated Clearing House (ACH).
- ***Unable to Initiate Processing*** – Allows you to view all rejects (checks within a specified date range that were determined to be unacceptable for submission to the ACH). Review the specific reason by clicking on the 'initiated' date of the specific transaction. Included in resulting detail will be the various reason(s) why this item could not be presented to the ACH system.
- ***Returned-Failed*** – Allows you to view checks that have been presented the maximum times allowable for your electronic check conversion program.
- ***Processing*** – View all checks that are in process of being presented. The checks could show the status of Processing, First Presentment, Second Presentment or Third Presentment.
- ***Converted to Paper Draft*** – Checks that could not be processed through the ACH and are being processed in paper form through the banking system.

ECHO0000859

- • **Returned Checks by Return Date** - Finds all checks returned on a specific date or date range, no matter why they were returned or what new status was applied after the return. Each item will have a new status given to it after the return has been noted. Review the detail on the individual items themselves for help determining what happens after an item is returned.

## How to Find Detail of Items shown in a Deposit Report

Items charged back or paid to the merchant can be viewed by clicking on the underlined Date link. This link takes you to the Deposit Detail Report.

### Check Review Reports

The top of the Check Review Report displays totals for the checks retrieved by your request. Checks are totaled and counted by their Current Status. (See below for definitions of status.)

- • Checks in a 'Processing Status' are displayed in Navy Blue.
- • Checks that have been returned or that *ECHO* is unable to process are displayed in Dark Red.
- • Checks that have been 'Converted to Paper' are displayed in Violet.

### Viewing Detail of Transaction Records

In order to see all of the information contained in a single check item transaction record, click on the blue "date link" in each record. This will request the detail, including processing information, of the record.

### Checks and Other "Source Documents"

The following are the NACHA Regulations for Electronic Check Conversion, which apply to all such transactions throughout the United States.

### Acceptable Source Documents

You may only accept a check or share draft as a source document for *XPRESSCONVERSION* if:

- ▪ It is drawn on a consumer account;
- ▪ It has not been previously negotiated;
- ▪ It has not been previously voided;
- ▪ It contains a pre-printed serial number.

ECHO0000860

## *Check Statuses – Master List*

This section describes and defines the check statuses and corresponding reports used in the history portion of the Transaction Detail.

| Status Reports | Description of Items on Report |
|---|---|
| To Be Processed | The transaction was received by *ECHO* to begin the submission process. All transactions submitted will begin processing for payment at the cutoff time each business day for that day's transactions. If the transaction was on a weekend or holiday, it will begin processing for payment at cutoff time of the following business day. During the time period that the transaction is at this status, it may still be Voided or Held. |
| Processing | Transactions are being processed. |
| Unable to Process | *ECHO* could not process the transaction. When this is displayed on the report, you can view the transaction details by clicking on the 'initiated' date of a specific transaction. Included in the resulting detail will be the various reason(s) why this item could not be presented to the Federal Reserve's Automated Clearing House (ACH). In some cases the transaction may be stopped during transaction submission due to format errors or communication reasons. |
| 1st Presentment | Displayed if the check is at its first submission for clearing via the ACH. The proceeds of the transaction are deposited to your account. If this status message is currently older than 5 business days, it may be assumed that this item will not be returned by the Receiving Depository Financial Institution (RDFI). However, until a full 60 days has passed, the item may still come back for "Not Authorized" or "Stop Payment." |
| 1st Presentment Returned | 1st Presentment of a transaction has been returned by the check writer's bank. The returned check is reflected on the online reporting system, along with a reason code and explanation for the return. If a 1st Presentment Returned item is due to R01 (Insufficient Funds) or R09 (Uncollected Funds), then the item may be re-presented according to your setup parameters. If the return is due to any other return code, it will be charged back to you, except for items that are guaranteed or "Sent to Research". |

