# EXHIBIT 15

# Everything You Always Wanted to Know About Check Conversion*



Instructions and tips for merchants using
*XpressConversion*SM with VISA POS Check Services

**\*But Were Afraid to Ask**

*XpressConversion* with VISA POS

ECHO0000799

## *Table of Contents*

Accepting Checks? Now There's a Better Way with
*XpressConversion*℠ with VISA POS Check. ............................................. 1

Quick Start Procedures ................................................................. 1

Point of Sale Check Processing .................................................... 2

Void Transactions ....................................................................... 2

Merchant Responsibility for Check Risk ......................................... 3

*XpressConversion* Service Types ................................................. 3

*XpressConversion* Return Processing .......................................... 3

Table 1: *XpressConversion* with VISA POS Response Codes ............... 4

Reporting Services - Viewing/ Receiving Copies of Checks .................. 5

On-Line Viewing/Printing of Checks .............................................. 5

To Request Copies of Checks ...................................................... 5

Reporting ................................................................................. 5

On-Line Reporting ..................................................................... 6

How to Find Detail of Items shown in a Deposit Report ..................... 7

Check Review Reports ................................................................ 7

Viewing Detail of Transaction Records .......................................... 7

Checks and Other "Source Documents" ......................................... 7

Acceptable Source Documents .................................................... 7

Check Statuses - Master List ....................................................... 8

Unacceptable Source Documents ............................................... 11

Merchant Questions & Support ................................................... 11

Answering Your Customers' Questions ........................................ 13

**PROPRIETARY NOTICE:**  THIS DOCUMENT CONTAINS PROPRIETARY INFORMATION
WHICH SHALL NOT BE REPRODUCED OR TRANSFERRED TO OTHER DOCUMENTS OR
DISCLOSED TO OTHERS OR USED FOR ANY PURPOSE WITHOUT PRIOR WRITTEN
PERMISSION OF ELECTRONIC CLEARING HOUSE, INC. (*ECHO*).

*ECHO* PROPRIETARY AND CONFIDENTIAL INFORMATION EXEMPT FROM
PUBLIC DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT [5 USC
552 (b) (4)], THE ARMS EXPORT CONTROL ACT [22 USC 2778 (e)], THE
EXPORT ADMINISTRATION ACT [50 USC APP. 2411 (c)] AND THE TRADE
SECRETS ACT [18 USC 1905].

ECHO0000800

## Accepting Checks? Now There's a Better Way
### with XPRESSCONVERSION

More and more retailers across the nation are deploying check conversion – the process of converting paper checks to electronic items at the point of sale. Now, with *XPRESSCONVERSION* you have a fast, automated tool to accept checks and receive payment automatically.

This guide provides the information you need to use the service efficiently. It covers everything except operation of your terminal. That information is found in the specific Terminal Operating Guide for your terminal.

## Quick Start Procedures
## Your XPRESSCONVERSION Start-Up Kit

- Welcome letter
- This *XPRESSCONVERSION* User Guide
- Consumer Notification of Collection (POS sticker)
- "Void" stamp
- NCN® decal
- Terminal Installation Instructions (not available with all terminals)
- Terminal Operating Guide
- Terminal overlay (not available with all terminals)

### Getting Set Up

1. Set up the terminal components as described in the Installation Instructions, if available, or with the assistance of an *ECHO* Customer Support Representative.
2. Place the POS sticker (Consumer Notification of Collection) in a prominent position at your checkout (one sticker at each checkout location). Also place the NCN decal in your window, POS location, or any place your customers can see it while entering or purchasing from your business.
3. Run a sample transaction on your terminal. Use one of your own checks for a small dollar amount ($1.00 minimum). Do not run any actual transactions on the terminal until you have verified the sample transaction (step 4). (NOTE: This will help ensure that there are no communication problems as well as ensure that your system is set up properly with *ECHO*. See Troubleshooting on page 4 for information on how to fix communication problems.)
4. One business day after you run the sample transaction, call *ECHO* customer support at **1-800-262-3246, ext. 1**, to verify that the system submitted your transaction properly.

---

ECHO0000801

5.  Train your staff on the operation of the terminal (see Operating Guide) and the *XPRESSCONVERSION* process as described below.

## *Point of Sales Check Processing*

1.  Obtain the check from your customer, explaining that it is not necessary to complete or sign the check. Make sure the check is an acceptable "source document," as defined by National Automated Clearing House Association (NACHA) rules (see page 10).

2.  Process the check through the image scanner or MICR reader (see Terminal Operating Guide for details). Then, on the terminal keypad, enter dollar amount, the ID information and other information requested by the system.

3.  The check is then verified. Depending upon the response, proceed as follows:

    •   If the check is authorized, proceed to step 4.
    •   If a check is declined, your POS printer will print out a receipt for the customer that identifies why the check was declined.  If the check was declined as a result of negative information associated with the check MICR number, the decline receipt will report a phone number that the consumer can call regarding their decline.

    NOTE:  For a complete list of terminal responses and the applicable merchant action, please refer to Table 1: Program Response Codes on page 4.

4.  After the terminal prints the authorization receipt, the customer should sign and date YOUR COPY of the receipt.  Retain this authorization for two years.  The duplicate copy of the authorization receipt should be given back to the customer.

5.  Stamp the paper check with the "Void" stamp, then return the check to the customer.

6.  *XPRESSCONVERSION* funds will be deposited to your account two-to-three business days after the transaction (depending upon your account set-up).

## *Void Transactions*

Your terminal allows you to "void" the last transaction in case the customer decides the purchase is not desired or the electronic check conversion transaction is not acceptable. Refer to your Terminal Operating Guide for more information.

ECHO0000802

---

### *Merchant Responsibility for Check Risk*

Unless you have elected to have return items guaranteed, all checks are accepted at the merchant's risk regardless of the verification response and whether or not the check is processed electronically or deposited at your bank.

---

### XPRESSCONVERSION *Service types*

XPRESSCONVERSION *with VISA POS* Check allows for three different service types that can be utilized at the POS terminal. Depending on how your program has been configured, one, two or all of these service types may apply.

### XPRESSCONVERSION

The conversion of a paper check to an electronic item without verification against *ECHO's* NCN database.

### XPRESSCONVERSION *with Verification*

The paper check is verified against *ECHO's* NCN database and the VISA POS Network. If the check is authorized, it will be converted to an electronic item.

### XPRESSCONVERSION *With Check Guarantee*

The paper check is verified against *ECHO's* NCN database and the VISA POS Network. If the check is authorized, it will be converted to an electronic item. If the electronic item should return, that item will be "guaranteed" by *ECHO*. You will be paid regardless, unless the electronic item does not meet the guarantee terms contracted.

Additional requirements will apply to your specific guarantee program. Please refer to your merchant agreement or your designated *ECHO* account representative for more information.

### XPRESSCONVERSION *Return Processing*

XPRESSCONVERSION allows for much more flexibility in processing returns than traditional paper checks. Paper checks that are converted and subsequently returned can be automatically represented up to two additional times, maximizing the likelihood of successfully collecting those items. *ECHO* provides you the tools to track your return activity every step of the way.

Unless you have elected to have XPRESSCONVERSION with Check Guarantee, returned items are automatically deducted from your account. Any collected funds will be deposited to your account automatically.

