# EXHIBIT 24
# REDACTED IN ITS ENTIRETY

# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LML PATENT CORP.,<br><br>       Plaintiff,<br><br>    v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>       Defendants. | C.A. 04-858 (SLR) |

## JOINT PROPOSED CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Rule 16 Scheduling Order in this matter, the Parties

hereby submit the following claim charts to present their respective, proposed

constructions of disputed claim terms and their proposed constructions of agreed claim

terms in the patent-in-suit, namely, U.S. Patent No. 5,484,988 ("the '988 patent").

## Proposed Constructions of Disputed Claim Terms

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| any bank check (claims 1, 8) | Any regular check used to draw funds from a normal bank or credit union checking account | any type of check drawn on a financial institution |
| any consumer bank check (claim 9) | Any regular check used to draw funds from a normal bank or credit union consumer checking account | same meaning as the phrase "any bank check" set forth above, with the added limitation that the check be "drawn against a consumer bank account" |
| any (claims 1, 8, 9) | LML believes that this term should not be separately construed from the entire element in which it appears in the claims, namely the "any bank check" or "any consumer bank check" language construed below. In any event, this plain English term needs no construction. | one or some indiscriminately of whatever kind |
| consumer bank account information (claims 1, 2, 3, 8, 9) | Information relating to a consumer's bank account including the MICR line (magnetic ink character recognition line) | only the ABA/transit routing number and bank account number |
| without using the bank check as a negotiable instrument (claim 1) | Where the paper check is used as a source of information, and is not accepted or processed | the bank check, at no time, takes on the status of a negotiable instrument |
| without using the check as a negotiable instrument (claim 8) | Where the paper check is used as a source of information, and is not accepted or processed | the check, at no time, takes on the status of a negotiable instrument |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| without using a bank check as a negotiable instrument (claim 9) | Where the paper check is used as a source of information, and is not accepted or processed | the check, at no time, takes on the status of a negotiable instrument |
| subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations (claim 8) | Subsequently transmitting the information relating to the transaction to a bank for subsequent automated clearing house operations | electronically communicating with an automated clearing house for transferring funds electronically based upon the consumer bank account information obtained from any bank check presented at the point-of-sale |
| enabling automated clearing house communication for transferring funds (claims 1, 9) | Enabling communication with an automated clearing house for electronically transferring funds | electronically communicating with an automated clearing house for transferring funds electronically based upon the consumer bank account information obtained from any bank check presented at the point-of-sale |
| for the sole purpose (claims 2, 8 and 9) | For the only purpose | Defendants contend that this term needs no construction. |
| adapted to receive consumer bank account information from any bank check (claim 1) | adapted to receive consumer bank account information from any bank check | adapted to read consumer bank account information directly from any bank check |

| Claim Term | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| means for reading magnetic ink character recognition numbers appearing on a consumer check (claim 2) | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers appearing on a consumer check."<br><br>The structures in the '988 patent that perform that function is any mechanism such as a MICR check reader, optical character recognition ("OCR") equipment, a keyboard for manual entry, or equivalent. | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers appearing on a consumer check."<br><br>The structures described in the '988 patent that perform that function are a MICR reader and optical character recognition equipment. |
| reading means for reading magnetic ink character recognition numbers on any consumer bank check (claim 9) | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers appearing on a consumer check."<br><br>The structures in the '988 patent that perform that function is any mechanism such as a MICR check reader, optical character recognition ("OCR") equipment, a keyboard for manual entry, or equivalent. | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers on any consumer bank check."<br><br>The structures described in the '988 patent that perform that function are a MICR reader and optical character recognition equipment. |
| verifying that account numbers were accurately read at the point of sale (claim 8) | Verifying that the account numbers from the check were read accurately at the point of sale terminal | visually confirming that account numbers were accurately read by reference to the source document |

