# EXHIBIT 11

INVALIDITY CLAIM CHART
PART 2 OF 2

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
| 1. A checkwriting point of sale system comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks."  [ECHO0003557] |
| a point of sale terminal adapted to receive consumer bank account information from any bank check; | In the CheckMate system, "[a] typical configuration (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location. . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader. . . ."  [ECHO0003564] |
| a central computer system; | CheckMate point-of-sale terminals are connected to a "remote regional CV/G database," the CheckMate central computer.  [ECHO0003564] |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | In the CheckMate system, "one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ."  [ECHO0003564] |
| memory means integral to said point of sale terminal for temporarily storing the consumer bank account information; | "Checkmate will truncate the paper (i.e. check) at the point-of-sale, and transmit electronically the financial information for the transaction to the appropriate financial institutions for batch processing against both the consumer and merchant accounts."  [ECHO0003484].  "Checkmate POS Terminals . . . include[e] the following components: . . . down-loadable, programmable terminal with sufficient memory for data capture. . . ."  [ECHO 0003527] |
| the central computer system having second communication means for | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals |

---

[1] All references are to Carlson unless otherwise specified.
[2] All references are to Carlson unless otherwise specified.

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
| receiving information from a plurality of said point of sale terminals; | containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ." [ECHO 0003564] |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using the bank check as a negotiable instrument. | Carlson teaches that the central computer contains "communication means to the (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for communicating with the consumer's bank for "verification of the existence of the payer's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. 24 lines 4-44].<br><br>Carlson also teaches that at the conclusion of a point-of-sale transaction in which a check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.]<br><br>Carlson also teaches the use of the ACH for transferring funds:  "The MICR line allows high speed, electronic reading of that data designating the proper bank and account to be identified and converting such data into electronic messages to be sent through the National Automated Clearing House system." (1:63-68.) |
| 2. The checkwriting point of sale system according to claim 1 wherein said point of sale terminal further includes means for reading magnetic ink character recognition numbers appearing on a consumer check for the sole purpose of identifying and reading the consumer bank account information. | At a CheckMate point-of-sale terminal, "[c]ustomer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader. . . ." [ECHO0003564] |
| 3. The checkwriting point of sale system according to claim 1 wherein said point of sale terminal further comprises an alphanumeric | Carlson also teaches the use of a display means for displaying the MICR data entered into the CPU's memory "digit-for-digit/stroke-for-stroke."  Col. 21, lines 6-25. |

2

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
| display means for receiving said consumer bank account information from the memory means and for displaying the consumer bank account information. | |
| 4. The checkwriting point of sale system according to claim 1 further comprising a printer means for receiving information from the memory means of the point of sale terminal and for generating a transaction event sale slip. | Carlson teaches that "an optional 'cash ticket' could be easily printed by this device by placing a 'no-carbon-required' slip of paper of an appropriate size against the back of the check before inserting the pair into the [printer] device."  Col. 17, lines 51-55. |
| 5.  The checkwriting point of sale system according to claim 1 further comprising a resident third party database wherein consumer banking account status information is stored, the consumer banking account status information being used for verification of consumer banking account status. | "The SGS central computer, through the terminal's display, then advises the merchant if . . . the checking account has bad checks written against it" and whether "the checks or driver's license have been reported lost or stolen."  [ECHO0003627] |
| 6. The checkwriting point of sale system according to claim 1 wherein the central computer system further comprises a system subscriber database, the system subscriber database comprising information regarding merchants and service providers that are authorized to use the checkwriting point of sale system. | Inherent in CheckMate system, which teaches that if "a check is submitted to a merchant who has an Insta-Check terminal and the check is written on a non-participating bank, the check is declined only if there is negative data in the SGS/BSC computer. . . . At the time that the SGS system is initiated in an area, all banks are invited to become participating banks." [ECHO 0003418 – 1978 EFT Paper] |
| 8. A checkwriting point of sale process comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks." [ECHO0003557] |
| a) presenting any bank check specimen to a point of sale terminal located at a merchant or service provider, | The point-of-sale check processing terminal described by Carlson can be employed with "any negotiable instrument utilizing the FED's MICR system."  Col. 6, lines 38-39. |

3

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
|  | One of ordinary skill in the art would be motivated to combine the teachings of these references so that the CHECKMATE MICR readers can be used with "any negotiable instrument utilizing FED's MICR system" as described by Carlson. |
| b) reading the magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument, | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location. . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader. . . ." [ECHO0003564] "The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . . ." [ECHO0003558] Carlson teaches that at the conclusion of a point-of-sale transaction in which a check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.] |
| c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal, | Carlson teaches the use of a display means for displaying the MICR data entered into the CPU's memory "digit-for-digit/stroke-for-stroke." Col. 21, lines 6-25. |
| d) providing transaction event information to the point of sale terminal, | The CheckMate system specifies that the merchant "enters the customer's driver's license number and the amount of purchase on the terminal keyboard." [ECHO0003626] |
| e) transmitting the transaction event information and consumer bank account information to a central computer system, | In the CheckMate system, the "Insta-Check terminal takes driver's license, credit card or check information and communicates directly with the SGS computer.;" information transmitted to by the terminal to the central computer includes the "amount of purchase." [ECHO0003626] |
| f) storing the transaction event information and consumer banking account information, and | The CheckMate central computer system stores "closed and invalid account information provided by local banks, accumulated negative information on specific active accounts provided by area retail merchants, and current customer positive files" [ECHO0003564], and relies on updated "experience files and invalid account information acquired from |

