| '366 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
|  | fraud. |
| the payer signing the authorization; | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] Higashiyama describes using a completed check that includes the customer's signature, canceling the check at the point-of-sale terminal and printing authorization information on the back of the paper check, and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt. Col. 4, lines 26-32, 54-57. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| returning a copy of the signed authorization and the check to the payer; and | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] Higashiyama describes using a completed check that includes the customer's signature, canceling the check at the point-of-sale terminal and printing authorization information on the back of the paper check, and returning the cancelled check to the customer at the point-of-sale as part of the customer's receipt. Col. 4, lines 26-32, 54-57. When returned at the point-of-sale, the customer's signature on the cancelled check is the equivalent of a "sales slip" reflecting the customer's signature authorizing the electronic payment. |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | The Manta Systems point-of-sale system calls for "Printing of a REG E and, when needed, an off line receipt." [FDC 1389758, FDC 1389793.] Higashiyama teaches that the information from the paper check is electronically processed, and the paper check is returned to the customer at the point of sale (Col. 4, lines 54-57) and does not enter the traditional check clearing process at any point. Higashiyama also teaches that the point-of-sale terminal may be "directly linked to telecommunications unit 205" to transmit transaction records "directly to a bank" or to "perform priority uploads by POS terminal 201 in a real time basis." Col. 5, lines 28-46. |
| 25. The checkwriting point of sale process of claim 24, further | Higashiyama teaches that validation information, indicating that electronic data pertaining to the check |

| '366 PATENT | MANTA SYSTEMS NO ID TENDERING STORE REQUIREMENTS + HIGASHIYAMA |
|---|---|
| comprising voiding the completed check prior to returning it to the payer. | has been routed for collection and the check may be considered canceled, is printed on the check. Col. 4, lines 26-32. The validated and annotated check is returned to the customer at the point-of-sale. Col. 4, lines 54-57. |
| 27. The checkwriting point of sale process of claim 24, further comprising checking payer and/or account information on a database for an approval prior to printing the authorization; and | Before any transaction is authorized, the Manta Systems point-of-sale system verifies "each check submitted for payment against host files containing negative information, positive information, frequency/history data (velocity), VIP status, and retailers acceptance criteria." [FDC 1389756; FDC 1389791.] |
| proceeding with the transaction only upon an approval. | The Manta Systems process recommends denial of any transaction where "the submitted check authorization request fails limit checking or there is negative information on file" for that particular account. [FDC 1389771; FDC 1389806.] |

| '528 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| 10. A checkwriting point of sale process comprising: | LML-EP-011770 (the "ECC has developed this Pilot Program Guide as a means of testing electronic check processing at the point of sale"); see also LML-EP-011775. |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or service provider; | LML-EP-011775 ("the check writer ('the payer') initiates an electronic debit to the payer's account by providing the merchant (the 'payee') with a check which prescribes the payer's account number and the payer's financial institution routing number. The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check. . . . . These pilot operating requirements do not require that the check be filled out and/or signed."); see also LML-EP-011770. |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | LML-EP-011770 ("The Electronic Check Entry is designed to carry the MICR line data from the source document – the check, including the payer financial institution routing number, account number and check serial number, along with transaction amount and the payee/merchant name."). LML-EP-011775 ("the check writer ('the |

31

| '528 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| | payer') initiates an electronic debit to the payer's account by providing the merchant (the 'payee') with a check which prescribes the payer's account number and the payer's financial institution routing number.  The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check. . . . . These pilot operating requirements do not require that the check be filled out and/or signed."). |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | Multiple entries in the ECC Pilot Program Guide indicate that the consumer bank account information is stored, and its accuracy verified.<br><br>LML-EP-011773 ("The ODFI shall construct each Entry, using the PPD Standard Entry Class code, using the information obtained from the source document . . . .")<br><br>LML-EP 011773 ("The authorization slip must contain the MICR data captured from the check . . . .")<br><br>Pilot participants would track information regarding "[e]rrors generated from incorrect/invalid routing numbers or account numbers."  LML-EP 011779. |
| (d) providing transaction event information to the point of sale terminal; | LML-EP-011770 ("The Electronic Check Entry is designed to carry the MICR line data from the source document – the check, including the payer financial institution routing number, account number and check serial number, along with transaction amount and the payee/merchant name."). |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | LML-EP-011776 (" All eligible source documents are converted to Electronic Check Entries.  The merchant/originator prepares an ACH file of electronic check entries using the PPD Standard Entry Class format . . . and forwards the file to the ODFI.") |
| (f) storing the transaction event information and consumer banking account information; | LML-EP-011776 describes preparing an ACH file, which is performed as a batch |

| '528 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| | process, requiring storing of transaction information and consumer banking account information.<br><br>LML-EP-011779 (describing minimum reporting requirements for pilot program participants which, by their nature (number of checks converted per month, by dollar range, number of checks eligible for conversion, number of checks accepted per month, etc.), necessarily require the point-of-sale system to store transaction event and consumer banking account information). |
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | LML-EP-011776-77 ("All eligible source documents are converted to Electronic Check Entries.  The merchant/originator prepares an ACH file of electronic check entries using the PPD Standard Entry Class format . . . and forwards the file to the ODFI . . . .The ODFI will transmit ACH Electronic Check Entries for all checks converted."). |
| (h) returning the bank check specimen to the consumer. | LML-EP-011775 ("The check is returned by the payee to the payer."). |
| 11.  The checkwriting point of sale process of claim 10 further comprising annotating the bank check specimen before returning the bank check specimen to the consumer. | LML-EP-011770 ("Upon authorization, the merchant will mark the check with the words: "VOID – Converted to Electronic Payment" or other suitable language to prevent duplicate processing.  The check is then returned to the consumer."); *see also* LML-EP-011775. |

