IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TELECHECK SERVICES, INC.,  )<br>ELECTRONIC CLEARING HOUSE, INC., )<br>XPRESSCHEX, INC., and  )<br>NOVA INFORMATION SYSTEMS, INC., )<br>  )<br>    Defendants.  )<br>_____ ) | Civil Action No. 04-858-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 7, 2005, copies of DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S LIST OF REBUTTAL FACT WITNESSES were served on the following counsel as shown:

BY HAND AND BY EMAIL:

| | |
|---|---|
| Richard K. Hermann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th floor<br>P.O. Box 2306<br>Wilmington, DE 19801 | William J. Marsden, Jr., Esq.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

603232v1

BY U.S. MAIL AND BY EMAIL:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Soo Choi, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

November 7, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
(213) 430-6000

603232v1

2