IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>    Defendants. | C.A. 04-858 (SLR) |

**DECLARATION OF STAMATIOS STAMOULIS IN SUPPORT OF
TELECHECK'S MEMORANDUM IN OPPOSITION TO LML'S
*DAUBERT* MOTION NO. 3**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Stamatios Stamoulis (#4606)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

*Attorneys for TeleCheck Services, Inc*

Dated:  November 14, 2005

I, **STAMATIOS STAMOULIS**, pursuant to the provisions of 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C. and a member of the bar of this Court. I make this declaration based on my personal knowledge of all of the facts described herein.

2. Attached hereto as Exhibit A is a true and correct copy of Rules 3.8.1 and 3.8.3 of the 2005 Complete Guide to Rules and Regulations Governing ACH Network, produced by LML at LML EP 055429-30.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on November 14, 2005.

_____
Stamatios Stamoulis (#4606)

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, I electronically filed the DECLARATION OF STAMATIOS STAMOULIS IN SUPPORT OF TELECHECK'S MEMORANDUM IN OPPOSITION TO LML'S DAUBERT MOTION NO. 3 with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

I hereby certify that on November 14, 2005, I have mailed by Electronic mail and First Class mail, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

_____
Stamatios Stamoulis

80028222.doc