Case 1:04-cv-00858-SLR    Document 404    Filed 11/14/2005    Page 1 of 1

# SEALED DOCUMENT