IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**DECLARATION OF SEAN P. HAYES IN SUPPORT OF TELECHECK SERVICES, INC.'S OBJECTIONS TO THE SPECIAL DISCOVERY MASTER'S OCTOBER 25, 2005 RULINGS**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
Sean P. Hayes (#4413)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

*Attorneys for TeleCheck Services, Inc*

Dated: November 14, 2005

I, SEAN P. HAYES, declare as follows:

1. I am an associate at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("Telecheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of TeleCheck Services, Inc.'s Objections to the Special Discovery Master's October 25, 2005 Rulings.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the hearing transcript held on Oct. 25, 2005.

4. Attached hereto as Exhibit B is a true and correct copy of a slip opinion in *E.I. DuPont Nemours v. Millenium Chemical Inc.*, C.A. 97-237-SLR (D. Del., Apr. 14, 1999).

5. Attached hereto as Exhibit C is a list of the documents that LML alleged contained inadequate descriptions on TeleCheck's privilege log.

6. Attached hereto as Exhibit D is a list of the documents that LML alleged to have inadequate descriptions and that were reviewed by the Special Discovery Master.

7. Attached hereto as Exhibit E is a list of the "Concord Documents" reviewed by the Special Discovery Master.

8. Attached hereto as Exhibit F is a list of the documents related to patents not at issue that were reviewed by the Special Discovery Master.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts of Plaintiff's First Set of Document Requests to TeleCheck Services, Inc. dated Oct. 15, 2004.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts of Plaintiff's Third Set of Document Requests to TeleCheck Services, Inc. (Nos. 155-260) dated Feb. 2, 2005.

11. Attached hereto as Exhibit I is a true and correct copy of email correspondence between LML counsel, Jamie McDole, and TeleCheck counsel, Tim Devlin and Stam Stamoulis, dated Feb. 28, 2005.

12. Attached hereto Exhibit J is a true and correct copy of a Memorandum Order in *Cytyc Corp. v. Autocyte, Inc.*, C.A. No. 99-610-SLR (D. Del. Sept. 13, 2005).

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on November 14, 2005.

_____
Sean P. Hayes (#4413)

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, a true and correct copy of the DECLARATION OF SEAN P. HAYES IN SUPPORT OF TELECHECK SERVICES, INC.'S OBJECTIONS TO THE SPECIAL DISCOVERY MASTER'S OCTOBER 25, 2005 RULINGS was caused to be served on the attorneys of record at the following addresses as indicated:

| | |
|---|---|
| **BY HAND DELIVERY**<br>Richard K. Herrmann, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899 | **BY HAND DELIVERY**<br>Collins J. Seitz, Jr., Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801 |
| **BY HAND DELIVERY**<br>Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | **BY EMAIL AND FIRST CLASS MAIL**<br>Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 |
| **BY EMAIL AND FIRST CLASS MAIL**<br>Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | **BY EMAIL AND FIRST CLASS MAIL**<br>Russell E. Levine, Esq.<br>Kirkland & Ellis LLP<br>200 E. Randolph Dr.<br>Chicago, IL 60601 |

_____
Sean P. Hayes (#4413)