IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**TELECHECK SERVICES, INC.'S PROPOSED ORDER REGARDING OBJECTIONS TO THE SPECIAL DISCOVERY MASTER'S OCTOBER 25, 2005 RULINGS**

THE COURT, having considered TeleCheck Services, Inc.'s Objections to the Special Discovery Master's October 25, 2005 Rulings,

IT IS HEREBY ORDERED that:

1. This Court does not adopt the Special Discovery Master's October 25, 2005 Order with respect to approximately 260 documents ordered produced due to TeleCheck's manner of document production, and Orders that these documents be referred back to the Special Discovery Master for *in camera* review. The list of documents in this category is attached to the Declaration of Sean P. Hayes as Exhibit C.

2. This Court reverses the Special Discovery Master's October 25, 2005 Order with respect to the "Concord documents", and instead Orders that these documents be maintained as privileged. The list of documents in this category is attached to the Declaration of Sean P. Hayes as Exhibit E.

3. This Court reverses the Special Discovery Master's October 25, 2005 Order with respect to the documents related to patents not at issue, and instead

Orders that these documents be maintained as privileged.  The list of documents in this category is attached to the Declaration of Sean P. Hayes as Exhibit F.

    SO ORDERED this _____ day of _____, 2005.

                                              _____
                                              United States District Judge

80028247.doc

Case 1:04-cv-00858-SLR    Document 412    Filed 11/14/2005    Page 2 of 2