# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

November 15, 2005

Facsimile
302 652-0607

Web Site
www.fr.com

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re: *LML Patent Corp. v. TeleCheck Services, Inc., et al.*
    USDC-D. Del. - C.A. 04-858 (SLR)



Dear Chief Judge Robinson:

As indicated in TeleCheck Services, Inc.'s Objections to the Special Discovery Master's October 25, 2005 Rulings (D.I. 410), enclosed please find documents reviewed by the Special Discovery Master for *in camera* review.

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

The documents reviewed by the Special Discovery Master have been categorized into three groups, as indicated in TeleCheck's Objections. Group D includes documents listed on Exhibit D to the Hayes Declaration (D.I. 411) and bear identification nos. 1, 2, 14, 83, 84, 86, 99-103, 107, 108, 112, 114, 115, 119, 131, 158, 159, 161-5, 168-71, 173, and 181-3. Group E includes documents listed on Exhibit E to the Hayes Declaration and bear identification nos. PR 3022-31, PR 3032-41, PR3065-7, PR 3068-9, PR3070-1, PR 3072-9, PR 3080-1, PR 3083-90, PR 3091-2, PR 3093-4, PR 3095-8, PR 3099, PR 3100-9, PR 3113-4, PR 3117-19, PR 3133, PR 3134-40, PR 3150, PR 3165, PR 3182-3, PR 3215-17, PR 3305, and PR 3331-2. Group F includes documents listed on Exhibit F to the Hayes Declaration and bear identification nos. PR 2504 and PR 4652.

Respectfully,

Sean P. Hayes

80028253.doc

cc: Richard K. Herrmann Esq. (w/o enc)
    Richard D. Kirk, Esq. (w/o enc)
    Collins J. Seitz, Jr., Esq. (w/o enc)
    Jamie McDole, Esq. (w/o enc)
    Mark Mizrahi, Esq. (w/o enc)
    Mark C. Scarsi, Esq. (w/o enc)