IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,

               Plaintiff,

      v.

TELECHECK SERVICES, INC.,
ELECTRONIC CLEARING HOUSE, INC.,
XPRESSCHEX, INC. and NOVA
INFORMATION SYSTEMS, INC.,

               Defendants.

C.A. 04-858 (SLR)

**DECLARATION OF STAMATIOS STAMOULIS IN SUPPORT OF
DEFENDANTS' MEMORANDUM IN OPPOSITION TO LML'S MOTION
FOR SUMMARY JUDGMENT NO. 6: FOR A RULING THAT CLAIMS 1, 2, 4,
5, 6, 9, 10, 11, 14, 16 AND 18 OF THE '988 PATENT ARE NOT INVALID FOR
IMPROPER INVENTORSHIP UNDER 35 U.S.C. § 102(f)**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Stamatios Stamoulis (#4606)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

*Attorneys for TeleCheck Services, Inc.*

Dated:  November 15, 2005

**I, STAMATIOS STAMOULIS**, pursuant to the provisions of 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1.      I am an attorney with the law firm of Fish & Richardson P.C. and a member of the bar of this Court.  I make this declaration based on my personal knowledge of all of the facts described herein.

2.      Attached hereto as Exhibit A is a true and correct copy of LML Patent Corp.'s First Set of Supplemental Responses and Objections to TeleCheck Services Inc.'s Interrogatory Nos. 5, 6, 12, 13, and 15, dated January 31, 2005.

3.      Attached hereto as Exhibit B is a true and correct copy of an excerpt from the July 15, 2005 deposition of Steven R. Carlson.

I declare under penalty of perjury that the foregoing statements are true and correct.


Executed on November 15, 2005.


                                        _____*/s/ Stamatios Stamoulis*_____
                                         Stamatios Stamoulis (#4606)

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I electronically filed and hand delivered DECLARATION OF STAMATIOS STAMOULIS IN SUPPORT OF TELECHECK'S MEMORANDUM IN OPPOSITION TO LML'S MOTION FOR SUMMARY JUDGMENT NO. 6.  This electronically filed document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**ECF NOTICE & HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

**ECF NOTICE & HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

**ECF NOTICE & HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I also certify that on November 15, 2005, the above-document was e-mailed and sent by First Class mail to the following non-registered participants:

**EMAIL & 1ST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045
rjacobs@bjtlaw.com

**EMAIL & 1ST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601
rlevine@kirkland.com

**EMAIL & 1ST CLASS MAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071
mscarsi@omm.com

_/s/ Stamatios Stamoulis_
Stamatios Stamoulis