IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>      Defendants. | C.A. 04-858 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 14, 2005, a true and correct copy of CORRECTED TELECHECK'S SUPPLEMENTAL RESPONSE TO LML'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 1-5, 7 AND 9), LML'S THIRD SET OF INTERROGATORIES (NOS. 12-13 AND 15-16) was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**
Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801-4226

**BY EMAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

**BY EMAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Dated:  November 15, 2005          FISH & RICHARDSON P.C.


                                   By:    */s/ Timothy Devlin*
                                          William J. Marsden, Jr. (marsden@fr.com)
                                          Timothy Devlin (tdevlin@fr.com)
                                          Tara D. Elliott (elliott@fr.com)
                                          Sean P. Hayes (hayes@fr.com)
                                          919 N. Market Street, Suite 1100
                                          P.O. Box 1114
                                          Wilmington, DE  19801

                                   Attorneys for Defendant
                                   TeleCheck Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Richard K. Herrmann
>Mary B. Matterer, Esq.
>Morris James Hitchens & Williams
>222 Delaware Avenue, 10th Floor
>Wilmington, DE  19801-4226
>
>Richard D. Kirk, Esq.
>The Bayard Firm
>222 Delaware Avenue, 9th Floor
>Wilmington, DE  19899
>
>Collins J. Seitz, Jr., Esq.
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I hereby certify that on November 15, 2005, I have sent by electronic mail, the Notice of Service to the following non-registered participants:

Robert Jacobs, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045

Russell E. Levine, Esq.  
Kirkland & Ellis LLP  
200 E. Randolph Dr.  
Chicago, IL 60601

>Mark C. Scarsi, Esq.
>O'Melveny & Myers LLP
>400 S Hope Street
>Los Angeles, CA 90071

>*/s/ Timothy Devlin*
>Timothy Devlin