# EXHIBIT A

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Jamie H. McDole
To Call Writer Directly:           312 861-2000                          Facsimile:
312 861-2048                                                             312 861-2200
jmcdole@kirkland.com             www.kirkland.com                  Dir. Fax: 312 861-2200

April 26, 2005

<u>**VIA FACSIMILE**</u>

Tim Devlin, Esq.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Re:    LML Patent Corp. v. TeleCheck Services Inc., et al.
       Civil Action No. 04-858 SLR (D. Del)

Dear Tim:

This letter addresses several issues relating to TeleCheck's April 6, 2005 privilege log. Rule 26(b)(5) of the Federal Rules of Civil Procedure requires that documents withheld as privileged shall be described in a manner that will enable other parties to assess the applicability of the privilege or protection. Each entry on a privilege log must contain the authors and all recipients of the document, identify the authors and/or recipients who are attorneys, and provide a description of the document's subject matter that explains the document's purpose for production and why it is allegedly privileged or immune from discovery.

TeleCheck's privilege log is deficient for the following reasons:

**1.      Entries Not Identifying Attorneys.** None of the entries on Telecheck's privilege log specifies who, among the individuals listed as authors and recipients for each document, is an attorney. Please immediately provide this information.

**2.      Entries Not Identifying Authors and/or Recipients.** Many of the documents on TeleCheck's privilege log (including but not limited to Doc Nos.359, 367, 371-73, 375-80, 384-85, 525, 563, 567, 571, 708, 746, 758 and Bates Nos. PR 51-165, PR 177-83, PR 199-205, PR 220-261, PR 283-90, PR 301, PR 317, PR 340, PR 345-51, PR 361, PR 373, PR 385-92, PR 403, PR 415, PR 427, PR 439, PR 451, PR 462, PR 473-75, PR 485, PR 497, PR 508, PR 523, PR 534-41, PR 553, PR 565, PR 577, PR 589, PR 602, PR 614-25, PR 637-44, PR 717-24, PR 746, PR 834-48, PR 849-67, PR 883, PR 903-09, PR 912-15, PR 921-23, PR 925-28, PR 965-1001, PR 1004-007, PR 1881-83, PR 1905, PR 1930-37, PR 1944-46, PR 1962-67, PR 1975-89, PR 1992-04, PR 2007-19, PR 2040-41, PR 2112-13, PR 2208-18, PR 2377-96, PR 2404-23, PR

# KIRKLAND & ELLIS LLP

April 26, 2005
Page 2

2508-49, PR 2791, PR 2959, PR 3133, PR 3304-05, PR 3328-32, PR 3333, PR 3751, PR 3852,
PR 3877-84, PR 3923-47, PR 3953-57, PR 3961-4030, PR 4115-17, PR 4359-62, PR 4367, PR
4369-75, PR 4377-79, PR 4381-83, PR 4385-86, PR 4388-400, PR 4403-4529, PR 4533-47, PR
4551, FDC 4000711, FDC 4000793, FDC 4000807, FDC 4000810, FDC 4000896, FDC
4000914, FDC 4000992, FDC 4001010, FDC 4001559, FDC 4003112-3113, FDC 4003126,
FDC 4003142, FDC 4003159, FDC 4003178, FDC 4003199, FDC 4003218, FDC 4003239,
FDC 4003261, FDC 4003284, FDC 4003552-3553, FDC 4003561, FDC 4003564, FDC
4003568-3569, FDC 4003583, FDC 4003619, FDC 4004327, FDC 4004333-4334, FDC
4004337-4338, FDC 40044346, FDC 40044376, FDC 40044387, FDC 40044390, FDC
40044393, FDC 40044396, FDC 40044402, FDC 40044405, FDC 40044417, FDC 40044429,
FDC 40044451, FDC 40044457, FDC 40044459, FDC 40044483-4484, FDC 40044486-4488,
FDC 40044491, R1, R2, R3, R10, R17, R19, R30, R42-43, 1172598-678, 1388335-372) do not
identify the author and/or the recipient of the document. This information is necessary to
evaluate TeleCheck's claim of privilege. Please provide the missing information or produce
these documents.

