LML Patent Corp. v.  
Telecheck Services, Inc., et al.

Hearing  
October 25, 2005

## $

$40,000 98:15

## 0

00 73:11
01 106:7
04 101:23; 121:21
09 86:13

## 1

1 22:11; 23:14; 29:24; 30:8
10 10:12; 82:11; 88:19; 123:1
101 23:15; 31:1; 32:16
102 23:15; 31:1
103 21:3; 22:12; 23:15; 31:1
107 23:4; 46:24; 47:1, 2
108 23:4; 48:22
11 123:1
112 23:4; 48:23
114 23:4; 48:24
115 23:4; 49:7
119 23:4; 49:10; 78:19
12 6:9; 29:23; 82:11; 101:24; 123:1, 2
12th 131:7
131 14:17, 17; 23:4; 49:12
14 22:11; 23:15; 30:14; 86:14
15 6:9; 33:4; 38:10
15-minute 40:6, 12
150 36:9
158 23:4; 42:12; 49:18, 18; 54:16
159 23:4
161 23:4
165 23:5; 42:13
168 23:5; 49:19; 54:16
169 49:21
17 88:2
170 49:23
171 23:5; 50:1
173 23:5; 50:10
181 23:5; 45:14, 17; 46:9; 50:12
182 50:14
183 23:6; 46:8, 13, 17; 50:16; 54:16
18th 9:23; 12:7; 49:6
19 86:15; 102:4
1996 60:20; 125:9; 146:19; 155:20
1997 60:20, 23; 82:3; 84:10; 123:6, 20; 124:8; 131:7; 153:7; 154:10; 158:3; 162:1

1998 83:19; 89:7; 153:8; 154:10, 21; 155:3, 23; 157:20; 167:8, 20
1999 96:7; 151:8; 152:16; 160:5
1:00 149:20

## 2

2 22:11; 23:15; 30:10
20 10:13; 18:10; 20:9; 22:16; 98:15; 102:1; 149:20
200 5:7, 15; 11:5; 12:20
200,000 52:8
2000 72:1; 74:18; 93:16; 155:4, 8; 156:22; 158:8, 10, 16; 162:2
2001 60:10; 153:18, 22; 155:4, 8; 156:3
2002 169:2
2003 154:15; 162:3
2004 84:11; 88:21; 153:19; 154:14, 15; 156:6, 24; 158:9, 13; 162:3
2005 112:2
22 102:4; 124:7
22nd 169:2
235 53:18
23rd 51:17; 106:7
243 5:11
24th 51:17
2504 67:3
26 53:5; 70:13; 107:22
26(b)1 39:12
26th 123:20
271 3:19; 11:21, 22; 13:4; 32:19; 37:16; 57:5
27th 51:15
28th 4:7; 14:17; 59:6; 67:2; 70:12; 95:24; 105:2; 107:1; 109:6; 112:1; 117:10; 118:5; 121:20; 125:10; 130:9; 139:15; 169:1
2925 70:13
29th 125:9
2:19 178:21

## 3

3 47:23
30 18:10, 17, 22; 19:8, 11; 99:6; 133:4
300 11:5, 21; 13:3
3022 76:24; 86:2
3032 76:24; 86:3
306 80:12
3065 77:2; 86:4
3068 77:2; 86:4
3070 77:2; 86:6
3072 77:2; 86:6

3080 77:2; 86:8
3083 77:3; 86:8
3091 77:3; 86:10
3093 77:4; 86:10
3095 77:4; 86:12
3099 77:4; 86:12
31 86:2
3100 77:4; 86:13
3113 86:13
3117 86:15; 167:6; 168:18
3133 87:24
3134 87:24
3150 88:1
3165 88:1
3182 88:2
32 88:3
3215 88:2
3305 88:3
3313 77:5
3331 88:3
348 14:23
349 14:23
366 153:24; 155:7; 157:2
3759 96:1, 9; 97:24; 98:1; 99:13; 101:2
3941 101:17; 104:3
3945 101:19; 106:19; 108:5
3955 101:20; 108:16, 23

## 4

40 87:24
41 86:3
43 58:2; 109:7; 117:13
4303 121:13
4360 101:20; 109:5, 8; 111:21
4367 101:21; 112:2; 117:6, 7
4370 101:21; 117:12
4374 101:22; 118:7, 15
4375 118:15
4381 111:6
4385 101:22; 120:13, 16; 121:4
44 53:24; 58:2; 101:19
4403 101:23; 121:21; 122:3
4407 101:23; 122:4, 5, 24
4409 101:24; 123:1, 2
4418 101:24; 123:18, 19; 124:23
4419 102:1, 2, 3, 5; 124:7
4420 102:3
4422 102:6
4526 102:9; 125:8
4635 149:13
4652 130:9; 174:8
4655 139:16; 174:8

47 101:19; 106:19; 108:9
495 27:24; 33:6

## 5

50 6:7; 7:3
500 25:4, 19; 27:17, 24; 33:6; 35:3; 36:2, 9; 37:2; 52:9
528 80:11; 153:24; 155:6; 157:2
544 14:21
553 61:20
56 109:3
563 59:7; 60:2; 61:21; 62:5, 12; 66:19
57 101:20; 109:3
5th 124:8; 125:2

## 6

6 120:13, 16; 121:4
60 177:11
62 139:16
67 86:4
682 80:10, 13; 159:13, 15
69 86:5
6th 167:20

## 7

70 117:14
700 12:12
71 86:6
73 101:21; 117:12, 14
75 101:22; 118:7
766090 169:1; 173:15
79 86:7
7th 123:6

## 8

80 13:11
81 86:8
83 22:2, 11; 23:15; 30:16; 88:2
84 22:11; 23:15; 30:19
86 22:11; 23:15; 30:19; 101:22

## 9

90 86:9
92 86:10
93 152:14
94 86:11
96 153:7; 154:10, 22; 155:21; 156:12; 157:8, 18; 158:10, 16; 165:8
97 80:22; 88:21; 89:7;

100:3; 125:2; 154:22; 155:20; 156:12, 20; 157:17, 18; 158:8, 16; 165:8
97-237 152:15
98 80:22; 86:12; 156:12, 20; 157:8, 18, 18; 158:16; 162:2
988 80:6, 16; 81:20, 21; 130:20; 131:9, 23; 132:9; 133:6; 134:10; 140:23; 148:20, 24; 150:5, 6, 8, 12; 153:21; 154:19, 24; 155:14; 159:18; 167:22
99 22:11; 23:15; 30:22; 49:9; 88:7; 100:4; 158:16

## A

AAFAS 29:19
ability 4:21
able 5:14; 12:19, 21; 45:15; 54:14; 57:15; 70:10; 74:15; 80:1, 2; 83:16, 17; 114:1; 139:24; 140:1; 145:12
Ableman 117:20, 22; 118:11
absolutely 32:7; 160:10; 161:22
accept 83:8; 138:23
acceptable 54:19
acceptance 50:6; 168:3
access 154:12
accident 108:20
accompanied 120:5
according 44:5
accordingly 54:22
accounts 47:9, 12; 48:13
accusations 157:2
accused 24:21; 34:8; 157:17, 22; 168:1
ACH 126:11; 127:24
acknowledges 159:11
acquired 129:21; 151:15; 162:23
acquisition 74:10; 85:12; 94:13
acronyms 29:15
across 38:6
ACS 29:19; 31:4
act 155:13; 162:20
action 44:22; 89:14; 140:9; 152:14
activities 170:23
activity 38:2; 115:10
actually 10:9; 23:24; 70:7; 88:20; 142:20; 143:16; 144:13; 150:14; 159:21; 163:2; 177:20
added 120:21
additional 22:22; 86:16; 87:22; 89:9
address 3:15; 159:24;

174:1
adequacy 11:24; 25:24
adequate 16:17
adhere 127:22, 22
administrative 31:15
admissibility 94:20; 161:10
admissible 32:10; 39:22, 24; 165:19; 166:3
admitted 147:1
adopted 158:22
advance 71:23
adversary 30:4
advice 3:24; 4:23; 21:10; 47:20; 56:6; 58:6; 60:6, 17, 22; 61:2; 71:18, 19; 72:3; 73:9; 82:14, 16, 17; 90:10, 11; 94:23; 95:2; 96:12, 12; 97:7; 104:18; 106:21; 111:9; 112:7, 9; 119:1; 130:15; 131:16; 139:20; 140:12; 141:13; 159:1; 167:13; 169:5
advising 57:22
affect 30:6
affecting 162:16, 17
affirmative 28:10; 90:19; 162:20
affirmatively 81:6; 84:21
again 34:6; 38:19; 46:23; 47:3; 51:18; 52:9; 55:8; 62:10; 65:19; 69:3; 82:9; 93:24; 95:15, 17, 21; 96:7; 97:1; 106:17, 18, 20; 107:10, 14; 110:5; 112:2, 6; 116:16, 21; 117:11, 14; 118:8, 23; 120:19; 121:24; 123:7; 124:2; 125:16; 126:3; 129:8, 14; 131:9; 135:13; 136:15; 139:21; 141:14; 145:4; 147:8; 156:22, 23; 158:8; 166:6; 167:15
against 99:5
ago 6:7; 11:21; 13:7; 119:20
agree 29:22; 38:9; 51:19; 55:21; 149:21; 176:22
agreement 30:14
ahead 122:16
Akin 73:6, 6; 87:8
Alan 42:16; 47:24; 99:13, 15; 100:24; 104:9, 14; 105:19; 107:10, 11; 109:20, 23
albeit 145:14
allow 4:20; 16:21; 114:19
allowed 168:19; 175:8; 176:23
allowing 55:1; 176:21
allows 114:22; 166:8
almost 32:15; 44:19; 45:9, 21; 111:4; 120:8; 123:15
along 59:20; 71:6; 85:13; 122:2; 123:7

Although 10:7; 21:3; 24:19; 172:21
America 38:6
among 6:13; 39:13; 170:20
analysis 103:15, 17; 109:16, 20, 22; 111:1, 9; 112:5, 17; 116:3, 20; 117:21; 118:12; 121:23; 122:7; 123:4, 22; 124:12; 125:15, 24; 127:6; 132:3, 6, 10, 17, 23; 133:5; 134:11, 16; 135:5, 12; 146:1, 2
analyst 68:1, 19
analyze 154:24
analyzing 154:4
Andrea 42:18
animal 83:11
annotation 109:12
anymore 150:15
apart 10:22; 89:11; 163:17
apparently 31:15; 46:2; 121:10
appeal 33:14; 51:9; 138:3; 177:16
appear 4:4; 30:19; 42:13; 54:15; 137:2
appearing 141:4
appears 39:23; 49:13; 50:3; 65:6; 110:2; 139:23; 167:9
application 64:7, 11; 67:20, 22; 68:3, 5; 69:2; 142:24; 143:23; 144:9; 146:9, 10; 176:17; 177:4
applied 143:13
applies 138:22; 142:17
apply 137:21; 146:14; 147:17
applying 148:11, 14, 16
appreciate 17:21; 57:22; 178:16
approach 22:16; 37:15; 40:16; 155:19
approximately 53:24; 58:2
April 152:16
area 20:16; 26:6; 43:9; 63:13; 147:6
areas 8:5; 44:1; 63:13; 110:11, 13
argue 13:1; 81:10; 129:14
argued 80:19
arguing 12:17, 18, 23; 71:8, 10; 111:15; 136:13
argument 3:20, 21; 11:23; 17:15; 36:8; 43:5; 61:3, 15; 65:4; 77:23; 79:15; 94:1; 96:10, 11; 133:9, 20; 136:8, 10, 19; 139:10; 159:6; 164:3
arguments 81:22; 125:18; 176:8

arm 39:5
around 27:15; 28:16; 72:1; 89:6; 93:16; 96:8; 143:8; 153:18
Arps 112:12
art 80:15; 81:22; 130:16, 16, 22, 24; 131:2, 4, 5, 9, 10, 18, 23; 132:4, 8; 133:1, 13, 17; 134:13; 136:16, 22; 137:8; 140:4; 159:17
ascertained 102:18
aside 78:6
aspect 177:19
aspects 34:10
assert 37:18
assistance 176:15
assistant 70:6
associated 49:17; 120:6
association 126:21
assume 12:5; 33:17; 121:12; 136:17; 138:2; 169:11
assumed 133:13
assuming 29:13, 16; 127:6; 167:17
assumption 61:11
assured 40:7
assuring 57:1
attachments 170:7; 171:11, 17
attempt 57:18; 80:16
attorney 18:16; 21:12; 31:22; 42:17, 19; 47:20; 48:17; 55:24; 63:6, 8; 67:5; 68:6, 24; 70:15; 72:5; 89:4; 96:2; 97:7; 100:16, 22, 23; 102:12; 112:12; 117:22; 118:18; 120:17; 130:15; 139:19; 141:12; 142:23; 167:13
Attorney's 104:11
attorney-client 31:20; 33:19; 41:6; 47:14; 53:10; 55:15; 56:20; 61:16; 66:15, 23; 72:11; 91:22; 104:20; 144:15; 168:19; 175:11
attorneys 21:11; 47:5; 56:6; 58:24; 59:1; 64:10, 19; 67:8; 68:5; 70:16; 102:22, 24; 111:14; 119:3; 122:8; 123:4; 171:1
August 9:23; 12:7; 104:23; 123:11
Austin 24:15; 25:2; 26:13; 27:18
author 100:8; 104:17; 105:14; 106:20; 109:17; 111:7; 112:3; 117:15; 118:9, 17; 123:5; 124:1, 8, 17; 125:9; 146:13; 148:19; 167:9
authored 67:6; 124:3
authoring 103:14
authors 112:21; 114:23
automated 127:16

available 18:13; 25:10, 12; 35:19; 52:17; 113:16; 115:16, 17; 144:17
avoid 26:16; 83:21, 22; 137:9; 140:11; 151:13, 23
avoided 31:6; 146:15
aware 160:14
away 30:12
awful 119:12

**B**

B 38:2; 92:4; 134:10, 12, 15, 23; 135:4, 5, 15
back 6:18; 7:5; 12:15; 14:5; 19:22; 29:23; 41:13; 55:23; 60:20; 69:15, 18; 70:1; 85:7; 103:2; 128:11; 129:14; 135:22; 136:2; 141:22; 146:19; 151:8; 156:15, 18; 173:18; 174:3; 177:20; 178:4, 12
background 24:1, 3; 34:2; 125:20; 170:12
balls 176:12
base 158:9
based 6:18, 21; 9:19; 10:3; 25:21; 61:16; 68:24; 81:22; 90:9, 9, 12; 95:1; 110:3, 6; 111:11; 112:6, 9; 113:23; 114:18; 134:6; 140:12, 12; 158:9; 167:16, 21
baseline 57:16
basement 27:17, 18
basically 171:23
basis 6:11; 9:11; 37:20; 40:21; 72:17; 90:7
batch 23:14
Bayer 60:9; 62:14
bear 91:11, 14; 161:16
bearing 109:5; 155:11
bears 83:1; 161:6
beat 93:24; 141:5
became 93:1
become 115:9, 11; 163:7
began 154:18
begin 49:18; 78:15
Beginning 155:21
begins 40:3; 88:7
behalf 3:2; 43:6; 143:23; 169:18
belief 56:11; 139:4
believes 84:8
bell 42:22
benign 165:4
Besides 13:14
best 3:7; 51:18; 58:10; 176:5, 12
bet 36:7
Bethscheider 42:16; 48:1; 56:5; 99:14, 15; 100:24; 104:14; 105:20; 107:10, 12; 109:20, 23

Bethscheider's 104:10; 105:24
better 7:2; 76:10; 126:2
Bev 128:4, 5
beyond 103:18
big 18:5
biggest 126:23
billing 49:11
bit 18:3; 41:3; 65:16; 78:16; 129:7; 169:18
blanket 139:12
blip 156:23
board 38:6; 129:24
books 39:17
Both 18:19; 28:13; 101:17; 135:19; 141:8; 164:3
bottom 61:24; 68:19, 21; 88:5; 113:4, 11; 171:8
bought 73:22
box 165:14; 178:4
boxes 25:4, 16, 18, 19; 27:17, 24; 33:4, 6, 7; 35:3; 36:2, 9; 39:3; 52:9
breadth 43:12
break 37:22; 40:6; 58:12; 69:6; 123:15; 129:4, 13; 130:6; 149:14
Brett 42:18
brief 40:24; 149:1
Briefly 12:10; 58:21; 101:17
briefs 51:9
bright 159:22
bring 5:21; 17:12; 18:1; 19:17; 78:14
brings 3:11
broad 24:18; 25:3; 26:3, 5, 12, 15, 21; 27:4, 5
broader 52:11, 16
brought 66:11; 83:23; 94:14; 161:16
building 17:10
bulk 3:16; 101:12, 14
bunch 20:15
burden 52:18, 24; 53:2, 3
burdens 37:1
burning 34:19
business 3:24; 4:1, 3; 5:4, 12; 12:1; 15:13, 13; 16:3, 6, 8, 16; 19:12; 20:18; 21:12, 14; 29:20; 42:4; 47:6, 6; 48:6; 50:9; 53:12; 57:5; 99:23; 108:21; 124:13
busy 37:10

