# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Defendant TeleCheck Services, Inc. ("TeleCheck") shall respond to LML Patent Corp.'s ("LML") November 17, 2005 response to TeleCheck's objections to the Special Discovery Master's October 25, 2005 rulings is hereby extended to and including November 28, 2005.  This extension will not affect any remaining scheduled dates in this case.

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ Sean P. Hayes |
| Richard K. Herrmann (I.D. No. 405) | William J. Marsden, Jr. (I.D. No. 2247) |
| Mary B. Matterer (I.D. No. 2696) | Timothy Devlin (I.D. No. 4241) |
| MORRIS JAMES HITCHENS | Sean P. Hayes (I.D. No. 4413) |
| & WILLIAMS LLP | FISH & RICHARDSON P.C. |
| 222 Delaware Avenue, 10th Floor | 919 North Market Street, Suite 1000 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| 302.888.6800 | 302.652.5070 |
| rherrmann@morrisjames.com | marsden@fr.com |
| mmatterer@morrisjames.com | tdevlin@fr.com |
| | hayes@fr.com |
| *Counsel for Plaintiff* | |
| *LML Patent Corp.* | *Counsel for Defendant* |
| | *TeleCheck Services, Inc.* |

**SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge

80028398.doc