IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-858-SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARINGHOUSE, | ) |
| INC., XPRESSCHEX, INC. and | ) |
| INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of November, 2005, having reviewed the pending motions by defendants for leave to file amended answers and counterclaims asserting new theories of inequitable conduct;

IT IS ORDERED that said motions (D.I. 210, 232, 244) are granted. Although these defendants filed their motions past the deadline for filing amended pleadings (a date set by the parties before the deadline for document production), the papers disclose that the proposed amendments relate to facts known to plaintiff and only recently discovered by defendants. Therefore, the delay in filing these motions is not undue, prejudicial, being made in

bad faith or for a dilatory motive.

                                                                      _____
                                                                      United States District Judge