IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> **PUBLIC VERSION** |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF TELECHECK'S
MEMORANDUM IN OPPOSITION TO LML'S
*DAUBERT* MOTION NO. 1**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Stamatios Stamoulis (#4606)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

*Attorneys for TeleCheck Services, Inc*

Dated: November 14, 2005
Public Version: November 21, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("Telecheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of TeleCheck's Memorandum in Opposition to LML's Daubert Motion No. 1: For A Ruling Limiting The Testimony of David P. Kurrasch.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition testimony of David P. Kurrasch taken on Sept. 29, 2005 - REDACTED.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Supplemental Expert Report of David P. Kurrasch Regarding Invalidity dated Sept.6, 2005. - REDACTED

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on November 14, 2005.

                                             */s/ Timothy Devlin*
                                             Timothy Devlin (#4241)

## CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2005, I electronically filed the PUBLIC VERSION OF DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF TELECHECK'S MEMORANDUM IN OPPOSITION TO LML'S *DAUBERT* MOTION NO. 1 with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Richard K. Herrmann, Esq. | Richard D. Kirk, Esq. |
| Morris, James Hitchens & Williams LLP | The Bayard Firm |
| 222 Delaware Avenue, 10th Floor | 222 Delaware Avenue, Suite 900 |
| Wilmington, DE  19899 | Wilmington, DE  19801 |

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

    Additionally, I hereby certify that on the 21st day of November, the foregoing document was served via email on the following non-registered participants.

| | |
|---|---|
| Robert Jacobs, Esq. | Mark C. Scarsi, Esq. |
| Belasco Jacobs & Townsley, LLP | O'Melveny & Myers LLP |
| Howard Hughes Center | 400 S Hope Street |
| 6100 Center Drive, Suite 630 | Los Angeles, CA 90071 |
| Los Angeles, CA  90045 | |

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

                                                   /s/ Timothy Devlin
                                                    Timothy Devlin