IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> REDACTED PUBLIC VERSION |

DECLARATION OF MICHELLE L. DAVIDSON IN SUPPORT OF
NOVA INFORMATION SYSTEMS, INC.'S OPPOSITION TO LML'S *DAUBERT*
MOTION NO. 4 TO LIMIT THE TESTIMONY OF ALAN G. GOEDDE

November 14, 2005
(Original filing date)

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Michelle L. Davidson
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

## DECLARATION OF MICHELLE L. DAVIDSON

I, Michelle L. Davidson, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California and an attorney in the law firm of O'Melveny & Myers LLP, counsel for defendant Nova Information System, Inc. I have been admitted *pro hac vice* to appear on Nova's behalf in this action. All of the facts set forth herein are known to me personally and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Alan G. Goedde's expert report on damages offered on behalf of Nova, dated September 20, 2005. I have attached a complete copy of Dr. Goedde's report because the copy of the report attached to Robin Rademacher's October 28, 2005 declaration in support of plaintiff LML Patent Corp.'s *Daubert* motion was incomplete. In the copy served on Nova, Ms. Rademacher's attachment did not include the schedules of calculations as well as other attachments from the report.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Alan J. Cox's expert report on damages offered on behalf of LML, dated August 12, 2005.

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant pages from the deposition of Alan J. Cox, taken on September 29, 2005.

5. Attached hereto as Exhibit 4 is a true and correct copy of the relevant pages from the deposition of Alan G. Goedde, taken on October 6, 2005.

6. Attached hereto as Exhibit 5 is a true and correct copy of the relevant pages from the deposition of Amy Goodson, testifying as Nova's Rule 30(b)(6) witness, taken on July 21, 2005.

I declare under penalty of perjury under the laws of the United States of America and the State of Delaware that the foregoing is true and correct. Executed this 14th day of November 2005, in Los Angeles, California.

*Michelle L. Davidson* (signature)
Michelle L. Davidson

ALL EXHIBITS ATTACHED TO THIS
DECLARATION ARE CONFIDENTIAL
UNDER THE PROTECTIVE ORDER
AND REMAIN UNDER SEAL

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 21, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on November 21, 2005, copies of the foregoing document were sent by email to the above local counsel and to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Soo Choi, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Hard copies of said document will be served by hand on local counsel and by first class mail on outside counsel on November 22, 2005.

/s/ Richard D. Kirk (rk0922)

607129v1