
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>     Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC.,<br><br>     Defendants. | C.A. 04-858 (SLR)<br><br>**REDACTED PUBLIC VERSION** |

**DECLARATION OF VISION L. WINTER IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, ELECTRONIC CLEARING HOUSE, INC., AND XPRESSCHEX, INC.'S MEMORANDUM IN OPPOSITION TO LML'S *DAUBERT* MOTION TO LIMIT THE TESTIMONY OF STEPHEN A. SCHUTZE**

November 21, 2005

OF COUNSEL:
Mark C. Scarsi
Michelle L. Davidson
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

I, Vision L. Winter, hereby declare and state as follows:

1. I am an associate in the law firm of O'Melveny & Myers LLP, counsel of record for Defendant Nova Information Systems, Inc ("Nova") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts as set forth below.

2. I submit this declaration in support of Defendant Nova Information Systems, Electronic Clearing House, Inc., and Xpresschex, Inc.'s Memorandum in Opposition to LML's *Daubert* Motion to Limit the Testimony of Stephen A. Schutze.

3. Attached hereto as Exhibit A is a true and correct copy of Stephen A. Schutze's Work Experience and Professional Qualifications.

4. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Stephen A. Schutze regarding non-infringement dated September 20, 2005.

5. Attached hereto as Exhibit C is a true and correct copy of relevant portions of Gary L. Tinkel's deposition transcript dated September 28, 2005.

6. Attached hereto as Exhibit D is a true and correct copy of a letter from Vision L. Winter to Jamie McDole dated April 5, 2005.

7. Attached hereto as Exhibit E is a true and correct copy of a letter from Russell E. Levine, P.C. to Vision L. Winter dated August 25, 2005.

8. Attached hereto as Exhibit F is a true and correct copy of LML's Memorandum in Support of its *Daubert* Motion No. 2: For a Ruling Limiting the Testimony of Stephen A. Schutze.

9. Attached hereto as Exhibit G is a true and correct copy of a letter from Jon L. Roberts, Ph.D. to Ronald S. Laurie, Esq. dated October 1, 1977. This document bears bates numbers LML-EP-017104 to LML-EP-017117. This document is CONFIDENTIAL – ATTORNEYS EYES ONLY – OUTSIDE COUNSEL ONLY.

10. Attached hereto as Exhibit H is a true and correct copy of a letter from Patrick H.

Gaines, President of ChequeMark Inc. to Kris D. Winckler, President of Magic Software Development dated September 15, 1998 enclosing a legal opinion from the law firm of Birch, Stewart, Kolasch & Birch, LLP dated February 6, 1988. This document bears bates numbers LML-EP-029571 to LML-EP-029582. This document is CONFIDENTIAL – ATTORNEYS EYES ONLY – OUTSIDE COUNSEL ONLY.

I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct and this declaration was executed by me in Los Angeles, California on November 14, 2005.

*[signature]*

Vision L. Winter

LA2:782636.1

ALL EXHIBITS ATTACHED TO THIS
DECLARATION ARE CONFIDENTIAL
UNDER THE PROTECTIVE ORDER
AND REMAIN UNDER SEAL

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 21, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on November 21, 2005, copies of the foregoing document were sent by email to the above local counsel and to the following non-registered participants:

Russell E. Levine, Esq.
Christian Chadd Taylor, Esq.
Edward K. Runyan, Esq.
Soo Choi, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Hard copies of said document will be served by hand on local counsel and by first class mail on outside counsel on November 22, 2005.

/s/ Richard D. Kirk (rk0922)

607129v1