IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> REDACTED PUBLIC VERSION |

**DECLARATION OF STEPHEN A. SCHUTZE IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S RESPONSE TO PLAINTIFF LML PATENT CORP.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

November 15, 2005
(Original filing date)

THE BAYARD FIRM

Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Michelle L. Davidson
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

609477v1

I, Stephen A. Schutze, hereby declare and state as follows:

1.	I am the Managing Director of Forward Financial Consulting. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify about these facts, I could and would do so competently under oath.

2.	I hold a Bachelor of Science degree in Education from Ohio Northern University and I have completed coursework towards my Masters degree at Wayne State University in Michigan.

3.	Prior to launching Forward Financial Consulting, I was the Director of eStrategies at the American Bankers Association (the "ABA"). I oversaw electronic commerce policy development, helped formulate legislative and regulatory positions on electronic commerce and payment system issues, and fostered awareness of electronic commerce among member banks to enable them to compete more effectively.

4.	I am currently on the Steering Committee of National Automated Clearing House Association's ("NACHA") Electronic Check Council, after having served as the previous Chairman of the Electronic Check Council. Before serving as the Chairman of the Electronic Check Council, I was the leader of the Council's Point of Sale Work Group.

5.	Before coming to the ABA, I was Senior Vice President at Bank of America in Business Transformation, directing payment systems strategies, check imaging strategic planning and Check Safekeeping.

6.	I submit this declaration in support of Defendant Nova Information Systems, Inc.'s Response To Plaintiff LML Patent Corp.'s Motion For Summary Judgment Of Infringement. I have been retained by Nova Information Systems, Inc. as an expert in this litigation. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7.	I have spent a significant amount of time studying the Nova Electronic Check Service. As part of that work, I have observed as a Nova merchant processed or attempted to process several types of checks, including foreign and U.S. personal checks. Based on this and other work I have done, I believe that I am quite familiar with the capabilities and limitations of

the Nova Electronic Check Service.

8.  Not only are merchants and service providers not allowed to submit certain types of checks to the Nova Electronic Check Service, the Nova system cannot read (much less process) certain types of checks, including certain foreign checks.

9.  To test the capabilities of the Nova Electronic Check Service, ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ merchant that processes checks through the NOVA Electronic Check Service using a Hypercom T7 Plus terminal with an attached RDM EC6000i check reader.





Figure 1. French Check Submitted to Portrait Innovations

12.     The RDM 6000i check reader used by Portrait Innovations was incapable of reading or receiving the MICR information from the French check shown in Figure 1 above. This result is consistent with the reader's design. The RDM 6000i check reader used in the Nova system is not designed to, and cannot, read CMC-7 MICR font. (*See* Ex. _, Winter Decl.)

13.     At Portrait Innovations, I also tried to submit an Israeli check and obtained the same results as I had with the French check. As with the French check, the MICR font on the Israeli check was written in CMC-7 font.

14.


16.     While at Portrait Innovations, I also submitted to the Nova Electronic Check Service a personal check drawn on my personal bank account. The transaction was processed as Nova describes in its product literature with the terminal producing an authorization slip, which I signed.

17.     Not all checks are formatted the same way. One key difference includes the different types of fonts used in the MICR lines on checks. Two of the most popular fonts used throughout the world are the E13B MICR font (Fig. 2), which is used on checks from U.S. banks, and the CMC-7 MICR font (Fig. 3), which is used by many foreign banks. There are clear differences between the fonts even to an untrained eye.

0 1 2 3 4 5 6 7 8 9

**Fig. 2**
**E13B MICR Font**

0 1 2 3 4 5 6 7 8 9

**Fig. 3**
**CMC-7 MICR Font**

18.     The U.S. Automated Clearing House cannot process transactions based on foreign checks and cannot transfer foreign funds between accounts.

19.     Figure 3 below is a true and accurate copy of the personal check I used at Portrait Innovations. This check is fairly typical of U.S. personal bank checks. The three sets of numbers along the bottom of the check are the ABA/Routing Transit number, the bank account number, and the check serial number.



Fig. 3. Typical U.S. Personal Check Showing Elements of MICR line, with Annotations.

20.     The MICR line on the personal check I used ▮▮▮▮▮▮▮▮▮ contains several pieces on information. The most relevant pieces of information for this discussion are the ABA/Routing Transit Number (which identifies the financial institution), the consumer account number (which identifies a particular consumer bank account), and the check serial number (often referred to as the "check number", which is transaction specific and unique to each transaction).

21. The ABA/Routing transit number and the Account Number as identified in Fig. 3 identify the source depository account. The check serial number (or "check number") can not be used to identify the source depository account. While the check serial number is unique to each check drawn on a specific account, the same check serial numbers are commonly used on different accounts (i.e., many check books begin at check number 101 or 1001).

I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct. Executed in Midlothian, Virginia on November 15, 2005.

/s/ Stephen A. Schutze