IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>Defendants. | C.A. 04-858 (SLR)<br><br>REDACTED PUBLIC VERSION |

**DECLARATION OF AMY W. GUTIERREZ IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S RESPONSE TO PLAINTIFF LML PATENT CORP.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

November 15, 2005
(Original filing date)

THE BAYARD FIRM

Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Michelle L. Davidson
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

609478v1

I, Amy W. Gutierrez, hereby declare as follows:

1. I am the Vice President of Strategic Business Development at Nova Information Systems, Inc., a defendant in this action. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify about these facts, I could and would do so competently under oath.

2. I submit this declaration in support of Defendant Nova Information Systems, Inc.'s Response To Plaintiff LML Patent Corp.'s Motion For Summary Judgment Of Infringement.

3. I graduated from Roanoke College in Roanoke Virginia in 1989 with a bachelor's degree. My major course of study was business with a minor in English.

4. Since 1989, I have worked for a variety of companies in the payments or banking industry. From July 2003 to the present, I have been employed by Nova. I have direct responsibility for Nova's Electronic Check Service and am very familiar with its operation and capabilities.

5. 

609478v1



6.	The Nova Electronic Check Service can only accept checks that meet certain requirements. For example, the Nova Electronic Check Service cannot accept third party checks or foreign checks. The consumer is required to completely fill out and sign the check before presenting it to the merchant.



10.	In addition to other requirements, the Nova Electronic Check Service cannot process a check unless it has the

11.	Nova can only accept and process checks that take on the status of negotiable instruments, *e.g.*, checks that are completed and signed. The completed and signed check is accepted and processed by the Nova system as outlined above.



17.     Nova now offers an Electronic Check Service product called viaWARP. viaWARP is a distributed PC software product that creates a virtual terminal that allows merchants to accept checks using a check reader (such as the MagTek MICRImage MSR) that is connected to a personal computer. The ViaWARP product is used both as a Point Of Sale (POS) and Accounts Receivable Conversion (ARC) product.

18.     The ViaWARP product when used in a Point Of Sale environment accepts and processes checks in a manner similar to the way traditional Nova point-of-sale terminals and check readers accept and process checks, as detailed in ¶5 above.

I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct and this declaration was executed by me on November 15, 2005.

/s/ Amy W. Gutierrez