ECHO0000861

## Check Statuses - Master List  (continued)

| Status Reports | Description of Items on Report |
|---|---|
| 2nd Presentment | The check has been submitted a second time for clearing via the ACH.  If this status message is currently older than 5 business days, it may be assumed that this item will not be returned by the Receiving Depository Financial Institution (RDFI). However, until a full 60 days has passed, the item may still come back for "Not Authorized" or "Stop Payment." |
| 2nd Presentment Returned | 2nd Presentment of a transaction has been returned by the check writer's bank. A reason code and explanation for the return are posted for you to view on the on-line reporting system. If a 2nd Presentment Returned item is due to R01 (Insufficient Funds) or R09 (Uncollected Funds), the item will be charged back to your account, but then may be re-presented according to your setup parameters. If the return is due to any other return code, it will be charged back to your account, except for items that are "Sent to Research". |
| 3rd Presentment | This status means that the check has been presented and returned two times. The transaction is re-submitted for the 3rd and final time (3rd Presentment) for clearing via the ACH according to the merchant's setup parameters. If this status message is currently older than 5 business days, it may be assumed that this item will not be returned by the Receiving Depository Financial Institution (RDFI). However, until a full 60 days has passed, the item may still come back for "Not Authorized" or "Stop Payment." |
| 3rd Presentment Returned | Third Return by check writer's bank; no further processing via the ACH can be made. A reason code and its description are posted on the online reporting system for you to view. |

ECHO0000862

## *Check Statuses - Master List* (continued)

| | |
|---|---|
| Check Forwarded to *ECHO's* Collections | The check has failed all presentments and *ECHO's* Collections Department will now attempt collection on the item. To sign up for this service, please call your account representative or *ECHO* at 1-800-233-0406, ext 5. |
| Check Returned to Merchant for Collections | The check has failed all presentments. You, the merchant, will handle the responsibility of collections. No additional notification is provided. If you wish to sign up for *ECHO's* collections service, please call your account representative or *ECHO* at 1-800-233-0406, ext 5. |
| Cannot Process Further | There will be no further processing by *ECHO's* system. This status will always accompany the previous two statuses, "Check Forwarded to Collections" and "Check Returned to Merchant for Collections." |
| Thomson Verification Failed | Using the industry standard database of bank routing number, the item has been pre-screened and it cannot be processed. The routing number or account number does not conform to those of the issuing bank. Item will then be sent for research by *ECHO* collections. |
| Administrative Returns | These are returned items that did not go through on their last presentment due to some routing or data problem. *ECHO* Collections will attempt to correct the problem in preparation for possible Re-Presentment. If research is able to correct the problem, the item will be re-presented. If research is unable to correct the problem, the item may be submitted via paper draft (if included as part of your service), or will be disposed and the next status will be Cannot Process Further |
| New Route | Indicates that this bank has changed its routing number, and the new number has been inserted in place of the old number |
| New Account # | Indicates that this bank has changed this account number, and the new number has been inserted in place of the old number. |

ECHO0000863

## Unacceptable Source Documents

Checks that may not be accepted for XPRESSCONVERSION include:

- Corporate checks;
- Third-party checks;
- Credit card checks;
- Obligations of a financial institution (e.g., cashier's checks, money orders, traveler's checks, official checks, etc.);
- Checks drawn on the Treasury of the United States, a Federal Reserve Bank, or a Federal Home Loan Bank;
- Checks drawn on a state or local government; or
- Checks payable in a medium other that United States currency.

# Merchant Questions & Support

Answers to commonly asked merchant questions:

### 1. What happens if our sales clerk accepts a check that the service does not accept?

Your sales clerk receives a message on your terminal informing him/her that the service cannot process the transaction. Your clerk then follows your old paper check processing procedures.

### 2. Must our customer sign up before using the service?

One of the strongest features of the ECC Service is that no customer sign-up is necessary. You can use the service to convert a valid check presented by any customer who is making a purchase.

### 3. Must our customer complete a check to be converted?

If you can use an image to capture the check image, your customer should complete the check (that is, fill in the payee, date, and amount) that will be converted. The only information the system uses directly from the check is the preprinted MICR encoding. However, ECHO's preference is for the customer to complete the check. Your customer must sign the sales draft generated to document the purchase in all cases.

### 4. What happens to the check after our sales clerk scans it?

The check is voided so your customer cannot use it again. After an approval response is received, your clerk stamps the check "void" with the stamp provided.

### 5. What record does our customer have of the transaction?

Your customer receives a copy of his/her sales draft and the voided returned check at the point of sale. And each month, in compliance with Regulation E, each ECC check service transaction is detailed on the customer's checking account statement.