---

ECHO0000803

## Table 1:
### XPRESSCONVERSION with VISA POS Response Codes

| Response Code | Display Response Message | Business Condition | Approval (A) / Decline (D) | Receipt Type | Possible Merchant Action(s) |
|---|---|---|---|---|---|
| 00 | Approval | Approval | *A | A | Consumer signs receipt. Merchant stamps check "Void". Merchant returns check to consumer. |
| 03 | Term ID Error | Invalid Merchant ID | D | S | Retry transaction. If problem continues, call ECHO. |
| 05 | Decline | Do Not Honor | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |
| 14 | Card No. Error | Invalid Account | D | S | Retry transaction or Request another form of payment |
| 15 | No Such Issuer | No such issuer | D | S | Retry transaction or Request another form of payment |
| 51 | Decline | Non-Sufficient Funds (NSF) | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |
| 57 | Serv Not Allowed | Transaction not permitted | D | S | Retry transaction. If problem persists, call ECHO. |
| 61 | Decline | Too much cash (over merchant or bank limit) | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |
| 65 | Decline | Exceeds withdrawal frequency limit | D | S | Request another form of payment or refer to store policy for paper check acceptance |
| 76 | Unsolic Reversal | Unsolicited reversal | D | S | Print detail report and verify the transaction is on the report. If the transaction is on the report, re-key information from report into terminal to submit reversal transaction |
| 80 | Date Error | Reversal received for denied request | D | S | Monitor reports for transaction |
| 91 | No reply | Issuer unavailable | D | S | Retry transaction or Refer to store policy for paper check acceptance |
| 92 | Invalid Routing | Routing error | D | S | Retry transaction or Refer to store policy for paper check acceptance |
| 94 | Duplicate Trans | Duplicate transaction | D | S | Reprint last receipt (void check if transaction was approved) or Print a details report to verify transaction was processed or Retry transaction |
| 96 | System error | System error | D | S | Retry transaction. If error continues, call ECHO. |
| T0 | Approval nnnnnn | Approval (Keep first check if service avail) | A | A | Have consumer sign receipt. Stamp check "Void." Return check to consumer |
| T1 | Cannot Convert | Check is okay, but Non-ACH bank | D | S | Accept paper check and deposit at bank or refer to store policy for paper check acceptance |
| T2 | Invalid ABA | Invalid ABA number | D | S | Retry transaction or Refer to store policy for paper check acceptance |
| T3 | Amount Error | Amount greater than limit | D | L | Request another form of payment |
| T4 | Unpaid Items | Failed negative file check | D | L | Request another form of payment |
| T5 | Duplicate Number | Duplicate Check Number | D | S&L | Reprint last receipt (void check if transaction was approved) or Print a details report, or Retry transaction |
| T6 | MICR Error | MICR Error | D | S | Reprint last receipt or request another form of payment |
| T7 | Too Many Checks | Over merchant or bank limit | D | S&L | Request another form of payment or Refer to store policy for paper check acceptance |

*A  =  Authorization
S  =  Short Decline Receipt
L  =  Long Decline Receipt

ECHO00000804

### Reporting Services – Viewing/ Receiving Copies of Checks

If your terminal is equipped with a check imager, the scanned image of the converted paper check will be stored via an on-line repository. These images may be accessed for collection and marketing purposes.

#### On-Line Viewing/Printing of Checks

1. Use MerchantAmerica's Transaction reporting service and click "Check Images." If MerchantAmerica is not being used, point your browser to www.xpresschex.com and click the navigation tab labeled "Check Imaging."

2. Type in your Username (your User ID in xxx-xxx-xxxx format) and Password.

3. Type in the specific information for the check you wish to view. To view a range of checks, type in any of the search criteria (dollar amount, date or range of dates) and then click "Find Image."

4. A screen appears listing the checks that you requested. Click "Show" button next to the check you wish to view. The check image will appear. Print this, if desired, using the Print function of your Internet browser.

### To Request Copies of Checks

Call Customer Support at 1-800-233-0406, ext. 1 and provide the following information for each check you wish to obtain. Or e-mail the request to customer-support@echo-inc.com.

- Your merchant ID number
- The Routing Number, Check Number and Account Number of the check.
- The Authorization Number obtained when the transaction was initiated.
- The Date of the original transaction

NOTE: There is a $2.00 per item charge for each check requested.

### Reporting

There are two types of reports for XPRESSCONVERSION: Terminal Reports and On-Line Merchant Activity Reports.

- Terminal report (batch report) – Printing this report from your terminal lists all the checks processed for check conversion. Refer to your terminal operating guide for complete information.

- On-Line Merchant Activity Reports – On-line reporting is described below.

---

ECHO0000805

## On-Line Reporting

On-line reporting is available through *ECHO* by visiting www.MerchantAmerica.com and/or https:/wwws.echo-inc.com.

After logging on, you can select your report as follows:

- Enter a Date Range of items to review.
- Select the way you want to search for checks. Select *Their Date of Initiation* to search for checks based on the Initiation (Submission) Date, or *Their Current Status* to search for checks as they move through the check processing system.
- Select a report type.

The most commonly used report types are:

- **All Checks** – Allows you to view all checks that have been submitted for processing within a specified date range. This will reflect the current status of each transaction.

- **All Deposits** – This report option is a review of all deposit activity within a specified date range. The report displays new checks being paid to your merchant account, fees charged, and also checks and fees charged back.

Other Reports Available:

- **To Be Processed** – Allows you to view all checks submitted on a specified date that have passed and been accepted by the online validations but not yet sent for clearing to the Federal Reserve's Automated Clearing House (ACH).

- **Unable to Initiate Processing** – Allows you to view all rejects (checks within a specified date range that were determined to be unacceptable for submission to the ACH). Review the specific reason by clicking on the 'initiated' date of the specific transaction. Included in resulting detail will be the various reason(s) why this item could not be presented to the ACH system.

- **Returned-Failed** – Allows you to view checks that have been presented the maximum times allowable for your electronic check conversion program.

- **Processing** – View all checks that are in process of being presented. The checks could show the status of Processing, First Presentment, Second Presentment or Third Presentment.

- **Converted to Paper Draft** – Checks that could not be processed through the ACH and are being processed in paper form through the banking system.

ECHO0000806

- *Returned Checks by Return Date* - Finds all checks returned on a specific date or date range, no matter why they were returned or what new status was applied after the return. Each item will have a new status given to it after the return has been noted. Review the detail on the individual items themselves for help determining what happens after an item is returned.

## How to Find Detail of Items shown in a Deposit Report

Items charged back or paid to the merchant can be viewed by clicking on the underlined Date link. This link takes you to the Deposit Detail Report.

## Check Review Reports

The top of the Check Review Report displays totals for the checks retrieved by your request. Checks are totaled and counted by their Current Status. (See below for definitions of status.)

- Checks in a 'Processing Status' are displayed in Navy Blue.
- Checks that have been returned or that *ECHO* is unable to process are displayed in Dark Red.
- Checks that have been 'Converted to Paper' are displayed in Violet.

## Viewing Detail of Transaction Records

In order to see all of the information contained in a single check item transaction record, click on the blue "date link" in each record. This will request the detail, including processing information, of the record.

## Checks and Other "Source Documents"

The following are the NACHA Regulations for Electronic Check Conversion, which apply to all such transactions throughout the United States.

## Acceptable Source Documents

You may only accept a check or share draft as a source document for **XPRESSCONVERSION** if:

- It is drawn on a consumer account;
- It has not been previously negotiated;
- It has not been previously voided;
- It contains a pre-printed serial number.

ECHO0000807

## *Check Statuses – Master List*

This section describes and defines the check statuses and corresponding reports used in the history portion of the Transaction Detail.

| Status Reports | Description of Items on Report |
|---|---|
| To Be Processed | The transaction was received by *ECHO* to begin the submission process. All transactions submitted will begin processing for payment at the cutoff time each business day for that day's transactions. If the transaction was on a weekend or holiday, it will begin processing for payment at cutoff time of the following business day. During the time period that the transaction is at this status, it may still be Voided or Held |
| Processing | Transactions are being processed. |
| Unable to Process | *ECHO* could not process the transaction. When this is displayed on the report, you can view the transaction details by clicking on the 'initiated' date of a specific transaction. Included in the resulting detail will be the various reason(s) why this item could not be presented to the Federal Reserve's Automated Clearing House (ACH). In some cases the transaction may be stopped during transaction submission due to format errors or communication reasons. |
| 1st Presentment | Displayed if the check is at its first submission for clearing via the ACH. The proceeds of the transaction are deposited to your account. If this status message is currently older than 5 business days, it may be assumed that this item will not be returned by the Receiving Depository Financial Institution (RDFI). However, until a full 60 days has passed, the item may still come back for "Not Authorized" or "Stop Payment." |
| 1st Presentment Returned | 1st Presentment of a transaction has been returned by the check writer's bank. The returned check is reflected on the online reporting system, along with a reason code and explanation for the return. If a 1st Presentment Returned item is due to R01 (Insufficient Funds) or R09 (Uncollected Funds), then the item may be re-presented according to your setup parameters. If the return is due to any other return code, it will be charged back to you, except for items that are guaranteed or "Sent to Research". |

ECHO0000808

## Check Statuses - Master List (continued)

| Status Reports | Description of Items on Report |
|---|---|
| 2nd Presentment | The check has been submitted a second time for clearing via the ACH. If this status message is currently older than 5 business days, it may be assumed that this item will not be returned by the Receiving Depository Financial Institution (RDFI). However, until a full 60 days has passed, the item may still come back for "Not Authorized" or "Stop Payment." |
| 2nd Presentment Returned | 2nd Presentment of a transaction has been returned by the check writer's bank. A reason code and explanation for the return are posted for you to view on the on-line reporting system. If a 2nd Presentment Returned item is due to R01 (Insufficient Funds) or R09 (Uncollected Funds), the item will be charged back to your account, but then may be re-presented according to your setup parameters. If the return is due to any other return code, it will be charged back to your account, except for items that are "Sent to Research". |
| 3rd Presentment | This status means that the check has been presented and returned two times. The transaction is re-submitted for the 3rd and final time (3rd Presentment) for clearing via the ACH according to the merchant's setup parameters. If this status message is currently older than 5 business days, it may be assumed that this item will not be returned by the Receiving Depository Financial Institution (RDFI). However, until a full 60 days has passed, the item may still come back for "Not Authorized" or "Stop Payment." |
| 3rd Presentment Returned | Third Return by check writer's bank; no further processing via the ACH can be made. A reason code and its description are posted on the online reporting system for you to view. |