## Proposed Constructions of Agreed Claim Terms

| Claim Term | Parties' Agreed/Proposed Construction |
|---|---|
| consumer (claim 9) | person, business or corporation |
| second communication means enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using the bank check as a negotiable instrument (claim 1); | This function is written in means-plus-function format pursuant to 35 U.S.C. 112(6). The recited function of this limitation is enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using the [a] bank check as a negotiable instrument. |
| second communication means enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using a bank check as a negotiable instrument (claim 9) | The structures disclosed in the patent for performing the recited function of this limitation are a modem, network interface, enhanced radio transmission interface, satellite communication interface or equivalent.[1] |
| automated clearing house (claims 1, 8, 9) | an automated clearing house including, but not limited to, the national U.S. clearing house sometimes referred to as the "ACH" |

---

[1] While the parties agree to the recited function of this claim element pursuant to 35 U.S.C. 112(6), the parties dispute the meaning of limitations within that function, as set forth in the Parties' Proposed Construction of Disputed Claim Terms and the parties' briefs.

4

DATED: October 7, 2005

/s/ Mary B. Matterer
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Counsel for Plaintiff*
*LML Patent Corp.*

/s/ Timothy Devlin
William J. Marsden, Jr. (I.D. No. 2247)
Timothy Devlin (I.D. No. 4241)
Sean Hayes (I.D. No. 4413)
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
302.652.5070
marsden@fr.com
hayes@fr.com

*Counsel for Defendant*
*TeleCheck Services, Inc.*

/s/ Francis DiGiovanni
Francis DiGiovanni (I.D. No. 3189)
CONNOLLY BOVE LODGE & HUTZ
LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

*Counsel for Defendants*
*Electronic Clearing House, Inc.*
*and Xpresschex, Inc.*

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
302.429.4208
rkirk@bayardfirm.com

*Counsel for Defendant*
*NOVA Information Systems, Inc.*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2005, I electronically filed a JOINT PROPOSED
CLAIM CONSTRUCTION STATEMENT with the Clerk of Court using CM/ECF which
will send notification of such filing(s) to the following:

> Richard K. Herrmann
> Mary B. Matterer, Esq.
> Morris James Hitchens & Williams
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE  19801-4226

> Richard D. Kirk, Esq.
> The Bayard Firm
> 222 Delaware Avenue, 9th Floor
> Wilmington, DE  19899

> Collins J. Seitz, Jr., Esq.
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

I hereby certify that on October 7, 2005, I have sent by Electronic mail, the

document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

> Mark C. Scarsi, Esq.
> O'Melveny & Myers LLP
> 400 S Hope Street
> Los Angeles, CA 90071

_/s/ Timothy Devlin_
Timothy Devlin

6

# EXHIBIT  26
# REDACTED  IN  ITS  ENTIRETY

# EXHIBIT 27 REDACTED IN ITS ENTIRETY

# EXHIBIT  28
# REDACTED  IN  ITS
# ENTIRETY

# EXHIBIT 29

# ACH Volume Grows 20.7 Percent in 2nd Quarter 2004

The Automated Clearing House Network grew by almost 21 percent in the 2nd Quarter of 2004 compared to a year ago, according to NACHA statistics. More than 2.23 billion transactions were conducted during the quarter, worth more than $5.46 trillion. These figures represent growth rates of 20.7% and 5.4%, respectively, over the same quarter of 2003. There were 1.13 billion debits and 1.096 billion credits in the 2nd Quarter, for a total of 2.231 billion. The statistics include commercial inter-bank and government transactions, but not "On-Us" transactions.