4

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
| | banks and retailers" to keep its resident stored consumer banking account information current [ECHO0003565].  The CheckMate central computer contains "historical information about customer accounts."  [ECHO0003544.] |
| g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations. | The CheckMate Business Plan explains that the "Automated Clearing House (ACH), and electronic payment transfer system" would be utilized to funnel check transactions initiated at the point-of-sale "to the depository bank, which would then electronically clear the items." [ECHO0003558, ECHO0003565] |
| 9. A checkwriting point of sale system comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks." [ECHO0003557] |
| a point of sale terminal adapted to receive consumer bank account information; | In the CheckMate system, "[a] typical configuration (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location. . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader. . . ." [ECHO0003564] |
| a central computer system; | CheckMate point-of-sale terminals are connected to a "remote regional CV/G database," the CheckMate central computer.  [ECHO0003564] |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; and | In the CheckMate system, "one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ." [ECHO0003564] |
| memory means integral to said point of sale terminal for temporarily storing the consumer bank account information; | "Checkmate will truncate the paper (i.e. check) at the point-of-sale, and transmit electronically the financial information for the transaction to the appropriate financial institutions for batch processing against both the consumer and merchant accounts." [ECHO0003484].  "Checkmate POS Terminals . . . |

5

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
|  | include[e] the following components: . . . down-loadable, programmable terminal with sufficient memory for data capture. . . ." [ECHO 0003527] Carlson describes a terminal that incorporates "a CPU for receiving information from the alpha/numerical keypad means and the MICR read head means . . . ." Col. 3, lines 62-64. "The CPU memory stands by to receive and store (most preferably, for the duration of this transaction only) all necessary MICR information reprinted on the check (6-6)." Col. 7 lines 59-62. The CheckMate references as well as the Carlson '607 patent disclose a memory means for point of sale terminals. One of ordinary skill in the art would be motivated to combine the teachings of these references to understand that "all necessary MICR information reprinted on the check" as described in Carlson and "the financial information for the transaction" as described by CheckMate, would include the consumer bank account information. |
| the point of sale terminal comprising reading means for reading magnetic ink character recognition numbers on any consumer bank check for the sole purpose of eliciting consumer bank account information; | At a CheckMate point-of-sale terminal, "[c]ustomer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader. . . ." [ECHO0003564] |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller. The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ." [ECHO 0003564] |
| the central computer system second communication means enabling said central computer system to communicate with | Carlson teaches that the central computer contains "communication means to the (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for |

6

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
| external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using a bank check as a negotiable instrument. | communicating with the consumer's bank for "verification of the existence of the payor's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. 24, lines 4-44].<br><br>Carlson also teaches that at the conclusion of a point-of-sale transaction in which a check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.]<br><br>Carlson also teaches the use of the ACH for transferring funds: "The MICR line allows high speed, electronic reading of that data designating the proper bank and account to be identified and converting such data into electronic messages to be sent through the National Automated Clearing House system." (1:63-68.) |
| 10. The checkwriting point of sale system according to claim 9 further comprising a printer means for receiving information from the memory means of the point of sale terminal and for generating a transaction event sale slip. | Carlson teaches that "an optional 'cash ticket' could be easily printed by this device by placing a 'no-carbon-required' slip of paper of an appropriate size against the back of the check before inserting the pair into the [printer] device." Col. 17, lines 51-55. |
| 11. The checkwriting point of sale system according to claim 9 further comprising a resident third party database wherein consumer banking account status information is stored, the consumer banking account status information being used for verification of consumer banking account status. | "The SGS central computer, through the terminal's display, then advises the merchant if . . . the checking account has bad checks written against it" and whether "the checks or driver's license have been reported lost or stolen." [ECHO0003627] |
| 13. The checkwriting point of sale system according to claim 4, wherein the sales slip includes means for execution by the consumer for proof of bank account access authorization. | Carlson describes using a completed check that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60, Col. 25 lines 4-10]. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing |

7

| '988 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON '607 PATENT[1][2] |
|---|---|
| | the electronic payment. |
| 14.  The checkwriting point of sale system according to claim 4, wherein the point of sale terminal further comprises means for automatically logging a point of sale terminal location and transaction date, time, and sales amount. | The Carlson system teaches that the point-of-sale terminal automatically logs and prints on the back of each cancelled check a unique point-of-sale terminal identifier, the transaction date and time, and the transaction amount.  Col. 10, lines 13-53. |
| 16.  The checkwriting point of sale process of claim 8, further comprising: (A) printing a transaction event sales slip following the sending of an approval message; and (B) executing of the sales slip by the consumer as proof of bank account access authorization. | Carlson describes using a completed check that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60; Col. 25 lines 4-10].  When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. The Carlson system teaches that a transaction will not be completed and a check will not be cancelled and returned to the customer if "the customer has exceeded his checking account balance" or has "exceeded his special arrangement with the bank to pay non-sufficient (NSF) (debit) check demands by 'overdraft protection'. . . ."  Col. 17, lines 24-32. |
| 18.  The checkwriting point of sale process of claim 8, further comprising automatically logging point of sale terminal location information and transaction date, time, and sales amount information into the point of sale terminal. | The Carlson system teaches that the point-of-sale terminal automatically logs and prints on the back of each cancelled check a unique point-of-sale terminal identifier, the transaction date and time, and the transaction amount.  Col. 10, lines 13-53. |

| '528 PATENT | CHECKMATE COMMERCIAL PROCESSING METHOD DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS |
|---|---|
| 10. A checkwriting point of sale process comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for |