| '366 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| 1.  A checkwriting point of sale system comprising: | LML-EP-011770 (the "ECC has developed this Pilot Program Guide as a means of testing electronic check processing at the point of sale"); *see also* LML-EP-011775. |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | LML-EP-011770 ("The Electronic Check Entry is designed to carry the MICR line data from the source document – the check, including the payer financial institution routing number, account number and check serial number, along with transaction amount anhd the payee/merchant name."). |
| a central computer system; | LML-EP-011776 (the "merchant/originator |

| '366 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| | prepares an ACH file of electronic check entries . . . and forwards the file to the ODFI," specifically to its central computer system). |
| first communication means integral to said point of sale terminal for electronically communicating with the central computer system; | LML-EP-011776 (the "merchant/originator prepares an ACH file of electronic check entries . . . and forwards the file to the ODFI," specifically to its central computer system). Communication from the terminal to the central computer requires a communication means at the terminal. |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | LML-EP-011775 (indicating that the check serves as a source document for initiating an EFT processed through the ACH network). Because an ACH batch transaction could not be prepared or submitted without transaction information stored in the point-of-sale system, the feature of storing the consumer bank account information in memory means located in the point-of-sale terminal is inherent in the ECC Pilot Program Guide. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | LML-EP-011776 (the "merchant/originator prepares an ACH file of electronic check entries . . . and forwards the file to the ODFI," specifically to its central computer system).<br><br>Communication from the terminal to the central computer requires a communication means at the central computer. |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | LML-EP-011770 (describing system by which "merchants utilize check MICR readers to capture bank account and routing data to verify checks using third party authorization systems").<br><br>LML-EP-011775 ("Under this model, the check writer (the 'payer') initiates an electronic debit to the payer's account by providing the merchant (the 'payee') with a check which prescribes the payer's account number and the payer's financial institution routing number. The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check. The check is not entered into the check collection process. Rather, the check |

34

| '366 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| | merely serves as a source of information to initiate an EFT. . . . The check is returned by the payee to the payer."). |
| 2.  The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | The terminal included a printer.  LML-EP-011770 ("Once the check is presented and accepted for payment, the POS system will produce a receipt for the check writer to sign, authorizing the conversion of the check to an ACH entry."); *see also* LML-EP-011775-76; LML-EP 011782 (sample authorization form including amount of check).<br><br>LML-EP-011789 (describing minimum reporting requirements for pilot program participants which, by their nature (number of checks converted per month, by dollar range, number of checks eligible for conversion, number of checks accepted per month, etc.), which require the point-of-sale system to provide reports.). |
| 24.  A checkwriting point of sale process comprising: | LML-EP-011770 (the "ECC has developed this Pilot Program Guide as a means of testing electronic check processing at the point of sale"); *see also* LML-EP-011775. |
| a payer completing a check for a transaction with a merchant or service provider; | LML-EP-011775 ("the check writer ('the payer') initiates an electronic debit to the payer's account by providing the merchant (the 'payee') with a check which prescribes the payer's account number and the payer's financial institution routing number.  The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check. . . . . These pilot operating requirements do not require that the check be filled out and/or signed."); *see also* LML-EP-011770. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | LML-EP-011770 ("The Electronic Check Entry is designed to carry the MICR line data from the source document – the check, including the payer financial institution routing number, account number and check serial number, along with transaction amount and the payee/merchant name.").<br><br>LML-EP-011775 ("the check writer ('the |

| '366 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| | payer') initiates an electronic debit to the payer's account by providing the merchant (the 'payee') with a check which prescribes the payer's account number and the payer's financial institution routing number. The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check. . . . . These pilot operating requirements do not require that the check be filled out and/or signed."). |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | LML-EP-011770 ("The Electronic Check Entry is designed to carry the MICR line data from the source document – the check, including the payer financial institution routing number, account number and check serial number, along with transaction amount and the payee/merchant name."). |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | LML-EP-011770 ("Once the check is presented and accepted for payment, the POS system will produce a receipt for the check writer to sign, authorizing the conversion of the check to an ACH entry."); *see also* LML-EP-011775-76; LML-EP 011782 (sample authorization form including amount of check). |
| the payer signing the authorization; | LML-EP-011776 ("After authorization is obtained from the check writer, the check data is converted to an Electronic Check entry"); *see also* LML-EP-011770; LML-EP-011775. |
| returning a copy of the signed authorization and the check to the payer; and | LML-EP-011776 ("The physical check is returned to the consumer with a copy of the authorization/receipt."). |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | LML-EP-011775 ("The payee, the amount and the date may or may not be indicated on the check, and the payer may or may not sign the check. The check is not entered into the check collection process. Rather, the check merely serves as a source of information to initiate an EFT. Pursuant to the payer's agreement with the payee, the payee (or its agent, referencing the information provided on the check, initiates an ACH debit which is processed through the ACH network. The check is returned by the payee to the payer."). |
| 25. The checkwriting point of sale process of | LML-EP-011770 ("Upon authorization, the |