     **3.**    **Entries With Inadequate Descriptions.** Most of the entries on TeleCheck's
privilege log (including but not limited to Doc Nos. 1-3, 5-15, 23, 34, 83-112, 114-117, 119-127,
130-166, 168-171, 173-179, 181-331, 333-359, 361-362, 364-412, 417-452, 454-55, 457-527,
529, 531-552, 554-591, 593-598, 600-646, 649, 652-660, 662-673, 709-713, 715-721, 723-724,
726-729, 731-732, 734-747, 749-751, 755-765, 767-768, 770-778 and Bates Nos. PR 32, PR
220-61, PR 290, PR 301, PR 317, PR 340, PR 361, PR 373, PR 392, PR 403, PR 415, PR 427,
PR 439, PR 451, PR 462, PR 473, PR 485, PR 497, PR 508, PR 523, PR 534, PR 553, PR 565,
PR 577, PR 589, PR 602, PR 614-25, PR 651-733, PR 746, PR 767-867, PR 883, PR 903-09, PR
912-915, PR 920-23, PR 925-28, PR 965-1010, PR 1013-1016, PR 1535-36, PR 1539-41, PR
1669-1672, PR 1693-1705, PR 1707-09, PR 1713-16, PR 1718-19, PR 1724, PR 1738-41, PR
1744-49, PR 1751-55, PR 1757-58, PR 1777, PR 1780-89, PR 1794, PR 1813, PR 1827-37, PR
1845-49, PR 1853-56, PR 1859, PR 1867-68, 1872-75, PR 1878, PR 1881-90, PR 1897-1900,
PR 1903-26, PR 2106, PR 2114-18, PR 2185-95, PR 2219-33, PR 2246-55, PR 2263-2344, PR
2349-76, PR 2397-403, PR 2424-54, PR 2469-2503, PR 2505, PR 2554, PR 2575-78, PR 2583,
PR 2594-620, PR 2632-61, PR 2836-42, PR 2844-82, PR 2925-32, PR 2959, PR 3018-21, PR
3042-64, PR 3082, PR 3100-11, PR 3113-16, PR 3120-33, PR 3142-49, 3152-61, PR 3164,
3171-80, PR 3184-3214, PR 3219-45, PR 3253-69, PR 3271-3305, PR 3328-93, PR 3745-46, PR
3755-58, PR 3764-68, PR 3783, PR3787-3960, PR 4115-17, PR 4359-67, PR 4369-79, PR
4381-4547, PR 4551-4560, PR 4562, PR 4564-67, PR 4570-74, PR 4622, PR 4626, PR 4628, PR
4654, PR 4663-4683, PR 4675, FDC 4000711, FDC 4000793, FDC 4000807, FDC 4000810,
FDC 4000896, FDC 4000914, FDC 4000992, FDC 4001010, FDC 4001559, FDC 4003112-
3113, FDC 4003126, FDC 4003142, FDC 4003159, FDC 4003178, FDC 4003199, FDC

# KIRKLAND & ELLIS LLP

April 26, 2005
Page 3

4003218, FDC 4003239, FDC 4003261, FDC 4003284, FDC 4003552-3553, FDC 4003561, FDC 4003564, FDC 4003568-3569, FDC 4003583, FDC 4003619, FDC 4004327, FDC 4004333-4334, FDC 4004337-4338, FDC 4004346, FDC 40044376, FDC 40044387, FDC 40044390, FDC 40044393, FDC 40044396, FDC 40044402, FDC 40044405, FDC 40044417, FDC 40044429, FDC 40044451, FDC 40044457, FDC 40044459, FDC 40044483-4484, FDC 40044486-4488, FDC 40044491, R1-R51, 1175937-48, 1172598-678, 1176152- 63, 1176276-86, 1178014-17, 1178346-47, 1178363-72, 1178898-919, 1182098-2112, 1182113-23, 1212263-64, 1388367-72) have an inadequate description. For example, descriptions such as "handwritten page," "handwritten notes," "legal advice from an attorney re business operations," "attorney's mental impressions re contract issues," "termination letter from third party," "draft subscriber agreement," "internal document containing draft warranty agreement," "correspondence from attorney re meeting," "draft of letter reflecting advice from an attorney," "handwritten note addressing patent ownership," "voicemail re potential collaboration," and "correspondence seeking legal advice from an attorney" do not provide LML with enough information to asses TeleCheck's claimed privilege. Please supplement the descriptions on the privilege log or immediately produce these documents.