**C**

calculated 39:24
call 25:7; 66:14, 17; 144:6; 176:11
called 71:22; 126:10;

143:4; 163:10; 168:2; 169:22
came 63:7; 95:9; 96:21; 98:8; 114:21; 115:14; 129:24; 130:1; 143:1
camera 8:2; 15:21
can 6:1; 7:11; 8:5; 9:1, 3; 11:11, 15; 12:12; 14:1, 4; 16:12, 13, 15; 17:7, 11; 18:16, 21; 19:22; 20:22; 22:6, 24; 33:3, 13; 37:13; 40:20; 41:2; 51:18; 54:19, 21; 55:4; 57:18; 59:8, 20; 61:11; 62:23; 69:5, 19; 70:1, 5, 21, 21; 71:2, 9; 75:15; 76:19; 78:12, 14; 87:20; 92:1, 12; 97:12; 102:19; 105:8; 107:15; 109:1; 110:19; 115:9; 118:21, 24; 120:8; 130:17; 131:11; 132:15, 17; 133:3, 4, 17, 17, 22, 23; 134:4, 5; 145:8; 146:3; 147:10; 148:3; 149:17; 151:13, 23; 153:3; 154:11; 159:19; 160:23; 162:8; 165:5, 16; 173:17; 176:5, 13; 178:4
care 19:3; 70:19; 107:23; 172:23
carefully 41:8
Carolyn 99:21, 22
Carrie 67:7; 68:7, 8
carried 47:21; 155:23
carry 178:4
case 7:15; 16:6, 18; 20:21; 24:16; 25:6, 7, 9, 11; 26:11; 27:13; 32:8, 9, 10; 33:21; 34:6, 13; 35:6, 11, 14; 36:11; 38:2, 8; 41:16; 43:3, 8; 46:16; 48:5, 20; 51:22; 52:10, 19; 53:9; 56:13; 63:17, 20; 64:9; 65:15; 72:22; 75:1; 79:4; 80:17; 82:14; 88:13; 90:19; 91:17; 97:16; 103:14; 107:9; 108:3; 110:6; 111:11; 113:1, 2; 125:19; 126:6, 12; 130:11, 18, 20; 131:12; 136:14, 18; 137:3, 15; 138:15, 19, 21, 22; 139:8, 23; 141:3, 17, 20; 142:14, 18; 143:4, 5; 148:13; 151:6; 152:1, 15, 19; 153:23, 24; 154:1, 17; 157:12; 159:5, 18; 162:9, 13; 163:21; 168:10, 17; 169:13, 13, 21; 170:3, 6, 21; 173:1
cases 24:20; 44:2; 64:10
Caston 72:7; 73:3; 75:18; 86:23, 24; 87:7
categories 9:17; 10:2, 4, 5
category 40:8; 83:9; 108:16; 120:12; 137:18
causes 43:18
cautious 78:2; 90:14
caveat 62:20

certain 8:20; 9:6; 35:19; 119:2, 11; 125:19, 21; 126:6; 130:20; 144:24; 145:2, 3, 8; 148:12; 178:1
certainly 5:14; 17:19; 71:9; 73:16; 83:16; 114:4; 116:12; 146:7; 151:4; 178:14
chain 47:17, 19, 21; 55:20; 56:2
chairs 27:21
chance 38:23; 99:6; 174:1
change 83:14, 14; 139:3
changes 32:23
changing 84:24
character 121:7
chart 20:21; 64:4, 5; 175:4, 6
check 20:22; 40:11; 57:15; 63:13; 78:21; 126:9, 24; 178:18
check-out 41:19
checked 16:2
checking 168:3
Chemical 152:14
choose 41:7
chose 15:24
Chris 67:6, 21, 23; 68:10
chronology 86:21
circle 90:3
Circuit 119:15, 19; 142:19
circumstances 52:24; 139:2
citation 64:8
cite 69:5
cited 64:9; 166:17
Civil 152:14
claim 4:2; 5:14; 39:15; 47:14; 77:14; 104:19, 20; 132:3, 11, 24; 133:1, 23; 134:4, 5
claimed 67:5; 106:6
claiming 81:16; 158:2
claims 132:9, 16; 134:15, 21, 23; 135:2, 3, 6; 137:7, 8; 146:5
clarification 52:1; 54:5; 66:10
clarify 33:23
class 71:2
classify 9:5
Clay 47:4
clear 55:6; 89:15; 160:10; 175:15
clearing 127:16
clearly 16:11; 142:2; 162:21
Clerk 37:3
client 31:22; 36:20; 48:15, 16; 92:1
clients 56:7; 176:5
clip 102:8

close 66:8; 149:5
closely 145:14; 146:20
club 178:10
code 66:16, 23; 69:24; 75:22; 175:10
colleague 3:3; 76:19
collect 25:2
collected 22:23; 26:13; 34:23; 105:18
collecting 170:23
collection 24:19; 27:3; 35:10; 169:20, 21; 170:3, 18, 20; 171:2; 172:17; 173:2
color-coded 59:10; 128:19
column 64:16
combination 145:19, 22, 23; 163:19
coming 122:21; 146:10
comments 67:21; 68:4; 96:3; 120:20
commercial 16:7
commercialized 157:21
common 47:18
commonly 64:9
communicate 38:5
communicated 105:12; 147:5; 152:23
communication 30:3, 21; 47:4, 7, 12; 48:5, 10, 12; 49:1, 14; 55:22, 24; 56:5; 60:3
communications 72:11; 119:3
companies 29:11, 13; 47:18; 159:8
company 27:11, 12; 30:20; 71:22; 73:22; 93:3; 95:10; 130:3; 150:15; 160:17; 163:12; 164:4; 169:7
compare 132:8; 134:14
compared 93:20
comparison 30:11; 148:19, 23; 165:1
compiling 86:17
complaint 21:14
complete 90:3
completely 24:5; 79:24; 83:11; 134:18; 141:16; 160:9
concept 152:3; 153:3; 160:10
concerned 53:15; 137:16; 138:24
concerning 30:20; 48:12; 49:11
concerns 49:23
Concord 29:14; 71:23; 72:3, 5, 9, 24; 73:2, 9, 13; 74:10, 11, 20; 75:14; 77:12; 78:24; 79:12; 83:6; 85:9, 15; 87:1, 8, 11; 88:9; 89:12; 93:1, 2; 94:12;

95:11; 96:8; 97:19; 129:4, 9, 14, 19, 20, 24; 130:4; 151:8, 15; 153:11, 14; 154:13, 15; 155:11; 158:19; 160:6, 12, 17; 161:24; 162:4, 6, 23; 163:3, 4, 11, 17; 166:14; 174:5
Concord's 74:17; 77:17; 129:19; 151:11, 12
condition 39:17
conduct 83:2; 126:8, 19; 132:6; 134:11; 153:1, 6; 154:5; 158:15; 164:15
conducting 127:23
confers 51:6
confidence 60:5
confidential 66:14
confined 165:14
confirm 37:23; 75:15
conform 127:10
conjunction 125:24
connected 31:2; 50:3; 55:20
consent 30:23
consequence 119:17
consequences 28:12; 120:3
consider 28:7
considered 23:19; 124:16; 130:22; 148:3; 152:24
consistencies 9:4
consistency 9:10; 12:11, 14
consistent 61:3; 81:11; 84:10; 116:22, 24; 164:18
consistently 143:13
constant 61:2
constantly 82:13
construction 67:5; 77:15
construe 137:7
consumer 30:7
consumers 30:21; 38:5
contain 171:8
containing 4:1; 21:9; 109:19; 111:8; 112:4; 116:1, 19; 117:18; 118:10; 121:22; 122:6; 123:3, 21; 124:11; 125:13; 130:15; 139:19; 141:13; 167:13
content 119:8
contest 7:20; 28:24; 70:13
contested 6:19, 24; 7:4; 9:18; 12:6; 26:20; 117:11; 137:16; 138:24
context 16:17; 23:9; 29:20; 43:9, 22; 47:20; 91:21; 97:3; 131:1; 154:3; 161:11
continue 65:19; 115:13
continued 158:3
continues 158:5
continuing 158:1, 6, 24
continuous 56:4

contract 30:23; 31:4; 49:23; 127:10
contracts 41:22
contradicts 160:9
control 128:1
convenience 31:16
conversation 107:4; 110:9; 122:18
conversion 126:24
copies 62:19; 160:22; 173:18; 174:10
copy 14:2; 17:5, 7; 47:8; 62:23; 67:12; 69:15, 17; 99:20; 136:4; 152:10, 11, 12; 171:13; 172:1
corporate 145:5
Corporation 24:7, 8
correspondence 3:8; 4:1; 21:9; 51:8; 67:4; 70:15; 88:8; 96:2; 130:14; 139:19; 141:12; 167:12; 169:4
corresponding 120:6; 166:8
correspondingly 7:16
corroborates 164:18
cost 98:14
costs 41:23
counsel 3:6, 11; 4:24; 40:12; 48:1; 58:6; 60:23; 61:6; 63:16; 71:12, 18; 72:9, 14, 15, 19, 20, 24; 73:2, 5; 76:15; 79:3; 80:24; 81:5; 82:23; 84:7, 9, 10; 85:15; 87:1, 7, 9; 89:11, 12, 19, 22; 90:10, 11; 91:13, 19; 94:23; 95:2; 96:12; 99:16; 109:24; 110:1, 4, 8, 10; 111:9, 12; 112:7, 10, 14; 113:2; 114:24; 115:2, 3, 9; 116:12, 14; 117:21, 24; 119:10; 122:10; 128:3; 130:11; 131:14, 16; 133:10; 140:12; 141:20; 142:7, 7; 143:17; 148:14; 152:8, 22; 154:23; 156:16; 161:12; 169:5; 170:2; 173:22; 176:2, 4
counsel's 114:12; 168:11; 173:6
counter 80:2
counters 41:19
counting 5:8
country 36:15
couple 6:24; 9:15; 28:1; 58:21; 155:5; 173:23, 24; 174:16, 17; 178:18
course 26:18; 36:11; 134:22; 138:3; 146:8; 176:8; 177:3
Court 13:2; 25:6; 34:22; 35:13, 17, 22; 37:3, 9, 9, 11; 39:4; 40:13; 50:17; 52:16; 53:11, 17; 57:2; 58:11; 137:2; 138:10; 139:8; 149:15; 151:10;

Hearing
October 25, 2005

LML Patent Corp. v.
Telecheck Services, Inc., et al.

177:9, 24; 178:21
Court's 13:2; 39:5
courtroom 17:6; 37:5
courts 107:22
cove 164:11
cover 41:23; 55:19; 126:13
covered 140:21; 144:14
created 152:21; 170:17, 24
credit 85:9
criteria 140:3
cross 120:22
cruise 7:24
crux 155:9; 157:15; 162:9
cursory 133:15
custody 39:17
customer 30:6, 17, 18; 50:11
cycles 49:11
Cynthia 118:18, 19; 120:17; 123:10; 124:3; 139:18

**D**

D 69:24, 24
D.C 150:18
Dallas 117:20, 23
damage 56:12
damages 43:8, 24; 56:12
Data 24:7, 15; 25:7, 8; 27:11; 34:6; 42:20; 48:2, 23; 73:13; 74:21; 93:3, 12; 95:11; 130:2; 151:14; 152:5; 154:13; 162:4, 23; 163:11; 164:4; 169:3, 6, 9, 20, 22; 170:15, 16, 19
Data/Telecheck 34:14
date 3:12; 51:14; 94:11; 106:7; 131:7; 158:3, 23; 167:19
dated 72:1; 100:2; 123:6, 20; 124:8; 125:8; 157:6; 169:2
David 169:2; 170:8, 9
day 61:4; 82:7; 139:10
days 28:1; 57:20; 170:13
dead 93:24; 141:5
deal 7:22
dealing 7:21; 10:6, 7; 103:24; 122:20
dealt 138:1
debate 148:9
decide 53:3, 11, 20; 114:8; 129:4
decided 26:1, 16; 27:7, 13; 29:1
decision 23:21; 26:8, 9; 27:23; 28:10; 32:2; 36:23; 90:7; 113:7; 114:18; 143:7; 162:16, 18
decision-making

155:16, 19, 22; 161:6, 16; 162:1, 7
decisions 153:15; 154:5; 155:13; 161:21; 177:16
deemed 165:19; 166:16, 23
defective 41:21
defects 41:24
defend 92:8
defendant 24:6, 7; 145:6, 12; 147:6; 149:7; 152:21
defendants 145:1
defense 39:15; 74:16; 89:1, 15, 18, 22, 24; 91:5; 92:16; 99:9; 158:6; 166:7, 10
defensive 140:9
delineate 16:22
delineated 6:12; 16:11
delineation 52:12
deliver 37:2
demonstrate 155:15
Denver 31:3
depend 56:24; 105:23
depending 55:16
depose 114:1, 17, 19; 115:7
deposed 113:2, 19; 114:8; 151:5
deposition 113:22, 23; 115:16; 174:18
depositions 114:6; 115:19
describe 55:18
described 50:21; 57:5; 111:1; 141:9, 12
description 3:22, 23; 5:3, 12, 17; 8:14, 17, 21; 9:11; 11:24; 12:13, 16, 21; 15:8; 16:3, 17, 24; 18:23; 19:12; 20:18; 29:9; 30:1; 39:16; 49:1; 54:11; 59:24; 60:3, 16; 61:7, 17; 64:6; 67:4; 70:14; 96:1; 103:20; 104:15, 16; 108:21; 109:18; 112:3, 8; 116:16, 18; 117:16, 18; 118:9; 121:6, 16, 19, 21; 122:1, 5; 123:3, 20, 23; 124:10; 125:12; 127:5; 130:14; 133:14; 139:18; 140:13; 167:12; 169:4
descriptions 4:17, 20; 8:11; 9:5; 16:21; 21:9; 103:10; 111:12; 116:22, 24
design 49:22; 168:9
designation 10:18
designed 157:16
designer 170:11
desk 32:12
destructive 119:11
determine 4:21; 13:5; 133:18, 24; 134:6; 136:21; 145:22

determining 143:18
develop 154:22
developed 89:6; 142:13; 153:22
developing 64:7; 89:8; 165:10
development 50:11
device 83:22
DEVLIN 3:1, 2; 5:19, 19, 20, 21; 6:1, 5, 17; 7:19; 8:10, 24; 9:24; 10:3; 11:4, 7, 11; 12:4; 14:8; 15:18, 21; 16:5; 18:14, 18; 19:5, 9, 17; 20:1, 8, 12, 20; 21:1, 6, 21; 22:1, 8, 15, 19, 21; 23:3, 11, 24; 24:13; 27:1, 7; 28:3, 20; 29:4, 7, 22; 32:1; 33:23; 34:1, 5, 12, 18, 22; 35:4, 9, 16; 38:12, 14, 20, 23; 40:7, 20, 22; 41:7, 12, 18; 42:3, 7, 24; 43:5; 44:6, 9, 12, 22, 24; 45:4, 11, 14, 20, 24; 46:3, 7, 11, 14, 20; 47:1, 15; 51:21; 52:1; 54:13, 18; 55:3; 56:14, 16, 24; 57:12, 13, 18; 62:17, 18, 23; 63:4; 64:3, 19, 23; 66:2, 11; 67:10, 11, 16; 68:1, 13, 16, 23; 69:14, 17, 22; 70:2, 3, 7; 71:1, 5, 8; 73:1, 5, 12; 74:17; 75:9, 11, 18, 21, 24; 76:11, 23; 78:5, 9, 18, 20; 80:5, 11, 18; 81:7; 83:24; 84:23; 86:16, 24; 87:5, 11, 14, 18, 22; 88:4, 10; 89:3, 16, 21; 91:8, 12, 21; 92:17; 93:10, 15; 95:8, 18; 96:16, 20, 24; 98:1; 99:15, 22; 100:2, 7, 12, 19, 23; 101:3, 11, 18; 102:8, 22; 103:4; 104:5, 9, 21; 105:13, 16; 106:10, 13, 23; 107:2, 13; 108:4, 7, 10, 14; 109:11; 110:5, 17, 19, 23; 111:19, 22; 112:16, 23; 113:8, 10, 14, 17; 114:9, 16; 115:13; 116:21; 117:6, 8; 118:13, 16, 20, 23; 120:18, 24; 122:15, 17; 123:9; 124:2, 18, 24; 125:3; 126:17; 127:14, 23; 128:6, 9, 11, 14, 17; 129:16, 23; 131:21; 132:13; 133:16, 21; 135:20; 136:1; 137:1, 22, 24; 138:14, 17; 140:14; 141:2, 14; 142:18; 143:12; 144:2, 8, 11; 145:16; 146:1, 24; 147:7, 12, 22; 148:21; 149:1, 11, 22; 150:8; 152:2, 5, 18; 154:9, 17; 155:19, 21; 156:3, 11; 157:7, 10, 14; 158:14; 159:24; 160:3; 163:1, 4, 8; 164:2; 165:8; 166:18; 168:1; 169:17; 170:9, 16; 171:6, 10, 22; 172:24; 173:9, 14, 17; 174:5, 9, 20; 176:14; 177:2, 6, 15, 18; 23; 178:3, 10