### 6. What if our customer doesn't want to use the ECC Check Service?

If a customer prefers to pay with a paper check in the traditional way, the sales clerk at store management's discretion may honor his/her wishes

ECHO0000864

and process the purchase according to your old procedures for paper check transactions.

**7. What if a customer refuses to sign the sales receipt after the check is converted?**

If a customer refuses to sign the ECC Service transaction receipt at the terminal, the clerk at store management's discretion may accept the customer's paper check, according to your old procedures, or requests another form of payment. Make sure to void the transaction. Refer to question 10 on the following page.

**8. Can a customer use the same check over?**

No, a customer may not use the same check for multiple purchases. Although the check is returned, it is voided—rendering it unusable. Make sure to stamp all checks with "VOID".

**9. How do we handle returned merchandise?**

Handle returns according to your usual procedures for check purchases. The ECC service does not accept transactions for returned merchandise per NACHA regulations.

**10. What happens if a previously approved transaction must be voided?**

Your sales clerk simply presses the "void last transaction" key on the check conversion terminal. This action causes the ECC service to generate an electronic reversal, which prevents the electronic debit from posting to your customer's checking account. Your sales clerk then asks the customer how he/she would like to pay for the purchase and accepts a paper check or other form of payment.

**11. Who do I call for customer service support?**

We recognize that 24/7 customer support is critical to the success of your electronic check conversion program. Our customer service area is open 24 hours a day 7 days a week at **1-800-233-0406, ext. 1.**

**12. What do I do with the "voided" check if the customer leaves it behind?**

Wait a few minutes to see if they return and if not, tear the check up and throw it away.

**13. How long does it take for the images to upload?**

On average, about 3 seconds per image. This is usually done during shift changes or end of day. It automatically happens when you select "close batch".

**14. What happens if the power goes off and the machines don't work after it returns?**

Make sure the scanner is powered on first and then power up the terminal. If that does not work, call Customer Support at **1-800-233-0406, ext. 1.**

---

ECHO0000865

## *Answering Your Customers' Questions*

Below is a list of answers to common questions asked by consumers of merchants regarding the XPRESSCONVERSION program. These can be photocopied and given to curious customers.

## *Answers to Your Questions About Our Electronic Check Conversion System.*

### *1. What is Electronic Check Conversion?*

It's a process which converts your personal check into an electronic transaction at the time of your purchase. Rather than physically depositing your check at our bank, which will then submit the check to your bank, this service lets you keep your check and transmits all the payment information electronically.

### *2. Who authorizes the store to electronically charge my account?*

You do, by signing a sales draft receipt at the time of your purchase.

### *3. How does the Electronic Check Conversion program work?*

You present a paper check at the point of sale. The check is quickly passed through a check reader, voided, and returned to you with a copy of the sales draft receipt. The transaction is processed electronically and, typically, funds are withdrawn from your checking account within two days.

### *4. Why did I get my check back from the cashier?*

Your check information was converted to an electronic transaction; therefore, the paper check is no longer needed. You can keep it for your records. This is one fact that makes ECC more secure for you than a paper check; fewer people will have access to the check information.

### *5. How will an ECC transaction appear on my bank statement?*

It will be listed with other electronic transactions, such as direct deposits, debit card transactions and ATM withdrawals. The entry will provide much more information than you normally see for a check, including the store name, date, purchase amount, and check number.

### *6. What do I do if I have questions about my checking account statement?*

As always, contact your financial institution.

### *7. Will I still need to provide an ID?*

For your protection, you will still need to show an ID according to the store policy.

### *8. What happens if my checking account has insufficient funds?*

Just as with paper checks, the item will be represented, but electronically instead of via paper.

ECHO0000866



Electronic Clearing House, Inc.



NATIONAL CHECK NETWORK

730 Paseo Camarillo, Camarillo, CA 93010
1-800-233-0406, ext. 1 www.echo-inc.com

©2003 Electronic Clearing House, Inc., All Rights Reserved          XConv 1.5  09/03

ECHO0000867

# EXHIBIT  14
# REDACTED  IN  ITS
# ENTIRETY