ECHO0000809

## *Check Statuses - Master List* (continued)

| | |
|---|---|
| Check Forwarded to *ECHO's* Collections | The check has failed all presentments and *ECHO's* Collections Department will now attempt collection on the item. To sign up for this service, please call your account representative or *ECHO* at 1-800-233-0406, ext 5. |
| Check Returned to Merchant for Collections | The check has failed all presentments. You, the merchant, will handle the responsibility of collections. No additional notification is provided. If you wish to sign up for *ECHO's* collections service, please call your account representative or *ECHO* at 1-800-233-0406, ext 5. |
| Cannot Process Further | There will be no further processing by *ECHO's* system. This status will always accompany the previous two statuses, "Check Forwarded to Collections " and "Check Returned to Merchant for Collections." |
| Thomson Verification Failed | Using the Industry standard database of bank routing number, the item has been pre-screened and it cannot be processed. The routing number or account number does not conform to those of the issuing bank. Item will then be sent for research by *ECHO* collections. |
| Administrative Returns | These are returned items that did not go through on their last presentment due to some routing or data problem. *ECHO* Collections will attempt to correct the problem in preparation for possible Re-Presentment. If research is able to correct the problem, the item will be re-presented. If research is unable to correct the problem, the item may be submitted via paper draft (if included as part of your service), or will be disposed and the next status will be Cannot Process Further |
| New Route | Indicates that this bank has changed its routing number, and the new number has been inserted in place of the old number |
| New Account # | Indicates that this bank has changed this account number, and the new number has been inserted in place of the old number. |

ECHO0000810

## Unacceptable Source Documents

Checks that may not be accepted for *XpressConversion* include:

- Corporate checks;
- Third-party checks;
- Credit card checks;
- Obligations of a financial institution (e.g., cashier's checks, money orders, traveler's checks, official checks, etc.);
- Checks drawn on the Treasury of the United States. a Federal Reserve Bank, or a Federal Home Loan Bank;
- Checks drawn on a state or local government; or
- Checks payable in a medium other that United States currency.

# Merchant Questions & Support

Answers to commonly asked merchant questions:

### 1. What happens if our sales clerk accepts a check that the service does not accept?

Your sales clerk receives a message on your terminal informing him/her that the service cannot process the transaction. Your clerk then follows your old paper check processing procedures.

### 2. Must our customer sign up before using the service?

One of the strongest features of the ECC Service is that no customer sign-up is necessary. You can use the service to convert a valid check presented by any customer who is making a purchase.

### 3. Must our customer complete a check to be converted?

If you can use an image to capture the check image, your customer should complete the check (that is, fill in the payee, date, and amount) that will be converted. The only information the system uses directly from the check is the preprinted MICR encoding. However, *ECHO's* preference is for the customer to complete the check. Your customer must sign the sales draft generated to document the purchase in all cases.

### 4. What happens to the check after our sales clerk scans it?

The check is voided so your customer cannot use it again. After an approval response is received, your clerk stamps the check "void" with the stamp provided.

### 5. What record does our customer have of the transaction?

Your customer receives a copy of his/her sales draft and the voided returned check at the point of sale. And each month, in compliance with Regulation E, each ECC check service transaction is detailed on the customer's checking account statement.

### 6. What if our customer doesn't want to use the ECC Check Service?

If a customer prefers to pay with a paper check in the traditional way, the sales clerk at store management's discretion may honor his/her wishes

ECHO0000811

and process the purchase according to your old procedures for paper check transactions.

### 7. What if a customer refuses to sign the sales receipt after the check is converted?

If a customer refuses to sign the ECC Service transaction receipt at the terminal, the clerk at store management's discretion may accept the customer's paper check, according to your old procedures, or requests another form of payment. Make sure to void the transaction. Refer to question 10 on the following page.

### 8. Can a customer use the same check over?

No, a customer may not use the same check for multiple purchases. Although the check is returned, it is voided—rendering it unusable. Make sure to stamp all checks with "VOID".

### 9. How do we handle returned merchandise?

Handle returns according to your usual procedures for check purchases. The ECC service does not accept transactions for returned merchandise per NACHA regulations.

### 10. What happens if a previously approved transaction must be voided?

Your sales clerk simply presses the "void last transaction" key on the check conversion terminal. This action causes the ECC service to generate an electronic reversal, which prevents the electronic debit from posting to your customer's checking account. Your sales clerk then asks the customer how he/she would like to pay for the purchase and accepts a paper check or other form of payment.

### 11.   Who do I call for customer service support?

We recognize that 24/7 customer support is critical to the success of your electronic check conversion program. Our customer service area is open 24 hours a day 7 days a week at **1-800-233-0406, ext. 1.**

### 12.   What do I do with the "voided" check if the customer leaves it behind?

Wait a few minutes to see if they return and if not, tear the check up and throw it away.

### 13.   How long does it take for the images to upload?

On average, about 3 seconds per image. This is usually done during shift changes or end of day. It automatically happens when you select "close batch".

### 14.   What happens if the power goes off and the machines don't work after it returns?

Make sure the scanner is powered on first and then power up the terminal. If that does not work, call Customer Support at **1-800-233-0406, ext. 1.**

---

ECHO0000812

## *Answering Your Customers' Questions*

Below is a list of answers to common questions asked by consumers of merchants regarding the XPRESSCONVERSION program. These can be photocopied and given to curious customers.

### *Answers to Your Questions About Our Electronic Check Conversion System.*

#### *1. What is Electronic Check Conversion?*

It's a process which converts your personal check into an electronic transaction at the time of your purchase. Rather than physically depositing your check at our bank, which will then submit the check to your bank, this service lets you keep your check and transmits all the payment information electronically.

#### *2. Who authorizes the store to electronically charge my account?*

You do, by signing a sales draft receipt at the time of your purchase.

#### *3. How does the Electronic Check Conversion program work?*

You present a paper check at the point of sale. The check is quickly passed through a check reader, voided, and returned to you with a copy of the sales draft receipt. The transaction is processed electronically and, typically, funds are withdrawn from your checking account within two days.

#### *4. Why did I get my check back from the cashier?*

Your check information was converted to an electronic transaction; therefore, the paper check is no longer needed. You can keep it for your records. This is one fact that makes ECC more secure for you than a paper check; fewer people will have access to the check information.

#### *5. How will an ECC transaction appear on my bank statement?*

It will be listed with other electronic transactions, such as direct deposits, debit card transactions and ATM withdrawals. The entry will provide much more information than you normally see for a check, including the store name, date, purchase amount, and check number.

#### *6. What do I do if I have questions about my checking account statement?*

As always, contact your financial institution.

#### *7. Will I still need to provide an ID?*

For your protection, you will still need to show an ID according to the store policy.

#### *8. What happens if my checking account has insufficient funds?*

Just as with paper checks, the item will be represented, but electronically instead of via paper.

---

ECHO0000813





Electronic Clearing House, Inc.    NATIONAL CHECK NETWORK

730 Paseo Camarillo, Camarillo, CA 93010
1-800-233-0406, ext. 1 www.echo-inc.com

©2003 Electronic Clearing House, Inc., All Rights Reserved

XConv 1.5  09/03

ECHO0000814

# EXHIBIT  16
# REDACTED  IN  ITS
# ENTIRETY

# EXHIBIT   17
# REDACTED   IN   ITS
# ENTIRETY

# EXHIBIT 18

RECEIVED
MAY 24 2005
RICHARD K. HERRMANN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,

    Plaintiff,

    v.

TELECHECK SERVICES, INC.,
ELECTRONIC CLEARING HOUSE, INC.,
XPRESSCHEX, INC. and NOVA
INFORMATION SYSTEMS, INC.,

    Defendants.

C.A. 04-858 (SLR)

## DEFENDANT ELECTRONIC CLEARING HOUSE, INC.'S AND XPRESSCHEX, INC.'S MAY 19, 2005 SUPPLEMENTAL RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 12, 13, and 15)

In accordance with the provisions of Rule 26 and 33 of the Federal Rules of Civil Procedure, Defendant Electronic Clearing House, Inc. and Xpresschex, Inc.("ECHO" or "Defendant") hereby provides the following supplemental responses to Interogatory Nos. 12, 13, and 15 from the Third Set of Interrogatories ("the Interrogatories") of Plaintiff LML Patent Corp. ("Plaintiff").