| 2nd Quarter 2004 ACH Network Transactions (does not include on-us volumes) | | | | | |
|---|---|---|---|---|---|
| | 2nd Q 2004 | 1st Q 2004 | % change | 2nd Q 2003 | % change |
| ARC | 208,819,904 | 142,357,596 | 46.69% | 23,432,889 | 791.14% |
| CCD Debits | 103,889,488 | 98,910,606 | 5.03% | 93,485,706 | 11.13% |
| CCD Credits | 230,458,089 | 215,977,867 | 6.70% | 210,208,963 | 9.63% |
| CCD + | 32,322,896 | 30,607,225 | 5.61% | 27,616,984 | 17.04% |
| CIE | 21,447,813 | 20,093,159 | 6.74% | 19,010,866 | 12.82% |
| CTX | 7,223,244 | 6,781,466 | 6.51% | 5,991,474 | 20.56% |
| CTX Addenda | 112,559,061 | 103,907,410 | 8.33% | 91,875,681 | 22.51% |
| POP | 41,738,747 | 39,426,614 | 5.86% | 36,206,195 | 15.28% |
| PPD Debits | 538,922,933 | 527,616,908 | 2.14% | 494,411,995 | 9.00% |
| PPD Credits | 832,963,311 | 853,278,853 | -2.38% | 786,413,379 | 5.92% |
| RCK | 5,780,292 | 5,858,296 | -1.33% | 5,419,962 | 6.65% |
| TEL | 45,698,467 | 43,968,298 | 3.94% | 26,454,489 | 72.74% |
| WEB | 170,482,346 | 163,770,786 | 4.10% | 122,757,465 | 38.88% |
| Total Network | 2,230,789,362 | 2,140,838,360 | 4.20% | 1,847,946,805 | 20.72% |

Source: NACHA - The Electronic Payments Association
© 2004 NACHA - The Electronic Payments Association







# ACH Transaction Volume - 2nd Quarter 2004



**■ Commercial**
**■ Government**

236,321,524
(10.6%)



# Commercial ACH Volume – 2nd Quarter 2004

1,121,199,489
(56.2%)

873,268,349
(43.8%)

| ■ Debits |
| ■ Credits |



# ACH Volume Grows 21.3 Percent in 4th Quarter 2004

The Automated Clearing House Network grew by over 21 percent in the 4th Quarter of 2004 compared to a year ago, according to NACHA statistics. More than 2.44 billion transactions were conducted during the quarter, worth more than $5.65 trillion. These figures represent growth rates of 21.3% and 8.5%, respectively, over the same quarter of 2003. There were 1.32 billion debits and 1.012 billion credits in the 4th Quarter, for a total of 2.442 billion. The statistics include commercial inter-bank and government transactions, but not "On-Us" transactions.

| 4th Quarter 2004 ACH Network Transactions (does not include on-us volumes) | | | | |
|---|---|---|---|---|
| | 4th Q 2004 | 3rd Q 2004 | % change | 4th Q 2003 | % change |
| ARC | 324,275,474 | 266,232,549 | 21.80% | 73,891,651 | 338.85% |
| CCD Debits | 109,231,766 | 106,497,062 | 2.57% | 98,376,069 | 11.03% |
| CCD Credits | 241,264,825 | 235,613,046 | 2.40% | 216,955,575 | 11.20% |
| CCD + | 35,942,609 | 33,203,844 | 8.25% | 29,254,741 | 22.86% |
| CIE | 23,037,116 | 22,340,765 | 3.12% | 19,238,353 | 19.75% |
| CTX | 7,840,902 | 7,557,926 | 3.74% | 6,496,779 | 20.69% |
| CTX Addenda | 126,561,913 | 117,648,946 | 7.58% | 100,674,278 | 25.71% |
| POP | 41,301,083 | 39,831,083 | 3.69% | 41,517,512 | -0.52% |
| PPD Debits | 563,556,673 | 556,680,624 | 1.24% | 515,190,527 | 9.39% |
| PPD Credits | 848,362,262 | 822,257,537 | 3.17% | 822,578,407 | 3.13% |
| RCK | 5,961,742 | 6,261,765 | -4.79% | 6,006,194 | -0.74% |
| TEL | 51,358,340 | 46,672,559 | 10.04% | 40,847,333 | 25.73% |
| WEB | 202,391,820 | 178,327,149 | 13.49% | 148,430,607 | 36.35% |
| Total Network | 2,442,293,286 | 2,311,381,453 | 5.66% | 2,012,809,947 | 21.34% |

Source: NACHA - The Electronic Payments Association
© 2004 NACHA - The Electronic Payments Association









ACH Transaction Volume – 4th Quarter 2004

230,960,994
(9.5%)



- Commercial
- Government



**Commercial ACH Volume – 4th Quarter 2004**

1,304,821,680
(59.0%)

906,510,612
(41.0%)

■ Debits
■ Credits

# EXHIBIT 30



*The ECHO Processing Network*

# ECHO TERM℠ SERVICE

## ECC Application
## Omni 3300 and 3750
## Operating Guide



**Electronic
Check
Conversion**



ECHO0000833

## TRANSACTION PROCEDURES

In order to fully utilize your terminal, it is important to understand its basic principles:

* Begin all transactions from the MAIN screen.