8

| '528 PATENT | CHECKMATE COMMERCIAL PROCESSING METHOD DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS |
|---|---|
| | verification and later on-line processing of checks." [ECHO0003557] |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or service provider; | "Electronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks." [ECHO0003557.] |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location. . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader. . . ." [ECHO0003564] ECHO0003483 and ECHO0003499 show that after the check data is captured, the data is electronically transmitted to the ACH network. "Checkmate can provide the transaction information to check-issuing banks in a number of ways: through the ACH network, through the ATM networks, through direct connect with financial institutions, or some combination of the above." [ECHO0003502.] "The actual check used by the consumer will be cancelled and validated by the Checkmate terminal and returned to the consumer." [ECHO0003484.] "The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . ." [ECHO0003558] |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | "The MICR-MATE has proven that not only can it recognize MICR characters . . ., but it can tell the user which MICR character(s) is likely to cause problems." [ECHO0003480.] "Checkmate will interrogate it's data base to ensure that the check writer is not on the negative data base." [ECHO0003517.] It is inherent in the Checkmate process that the customer's bank account information obtained from the check is stored so that it can be verified by searching a database. |
| (d) providing transaction event information to the point of sale terminal; | The CheckMate system specifies that the merchant "enters the customer's driver's license number and the amount of purchase on the terminal keyboard." |

| '528 PATENT | CHECKMATE COMMERCIAL PROCESSING METHOD DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS |
|---|---|
| | [ECHO0003626.] |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | In the CheckMate system, the "Insta-Check terminal takes driver's license, credit card or check information and communicates directly with the SGS computer.;" information transmitted to by the terminal to the central computer includes the "amount of purchase." [ECHO0003626.] |
| (f) storing the transaction event information and consumer banking account information; | The CheckMate central computer system stores "closed and invalid account information provided by local banks, accumulated negative information on specific active accounts provided by area retail merchants, and current customer positive files" [ECHO0003564], and relies on updated "experience files and invalid account information acquired from banks and retailers" to keep its resident stored consumer banking account information current. [ECHO0003565.] The CheckMate central computer contains "historical information about customer accounts." [ECHO0003544.] |
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | The CheckMate Business Plan explains that the "Automated Clearing House (ACH), and electronic payment transfer system" would be utilized to funnel check transactions initiated at the point-of-sale "to the depository bank, which would then electronically clear the items." [ECHO0003558, ECHO0003565] |
| (h) returning the bank check specimen to the consumer. | "Checkmate can truncate the check at the point-of-sale by returning the cancelled check to the customer." [ECHO0003502.] |

| '528 PATENT | CHECKMATE COMMERCIAL PROCESSING METHOD DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[3] |
|---|---|
| 11. The checkwriting point of sale process of claim 10 further comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | The Carlson system teaches that the point-of-sale terminal automatically logs and prints on the back of each cancelled check information including, but not limited to, a unique point-of-sale terminal identifier, the transaction date and time, the transaction amount, the fact that the check was cancelled at the point of sale, and any language or other information required |

---

[3] All references are to Carlson unless otherwise specified.

10

| | by Federal Reserve regulations. Col. 10 lines 13-53. One of ordinary skill in the art would have been motivated to combine the teachings of the references to incorporate Carlson's system's point-of-sale terminal's automatically logging and printing on the back of each cancelled check so that the check in the CheckMate's system is annotated before returning the cancelled check to the customer. |
|---|---|
| 18. The checkwriting point of sale process of claim 10 further comprising performing a "velocity check" on the merchants sales activity to avoid fraud. | The Carlson point-of-sale system can accommodate the variable "encryption/decryption methods and/or other security requirements" that "[e]ach banking institution and/or each network participant may have," and it would have been obvious to include velocity checking as such a network security requirement. Col. 13, lines 57-60.<br>As Henry Nichols, an inventor of the '988 patent conceded during his June, 2005 deposition, the concept of velocity checking for payment authorization was not invented by he and his co-inventor, Robert Hills. [Nichols Depo 183:7-21.] |

| '366 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[4] |
|---|---|
| 1. A checkwriting point of sale system comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks." [ECHO0003557] |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | In the CheckMate system, "[a] typical configuration (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location. . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader . . . ." [ECHO0003564.] |
| a central computer system; | CheckMate point-of-sale terminals are connected to a "remote regional CV/G database," the CheckMate central computer. [ECHO0003564.] |
| first communications means integral to said point of sale terminal for | In the CheckMate system, "one or more terminals containing the patented MICR reader at each cash |

---

[4] All column and line number references are to Carlson unless otherwise specified.