| '366 PATENT | ECC PILOT PROGRAM GUIDE |
|---|---|
| claim 24, further comprising voiding the completed check prior to returning it to the payer. | merchant will mark the check with the words" 'VOID – Converted to Electronic Payment' or other suitable language to prevent duplicate processing."; *see also* LML-EP-011775. |

| '528 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
| 10. A checkwriting point of sale process comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995."  NACHA 014346.<br>"The writer of the check gives the check to the store clerk who runs the check through a check reader." NACHA 035051.<br>"the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer.  The captured data effects the transaction." NACHA 014354.<br>"when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or service provider; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine." NACHA 014346.<br>"Check is presented and read through check reader." NACHA 014350.<br>"The writer of the check gives the check to the store clerk who runs the check through a check reader." NACHA 035051.<br>"when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | "On presentment of the check the item is read through the machine.  The MICR information is captured . . . ."  NACHA 014346.<br>"If the check is accepted, it is then handed back to the customer." *Id.*<br>"We at the company do not consider this action to be the accepting of checks but merely the creation of a customer initiated EFT transaction using the check to guarantee that the account number is correct . . . ." NACHA 014347. |

| '528 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
|  | "It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.* "Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. "The reader automatically scans the MICR (the bank and check account number at the bottom of the check). Using this data the point of sale system then turns the paper check into an ACH transaction. Now the check is in essence an authorization to perform an electronic funds transfer." NACHA 035051. "Customers that have gone through this process do not bother to fill out the check." NACHA 014356. |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation. The data is immediately checked for validity . . . ." NACHA 014346. "As the data is received, these front-end systems check the data for accuracy." NACHA 035052. "Data entering the system is check validity and risk conctrol [*sic*]. Assuming the information is good, it can then be processed through to the ACH." NACHA 035060. In other words, the data is stored so that it can be verified. |
| (d) providing transaction event information to the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346. "If anything negative is detected, the machine is notified via code and the check returned to the presenter . . . If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt." NACHA 014346. |
| (e) transmitting the transaction event information and consumer | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be |

38

| '528 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
| bank account information to a central computer system; | entered.  Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation."  NACHA 014346.<br>NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information.<br>"Account information arrives at E-Funds."  NACHA 014350.<br>"Information is sent to Main Processor for later clearinghouse processing."  *Id.*<br>"[T]he check is processed through a reader at the point of sale, the information is transmitted to E-Funds Corporation [a central computer system] and a transaction number sent back for identification."  NACHA 014356. |
| (f) storing the transaction event information and consumer banking account information; | NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information.<br>"Account information arrives at E-Funds."  NACHA 014350.<br>"Information is sent to Main Processor for later clearinghouse processing."  *Id.* |
| (g) subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations; and | "Information is sent to the Main Processor for later clearing house processing."  NACHA 014350.<br>NACHA 014350 shows that the information is sent to a clearing house processor.  The information is processed.  *Id.*<br>"Assuming the information is good, it can then be processed through to the ACH."  NACHA 035060.<br>"This information is processed by computer using the Automated Clearing House to collect or pay the funds to the appropriate account."  NACHA 014354. |
| (h) returning the bank check specimen to the consumer. | "If the check is accepted, it is then handed back to the customer."  NACHA 014346.<br>"The writer of the check still has his/her check for their records."  NACHA 014347.<br>"the check is then returned to the customer."  NACHA 014354.<br>"The check is given back to the customer along with a copy of his/her signed receipt."  NACHA 014356. |
| 11. The checkwriting point of sale process of claim 10 further | "Another process that has been suggested is to cancel the check as it is processed through the check reader. |

39

| '528 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
| comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be helpful to them."  NACHA 014347.<br>"The check, once read by a reader, needs to be defaced.  The defacing should be such that the face of the check is still readable but no bank teller would take the check."  NACHA 025595.<br>"One variation on this is to take the check, stamp it E-FUNDS . . . ."  NACHA 014287.<br>"The check is stamped 'ACH Processed' and is handed back to the consumer."  FDC 1362998. |

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
| 1.  A checkwriting point of sale system comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995."  NACHA 014346.<br>" At each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check."  NACHA 014346.  "Account information is obtained from the check."  NACHA 014350.<br>"the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer.  The captured data effects the transaction."  NACHA 014354.<br>"when the customer writes a check, the check is processed through a reader at the point of sale . . . ."  NACHA 014356. |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine."  NACHA 014346.<br>A machine reads the MICR information from a check for the purpose of obtaining account information.  NACHA 014346; NACHA 014350.  "It has been presented that the check is merely a method of |

40

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
| --- | --- |
| | account location and not a check transaction." NACHA 014346. "Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. "The writer of the check gives the check to the store clerk who runs the check through a check reader." NACHA 035051. "The reader automatically scans the MICR (the bank and check account number at the bottom of the check)." *Id.* "the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer. The captured data effects the transaction." NACHA 014354. "when the customer writes a check, the check is processed through a reader at the point of sale, the information is transmitted to E-Funds Corporation and a transaction number sent back for identification. When the transaction number is returned, a receipt is printed with the information about the fact that the check is being converted to an electronic transaction and that this information will be noted on their bank statement." NACHA 014356. |
| a central computer system; | NACHA 014350 shows a central computer system is present. "Upon entrance of the amount of the sale, the information sent down the telephoneline to E-Funds Corporation." NACHA 014346. NACHA 035060 shows a central computer system is present.. |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | "Upon entrance of the amount of the sale, the information sent down the telephoneline to E-Funds Corporation." NACHA 014346. The machine is connected via telephone and modem to the central computer system. NACHA 014346; NACHA 014350. NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information. "Account information arrives at E-Funds." NACHA 014350. |