   4.    **Entries Involving Third Parties.**  Many of the documents on TeleCheck's privilege log (including but not limited to Doc Nos. 298, 301, 303, 307, 478, 481, 483, 487 and Bates Nos. PR 717-24, PR 741-45, PR 1018-1532, PR 1542-1668, PR 2169-84, PR 2196-2207, PR 2309-10, PR 2456-68, PR 2500-01, PR 2839, PR 2848-76, PR 2927-32, PR 3747-50, PR 3751, PR 3753-54, PR 3764-68, PR 3851, PR 4098-4105, PR 4533-47, PR 4559-60, PR 4565-67, PR 4654, PR 4675, R1, R3, R4, R6, R9, R11, R12, R14, 1175937-48, 1176152-63, 1176276-86, 1178014-17, 1178346-47, 1388107-113) list a third party (e.g., Western Union, Men's Wearhouse, JP Morgan, Electronic Check Council, Cricket Communications, Inc., Wal-Mart Stores, Inc., The Bombay Company, Inc., H&R Block, Mark Suri, Patrick Gaines, Fingerhut Direct Marketing, Inc., Payless Shoe Source, Inc., Jane Larimer, Schnucks, Inc., Imphonic, Inc.) as either the author and/or recipient of a document for which privilege is claimed. In several entries, attorneys for LML (John Abokhair, Jon Roberts, Jamie McDole) are listed as authors or recipients of such documents. The fact that a third party has such a document in its possession conclusively shows that the document is not privileged. Please immediately produce all of these documents.

## KIRKLAND & ELLIS LLP

April 26, 2005
Page 4

\*   \*   \*

We look forward to your prompt response to the issues raised in this letter.

Very truly yours,

Jamie H. McDole

# EXHIBIT B

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Lesley G. Smith
To Call Writer Directly:
312 861-3186
lgsmith@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 846-9200

May 19, 2005

**VIA FACSIMILE**

Tim Devlin, Esq.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Re:    LML Patent Corp. v. TeleCheck Services Inc., et al.
       <u>Civil Action No. 04-858 SLR (D. Del)</u>

Dear Tim:

Pursuant to Judge Robinson's Scheduling Order, "all documents within the scope of Defendants' waiver of privilege" were to be produced on or about April 29, 2005. Nearly three weeks have passed and we have not received any documents from TeleCheck other than opinions of counsel.

We request immediate production of Bates Nos. 530, 723, 724, 727, 728, 2905-26, 2933-44, 2960-79, 2994-3017, 3022-41, 3065-81, 3083-3109, 3113-14, 3117-19, 3133-40, 3150-51, 3163, 3165, 3182-83, 3215-18, 3305, 3334-53, 3394-726, 3727-44, 3759, 3763, 3769-86, 3851, 3878-84, 3895-904, 3918-19, 3923-47, 3953-54, 3960, 4090-4117, 4150-4236, 4359-62, 4367-81, 4383-87, 4403-05, 4407, 4409-4527, 4551, 4558, 4563, 4568-69, 4575-4623, 4624-25[1], 4626-41[2], 4642-43[3], 4652, 4654-62, 4687-88, 4672-74, 1363353-55, 1363388-90, 1363395-99,

---

[1] There are two entries on the privilege log with two different dates, authors, descriptions, etc. for Bates Nos. 4624-25. Both are within the scope of TeleCheck's waiver and should be produced.

[2] There is one entry each for 4626-41, 4626, 4627, 4628, 4629-33, and 4634-36. Despite the duplication, all of these documents are within the scope of TeleCheck's waiver and should be produced.

[3] There are two entries on the privilege log with two different dates, authors, descriptions, etc. for Bates Nos. 4642-43. Both are within the scope of TeleCheck's waiver and should be produced.

# KIRKLAND & ELLIS LLP

Tim Devlin, Esq.
May 19, 2005
Page 2

1388107-113, 1388335-66, 1389334-40 (unredacted copies), 3117, 3125, 10218, 15084-129, 1016256-57, 1016261-63, 1016485-500, 1167226-27, 1167235-36, 1167241-43, and 1167254-57 from TeleCheck's privilege log. TeleCheck's claimed privilege as to these documents has been waived as a result of TeleCheck's reliance on the advice of counsel as a defense to LML's charge of willful infringement. Failure to immediately produce these documents is in violation of the Court's Scheduling Order and would entitle LML to seek to preclude TeleCheck's reliance on the advice of counsel as a defense.

If you have any questions, feel free to give me a call.

Very truly yours,

Lesley G. Smith