Devlin's 56:10; 77:23; 133:9; 136:8
difference 44:15; 51:23; 52:21
differences 92:6; 176:7
different 8:14; 16:21; 18:23; 24:20; 34:9, 9, 21; 35:21; 62:6; 63:18; 64:2; 74:3; 76:5; 77:13; 82:22; 83:8, 11; 84:8; 92:1; 93:4; 97:12, 21; 99:3; 110:11, 12; 119:22, 23; 120:9; 127:14; 134:16, 18, 23; 135:7; 165:12; 168:4, 9, 11
difficult 7:24; 48:9
digits 80:6
direction 67:5; 82:18, 20
directly 81:23; 98:21; 131:17; 159:6
directs 53:17
disagree 79:7
disappear 163:6
disappointed 37:15
discern 160:23
discerned 154:11
discipline 127:2
disclosed 143:19; 145:19; 151:14
disclosing 41:4
disclosure 120:6; 132:8, 19, 20; 134:13, 14; 135:16; 142:6, 22
disclosures 64:11
discoverable 31:12; 32:4, 4, 7; 33:17; 39:20; 65:21; 90:7, 8; 111:18, 18; 137:21, 23; 143:6; 161:8, 11, 15; 162:12; 166:14, 16
discovered 31:14
discovery 23:20, 23; 26:4; 31:9; 32:16; 33:2; 36:11, 24; 39:3, 13, 23, 24; 40:3; 45:6; 51:12; 53:2; 114:6; 127:19; 137:23
discuss 19:23
discussed 7:9; 72:20
discussing 86:2
discussion 20:4; 31:4; 58:17; 97:19, 20; 102:16; 109:23
discussions 97:6; 98:13; 103:18; 143:16; 156:15
dispositive 8:22
dispute 9:14; 16:7, 9; 25:22; 26:17; 27:8; 34:8; 35:6, 12, 19; 41:3, 12, 15; 21; 42:14; 45:5; 49:19; 50:4; 54:24; 55:9, 10; 140:16; 142:4, 5; 156:13
disputed 118:6; 130:8
disputes 9:7; 110:12; 148:15
distance 95:14
distant 66:7
distinction 140:15

distorts 40:5
district 51:9
disturbed 32:14
diversion 92:14
dock 27:19, 20
document 4:12, 13; 6:24; 8:14; 11:12, 13, 18; 14:13, 17, 18; 24:17, 19; 25:14, 17; 26:10; 29:24; 31:8; 38:4; 45:12; 46:4, 7, 18, 19; 47:23; 49:8; 52:2; 59:5, 5, 6; 60:1, 2, 16; 62:7; 63:10; 65:5; 66:4, 21; 67:1, 2, 19; 68:7, 24; 69:1; 70:12, 18, 20, 23; 71:10; 72:1, 6, 10; 73:19; 76:20; 85:15, 20; 95:24; 97:10; 99:8; 100:2; 102:5; 104:7; 106:17, 19; 109:5, 17; 111:6; 112:1, 17; 116:4, 23; 117:10, 15; 118:5, 6, 8, 17; 119:7; 120:15; 121:19; 122:18; 124:7; 125:8; 126:1; 129:4; 130:8, 10; 131:8, 11, 21; 132:1; 134:2, 8; 136:9, 11, 22; 139:15, 17; 140:1; 141:16; 142:3, 10, 11, 15; 143:14; 146:24; 147:24; 152:20, 23; 161:1, 6, 8, 14; 166:24; 167:5, 8, 18; 168:3, 24, 24; 169:2, 14, 19; 170:1, 1, 22; 171:12, 14, 23; 172:2, 4, 24; 173:5
documentation 156:13
documents 3:10, 16, 17, 21; 4:11, 21; 5:1, 9, 11, 16; 6:7, 9, 13, 19, 22; 7:1, 4, 8, 12, 15, 19; 8:1, 12, 15, 17, 20; 9:6, 13, 15, 16, 18; 10:5, 6, 11, 13, 16, 19, 23; 12:20, 23; 13:4, 4, 11, 15; 14:24; 15:17, 17, 22, 23, 24; 16:22, 24; 19:10; 22:11; 25:1, 3, 4, 5, 10, 12, 14, 16, 23; 26:1, 13, 14, 17, 19; 27:5, 15, 16, 20; 28:2, 7, 11, 16, 18; 29:1, 9; 30:5; 34:15, 23; 35:3, 4, 10, 18; 37:2, 16, 19; 39:18; 42:12; 43:6; 45:23; 47:16; 50:21, 22; 52:6, 8, 11, 12; 53:24; 54:1, 8, 9, 16, 21; 55:1, 15; 56:19; 57:4, 15, 24; 58:3; 59:16; 66:10; 71:2; 76:2, 4; 77:8; 78:4, 23; 80:19; 81:1, 1; 85:12; 87:2, 16; 89:5; 90:16, 21; 91:11; 95:8; 96:17, 24; 97:4, 14, 17, 21; 98:13; 101:4, 10, 14; 105:19; 109:15; 112:8; 117:1, 17; 118:12; 123:17; 124:15; 128:23; 129:14; 130:1, 4, 6; 143:14; 149:17; 151:8; 153:4; 159:2, 3, 7, 9; 161:18; 163:24; 165:21; 167:2; 169:20, 22; 170:3, 4, 5, 19, 20, 23; 171:2; 172:6, 10, 17, 17, 20;

173:2; 174:12, 22; 177:12, 14; 178:2
dollars 37:12; 98:16
Don 75:7
done 5:23; 22:7; 24:16, 18, 23; 25:2; 31:24; 33:2, 7; 45:21; 48:12; 53:15; 58:22; 89:9; 110:15; 143:18; 164:19
door 114:23
double 20:22
Doug 47:4
down 13:24; 27:21; 43:13; 53:12; 58:2; 77:5; 98:12; 169:7; 177:20
draft 67:22; 68:5; 156:1
drafted 67:4; 146:11
draw 6:20; 7:5; 8:3; 35:21; 43:21
drawn 8:8; 35:22
drew 6:21; 7:6; 8:4
drop 156:21; 158:17, 18
duplicates 164:9; 166:22
DuPont 152:13
during 63:6; 114:5; 120:21; 152:24; 154:24

**E**

E.I 152:13
earlier 44:8; 45:20; 62:20; 80:21; 121:8; 151:11; 152:3; 154:7; 166:20
early 102:12; 107:8; 122:9; 151:8; 153:8; 166:1
earth 9:4
easier 33:1
easiest 59:12
easy 8:2
ECA 168:2
Echo 58:8; 59:24; 74:4; 88:16; 91:16; 98:9; 175:3; 176:17
economic 31:15
efficiently 6:3
effort 7:5; 83:20
efforts 170:2
eight 143:9
either 15:12; 18:15; 24:6; 31:9; 43:24; 52:19; 81:21; 82:20; 83:2; 91:17; 116:7; 162:1
electronic 126:9, 24; 127:15; 168:2; 171:15, 19
element 132:24
elements 145:4, 22
eligible 23:19; 53:4
else 17:23; 36:22; 48:19; 53:20; 79:17; 137:20; 165:7
Email 47:17, 19, 21, 24; 49:15, 16; 72:8; 170:7; 171:14, 15

Emails 12:15; 47:24; 55:20, 20; 164:9
embedded 55:22
employee 75:14; 100:16; 143:22, 24; 170:10
employees 130:13; 142:13
end 37:4
ended 65:11; 116:9; 155:3; 160:17
ends 159:11; 173:24
enforceable 79:24
engaged 60:21
engineer 170:11, 12
engineer's 140:19
enough 50:20; 51:5; 55:24; 70:10; 75:5; 85:22; 141:22
entangled 115:10
enterprise 163:3, 5
entire 40:5; 52:18
entirely 63:18; 93:4; 151:19
entirety 134:15
entitled 65:24; 83:2; 120:1
entity 91:13; 93:4; 127:20; 129:20; 163:10, 14, 23
entries 12:12; 178:19
entry 16:19; 64:5; 96:6; 111:3
equally 44:1
equipment 41:14
equivalent 57:6
error 10:14
errors 47:9, 12; 48:13
essential 34:12
essentially 15:10, 11; 53:19; 130:17; 136:13; 137:1; 140:2; 143:7
estimate 13:10
evaluated 153:1
evaluating 153:6
even 4:20; 24:14; 31:12; 36:23; 38:3, 4; 53:10; 55:5; 61:9; 63:7; 74:20, 22; 78:23; 92:4; 94:11; 119:3; 136:22; 143:1, 2; 145:7; 146:4, 8; 151:11, 20, 20; 154:2; 162:3; 172:7
event 66:1; 131:14
everybody 127:21; 160:22
Everyone 149:21
everyone's 63:23
evidence 32:10; 40:1; 89:20; 147:1; 164:23; 165:13
evolved 164:6
exact 81:24; 99:8; 111:24
Exactly 9:24; 10:3; 15:9; 41:18; 84:18; 95:1; 98:23, 24

examination 149:2
examine 148:24
example 9:20; 20:16; 49:7
examples 9:1, 3; 32:17; 39:6
except 50:22; 111:13
excluded 25:18
excuse 64:15; 113:3; 148:21; 152:15; 154:3
Executive 42:6, 7, 23, 24; 68:8; 99:23
exercise 67:17
exhibits 170:7
existence 39:16; 74:23
expected 112:20, 21; 127:9
expects 164:14
explain 38:15; 92:11
explained 151:17
explaining 146:14
explanation 56:10; 128:3; 164:21
exposes 84:1
express 29:6
expressly 26:7, 9
extension 30:23; 172:8
extensive 132:10; 147:24
extent 56:8; 89:19; 90:16; 94:9; 120:10; 139:8; 145:1; 146:5
extra 152:10

**F**

F 66:14, 17, 23; 75:22; 175:11, 13, 20
faced 97:11
facie 164:22
facilitate 127:15; 170:18
fact 4:19; 8:20; 9:10; 36:14; 44:13; 63:5; 65:3; 73:24; 83:8; 84:9; 92:6; 94:2, 7, 8; 101:12; 107:15; 111:4, 13; 116:23; 118:24; 134:17, 24; 143:20; 151:18; 162:15; 163:17; 166:4
facts 60:5; 155:14
fair 30:1; 48:24; 49:4; 155:22
fairly 26:2, 5; 34:14; 43:9; 101:4; 143:12; 163:17
fall 4:22; 72:12; 83:9; 122:12
falls 131:17; 137:18; 142:6
FAQs 49:2
far 44:24; 53:15; 138:24; 154:10, 11; 159:2, 2
FDC 87:24; 168:18; 173:16
feature 132:15

features 115:10; 145:2, 3, 19
February 123:20; 124:8; 125:2; 131:7
Federal 119:15, 19; 142:19
feel 20:3; 64:21; 158:21
fees 28:6; 176:17
few 6:6; 19:19, 19; 21:19; 22:5, 6; 23:16; 33:13; 158:12
field 145:13
figure 12:22
file 105:21; 143:23
filed 24:10; 68:4; 144:9
files 49:11
final 26:8; 156:19
finalized 156:4
financial 63:13
find 21:22; 137:20; 144:12, 16
finding 83:22
fine 58:14; 87:17; 141:3; 168:14
finger 28:22
finish 129:2; 149:17
finished 45:9
firm 32:2; 60:4, 9; 73:6, 7; 87:8; 102:12; 140:2
first 3:15; 5:7, 9, 11, 16, 21; 9:1; 18:22; 19:8, 11, 15; 20:7; 21:1, 2, 2; 22:13; 23:14, 18, 21; 24:7, 14; 27:11; 31:7, 7; 32:3; 34:13; 35:24; 42:20; 48:23; 59:4, 24; 60:1; 65:21; 73:13; 74:21; 76:6; 77:6; 93:3; 95:10; 96:17; 98:7; 99:24; 130:2; 151:14; 152:5; 154:3, 13; 162:4, 23; 163:11; 164:3, 7; 167:7
Fish 3:1 
fit 56:11
five 9:17; 25:18; 123:16; 154:19; 174:21
flag 39:8
flavor 20:11
flaw 84:1
flipping 85:13
flips 114:22
flow 26:20
flows 131:15
focus 42:13; 91:10; 165:9
focusing 47:9
folder 169:22; 170:17; 171:15; 172:11, 18
folders 10:24; 12:3
follow 126:7, 18
followed 3:9
Following 20:4; 58:17; 125:19, 21
forget 168:22
form 13:21; 14:8; 171:19
format 121:6

forth 12:15; 23:8; 24:17; 29:4; 55:23; 64:7, 12, 20; 97:13; 147:13; 148:4, 8; 152:8; 156:15, 19
found 4:15; 21:23; 52:7, 13; 119:2
four 3:9; 4:16; 6:12; 9:17; 10:16, 19, 21, 22; 17:2; 47:17; 96:21; 119:2; 128:23; 174:21
FPC 29:14
frame 61:5; 72:2; 80:22; 88:22; 89:7; 100:3; 153:8, 18, 22; 155:8; 156:4, 20, 22; 157:8, 19; 162:2, 2, 3
frankly 32:1; 119:17; 147:20
frequently 49:2, 3
front 126:1; 136:9
full 132:7, 19, 20; 134:12; 143:3
function 145:12
functions 36:15
funds 127:15
furnished 58:23; 178:13
further 24:3; 39:21; 136:23
future 114:3

**G**

gave 6:6; 9:17; 51:13; 174:11
general 38:5; 63:4, 13; 97:22; 139:5; 148:16
generally 21:10; 71:3; 92:2; 161:13
generic 137:14
gets 47:21; 110:8; 145:4; 164:12
given 32:22; 51:2; 54:15; 56:10; 131:7; 136:7; 140:10
gives 147:15; 172:4
giving 128:13; 178:16
glad 152:11
goes 39:21; 74:7; 79:18; 84:19; 85:18; 98:21; 108:8; 159:3
good 7:5; 21:24; 22:17; 57:1; 63:2; 69:23; 71:7; 76:21; 123:13; 149:23; 166:13
great 164:11
greater 107:23
ground 166:13
group 17:4; 44:19; 78:9; 95:16; 174:4, 4, 6
grouped 20:14
guess 11:7; 19:15; 27:9; 36:15; 105:22; 113:16; 137:24; 145:5; 146:12; 177:21, 22
guidance 21:15; 49:4; 177:23