## PRELIMINARY STATEMENT

1.    Defendant, based upon its current knowledge, understanding and belief of the facts and information available to it as of the date on which this response is made, responds and objects as set forth below to the Interrogatories. This response, while based on diligent exploration by Defendant and its counsel, reflects only the current state of Defendant's knowledge, understanding and belief respecting the matters about which inquiry was made. Further, Defendant has not completed its investigation of the facts relating to this action, and anticipates that as, this action proceeds, further facts may be discovered by it, and, without in any way obligating itself to do so, Defendant reserves

the right to modify or supplement its response with such pertinent information as it may subsequently discover.

     2.    Defendant's responses are made without in any way waiving or intending to waive, but, on the contrary, intending to preserve and preserving:

     a.    the right to raise all questions of authenticity, relevancy, materiality, privilege and admissibility as evidence for any purpose of the information provided in response to these interrogatories, which may arise in any subsequent proceeding in, or the trial of, this or any other action;

     b.    the right to object to the use of the information in any subsequent proceeding in, or the trial of, this or any other action on any grounds;

     c.    the right to object on any ground at any time to other requests or other discovery involving the information or the subject matter hereof;

     d.    the right to use or rely on at trial ( or otherwise) subsequently discovered information or information omitted from this response as a result of error, oversight, or inadvertence; and

     e.    the right to produce additional facts and evidence at trial or otherwise, and to object on appropriate grounds to the introduction of any evidence included in this response.

     3.    Words and terms used in the following responses shall be construed in accordance with their normal meanings and connotations and shall in no way be interpreted as terms of art or statutorily defined terms as used in the patent laws, and Defendant specifically disavows any such meaning or connotation that might be accorded such terms, unless explicitly stated otherwise.

     4.    Specific objections to each interrogatory are made on an individual basis set forth below. In addition to these specific objections, Defendant makes the following General Objections to the Interrogatories, and incorporates these General Objections into each of Defendant's responses, whether or not explicitly referenced.

## GENERAL OBJECTIONS

1.    Defendant objects to each and every interrogatory to the extent that Plaintiff seeks information which is protected from disclosure by the attorney-client privilege and/or work product doctrine, or what would, singularly or in combination, reveal the mental impressions or thought processes of Defendant's attorneys. Such information is immune from discovery and will not be produced. The specific objections stated below on the grounds of attorney-client privilege and/or work product protection in no way limit the generality of this objection. As used herein, the terms "attorney-client privilege" and/or "attorney work product immunity" should be read to include the joint defense or common interest privileges and immunities. Nothing contained in this response is intended to be nor should be considered a waiver of any attorney-client privilege, work product protection, the right of privacy, trade secret or confidential information, or any other applicable privilege or doctrine, and to the extent that any interrogatory may be construed as calling for disclosure of information or documents protected by such privileges or doctrines, a continuing objection to each and every such request is hereby imposed.

2.    Defendant objects to each and every interrogatory to the extent it seeks information that is totally irrelevant to discoverable information that Defendant may use to support its claims or defenses, and disclosure would unnecessarily harm Defendant without in any way furthering the legitimate trial preparation efforts of Plaintiff.

3.    Defendant objects to each and every interrogatory to the extent it seeks information within Defendant's possession, but the disclosure of which is subject to or precluded by restrictions of confidentiality imposed by, or pursuant to, an agreement with a third party or Court Order.

4.    Defendant objects to each and every interrogatory to the extent that it is disguised as multiple interrogatories and Defendant objects to each and every definition included in the Interrogatories to the extent that it is also disguised as multiple interrogatories.

5.    Defendant objects to each and every interrogatory to the extent that it is a premature contention interrogatory because discovery is still in its very early stages and

Defendant is still formulating its contentions regarding the claims and defenses of the parties.

6.      Defendant objects to each and every production request containing the defined terms "ECHO's Accused Product," "Accused Product," or "product," as the definition provided renders these interrogatories overly broad, vague ambiguous and/or unintelligible. Notwithstanding the foregoing objections, Defendant understands such terms to call *for* information that reasonably relates directly to ECHO's electronic check conversion transaction processing system concerning transactions that are initiated by the entry of check MICR information into a terminal at the point of sale.

7.      Defendant objects to each and every interrogatory to the extent that it seeks information that is publicly available, is as readily available to Plaintiff as it is to Defendant, or is already in Plaintiffs possession, custody or control.

8.      Defendant objects to the Interrogatories to the extent they are unreasonably cumulative or duplicative, and to the extent that the information sought is more conveniently obtainable from some other source.

9.      Defendant objects to the Interrogatories to the extent they purport to impose a requirement on Defendant to disclose information about Defendant's products or programs other than those at issue in this case as unreasonable, unduly burdensome and not reasonably calculated to lead to discoverable information.


## INTERROGATORIES

### INTERROGATORY NO. 12:

Describe in detail all bases for ECHO's contention that it does not infringe claims 14, 16, and 18 of the '988 patent, claim 10 of the '528 patent, and claims 1,2 and 24 of the '366 patent either literally or under the doctrine of equivalents, and its contention that it has not contributed to the infringement by others and/or has not induced others to infringe such claims, including a claim chart explaining in detail all specific structural or functional differences between each Accused Product and each claim.

- 4 -

(As used herein, the "'988 patent" refers to U.S. Patent No. 5,484,988; the "'528 patent" refers to U.S. Patent No. 6,164,528; the "'366 patent" refers to U.S. Patent No. 6,283,366; and "ECHO's Accused Products", "Accused Product", or "product" means ECHO's "XpressConversion" system and any other product, equipment, component, system, or services manufactured, sold, offered for sale, used, or imported by ECHO that reasonably relate to conversion of checks, presented at points of sale, to electronic transactions ).

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 12:

Defendant incorporates by reference its prior responses to this Interrogatory as though fully set forth herein.  In view of the fact that the Court has yet to construe the disputed claims, if any, the response is made without prejudice to Defendant's right to amend and/or further supplement its response as its deems necessary.  Indeed, Defendant expressly reserves the right to further supplement this response as discovery proceeds and provides this first supplemental response subject to and without waiving its General and Specific Objections:

ECHO does not infringe any of claims 14, 16 and 18 of the '988 patent; claim 10 of the '528 patent; nor any of claims 1, 2 and 24 of the '366 patent, at least because the Accused Products do not meet the limitation "without using the check as a negotiable instrument" (the "negotiable instrument" limitation) either literally or (if available) under the doctrine of equivalents.

The ECHO Accused Products do not meet this limitation because the consumer bank check is in fact used as a negotiable instrument.  In the ECHO system, the magnetic ink character recognition ("MICR") reader reads not only bank account information, but also the bank check number.  Using the check number, the host system then clears and voids the check during the transaction.  ECHO's scanning of the check number and

- 5 -

subsequent cancellation of the check is consistent with use of the check as a negotiable instrument.

The electronic submission of the check information (including the check number, amount of the check and other MICR information) through the ECHO system constitutes a presentment of the check and is the time at which all of the warranties of presentment attach. This is also consistent with using the check as a negotiable instrument. Having undergone presentment, the spent and voided check is returned to the customer, in materially the same way a customer receives presented and voided checks in the mail along with their monthly bank statements.

ECHO further requires its merchants to have consumers fill out and sign checks before handing them to the merchant. The signed bank check is a negotiable instrument, and is used as such in the ECHO system. The signed bank check itself may be retained as part of a traditional checking transaction, rather than carrying on the transaction electronically. For example, this may occur in the ECHO system, when a bank disallows conversion of the paper check to an electronic check at the terminal. In such cases, the terminal displays an appropriate prompt, and the merchant simply retains the signed bank check without any further information from the consumer. This treatment of the check is only possible because the signed check meets all criteria of a negotiable instrument, and is used as a negotiable instrument.

The "negotiable instrument" limitation can not be expanded to cover "equivalents." In general, negative limitations are not entitled to any scope of equivalents. *See Athletic Alternatives Inc. v. Prince Mfg.*, 73 F.3d 1573 (Fed. Cir. 1996); *Pennwalt v. Durand-Wayland Inc.*, 833 F.2d 931 (Fed. Cir. 1987). Further, with respect to the '988 patent, the limitation was added to each independent claim during prosecution

to overcome prior art. (See Preliminary Amendment dated June 9, 1994, LML-EP-000170-175.) As a result, the *Festo* presumption applies to this limitation within the '988 patent and precludes any scope of equivalents.

The Applicants further relied on the "negotiable instrument" limitation during prosecution to obtain allowance of all Asserted Claims over the prior art. For example, during prosecution of the '528 patent the Applicants argued:

> As a convenience to the consumer, bank account information is read off of a check. However, the check is not utilized as a negotiable instrument. As such the check need not even be signed by the consumer. All of the information is stored in the check writing point of sale system, and transfer of the funds is handled electronically.