* When entering transaction information, use the [FUNC/ENTER] key (the soft green key with the down and left-pointing arrow) to store the information and advance to the next data field.

* To type letters of the alphabet during a transaction, press the key with the desired letter, then press the [ALPHA] key repeatedly until that letter appears on the terminal's display.

* The [BACK SPACE] key (the soft yellow key with the left-pointing arrow) allows you to correct errors made during data entry.

* The terminal is soft key driven with the display indicating programmable functions.

* Select a function by pressing the function key ([F1] - [F4]) next to the desired option ('>' character appears with each option).

* The four soft purple keys below the terminal's screen perform the following functions: (from left to right)

[FIRST] - If a 'down arrow' character is visible on the screen, this key provides the ability to scroll down to view other menu options.

[SECOND] - If an 'up arrow' character is visible on the screen, this key provides the ability to scroll up to view other menu options. May also be used to back track the user to a previous step during a transaction (undo). Press at idle screen to re-display last response from host.

[THIRD] - If previous transaction fails to transmit due to communication problems, press this key to resend the last transaction.

[FOURTH] - Reprints receipt of the last successfully transmitted transaction.

* In order to clear the screen, press the red soft key marked with a large [X]. Pressing this key twice returns the terminal to the Main Menu.

---

*NOTE: Depending on how your program has been configured, some of the services outlined in this guide may or may not apply to your terminal. Please contact your ECHO sales representative or ECHO customer support for questions regarding your program.*

*V.1, 6/04*

ECHO0000834

## TRANSACTION FUNCTIONS

| | |
|---|---|
| **PERSONAL CHECK PAYMENTS** | Personal E-Check - Page 4. |
| **REVERSE/ VOID CHECK** | Cancels the last authorized Personal Electronic Check transaction - Page 6. |
| **VERIFY ONLY** | Check Verification Only - Page 7. |
| **OVERRIDE CHECK** | This feature permits a merchant to force ACH processing of a check that had previously received a warning message from the host processing system - Page 8. |
| **PAYROLL CHECK** | Payroll Check - Page 8. |
| **REPORTS** | The Report function - Page 10 - provides detail and summary reports of all transactions stored in the terminal's database. The closing report for Check transactions however, automatically deletes the daily check records. It is recommended that these reports be printed at the end of each business day. |

### Check Sample



**Bank Routing number + Account number = MICR Information**

* MICR information DOES NOT include check number.
* Number placements on the bottom line of the check may vary depending upon the check type.

2

ECHO0000835

## TERMINAL MAIN MENU

The Main Menu screen allows a user to: (1) select any supported payment method; (2) swipe a payment card; or (3) close a batch. This menu is reached when the terminal is turned on, or by pressing [CLEAR] 3 times at any point.

**Display**           **Action**

| | | |
|---|---|---|
| Personal Check> | F1 | *Press the first soft* |
| Reversal/Void> | F2 | *purple key directly* |
| Verify Only> | F3 | *below the [DOWN* |
| Override> | F4 | *ARROW] in order to* |
| | | *display additional* |
| | | *functions.* |

| | | |
|---|---|---|
| Verify Only> | F1 | *This screen allows the* |
| Override> | F2 | *user to select additional* |
| Payroll Check> | F3 | *functions. Press the* |
| Close> | F4 | *second soft purple key* |
| | | *directly below the [UP* |
| | | *ARROW] in order* |
| | | *to return to the* |
| | | *previous screen.* |