| '366 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[4] |
|---|---|
| electronically communicating with the central computer system; | register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ." [ECHO0003564.] |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | "The MICR-MATE has proven that not only can it recognize MICR characters . . ., but it can tell the user which MICR character(s) is likely to cause problems." [ECHO0003480] "Checkmate will interrogate it's data base to ensure that the check writer is not on the negative data base." [ECHO0003517]  It is inherent in the Checkmate process that the customer's bank account information obtained from the check is stored so that it can be verified by searching a database. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ." [ECHO 0003564] |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | " A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database. . . ." [ECHO 0003564] "Checkmate will truncate the paper (i.e. check) at the point-of-sale, and transmit electronically the financial information for the transaction to the appropriate financial institutions for batch processing against both the consumer and merchant accounts." [ECHO0003484]. ECHO0003483 and ECHO0003499 show that after the check data is captured, the data is electronically |

| '366 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[4] |
|---|---|
| | transmitted to the ACH network. "Checkmate can provide the transaction information to check-issuing banks in a number of ways: through the ACH network, through the ATM networks, through direct connect with financial institutions, or some combination of the above." [ECHO0003502] "The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . . ." [ECHO0003558] Carlson teaches that the central computer contains "communication means to the (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for communicating with the consumer's bank for "verification of the existence of the payor's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. 24 lines 4-44]. Carlson also teaches that at the conclusion of a point-of-sale transaction in which a check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt." [Col. 25 lines 5-8.] One of ordinary skill in the art would have been motivated to combine the teachings of these references so that the returning of the cancelled check to the customer as described in Carlson is incorporated into the CheckMate system. |
| 2. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | The Carlson point-of-sale system describes means by which a merchant's central computer or "similar means could also tally the transferred (EFT'd) total for the retailer at the end of each shift or day." [Col. 22 lines 1-24.] |
| 3. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide the payer bank account | The Carlson system teaches that the point-of-sale terminal automatically logs and prints on the back of each cancelled check information including, but not limited to, a unique point-of-sale terminal identifier, the transaction date and time, the transaction amount, the fact that the check was cancelled at the point of |

13

| '366 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[4] |
|---|---|
| information. | sale, and any language or other information required by Federal Reserve regulations. Col. 10 lines 13-53. It would have been obvious to include payer bank account information as part of the "other information" the Carlson system permits to be annotated on the back of a cancelled check. |
| 24. A checkwriting point of sale process comprising: | Describes system for the "[e]lectronic processing of checks at hundreds of thousands of point-of-sale locations where CHECKMATE MICR readers can be incorporated into terminals that read checks at retail counters and are linked to remote data bases for verification and later on-line processing of checks." [ECHO0003557] |
| a payer completing a check for a transaction with a merchant or service provider; | Carlson describes a means for processing a payer's completed check that includes the payer's signature [Col. 22, lines 53-58] One of ordinary skill in the art would have been motivated to combine the teachings of these references so that the CheckMate system processes a payer's completed check that includes the payer's signature as described in Carlson in an effort to avoid fraud. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | In the CheckMate system, "[a] typical configuration (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location . . . . Customer checks are validated by reading the MICR encoded account information at the bottom of the check in a reader . . . ." [ECHO0003564] |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | The CheckMate system specifies that the merchant "enters the customer's driver's license number and the amount of purchase on the terminal keyboard." [ECHO0003626] |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | Carlson describes using a completed check that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60, Col. 25 lines 4-10]. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing |

14

| '366 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[4] |
|---|---|
| | the electronic payment. |
| the payer signing the authorization; | Carlson describes using a completed check that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60, Col. 25 lines 4-10].  When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| returning a copy of the signed authorization and the check to the payer; and | Carlson describes using a completed check that includes the customer's signature [Col. 22, lines 53-58], canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt [Col. 24 lines 58-60, Col. 25 lines 4-10].  When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | " A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ."  [ECHO 0003564] <br> "Checkmate will truncate the paper (i.e. check) at the point-of-sale, and transmit electronically the financial information for the transaction to the appropriate financial institutions for batch processing against both the consumer and merchant accounts." [ECHO0003484]. <br> ECHO0003483 and ECHO0003499 show that after the check data is captured, the data is electronically transmitted to the ACH network. <br> "Checkmate can provide the transaction information to check-issuing banks in a number of ways:  through the ACH network, through the ATM networks, |

| '366 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[4] |
|---|---|
|  | through direct connect with financial institutions, or some combination of the above."  [ECHO0003502] "The [Checkmate] process is the essence of the EFT which banks are trying to achieve with debit cards . . . ."  [ECHO0003558] Carlson teaches that the central computer contains "communication means to the (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for communicating with the consumer's bank for "verification of the existence of the payor's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. 24 lines 4-44]. Carlson also teaches that at the conclusion of a point-of-sale transaction in which a signed check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt."  [Col. 25 lines 5-8.] |
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | Carlson teaches that at the conclusion of a point-of-sale transaction in which a signed check is presented for payment, the 'retailer can then pass the cancelled check back to the customer as part of the customer's sales record and receipt."  [Col. 25 lines 5-8.] |
| 27.  The checkwriting point of sale process of claim 24, further comprising checking payer and/or account information on a database for an approval prior to printing the authorization; and | " A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ."  [ECHO 0003564.] Carlson teaches that the central computer contains "communication means to the (financial) network(s)" to "complete the prescribed electronic funds transfer" [Col. 9, lines 41-43], and teaches a means for communicating with the consumer's bank for "verification of the existence of the payor's account," "verification of the PIN," "recordation of the transaction" and verification of sufficient funds [Col. |

| '366 PATENT | CHECKMATE COMMERCIAL PROCESSING SYSTEM DISCLOSED IN CHECKMATE'S 1987 AND 1989 BUSINESS PLANS + CARLSON ' 607[4] |
|---|---|
| | 24 lines 4-44]. The Carlson system teaches that a transaction will not be completed and a check will not be cancelled and returned to the customer and a transaction slip will not be printed if "the customer has exceeded his checking account balance" or has "exceeded his special arrangement with the bank to pay non-sufficient (NSF) (debit) check demands by 'overdraft protection'. . . ." Col. 17, lines 24-32. |
| proceeding with the transaction only upon an approval. | "A typical configuration [of the CheckMate system] (see Figure 2) includes one or more terminals containing the patented MICR reader at each cash register location, which are connected to an in-store PC controller.  The store accesses an external communications network through dial-up modem, leased line or radio communications methods, and transactions are switched to a remote regional CV/G database . . . ."  [ECHO 0003564.] The Carlson system teaches that a transaction will not be completed and a check will not be cancelled and returned to the customer if "the customer has exceeded his checking account balance" or has "exceeded his special arrangement with the bank to pay non-sufficient (NSF) (debit) check demands by 'overdraft protection'. . . ."  Col. 17 lines 24-32. |