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
|  | "Information is sent to Main Processor for later clearinghouse processing." *Id.* NACHA 035060 shows an E-Funds processor that received transaction information and consumer bank information. "the check is processed through a reader at the point of sale, the information is transmitted to E-Funds Corporation . . . ." NACHA 014356. |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to [the central computer system.]" NACHA 014346. "As the data is received, these front-end systems check the data for accuracy ." NACHA 035052. "Assuming the information is good, it can then be processed through to the ACH." NACHA 035060. In other words, the data is stored via a memory means so that the data can be verified. |
| the central computer system having second communication means for receiving information from a plurality of said point of sale terminals; and | E-Funds started with two points of presence and as of December 1, 1995 had twelve points of presence. The central computer system communicated with all of the points of presence. NACHA 014346. "Any.merchant with multiple locations that takes checks can concentrate those checks into a single account at a single location and present all their transactions to all financial institutions on the day of submission." NACHA 014286. "Any number of terminals may be connected to this system . . . ." NACHA 035052. |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | The central computer system communicates with external databases to perform a payer bank account status search. The central computer system communicates electronically with an electronic funds transfer system for transferring funds. NACHA 014350. "It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." NACHA 014346. NACHA 014350 shows an E-Funds computer having second communication means enabling |

42

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
|  | communication with an external computer system. This second means enables communication with an external database and/or electronic funds transfer system.<br><br>The central computer system checks the information "for validity and risk conctrol [*sic*]. Assuming the information is good, it can then be processed through to the ACH." NACHA 035060.<br><br>"Customers that have gone through the process do not bother to fill out the check." NACHA 014356..<br><br>"On presentment of the check the item is read through the machine. The MICR information is captured . . . ." NACHA 014346.<br><br>"If the check is accepted, it is then handed back to the customer." *Id.*<br><br>"We at the company do not consider this action to be the accepting of checks but merely the creation of a customer initiated EFT transaction using the check to guarantee that the account number is correct . . . ." NACHA 014347.<br><br>"It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.*<br><br>"Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. |
| 2. The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | "If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out." NACHA 014346.<br><br>"The process for balancing their [retail establishments'] cash register is unaltered . . . ." NACHA 014347.<br><br>"When the transaction number is returned, a receipt is printed with the information about the fact that the check is being converted to an electronic transaction and that this information will be noted on their bank statement." NACHA 014356.<br><br>"All checks are read through a MICR reader, verified against a negative file and a receipt is generated for the customer to sign authorizing the electronic |

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
|  | transaction." FDC 1362998. |
| 3.  The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide the payer bank account information. | The check can be cancelled as it is processed through the check reader.  "Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be helpful to them."  NACHA 014347. "The check, once read by a reader, needs to be defaced.  The defacing should be such that the face of the check is still readable but no bank teller would take the check."  NACHA 025595. "One variation on this is to take the check, stamp it E-FUNDS . . . ."  NACHA 014287. "The check is stamped 'ACH Processed' and is handed back to the consumer."  FDC 1362998. |
| 24. A checkwriting point of sale process comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995."  NACHA 014346. " At each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check."  NACHA 014346.  "Account information is obtained from the check."  NACHA 014350. "the check is taken at the point of sale, read by a check reader, and the check is then returned to the customer.  The captured data effects the transaction." NACHA 014354. "when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. |
| a payer completing a check for a transaction with a merchant or service provider; | "when the customer writes a check, the check is processed through a reader at the point of sale . . . ." NACHA 014356. A customer hands a check to the merchant.  NACHA 014346. NACHA 014347 states that the check may be used for record-keeping, indicating that it was filled out. "The writer of the check still has his/her check for their records."  NACHA 014347 "In check truncation the payer of the check must authorize the use of the Automated Clearing House. This is done by an additional signature of |

44

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
|  | authorization obtained form [*sic*] the customer." NACHA 035051. The first signature is the one found on the check itself and the "additional signature" is the one found on the authorization form. "when the customer writes a check, the check is processed through a reader at the point of sale . . . Customers that have gone through this process do not bother to fill out the check." NACHA 014356. This demonstrates that customers that previously have not gone through this process do fill out the check. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . On presentment of the check the item is read through the machine." NACHA 014346. "Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. "It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." NACHA 014346. "The reader automatically scans the MICR (the bank and check account number at the bottom of the check)." NACHA 035051. "using a check to obtain the bank and account information of the customer." NACHA 025593. |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346. "The writer of the check gives the check to the store clerk who runs the check through a check reader. The reader automatically scans the MICR (the bank and check account number at the bottom of the check)." NACHA 035051. |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | "If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt . . . The customer then signs the slip of paper." |