**Hearing**
**October 25, 2005**

**LML Patent Corp. v.
Telecheck Services, Inc., et al.**

Gump 73:6, 6; 87:8

**H**

half 10:8; 164:8
halfway 174:23
hand 51:17; 59:20; 60:1; 62:23; 64:15; 67:13; 79:23; 96:5, 17; 101:8; 105:3; 106:3; 108:2; 132:1; 136:1; 159:9
handed 22:10; 87:19; 115:5; 135:21, 22
handful 101:13
handled 51:2
hands 10:21
handwriting 102:13; 104:7, 10, 12; 123:10, 13
handwritten 97:9; 101:5; 104:7; 105:14; 109:18; 111:7; 112:4; 116:1, 6, 7, 8, 19; 117:18; 118:10; 121:22; 122:6, 17; 123:3, 21; 124:10; 125:13
handy 21:4
happen 92:12; 178:2
happened 31:6; 91:15; 113:21; 153:7; 154:7; 155:5; 158:20; 160:11; 163:16; 165:15
happening 31:2
happens 33:9; 63:10; 151:2
happy 11:17; 23:8; 38:15; 144:16
hard 27:21; 106:2; 107:24; 159:22; 171:12
harm 137:17
harmless 137:22
Harris 139:18
Hassell 99:21, 22
hate 43:5
Hayes 3:3
hear 44:14, 17; 58:21; 101:17; 117:3; 157:24
heard 29:5; 36:5; 75:4; 85:22
hearing 11:12; 13:20; 17:16; 58:8; 172:9; 175:3
heart 52:3
Heister 72:4, 23; 73:9; 75:19; 87:4, 9
held 20:4; 56:5; 58:17; 98:10; 123:24
help 33:10; 70:6; 71:5; 166:22
helpful 24:1
Henry 117:20, 22; 118:11; 150:16, 17
Here's 15:5, 16; 31:17, 18; 57:2; 98:17; 174:7
HERRMANN 17:7, 11, 15, 19; 18:3; 57:23; 137:5; 178:14

higher 171:22
highlight 65:3
highlighted 61:22; 62:12
highly 176:6
Hills 148:24; 150:17, 18; 165:22; 174:18
history 60:19
hits 149:5
Hold 39:10; 56:1
home 149:5
honest 7:24; 35:17; 68:14; 112:24
honestly 92:3
Honor 3:13; 4:15; 5:19; 6:5, 8; 7:6; 8:17; 11:17; 12:11; 14:2; 15:19; 17:1; 18:4, 21; 21:8; 22:2, 15; 23:7; 26:22; 27:9; 28:20; 35:17; 38:12, 21; 40:18; 43:8; 44:9, 16; 45:11; 46:4, 8; 47:15; 51:22; 53:22; 54:18; 57:13; 58:1, 13; 59:4, 19; 60:15; 62:18; 63:19; 64:3; 65:1; 66:2, 20; 67:12; 69:7, 14; 70:4, 11; 71:1; 73:7, 17; 75:1, 2, 9, 21; 76:4; 77:8; 78:18, 22; 80:14, 18; 81:4; 84:2, 19, 24; 85:6; 86:1, 17; 87:6, 14; 88:4, 11, 15; 89:17; 90:1, 9; 91:8; 94:17; 95:18, 23; 96:16; 98:2, 9; 99:24; 100:13; 101:3, 18; 102:9, 10; 103:5, 8, 23; 104:5; 105:17; 106:10, 13, 16, 23; 107:5, 13, 14; 108:11, 14, 17, 24; 109:16; 110:5, 13; 111:2, 20, 23; 112:16, 24; 113:20; 115:20; 116:17, 21; 117:6, 8, 9; 118:4, 14, 16; 119:2, 14; 120:14, 19; 121:1, 14; 122:15; 123:19; 124:2, 6; 125:4, 7; 126:18; 127:4, 13; 128:14; 129:17; 130:16; 132:2, 5; 133:22; 135:20; 136:7; 137:24; 139:14; 141:1, 11, 14; 144:12; 145:17; 147:10, 23; 149:11; 150:7, 9; 152:2; 160:1; 162:14; 163:20; 164:3; 166:18; 167:3; 168:1, 15, 23; 169:6; 173:10, 14, 17, 20; 174:19; 176:16
Honor's 6:13; 22:21
hope 164:13
hoping 25:13
horse 93:24; 141:5
hour 37:12; 95:6; 149:21, 21
house 127:16
How's 141:9
HTML 171:20, 22; 172:8
huge 25:3; 31:19; 33:18
hundred 6:24; 7:11; 11:8; 13:11
hypothetical 85:7

**I**

ICS 29:14; 49:1, 8
idea 14:8; 19:8; 20:11; 48:17; 64:7; 76:21; 103:22; 142:12; 143:18, 21; 144:22; 145:18; 147:16; 165:12
ideas 140:19
identical 111:4, 13
identification 118:6
identified 6:7; 59:5; 67:2; 70:13; 112:1; 121:20; 124:7; 125:8, 10; 130:8; 139:15; 167:6; 168:24
identify 22:3; 30:12; 111:14
identity 39:19
IEC 44:21, 22, 24; 46:15; 50:13, 14, 15
ignore 110:18, 19
illegible 121:9
impact 43:12
impacted 162:7
impacts 97:20
implement 153:16
implemented 161:20
implicate 84:5
implicated 89:12
Implications 97:13
imply 27:2
important 140:15; 165:21
impossibility 135:11
impossible 8:13, 13
Impression 60:4; 111:8
impressions 61:8; 107:23; 108:1; 109:19; 112:5; 116:2, 19; 117:19; 118:10; 121:22; 122:7; 123:4, 21; 124:11; 125:13
improper 27:3
imputed 159:12
in-house 48:1; 73:2; 87:1, 9, 10; 99:16, 19; 100:14, 15, 18; 117:22; 118:18; 130:12
inadequate 4:12, 20
Inc 152:14
Inch 49:6
inches 11:1
incident 74:2, 4
included 12:2; 57:3, 5
includes 108:9
Including 39:6, 16; 105:19; 169:21
inconsistent 83:18; 137:11
indeed 127:9
independent 163:10, 14
indicated 116:10
indicates 142:19, 21; 153:12; 161:5, 15, 23

indication 172:21; 176:22
individual 64:5; 67:6, 7; 106:1
individualized 146:2, 4
individually 146:6
Individuals 23:8; 104:24; 115:16; 167:10, 10
industry 43:12; 126:7, 16, 23
inform 4:13
Information 26:5, 10; 39:22; 41:9; 48:21; 99:2; 118:17; 140:21; 142:22; 143:3; 144:16; 153:20; 161:11; 162:11; 164:12; 166:9; 169:5, 12
informed 115:15
infringe 74:11, 18; 125:21; 133:24; 134:7, 17, 19; 135:9, 10
infringed 82:21
infringement 77:14; 83:5, 6, 21, 23; 89:2, 20; 98:19; 99:1, 12; 126:12; 133:11; 134:21; 135:5; 140:23; 142:8; 156:5; 157:3, 23; 158:2; 169:10
infringing 137:9
initial 72:8
initials 110:21
initiate 25:22
innovation 30:22; 49:8
inquiries 38:7; 147:19
inquiry 43:10
insert 21:21
insignificant 135:11
Inspection 25:10, 13, 20, 24; 26:14, 15; 27:4; 28:3, 24; 29:2; 35:10; 52:4, 11, 17
instance 14:23; 27:10; 32:3; 79:21; 98:11, 13; 120:11; 130:19; 131:3
instances 43:15
instead 27:14
instrument 119:11, 24
integrated 163:18
Intend 114:4
intent 50:10
intention 28:22
interest 151:12; 153:10; 164:24
internal 15:13; 109:22; 124:12; 172:7; 173:10
internets 172:8
interpret 137:8
interrupt 44:10
into 14:1; 22:22; 23:1; 28:21; 53:5; 55:12; 56:11; 65:2; 83:9; 85:24; 95:9, 9, 20; 101:7, 16; 109:15; 131:15; 138:22; 146:17; 154:10; 166:19
intranets 172:7

invalid 79:22; 81:21; 82:21; 85:10; 94:9; 140:16
invalidate 80:16; 130:18; 159:18
Invalidity 81:16; 83:10; 89:15; 90:6, 12, 17; 91:2, 5; 93:8; 131:16, 19; 133:12, 19; 139:22; 140:9, 17; 141:15; 142:9
invention 64:11; 142:21; 165:22
inventor 68:3; 142:23; 143:19; 150:11
inventors 150:11, 13
investigation 30:2, 9, 10
involved 3:16; 42:17, 18; 45:6; 46:16; 47:22; 63:14; 71:24; 92:21; 93:16; 115:9; 127:9; 140:16
involving 174:17
irrelevant 32:9; 141:17, 19
issuance 155:6; 157:1
issue 3:18; 7:12; 8:1; 10:20, 23; 27:8; 28:5; 43:22; 55:10; 60:15; 61:2; 66:11; 74:21; 79:15; 83:7; 90:5; 94:20, 21; 97:11, 20; 98:8; 101:6; 118:24; 126:11; 129:9; 130:18, 19; 131:12; 135:14; 138:1; 141:17; 142:4; 148:11, 14; 150:4; 155:9; 157:15; 159:6; 161:14; 165:1; 166:20
issued 60:21; 153:23; 161:2, 3, 19
issues 3:15; 16:10, 14; 53:9; 74:24; 77:16; 83:13; 97:5; 122:22; 129:5; 142:11; 144:3; 152:1
item 95:22

**J**

Jack 143:5
James 167:9
Jamie 7:3; 76:1, 12
January 73:10
job 22:5; 68:11
Joe 122:18
John 139:17
Join 178:10
Joseph 122:7, 8; 123:22; 124:12; 125:14
Judge 32:1, 12; 33:8, 15; 35:14, 24; 36:1, 2, 14, 15; 51:18; 66:12; 113:23; 114:7, 10, 21; 115:14; 145:17; 147:2; 152:9, 15; 159:5; 160:19; 162:9; 165:19; 177:22
Judith 99:12, 13, 17, 23; 100:1, 10
July 4:6; 14:17; 59:6; 67:2; 70:12; 95:24; 105:2;

106:24; 107:16; 109:6;
112:1; 117:10; 118:5;
121:20; 125:10; 130:9;
139:15; 169:1
juncture 149:7; 166:5

**K**

Karen 130:12
keep 22:1; 92:18; 177:13
keeping 70:8
Kennedy 128:4, 5
Key 150:18; 161:4
kind 20:3; 37:19; 39:7;
40:8; 56:3; 57:6; 64:1;
65:10; 105:7; 127:20;
138:12; 149:5; 159:21, 22;
164:10
kindly 33:16; 58:23
knew 147:20
Knobb 60:9; 62:13
knowing 48:7; 136:22
knowledge 39:19; 84:22;
94:8, 15; 145:5, 11; 147:5;
149:6; 151:24; 164:16, 24
knows 6:5; 132:5

**L**

lack 43:16, 23
ladies 75:17
land 33:8
language 171:23
large 7:12, 17, 20, 21;
11:1; 27:11; 28:11; 34:14;
35:18; 101:4
largely 155:3
last 5:23; 11:12; 13:22,
23; 15:7; 17:6, 16; 71:20;
73:15, 15; 80:6; 102:9;
150:3; 168:23
late 88:7
lately 67:18
later 63:9; 89:9; 113:24;
147:19; 153:17, 23; 155:7,
24; 156:24; 157:10, 11
launched 80:21; 154:20;
155:2; 157:16, 21
launching 72:17; 89:8
Laurie 109:20, 24; 112:5,
11; 116:1, 2, 9, 20; 117:19,
21; 118:11; 121:23;
124:11; 125:14
law 60:4, 8; 73:6, 6; 87:8;
95:1; 138:19, 21, 22;
139:1, 2; 143:13
lawsuit 25:22; 146:21;
169:7; 171:5
lawyer 108:1
Lawyers 25:15; 118:24
laying 98:11; 99:7
lead 32:10; 39:24; 147:22
leads 148:12; 165:22

learned 60:20
learning 144:21
least 16:2; 73:8; 87:1;
90:12; 114:22; 172:19
leaving 76:14
left 17:21; 50:2; 53:18;
59:5; 64:15; 123:17;
128:22, 24; 167:3
legal 3:24; 21:10; 28:13;
60:6, 17; 61:2; 82:13, 15;
96:12; 104:18; 106:21;
130:15; 135:10; 137:15;
139:19; 141:13; 147:14;
148:5, 8, 9; 159:1; 167:13;
169:4, 5
legally 135:11; 150:12
Leslie 72:7; 73:3; 75:18;
86:23, 24; 87:7
less 143:10; 153:14
letter 12:6; 50:10; 122:10
letters 88:18; 156:14, 18;
173:24
letting 137:17
license 99:4
licensing 97:6; 98:12;
103:18, 24
light 155:14
limitations 135:1, 3
limited 133:12
line 15:12; 35:21; 49:5;
84:1; 110:20; 113:5, 11;
122:13; 159:22; 171:8
lines 6:21; 7:5; 8:4, 8;
115:23; 123:7
list 4:10; 10:13, 14, 17;
13:17, 20, 20; 18:12;
19:18; 40:18; 42:20;
45:19; 54:10; 58:24;
75:24; 76:12, 16; 77:6;
100:22; 108:20; 114:2, 5;
151:5
listed 3:9; 14:11, 13;
21:11; 68:6, 18; 72:6, 7;
102:24
lists 10:10
literally 27:18; 82:6
litigate 98:15
litigation 24:4, 10, 11;
29:17; 49:17; 81:8;
114:20; 120:21; 138:6;
169:8; 170:19, 24; 171:3;
173:3, 7
little 24:1, 3; 34:2; 41:3;
58:12; 65:2, 16; 74:3;
77:13; 78:16; 129:7;
132:24; 133:18; 143:9;
169:18
lives 150:17, 18
living 113:16
LML 6:8, 19; 9:17, 20;
12:18; 25:15; 26:11; 27:2,
12; 28:11, 15; 29:17;
31:17; 48:5; 66:4; 71:8;
76:15; 84:8; 90:24; 96:10;
114:19; 115:15, 18;
116:24; 126:6; 148:6;

157:3; 158:2; 164:13, 22;
165:12; 166:9; 170:21
LML's 4:11; 9:2; 28:24;
82:14; 139:7
loaded 51:8
loading 27:19, 20
location 39:17, 19
log 3:22; 4:5, 6; 5:8, 11,
12, 16; 8:21; 9:2, 4; 10:18;
12:13, 19, 22; 13:7; 14:14,
15, 18; 15:9; 16:12, 20, 20;
22:13; 28:17; 31:19;
32:11; 33:18; 49:5, 6;
54:21; 55:4, 19; 59:6, 9,
11, 17, 18; 61:13; 65:6, 12,
20; 67:3; 70:12, 15; 79:10;
96:1, 5; 104:22, 24; 105:2;
107:1, 3, 16; 109:6; 112:2;
116:16; 117:10; 118:5;
121:20; 125:10; 130:9;
131:6; 136:12, 16; 139:16,
23; 141:4, 6, 9; 167:6, 17,
22; 169:1; 174:13; 177:11
logged 71:16
logs 7:16; 8:12; 16:8;
128:19
long 11:14; 13:7; 80:24;
132:11; 159:1; 161:19
longer 154:1
look 8:2, 3; 14:11; 20:3;
21:18; 22:6; 27:19; 29:23;
33:3; 43:17; 76:6; 80:1;
85:23; 95:5, 7, 15, 17, 20;
119:7; 129:7, 13; 130:5;
132:7, 15; 133:17, 17, 18,
22, 23; 134:3, 4, 5, 12;
135:8, 18; 136:15; 139:24;
141:8; 145:21; 146:6;
154:2
looked 5:7; 6:18; 13:23;
79:9; 96:18; 153:5
looking 19:23; 43:15;
78:3, 12; 91:10; 108:6, 16;
132:14; 135:15, 16;
148:20; 154:18
looks 46:18, 21; 49:18;
85:14
loose 173:24
lose 92:7, 15
lost 102:2, 4
lot 3:10, 17; 8:1; 34:4;
50:5; 58:6; 76:14; 97:16,
20; 119:12; 138:11
lots 156:13
lunch 95:5; 123:15;
129:4, 12; 149:14, 17;
178:18
luncheon 149:24

**M**

M 108:16; 168:20, 21
main 159:17
maintain 163:13
maintained 8:7; 16:1, 23;
17:1; 64:14; 69:4; 96:21;