(Response dated May 20, 1999; see also Response dated January 30, 1995, LML-EP-000189-209; Response dated May 21, 1998, LML-EP 000414-18.) This disavowal of claim scope further precludes any application of the doctrine of equivalents.

Even if resort to the doctrine of equivalents is available, the Accused Products do not meet the "negotiable instrument" limitation because the differences between the Accused Products and the limitation (as described above) are not insubstantial.

ECHO does not infringe any of claims 16 and 18 of the '988 patent; nor claim 10 of the '528 patent at least because the Accused Products do not meet the limitation of reading MICR information for the "sole purpose of obtaining consumer bank account information," either literally or (if available) under the doctrine of equivalents. In the ECHO system the check number is also read by the terminal. This additional information is not obtained for the "sole purpose" of obtaining bank account information, and therefore this limitation is not literally met by the ECHO system.

The "sole purpose" limitation was added to the claims during prosecution of the

- 7 -

'988 patent. (Compare original claims, LML0EP 000104-06, with Preliminary Amendment dated June 8, 1994, LM-EP 000170-79.) As a result, the *Festo* presumption applies to this limitation within the '988 patent and precludes any scope of equivalents. The Applicants expressly relied on this limitation to obtain allowance of the claims over the prior art. (See, e.g., Amendment dated January 30, 1995, LML-EP-000189-209; "None of the references discloses a point-of-sale system that uses any bank check solely for the purposes of gathering customer information and not as a negotiable instrument;" see also Preliminary Amendment dated June 9, 1994, LML-EP-000170-000175.) This clear disavowal of claim scope precludes any scope of equivalents.

Even if resort to the doctrine of equivalents is available, the Accused Products do not meet the "sole purpose" limitation because the differences between the Accused Products and the limitation (as described above) are not insubstantial.

ECHO does not infringe any of claims 14, 16 and 18 of the '988 patent; nor any of claims 1 and 2 of the '366 patent, at least because the Accused Products do not meet the limitation of a terminal adapted to receive consumer bank account information from "any bank check," either literally or (if available) under the doctrine of equivalents. The ECHO system cannot be used with a wide variety and significant number of bank checks (e.g., checks that act as a cash advance from the credit card issuer).

The "any bank check" limitation was added to the claims during prosecution of the '988 patent to overcome the prior art. (Compare original claims, LML-EP 000104-06, with Response dated January 30, 1995, LML-EP 000183-209.) As a result, the Festo presumption applies to this limitation within the '988 patent and precludes any scope of equivalents. The Applicants further relied on this limitation to distinguish the prior art (see LML-EP 000207). Accordingly, no scope of equivalents is available.

- 8 -

Even if the doctrine of equivalents is applicable, the Accused Products do not infringe under the doctrine of equivalents because the differences between the Accused Products and the claim limitation are not insubstantial.

Defendant does not infringe claim 10 of the '528 patent at least because the Accused Products do not meet the limitation of "verifying that account numbers were accurately read at the point of sale terminal," either literally or (if available) under the doctrine of equivalents.

ECHO's investigation into its defenses is continuing, and it reserves the right to supplement these defenses and/or assert additional invalidity defenses as discovery progresses. Defendant has not completed its investigation of the facts and information relating to this action. Defendant anticipates that as this action proceeds, further facts and information may be discovered. Accordingly, Defendant will provide a further response, if at all, once its investigation is complete.

**INTERROGATORY NO. 13:**

Describe in detail all legal and factual bases for ECHO's contention that each of claims 14, 16, and 18 of the '988 patent, claim 10 of the '528 patent, and claims 1,2 and 24 of the '366 patent are invalid and for each piece of alleged prior art, and/or combination of alleged prior art that ECHO contends invalidates each such claim, provide a detailed claim chart that identifies each element of the claim that ECHO contends is disclosed or taught by the prior art with citations to each instance where such element is allegedly disclosed or taught by the prior art.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

Defendant incorporates by reference its prior response(s) to this Interrogatory as though fully set forth herein. In view of the fact that the Court has yet to construe the

disputed claims, if any, the response is made without prejudice to Defendant's right to amend and/or further supplement its response as its deems necessary. Indeed, Defendant expressly reserves the right to supplement this response as discovery proceeds and provides this supplemental response subject to and without waiving its General and Specific Objections:

In addition to the references and analyses set forth in Defendant's prior response(s) to Interrogatory Nos. 2 and 13, Defendant hereby incorporates by reference Telecheck's Responses to LML's Interrogatory No. 13 and Nova's Responses to LML's Interrogatory No. 11. Defendant also incorporates the invalidity analyses set forth in the opinions of counsel produced to plaintiff on or about May 3, 2005.

Defendant anticipates that as this action proceeds, further facts and information may be discovered. Accordingly, Defendant will provide a further response, if at all, once its investigation is complete.

**INTERROGATORY NO. 15:**

For every year from 1996 to present, state the amount of revenues and profits received by ECHO that are attributable to the electronic check conversion aspect of any point-of-sale transaction processed by ECHO.

**RESPONSE TO INTERROGATORY NO. 15:**

Defendant incorporates by reference its prior response(s) to this Interrogatory as though fully set forth herein. Defendant expressly reserves the right to supplement this response as discovery proceeds and provides this supplemental response subject to and without waiving its General and Specific Objections:

With respect to profit, as stated previously, ECHO does not as a matter of course attribute profit specifically to ECC transactions initiated at the point of sale.

- 10 -

Nevertheless, monthly internal financial statements have been produced which break down direct and indirect expenses by revenue type. Profit for electronic check conversion transaction initiated at the point of sale may be obtained by comparing these internal financial statements with the electronic check conversion revenue figures provided by year as outlined in responses to Interrogatory No. 9. A more precise profit figure, including, e.g., R&D costs, may require the use of a financial expert.

Defendant anticipates that as this action proceeds, further facts and information may be discovered. Accordingly, Defendant will provide a further response, if at all, once its investigation is complete.

DATED: May 19, 2005                    Respectfully submitted,

                                       BELASCO JACOBS & TOWNSLEY, LLP

                                       By:

                                       Robert Jacobs
                                       Mark B. Mizrahi
                                       Don H. Min
                                       Attorneys for Defendant
                                       ELECTRONIC CLEARING HOUSE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2005, a true and correct copy of DEFENDANT ELECTRONIC CLEARING HOUSE. INC.'S AND XPRESSCHEX, INC.'S MAY 19, 2005 SUPPLEMENTAL RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 12, 13, and 15) was caused to be served via U.S. Mail on the attorneys of record at the following addresses as indicated:

Richard K. Herrmann, Esq.                    Attorneys for Plaintiff LML Patent Corp.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Russell Levine, Esq.                         Attorneys for Plaintiff LML Patent Corp.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

William J. Marsden, Jr., Esq.                Attorneys for Defendant TeleCheck
919 N. Market Street, Suite 1100             Services, Inc.
P.O. Box 1114
Wilmington, DE 19801

Mark D. Scarsi, Esq.                         Attorney for Defendant Nova
O'MELVENY & MYERS LLP                        Information Systems, Inc.
400 South Hope Street
Los Angeles, California  90071

Richard D. Kirk, Esq.                        Attorney for Defendant Nova
The Bayard Firm                              Information Systems, Inc.
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Frank DiGiovanni, Esq.                       Attorneys for Defendants Electronic
CONNOLLY BOVE LODGE &                        Clearing House, Inc. and Xpresschex,
   HUTZ LLP                                  Inc.
The Nemours Building, 1007 North
Orange Street
Wilmington, Delaware  19801



Mark B. Mizrahi

# EXHIBIT 19 REDACTED IN ITS ENTIRETY

# EXHIBIT 20

# OMNI 3300 Installation Guide

**Combination A – OMNI 3300 Credit, Debit, ECC**

Frontal View of the OMNI
3300



AC Power Supply

PIN Pad 1000

OMNI 3300 from the back

Phone jack connection

PIN Pad cable for connection
with OMNI 3300

RDM Cable with RJ45 for connection
with OMNI 3300

RDM Check Imager

RDM Power Adapter

ECHO0000848

**Combination A – OMNI 3300 Credit, Debit, ECC**
The following Parts are needed for configuration A

| Quantity | Part # | Description |
|----------|--------|-------------|
| 1 | PO92-101-03 | OMNI 3300, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000849

# OMNI 3750 Installation Guide

**Combination A – OMNI 3750 Credit, Debit, ECC**



Frontal View of the OMNI 3750

Phone jack connection

OMNI 3750 from the back

AC Power Supply

PIN Pad 1000

RDM Cable with RJ45 for connection with OMNI 3750

RDM Check Imager

PIN Pad cable for connection with OMNI 3750

RDM Power Adapter

ECHO0000850

**Combination A – OMNI 3750 Credit, Debit, ECC**
The following Parts are needed for configuration A

| Quantity | Part # | Description |
|---|---|---|
| 1 | PO92-101-03 | OMNI 3750, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000851