## STATE ABBREVIATIONS

| | | | | |
|---|---|---|---|---|
| AL | Alabama | OK | Oklahoma |
| AK | Alaska | OR | Oregon |
| AR | Arkansas | PA | Pennsylvania |
| AZ | Arizona | RI | Rhode Island |
| CA | California | SC | South Carolina |
| CO | Colorado | SD | South Dakota |
| CT | Connecticut | TN | Tennessee |
| DC | Dist. of Columbia | TX | Texas |
| DE | Delaware | UT | Utah |
| FL | Florida | VT | Vermont |
| GA | Georgia | VA | Virginia |
| HI | Hawaii | WA | Washington |
| IA | Iowa | WV | West Virginia |
| ID | Idaho | WI | Wisconsin |
| IL | Illinois | WY | Wyoming |
| IN | Indiana | AS | American Samoa |
| KS | Kansas | GU | Guam |
| KY | Kentucky | MP | No. Mariana Islands |
| LA | Louisiana | PR | Puerto Rico |
| MD | Maryland | PW | Palau |
| ME | Maine | UM | US Minor Outlying Isles |
| MI | Michigan | VI | US Virgin Islands |
| MN | Minnesota | AB | Alberta |
| MS | Mississippi | BC | British Columbia |
| MO | Missouri | MB | Manitoba |
| MT | Montana | NB | New Brunswick |
| NE | Nebraska | NF | Newfoundland |
| NV | Nevada | NT | Northwest Territories |
| NH | New Hampshire | NS | Nova Scotia |
| NJ | New Jersey | ON | Ontario |
| NM | New Mexico | PE | Prince Edward Island |
| NY | New York | PQ | Quebec |
| NC | North Carolina | SK | Saskatchewan |
| ND | North Dakota | YT | Yukon Territory |

3

ECHO0000836

## PERSONAL E-CHECK

This function produces a verification transaction and, if approved, moves funds from check writer to merchant. Begin this transaction by feeding the check into the MICR reader/ check imager or by pressing [F1] to manually select the Personal Check option.

| **Display** | **Action** |
|---|---|

**1. If check is fed through check reader:**

**2. If the Personal Check option is manually selected:**

| Display | | Action |
|---|---|---|
| Personal Check> | F1 | *Press [F1] for Personal* |
| Reverse/Void> | F2 | *Check and feed check* |
| Verify Only> | F3 | *into check imager.* |
| Override> | F4 | *(If check data is* |
| | | *unreadable, see* |
| FEED CHECK | | *Page 5.)* |

| ENTER CHECK AMOUNT: | *Type check amount,* |
|---|---|
| $ 0.00 | *press [ENTER].* |

| ENTER CASHBACK | *Type cashback amount (if* |
|---|---|
| AMOUNT:    $ 0.00 | *different from check amount), press [ENTER], or press [ENTER] to bypass.* |

| SELECT | Drivers Lic > | F1 | *Press the appropriate* |
|---|---|---|---|
| ID | SSN > | F2 | *key to select ID option* |
| TYPE | Courtesy > | F3 | *or [ENTER] to bypass. (ID options may vary.)* |

**For [F1] - Driver's License:**

| ENTER OR SWIPE | *Swipe or type driver's* |
|---|---|
| DRIVER LICENSE: | *license #, press [ENTER].* |

If license manually keyed, state data is required:

| ENTER OR SELECT | *Press the soft purple key* |
|---|---|
| DL STATE: | *directly below displayed state or type a different* |
| CA     NV     AZ | *state abbreviation and press [ENTER]. (State options may vary.)* |

**For [F2] - Social Security Number:**

| ENTER SSN: | *Type SSN, press [ENTER].* |
|---|---|

**For [F3] - Courtesy Card:**

| ENTER OR SWIPE | *Swipe card or type* |
|---|---|
| COURTESY CARD: | *courtesy card number, press [ENTER].* |

*Terminal connects with ECHO. Stamp VOID on check and return to check writer. Check writer must sign the printed receipt.*

ECHO VERIF
AUTH     XXX-XXX

4

ECHO0000837

## UNREADABLE CHECK - Manual Entry

During an electronic check read, if the terminal obtains incorrect data from the check imager it will prompt for the clerk/manager to re-enter the check a second time.

| Display | Action |
|---|---|
| FEED CHECK<br>Bad Read-Retry | Re-feed check into MICR reader/check imager. (Re-entry may be required more than two times.) |

➤ **For 'Personal E-Check', and 'Override' check options:** If check data is unreadable you cannot complete this transaction. Instead, begin the transaction again, but select the 'Verify Only' option.