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| 1. A checkwriting point of sale system comprising: | The Manta Systems No-ID Tendering documents describe a system for processing and verifying checks presented at the point-of-sale.  [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| a point of sale terminal adapted to receive consumer bank account information from any bank check; | The Manta Systems terminal is adapted to permit "MICR reading of the account information at the bottom of the check," as is the system described by Higashiyama.  [FDC 1389757; FDC 1389792; Col. 3, lines 11-25.] |
| a central computer system; | The Manta Systems point-of-sale system includes a central "host" computer.  [FDC 1389756; FDC |

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| | 1389791.] |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | The Manta Systems point-of-sale processing system includes communication means between the point-of-sale terminal and the central host computer whereby "check authorization, debit and credit transactions will be routed by Buypass." [FDC 1389766; FDC 1389801.] |
| memory means integral to said point of sale terminal for temporarily storing the consumer bank account information; | The Manta Systems point-of-sale system has a memory means. For example, it stores "Negative information, primarily returned check data, associated with a customer is kept for 6 months." FDC 1389770; FDC 1389805. The Higashiyama system teaches that a data record, including customer checking account number and routing information and check amount, can be added to a data file maintained by POS terminal 201. Col. 3, lines 55-62; col. 5, lines 1-4. One of ordinary skill in the art would have been motivated to combine the teachings of these references so that the memory means described in Manta Systems would include that "data record" as described in Higashiyama so that the point-of-sale system "temporarily stor[es] bank account information." |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; | The Manta Systems point-of-sale system contemplates "Support for multiple venders customer and operator terminals." FDC 1389758; FDC 1389793. The Higashiyama system teaches that the backroom processor 204 receives data records from the POS terminal 201. Col. 5, lines 1-10. Since the backroom processor 204 is connected to one or more point of sale systems 210, each having a POS terminal 201 that supplies data records, the backroom processor 204 receives data records from one or more (plurality) of point of sale systems 210. |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling | The Manta Systems point-of-sale terminal enables interface via communication means with both a central Buypass database and "transaction authorizers" to obtain consumer bank account status information. [FDC 1389770; FDC 1389805.] The Manta Systems processing system also contemplates the clearance of check transactions through the ACH. |

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| automated clearing house communication for transferring funds without using the bank check as a negotiable instrument. | [FDC 1389794, FDC 1389800.] Higashiyama teaches that the information from the paper check is electronically processed and the check is returned to the customer at the point of sale. Col. 4, lines 54-57. |
| 2. The checkwriting point of sale system according to claim 1 wherein said point of sale terminal further includes means for reading magnetic ink character recognition numbers appearing on a consumer check for the sole purpose of identifying and reading the consumer bank account information. | The Manta Systems terminal provides means for "MICR reading of the account information at the bottom of the check . . . ." [FDC 1389757; FDC 1389792.] "The purpose of this process is to capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810.] |
| 3. The checkwriting point of sale system according to claim 1 wherein said point of sale terminal further comprises an alphanumeric display means for receiving said consumer bank account information from the memory means and for displaying the consumer bank account information. | The Manta Systems point-of-sale terminal includes an alpha-numeric display that receives and stores transaction information, and a MICR reader to "capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810.] Inherent in this system is the ability to display the MICR information captured by the MICR reader on such an alpha-numeric display, and the ability to do so would have been obvious to one of ordinary skill in the art. |
| 4. The checkwriting point of sale system according to claim 1 further comprising a printer means for receiving information from the memory means of the point of sale terminal and for generating a transaction event sale slip. | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] Higashiyama discloses a means by which point-of-sale Printer 203 prints a sales slip. Col. 3, lines 25-27. |
| 5. The checkwriting point of sale system according to claim 1 further comprising a resident third party database wherein consumer banking account status information is stored, the consumer banking account status information being used for verification of consumer banking account status. | The Manta Systems point-of-sale system verifies "each check submitted for payment against host files containing negative information, positive information, frequency/history data (velocity), VIP status, and retailers acceptance criteria." [FDC 1389756; FDC 1389791.] |
| 6. The checkwriting point of sale | The Manta Systems host computer maintains a |