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
|  | NACHA 014346.<br>"When the transaction number is returned, a receipt is printed . . . The transaction is now handled as an Electronic Funds Transfer (EFT) and processed normally.  The check is given back to the customer along with a copy of his/her signed receipt."<br>NACHA 014356.<br>"a receipt is generated for the customer to sign authorizing the electronic transaction."  FDC 1362998.<br>"In check truncation the payer of the check must authorize the use of the Automated Clearing House. This is done by additional signature of authorization obtained form [sic] the customer."  NACHA 035051. |
| the payer signing the authorization; | "If the check is accepted, it is then handed back to the customer.  At the same time a dual copy receipt is printed out.  The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt. . . The customer then signs the slip of paper."  NACHA 014346.<br>"In check truncation the payer of the check must authorize the use of the Automated Clearing House. This is done by additional signature of authorization obtained form [sic] the customer."  NACHA 035051.<br>"a receipt is generated for the customer to sign authorizing the electronic transaction."  FDC 1362998.<br>"The check is given back to the customer along with a copy of his/her signed receipt."  NACHA 014356. |
| returning a copy of the signed authorization and the check to the payer; and | "The customer then signs the slip of paper.  The customer gets one copy and the store keeps the other copy."  NACHA 014346.<br>"The check is given back to the customer along with a copy of his/her signed receipt."  NACHA 014356. |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | "The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt . . . The customer then signs the slip of paper."  NACHA 014346.<br>"It has been presented that the check is merely a method of account location and not a check |

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
| | transaction. In that case the account holder could use the check over and over as much as they might a debit card." NACHA 014347.<br>The transaction amount "is processed by computer using the Automated Clearing House to collect or pay the funds to the appropriate account." NACHA 014354.<br>"Customers that have gone through the process do not bother to fill out the check." NACHA 014356. |
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | "Another process that has been suggested is to cancel the check as it is processed through the check reader. Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check and make cashing at an additional location impossible. . . If the customer wanted a numeric record then defacing the check would be helpful to them." NACHA 014347.<br>"The check, once read by a reader, needs to be defaced. The defacing should be such that the face of the check is still readable but no bank teller would take the check." NACHA 025595.<br>"One variation on this is to take the check, stamp it E-FUNDS . . . ." NACHA 014287.<br>"The check is stamped 'ACH Processed' and is handed back to the consumer." FDC 1362998. |
| 27. The checkwriting point of sale process of claim 24, further comprising checking payer and/or account information on a database for an approval prior to printing the authorization; and | After the MICR information is captured, the data is "immediately checked for validity, potential fraud, and negative information against the account holder. . . The time lapse from first entry to the completed check is usually under 15 seconds . . . If the check is accepted, it is then handed back to the customer. At the same time, a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt . . . The customer then signs the slip of paper." NACHA 014346.<br>"The fraud control is taking place at the host computer where the account structure of each financial institution is housed." NACHA 014347.<br>"Information is check the AI module to determine reasonability." NACHA 014350. |

47

| '366 PATENT | E-FUNDS CORPORATION COMMERCIAL CHECK PROCESSING SYSTEM AND METHOD AS DISCLOSED IN E-FUNDS CORPORATION'S REPORTS |
|---|---|
|  | "Data entering the system is check for validity and risk control [*sic*]." NACHA 035060. "the information is transmitted to E-Funds Corporation and a transaction number sent back for identification. When the transaction number is returned, a receipt is printed with the information about the fact that the check is being converted to an electric transaction . . . ." NACHA 014356. |
| proceeding with the transaction only upon an approval. | "If anything negative is detected, the machine is notified via a code and the check returned to the presented . . . If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out." NACHA 014346. "Assuming the information is good, it can then be processed through to the ACH." NACHA 035055. If the information is not good, the transaction does not proceed. |

| '528 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
| 10. A checkwriting point of sale process comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995." NACHA 014346. |
| (a) presenting a bank check specimen to a point of sale terminal located at a merchant or service provider; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine." NACHA 014346. "Check is presented and read through check reader." NACHA 014350. |
| (b) reading a magnetic ink character recognition number information on the check for the sole purpose of obtaining consumer bank account information, without using the check as a negotiable instrument; | "On presentment of the check the item is read through the machine. The MICR information is captured . . . ." NACHA 014346. "If the check is accepted, it is then handed back to the customer." *Id.* "We at the company do not consider this action to be the accepting of checks but merely the creation of a customer initiated EFT transaction using the check to guarantee that the account number is correct . . . ." NACHA 014347. "It has been presented that the check is merely a method of account location and not a check |

48

| '528 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
|  | transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.* <br> "Goods are paid by ACH. Account information obtained from a check. Check is presented and read through check reader." NACHA 014350. |
| (c) storing the consumer bank account information obtained from the check and verifying that account numbers were accurately read at the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation. The data is immediately checked for validity . . . ." NACHA 014346. |
| (d) providing transaction event information to the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346. <br> "If anything negative is detected, the machine is notified via code and the check returned to the presenter . . . If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt." NACHA 014346. |
| (e) transmitting the transaction event information and consumer bank account information to a central computer system; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered. Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation." NACHA 014346. <br> NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information. <br> "Account information arrives at E-Funds." NACHA 014350. <br> "Information is sent to Main Processor for later clearinghouse processing." *Id.* |
| (f) storing the transaction event information and consumer banking account information; | NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and consumer bank account information. <br> "Account information arrives at E-Funds." NACHA 014350. <br> "Information is sent to Main Processor for later clearinghouse processing." *Id.* |
| (g) subsequently transmitting the transaction event information to a | "Information is sent to the Main Processor for later clearing house processing." NACHA 014350. |