97:15; 122:19
maintaining 60:22
makes 11:17; 51:22;
52:20; 54:22; 92:17
making 25:9; 27:8; 32:2;
98:16; 137:10; 154:4;
155:13; 162:16, 18;
166:12
man 75:19
management 152:24;
153:1, 5, 13; 155:12;
159:3; 161:7, 21, 23
management's 162:7
manner 51:1
manufacturer 41:14, 20;
46:15
many 7:24; 10:12; 11:2;
16:10; 26:18; 28:18;
29:13; 31:20; 53:8; 64:2;
88:17; 89:5; 105:19
March 123:6
market 43:20
marketing 42:9; 44:4
marketplace 43:14, 17,
24; 157:22
marking 110:14
markup 171:23
Marsha 72:4, 23; 75:19;
87:4, 9
Martin 60:9; 62:13;
117:20, 23
MASTER 3:4; 4:4, 8, 16;
5:5, 18, 20, 24; 6:4, 16;
7:18; 8:9, 23; 9:22; 10:1;
11:2, 6, 10, 20; 12:2, 8, 10;
13:8, 13, 16, 19; 14:4, 14,
16, 20; 15:1, 5, 15, 20;
16:4; 17:3, 9, 13, 17, 20;
18:5, 15, 19; 19:3, 7, 13,
21; 20:2, 6, 9, 17, 23;
21:13, 18, 24; 22:3, 14, 17,
20, 24; 23:10, 12; 24:12;
26:24; 27:6; 29:3, 5, 8;
33:24; 34:3, 11, 16, 19;
35:1, 8, 13, 23; 37:12;
38:13, 18, 22; 39:1; 40:19,
23; 41:1, 11, 17; 42:1, 6,
11; 43:2; 44:3, 7, 11, 18,
21; 45:2, 8, 14, 17, 21;
46:1, 5, 9, 12, 17, 21; 47:2;
48:3; 51:12, 24; 52:23;
53:23; 54:6, 12, 23; 55:14,
18; 56:15, 17, 23; 57:11,
14, 21; 58:4, 9, 16, 19;
59:3, 8, 14, 21; 60:7, 11,
14; 61:19, 23; 62:5, 9, 13,
16, 22; 63:1, 24; 64:17, 21,
24; 65:10, 14, 19; 66:5, 13,
22; 67:9, 14, 23; 68:10, 15,
20; 69:9, 11, 16, 19, 23;
70:5, 9, 17; 71:4, 7; 72:23;
73:3, 10, 18; 75:4, 7, 10,
16, 20, 22; 76:7, 18; 77:11,
21; 78:3, 7, 11; 80:3, 8;
81:15; 82:8, 15, 24; 84:14;
85:21; 86:18; 87:3, 10, 13,
17, 20; 88:6, 12, 23; 89:13,
18; 90:2; 91:1, 4, 7, 9, 20,

24; 93:7, 13; 94:6; 95:4,
12, 19; 96:9, 15, 19, 23;
97:23; 98:3; 99:12, 20;
100:1, 4, 8, 17, 21; 101:1,
9, 15; 102:7, 21; 103:1, 6,
11; 104:2, 6, 11; 105:1, 4,
7, 15, 22; 106:8, 11, 14;
107:11, 18; 108:5, 8, 12,
15, 18, 23; 109:1, 7, 9, 13;
110:14, 18, 20, 24; 111:17,
21; 112:11, 20; 113:6, 9,
12, 15, 18; 114:7, 15;
115:1, 21; 116:15; 117:2,
7, 13; 118:1, 15, 19, 21;
119:6, 16, 21; 120:16, 20;
121:2, 17; 122:3, 14, 16,
23; 123:12, 18; 124:4, 14,
21; 125:1, 5; 126:3, 15, 20;
127:1, 8, 18; 128:2, 7, 10,
15, 18, 21; 129:1, 6, 12,
18; 130:5; 132:12; 135:18,
24; 136:3, 24; 137:13;
138:7, 16, 20; 141:7;
142:16; 143:11; 144:1, 5,
10, 18; 145:24; 146:12;
147:4, 11, 18; 148:18, 22;
149:3, 12, 18; 150:1, 10,
19; 151:1, 7; 152:4, 17;
154:8, 16; 155:17; 156:2,
7; 157:4, 9, 13; 159:13, 20;
160:2; 162:22; 163:2, 6;
164:5; 166:21; 167:4, 19,
23; 168:6, 16, 18; 170:8,
14; 171:4, 7, 20; 172:13;
173:4, 12, 15, 21; 174:7,
10, 15, 21; 175:5, 16, 19,
22; 176:1, 18, 21; 177:5, 7,
17, 21; 178:6, 11, 15
material 26:3; 39:20;
49:24; 122:24
materials 64:10
matriculated 129:19, 22
matter 3:23; 8:7; 12:15;
31:14; 39:14; 42:13; 50:9,
14; 57:7; 79:11, 11; 84:20;
85:1; 90:17; 146:20
matters 81:24; 85:2;
174:16
may 5:13; 7:2; 9:7, 8;
12:9, 14; 15:9, 19; 22:15;
26:22; 27:1; 28:4, 5, 20;
33:23; 39:13; 43:18;
44:12; 45:15; 46:12;
55:12; 62:6, 21; 64:3; 65:1;
66:7; 68:12; 69:14; 71:16;
76:1, 3; 77:13; 78:1, 18,
22, 24; 79:15; 83:8; 92:1;
94:16; 95:13, 13, 14;
106:7, 17; 113:1; 126:13;
129:2; 132:20; 134:17, 17,
19; 135:20; 137:6; 140:19;
150:24; 151:1, 16; 154:14;
159:24; 165:4, 6, 7, 19;
172:1, 3; 176:17, 18;
177:15
maybe 29:13, 18, 23;
33:19; 37:2; 38:10; 40:9, 9;
41:10; 48:11, 18, 19;
56:12; 59:12; 63:3; 70:5;
73:14; 76:19; 143:9;

145:14; 147:19; 157:18; 158:18; 160:5; 164:19, 20; 165:24, 24; 166:2, 2; 167:23; 172:20
McDOLE 3:13; 4:6, 10; 5:6; 8:11; 11:22; 12:5, 9, 11; 13:10, 14, 18, 22; 14:12, 15, 19, 22; 15:4, 11; 18:21; 19:15; 20:24; 21:5, 8, 17; 26:22, 24; 27:9; 40:17; 45:22; 53:22; 54:4, 7; 55:8, 17; 56:22; 57:10, 23; 58:1, 5; 59:2, 4, 10, 19, 23; 60:8, 15; 61:21; 62:3, 6, 11, 15; 63:19; 65:1, 13, 18; 66:9, 20; 67:1; 69:7, 10; 70:11; 73:17, 19; 75:2, 6; 76:3, 9; 77:7, 12, 22; 78:19; 79:6; 80:13, 18, 20; 81:4, 19; 82:10, 19; 83:4, 24; 84:18; 85:6, 24; 88:15; 89:6; 90:4, 8; 91:3, 6; 93:23; 94:10; 95:23; 96:10; 98:4, 8; 103:7, 8, 12; 104:15, 16, 22; 105:3; 106:16, 24; 107:14; 108:17, 19, 24; 109:4, 8, 14; 111:2, 23; 112:13; 113:20; 115:20, 22; 116:17; 117:9, 14; 118:4; 119:14, 19; 120:14; 121:14, 19, 24; 122:5; 123:2, 16, 19; 124:6; 125:7; 126:5, 22; 127:3, 12; 128:20, 23; 129:3, 11, 22; 130:7; 133:8; 136:7; 137:4; 138:19; 139:14; 140:14; 141:1, 11; 142:1; 149:16, 23; 150:7, 13, 24; 151:4; 157:24; 159:15; 160:4; 162:14; 163:20; 167:2, 5, 20; 168:14, 17, 23; 169:19; 172:9, 15; 173:19; 174:12, 13, 14, 19; 175:2, 13, 18, 21, 24; 176:16, 20; 177:1
McDole's 16:6; 20:21
McGuire 99:13, 13, 17; 100:1, 10
mean 12:12; 19:11; 23:21; 27:2; 29:18; 31:5; 32:14; 44:10; 79:6; 92:7, 15; 100:15; 102:18; 107:19; 110:7; 113:15; 116:23; 119:12; 120:8; 132:20; 136:8; 146:22; 160:16; 163:23; 165:3
meaning 168:7
meaningless 165:24
means 56:4; 99:18; 103:22; 108:15; 135:12; 171:21; 175:23
meant 26:2; 95:2; 99:9; 175:14, 16, 21
mechanisms 127:15, 17
meet 51:5; 166:10
meeting 105:24
meets 135:1, 3
memorandum 136:4

mental 60:4; 61:7; 79:18; 109:19; 111:8; 112:4; 116:2, 19; 117:18; 118:10; 121:22; 122:6; 123:3, 21; 124:11; 125:13
mention 23:16
mentioned 11:20; 12:3; 29:19; 37:20; 44:8; 56:21; 98:5; 110:16; 165:8
merchant 30:16, 17
merchants 49:2
mere 107:15
merely 30:8; 32:13; 83:21
merge 85:9
merged 94:12; 151:14; 159:8
merger 30:1, 8, 10; 48:23; 74:9; 85:12; 94:12
Merry-Go-Round 105:8
message 32:22
met 5:23; 53:2
Mid-'99 100:5
mid-2000 156:3
middle 157:20
midst 114:20; 170:23; 173:2
might 24:14; 38:16; 43:7; 44:14; 50:3; 59:17, 17; 63:12; 72:19; 92:6, 10; 115:2, 3, 11; 119:13; 139:9; 144:22; 147:17; 154:15; 166:21
Millenium 152:14
millions 27:16; 28:15; 98:16
mind 17:13; 18:1; 32:23; 59:22; 74:8; 79:18; 80:20; 81:3; 84:6, 19; 85:18; 86:19; 90:23; 91:14; 92:18; 93:22; 94:4; 98:21; 99:11; 114:13; 129:10; 130:6; 135:19; 145:6, 11; 155:12
mine 135:10
minor 107:5
minute 24:9; 85:23; 90:3
minutes 19:20; 33:13; 58:22; 105:24
minutest 134:5
misconception 169:18
misspoke 87:6
misstated 142:1
mistake 35:24; 39:12
misunderstanding 121:3
mixed 103:2
Mm-hmm 6:16; 8:9; 144:1; 157:9
modeled 157:16
moderately 144:24
Mollett 42:2, 3, 18; 44:3; 47:8
moment 11:21; 14:5; 151:17
Monday 36:8

month 98:15
month's 36:7
months 36:12; 56:3; 119:20; 150:4
more 7:3; 10:13; 11:8, 16; 20:10; 21:19; 22:5; 32:18, 19; 34:2, 4; 41:9; 48:7, 20; 50:19; 51:4; 54:14; 63:9; 65:2; 73:14; 92:3; 105:18; 119:1; 143:15; 149:16; 158:21, 22; 167:2
morning 36:8
most 6:3; 29:13; 137:13
mostly 175:7
motion 9:23
move 63:21; 66:13
much 7:21; 11:15; 41:2; 49:18; 73:14; 146:17; 153:14; 154:7; 171:8; 176:14; 177:10; 178:20
multiple 112:17
must 28:3; 90:24; 126:18; 130:24, 24; 131:1, 4
muster 145:9

# N

N 69:13, 24
NACHA 125:14, 18, 20, 21; 126:10, 12, 21; 127:11, 15, 20, 24
name 42:21; 68:19; 99:24; 128:8; 170:17
names 23:8; 121:8; 150:16
national 127:24
nature 39:16; 77:15; 83:17; 107:20
nearly 154:17
necessarily 92:7; 110:7; 131:4
need 7:9; 23:1; 34:3; 39:22; 41:5; 50:10, 23; 58:11; 67:16; 92:18; 99:2; 114:16; 160:10
needed 158:21
Neither 67:8; 113:1
Nemours 152:13
nevertheless 26:16
new 34:21; 49:21; 144:22; 168:8, 8
next 27:20; 31:11; 63:21; 66:20; 67:1; 70:11; 75:23; 76:17; 77:1; 95:22, 23; 106:16; 109:4; 111:23; 117:9; 118:4; 120:15; 124:6; 125:7; 130:7; 139:14
Nichols 150:16, 17
night 13:23, 24
nilly 35:4
non-attorney 100:17, 20; 143:2
non-attorneys 47:13; 55:23; 102:23

non-communicated 106:1
non-involved 46:2
non-published 160:21
non-willfulness 72:18
None 32:4; 38:1
noninfringement 132:3, 14, 23; 133:7, 11; 142:8
nor 95:9
note 15:19; 20:12; 22:9; 44:16; 51:22; 52:21; 78:22; 102:11, 13, 15; 118:21; 119:21; 135:21; 176:3
notes 98:18; 104:18; 105:14; 106:3, 21; 107:9, 11; 109:19, 21; 111:8; 112:4; 116:1, 6, 7, 9, 19; 117:18; 118:10; 121:22; 122:6; 123:3, 21; 124:11; 125:13
notice 145:2
notices 113:21
notion 33:16; 55:19; 91:1; 138:23; 147:21
notions 107:23
number 4:16; 6:12; 7:8; 10:10; 11:1; 17:2; 22:2, 11; 29:24; 30:8, 10, 14, 16, 16; 32:17; 39:7; 45:12; 47:16; 48:22, 23, 24; 49:7; 51:12; 67:3; 80:4; 95:24; 96:21; 101:4; 106:18; 109:5; 111:19; 118:13; 119:2; 166:16; 167:10
numbers 7:21; 14:13; 20:24; 21:2; 22:4, 9, 22; 23:3; 30:17; 76:7; 78:15; 86:1, 1, 17; 87:19, 22; 101:9; 166:17
numerical 19:5
numerous 60:22; 80:23

# O

object 144:6; 177:3
obligation 13:3
observation 144:19
obtain 39:13; 82:22; 84:3, 12, 15, 21; 92:19
obtained 63:17; 85:3; 91:16; 93:11; 94:11; 130:3; 141:20; 155:11; 156:1; 160:12, 15
obtaining 61:6; 82:10; 83:18; 85:4
obviously 115:2; 138:21
obviousness 44:1; 145:3
occurred 73:14
October 60:9; 125:9; 167:8, 20; 169:2
odd 6:7
off 4:9; 5:10; 11:8; 20:4; 36:11; 58:17; 105:1;

107:17; 110:22; 120:22; 156:21; 158:17, 18
offer 38:24; 115:18; 164:14, 23
offered 25:5, 19; 26:14; 29:1; 52:5, 10; 74:23; 113:24
offering 165:13
offhand 44:23; 99:14, 18; 100:12; 128:5, 6
office 178:8, 16
often 43:17; 172:6
older 114:11; 171:13
Olsen 60:9; 62:14
once 98:11; 115:14; 147:20
one 3:14; 4:9; 9:19; 11:8, 18; 13:9; 15:7, 19; 16:2; 17:12; 19:1; 21:4, 7, 22, 22; 23:13; 24:5; 27:1; 32:6; 39:9; 40:2, 9; 44:18; 46:15; 49:12; 54:2, 4; 56:6; 58:7, 7, 20, 22; 61:21; 62:8, 9, 11, 20; 63:21; 67:11, 12; 70:1; 71:1; 75:9; 78:22; 82:7; 85:14; 92:10; 94:24; 97:8; 98:3, 4, 7; 102:13; 103:9, 9; 104:1, 1, 17; 105:6; 107:16; 108:6, 19; 109:2, 4, 24; 111:15, 24; 112:13, 14; 119:1; 120:23; 121:8; 122:8; 124:19, 21, 22; 125:18; 126:5, 8; 127:16; 132:3, 15, 23, 24, 24; 133:18, 23; 135:1; 138:22; 140:19; 142:13; 145:7, 15; 149:1; 153:17, 18; 157:17; 174:4, 17; 178:16
ones 39:6; 52:13; 54:12, 15, 20; 56:9, 20; 97:1; 101:13; 103:12, 21; 116:18; 121:8; 128:11
ongoing 67:19; 81:9; 97:7; 154:23; 164:14
only 36:9; 38:9; 52:4; 53:24; 54:24; 61:11, 13; 67:11; 77:7; 92:24; 115:24; 132:24; 137:4; 152:22; 164:12; 177:15
onto 32:11, 12; 63:21; 137:17
open 50:2; 115:18
opens 114:23
operating 163:14
operation 3:24; 4:1, 3; 12:1; 19:12; 21:14; 108:21
operations 5:4, 12; 15:13, 14; 16:3, 8, 16; 21:12; 48:6; 53:12; 57:6; 124:13
operative 155:18
opinion 72:15, 19; 73:20; 74:5, 7, 11; 79:8, 13, 23; 81:5, 19; 82:22; 83:1, 6; 84:7, 9, 10; 85:7; 91:13, 15; 92:3, 4, 19, 20, 22;