# EXHIBIT 21

# OMNI 3200 Installation Guide

**Combination A – OMNI 3200 Credit, Debit, ECC**

Frontal View of the OMNI 3200



AC Power Supply

PIN Pad 1000

OMNI 3300 from the back

Phone jack connection

PIN Pad cable for connection with OMNI 3200

RDM Cable with RJ45 for connection with OMNI 3200

RDM Check Imager

RDM Power Adapter

ECHO0000896

**Combination A – OMNI 3200 Credit, Debit, ECC**
The following Parts are needed for configuration A

| Quantity | Part # | Description |
|----------|--------|-------------|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

**Combination B – OMNI 3200 Credit and Debit**



Frontal View of the OMNI 3200

Power Cord

PIN Pad 1000

OMNI 3200 from the back

Phone jack connection

PIN Pad cable for connection with OMNI 3200

**Combination B – OMNI 3200 Credit and Debit**
The following Parts are needed for configuration B.

| Quantity | Part # | Description |
|----------|--------|-------------|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000898

**Combination C – OMNI 3200 Credit and ECC**



Frontal View of the OMNI 3200

OMNI 3200 from the back

Phone jack connection

AC Power Supply

RDM Cable with RJ45 for connection with OMNI 3200

RDM Check Imager

RDM Power Adapter

ECHO0000899

**Combination C – OMNI 3300 Credit and ECC**

| Quantity | Part # | Description |
|---|---|---|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000900



Frontal View of the OMNI 3200

OMNI 3200 from the back

Phone jack connection

AC Power Supply

**Combination D – OMNI 3300 Credit Card Only**

| Quantity | Part # | Description |
|----------|--------|-------------|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 5 | | Thermal Paper Roll |

ECHO0000901

# EXHIBIT 22
# REDACTED IN ITS ENTIRETY

# EXHIBIT 23



The ECHO Processing Network

*Retail Application*
*Operating Guide*

- **Credit Cards**
- **Electronic Check Verification**
- **Corporate Cards**
- **Debit Cards**
- **Enhanced Fraud Protection**



ECHO0000775

## Terminal Installation

Terminals arrive with software loaded. They are ready to use after installation. To install:

1. **Connect the telephone line.**
   --Insert the telephone cable shipped with the terminal into a dedicated analog modular telephone receptacle.
   --Insert the other end into the opening labeled *LINE* on the back panel of the terminal.
   -- Lift the handset if applicable.
   A dial tone indicates a good line connection. If a dial tone is not heard, check the cable connections.

2. **Connect the power cable.**
   -- Connect the +24 Vdc power cable from the AC adapter to the three-pin power socket labeled *POWER* on the back panel of the terminal.
   --Plug the adapter into a 100-Volt grounded power receptacle.
   When power is connected, the terminal beeps twice and performs a self-test and diagnostic routine lasting approximately four seconds. A successful diagnostic routine will end with the terminal displaying the "idyl" prompt shown here:

   

   ```
   [DATE]            [TIME]
   *SWIPE CUSTOMER CARD*
   ```

   An unsuccessful diagnostic routine will end with the terminal displaying an error message, such as the one shown below. Should this occur, telephone *ECHO*'s 24-hour Customer Support Center at **1-800-262-3246 ext. 1**.

   ```
   CONFIGURE TERMINAL
   OR CALL HELP - PE
   ```

3. **Connect the printer (T7E Terminal)**
   --Connect the printer cable to the 26-pin printer socket labeled *PRINTER* of the back panel of the T7E terminal.
   --Secure the connector with the retaining screws.
   To test printer operation, press [FUNCTION] + [82] + [ENTER] keys. If operating properly, a test print will run.

1

ECHO0000776

## Install/Maintenance for
## Paper and Ribbon for T7P Terminal

**Install paper bucket**
--Close the paper bucket cover.
--Hold the bucket with the paper guide on top and
the prongs pointing down.
--Guide the prongs into the rectangular mounting
slots of the support brackets on the rear of the
terminal.
--Press down on the paper bucket until the prongs
click and seat firmly in the slots.

**Install paper roll.**
--Open the paper bucket and remove the paper
roll.
--Insert the spindle into the core of the paper roll.
--Place the paper roll in the bucket so the paper
feeds from under the roll and has a straight-line
path into the printer paper-feed mechanism.
--Feed the two-ply paper evenly into the paper-
feed slot at the rear of the terminal while pressing
[PAPER FEED] key.
--When the paper appears through the slot,
release [PAPER FEED] key.
--Close the paper bucket cover.



*(Continued)*

2

ECHO0000777

**Install paper arms holder.**

--Refer to the letters *L* and *R* on each arm.

--Place the arm marked *L* in the left-rear support bracket of the terminal and press until you hear a click.

--Place the arm marked *R* in the right-rear support bracket and press until you hear a click.

**Install paper roll with arms.**

--Place the roll of paper in the holder arms so the paper feeds from under the roll and has a straight-line path to the printer paper-feed mechanism.

--Feed the two-ply paper evenly into *the paper-feed slot* while pressing [PAPER FEED] key.

--When the paper appears through the slot, release [PAPER FEED] key.

**Replace printer ribbon for the T7P Terminal**

--Remove the paper.

--Disconnect power from the terminal.

--Open the cover and remove the ribbon from *the printer mechanism*. *Press down on the portion of the ribbon cassette labeled PUSH.* The opposite side of the cassette snaps up. Remove the cassette.

--Tighten the new ribbon by rotating the ribbon feed roller in the direction shown by the arrow.

--Place the cassette on the printer module to allow the ribbon to slip into the printing gap. Push down gently to lock the cassette in place.

--Reconnect power and replace the paper.

--Press [FUNCTION] + [82] +[ENTER] keys to execute the printer test.



3

ECHO0000778

## Basic Transaction Procedures

To use your terminal properly, it is important to understand its basic principles:

--Begin all transactions from the main screen or the "idle" prompt, the terminal's default.

--For face-to-face transactions, the terminal will read the credit/debit card number and expiration date from the card's magnetic stripe. If the terminal is unable to read the magnetic stripe, the card information must be keyed manually. You must also obtain a card imprint and customer signature.

--When entering transaction information, use the [ENTER] key to store the information and advance to the next data field.

--To enter letters of the alphabet during a transaction, press the [SHIFT] key, then press the key with the desired letter. This will appear on the terminal display.

--The black arrow key allows you to correct errors made during data entry.

--If the printer is inoperable, you must manually imprint a credit card draft. Always write down the authorization number. You will need this number to reconcile your merchant account.

4

ECHO0000779

## Transaction Functions

## CREDIT CARD

| | |
|---|---|
| Credit Card Authorization | Performs an authorization only. Verifies that cardholder has available funds prior to processing a transaction. See pg. 7. |
| SALE - Swiped Credit Card Entry | Swiped credit card sale. Moves funds from cardholder to merchant. See pg. 8. |
| SALE - Manual Credit Card Entry | Keyed credit card sale. Moves funds from cardholder to merchant. See pg.9. |
| SALE - Mail, Phone or E-Commerce | Keyed credit card sale for mail, telephone, or Website orders. Moves funds from cardholder to merchant. See pg. 11. |
| REFUND - Credit Card | Refund due to error in previous transaction. Moves funds from merchant to cardholder. See pg. 13. |
| DEPOSIT - Credit Card | Keyed or swiped credit card deposit using previously obtained authorization number. Moves funds from cardholder to merchant . See pg. 14. |
| PHONE AUTH - Credit Card Deposit | Keyed or swiped credit card deposit using authorization previously obtained by telephone. Moves funds from cardholder to merchant. See pg. 15. |

5

ECHO0000780

## Transaction Functions (cont'd)

### DEBIT CARD

| | |
|---|---|
| SALE -<br>Swiped Debit<br>Card Entry | Swiped debit card sale. Moves funds from cardholder to merchant. See pg. 16. |

### CHECKS

| | |
|---|---|
| CHECK<br>VERIFICATION/<br>GUARANTEE<br>with check<br>reader | Performs a check verification/ guarantee transaction. See pg. 17. |
| CHECK<br>VERIFICATION/<br>GUARANTEE | Performs a manually entered check verification/guarantee transaction.<br>See pg. 18. |

### ALL TRANSACTIONS

| | |
|---|---|
| CLEAR<br>TRANSACTIONS<br>FROM THE<br>TERMINAL | Purges all transactions from the terminal's database. See pg. 19. |

6

ECHO0000781

## Credit Card Authorization

This function performs an authorization only. Use this function before processing a transaction to verify that the host will accept the card.