➤ **For 'Void/Reverse', 'Verify Only' or 'Payroll' check options:** If check data is unreadable, you may manually key the following check information. (Transaction type will automatically switch to 'Verify Only' option.)

Processing...
Please wait

| | |
|---|---|
| Manual Entry | Type MICR information and press [ENTER]. (See check sample, Page.2.) |
| ENTER MICR INFO: | |
| ENTER CHECK NUMBER: | Type check #, [ENTER]. |
| ENTER CHECK AMOUNT: | Type check amount, press [ENTER]. |
| ENTER CASHBACK<br>AMOUNT:    $0.00 | Type cashback amount (if different than check), or [ENTER] to bypass. |
| SELECT   Drivers Lic >   F1<br>ID            SSN >         F2<br>TYPE       Courtesy >   F3 | Press the appropriate [F] key to select ID option, or [ENTER] to bypass. (ID options may vary.) |

➤ For [F1] - Driver's License:

| | |
|---|---|
| ENTER OR SWIPE<br>DRIVER LICENSE: | Swipe or type driver's license #, press [ENTER]. |

If license is manually keyed, enter state data:

| | |
|---|---|
| ENTER OR SELECT<br>DL STATE:<br><br>CA      NV      AZ | Press the soft purple key directly below displayed state, or type a different state abbreviation and press [ENTER]. |

➤ For [F2] - Social Security Number:

| | |
|---|---|
| ENTER SSN: | Type SSN, press [ENTER]. |

➤ For [F3] - Courtesy Card:

| | |
|---|---|
| ENTER OR SWIPE<br>COURTESY CARD: | Swipe card or type card number, [ENTER]. |

**Terminal connects with ECHO:**

ECHO VERIF
AUTH      XXX-XXX          5

ECHO0000838

## CHECK REVERSAL - VOID CHECK

This option cancels a previously approved check conversion.
A reversal will "void" the last authorized Personal E-Check
transaction without any additional data entry.  Note that a void
transaction may be declined due to time limitations.

| Display | Action |
|---|---|
| Personal Check> F1<br>Reverse/Void> F2<br>Verify Only> F3<br>Override> F4 | Press [F2] for Reverse/Void. |
| REVERSE THE LAST<br>PRESENTED CHECK?<br>YES    NO | Press the soft purple key directly below the desired option. |

If 'Yes' is chosen, terminal dials host and response
is received.

ECHO VERIF
AUTH    XXX-XXX

If 'No' is selected, Call *ECHO* (800-233-0406, ext. 1)
for password and proceed through the steps below.

| | |
|---|---|
| TYPE PASSWORD<br>TO ACCESS MENU | Type password, press [ENTER]. |
| FEED CHECK | Feed check into MICR reader/check imager. (If check data is unreadable, see 'Unreadable Check' procedure on Page 5.) |
| ENTER CHECK<br>AMOUNT<br>$ 0.00 | Type check amount, press [ENTER]. |

*Terminal connects with ECHO:*

ECHO VERIF
AUTH    XXX-XXX

6

ECHO0000839

## VERIFY ONLY

The terminal compares the check data (electronically read or manually entered) against the verification database. The response is either an authorization number or a printed warning or decline. If approved, merchant may deposit paper check at bank.