19

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| system according to claim 1 wherein the central computer system further comprises a system subscriber database, the system subscriber database comprising information regarding merchants and service providers that are authorized to use the checkwriting point of sale system. | subscriber database containing "merchant acceptance profile data" and permitting the merchant to opt out of sharing proprietary check cashing information with other system subscribers. [FDC 1389757; FDC 1389792.] "The application must be able to share or not share as the merchant decides." [FDC 1389794.] |
| 8. A checkwriting point of sale process comprising: | The Manta Systems No-ID Tendering document describes a system for processing and verifying checks presented at the point-of-sale. [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| a) presenting any bank check specimen to a point of sale terminal located at a merchant or service provider, | In both the Manta Systems and Higashiyama systems, the customer provides a check to the merchant at the point-of-sale terminal. FDC 1389766; FDC 1389768; FDC 1389773-80; FDC 1389801; FDC 1389803-15; Col. 3, lines 47-48.] |
| b) reading the magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument, | The Manta Systems terminal provides means for "MICR reading of the account information at the bottom of the check. . . ." [FDC 1389757; FDC 1389792.] "The purpose of this process is to capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810.] Higashiyama teaches that at the conclusion of a transaction, the "validated check is then returned to the consumer for safekeeping, thus avoiding the need for the check to be physically transported through the system depicted in Fig. 1 for ultimate return to the customer." Col. 4, lines 54-57. One of ordinary skill in the art would have been motivated to combine the teachings of these references so that returning the check to the consumer after the check is validated as described in Higashiyama would apply to Manta Systems' process. |
| c) storing the consumer bank account information obtained from the check and verifying that | The Manta Systems point-of-sale terminal includes an alpha-numeric display that receives and stores transaction information, and a MICR reader to |

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| account numbers were accurately read at the point of sale terminal, | "capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810]. Inherent in this system is the ability to display and verify the MICR information captured by the MICR reader on such an alpha-numeric display, and the ability to do so would have been obvious to one of ordinary skill in the art. Higashiyama discloses that a data record, including customer checking account number and routing information and check amount, can be added to a data file maintained by POS terminal 201, i.e., stored at the POS terminal 201. Col. 3, lines 55-62; col. 5, lines 1-4. |
| d) providing transaction event information to the point of sale terminal, | The Manta Systems point-of-sale terminal prompts the cashier to "select the method of payment" and "enter the amount to be authorized including any cash back." [FDC 1389766; FDC 1389801.] |
| e) transmitting the transaction event information and consumer bank account information to a central computer system, | Once the amount and type of check are entered into and the MICR line is read by the Manta Systems point-of-sale terminal, transaction and customer account information are transmitted to the Manta Systems host computer for check authorization. [FDC 1389776; FDC 1389811.] |
| f) storing the transaction event information and consumer banking account information, and | The Manta Systems process allows the merchant to "create inquiry and maintenance transactions against the host authorization data display" and to "update negative and status information." [FDC 1389757; FDC 1389792.] The Manta Systems process requires an "audit trail of all transactions." [FDC 1389759; FDC 1389794.] |
| g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations. | The Manta Systems payment process enables the merchant to "record, store and forward" transactions for processing at a later time, such as through an automatic clearing house. [FDC 1389759; FDC 1389765; FDC 1389794; FDC 1389800.] |
| 9. A checkwriting point of sale system comprising: | The Manta Systems No-ID Tendering document describes a system for processing and verifying checks presented at the point-of-sale. [ FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| a point of sale terminal adapted to | The Manta Systems terminal is adapted to permit |

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| receive consumer bank account information; | "MICR reading of the account information at the bottom of the check." [FDC 1389757, FDC 1389792] |
| a central computer system; | The Manta Systems point-of-sale system includes a central "host" computer. [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15] |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; and | The Manta Systems point-of-sale processing system includes communication means between the point-of-sale terminal and the central host computer whereby "check authorization, debit and credit transactions will be routed by Buypass." [FDC 1389766; FDC 1389801.] |
| memory means integral to said point of sale terminal for temporarily storing the consumer bank account information; | The Higashiyama system teaches that a data record, including customer checking account number and routing information and check amount, can be added to a data file maintained by POS terminal 201. Col. 3, lines 55-62; col. 5, lines 1-4.<br>One of ordinary skill in the art would have been motivated to combine the teachings of these references so that the memory means described in Manta Systems would include that "data record" as described in Higashiyama so that the point-of-sale system "temporarily stor[es] bank account information." |
| the point of sale terminal comprising reading means for reading magnetic ink character recognition numbers on any consumer bank check for the sole purpose of eliciting consumer bank account information; | The Manta Systems terminal provides means for "MICR reading of the account information at the bottom of the check. . . ." [FDC 1389757; FDC 1389792.] "The purpose of this process is to capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810] |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; | The Higashiyama system teaches that the backroom processor 204 receives data records from the POS terminal 201. Col. 5, lines 1-10. Since the backroom processor 204 is connected to one or more point of sale systems 210, each having a POS terminal 201 that supplies data records, the backroom processor 204 receives data records from one or more (plurality) of point of sale systems 210. |
| the central computer system | The Manta Systems point-of-sale terminal enables |

22

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| second communication means enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using a bank check as a negotiable instrument. | interface via communication means with both a central Buypass database and "transaction authorizers" to obtain consumer bank account status information. [FDC 1389770; FDC 1389805.] The Manta Systems processing system also contemplates the clearance of check transactions through the ACH. [FDC 1389794, FDC 1389800.] Higashiyama teaches that the information from the paper check is electronically processed and the cancelled check is returned to the customer at the point of sale. Col. 4, lines 54-57. |
| 10. The checkwriting point of sale system according to claim 9 further comprising a printer means for receiving information from the memory means of the point of sale terminal and for generating a transaction event sale slip. | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] Higashiyama discloses a means by which point-of-sale Printer 203 prints a sales slip. Col. 3, lines 25-27. |
| 11. The checkwriting point of sale system according to claim 9 further comprising a resident third party database wherein consumer banking account status information is stored, the consumer banking account status information being used for verification of consumer banking account status. | The Manta Systems point-of-sale system verifies "each check submitted for payment against host files containing negative information, positive information, frequency/history data (velocity), VIP status, and retailers acceptance criteria." [FDC 1389756; FDC 1389791.] |
| 13. The checkwriting point of sale system according to claim 4, wherein the sales slip includes means for execution by the consumer for proof of bank account access authorization. | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] Higashiyama describes using a completed check that includes the customer's signature, canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt. [Col. 4, lines 54-57.] When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| 14. The checkwriting point of sale system according to claim 4, wherein the point of sale terminal further comprises means for | The Manta Systems process permits the automatic "logging of all transactions and their associated responses." [FDC 1389756; FDC 1389791.] Higashiyama discloses that a data record includes |