49

| '528 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
| bank for subsequent automated clearing house operations; and | NACHA 014350 shows that the information is sent to a clearing house processor.  The information is processed.  *Id.* |
| (h) returning the bank check specimen to the consumer. | "If the check is accepted, it is then handed back to the customer."  NACHA 014346.<br>"The writer of the check still has his/her check for their records."  NACHA 014347. |
| 11. The checkwriting point of sale process of claim 10 further comprising: annotating the bank check specimen before returning the bank check specimen to the consumer. | "Another process that has been suggested is to cancel the check as it is processed through the check reader.  Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be helpful to them."  NACHA 014347. |

| '528 PATENT | E-FUNDS CORPORATION +  LANGHANS |
|---|---|
| 18.  The checkwriting point of sale process of claim 10 further comprising performing a "velocity check" on the merchants sales activity to avoid fraud. | After the MICR information is captured, the data is "immediately checked for validity, potential fraud, and negative information against the account holder."  NACHA 014346.<br>"The fraud control is taking place at the host computer where the account structure of each financial institution is housed."  NACHA 014347.<br>"Information is check the AI module to determine reasonability."  NACHA 014350.<br>Langhans describes an automatic purchasing control system using point-of-sale terminals that performs a "velocity check" that monitors transaction activity to detect fraudulent activity. *See* Langhans, Col. 1, lines 47-59, Col. 7, lines 44-47, Col. 8, lines 25-28, Col. 11, lines 35-63.<br>One of ordinary skill in the art would have been motivated to combine the teachings of these references to include the "velocity check" described by Langhans in the system and process described by E-Funds in order to further avoid fraud. |

| '366 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
| 1.  A checkwriting point of sale system comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995."  NACHA 014346. NACHA |

| '366 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
| | 014346-92 and NACHA 014350 describe a system for using checks as a method of making payments at the point of sale is described in the report. |
| a point of sale terminal adapted to receive payer bank account information from any bank check; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine." NACHA 014346.<br>"At each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check."  NACHA 014346.  "Account information is obtained from the check."  NACHA 014350.<br>"Goods are paid by ACH.  Account information obtained from a check.  Check is presented and read through check reader."  NACHA 014350. |
| a central computer system; | NACHA 014350 shows a central computer system is present.<br>"Upon entrance of the amount of the sale, the information sent down the telephoneline to E-Funds Corporation."  NACHA 014346. |
| first communications means integral to said point of sale terminal for electronically communicating with the central computer system; | "Upon entrance of the amount of the sale, the information sent down the telephone line to E-Funds Corporation."  NACHA 014346.<br>The machine is connected via telephone and modem to the central computer system.  NACHA 014346; NACHA 014350.<br>NACHA 014350 shows an E-Funds processor and a Main Processor that receive transaction information and customer bank account information.<br>"Account information arrives at E-Funds."  NACHA 014350.<br>"Information is sent to Main Processor for later clearinghouse processing."  *Id.* |
| memory means integral to said point of sale terminal for temporarily storing the payer bank account information; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered.  Upon entrance of the amount of the sale, the information is sent down the telephone line to E-Funds Corporation"  NACHA 014346. |
| the central computer system having second communication means for receiving information from a plurality of said point of | E-Funds started with two points of presence and as of December 1, 1995 had twelve points of presence.<br>The central computer system communicated with all of the points of presence.  NACHA 014346. |

51

| '366 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
| sale terminals; and | |
| the central computer system second communication means enabling said central computer system to communicate with external databases for performing a payer bank account status search and further enabling communication with an electronic funds transfer system for transferring funds without using the bank check as a negotiable instrument. | "It has been presented that the check is merely a method of account location and not a check transaction.  In that case the account holder could use the check over and over as much as they might a debit card."  NACHA 014346. NACHA 014350 shows an E-Funds computer having second communication means enabling communication with an external computer system. This second means enables communication with an external database and/or electronic funds transfer system. |
| 2.  The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to print activity reports of transaction events occurring at the point of sale terminal. | NACHA 014346 discloses a printer.  "If the check is accepted, it is then handed back to the customer.  At the same time a dual copy receipt is printed out." NACHA 014346. "The process for balancing their [retail establishments'] cash register is unaltered . . . ." NACHA 014347. |
| 3.  The checkwriting point of sale system of claim 1 wherein the point of sale terminal is further adapted to annotate the bank check that is used at the point of sale terminal to provide the payer bank account information. | The check can be cancelled as it is processed through the check reader.  "Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check . . . If the customer wanted a numeric record then defacing the check would be helpful to them."  NACHA 014347. |
| 24. A checkwriting point of sale process comprising: | "E-Funds Corporation started to use checks as a method of making payments at the point of sale in September of 1995."  NACHA 014346. |
| a payer completing a check for a transaction with a merchant or service provider; | A customer hands a check to the merchant.  NACHA 014346. NACHA 014347 states that the check may be used for record-keeping, indicating that it was filled out. "The writer of the check still has his/her check for their records."  NACHA 014347. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | "at each point of sale where checks are to be truncated, a machine is installed that will read the MICR from the check. . . . . On presentment of the check the item is read through the machine." NACHA 014346. "Goods are paid by ACH.  Account information obtained from a check.  Check is presented and read |