93:19, 20, 21; 103:13; 110:1, 4, 8; 112:14; 113:2; 114:11, 14, 21, 24; 115:2, 3, 3, 8; 116:13; 117:21; 119:10; 122:9; 130:11; 140:11; 144:23; 152:7; 156:1, 4, 8; 160:19, 23; 161:2, 12
**opinions** 61:6; 63:16; 71:12; 72:14, 20; 78:24; 79:2, 22; 80:23; 81:11, 24; 82:2, 11, 11; 83:19; 84:3, 13; 85:2, 4, 5, 10; 88:13, 13, 19; 89:1, 9, 22; 90:5, 13, 18; 91:19; 92:1, 10, 15; 93:6, 8, 11, 14, 17; 94:11, 18, 24; 95:3; 96:8; 97:5; 111:12; 112:14, 21; 116:12; 131:13; 133:9; 141:19; 142:7, 7; 148:6, 7, 13; 152:6, 22; 153:14, 17; 154:12; 155:10, 15, 24; 156:12, 18, 19; 157:1, 5, 7, 10, 12; 158:15, 16, 19, 22; 160:6, 12, 15; 161:24; 162:6
**opportunities** 51:10
**opportunity** 50:20; 51:5; 166:9
**opposed** 172:7
**options** 97:10, 12; 98:11, 17; 99:4, 7; 122:20
**Oral** 156:7
**orange** 61:22, 24; 62:12
**order** 3:9; 4:16; 6:12, 18; 17:2; 19:6; 22:2; 25:6, 8; 32:16; 34:23; 35:14; 39:7; 47:16; 51:12; 52:16; 96:20; 107:17; 114:10, 11; 115:14; 119:2; 122:19; 126:7, 18; 132:5; 136:4; 138:5; 152:8; 160:21
**ordered** 8:18; 17:1; 19:10; 20:13; 35:6; 52:10, 17; 108:22; 138:10
**orders** 35:18
**organization** 126:23
**organized** 78:16
**original** 24:24
**originally** 114:17
**others** 32:21; 37:22; 50:24; 56:24; 57:2; 124:19; 167:1
**otherwise** 119:13; 152:23; 160:14
**ought** 117:4; 149:14
**ours** 94:19
**ourselves** 82:5; 102:11
**out** 12:22; 17:10; 18:10, 11, 17, 17; 19:16; 25:18; 33:10; 73:23; 96:21; 99:3, 7; 113:21; 114:21; 115:15; 137:5, 20; 144:12; 165:6; 171:18
**outcome** 144:6
**outlines** 145:8
**outside** 57:16; 72:8; 73:5;

79:3; 87:7; 91:21; 97:1, 15; 109:24; 112:18; 117:24; 155:2; 162:11
**over** 5:15; 12:13, 20; 13:3; 17:12; 19:18; 29:8; 31:24; 33:1; 36:2, 19, 22; 46:12; 50:22, 23; 51:20; 56:3; 57:7, 9; 65:11; 69:12; 77:17; 88:19; 94:12, 14; 95:5, 13; 101:10, 12; 115:5; 117:5; 158:12; 159:1, 12; 178:7, 18
**overall** 64:1; 137:14; 149:2
**overlap** 87:23
**overlay** 30:3
**own** 15:21; 72:3; 89:11; 93:21; 106:1; 108:2; 140:19; 152:7
**ownership** 153:10

**P**

**p.m** 178:21
**pad** 13:24
**page** 34:6; 47:23; 100:24; 160:20; 167:7; 171:24; 172:2, 3, 3
**pages** 15:2; 52:8; 102:3; 146:18
**pain** 178:3
**paper** 14:1; 32:6; 39:5; 44:5; 76:15
**papers** 17:24; 150:2; 151:18; 164:8; 166:14
**paralegals** 39:2
**pardon** 155:18
**parent** 24:8; 73:14; 93:3; 95:10; 130:3; 160:16
**part** 5:7, 9; 28:2; 63:7; 68:17; 69:2; 71:10; 79:12; 80:15; 89:24; 90:12; 93:21; 119:4; 141:18; 149:2, 4; 151:24; 154:6; 161:24; 163:7, 8; 167:7; 171:2; 172:2
**particular** 26:10; 34:24; 43:14; 63:10; 64:6; 102:16; 105:18; 134:21; 142:20; 145:18
**parties** 33:21; 37:12; 39:13; 113:5; 115:11; 150:14
**partly** 24:22
**party** 9:21; 30:5, 6, 15, 24; 39:15; 41:15; 45:4, 5; 46:2; 48:5; 91:18; 169:10, 15
**party's** 119:24
**pass** 31:24; 36:19, 22; 145:9
**past** 8:24
**patent** 16:9, 10; 34:8; 35:6, 12, 19; 43:8, 11; 44:2; 60:18, 20; 61:8, 9, 12, 12; 63:11, 18; 64:6, 9,

11; 67:19, 22; 68:5; 69:2; 71:13; 77:13; 80:3, 5, 7, 12, 12, 13, 14, 16; 81:20, 21; 83:13; 85:10, 16; 89:4; 96:3; 97:11; 99:5; 103:15, 16; 109:16, 20; 110:12; 111:1, 9; 112:5; 116:2, 20; 117:21; 118:11; 121:23; 122:7, 21; 123:4, 22; 124:12; 125:15, 22, 24; 126:13, 14; 127:6; 130:16, 16, 17, 18, 20, 24; 131:5, 9, 9, 10, 18, 22, 23, 23, 24; 132:4, 6, 6, 9, 14, 16, 19, 20, 21; 133:1, 6, 13, 22, 24; 134:1, 3, 3, 4, 6, 7, 9, 9, 10, 10, 12, 13, 15, 18, 20, 22, 22, 23, 24; 135:2, 4, 5, 8, 9, 15, 16, 17; 136:17; 137:8, 9; 140:4, 5, 16, 23; 142:9, 23, 24; 143:14, 23; 145:9, 14, 21; 146:5, 7, 7, 8, 9, 10; 147:21; 148:17, 24; 150:4; 151:9, 10; 152:19; 153:1, 21; 154:4, 19, 24; 155:2, 7, 10, 14; 157:5, 7; 159:14, 15, 16, 18; 161:1, 2, 3, 14, 19; 164:15; 167:13, 16, 21; 168:4; 169:5, 10, 11; 173:1
**patentability** 139:20, 21; 140:1, 20; 141:13, 15; 142:12; 145:2, 18; 146:15; 147:2, 15
**patentable** 140:6, 20; 143:20; 145:23; 146:4
**patented** 148:17
**patents** 5:2, 3; 16:13; 24:19; 34:9; 55:12; 63:11, 18; 70:16; 71:17; 72:4; 73:20; 74:12, 19; 79:22, 24; 81:17; 82:20; 85:8; 96:13; 98:20; 103:21; 104:18; 106:22; 110:13; 112:17; 133:7; 135:6; 140:23; 148:1; 153:7, 23; 154:1, 6; 157:2; 162:17; 165:1, 2; 169:12
**pattern** 158:1, 24
**pay** 36:7
**payment** 50:15, 15
**pending** 174:16
**people** 16:21; 47:22; 85:14; 94:13; 95:9; 105:19; 114:2; 116:11
**per** 30:17; 37:12
**percent** 7:3; 99:6
**period** 60:23; 63:6; 96:8; 114:1; 152:24; 155:18, 20, 23; 159:1; 165:8, 9
**peripheral** 16:16
**permission** 22:22
**permitted** 164:23
**person** 42:4; 52:24; 53:1; 103:13
**person's** 99:10
**personally** 73:23
**personnel** 96:5; 159:10,

11
**persons** 36:20; 39:19; 127:8
**perspective** 6:13
**persuade** 92:11
**persuasive** 165:5, 18
**pertains** 48:20
**pertinent** 36:10; 38:3; 49:13; 81:18; 94:8; 115:11; 152:1; 164:15, 17; 165:4
**pick** 18:10, 11, 16, 17; 19:1, 21
**picks** 156:22
**piece** 80:14; 133:17, 18, 23; 135:17; 159:17
**pieces** 135:17
**pile** 88:5
**piles** 76:14
**place** 43:20; 81:13
**placed** 52:18; 169:22; 172:6
**plain** 54:24; 168:7
**plaintiff** 25:11; 43:7; 52:19
**plane** 13:22
**plausible** 164:21
**play** 8:12; 24:2; 25:14; 34:10, 13
**please** 14:5; 39:10; 44:20; 70:24; 121:18; 141:10
**plenty** 16:20
**Plural** 30:17
**point** 5:6, 15; 9:12; 13:4; 16:6; 26:8; 27:24; 28:6, 9; 45:12; 50:17; 54:4, 22; 63:5; 66:9; 79:13; 82:17, 19; 88:17, 20
**pointed** 137:5
**pointing** 14:23; 28:22
**points** 160:1
**policies** 165:11
**policy** 30:20
**pops** 74:11; 125:23
**portion** 56:12; 134:5
**portions** 117:1
**POS** 49:21
**position** 4:11; 82:14; 83:5; 92:5, 12; 93:8; 119:18, 18; 120:1; 142:1, 2
**positions** 126:5
**possession** 73:21; 74:1, 5, 9; 79:9; 80:2; 83:16; 85:20; 88:21; 90:22, 23; 92:4; 93:1; 94:3; 116:5; 130:3; 159:4, 7; 162:21; 163:21, 24
**possible** 113:14
**potential** 63:11; 142:12, 22; 143:19; 157:3
**potentially** 43:24; 143:20
**power** 120:4
**powerful** 119:17, 18

11
**PR** 67:3; 70:13; 86:2, 2, 4, 4, 6, 6, 8, 8, 10, 10, 12, 12, 13, 13, 15; 87:24; 96:1; 104:3; 106:19; 109:5, 10; 111:6; 112:2; 117:12; 118:6; 121:21; 124:7; 125:8; 130:9; 139:16
**practice** 60:22
**Pratt** 47:4
**preceded** 173:15
**predates** 161:3, 14
**prepared** 44:17; 87:15
**president** 44:4
**presumably** 23:20; 151:12; 164:14; 165:13
**pretty** 49:18
**prevent** 95:2, 2
**previous** 52:10; 103:21; 110:6; 117:17; 118:12; 122:19; 124:22; 143:4
**previously** 58:2; 71:23; 96:18; 153:24
**Price** 167:9
**prima** 164:22
**Primarily** 150:6; 157:11
**primary** 88:13
**printed** 171:18
**printout** 171:14
**prior** 80:15; 81:8, 22; 130:15, 16, 22, 24; 131:1, 4, 5, 8, 10, 18, 23; 132:4, 8; 133:1, 13, 17; 134:13; 136:16, 22; 137:8; 140:4; 159:17
**privilege** 3:22; 4:22; 5:8, 10, 11, 13, 16; 7:16; 8:6; 12:19; 13:7; 16:8, 11, 23; 22:13; 23:21; 26:18; 31:13, 20; 32:16; 37:17, 18; 41:6; 47:14; 51:1; 53:10; 55:16; 56:20; 59:6; 61:16; 63:7; 64:13, 13; 65:6, 12, 20, 24; 66:15, 23; 67:3; 70:12, 14; 79:10; 90:20; 91:22; 96:1, 5, 22; 98:10; 104:22; 107:1, 3, 16; 112:2; 117:10; 118:3, 5; 121:20; 125:10; 130:9; 131:6; 136:11, 16; 139:16, 23; 141:4, 6; 144:15; 158:9; 167:6, 17; 168:19; 169:1; 175:8, 12
**privileged** 4:13; 6:14, 20; 8:6, 16; 13:5; 16:1; 17:2; 26:6; 39:14; 64:22; 69:5, 11; 72:10; 75:20; 101:2; 106:12, 15; 108:3, 5; 109:6, 11; 119:4, 5; 122:19; 140:21; 142:3, 15; 143:1, 15; 168:13; 169:24; 172:12, 16; 173:13
**privileges** 33:19
**probably** 13:11; 19:19; 20:13; 42:23; 71:15; 85:8; 88:19; 94:13; 108:19; 125:23; 126:1; 133:4; 143:9, 15; 144:12; 178:8

**problem** 48:4; 55:6; 66:8; 138:8
**problems** 138:2
**procedural** 177:19
**procedure** 52:2; 54:19
**procedures** 44:13
**proceed** 3:7, 14
**process** 20:10; 31:7; 40:5; 50:20; 65:21; 69:3; 81:10; 107:8; 110:15; 120:21; 155:16; 161:7, 17; 162:1, 8
**produce** 8:18, 18; 26:1, 17; 27:14, 14; 54:9; 72:19; 113:22; 170:21
**produced** 5:1, 10; 6:15, 22; 7:14; 9:7, 20; 10:8, 11, 15, 17; 15:23, 24; 25:1; 26:4; 27:16; 34:14; 37:16, 20; 52:7; 57:24; 61:18; 90:18, 24; 96:14; 99:9; 104:23; 107:3, 8; 108:22; 110:3; 111:5, 11; 112:8; 116:18; 117:1, 17; 122:10; 131:20; 138:4, 5; 156:14; 170:6
**produces** 12:20; 152:22
**producing** 5:15; 138:3
**product** 30:11; 33:20; 44:4; 80:22; 83:7, 8, 12; 89:8; 104:19; 106:6, 14; 107:20, 22; 108:13; 153:16; 154:20, 23; 155:1; 168:2, 5, 12; 170:1; 173:1
**production** 9:12; 24:17; 44:14; 52:2; 71:12; 72:13; 172:16
**products** 24:21; 34:7, 10, 13, 24; 35:7, 12, 20; 43:14, 16, 24; 72:17; 74:18, 20; 77:10, 12, 17, 23; 83:7
**professional** 176:6
**prompt** 93:19
**prompted** 157:1, 11; 160:7
**promulgated** 26:11
**proof** 89:20; 164:14
**proper** 23:23; 28:17; 164:3
**properly** 51:11; 97:14; 148:3; 152:20
**prosecution** 140:8; 143:14
**prospect** 149:8
**protect** 107:23; 120:4
**protection** 65:24; 119:12
**protective** 83:21
**provide** 14:1; 23:9; 35:9; 142:21; 177:23
**provided** 3:10; 4:18; 6:9; 47:20; 64:10; 69:2; 91:18; 122:9; 130:11; 156:20; 161:1; 171:12, 19
**provider** 49:24
**provides** 139:1
**providing** 67:21; 68:4;

73:9; 103:13; 174:11
**prudent** 35:11
**public** 172:4
**pull** 24:23, 24
**pulling** 46:4
**punched** 61:24
**purchase** 71:24; 73:12
**purchased** 71:22; 74:21; 93:2, 3; 95:11; 154:13; 162:4
**purchasing** 160:17
**purpose** 20:18; 171:1
**purposes** 3:20; 60:5; 139:6
**pursuant** 6:6; 25:6, 8; 26:5; 34:22; 52:16; 64:10; 107:4; 142:23; 143:18
**pushed** 32:11
**pushes** 32:12
**pushing** 113:6
**put** 22:17; 27:17; 32:15, 15; 33:9; 53:12, 13; 77:5; 88:5; 102:8; 108:12; 110:20, 21; 114:2; 166:19; 175:3, 20
**puts** 155:19
**putting** 39:2; 172:10, 16, 18

**Q**

**qualify** 55:15; 56:19; 130:21
**quick** 28:1; 102:10; 132:18
**quicker** 11:16
**quickly** 54:14; 57:19
**quite** 32:1, 14; 95:6; 119:17; 147:20
**quote** 159:5; 160:18; 161:5, 13

**R**

**radar** 156:24
**raise** 51:11
**raised** 89:15; 166:7
**random** 20:13
**Randy** 42:21; 130:12
**range** 6:24; 26:3, 5; 77:24; 88:21
**ranging** 43:9
**rank** 119:22, 23
**rather** 25:21; 30:4
**re** 3:23; 4:1, 3; 5:3, 3, 12; 11:24; 15:12, 13; 16:3, 8; 21:12, 14; 48:5; 60:6; 67:5; 70:16; 96:3; 103:21; 104:18; 106:22; 108:21; 109:20; 111:9; 112:5; 116:2, 20; 117:20; 118:11; 121:23; 122:7; 123:4, 22; 124:12; 125:14; 130:15;

139:20; 141:13; 167:13; 169:5
**reaches** 162:10
**read** 14:1; 18:16; 19:16; 21:9; 22:22; 23:1; 32:18, 19, 21; 39:5; 45:15; 53:5; 59:23; 76:11, 16; 85:24; 87:19; 101:7, 15, 16; 105:5; 111:3; 115:22; 121:15; 133:4; 138:22; 141:22; 165:20
**reading** 22:8; 103:10
**reads** 39:12; 60:3
**ready** 123:15
**real** 155:9
**realize** 71:14
**really** 13:5; 36:10; 52:23; 57:16; 94:18; 114:12; 136:10; 141:24; 157:15; 158:18; 162:9
**reason** 9:19; 19:1; 21:3; 31:13; 33:12; 57:1; 61:13; 63:22; 92:24; 125:16; 138:10; 164:16; 166:15
**reasonably** 39:23
**reasons** 9:19; 43:18; 51:2; 72:18, 21, 22; 143:15; 149:13
**recall** 42:8
**recanted** 113:24
**received** 10:9; 59:15; 67:7; 71:13, 20; 72:3, 15; 73:22; 78:24; 79:17; 80:23, 24; 81:5, 7; 83:6; 91:13; 148:8; 160:6; 162:16; 176:8
**receiving** 159:1
**recently** 71:20; 73:14
**recess** 40:12, 24; 149:24
**recessed** 178:21
**recipient** 72:6, 8; 104:17; 106:20; 109:17; 111:7; 112:3; 114:13; 117:15; 118:9; 123:5; 124:1, 9; 125:9; 169:3
**recite** 78:12, 14
**recited** 132:16
**recognized** 119:20
**recommend** 178:1
**recommendations** 64:14
**record** 14:1; 20:5; 22:4, 10, 10, 23; 23:2; 34:20; 39:11; 44:16; 51:22; 52:22; 53:6; 58:18; 70:8; 78:13, 15; 81:5; 82:9; 86:1, 22; 87:18; 88:23; 95:20; 101:7, 16; 119:22; 150:11; 153:12; 160:8, 9, 13; 161:5, 15, 22; 162:6; 166:19; 167:21; 175:15; 176:3
**records** 95:19
**red** 39:8
**redacted** 102:15; 117:1
**reduce** 25:13; 138:5