1. Press [FUNCTION] + [9] + [ENTER]. Display reads:

| AUTHORIZE |
|---|
| SWIPE CUSTOMER CARD |

2. Swipe card or manually type card number and press [ENTER]. If swiped, display reads:

| ENTER LAST 4 NO. OF CUSTOMER CARD |
|---|

3. Type last four numbers of card.  Press [ENTER].



If card number manually entered, display reads:

| CARD TYPE | AUTHORIZE |
|---|---|
| EXPIRATION DATE | MMYY |

Type expiration date, [ENTER].

| CARD TYPE | AUTHORIZE |
|---|---|
| AMOUNT | $0.00 |

4. Type authorization amount, press [ENTER].



| CVV2: | 0=SKIP | 1=PRES |
|---|---|---|
| 2=ILLEGBL | 9=ABSENT |

Select the appropriate option or press to skip.

| CVV2 CODE FROM CARD |
|---|

Type CVV2 code from reverse of card, [ENTER].

| ENTER ADDRESS |
|---|

Type numerical street address and [ENTER], or press [ENTER] to bypass.

| ENTER ZIP CODE |
|---|

Type zip code and [ENTER] or press [ENTER] to bypass.

5. System dials for an approval. If approved, the screen will display an authorization number.

| AUTH | XXXXXX |
|---|---|
| AMOUNT | $XXX.XX |

It is also possible to get the following response:

| CVV2 MISMATCH |
|---|
| IGNORE?  YES or NO |

If [NO] is selected, the terminal voids the transaction and prints a VOID receipt.

If [YES] is selected, the terminal will complete the transaction.

7

ECHO0000782

## SALE - Swiped Credit Card Entry

This sale function performs an authorization and deposit transaction to obtain payment from the cardholder in a face-to-face retail transaction.

1. Swipe credit card through magnetic stripe reader. Display reads:

| ENTER LAST 4 NO. OF CUSTOMER CARD |
|---|

2. Type last four numbers of card. Press [ENTER]. Display reads:

| CARD TYPE | SALE |
|---|---|
| AMOUNT | $ 0.00 |

3. Type sale amount and verify that it is correct. Press [ENTER]. Terminal will dial out for approval. Display reads:

| APPROVED EDS DEPOSIT | |
|---|---|
| AUTH. NO | XXXXX |

Approved transactions require no further action. Provide customer with receipt if printer is used.

8

ECHO0000783

## SALE - Manual Credit Card Entry

This sale function performs an authorization and deposit transaction to obtain payment from the cardholder in a transaction where the credit card is present but the card information must be manually entered (e.g., unreadable magnetic stripe and mail/telephone orders).

**NOTE:** The terminal beeps and waits for more data if you enter a number that is shorter than the defined range. The terminal displays "UNSUPPORTED CARD" and returns to the idle prompt if you enter a number that is longer than the defined range.

1. Type customer card number. Press [ENTER] key. Display reads:

| CARD TYPE | SALE |
|---|---|
| EXPIRATION DATE    - | MMYY |

2. Type card expiration date. Press [ENTER]. Display reads:

| CARD TYPE | SALE |
|---|---|
| AMOUNT | 0.00 |

3. Type sale amount and verify that it is correct. Press [ENTER]. Display reads:

| CVV2 | 0=SKIP | 1=PRES |
|---|---|---|
| | 2=ILLEGBL | 9=ABSENT |

4. Select the appropriate option or press '0' to skip. If '0' was not selected, display reads:

| CVV2 CODE FROM CARD |
|---|

5. Type CVV2 code from reverse of card, press [ENTER]. Display reads:

| ENTER ADDRESS |
|---|

6. Type numerical street address, or press [ENTER] to bypass. Display reads:

| ENTER ZIP CODE |
|---|

7. Type zipcode or press [ENTER] to bypass. Terminal will dial out for approval. Display reads:

*(Continued )*

9

ECHO0000784

## SALE - Manual Credit Card Entry

*(Continued from page 9.)*

7. Type  zip code, or press [ENTER] to bypass.
   Terminal will dial out for approval. Display reads:

   | ECHO1 |
   |-------|
   | Dialing now |

   An approved authorization will show the following:

   | APPROVED EDS DEPOSIT | |
   |----------------------|---------|
   | AUTH. NO. | XXXXXX |

   It is also possible to get the follwing response:

   | CVV2 MISMATCH |
   |---------------|
   | IGNORE? YES or NO |

   If [NO] (yellow key) is selected, the terminal voids
   the transaction and prints a VOID receipt.

   If [YES] (green key) is selected, the terminal will
   complete the transaction.

**10**

ECHO0000785

| SALE - Mail or Phone Order "MOTO SALE" and E-Commerce Sale |
|---|

This sale function performs an authorization and deposit transaction to obtain payment from the cardholder in a mail\ or telephone order transaction or for a Website order transaction, where the credit card is not present at the time of sale.

Other than the first function key procedure, these two transactions have identical procedures.

**For mail or phone order transactions,** press [FUNCTION] + [65] + [ENTER]. Display reads:

| MOTOSALE |
|---|
| ENTER CARD NUMBER |

**For e-commerce transactions,** press [FUNCTION] + [67] + [ENTER]. Display reads:

| ECOMSALE |
|---|
| ENTER CARD NUMBER |

**For both transaction types, follow the remaining procedures.**

1. Type customer card number. Press [ENTER]. Display reads:

| CARDHOLDER PRESENT |
|---|
| YES or NO? |

2. Press [YES] (green key) or [NO] (yellow key) as appropriate. Press [ENTER]. Display reads:

| CARDHOLDER PRESENT |  |
|---|---|
| EXPIRATION DATE | MMYY |

3. Type card expiration date. Press [ENTER] key. Display reads:

| CARD TYPE | SALE |
|---|---|
| AMOUNT | 0.00 |

4. Type sale amount and verify that it is correct. Press [ENTER]. Display reads:

| CVV2 | 0=SKIP | 1=PRES |
|---|---|---|
| | 2=ILLEGBL | 9=ABSENT |

*(Continued )*

11

ECHO0000786

**SALE - Mail or Phone Order
"MOTO SALE"
and E-Commerce Sale**

*(Continued from page 10.)*

5. Options '0', '2' and '9' will advance the system to the next step. If '1' was selected, display reads:

> CVV2 CODE FROM CARD      .

6. Type the CVV2 code from the reverse of card, press [ENTER].

> ENTER ADDRESS              :

3. Type the numerical street address and [ENTER] or press [ENTER] to bypass.

> ENTER ZIP CODE

4. Type zip code and [ENTER] or press [ENTER] to bypass.

   The system dials out for approval. If approved, the screen will display an authorization number.

5.

> APPROVED EDS DEPOSIT
> AUTH. NO.              123456

It is also possible to get the following response:

> CVV2 MISMATCH
> IGNORE?  YES or NO

If [NO] is selected, the terminal voids the transaction and prints a VOID receipt.

If [YES] is selected, the terminal will complete the transaction.

12

ECHO0000787

## Credit Card Refund

This function refunds payment back to the customer's credit card account in the event an error was made during a prior sale transaction.

1. Press [REFUND] key. Display reads:

| | |
|---|---|
| | REFUND |
| SWIPE CUSTOMER CARD | |

2. Swipe customer card through card reader. Display reads:

| |
|---|
| ENTER LAST 4 NO. OF CUSTOMER CARD |

3. Type last four number of card number. Press [ENTER]. Display reads:

| | |
|---|---|
| CARD TYPE | REFUND |
| AMOUNT | $0.00 |

4. Type refund amount and verify. Press [ENTER] key. The terminal will dial out for approval. Display reads:

| |
|---|
| CREDIT MEMO |
| XXXXXXXXXXXXXXXXX |

13

ECHO0000788

## Credit Card Deposit Only

Use this procedure to deposit funds using an approval code obtained through a previous 'Authorization Only' transaction.