| Display | Action |
|---|---|
| Personal Check> F1<br>Verify Only> F2<br>Override> F3<br>Reverse/Void> F4 | *Press [F2] for Verify Only and feed check into MICR reader/check imager. (If check data is unreadable see Page 5.)* |
| FEED CHECK | |
| ENTER CHECK AMOUNT:<br>$ 0.00 | *Type check amount, press [ENTER].* |
| ENTER CASHBACK<br>AMOUNT:   $ 0.00 | *Type cashback amount (if different from check amount) and press [ENTER], or press [ENTER] to bypass.* |
| SELECT    Drivers Lic > F1<br>ID              SSN > F2<br>TYPE    Courtesy > F3 | *Press the appropriate key to select ID option, or [ENTER] to bypass. (ID options may vary.)* |

➤ For [F1] - Driver's License:

| ENTER OR SWIPE<br>DRIVER LICENSE: | *Swipe or type driver's license, press [ENTER].* |
|---|---|

If license manually keyed, state data is required:

| ENTER OR SELECT<br>DL STATE:<br><br>CA      NV      AZ | *Press the soft purple key directly below displayed state, or type a different state abbreviation and press [ENTER]. (State options may vary.)* |
|---|---|

➤ For [F2] - Social Security Number:

| ENTER SSN: | *Type SSN, press [ENTER].* |
|---|---|

➤ For [F3] - Courtesy Card:

| ENTER OR SWIPE<br>COURTESY CARD: | *Swipe card or type courtesy card number, press [ENTER].* |
|---|---|

**Terminal connects with ECHO**

ECHO VERIF
AUTH    XXX-XXX

7

ECHO0000840

## OVERRIDE CHECK WARNING

This feature permits a merchant to force ACH processing of a check that has previously received a warning message from the host processing system. It allows the clerk/manager to "override" a warning condition and receive an authorization number and receipt. If approved, moves funds from check writer to merchant. Check writer keeps voided check.

| Display | Action |
|---|---|
| Personal Check> F1<br>Reverse/Void> F2<br>Verify Only> F3<br>Override> F4 | Press [F4] for Override. |
| FEED CHECK | Feed check into imager. (If check data is unreadable, see the unreadable check procedure on Page 5.) |
| Terminal connects with ECHO.<br>ECHO VERIF<br>AUTH    XXX-XXX | Check writer must sign the printed receipt. |

NOTE: Depending on your allowed services, the Override feature may not be permitted. Additionally, if you are in a check guarantee program and you override a check warning, the check is not guaranteed by ECHO.

## PAYROLL CHECK PROCESSING

The terminal compares the check data (electronically read or manually entered) against the verification database. The response is either an authorization number or a printed warning or decline. If approved, does not move funds from check writer to merchant. This feature is optional. Merchant retains the check and deposits at bank.

| Display | Action |
|---|---|
| Verify Only> F1<br>Override> F2<br>Payroll Check> F3<br>Close> F4 | At the Terminal Main Menu, press the first soft purple key directly below the [DOWN ARROW] in order to display additional functions. At the new screen, press [F3] for Payroll Check. |
| FEED CHECK | Feed check into imager. (If data is unreadable, it may be entered manually. See the unreadable check procedure on Page 5.) |
| ENTER CHECK AMOUNT:<br><br>$xxx.xx | Type check amount, press [ENTER]. Continue from this point forward by following the procedures described for "Personal E-Check" on Page 4. |

8

ECHO0000841

## CHECK IMAGE UPLOAD

This procedure causes the check images that are stored in the check imager to be uploaded to the check image storage host.

| Display | Action |
|---|---|
| Close Batch> F1 | Press [F3] for image |
| Print Batch>        F2 | Upload. |
| Image Upload> F3 | |
| Sync FTP Parameters> F4 | |

Send Images Now?           Press the soft purple key
Check Images:        XX      directly below the
Unused Memory:XXX%       desired option.

YES    NO

→ If 'YES' is chosen, the check images are uploaded to the check image repository site at *ECHO*.

Deleting check images        *(This notification*
This may take up to          *confirms a successful*
1 minute                     *upload. Check images*
                             *are automatically*
                             *deleted from the*
                             *system's database.)*

→ If 'NO is chosen, the following prompts appear:

Delete Check Images?        Press the soft purple
                            key directly below the
YES    NO                   desired option.