| '988 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA '682 PATENT |
|---|---|
| automatically logging a point of sale terminal location and transaction date, time, and sales amount. | additional information such as date, time, amount of check, and merchant location (as part of the electronic journaling information). *See* Col. 3, lines 53-60; Col. 4, lines 4-5. Certain of this information, except the check amount, may be provided automatically by POS terminal 201. Col. 3, lines 63-66. |
| 16. The checkwriting point of sale process of claim 8, further comprising:<br>(A) printing a transaction event sales slip following the sending of an approval message; and<br>(B) executing of the sales slip by the consumer as proof of bank account access authorization. | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] Higashiyama describes using a completed check that includes the customer's signature, canceling the check at the point-of-sale terminal and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt once a transaction has been approved. [Col. 4, lines 54-57]. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| 18. The checkwriting point of sale process of claim 8, further comprising automatically logging point of sale terminal location information and transaction date, time, and sales amount information into the point of sale terminal. | The Manta Systems process permits the automatic "logging of all transactions and their associated responses." [FDC 1389756; FDC 1389791.] Higashiyama discloses that a data record includes additional information such as date, time, amount of check, and merchant location (as part of the electronic journaling information). *See* Col. 3, lines 53-60; Col. 4, lines 4-5. Certain of this information, except the check amount, may be provided automatically by POS terminal 201. Col. 3, lines 63-66. |

| '528 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| 10. A checkwriting point of sale process comprising: | The Manta Systems No-ID Tendering documents describe a system for processing and verifying checks presented at the point-of-sale. [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or | In the Manta Systems, the customer provides a check to the merchant at the point-of-sale terminal. [FDC 1389766; FDC 1389768; FDC 1389773-80; FDC |

| '528 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| service provider; | 1389801; FDC 1389803-15.] |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | The Manta Systems terminal provides means for "MICR reading of the account information at the bottom of the check. . . ." [FDC 1389757; FDC 1389792.] "The purpose of this process is to capture the routing, transit and account information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810.] |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | The Manta Systems point-of-sale terminal includes an alpha-numeric display that receives and stores transaction information, and a MICR reader to "capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810]. The ability to verify data would have been obvious to one of ordinary skill in the art. Higashiyama discloses that a data record, including customer checking account number and routing information and check amount, can be added to a data file maintained by POS terminal 201, i.e., stored at the POS terminal 201. Col. 3, lines 55-62; col. 5, lines 1-4. One of ordinary skill in the art would have been motivated to combine the teachings of these references so that the data record described in Higashiyama would be incorporated into the Manta Systems point-of-sale terminal so that account numbers could be verified. |
| (d) providing transaction event information to the point of sale terminal; | The Manta Systems point-of-sale terminal prompts the cashier to "select the method of payment" and "enter the amount to be authorized including any cash back." [FDC 1389766; FDC 1389801.] |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | Once the amount and type of check are entered into and the MICR line is read by the Manta Systems point-of-sale terminal, transaction and customer account information are transmitted to the Manta Systems host computer for check authorization. [FDC 1389776; FDC 1389811.] |
| (f) storing the transaction event information and consumer banking account information; | The Manta Systems process allows the merchant to "create inquiry and maintenance transactions against the host authorization data display" and to "update negative and status information." [FDC 1389757; FDC 1389792.] The Manta Systems process requires |

| '528 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| | an "audit trail of all transactions." [FDC 1389759; FDC 1389794; FDC 1389756; FDC 1389791.] |
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | The Manta Systems payment process enables the merchant to "record, store and forward" transactions for processing at a later time, such as through an automatic clearing house. [FDC 1389759; FDC 1389765; FDC 1389794; FDC 1389800.] |
| (h) returning the bank check specimen to the consumer. | Higashiyama teaches that the information from the paper check is electronically processed and the cancelled check is returned to the customer at the point of sale. Col. 4, lines 54-57. |
| 11. The checkwriting point of sale process of claim 10 further comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | Higashiyama teaches that validation information, indicating that electronic data pertaining to the check has been routed for collection and the check may be considered canceled, is printed on the check. Col. 4, lines 26-32. The validated and annotated check is returned to the customer at the point-of-sale. Col. 4, lines 54-57. |
| 18. The checkwriting point of sale process of claim 10 further comprising performing a "velocity check" on the merchants sales activity to avoid fraud. | The Manta Systems point-of-sale system allows limits to be established "by type of client, type of check, customer status and frequency time frame. Each authorization will be checked against all limits." [FDC 1389770; FDC 1389805.] The central Manta Systems host computer contains files including "frequency/history data (velocity)." [FDC 1389756; FDC 1389794.]<br>As Henry Nichols, an inventor of the '988 patent conceded during his June, 2005 deposition, the concept of velocity checking for payment authorization was not invented by he and his co-inventor, Robert Hills. [Nichols Depo 183:7-21.] |

| '366 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| 1. A checkwriting point of sale system comprising: | The Manta Systems No-ID Tendering document describes a system for processing and verifying checks presented at the point-of-sale. [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | The Manta Systems terminal is adapted to permit "MICR reading of the account information at the bottom of the check," as is the system described by Higashiyama. [FDC 1389757; FDC 1389792; Col. 3, |