| '366 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
| | through check reader." NACHA 014350. |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | "The MICR information is captured and the machine pauses waiting for the amount of the transaction to be entered." NACHA 014346. |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | "If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the receipt. . . The customer then signs the slip of paper." NACHA 014346. |
| the payer signing the authorization; | "The customer then signs the slip of paper [the receipt]." NACHA 014346 |
| returning a copy of the signed authorization and the check to the payer; and | "The customer then signs the slip of paper. The customer gets one copy and the store keeps the other copy." NACHA 014346. |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | The customer's bank account is electronically debited the amount indicated on the signed receipt. NACHA 014346. "It has been presented that the check is merely a method of account location and not a check transaction. In that case the account holder could use the check over and over as much as they might a debit card." *Id.* |
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | "Another process that has been suggested is to cancel the check as it is processed through the check reader. Technically, it would be possible to stripe in red ink the words ACH PROCESSED in such a way as to deface the check and make cashing at an additional location impossible. . . . If the customer wanted a numeric record then defacing the check would be helpful to them." NACHA 014347 |
| 27. The checkwriting point of sale process of claim 24, further comprising checking payer and/or account information on a database for an approval prior to printing the authorization; and | After the MICR information is captured, the data is "immediately checked for validity, potential fraud, and negative information against the account holder. . . The time lapse from first entry to the completed check is usually under 15 seconds . . . If the check is accepted, it is then handed back to the customer. At the same time, a dual copy receipt is printed out. The receipt informs the customer that this is an EFT transaction and that their account will be electronically debited the amount indicated on the |

53

| '366 PATENT | E-FUNDS CORPORATION DATA ANALYSIS REPORT # 3 NOVEMBER 1995 |
|---|---|
|  | receipt . . . The customer then signs the slip of paper." NACHA 014346. "The fraud control is taking place at the host computer where the account structure of each financial institution is housed." NACHA 014347. "Information is check the AI module to determine reasonability." NACHA 014350. |
| proceeding with the transaction only upon an approval. | "If anything negative is detected, the machine is notified via a code and the check returned to the presenter. . . . If the check is accepted, it is then handed back to the customer. At the same time a dual copy receipt is printed out." NACHA 014346. |

| '366 PATENT | SACRAMENTO BEE ARTICLE + BRAUN[5] |
|---|---|
| 24. A checkwriting point of sale process comprising: | Process is referred to as point-of-sale electronic draft capture. (*See* ¶¶ 3, 10.) |
| a payer completing a check for a transaction with a merchant or service provider; | A number of prior art references, including Braun (col. 24, lines 61- 66), teaches a point-of-sale process that includes the step of completing the check, followed by its cancellation and return to the payer. It would have been obvious to include a step of completing the check with the method of the Sacramento Bee Article. For example, Braun teaches that upon receipt of the monthly statement, the customer can verify the accuracy of the monthly statement using the cancelled checks. (*See* Braun col. 26, lines 58- 62.) Therefore, one of ordinary skill in the art would have been motivated to combine the teachings of the prior art. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | The automated system reads the check (account) number and checks the status of the account. (*See* ¶ 10.) |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | If the customer's account is in good standing and covers the amount of the purchase, the system authorizes an approval. (*See* ¶ 11.) The purchase amount, which corresponds to transaction event information, had to have been entered. |

---

[5] Unless otherwise noted, citations are to the Sacramento Bee article.

| '366 PATENT | SACRAMENTO BEE ARTICLE + BRAUN[5] |
|---|---|
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | The system prints out a statement similar to those consumers sign for credit card purchases. (*See* ¶ 11.) |
| the payer signing the authorization; | The customer signs the statement. (*See* ¶ 11.) |
| returning a copy of the signed authorization and the check to the payer; and | The statement is similar to those used for credit card purchases, so a copy of the statement is returned to the customer. (*See* ¶ 11.)  The same check may be used over and over again, so the check is also returned to the customer. (*See* ¶ 1.) |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | Each transaction is electronically debited from the customer's checking account within 24 to 48 hours. (*See* ¶ 12.) Further, the information from the paper check is electronically processed, and the check is returned to the customer at the point of sale. |
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | Braun teaches cancellation of the check prior to returning it to the customer. (*See* Braun col. 15, lines 44- 50.)  One of ordinary skill in the art would have been motivated to combine what's taught in the Sacramento Bee Article with the disclosure in Braun to include the step of voiding the completed check prior to returning it to the payer. |

| '366 PATENT | SACRAMENTO BEE ARTICLE + CARLSON[6] |
|---|---|
| 24. A checkwriting point of sale process comprising: | Process is referred to as point-of-sale electronic draft capture. (*See* ¶¶ 3, 10.) |
| a payer completing a check for a transaction with a merchant or service provider; | A number of prior art references, including Carlson (col. 22, lines 57-58), teaches a point-of-sale process that includes the step of completing the check, followed by its cancellation and return to the payer. It would have been obvious to include a step of completing the check with the system disclosed in the Sacramento Bee Article.  Therefore, one of ordinary skill in the art would have been motivated to combine the teachings of the Sacramento Bee article and Carlson. |
| using a point of sale terminal associated with said merchant or service provider to read MICR information on the check to obtain payer bank account information; | The automated system reads the check (account) number and checks the status of the account. (*See* ¶ 10.) |

---

[6] Unless otherwise noted, citations are to the Sacramento Bee article.