**reduced** 156:9
**redwell** 10:24; 12:3
**refer** 134:2; 159:16
**reference** 18:6, 6; 131:4, 24; 132:8; 134:14; 148:18; 151:9; 165:22
**references** 106:5; 130:21
**referred** 127:19
**referring** 60:17; 61:9; 88:16; 89:6; 169:12
**refers** 127:5
**reflected** 123:10; 173:1
**reflecting** 60:4; 104:18; 106:21; 111:8; 169:4
**reflects** 105:23; 170:22
**refunds** 38:7
**refused** 66:11; 113:22; 115:18
**regard** 49:10; 146:19; 173:8
**regarding** 30:11; 39:14; 43:10; 47:12; 48:10; 49:2, 8, 14; 50:11, 12; 52:2; 60:18; 61:8; 71:13; 72:4; 90:5; 96:13; 132:23; 145:9; 147:1; 170:2
**regardless** 73:21; 74:13; 116:13
**relate** 43:11, 22; 58:6; 71:16, 19; 76:3; 78:24; 79:1; 90:16; 97:5; 101:6; 142:8
**related** 29:17; 34:24; 44:21; 72:13; 80:19; 83:12, 13; 110:12, 13; 131:8; 133:20; 145:14; 146:20; 148:1, 1; 160:24; 168:4
**relates** 16:12, 13, 15; 20:15; 34:7; 47:16; 61:12; 67:19; 79:7, 14; 81:23; 83:7; 97:10; 112:17; 114:10; 118:24; 122:20; 131:19; 133:19; 139:22; 146:3; 169:19; 170:2
**relating** 5:2; 55:10; 63:17; 73:20; 98:20; 143:17
**relation** 153:2
**relationship** 153:10, 11; 167:24
**relative** 66:7, 8
**relatively** 11:13; 166:7
**relevance** 25:23; 43:6; 55:12; 136:10; 137:6
**relevant** 26:10; 27:15; 28:3, 5, 8; 36:3, 6; 38:4, 16; 39:15, 21; 43:17; 44:13; 52:7, 14; 61:14; 63:20; 65:5; 72:22; 74:19; 77:16; 78:1; 94:8; 98:23; 114:12; 137:2; 139:22; 141:2; 144:14; 167:18; 172:22
**reliance** 4:23; 79:2; 89:1, 19; 90:10; 91:5; 96:11;

110:4; 111:11; 112:7, 9; 119:10; 140:12
**relied** 24:22; 72:16, 21; 85:3; 92:22; 115:6; 161:24
**rely** 85:5; 173:6
**relying** 20:20; 74:7, 14; 80:15; 81:6; 88:17, 24; 89:21; 90:11; 93:5, 7, 10; 94:17, 22, 24; 95:3; 112:15; 116:11; 131:15; 133:10; 152:6; 157:5; 159:17
**remainder** 57:4; 87:15
**remaining** 7:8; 97:17; 101:14
**remains** 40:16; 73:24
**remember** 44:7; 60:13
**render** 115:3
**rendered** 63:16
**rendering** 60:6
**repaid** 50:7
**repairs** 50:12, 13
**repeat** 30:4; 34:20; 94:1; 164:10
**repetitious** 165:6; 166:2
**replacement** 41:24
**report** 30:2, 9, 11; 60:6; 61:8; 63:11; 64:1; 123:11
**reporter** 40:13; 58:11, 13; 149:15; 177:9
**reports** 49:11
**representation** 56:18; 173:6
**represented** 24:15
**request** 23:23; 26:11; 31:9; 36:24; 39:4; 66:4; 69:15; 173:5
**requested** 6:8
**require** 107:22
**required** 51:13; 127:9
**reservoir** 151:24
**resolve** 42:14
**respect** 3:15, 21; 11:23, 24; 12:6; 65:4; 77:22; 79:19; 81:20; 83:5; 94:22; 98:9, 24; 107:2; 109:16; 125:17; 126:11, 23; 131:16; 133:10; 140:7, 8; 143:13; 153:6; 154:6
**Respectfully** 145:16
**respond** 12:9; 23:22; 26:23; 28:21; 33:2; 38:15; 136:23
**responding** 39:3; 53:1; 70:15; 173:5
**responsibilities** 36:20
**responsible** 53:1
**responsive** 31:9; 36:23
**rest** 10:21
**Restricted** 138:14
**result** 4:23; 7:16; 26:4; 71:11; 148:12
**resulting** 156:19
**retains** 30:22

reversed 143:7
review 13:3; 15:22; 24:23; 25:24; 26:18; 27:3; 28:1, 6; 96:2; 167:14, 16, 21; 168:4
reviewed 25:15; 52:6, 13
reviewing 153:13
reviews 177:24
revisit 178:1
rhyme 19:1
Richardson 3:1
right 3:4, 6; 4:8; 8:23; 9:22; 10:20; 12:8; 13:8, 16; 14:10, 18; 15:1, 3; 17:3; 18:8, 11; 20:19, 22; 21:4, 20; 22:20; 23:10; 29:20; 34:18; 35:8; 37:18; 40:16; 45:8; 46:22; 55:2; 56:13; 57:8, 11, 21; 58:4, 9, 19; 59:3; 60:7; 62:5, 16; 65:13; 66:19; 67:9; 70:17, 23; 76:1, 13, 23; 80:8; 81:15; 84:17, 18; 85:21; 88:9, 14; 90:2; 91:2; 92:7, 13, 15, 16; 93:9; 95:22; 96:19; 97:23; 98:6; 100:6, 18; 103:6; 104:2; 105:10; 106:11; 113:13; 117:2; 118:22; 120:23; 124:18; 125:3; 128:2; 129:15, 22, 23; 130:2; 132:12; 138:16; 144:18; 147:5; 149:19; 150:19; 156:2; 157:13; 158:10; 162:24; 173:8, 21; 175:21; 176:1, 12; 177:7, 17
right-hand 64:15, 17
ring 42:21
Robert 150:17
Robinson 32:1; 33:15; 35:14; 36:1, 1; 66:12; 113:23; 114:8, 11, 21; 115:14; 152:9, 15; 160:19; 162:9; 177:22
Robinson's 32:12; 159:5
role 42:5
rolled 150:3
Ron 109:24; 112:5; 115:24; 116:2, 9, 20; 117:19, 21; 118:11; 121:23; 124:11; 125:14
Ronny 109:19
room 27:20
Roscelli 75:7
rough 11:7; 52:5
roughly 7:3; 10:24; 20:8; 25:3, 18; 52:8
row 64:6
Rule 53:5; 107:22
ruled 69:16; 97:2
rules 36:17; 125:14, 18, 20, 21; 126:7, 11, 13, 18; 128:1
ruling 77:22; 113:23; 123:14; 124:5; 125:5; 162:12

rulings 110:6; 175:4
run 65:2; 127:18
runs 127:16
Rutledge 42:21

## S 

sales 42:9
same 5:17; 6:21; 8:4, 16, 21; 12:13, 16, 21; 15:9, 10, 12; 16:20; 18:23; 19:2; 20:16; 24:6, 21; 25:12; 30:19; 34:6, 7, 12; 35:7, 12; 36:4; 40:8; 48:23; 53:19; 63:8; 65:7; 66:6; 76:24; 77:1; 79:10, 14; 90:17; 94:13; 96:8, 11; 97:18, 20; 101:6; 111:16, 24; 112:3, 8; 115:8; 116:17; 117:11, 16; 118:1; 120:12; 121:6, 6, 7, 24; 122:12; 123:7, 14, 23; 124:5; 125:5, 16; 131:15
sample 54:15
samples 11:16; 51:13
Sandy 42:1, 3, 17; 44:3; 47:8
satellite 127:20
satisfied 82:5
satisfies 66:15
save 19:23; 76:22
saw 45:12
saying 4:16; 28:4; 30:5, 8; 31:18; 48:4, 10; 55:14; 56:8, 18; 57:2; 65:14, 15; 81:17; 84:15, 16; 85:10; 93:13; 135:6; 138:21; 139:12; 141:2, 8, 16, 18, 24; 144:21; 146:13, 18; 147:4, 8, 13; 149:3, 4; 165:23; 166:11; 171:4
scatter 18:12
Schmitt 67:7, 21, 23
Schmitt's 68:11
scope 4:22; 24:20; 72:12; 79:3; 97:1, 15; 110:3; 112:18; 131:18; 141:19; 142:6; 144:3; 147:23; 148:3; 152:19, 21; 155:2; 162:10
Sean 3:3
search 49:15, 17; 139:20, 21; 140:2, 2, 20; 141:13, 15, 15; 143:17; 168:8
second 13:9; 21:23; 39:8, 10; 44:19; 75:9; 132:21; 160:19
Secondly 37:1; 65:23
seconds 8:3; 22:6, 7; 29:22; 38:10; 133:4
secretary 17:22
secrets 30:12
sedentary 67:18
seeing 136:21
seeking 63:12; 82:13, 17;

96:2
seem 8:22; 30:13; 31:1, 3; 47:5, 18; 54:12; 91:11; 121:7; 145:1
seemed 29:24; 47:9; 53:8
seems 47:6, 11; 50:16; 52:3; 64:1; 122:12; 127:22; 136:24; 147:12; 151:15; 164:17, 22; 165:20; 168:6
sees 48:5
segments 165:7
select 54:20
selected 10:4; 15:22; 25:17
selection 6:21; 20:10; 27:4; 35:4
send 178:4
sending 170:14
sense 11:17; 24:9; 54:22; 91:23; 92:18; 115:6; 137:14; 172:4
sent 49:1; 113:21; 171:15
sentences 106:4
separate 24:5; 89:11; 138:6; 163:23
separately 119:8
September 51:15
series 76:1, 4; 156:17; 178:1
service 168:2, 3
set 6:14; 9:15, 16; 10:7; 25:3, 12; 26:12, 21; 34:7, 14; 35:18, 19; 52:11, 16; 78:6; 79:5; 87:15; 94:24; 95:20; 148:8
set-up 30:16
sets 147:13; 148:4
seven 36:12
several 7:11; 15:2; 56:3; 88:18, 18; 146:18; 150:4; 158:15
Shaper 130:10
share 8:21; 37:13
sheet 14:13
sheets 174:13
shifting 52:24
short 132:18
shortcut 36:19
shortly 60:21
show 10:18; 14:7; 83:17
shows 106:9; 107:16; 164:24
shred 178:8
shut 165:5
side 40:4; 42:9, 9, 10; 64:18
sides 101:17
Sidley 24:15; 25:2; 26:13; 27:18
significance 107:21
silence 155:4
similar 49:8; 74:1, 4; 98:10; 101:4; 106:17;

111:4; 121:7
similarly 20:14
simple 63:5; 103:18
simply 3:23; 8:2; 13:1; 26:1, 17; 31:16; 32:11; 35:21; 42:14; 47:3; 69:7; 81:1; 91:12; 93:5, 15, 21; 94:23; 97:4; 104:17; 106:21; 110:7; 116:22; 132:15; 135:13; 144:2; 147:2, 9, 13; 148:4; 149:4
sincere 166:12
sincerity 176:9
Single 80:5; 102:5; 152:11; 172:18
sit 13:1
sitting 27:21
situation 9:9; 65:8; 91:18; 111:24; 136:15; 160:24; 167:15
six 36:12; 79:21; 119:20; 154:18, 19; 167:7
Skadden 112:12
skip 109:1; 158:12
slow 11:13
SLR 152:15
small 27:12, 14; 102:13; 133:23
smaller 52:6
Smith 169:3; 170:8, 9; 173:8
snow 28:11
Snowing 28:15
software 30:14; 50:11
sole 3:20; 11:23
somebody 12:20; 17:5; 23:22; 95:3; 109:21, 22; 116:8; 120:4; 137:20
somehow 116:10; 137:7
someone 17:11; 36:22; 37:6, 7; 68:4; 72:19; 79:17; 97:11; 110:8, 8; 122:21; 145:13; 171:12; 172:1
someone's 98:18
Somervill 118:18, 19; 120:17; 121:12; 123:10; 124:3, 16, 20, 20, 22; 139:18
Somervill's 121:11
Sometimes 21:11; 115:8; 140:7, 8; 151:2, 2
somewhat 95:14
somewhere 18:13; 33:20; 37:5; 118:22; 166:17
sorry 33:6; 46:3; 67:14; 87:5; 102:1; 157:18
sort 4:2, 2; 97:10; 139:5; 153:11; 156:21; 161:2
sorts 43:10; 163:13
sought 73:23; 88:14
sound 172:22
sounds 44:6; 149:23; 172:10, 13
source 35:2

Sowen 67:8; 68:7, 8
Spalding 64:9; 69:3, 5; 140:21; 142:14, 16, 18, 20; 143:6, 8, 16
speak 71:9; 129:24
speaking 102:23
SPECIAL 3:4, 9; 4:4, 8, 16; 5:5, 18, 20, 24; 6:4, 11, 16; 7:18; 8:9, 23; 9:22; 10:1; 11:2, 6, 10, 20; 12:2, 8, 10; 13:8, 13, 16, 19; 14:4, 14, 16, 20; 15:1, 5, 15, 20; 16:4; 17:3, 9, 13, 17, 20; 18:5, 15, 19; 19:3, 7, 13, 21; 20:2, 6, 9, 17, 23; 21:13, 18, 24; 22:3, 14, 17, 20, 24; 23:10, 12; 24:12; 26:24; 27:6; 29:3, 5, 8; 32:16; 33:24; 34:3, 11, 16, 19; 35:1, 8, 13, 23; 37:11; 38:13, 18, 22; 39:1; 40:19, 23; 41:1, 11, 17; 42:1, 6, 11; 43:2; 44:3, 7, 11, 18, 21; 45:2, 8, 14, 17, 21; 46:1, 5, 9, 12, 17, 21; 47:2; 48:3; 51:12, 24; 52:23; 53:23; 54:6, 12, 23; 55:14, 18; 56:15, 17, 23; 57:11, 14, 21; 58:4, 9, 16, 19; 59:3, 8, 14, 21; 60:7, 11, 14; 61:19, 23; 62:5, 9, 13, 16, 22; 63:1, 24; 64:17, 21, 24; 65:10, 14, 19; 66:5, 13, 22; 67:9, 14, 23; 68:10, 15, 20; 69:9, 11, 16, 19, 23; 70:5, 9, 17; 71:4, 7; 72:23; 73:3, 10, 18; 75:4, 7, 10, 16, 20, 22; 76:7, 18; 77:11, 21; 78:3, 7, 11; 80:3, 8; 81:15; 82:8, 15, 24; 84:14; 85:21; 86:18; 87:3, 10, 13, 17, 20; 88:6, 12, 23; 89:13, 18; 90:2; 91:1, 4, 7, 9, 20, 24; 93:7, 13; 94:6; 95:4, 12, 19; 96:9, 15, 19, 23; 97:23; 98:3; 99:12, 20; 100:1, 4, 8, 17, 21; 101:1, 9, 15; 102:7, 21; 103:1, 6, 11; 104:2, 6, 11; 105:1, 4, 7, 15, 22; 106:8, 11, 14; 107:11, 18; 108:5, 8, 12, 15, 18, 23; 109:1, 7, 9, 13; 110:14, 18, 20, 24; 111:17, 21; 112:11, 20; 113:6, 9, 12, 15, 18; 114:7, 15; 115:1, 21; 116:15; 117:2, 7, 13; 118:1, 15, 19, 21; 119:6, 16, 21; 120:16, 20; 121:2, 17; 122:3, 14, 16, 23; 123:12, 18; 124:4, 14, 21; 125:1, 5; 126:3, 15, 20; 127:1, 8, 18; 128:2, 7, 10, 15, 18, 21; 129:1, 6, 12, 18; 130:5; 132:12; 135:18, 24; 136:3, 24; 137:13; 138:7, 16, 20; 141:7; 142:16; 143:11; 144:1, 5, 10, 18; 145:24; 146:12; 147:4, 11, 18; 148:18, 22; 149:3, 12, 18; 150:1, 10, 19; 151:1, 7; 152:4, 17;