1.  Press [FUNCTION] + [66] + [ENTER] keys. Display reads:

    ```
                        FORCE DEPOSIT
        ENTER INVOICE NUMBER
    ```

2.  Enter the previously obtained invoice number or press the [ENTER] key to force deposit.

    ```
        TOTAL                    $1.00
        CORRECT? YES OR NO
    ```

3.  The terminal will dial out for approval.  Display reads:

    ```
        APPROVED EDS DEPOSIT
        REFERENCE #              XXXXXXXX
    ```

**14**

ECHO0000789

## Credit Card Deposit Only ("Phone Auth")

This procedure allows you to deposit funds using an authorization originally obtained by telephone

1. Press [FUNCTION] + [66] + [ENTER] keys. Display reads:

| | FORCE DEP |
|---|---|
| ENTER INVOICE NUMBER | |

2. Press [ENTER] key. Display reads:

| | FORCE DEP |
|---|---|
| SWIPE CUSTOMER CARD | |

3. Type customer card number. Press [ENTER] key. Display reads:

| CARD TYPE | FORCE DEP |
|---|---|
| EXPIRATION DATE | MMYY |

4. Type card expiration date. Press [ENTER] key. Display reads:

| CARD TYPE | FORCE DEP |
|---|---|
| AMOUNT | $0.00 |

5. Type the amount. Press [ENTER] key. Display reads:

| CARD TYPE | FORCE DEP |
|---|---|
| ENTER AUTH NUMBER | |

6. Type the authorization number received over the phone and press [ENTER] key. The terminal will dial out for approval. Display reads:

| APPROVED EDS DEPOSIT | |
|---|---|
| AUTH. NO. | 123456 |

15

ECHO0000790

## Sale - Debit Card

This sale function performs an authorization and deposit transaction to obtain payment from the cardholder in a face-to-face restaurant transaction with a debit card.

1. Press [DEBIT] key.  Display reads:

   | | DEBIT |
   |---|---|
   | SWIPE CUSTOMER CARD | |

2. Swipe customer card through card reader.  Display reads:

   | : [ENTER LAST 4 NO. OF CUSTOMER CARD] |
   |---|

3. Type last four numbers of card number. Press [ENTER] key.  Display reads:

   | CARD TYPE | DEBIT |
   |---|---|
   | AMOUNT | 0.00 |

4. Type transaction amount and verify.  Press [ENTER] key.  Display reads:

   | WAITING FOR PIN |
   |---|

5. Have customer enter PIN number into pinped. Terminal will dial out for approval. Display reads:

   | APPROVED EDS DEPOSIT | |
   |---|---|
   | AUTH. NO. | 123456 |

   Approved transactions require no further action. Provide customer with receipt if printer is used.

16

ECHO0000791

## Check Verification/Guarantee with Check Reader

This procedure performs a check verification/guarantee transaction.

1. Press [CHECK] key. Display reads:

```
              CHECK VERI
SCAN THE CHECK
```

2. Place check in check reader. Press [ENTER] key. Display reads:

```
              CHECK VERI
AMOUNT           0.00
```

3. Type amount of transaction. Press [ENTER] key. Terminal dials out for approval. Display reads:

```
ENTER ID TYPE
1= DL 2=SS 3=MI 4=GN
```

4. Select an ID type by pressing the appropriate key, or press [ENTER] key to bypass. (1= Driver's License is used in this example), Display reads:

```
              CHECK VERI
DRIVER'S LIC. NUMBER
```

5. Type the ID number, press [ENTER] key. Display reads:

```
              CHECK VERI
DRIVER'S LIC. STATE
```

6. Hold down the [SHIFT] key and press the keys for the state abbreviation (e.g., California would be [SHIFT] key + [C] key + [A] key, press [ENTER]. System dials host and display reads:

```
ECHO1
AUTH. NO.          xxx-xxxx
```

17

ECHO0000792

## Check Verification/Guarantee
## Key Entered Check Data

This procedure performs a check verification/guarantee transaction

1. Press [CHECK] key.  Display reads:

   ```
                          CHECK VERI
   SCAN THE CHECK
   ```

2. Type account number found on bottom of check.
   Press [ENTER] key.  Display reads:

   ```
                          CHECK VERI
   ENTER ROUTING NUM
   ```

3. Type routing number found on bottom of check.
   Press [ENTER] key.  Display reads:

   ```
                          CHECK VERI
   ENTER CHECK NUM
   ```

4. Type check number found on bottom of check.
   Press [ENTER] key.  Display reads:

   ```
                          CHECK VERI
   AMOUNT              0.00
   ```

5. Type check amount and verify that it is correct.
   Press [ENTER] key.  Display reads:

   ```
   ENTER ID TYPE
   1= DL 2=SS 3=MI 4=GN
   ```

6. Select an ID type by pressing the appropriate key, or
   press [ENTER] key to bypass. (1= Driver's License
   is used in this example),  Display reads:

   ```
                          CHECK VERI
   DRIVER'S LIC. NUMBER
   ```

7. Type the ID number, press [ENTER] key.  Display
   reads:

   ```
                          CHECK VERI
   DRIVER'S LIC. STATE
   ```

8. Hold down the [SHIFT] key and press the keys for
   the state abbreviation (e.g., California would be
   [SHIFT] key + [C] key + [A] key, press [ENTER].
   System dials host and display reads:

   ```
   ECHO1
   AUTH. NO.            XXX-XXXX
   ```

ECHO0000793

## Clear Transactions From the Terminal

This procedure is used to erase the terminal's trans-
action database. Perform this function only after all
closing reports have been printed.

1.  Press [FUNCTION] [99] [ENTER].  Display reads:

    ┌──────────────────────────────────────┐
    │        FUNCTION 99 PASSWORD          │
    └──────────────────────────────────────┘

2.  Type password [028510]] and [ENTER].

    ┌──────────────────────────────────────┐
    │         PROGRAM FUNCTION             │
    └──────────────────────────────────────┘

3.  Press [9] and [ENTER] keys.

    ┌──────────────────────────────────────┐
    │               TYPE?                  │
    └──────────────────────────────────────┘

4.  Press [2] and [ENTER] keys.

    ┌──────────────────────────────────────┐
    │        TRANSACTION COMPLETE          │
    └──────────────────────────────────────┘

    ┌──────────────────────────────────────┐
    │               TYPE?                  │
    └──────────────────────────────────────┘

5.  Press [CANCEL]

19

ECHO0000794

## Audit Report

Follow this procedure to prepare the daily Audit Report.

1. Press [REPORT] key.  Display reads:

```
3=AUDIT                      .
4=SUMMARY
```

2. Press [3] key.  Press [ENTER] key.

The terminal will print an audit report for all transactions for each cashier signed on for the day. If there are no transactions, the terminal will prompt "NO BATCH TOTALS."

## Summary Report

Follow this procedure to prepare the daily Summary Report.

1. Press [REPORT] key.  Display reads:

```
3=AUDIT
4=SUMMARY
```

2. Press [4] key.  Press [ENTER] key.

The terminal will print a Summary Report for all transactions for each cashier signed on for the day. If there are no transactions, the terminal will prompt "NO BATCH TOTALS."

20

ECHO0000795

## COMMON CREDIT CARD
## DECLINE CARD CODES

| Code | Description |
|------|-------------|
| 05 | Do Not Honor |
| 13 | Invalid Amount |
| 14 | Invalid Card Number |
| 15 | Invalid Issuing Bank |
| 51 | Over Credit Limit |
| 54 | Expired Card |
| 57 | Transaction Not Permitted to Issuing Bank or Cardholder |
| 58 | Transaction Not Permitted to Acquiring Bank or Terminal |
| 61 | Exceeds Withdrawal Amount Limit |
| 62 | Restricted Card |
| 63 | Security Violation |
| 65 | Exceeds Withdrawal Count Limit |
| 84 | Invalid Authorization Life Cycle |
| 91 | Issuing Bank System Inoperative |
| 94 | Duplicate Transmission Detected |

Hypercom Retail 1.4  6-2-04

21

ECHO0000796

## CREDIT CARD SECURITY FEATURES

To help prevent fraud in transactions where the credit card number is manually entered (non-swiped), two security features are available. Your terminal prompts for these automatically.

**Security Codes:**

Visa and MasterCard print the codes on the *BACK* of the card in the signature panel, (three-digits after the account number). Amex prints four-digits on the front of the card above and to the right of the embossed account number. The card issuer compares the code supplied by the merchant against their database. The response advises of the possible fraud with a 'SECURITY CODE NO MATCH' message to the terminal.

**Address Verification Services (AVS):**

Entering the cardholder's zipcode will often improve your chargeback rights and lower your pass-through fees. The card issuer compares the zipcode you enter against their database. The response advises of possible fraud with an 'AVS NO MATCH' message to the terminal.

22

ECHO0000797

If your terminal prompts you to CALL VOICE CENTER or CALL REFERRAL, or if you need to obtain a voice authorization, you will need to call the card specific voice center (for credit cards only).

**Request a list of voice center phone numbers from your credit card processor.**

You will be required to give the voice center operators your card specific merchant number.

Once obtained, the authorization puts a temporary hold on the cardholder's funds until it is followed with a FORCE DEPOSIT transaction.

If you have any questions about the operation of your terminal, call *ECHO*'s 24-hour Customer Support Center:

**1-800-262-3246, ext. 1**



**Electronic Clearing House, Inc.**

730 Paseo Camarillo
Camarillo, CA 93010
1-800-262-*ECHO* (3246)

Merchants sponsored by First Regional Bank
Agoura Hills, CA
Member FDIC

ECHO0000798