→ If 'YES' is chosen, system requires confirmation:

Delete Check Images?        Press the soft purple
Are you sure?               key directly below the
                            desired option.
YES    NO

→ If 'YES' is chosen, the system deletes the check images from its database and returns to the Main Menu screen.

Deleting check images
This may take up to
1 minute

→ If 'NO' is chosen, system returns to the Main Menu screen

*NOTE: The system will automatically upload check images each night if the terminal's power is left on.*

9

ECHO0000842

## CLOSING REPORT - CHECK TRANS

This procedure prints a report of all the check transactions stored in the terminal's database. The user may select either a Terminal Report (transaction information for that day stored in the terminal) or a Host Report (the transaction information stored in the NCN database).

| Display | | | Action |
|---|---|---|---|
| | Close Batch> | F1 | Press [F2] for Print Batch. |
| | Print Batch> | F2 | |
| | Image Upload> | F3 | |
| Sync FTP Parameters> | | F4 | |
| Print Batch Detail Report | Terminal> Report | F1 | Press [F1] for Terminal Report. |
| | Host> Report | F2 | Press [F2] for Host Report. |
| Print Batch Detail Report | Current?> 000 | F1 | Press [F1] for Current. |
| Which Batch? | | | |
| Batch #: | 000 | | Press [THIRD] soft purple key to print. |
| Num Auths: | 0 | | |
| Amt. Auths: | $0.00 | | If 'YES' is chosen the Terminal Report Prints and system returns to the main menu. |
| Num. Voids: | 0 | | |
| Auth. voids: | $0.00 | | |
| Print | YES  NO | | If 'NO' is chosen, system returns to the main menu. |

## CHECK IMAGER - SYNC FTP

This procedure uploads new parameters to the check imager. It is recommended that these steps are followed whenever a new check imager is installed or after the Omni terminal receives a software upgrade.

| Display | | | Action |
|---|---|---|---|
| | Close Batch> | F1 | Press [F4] for Sync FTP Parameters. |
| | Print Batch> | F2 | |
| | Image Upload> | F3 | |
| Sync FTP Parameters> | | F4 | |
| Updating Upload Parameters. Please wait ... | | | (expect a 2 second delay) |
| Please turn off check imager to reset upload parameters | | | Unplug the power cord from the check imager. (Do not disconnect the cord between imager and Omni.) |
| Please turn check imager back on to continue. Boot-up process will take about 30 seconds. | | | Restore power to the check imager. (Check imager reinitializes with the terminal and the system returns to the Main Menu.) |

10

ECHO0000843

If you have any questions about the operation of your terminal, please call *ECHO's* 24-hour Customer Support Center:

1-800-262-3246, ext. 1



730 Paseo Camarillo
Camarillo, CA  91301
1-800-262-*ECHO* (3246)
Merchants sponsored by First Regional Bank,
Agoura Hills, CA.
Member FDIC

ECHO0000844

# EXHIBIT 31
# REDACTED IN ITS ENTIRETY

# EXHIBIT  32
# REDACTED  IN  ITS
# ENTIRETY

# EXHIBIT 33
# REDACTED IN ITS
# ENTIRETY

# EXHIBIT 34
# REDACTED IN ITS ENTIRETY

# EXHIBIT 35
# REDACTED IN ITS
# ENTIRETY

# EXHIBIT 36
# REDACTED IN ITS ENTIRETY

# EXHIBIT 37
# REDACTED IN ITS
# ENTIRETY

# EXHIBIT 38
# REDACTED IN ITS ENTIRETY

# EXHIBIT  39
# REDACTED  IN  ITS
# ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF LML'S MOTION FOR SUMMARY JUDGMENT NO. 2: FOR A RULING THAT ECHO INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, AND 16 OF THE '988 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 4th day of November, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

_____/s/ Mary B. Matterer_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris, James, Hitchens & Williams Llp
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys For Plaintiff
LML PATENT CORP.

-31-