26

| '366 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| | lines 11-25.] |
| a central computer system; | The Manta Systems point-of-sale system includes a central "host" computer. [FDC 1389756; FDC 1389791.] |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | The Manta Systems point-of-sale processing system includes communication means between the point-of-sale terminal and the central host computer whereby "check authorization, debit and credit transactions will be routed by Buypass." [FDC 1389766; FDC 1389801.] |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | The Manta Systems point-of-sale terminal includes an alpha-numeric display that receives and stores transaction information, and a MICR reader to "capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks." [FDC 1389775; FDC 1389810]. Inherent in this system is a memory means for temporarily storing the transaction information. The Higashiyama system teaches that a data record, including customer checking account number and routing information and check amount, can be added to a data file maintained by POS terminal 201. Col. 3, lines 55-62; col. 5, lines 1-4. One of ordinary skill in the art would have been motivated to combine the teachings of these references so that the "data record" as described in Higashiyama would be incorporated into the Manta Systems point-of-sale terminal in order to temporarily store the payer bank account information. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | The Manta Systems point-of-sale system contemplates "Support for multiple venders customer and operator terminals." FDC 1389758; FDC 1389793 The Higashiyama system teaches that the backroom processor 204 receives data records from the POS terminal 201. Col. 5, lines 1-10. Since the backroom processor 204 is connected to one or more point of sale systems 210, each having a POS terminal 201 that supplies data records, the backroom processor 204 receives data records from one or more (plurality) of point of sale systems 210. |
| the central computer system second communication means enabling said central computer system to | The Manta Systems system includes "Check authorization – on line verification and update of customer information including:  current negative |

| '366 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | information[,] cross referenced account and identification information[,] current check cashing history." FDC 1389752; FDC 1389787. "Verify each check submitted for payment against hose files containing; negative information[,] positive information[,] frequency/history data (velocity) . . . ." FDC 1389756; FDC 1389791. <br><br> The system is capable of communication with an electronic funds transfer system and contemplates funds transfer through the ACH. [FDC 1389794, FDC 1389800] <br><br> The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] <br><br> Higashiyama teaches that backroom processor 204 will take the data records it has accumulated and upload them to a clearing house. Col. 5, lines 11-13. The data record is also used to verify check authorization by being compared to a positive file (which lists all allowable checking account numbers), or more likely against a negative file such as provided by SCAN of Seattle, Washington, TeleCheck of Denver, Colorado or Telecredit of Florida (i.e., external databases), which provide information regarding known troublesome checking accounts. Col. 4, lines 14-24. Further, because the information from the paper check is electronically processed, it is returned to the customer at the point of sale (Col. 4, lines 54-57) and does not enter the traditional check clearing process at any point. |
| 2. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | The Manta Systems payment processing system permits the point-of-sale terminal to print "reports for end of day and end of shift reporting." [FDC 1389756; FDC 1389791.] |
| 3. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide the payer bank account information. | Higashiyama teaches that validation information, indicating that electronic data pertaining to the check has been routed for collection and the check may be considered canceled, is printed on the check. Col. 4, lines 26-32. The validated and annotated check is returned to the customer at the point-of-sale. Col. 4, lines 54-57. |
| 24. A checkwriting point of sale | The Manta Systems No-ID Tendering document |

| '366 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| process comprising: | describes a system for processing and verifying checks presented at the point-of-sale.  [FDC 1389752-59; FDC 1389789-94; FDC 1389768; FDC 1389776-77; FDC1389779-80; FDC 1389803; FDC1389811-12; FDC 1389814-15.] |
| a payer completing a check for a transaction with a merchant or service provider; | The Manta Systems system will not accept "incomplete checks – ie not signed."  FDC 1389760; FDC 1389795.<br>In both the Manta Systems and Higashiyama systems, the customer provides a check to the merchant at the point-of-sale terminal. [FDC 1389766; FDC 1389768; FDC 1389773-80; FDC 1389801; FDC 1389803-15; Col. 3, lines 47-48.] |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | The Manta Systems terminal provides means for "MICR reading of the account information at the bottom of the check. . . ."  [FDC 1389757; FDC 1389792.]  "The purpose of this process is to capture the routing, transit and account number information preprinted in a machine readable format on the bottom of most checks."  [FDC 1389775; FDC 1389810.] |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | The Manta Systems point-of-sale terminal prompts the cashier to "select the method of payment" and "enter the amount to be authorized including any cash back."  [FDC 1389766; FDC 1389801.] |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt."  [FDC 1389758, FDC 1389793.]  Higashiyama describes using a completed check that includes the customer's signature, canceling the check at the point-of-sale terminal and printing authorization information on the back of the paper check, and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt. Col. 4, lines 26-32, 54-57.  When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment.<br>One of ordinary skill in the art would have been motivated to combine the teachings of these references so that the authorization information as described in Higashiyama would be incorporated into the Manta Systems system in an effort to prevent |

29