| '366 PATENT | SACRAMENTO BEE ARTICLE + CARLSON[6] |
|---|---|
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | If the customer's account is in good standing and covers the amount of the purchase, the system authorizes an approval. (*See* ¶ 11.)  The purchase amount, which corresponds to transaction event information, had to have been entered. |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | The system prints out a statement similar to those consumers sign for credit card purchases. (*See* ¶ 11.) |
| the payer signing the authorization; | The customer signs the statement. (*See* ¶ 11.) |
| returning a copy of the signed authorization and the check to the payer; and | The statement is similar to those used for credit card purchases, so a copy of the statement is returned to the customer. (*See* ¶ 11.)  The same check may be used over and over again, so the check is also returned to the customer. (*See* ¶ 1.) |
| electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | Each transaction is electronically debited from the customer's checking account within 24 to 48 hours. (*See* ¶ 12.) Further, the information from the paper check is electronically processed, and the check is returned to the customer at the point of sale. |
| 25. The checkwriting point of sale process of claim 24, further comprising voiding the completed check prior to returning it to the payer. | Carlson teaches cancellation of the check prior to returning it to the customer. (*See* Carlson col. 24, lines 58- 60.)  One of ordinary skill in the art would have been motivated to combine what's taught in the Sacramento Bee Article with the disclosure in Carlson to include the step of voiding the completed check prior to returning it to the payer. |

| '366 PATENT | BALLEN REPORT + SACRAMENTO BEE ARTICLE[7] |
|---|---|
| 24. A checkwriting point of sale process comprising: | PI-EFT refers to a model whereby the payer initiates an EFT debit to the payer's account by providing the payee with a check which prescribes the payer's account number and the payer's bank's routing number.  (*See* § II.A.I.) |
| a payer completing a check for a transaction with a merchant or service provider; | The payer may sign the check. (*See* § II.A.I.) |
| using a point of sale terminal associated with said merchant or service provider to read MICR | The Ballen Report suggests use of the electronic terminal. § III.D. The Sacramento Bee Article teaches use of an automated system to read the check (account) |

---

[7] Unless otherwise noted, citations are to the Ballen Report.

56

| '366 PATENT | BALLEN REPORT + SACRAMENTO BEE ARTICLE[7] |
|---|---|
| information on the check to obtain payer bank account information; | number and check the status of the account. (See ¶ 11.) Therefore, one of ordinary skill in the art would have been motivated to combine the references to utilize the automated terminal of the Sacramento Bee article with the system of the Ballen Report for speed and accuracy. |
| inputting transaction information, including at least a transaction amount, into the point of sale terminal; | When an electronic terminal is used for PI-EFT, it is inherent that a transaction amount is inputted into the electronic terminal. |
| printing an authorization to debit the payer bank account by the transaction amount for the payer to sign; | The Ballen Report teaches that a written authorization from the payer is required for the payee to initiate an electronic debit.  (See § III.B.1.) |
| the payer signing the authorization; | In circumstances where the authorization is printed out for the payer, the payer may sign the authorization. (See § III.B.2.) |
| returning a copy of the signed authorization and the check to the payer; and | A copy of the authorization may be provided to the customer.  (See § III.B.2.) |
| Electronically debiting said payer bank account by said transaction amount based on the signed authorization, without using the check as a negotiable instrument. | In PI-EFT, the check serves as a source of information to initiate an EFT.  (See § II.A.1.)  The payer may provide a blank or partially completed check to initiate the EFT.  (See § III.4.) |

| '366 PATENT | SACRAMENTO BEE ARTICLE + BRAUN/CARLSON + CHECKCASH PPM[8] |
|---|---|
| 27.  The checkwriting point of sale process of claim 24, further comprising checking payer and/or account information on a database for an approval prior to printing the authorization; and | Braun and Carlson both teach a point-of-sale process that includes the step of completing the check, followed by its cancellation and return to the customer.  The CheckCash PPM teaches a process by which a resident database comprised of customer account information is consulted for transaction approval before a transaction authorization is printed on the customer's bank check.  See CheckCash PPM at 28, 61, A-6, D-5.  Therefore, one of ordinary skill in the art would have been motivated to combine the teachings in the references to modify the system described in the Sacramento Bee article to include the step of checking customer account information in a database for approval prior to authorization. |
| proceeding with the transaction only | The CheckCash PPM teaches that a transaction may |

[8] Unless otherwise noted, all citations are to the Sacramento Bee article.

57

| '366 PATENT | SACRAMENTO BEE ARTICLE + BRAUN/CARLSON + CHECKCASH PPM[8] |
|---|---|
| upon an approval. | be electronically processed by consulting a resident database containing customer account information for transaction approval. *See* CheckCash PPM at 61. "After approval, the Data Center computer will proceed to contact the customer's bank and debit his account, while crediting the merchant's account at his respective bank." *Id.* |

| '366 PATENT | BALLEN REPORT + SACRAMENTO BEE ARTICLE + CHECKCASH PPM[9] |
|---|---|
| 27. The checkwriting point of sale process of claim 24, further comprising checking payer and/or account information on a database for an approval prior to printing the authorization; and | Braun and Carlson both teach a point-of-sale process that includes the step of completing the check, followed by its cancellation and return to the customer. The CheckCash PPM teaches a process by which a resident database comprised of customer account information is consulted for transaction approval before a transaction authorization is printed on the customer's bank check. *See* CheckCash PPM at 28, 61, A-6, D-5. Therefore, one of ordinary skill in the art would have been motivated to combine the teachings of the references to modify the system described in the Ballen Report to include the step of checking customer account information in a database for approval prior to authorization. |
| proceeding with the transaction only upon an approval. | The CheckCash PPM teaches that a transaction may be electronically processed by consulting a resident database containing customer account information for transaction approval. *See* CheckCash PPM at 61. "After approval, the Data Center computer will proceed to contact the customer's bank and debit his account, while crediting the merchant's account at his respective bank." *Id.* |

---

[9] Unless otherwise noted, all citations are to the Ballen Report.