154:8, 16; 155:17; 156:2, 7; 157:4, 9, 13; 159:13, 20; 160:2; 162:22; 163:2, 6; 164:5; 166:21; 167:4, 19, 23; 168:6, 16, 18; 170:8, 14; 171:4, 7, 20; 172:13; 173:4, 12, 15, 21; 174:7, 10, 15, 21; 175:5, 16, 19, 22; 176:1, 18, 21; 177:5, 7, 17, 21; 178:6, 11, 15
specific 66:4
specifically 3:19; 75:12
speculative 166:3
speed 5:22
speeded 71:6
spill 46:12
spirit 176:9
Spitz 47:4
spoke 152:3
square 40:2
stage 9:1; 146:8
stake 93:18
stand 116:14
standard 126:16; 127:11; 148:8, 10
standards 146:14, 15; 147:1, 14, 14, 16; 148:5, 12, 14, 16
stands 109:10
staple 102:3, 5
start 39:5; 83:11; 98:11; 99:6; 104:4; 109:14; 150:2
started 46:24; 82:2; 157:18; 158:3, 7, 8
starting 11:18; 154:9
starving 149:15
state 39:11; 74:8; 79:18, 19; 80:20; 81:2; 84:6, 19; 85:18; 86:22; 90:22; 91:14; 93:22; 94:4; 98:21; 99:11; 114:13; 145:6, 11; 155:11
stated 119:9
statement 130:23
status 60:6, 18; 61:8; 63:11; 64:14
statute 130:21
stay 66:16
stays 66:18
step 31:7, 7, 11
stepped 40:4
steps 146:16
stiff 166:7
still 3:17; 6:19; 7:8, 11, 12; 10:6; 46:3; 73:24; 74:7, 22; 75:3; 79:18; 84:24; 90:22; 112:23; 113:16; 119:4; 129:3; 131:14; 163:9, 10; 170:6; 174:16, 17
stimulate 147:19
stock 53:12
stop 105:8; 160:7
stopped 158:8

story 21:7; 81:12; 83:18; 84:23; 115:14
stranger 29:12
strategic 97:12; 122:20
strategies 165:11
strategy 28:13
stretch 38:10
strikes 176:12
strong 55:24
stuff 39:3; 77:24; 171:1; 178:8
subject 3:23; 8:7; 12:15; 15:12; 23:20; 31:12; 42:13; 48:13; 79:10, 11; 81:24; 90:17; 95:13; 138:3, 21; 144:7
submitted 158:14
subscribers 49:3
subset 27:14; 28:11; 47:16; 52:6
subsidiaries 163:13
subsidiary 163:14
substantive 103:19
success 43:13, 16, 16, 23; 99:6
successful 43:19
sudden 74:10; 85:11
Sue 130:10
sued 156:5; 169:9
suggest 3:7; 17:4; 58:5; 168:8
suggested 8:18
suggesting 66:6
suggestion 3:14
suggests 160:14; 162:6
suit 5:2, 3; 60:20; 61:12; 63:18; 70:16; 71:13, 17; 72:4; 73:20; 74:13, 19; 80:5; 83:23; 96:3, 13; 98:21; 103:21; 104:18; 106:22; 131:23; 132:7; 134:9, 20, 24; 140:24; 142:9; 151:10
suits 16:13
sum 145:10
supervisor 68:8
support 81:17
supports 159:6
suppose 92:8
sure 5:20, 24; 6:22; 18:18; 21:6; 22:14; 23:3, 10; 33:15; 41:11; 51:24; 54:10; 55:5, 13; 61:9; 62:22; 65:5; 66:3; 67:11; 68:16; 70:10; 76:5, 13; 77:8, 19; 78:17; 87:21, 21; 88:16; 91:15; 103:4; 104:21; 112:23; 113:4, 10; 114:15, 22; 137:10; 147:11; 150:22; 151:19; 154:16; 155:1; 160:2; 163:16, 18; 167:16; 171:11; 172:11, 15, 20; 173:4; 176:24; 177:5, 18
surrounding 43:18

suspect 6:23; 171:16
swapped 55:23
sweep 147:24
sweeping 119:24; 120:3
sweeps 119:12
symbols 171:9
system 20:13; 37:2; 66:17; 68:1, 19; 127:21; 146:19; 157:16, 21; 161:20
systems 24:21

**T**

table 98:12
talk 6:1; 8:5; 40:19; 55:7; 71:2; 78:4; 169:8
talked 40:2; 123:24
talking 55:8; 61:1; 63:8; 77:9, 14; 80:4; 83:12; 98:24; 109:15; 120:10; 122:1; 134:3; 138:12, 18; 142:11; 146:21; 151:16; 152:18; 156:18; 158:1; 161:9, 10; 165:21; 166:6; 167:24
talks 136:16
tangential 107:19
tangible 39:18
tasks 162:20
team 30:2, 9, 10; 68:17; 84:10
technical 42:9, 10; 68:17; 143:3
Telecheck 3:2; 5:10; 7:14; 23:22; 24:6, 8, 14, 15; 27:11, 13; 28:9; 29:17; 31:6; 35:5; 37:17; 41:23; 42:4, 8, 17; 43:1; 44:5; 54:8; 55:16; 58:23; 59:15; 60:19; 63:12, 14, 17; 67:20; 68:2, 9, 17; 71:20, 22, 24; 72:15, 17; 74:8, 8; 79:12; 80:15, 21; 83:15, 18; 84:2, 5, 6, 12; 85:2, 3, 4; 88:14, 16, 24; 89:4, 7, 10, 14, 21; 90:11; 91:22; 92:18, 19, 21, 22; 93:2, 5, 11, 15; 94:15; 95:9, 10, 14; 96:4; 98:14; 100:14, 16; 111:5; 112:15; 113:22; 116:5, 8, 9, 11; 117:23; 122:9; 130:13; 134:17; 135:1; 143:22, 22; 147:15; 148:7; 152:6, 7; 153:4, 13; 154:4, 10, 18, 20; 155:20; 156:1, 5, 16, 20; 157:5, 15; 159:4, 8, 9, 17; 160:5, 15; 161:20, 23; 162:21; 163:7, 9, 18, 22, 23; 164:17, 20, 24; 165:9; 166:8; 167:11; 168:5; 169:7, 9; 170:10, 18; 173:11
Telecheck's 3:22; 4:6; 5:8; 22:13; 59:6; 67:2; 70:12; 71:11; 72:13; 73:13, 21; 74:1; 79:2, 13;

80:20; 81:2; 91:14; 92:24; 94:2; 95:10, 24; 109:6; 112:1; 116:5; 117:10; 118:5; 121:20; 125:10; 130:8; 139:15; 142:13; 155:12; 159:3; 162:7; 167:6; 170:11
Telecheck/First 48:2; 93:12
teleconference 6:6
tells 139:21
Templeton 130:12
temporal 154:3
ten 8:3; 19:21, 23; 20:3, 7, 8; 22:7; 23:14; 29:9, 22; 32:18; 38:9; 143:9
tens 98:16
terminal 49:22; 55:11
terminals 41:17, 19, 21, 24; 46:16
terms 8:7, 8, 10; 50:6; 84:6; 105:13; 144:8; 149:5; 165:4
test 74:15
testify 112:22
testimony 114:12, 23
Texas 169:8, 9; 173:7
Thanks 23:11; 45:24; 69:22; 88:6; 128:2, 13, 17; 176:1; 177:9
theme 81:13
thereafter 110:10
therefore 37:9; 90:24; 135:9; 161:7
thereto 153:2
thick 11:1
thinking 84:1; 85:19; 98:22; 103:17; 106:1; 115:23; 131:15
third 5:6; 9:20; 39:9; 41:15; 45:5; 91:18; 113:5; 150:14; 169:10, 15
third-party 45:6; 49:14; 163:22
thorough 144:24
thoroughly 141:22
though 24:14; 31:12; 50:3; 53:10; 74:20; 92:4; 143:1, 2; 145:7; 146:13; 151:11
thought 8:6, 8; 15:23; 32:15; 35:11, 17, 20; 38:16; 44:15; 45:3; 46:10; 85:15
thoughts 135:19
three 10:24; 11:1; 12:3; 32:17; 39:7; 51:12; 80:6; 82:22; 92:9; 96:17; 136:4; 167:10
throughout 89:10
throwing 99:3
Tim 3:2; 5:19; 45:22; 76:9
tiny 132:15; 135:17
tire 146:22
title 68:18; 168:10

titled 168:9
today 6:2, 3; 7:9, 11; 10:7; 39:9; 47:18; 51:16; 56:18; 62:21; 65:2; 81:11; 91:10; 101:10, 13; 156:14; 157:17; 158:5
together 18:20; 56:1, 5; 76:20; 127:7; 175:3
told 27:19; 34:16; 66:17; 80:20; 145:13
took 11:13
top 4:19; 102:24
topic 20:16; 26:6; 56:3; 110:11, 12; 137:15; 140:3
topics 43:10
total 145:5, 10
totally 37:1; 50:5; 66:3; 150:8; 164:20; 165:4; 168:9, 11
touch 56:9; 151:19, 20, 22
trade 170:12
transaction 126:19
transactions 126:8, 9; 127:24; 128:1
transcript 17:5, 18; 178:13
transmission 173:10
transmittal 173:8
transmitting 60:5; 171:1
treasure 164:11
Treasury 25:7, 9; 34:6; 169:3, 6, 9, 21, 23; 170:15, 16, 19
tremendous 7:14
trial 39:22, 23; 60:24; 79:15; 81:12; 82:4, 7; 83:19; 94:16; 112:22; 150:5; 158:4, 23; 165:19
tried 6:20
troubles 159:21
true 37:24; 107:18; 136:10
truly 83:20; 92:2
try 28:11; 83:22; 94:16
trying 33:11; 42:5, 14; 48:7; 74:4; 78:1; 86:20; 115:22; 137:6
turn 14:17; 28:16; 36:2; 69:12; 95:13; 144:22
turned 27:15; 50:22, 23; 51:20; 57:6, 9; 117:5
turnover 53:5
two 14:24; 23:13; 24:20; 40:10; 57:19; 62:19, 21; 71:21; 73:15; 75:17; 88:13; 92:12; 97:8; 106:4; 121:8; 124:19; 127:6; 130:12; 135:6; 149:16; 150:14; 153:17, 23; 155:7; 156:24, 24; 157:12; 159:8, 24; 160:3; 167:2; 174:12
two-step 65:20
type 99:1, 8; 119:1
types 9:5, 6; 16:22

typical 106:3
typically 132:11; 143:2

**U**

ultimate 8:16
ultimately 144:9; 155:1; 156:5
unbroken 56:4
undated 106:19
under 53:5; 64:8; 69:3; 107:22; 122:12; 138:5; 139:2; 142:14
underlying 170:4
underneath 68:19
understood 150:20; 164:13
unenforceability 79:1; 83:10
unenforceable 81:21; 82:21
unfortunately 152:11
Unless 53:17; 161:15
unreasonable 32:13; 35:20
unrelated 30:5, 6, 15, 24; 33:20; 173:7
unsuccessful 43:19
up 3:11; 5:22; 8:13; 13:20; 21:2; 22:10, 18; 33:9; 37:5; 41:13; 51:17; 53:19; 59:20; 60:1, 23, 23; 65:11; 70:21; 74:11; 78:14; 82:3; 83:19; 84:10; 85:10; 87:19; 98:8; 103:2; 105:3; 114:1, 23; 116:9; 129:2; 132:2; 141:23; 144:22; 149:17; 156:22; 159:11; 160:17; 178:4
update 54:21; 55:4; 107:15
updated 89:9; 104:24; 107:3
updates 107:6
upon 42:13; 56:9; 83:1; 91:11; 95:6; 115:6; 151:19, 21, 22; 165:9
use 43:7; 120:1; 139:7; 175:10, 19
used 9:5; 26:12; 119:24; 130:17; 131:13
uses 103:14
using 168:20, 21
usually 102:24
utilized 47:22; 170:21

**V**

v 152:13
valid 79:24; 85:8, 16; 148:17
validity 77:9; 79:1, 7, 8, 20; 81:17; 90:6; 99:5; 131:22; 132:6, 21; 133:5, 14; 134:11; 135:15; 140:22
value 95:14; 120:4
varied 90:10; 119:3
various 9:18
vastly 134:16
vendors 49:14
veracity 74:15
VeriFone 41:2, 13, 20, 23; 46:18, 18; 48:18, 19; 49:19; 50:4, 16, 22, 22; 54:8, 21, 24; 55:11; 56:9, 19; 57:15; 80:14; 159:16
version 104:22
versus 19:1; 29:17; 148:17
vice 44:4
view 26:15; 29:6, 6; 33:16; 81:16; 90:4; 94:7; 103:7
viewing 94:9
virtually 8:13; 25:17; 111:13
Visa 74:5, 7; 91:15
vitality 92:3
volume 6:23; 7:13, 15; 8:12; 24:2; 25:14
voluntarily 111:5

**W**

W 175:7, 13, 21, 22, 23
wait 46:6
waive 90:20; 138:11
waived 5:14; 37:18; 51:1, 20; 53:16; 57:7, 8; 81:23; 91:23; 98:10; 110:10; 112:6; 116:23; 118:2; 120:11; 121:4; 122:3, 14, 24; 123:8, 14, 24; 125:6, 17; 128:10; 138:23; 139:2, 7, 9; 149:10, 13; 166:23; 169:16; 175:14, 23
waiver 4:22; 12:22; 41:5; 61:16; 63:7; 71:11; 72:13; 79:11; 90:9; 95:1; 97:16; 112:19; 119:5; 138:2, 5, 9, 12, 13; 139:5, 12; 141:19; 144:4; 147:23; 148:4; 152:19, 21; 158:9; 161:12; 162:10; 163:22
walk 70:21
walking 67:15
warranty 41:22; 50:13
Washington 150:17
waste 63:22
way 3:7; 11:8; 17:5; 20:14; 28:18; 36:16; 39:2; 40:20; 41:10; 45:7; 46:21; 54:13; 58:10; 59:12, 22; 60:19, 23; 63:2; 82:3, 7; 83:2, 19; 84:5; 93:2; 125:20; 136:20; 141:3; 155:8; 162:8; 163:15; 176:6
ways 28:14; 120:9
web 171:23, 24; 172:2, 3, 3
week 17:6
weekly 49:10
weeks 6:7
weight 94:21
weren't 93:16
West 150:18
what's 31:5; 48:9; 119:8; 137:2; 150:10; 157:22; 160:7
whatsoever 84:5; 93:6
who's 37:7; 42:1; 75:7; 103:13; 128:4; 169:16
whole 77:24; 81:13; 110:13
wholly 4:12
whose 102:13, 17, 19; 110:15; 121:12
wide 26:6; 43:9; 120:2, 2, 3
wide-ranging 163:12
wider 166:9
width 49:6
willful 83:23; 89:2, 20; 98:19; 99:1, 10; 158:2
willfulness 89:23; 90:1
Williams 130:12
willing 38:14; 83:7
willy 35:4
Winter 143:5
withdraw 65:4
withheld 175:8, 14
withhold 90:21
within 4:22; 42:4, 24; 57:19; 66:18; 71:20; 72:5, 12; 73:14, 15; 88:9; 102:12; 131:17; 142:6; 146:5; 152:20; 170:17; 173:10
without 41:3; 136:21
witness 114:2; 151:5
witnesses 116:13; 150:23
woman 75:19
word 103:15, 16; 106:4; 168:11; 169:11
words 10:19; 19:14; 41:8; 94:6; 148:13; 171:13
work 28:19; 33:19; 47:18; 76:19; 104:19; 106:6, 14; 107:20, 21; 108:12; 150:14; 154:22, 23; 155:3; 170:1; 173:1; 174:15
worked 89:4
working 4:9; 17:22; 104:23; 105:1, 6; 107:17
works 36:16; 37:14; 129:16; 146:19
worry 85:16
writing 102:17, 20; 110:15; 121:11, 12; 156:9
written 13:24; 93:17; 124:15, 16; 156:11
wrong 74:12; 81:7
wrote 102:12

**X**



X 37:12

**Y**

Y 175:9, 16, 19
Yang 122:7, 8, 11, 18; 123:22; 124:12; 125:14
year 24:10; 71:20; 73:15; 74:18; 155:7
years 73:16; 143:9; 154:18, 19; 158:12