# EXHIBIT   15

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT   16

**7/11/2005 McEntee, Elliott**

```
 1                 IN THE DISTRICT COURT

 2            FOR THE DISTRICT OF DELAWARE

 3     - - - - - - - - - - - - - - x

 4     LML PATENT CORP.,              :

 5                   Plaintiff,       :

 6           vs.                      :  Civil Action

 7     TELECHECK SERVICES, INC.,      :  No. 04-858-SLR

 8     ELECTRONIC CLEARING HOUSE, INC. :

 9     XPRESSCHEX, INC., and          :

10     NOVA INFORMATION SYSTEMS, INC. :

11                 Defendants.        :  PAGES 1 - 275

12     - - - - - - - - - - - - - - x

13

14     Videotaped deposition of ELLIOTT McENTEE, held at

15     the offices of Pillsbury, Winthrop, Shaw, Pittman,

16     1650 Tysons Boulevard, McLean, Virginia,

17     commencing at 10:20 a.m., Monday, July 11, 2005,

18     before Elizabeth Mingione, Notary Public.

19

20

21

22

23

24

25
```

1

1    that the ACH Network supports is probably the most

2    successful model from a volume standpoint.

3        Another model is where the company,

4    which I'll call the payor, the party that's

5    actually writing the check, can designate that

6    their check is eligible for conversion.  In the

7    NACHA model, it's the payee.  It's the party that

8    the check is written to that makes a decision to

9    convert that check to an ACH transaction.

10        So those are two models on who makes

11    the decision to convert the check.  There's

12    another one that's -- is being developed as a

13    result of legislation passed by Congress called

14    Check 21 Act that allows a bank to receive a paper

15    check and create an image of the paper check,

16    transmit that image to another party who could

17    then take that image, convert it back to a piece

18    of paper or substitute check and present that to

19    the paying bank for payment.

20        So those are the basic three different

21    models.  And then within those models, there's

22    lots of variations.

23        Q.    So these are three different models of

24    electronic check conversion?

25        A.    Yes, where someplace in the process the

**7/11/2005 McEntee, Elliott**

1    paper check or what we refer to is a source

2    document.  In the ACH Network, or in our rules,

3    quite a few of the applications do not call a

4    check a check.  Because when you call something a

5    check, you could bring into play the Uniform

6    Commercial Code.  We call it a source of

7    information, not a check.

8         Q.    So what the customer gives to the

9    merchant isn't a check in the -- in the fact that

10   it's not a negotiated -- it's a negotiable

11   instrument?

12        A.    That's correct.

13              MR. MARSDEN:  Objection to the form.

14   Vague.

15        A.    Yeah.  That's -- that's correct.  It's

16   not -- I'm sorry.  I didn't hear the other

17   gentleman.

18              MR. MARSDEN:  I'm sorry.  If I do

19   object, or anybody objects, for that matter, if

20   you can wait to answer after the objection.

21              THE WITNESS:  Okay.  I'm sorry.

22              MR. MARSDEN:  No, I --

23              THE WITNESS:  I didn't hear what you

24   said.  I just heard you say something, I didn't

25   know what the words were.

7/11/2005 McEntee, Elliott

1       MR. MARSDEN:  I'm sorry.  It came

2   quickly.  But my objection was to the form of the

3   question and that the question was vague.

4       MR. DUNN:  And if you understand the

5   question, you can go ahead and answer.

6       THE WITNESS:  Okay.

7       BY MS. FREY:

8   Q.    So just to make it clear on the record,

9   I was asking so the check that's presented in the

10  ACH model is not considered a negotiable

11  instrument?

12  A.    I don't use the word "presented"

13  because use presentment on the side of it being

14  presented to the bank that's paying the

15  transaction, whether it's a check or an ACH

16  transaction.  It would be the piece of paper that

17  the consumer gives to the retailer at the point of

18  sale, or mails in to the -- to the biller in

19  paying a bill.

20       We view that as a document that

21  provides information to the retailer or the biller

22  to create an ACH transaction.

23  Q.    Okay.  So the piece of paper given to

24  the clerk at the point of sale is not considered a

25  negotiable instrument?

1          MR. MARSDEN:  Same objection.

2      A.    That's correct.

3      Q.    So besides electronic check conversion,

4   what are alternatives, if you understand the

5   question?

6      A.    Alternatives to?

7      Q.    Alternatives to electronic.  So if you

8   are not going to electronically convert the check,

9   are there any other alternatives?

10      A.    Okay.  If the consumer writes a check

11   and --

12      Q.    Right.

13      A.    -- gives it to the retail and how is it

14   collected in the traditional way?

15      Q.    Yeah.

16      A.    Yeah.  The consumer would write a

17   check.  And we'll talk about a retailer, because

18   there's lots of different versions of how checks

19   are processed, but the retailer would typically

20   deposit the check with their financial

21   institution.

22          The paper check could take several

23   different paths.  It could be sent directly from

24   the bank in which it was deposited in, directly to

25   the bank in which the check was drawn on.

7/11/2005 McEntee, Elliott

1    represent the physical item for collection?

2         A.     Because you wouldn't want the

3    transaction processed twice both in electronic

4    form and in paper form.  So when a bank is

5    originating the ACH transaction, they are

6    warranting to us that they are not attempting to

7    collect that same item through the paper-based

8    system.

9         Q.     So the physical check can't be used

10   once it's been converted?

11        A.     The physical check, now you are talking

12   about the represented check or the point-of-sale?

13   I'm not too sure as to what rule you are talking

14   about.

15        Q.     Well, just looking what this says, it

16   will not represent the physical item, so --

17        A.     Okay.  Then you are talking about -- in

18   this case you are talking about a check that's

19   been returned unpaid.  And if the attempt is made

20   to collect it through the ACH's network and that

21   collection is successful, then they are warranting

22   that they can't present the paper check.

23             If I remember correctly, it does not

24   state that they could not use the paper check

25   again, if the payment was not successfully

124

# EXHIBIT   17



**"Mark Mizrahi"**
**<MMizrahi@bjtlaw.com>**

08/12/2005 05:02 PM

To    "Russell Levine" <rlevine@kirkland.com>

cc    "Robert Jacobs" <RJacobs@bjtlaw.com>, "McDole, Jamie"
      <jmcdole@kirkland.com>

bcc

Subject    RE: LML v. Telecheck et al.

Dear Russell:

Please call me re the below exchange. We are considering using an in-house expert on infringement issues and want to make sure that we are not prevented from doing so as a result of LML's designation of the Tinkel report under the Protective Order. I have reviewed the report and have identified NO Outside Counsel Only or Attorney's Eyes Only material from LML or unnamed third parties. Thus, putting our co-defendants' information aside, I need to know whether there is any problem with our showing the report to the in-house expert will disclose any of LML's or some non-party's Attorney's Eyes Only or Outside Counsel Only information and if yes what LML considers to comprise such information. We do not believe that it is an efficient use of time to redact l the 324 page report and have numerous re-redactions. It would be much simpler if LML would identify and/or redact the "problem" material to use as it is most familiar with the report's contents and what it considers to be "problem" material.

Your prompt attention to this matter is requested.

Sincerely,

```
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Phone:1-310-743-1188
Fax:1-310-743-1189
mmizrahi@bjtlaw.com
```

    -----Original Message-----
    **From:** Jamie McDole [mailto:jmcdole@kirkland.com]
    **Sent:** Friday, August 12, 2005 1:45 PM
    **To:** Mark Mizrahi; Russell Levine
    **Cc:** Robert Jacobs
    **Subject:** Re: LML v. Telecheck et al.

```
    Mark,

    There is LML and third party information in the report as well.  While
    we have no issue with you disclosing echo information to your client, we
    do not agree that you can show any other information to them.  This
    information may or may not be contained in Echo's sections.  If you
    would like to provide us with a redacted copy that you would like tp
    provide to your client, we would be happy to look at your redactions and
    let you know if we agree or not.  But a wholesale agreement in this
    regard is not possible without knowing exactly what you intend to show
    you client.  Otherwise, we maintain our designation of the report.
```

```
----- Original Message -----
From: "Mark Mizrahi" [MMizrahi@bjtlaw.com]
Sent: 08/12/2005 03:38 PM
To: Jamie McDole; Russell Levine
Cc: Robert Jacobs" <RJacobs@bjtlaw.com>
Subject: LML v. Telecheck et al.
```

Dear Russell and Jamie:

　　　　We received Mr. Tinkel's expert report via email.  We note that it is marked OUTSIDE COUNSEL ONLY under the Protective Order.  We presume that it bears this designation to protect against disclosure of each of the defendant's information to other parties, but not because any of the information contained in the report discloses LML's proprietary information. Thus, as to those portions of the report that relate to ECHO, we intend to show it to ECHO personnel.

Please inform me immediately if my understanding is incorrect or whether you otherwise have any objection to my doing as indicated above.

Sincerely,

```
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Phone:1-310-743-1188
Fax:1-310-743-1189
mmizrahi@bjtlaw.com
```

```
*********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*********************************************************
```

# EXHIBIT   18



| | |
|---|---|
| **"Don Min"** <br> <DMin@bjtlaw.com> <br> 08/16/2005 05:17 PM | To "Jamie McDole \(E-mail\)" <jmcdole@kirkland.com> <br> cc "Mark Mizrahi" <MMizrahi@bjtlaw.com>, "Robert Jacobs" <RJacobs@bjtlaw.com> <br> bcc <br> Subject Redacted expert report 1 of 4 |

Dear Jamie:

Please find attached a redacted version of Gary Tinkel's Expert Report for your review. Due to the size of the document, I'll be sending it to you in 4 separate messages.

In sum, we've removed all non-ECHO references and third party confidential information. Also, full pages containing the same have been removed in their entirety.

We seek to provide Mr. Winckler with the attached version at the end of the day tomorrow. Accordingly, please review and provide us with your comments, if any, by 5 p.m. tomorrow (Chicago time). If we do not hear back from you by then, we will proceed to send the attached report to Mr. Winckler.

Thank you for your anticipated cooperation.

Sincerely,
<<Expert Report of Gary Tinkel Part 1.pdf>>

Don H. Min, Esq.
*Patent Attorney*
**BELASCO JACOBS & TOWNSLEY, LLP**
Howard Hughes Center
6100 Center Drive
Suite 630
Los Angeles, CA 90045
Phone (310) 743-1188
Fax    (310) 743-1189
<http://www.bjtlaw.com>

This e-mail transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender immediately by return e-mail and then delete this transaction.



Expert Report of Gary Tinkel Part 1.pdf

# EXHIBIT   19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,

        Plaintiff,

    v.

TELECHECK SERVICES, INC.,
ELECTRONIC CLEARING HOUSE, INC.,
XPRESSCHEX, INC. and NOVA
INFORMATION SYSTEMS, INC.,

        Defendants.

C.A. 04-858 (SLR)

## JOINT PROPOSED CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Rule 16 Scheduling Order in this matter, the Parties hereby submit the following claim charts to present their respective, proposed constructions of disputed claim terms and their proposed constructions of agreed claim terms in the patent-in-suit, namely, U.S. Patent No. 5,484,988 ("the '988 patent").

## Proposed Constructions of Disputed Claim Terms

| Disputed Claim Term | LML's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| any bank check (claims 1, 8) | Any regular check used to draw funds from a normal bank or credit union checking account | any type of check drawn on a financial institution |
| any consumer bank check (claim 9) | Any regular check used to draw funds from a normal bank or credit union consumer checking account | same meaning as the phrase "any bank check" set forth above, with the added limitation that the check be "drawn against a consumer bank account" |
| any (claims 1, 8, 9) | LML believes that this term should not be separately construed from the entire element in which it appears in the claims, namely the "any bank check" or "any consumer bank check" language construed below. In any event, this plain English term needs no construction. | one or some indiscriminately of whatever kind |
| consumer bank account information (claims 1, 2, 3, 8, 9) | Information relating to a consumer's bank account including the MICR line (magnetic ink character recognition line) | only the ABA/transit routing number and bank account number |
| without using the bank check as a negotiable instrument (claim 1) | Where the paper check is used as a source of information, and is not accepted or processed | the bank check, at no time, takes on the status of a negotiable instrument |
| without using the check as a negotiable instrument (claim 8) | Where the paper check is used as a source of information, and is not accepted or processed | the check, at no time, takes on the status of a negotiable instrument |

| | | |
|---|---|---|
| without using a bank check as a negotiable instrument (claim 9) | Where the paper check is used as a source of information, and is not accepted or processed | the check, at no time, takes on the status of a negotiable instrument |
| subsequently transmitting the transaction event information to a bank for subsequent automated clearing house operations (claim 8) | Subsequently transmitting the information relating to the transaction to a bank for subsequent automated clearing house operations | electronically communicating with an automated clearing house for transferring funds electronically based upon the consumer bank account information obtained from any bank check presented at the point-of-sale |
| enabling automated clearing house communication for transferring funds (claims 1, 9) | Enabling communication with an automated clearing house for electronically transferring funds | electronically communicating with an automated clearing house for transferring funds electronically based upon the consumer bank account information obtained from any bank check presented at the point-of-sale |
| for the sole purpose (claims 2, 8 and 9) | For the only purpose | Defendants contend that this term needs no construction. |
| adapted to receive consumer bank account information from any bank check (claim 1) | adapted to receive consumer bank account information from any bank check | adapted to read consumer bank account information directly from any bank check |

2

| '988 Patent Claim Limitation | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| means for reading magnetic ink character recognition numbers appearing on a consumer check (claim 2) | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers appearing on a consumer check."<br><br>The structures in the '988 patent that perform that function is any mechanism such as a MICR check reader, optical character recognition ("OCR") equipment, a keyboard for manual entry, or equivalent. | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers appearing on a consumer check."<br><br>The structures described in the '988 patent that perform that function are a MICR reader and optical character recognition equipment. |
| reading means for reading magnetic ink character recognition numbers on any consumer bank check (claim 9) | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers appearing on a consumer check."<br><br>The structures in the '988 patent that perform that function is any mechanism such as a MICR check reader, optical character recognition ("OCR") equipment, a keyboard for manual entry, or equivalent. | This limitation should be construed pursuant to 35 U.S.C. Section 112(6).<br><br>The recited function is "reading magnetic ink character recognition numbers on any consumer bank check."<br><br>The structures described in the '988 patent that perform that function are a MICR reader and optical character recognition equipment. |
| verifying that account numbers were accurately read at the point of sale (claim 8) | Verifying that the account numbers from the check were read accurately at the point of sale terminal | visually confirming that account numbers were accurately read by reference to the source document |

3

## Proposed Constructions of Agreed Claim Terms

| | |
|---|---|
| consumer (claim 9) | person, business or corporation |
| second communication means enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using the bank check as a negotiable instrument (claim 1); | This function is written in means-plus-function format pursuant to 35 U.S.C. 112(6).<br><br>The recited function of this limitation is enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using the [a] bank check as a negotiable instrument. |
| second communication means enabling said central computer system to communicate with external databases for performing a consumer bank account status search and further enabling automated clearing house communication for transferring funds without using a bank check as a negotiable instrument (claim 9) | The structures disclosed in the patent for performing the recited function of this limitation are a modem, network interface, enhanced radio transmission interface, satellite communication interface or equivalent. |
| automated clearing house (claims 1, 8, 9) | an automated clearing house including, but not limited to, the national U.S. clearing house sometimes referred to as the "ACH" |

---

[1] While the parties agree to the recited function of this claim element pursuant to 35 U.S.C. 112(6), the parties dispute the meaning of limitations within that function, as set forth in the Parties' Proposed Construction of Disputed Claim Terms and the parties' briefs.

DATED: October 7, 2005

/s/ Mary B. Matterer
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Counsel for Plaintiff
LML Patent Corp.

/s/ Timothy Devlin
William J. Marsden, Jr. (I.D. No. 2247)
Timothy Devlin (I.D. No. 4241)
Sean Hayes (I.D. No. 4413)
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
302.652.5070
marsden@fr.com
hayes@fr.com

Counsel for Defendant
TeleCheck Services, Inc.

/s/ Francis DiGiovanni
Francis DiGiovanni (I.D. No. 3189)
CONNOLLY BOVE LODGE & HUTZ
LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

Counsel for Defendants
Electronic Clearing House, Inc.
and Xpresschex, Inc.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
302.429.4208
rkirk@bayardfirm.com

Counsel for Defendant
NOVA Information Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2005, I electronically filed a JOINT PROPOSED
CLAIM CONSTRUCTION STATEMENT with the Clerk of Court using CM/ECF which
will send notification of such filing(s) to the following:

Richard K. Herrmann
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801-4226

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19899

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

I hereby certify that on October 7, 2005, I have sent by Electronic mail, the

document(s) to the following non-registered participants:

Robert Jacobs, Esq.                          Russell E. Levine, Esq.
Belasco Jacobs & Townsley, LLP               Kirkland & Ellis LLP
Howard Hughes Center                         200 E. Randolph Dr.
6100 Center Drive, Suite 630                 Chicago, IL 60601
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

_____*/s/ Timothy Devlin*_____
Timothy Devlin

6

# EXHIBIT   20

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT  21

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT   22

# OMNI 3300 Installation Guide

**Combination A – OMNI 3300 Credit, Debit, ECC**



Frontal View of the OMNI 3300

AC Power Supply

PIN Pad 1000

OMNI 3300 from the back

Phone Jack connection

PIN Pad cable for connection with OMNI 3300

RDM Cable with RJ45 for connection with OMNI 3300

RDM Check Imager

RDM Power Adapter

ECHO0000848

**Combination A — OMNI 3300 Credit, Debit, ECC**
The following Parts are needed for configuration A

| Quantity | Part # | Description |
|----------|--------|-------------|
| 1 | PO92-101-03 | OMNI 3300, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000849

# OMNI 3750 Installation Guide

**Combination A – OMNI 3750 Credit, Debit, ECC**



Frontal View of the OMNI 3750

Phone jack connection

OMNI 3750 from the back

AC Power Supply

Card Reader Slot

Bar Code Reader/
Pin Pad Port (COM2)    RS232 Port
(COM1)    Telco Port    Power Port

PIN Pad 1000

RDM Cable with RJ45 for connection
with OMNI 3750

RDM Check Imager

PIN Pad cable for
connection with OMNI 3750

RDM Power Adapter

ECH00000850

**Combination A – OMNI 3750 Credit, Debit, ECC**
The following Parts are needed for configuration A

| Quantity | Part # | Description |
|---|---|---|
| 1 | PO92-101-03 | OMNI 3750, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000851

# EXHIBIT   23

# OMNI 3200 Installation Guide

**Combination A – OMNI 3200 Credit, Debit, ECC**



Frontal View of the OMNI 3200

AC Power Supply

PIN Pad 1000

OMNI 3300 from the back

Phone jack connection

PIN Pad cable for connection with OMNI 3200

RDM Cable with RJ45 for connection with OMNI 3200

RDM Check Imager

RDM Power Adapter

ECHO0000896

**Combination A – OMNI 3200 Credit, Debit, ECC**
The following Parts are needed for configuration A

| Quantity | Part # | Description |
|----------|--------|-------------|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000897

**Combination B – OMNI 3200 Credit and Debit**

Frontal View of the OMNI 3200



Power Cord

PIN Pad 1000

OMNI 3200 from the back

Phone jack connection



PIN Pad cable for connection with OMNI 3200

**Combination B – OMNI 3200 Credit and Debit**
The following Parts are needed for configuration B.

| Quantity | Part # | Description |
|---|---|---|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | P003-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 | PIN Pad 1000, Interface Cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000898



**Combination C – OMNI 3200 Credit and ECC**

Frontal View of the OMNI
3200



Phone jack connection

OMNI 3200 from the back

AC Power Supply

RDM Cable with RJ45 for connection
with OMNI 3200

RDM Check Imager

RDM Power Adapter

ECHO0000899

**Combination C – OMNI 3300 Credit and ECC**

| Quantity | Part # | Description |
|----------|--------|-------------|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 1 | 5000-60003 | RDM Check Imager, RDM Power Adapter, Interface cable to OMNI |
| 5 | | Thermal Paper Roll |

ECHO0000900



Frontal View of the OMNI 3200

OMNI 3200 from the back

Phone jack connection

AC Power Supply

**Combination D – OMNI 3300 Credit Card Only**

| Quantity | Part # | Description |
|---|---|---|
| 1 | PO92-101-03 | OMNI 3200, AC Power Supply, Phone line Cord |
| 1 | | Overlay |
| 5 | | Thermal Paper Roll |

ECHO0000901

# EXHIBIT   24

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT   25



**Retail Application**
**Operating Guide**

- ■ **Credit Cards**
- ■ **Electronic Check Verification**
- ■ **Corporate Cards**
- ■ **Debit Cards**
- ■ **Enhanced Fraud Protection**



ECHO0000775

## Terminal Installation

Terminals arrive with software loaded. They are
ready to use after installation. To install:

1. **Connect the telephone line.**
   —Insert the telephone cable shipped with the
   terminal into a dedicated analog modular
   telephone receptacle.
   —Insert the other end into the opening labeled
   *LINE* on the back panel of the terminal.
   — Lift the handset if applicable.
   A dial tone indicates a good line connection.
   If a dial tone is not heard, check the cable
   connections.

2. **Connect the power cable.**
   -- Connect the +24 Vdc power cable from the
   AC adapter to the three-pin power socket
   labeled *POWER* on the back panel of the
   terminal.
   --Plug the adapter into a 100-Volt grounded
   power receptacle.
   When power is connected, the terminal beeps
   twice and performs a self-test and diagnostic
   routine lasting approximately four seconds. A
   successful diagnostic routine will end with the
   terminal displaying the "idy" prompt shown
   here:

   ```
   [DATE]            [TIME]
   *SWIPE CUSTOMER CARD*
   ```

   An unsuccessful diagnostic routine will end
   with the terminal displaying an error message,
   such as the one shown below. Should this
   occur, telephone *ECHO*'s 24-hour Customer
   Support Center at **1-800-262-3246 ext. 1.**

   ```
   CONFIGURE TERMINAL
   OR CALL HELP - PE
   ```

3. **Connect the printer (T7E Terminal)**
   --Connect the printer cable to the 26-pin printer
   socket labeled *PRINTER* of the back panel of
   the T7E terminal.
   --Secure the connector with the retaining
   screws.
   To test printer operation, press [FUNCTION] +
   [82] + [ENTER] keys. If operating properly, a
   test print will run.

1

ECHO0000776

**Install/Maintenance for
Paper and Ribbon for T7P Terminal**

**Install paper bucket**
--Close the paper bucket cover.
--Hold the bucket with the paper guide on top and
the prongs pointing down.
--Guide the prongs into the rectangular mounting
slots of the support brackets on the rear of the
terminal.
--Press down on the paper bucket until the prongs
click and seat firmly in the slots.

**Install paper roll.**
--Open the paper bucket and remove the paper
roll.
--Insert the spindle into the core of the paper roll.
--Place the paper roll in the bucket so the paper
feeds from under the roll and has a straight-line
path into the printer paper-feed mechanism.
--Feed the two-ply paper evenly into the paper-
feed slot at the rear of the terminal while pressing
[PAPER FEED] key.
--When the paper appears through the slot,
release [PAPER FEED] key.
--Close the paper bucket cover.



*(Continued)*

2

ECHO0000777

**Install paper arms holder.**
—Refer to the letters *L* and *R* on each arm.
—Place the arm marked *L* in the left-rear support bracket of the terminal and press until you hear a click.
—Place the arm marked *R* in the right-rear support bracket and press until you hear a click.

**Install paper roll with arms.**
—Place the roll of paper in the holder arms so the paper feeds from under the roll and has a straight-line path to the printer paper-feed mechanism.
—Feed the two-ply paper evenly into the paper-feed slot while pressing [PAPER FEED] key.
—When the paper appears through the slot, release [PAPER FEED] key.

**Replace printer ribbon for the T7P Terminal**
—Remove the paper.
—Disconnect power from the terminal.
—Open the cover and remove the ribbon from the printer mechanism. Press down on the portion of the ribbon cassette labeled *PUSH*. The opposite side of the cassette snaps up. Remove the cassette.
—Tighten the new ribbon by rotating the ribbon feed roller in the direction shown by the arrow.
  —Place the cassette on the printer module to allow the ribbon to slip into the printing gap. Push down gently to lock the cassette in place.
—Reconnect power and replace the paper.
—Press [FUNCTION] + [82] +[ENTER] keys to execute the printer test.



3

ECHO0000778

## Basic Transaction Procedures

To use your terminal properly, it is important to understand its basic principles:

--Begin all transactions from the main screen or the "idle" prompt, the terminal's default.

--For face-to-face transactions, the terminal will read the credit/debit card number and expiration date from the card's magnetic stripe. If the terminal is unable to read the magnetic stripe, the card information must be keyed manually. You must also obtain a card imprint and customer signature.

--When entering transaction information, use the [ENTER] key to store the information and advance to the next data field.

--To enter letters of the alphabet during a transaction, press the [SHIFT] key, then press the key with the desired letter. This will appear on the terminal display.

--The black arrow key allows you to correct errors made during data entry.

--If the printer is inoperable, you must manually imprint a credit card draft. Always write down the authorization number. You will need this number to reconcile your merchant account.

4

ECHO0000779

## Transaction Functions

### CREDIT CARD

| | |
|---|---|
| Credit Card Authorization | Performs an authorization only. Verifies that cardholder has available funds prior to processing a transaction. See pg. 7. |
| SALE - Swiped Credit Card Entry | Swiped credit card sale. Moves funds from cardholder to merchant. See pg. 8. |
| SALE - Manual Credit Card Entry | Keyed credit card sale. Moves funds from cardholder to merchant. See pg. 9. |
| SALE - Mail, Phone or E-Commerce | Keyed credit card sale for mail, telephone, or Website orders. Moves funds from cardholder to merchant. See pg. 11. |
| REFUND - Credit Card | Refund due to error in previous transaction. Moves funds from merchant to cardholder. See pg. 13. |
| DEPOSIT - Credit Card | Keyed or swiped credit card deposit using previously obtained authorization number. Moves funds from cardholder to merchant. See pg. 14. |
| PHONE AUTH - Credit Card Deposit | Keyed or swiped credit card deposit using authorization previously obtained by telephone. Moves funds from cardholder to merchant. See pg. 15. |

5

ECHO0000780

## Transaction Functions (cont'd)

**DEBIT CARD**

| | |
|---|---|
| **SALE -** Swiped Debit Card Entry | Swiped debit card sale. Moves funds from cardholder to merchant. See pg. 16. |

**CHECKS**

| | |
|---|---|
| **CHECK VERIFICATION/ GUARANTEE** with check reader | Performs a check verification/ guarantee transaction. See pg. 17. |
| **CHECK VERIFICATION/ GUARANTEE** | Performs a manually entered check verification/guarantee transaction. See pg. 18. |

**ALL TRANSACTIONS**

| | |
|---|---|
| **CLEAR TRANSACTIONS FROM THE TERMINAL** | Purges all transactions from the terminal's database. See pg. 19. |

6

ECHO0000781

## Credit Card Authorization

This function performs an authorization only. Use this function before processing a transaction to verify that the host will accept the card.

1. Press [FUNCTION] + [9] + [ENTER]. Display reads:

   |                  | AUTHORIZE |
   |------------------|-----------|
   | SWIPE CUSTOMER CARD | |

2. Swipe card or manually type card number and press [ENTER]. If swiped, display reads:

   | ENTER LAST 4 NO. OF CUSTOMER CARD |
   |---|

3. Type last four numbers of card. Press [ENTER].

   If card number manually entered, display reads:



   | CARD TYPE | AUTHORIZE |
   |-----------|-----------|
   | EXPIRATION DATE | MMYY |

   Type expiration date, [ENTER].

   | CARD TYPE | AUTHORIZE |
   |-----------|-----------|
   | AMOUNT | $0.00 |

4. Type authorization amount, press [ENTER].



   | CVV2: | 0=SKIP | 1=PRES |
   |-------|--------|--------|
   | 2=ILLEGBL | 9=ABSENT | |

   Select the appropriate option or press to skip.

   | CVV2 CODE FROM CARD |
   |---|

   Type CVV2 code from reverse of card, [ENTER].

   | ENTER ADDRESS |
   |---|

   Type numerical street address and [ENTER] or press [ENTER] to bypass.

   | ENTER ZIP CODE |
   |---|

   Type zip code and [ENTER] or press [ENTER] to bypass.

5. System dials for an approval. If approved, the screen will display an authorization number.

   | AUTH | XXXXXX |
   |------|--------|
   | AMOUNT | $XXXXX |

   It is also possible to get the following response:

   | CVV2 MISMATCH |
   |---|
   | IGNORE? YES or NO |

If [NO] is selected, the terminal voids the transaction and prints a VOID receipt.

If [YES] is selected, the terminal will complete the transaction.

7

ECHO0000782

## SALE - Swiped Credit Card Entry

This sale function performs an authorization and deposit transaction to obtain payment from the cardholder in a face-to-face retail transaction.

1. Swipe credit card through magnetic stripe reader. Display reads:

```
ENTER LAST 4 NO. OF CUSTOMER CARD
```

2. Type last four numbers of card. Press [ENTER]. Display reads:

```
CARD TYPE              SALE
AMOUNT               $ 0.00
```

3. Type sale amount and verify that it is correct. Press [ENTER]. Terminal will dial out for approval. Display reads:

```
APPROVED EDS DEPOSIT
AUTH. NO              XXXXX
```

Approved transactions require no further action. Provide customer with receipt if printer is used.

8

ECHO0000783

## SALE - Manual Credit Card Entry

This sale function performs an authorization and deposit transaction to obtain payment from the cardholder in a transaction where the credit card is present but the card information must be manually entered (e.g., unreadable magnetic stripe and mail/telephone orders).

**NOTE:** The terminal beeps and waits for more data if you enter a number that is shorter than the defined range. The terminal displays "UNSUPPORTED CARD" and returns to the Idle prompt if you enter a number that is longer than the defined range.

1. Type customer card number. Press [ENTER] key. Display reads:

| CARD TYPE | | SALE |
|---|---|---|
| EXPIRATION DATE | - | MMYY |

2. Type card expiration date. Press [ENTER]. Display reads:

| CARD TYPE | SALE |
|---|---|
| AMOUNT | 0.00 |

3. Type sale amount and verify that it is correct. Press [ENTER]. Display reads:

| CVV2 | 0=SKIP | 1=PRES |
|---|---|---|
| | 2=ILLEGBL | 9=ABSENT |

4. Select the appropriate option or press '0' to skip. If '0' was not selected, display reads:

| CVV2 CODE FROM CARD |
|---|

5. Type CVV2 code from reverse of card, press [ENTER]. Display reads:

| ENTER ADDRESS |
|---|

6. Type numerical street address, or press [ENTER] to bypass. Display reads:

| ENTER ZIP CODE |
|---|

7. Type zipcode or press [ENTER] to bypass. Terminal will dial out for approval. Display reads:

*(Continued )*

9

ECHO0000784

## SALE - Manual Credit Card Entry

*(Continued from page 9.)*

7.  Type zip code, or press [ENTER] to bypass.
    Terminal will dial out for approval. Display reads:

> ECHO1
> Dialing now

An approved authorization will show the following:

> APPROVED EDS DEPOSIT
> AUTH. NO.                    XXXXXX

It is also possible to get the following response:

> CVV2 MISMATCH
> IGNORE? YES or NO

If [NO] (yellow key) is selected, the terminal voids
the transaction and prints a VOID receipt.

If [YES] (green key) is selected, the terminal will
complete the transaction.

10

ECHO0000785

**SALE - Mail or Phone Order**
**"MOTO SALE"**
**and E-Commerce Sale**

This sale function performs an authorization and deposit transaction to obtain payment from the cardholder in a mail or telephone order transaction or for a Website order transaction, where the credit card is not present at the time of sale.

Other than the first function key procedure, these two transactions have identical procedures.

**For mail or phone order transactions, press [FUNCTION] + [65] + [ENTER].** Display reads:

| | MOTO SALE |
|---|---|
| ENTER CARD NUMBER | |

**For e-commerce transactions, press [FUNCTION] + [67] + [ENTER].** Display reads:

| | ECOM SALE |
|---|---|
| ENTER CARD NUMBER | |

**For both transaction types, follow the remaining procedures.**

1. Type customer card number. Press [ENTER]. Display reads:

| CARDHOLDER PRESENT |
|---|
| YES or NO? |

2. Press [YES] (green key) or [NO] (yellow key) as appropriate. Press [ENTER]. Display reads:

| CARDHOLDER PRESENT | |
|---|---|
| EXPIRATION DATE | MMYY |

3. Type card expiration date. Press [ENTER] key. Display reads:

| CARD TYPE | SALE |
|---|---|
| AMOUNT | 0.00 |

4. Type sale amount and verify that it is correct. Press [ENTER]. Display reads:

| CVV2 | 0=SKIP | 1=PRES |
|---|---|---|
| | 2=ILLEGBL | 9=ABSENT |

*(Continued )*

11

ECHO0000786

**SALE - Mail or Phone Order
"MOTO SALE"
and E-Commerce Sale**

*(Continued from page 10.)*

5. Options '0', '2' and '9' will advance the system to the next step. If '1' was selected, display reads:

> CVV2 CODE FROM CARD         .

6. Type the CVV2 code from the reverse of card, press [ENTER].

> ENTER ADDRESS                    :

3. Type the numerical street address and [ENTER] or press [ENTER] to bypass.

> ENTER ZIP CODE

4. Type zip code and [ENTER] or press [ENTER] to bypass.

The system dials out for approval. If approved, the screen will display an authorization number.

5.

> APPROVED EDS DEPOSIT
> AUTH. NO.                     123456

It is also possible to get the following response:

> CVV2 MISMATCH
> IGNORE? YES or NO

If [NO] is selected, the terminal voids the transaction and prints a VOID receipt.

If [YES] is selected, the terminal will complete the transaction.

12

ECHO0000787

## Credit Card Refund

This function refunds payment back to the customer's credit card account in the event an error was made during a prior sale transaction.

1. Press [REFUND] key. Display reads:

   |  | REFUND |
   |---|---|
   | SWIPE CUSTOMER CARD |  |

2. Swipe customer card through card reader. Display reads:

   | ENTER LAST 4 NO. OF CUSTOMER CARD |
   |---|

3. Type last four number of card number. Press [ENTER]. Display reads:

   | CARD TYPE | REFUND |
   |---|---|
   | AMOUNT | $0.00 |

4. Type refund amount and verify. Press [ENTER] key. The terminal will dial out for approval. Display reads:

   | CREDIT MEMO |
   |---|
   | XXXXXXXXXXXXXXXX |

13

ECHO0000788

## Credit Card Deposit Only

Use this procedure to deposit funds using an approval code obtained through a previous 'Authorization Only' transaction.

1.  Press [FUNCTION] + [66] + [ENTER] keys. Display reads:

    ```
    FORCE DEPOSIT
    ENTER INVOICE NUMBER
    ```

2.  Enter the previously obtained invoice number or press the [ENTER] key to force deposit.

    ```
    TOTAL                    $1.00
    CORRECT? YES OR NO
    ```

3.  The terminal will dial out for approval. Display reads:

    ```
    APPROVED EDS DEPOSIT
    REFERENCE #        XXXXXXXX
    ```

14

ECHO0000789

## Credit Card Deposit Only ("Phone Auth")

This procedure allows you to deposit funds using an authorization originally obtained by telephone

1. Press [FUNCTION] + [66] + [ENTER] keys. Display reads:

| | FORCE DEP |
|---|---|
| ENTER INVOICE NUMBER | |

2. Press [ENTER] key. Display reads:

| | FORCE DEP |
|---|---|
| SWIPE CUSTOMER CARD | |

3. Type customer card number. Press [ENTER] key. Display reads:

| CARD TYPE | FORCE DEP |
|---|---|
| EXPIRATION DATE | MMYY |

4. Type card expiration date. Press [ENTER] key. Display reads:

| CARD TYPE | FORCE DEP |
|---|---|
| AMOUNT | $0.00 |

5. Type the amount. Press [ENTER] key. Display reads:

| CARD TYPE | FORCE DEP |
|---|---|
| ENTER AUTH NUMBER | |

6. Type the authorization number received over the phone and press [ENTER] key. The terminal will dial out for approval. Display reads:

| APPROVED EDS DEPOSIT | |
|---|---|
| AUTH. NO. | 123456 |

15

ECHO0000790

## Sale - Debit Card

This sale function performs an authorization and
deposit transaction to obtain payment from the
cardholder in a face-to-face restaurant transaction
with a debit card.

1. Press [DEBIT] key. Display reads:

```
                              DEBIT
SWIPE CUSTOMER CARD
```

2. Swipe customer card through card reader. Display
reads:

```
[ENTER LAST 4 NO. OF CUSTOMER CARD]
```

3. Type last four numbers of card number. Press
[ENTER] key. Display reads:

```
CARD TYPE              DEBIT
AMOUNT                  0.00
```

4. Type transaction amount and verify. Press
[ENTER] key. Display reads:

```
WAITING FOR PIN
```

5. Have customer enter PIN number into pinped.
Terminal will dial out for approval. Display reads:

```
APPROVED EDS DEPOSIT
AUTH. NO.             123456
```

Approved transactions require no further action.
Provide customer with receipt if printer is used.

16

ECHO0000791

## Check Verification/Guarantee with Check Reader

This procedure performs a check verification/ guarantee transaction.

1. Press [CHECK] key. Display reads:

   | | CHECK VERI |
   |---|---|
   | SCAN THE CHECK | |

2. Place check in check reader. Press [ENTER] key. Display reads:

   | | CHECK VERI |
   |---|---|
   | AMOUNT | 0.00 |

3. Type amount of transaction. Press [ENTER] key. Terminal dials out for approval. Display reads:

   | ENTER ID TYPE |
   |---|
   | 1= DL 2=SS 3=MI 4=GN |

4. Select an ID type by pressing the appropriate key, or press [ENTER] key to bypass. (1= Driver's License is used in this example). Display reads:

   | | CHECK VERI |
   |---|---|
   | DRIVER'S LIC. NUMBER | |

5. Type the ID number, press [ENTER] key. Display reads:

   | | CHECK VERI |
   |---|---|
   | DRIVER'S LIC. STATE | |

6. Hold down the [SHIFT] key and press the keys for the state abbreviation (e.g., California would be [SHIFT] key + [C] key + [A] key, press [ENTER]. System dials host and display reads:

   | ECHO1 | |
   |---|---|
   | AUTH. NO. | XXX-XXXX |

17

ECHO0000792

## Check Verification/Guarantee
## Key Entered Check Data

This procedure performs a check verification/guarantee transaction

1. Press [CHECK] key.   Display reads:

   | | CHECK VERI |
   |---|---|
   | SCAN THE CHECK | |

2. Type account number found on bottom of check. Press [ENTER] key. Display reads:

   | | CHECK VERI |
   |---|---|
   | ENTER ROUTING NUM | |

3. Type routing number found on bottom of check. Press [ENTER] key. Display reads:

   | | CHECK VERI |
   |---|---|
   | ENTER CHECK NUM | |

4. Type check number found on bottom of check. Press [ENTER] key. Display reads:

   | | CHECK VERI |
   |---|---|
   | AMOUNT | 0.00 |

5. Type check amount and verify that it is correct. Press [ENTER] key. Display reads:

   | ENTER ID TYPE |
   |---|
   | 1= DL  2=SS  3=MI  4=GN |

6. Select an ID type by pressing the appropriate key, or press [ENTER] key to bypass. (1= Driver's License is used in this example). Display reads:

   | | CHECK VERI |
   |---|---|
   | DRIVER'S LIC. NUMBER | |

7. Type the ID number, press [ENTER] key. Display reads:

   | | CHECK VERI |
   |---|---|
   | DRIVER'S LIC. STATE | |

8. Hold down the [SHIFT] key and press the keys for the state abbreviation (e.g., California would be [SHIFT] key + [C] key + [A] key, press [ENTER]. System dials host and display reads:

   | ECHO1 | |
   |---|---|
   | AUTH. NO. | XXX-XXXX |

ECHO0000793

## Clear Transactions From the Terminal

This procedure is used to erase the terminal's trans-
action database. Perform this function only after all
closing reports have been printed.

1.  Press [FUNCTION] [99] [ENTER].  Display reads:

    ```
    FUNCTION 99 PASSWORD
    ```

2.  Type password [028510]] and [ENTER].

    ```
    PROGRAM FUNCTION
    ```

3.  Press [9] and [ENTER] keys.

    ```
    TYPE?
    ```

4.  Press [2] and [ENTER] keys.

    ```
    TRANSACTION COMPLETE
    ```

    ```
    TYPE?
    ```

5.  Press [CANCEL]

19

ECHO0000794

## Audit Report

Follow this procedure to prepare the daily Audit Report.

1. Press [REPORT] key.  Display reads:



2. Press [3] key.  Press [ENTER] key.

The terminal will print an audit report for all transactions for each cashier signed on for the day. If there are no transactions, the terminal will prompt "NO BATCH TOTALS."

## Summary Report

Follow this procedure to prepare the daily Summary Report.

1. Press [REPORT] key.  Display reads:

    ┌──────────────────────────┐
    │ 3=AUDIT                  │
    │ 4=SUMMARY                │
    └──────────────────────────┘

2. Press [4] key.  Press [ENTER] key.

The terminal will print a Summary Report for all transactions for each cashier signed on for the day. If there are no transactions, the terminal will prompt "NO BATCH TOTALS."

20

ECHO0000795

## COMMON CREDIT CARD DECLINE CARD CODES

| Code | Description |
|------|-------------|
| 05 | Do Not Honor |
| 13 | Invalid Amount |
| 14 | Invalid Card Number |
| 15 | Invalid Issuing Bank |
| 51 | Over Credit Limit |
| 54 | Expired Card |
| 57 | Transaction Not Permitted to Issuing Bank or Cardholder |
| 58 | Transaction Not Permitted to Acquiring Bank or Terminal |
| 61 | Exceeds Withdrawal Amount Limit |
| 62 | Restricted Card |
| 63 | Security Violation |
| 65 | Exceeds Withdrawal Count Limit |
| 84 | Invalid Authorization Life Cycle |
| 91 | Issuing Bank System Inoperative |
| 94 | Duplicate Transmission Detected |

Hypercom Retail 1.4  6-2-04

21

ECHO0000796

## CREDIT CARD SECURITY FEATURES

To help prevent fraud in transactions where the credit card number is manually entered (non-swiped), two security features are available. Your terminal prompts for these automatically.

**Security Codes:**

Visa and MasterCard print the codes on the *BACK* of the card in the signature panel, (three-digits after the account number). Amex prints four-digits on the front of the card above and to the right of the embossed account number. The card issuer compares the code supplied by the merchant against their database. The response advises of the possible fraud with a "SECURITY CODE NO MATCH" message to the terminal.

**Address Verification Services (AVS):**

Entering the cardholder's zipcode will often improve your chargeback rights and lower your pass-through fees. The card issuer compares the zipcode you enter against their database. The response advises of possible fraud with an "AVS NO MATCH" message to the terminal.

22

ECHO0000797

If your terminal prompts you to CALL VOICE
CENTER or CALL REFERRAL, or if you need to
obtain a voice authorization, you will need to call
the card specific voice center (for credit cards
only).

Request a list of voice center phone numbers
from your credit card processor.

You will be required to give the voice center
operators your card specific merchant number.

Once obtained, the authorization puts a temporary
hold on the cardholder's funds until it is followed
with a FORCE DEPOSIT transaction.

If you have any questions about the operation of
your terminal, call ECHO's 24-hour Customer
Support Center:

        1-800-262-3246, ext. 1



Electronic Clearing House, Inc.

730 Paseo Camarillo
Camarillo, CA 93010
1-800-262-ECHO (3246)

Merchants sponsored by First Regional Bank
Agoura Hills, CA
Member FDIC

ECHO0000798

# EXHIBIT   26



# The ECHO Processing Network

# *ECHO*TERM™ *SERVICE*

## ECC Application
## Omni 3300 and 3750
## Operating Guide

**Electronic
Check
Conversion**



ECHO0000833

## TRANSACTION PROCEDURES

In order to fully utilize your terminal, it is important to understand its basic principles:

* Begin all transactions from the MAIN screen.

* When entering transaction information, use the [FUNC/ENTER] key (the soft green key with the down and left-pointing arrow) to store the information and advance to the next data field.

* To type letters of the alphabet during a transaction, press the key with the desired letter, then press the [ALPHA] key repeatedly until that letter appears on the terminal's display.

* The [BACK SPACE] key (the soft yellow key with the left-pointing arrow) allows you to correct errors made during data entry.

* The terminal is soft key driven with the display indicating programmable functions.

* Select a function by pressing the function key ([F1] - [F4]) next to the desired option ('>' character appears with each option).

* The four soft purple keys below the terminal's screen perform the following functions: (from left to right)

[FIRST] - If a 'down arrow' character is visible on the screen, this key provides the ability to scroll down to view other menu options.

[SECOND] - If an 'up arrow' character is visible on the screen, this key provides the ability to scroll up to view other menu options. May also be used to back track the user to a previous step during a transaction (undo). Press at idle screen to re-display last response from host.

[THIRD] - If previous transaction fails to transmit due to communication problems, press this key to resend the last transaction.

[FOURTH] - Reprints receipt of the last successfully transmitted transaction.

* In order to clear the screen, press the red soft key marked with a large [X]. Pressing this key twice returns the terminal to the Main Menu.

*NOTE: Depending on how your program has been configured, some of the services outlined in this guide may or may not apply to your terminal. Please contact your ECHO sales representative or ECHO customer support for questions regarding your program.*

*V.1, 6/04*

ECHO0000834

| TRANSACTION FUNCTIONS | |
|---|---|
| **PERSONAL CHECK PAYMENTS** | Personal E-Check - Page 4. |
| **REVERSE/ VOID CHECK** | Cancels the last authorized Personal Electronic Check transaction - Page 6. |
| **VERIFY ONLY** | Check Verification Only - Page 7. |
| **OVERRIDE CHECK** | This feature permits a merchant to force ACH processing of a check that had previously received a warning message from the host processing system - Page 8. |
| **PAYROLL CHECK** | Payroll Check - Page 8. |
| **REPORTS** | The Report function - Page 10 - provides detail and summary reports of all transactions stored in the terminal's database. The closing report for Check transactions however, automatically deletes the daily check records. It is recommended that these reports be printed at the end of each business day. |

## Check Sample



Bank Routing number + Account number = MICR Information

* MICR Information DOES NOT include check number.
* Number placements on the bottom line of the check may vary depending upon the check type.

2

ECHO0000835

## TERMINAL MAIN MENU

The Main Menu screen allows a user to: (1) select any supported payment method; (2) swipe a payment card; or (3) close a batch. This menu is reached when the terminal is turned on, or by pressing [CLEAR] 3 times at any point.

**Display**

Personal Check> F1
Reverse/Void> F2
Verify Only> F3
Override> F4

↓

**Action**

*Press the first soft purple key directly below the [DOWN ARROW] in order to display additional functions.*

Verify Only> F1
Override> F2
Payroll Check> F3
Close> F4

↑

*This screen allows the user to select additional functions. Press the second soft purple key directly below the [UP ARROW] in order to return to the previous screen.*

## STATE ABBREVIATIONS

| | | | | |
|---|---|---|---|---|
| AL | Alabama | | OK | Oklahoma |
| AK | Alaska | | OR | Oregon |
| AR | Arkansas | | PA | Pennsylvania |
| AZ | Arizona | | RI | Rhode Island |
| CA | California | | SC | South Carolina |
| CO | Colorado | | SD | South Dakota |
| CT | Connecticut | | TN | Tennessee |
| DC | Dist. of Columbia | | TX | Texas |
| DE | Delaware | | UT | Utah |
| FL | Florida | | VT | Vermont |
| GA | Georgia | | VA | Virginia |
| HI | Hawaii | | WA | Washington |
| IA | Iowa | | WV | West Virginia |
| ID | Idaho | | WI | Wisconsin |
| IL | Illinois | | WY | Wyoming |
| IN | Indiana | | AS | American Samoa |
| KS | Kansas | | GU | Guam |
| KY | Kentucky | | MP | No. Mariana Islands |
| LA | Louisiana | | PR | Puerto Rico |
| MD | Maryland | | PW | Palau |
| ME | Maine | | UM | US Minor Outlying Isles |
| MI | Michigan | | VI | US Virgin Islands |
| MN | Minnesota | | AB | Alberta |
| MS | Mississippi | | BC | British Columbia |
| MO | Missouri | | MB | Manitoba |
| MT | Montana | | NB | New Brunswick |
| NE | Nebraska | | NF | Newfoundland |
| NV | Nevada | | NT | Northwest Territories |
| NH | New Hampshire | | NS | Nova Scotia |
| NJ | New Jersey | | ON | Ontario |
| NM | New Mexico | | PE | Prince Edward Island |
| NY | New York | | PQ | Quebec |
| NC | North Carolina | | SK | Saskatchewan |
| ND | North Dakota | | YT | Yukon Territory |

3

ECHO0000836

## PERSONAL E-CHECK

This function produces a verification transaction and, if
approved, moves funds from check writer to merchant. Begin
this transaction by feeding the check into the MICR reader/
check imager or by pressing [F1] to manually select the
Personal Check option.

| Display | Action |
|---|---|

1. If check is fed through check reader:

   2. If the Personal Check option is manually
      selected:

| | | |
|---|---|---|
| Personal Check> | F1 | *Press [F1] for Personal* |
| Reverse/Void> | F2 | *Check and feed check* |
| Verify Only> | F3 | *into check imager.* |
| Override> | F4 | *(If check data is* |
| | | *unreadable, see* |
| | | *Page 5.)* |

    FEED CHECK

| | |
|---|---|
| ENTER CHECK AMOUNT:<br>$ 0.00 | *Type check amount,*<br>*press [ENTER].* |
| ENTER CASHBACK<br>AMOUNT:   $ 0.00 | *Type cashback amount (if*<br>*different from check*<br>*amount), press [ENTER], or*<br>*press [ENTER] to bypass.* |

| | | |
|---|---|---|
| SELECT | Drivers Lic > | F1 |
| ID | SSN > | F2 |
| TYPE | Courtesy > | F3 |

*Press the appropriate
key to select ID option
or [ENTER] to bypass. (ID
options may vary.)*

   For [F1] - Driver's License:

| | |
|---|---|
| ENTER OR SWIPE<br>DRIVER LICENSE: | *Swipe or type driver's*<br>*license #, press [ENTER].* |

If license manually keyed, state data is required:

| | |
|---|---|
| ENTER OR SELECT<br>DL STATE:<br><br>CA    NV    AZ | *Press the soft purple key*<br>*directly below displayed*<br>*state or type a different*<br>*state abbreviation and*<br>*press [ENTER].*<br>*(State options may vary.)* |

   For [F2] - Social Security Number:

| | |
|---|---|
| ENTER SSN: | *Type SSN, press*<br>*[ENTER].* |

   For [F3] - Courtesy Card:

| | |
|---|---|
| ENTER OR SWIPE<br>COURTESY CARD: | *Swipe card or type*<br>*courtesy card number,*<br>*press [ENTER].* |

*Terminal connects with ECHO. Stamp VOID on
check and return to check writer. Check writer must
sign the printed receipt.*

ECHO VERIF
AUTH   XXX-XXX

4

ECHO0000837

## UNREADABLE CHECK - Manual Entry

During an electronic check read, if the terminal obtains incorrect data from the check imager it will prompt for the clerk/manager to re-enter the check a second time.

| Display | Action |
|---|---|
| **FEED CHECK**<br>**Bad Read-Retry** | *Re-feed check into MICR reader/check imager. (Re-entry may be required more than two times.)* |

► *For 'Personal E-Check', and 'Override' check options: if check data is unreadable you cannot complete this transaction. Instead, begin the transaction again, but select the 'Verify Only' option.*

► *For 'Void/Reverse', 'Verify Only' or 'Payroll' check options: if check data is unreadable, you may manually key the following check information. (Transaction type will automatically switch to 'Verify Only' option.)*

Processing...
Please wait

| | |
|---|---|
| Manual Entry | *Type MICR information and press [ENTER]. (See check sample, Page 2.)* |
| **ENTER MICR INFO:** | |
| **ENTER CHECK NUMBER:** | *Type check #, [ENTER].* |
| **ENTER CHECK AMOUNT:** | *Type check amount, press [ENTER].* |
| **ENTER CASHBACK**<br>**AMOUNT:    $0.00** | *Type cashback amount (if different than check), or [ENTER] to bypass.* |
| **SELECT   Drivers Lic >   F1**<br>**ID         SSN >       F2**<br>**TYPE      Courtesy >   F3** | *Press the appropriate [F] key to select ID option, or [ENTER] to bypass.  (ID options may vary.)* |

► For [F1] - Driver's License:

| | |
|---|---|
| **ENTER OR SWIPE**<br>**DRIVER LICENSE:** | *Swipe or type driver's license #, press [ENTER].* |

If license is manually keyed, enter state data:

| | |
|---|---|
| **ENTER OR SELECT**<br>**DL STATE:**<br><br>**CA      NV      AZ** | *Press the soft purple key directly below displayed state, or type a different state abbreviation and press [ENTER].* |

► For [F2] - Social Security Number:

| | |
|---|---|
| **ENTER SSN:** | *Type SSN, press [ENTER].* |

► For [F3] - Courtesy Card:

| | |
|---|---|
| **ENTER OR SWIPE**<br>**COURTESY CARD:** | *Swipe card or type card number, [ENTER].* |

*Terminal connects with ECHO:*

**ECHO VERIF**
**AUTH     XXX-XXX**

5

ECHO0000838

## CHECK REVERSAL - VOID CHECK

This option cancels a previously approved check conversion.
A reversal will "void" the last authorized Personal E-Check
transaction without any additional data entry. Note that a void
transaction may be declined due to time limitations.

| Display | Action |
|---|---|
| Personal Check> F1 | Press [F2] for Reversal/Void. |
| Reverse/Void> F2 | |
| Verify Only> F3 | |
| Override> F4 | |
| | |
| REVERSE THE LAST | Press the soft purple key |
| PRESENTED CHECK? | directly below the desired |
| YES    NO | option. |

▶ If 'Yes' is chosen, terminal dials host and response
is received.

ECHO VERIF
AUTH    XXX-XXX

▶ If 'No' is selected, Call ECHO (800-233-0406, ext. 1)
for password and proceed through the steps below.

| TYPE PASSWORD | Type password, |
|---|---|
| TO ACCESS MENU | press [ENTER]. |
| | |
| FEED CHECK | Feed check into MICR reader/check imager. (If check data is unreadable, see 'Unreadable Check' procedure on Page 5.) |
| | |
| ENTER CHECK | Type check amount, |
| AMOUNT | press [ENTER]. |
| $ 0.00 | |

Terminal connects with ECHO:

ECHO VERIF
AUTH    XXX-XXX

6

ECHO0000839

## VERIFY ONLY

The terminal compares the check data (electronically read or manually entered) against the verification database. The response is either an authorization number or a printed warning or decline. If approved, merchant may deposit paper check at bank.

| Display | Action |
|---|---|
| Personal Check> F1<br>Verify Only> F2<br>Override> F3<br>Reverse/Void> F4 | Press [F2] for Verify Only and feed check into MICR reader/check imager. (If check data is unreadable see Page 5.) |
| FEED CHECK | |
| ENTER CHECK AMOUNT:<br>$ 0.00 | Type check amount, press [ENTER]. |
| ENTER CASHBACK AMOUNT:     $ 0.00 | Type cashback amount (if different from check amount) and press [ENTER], or press [ENTER] to bypass. |
| SELECT   Drivers Lic > F1<br>ID              SSN > F2<br>TYPE    Courtesy > F3 | Press the appropriate key to select ID option, or [ENTER] to bypass. (ID options may vary.) |

➤For [F1] - Driver's License:

| ENTER OR SWIPE DRIVER LICENSE: | Swipe or type driver's license, press [ENTER]. |
|---|---|

If license manually keyed, state data is required:

| ENTER OR SELECT DL STATE:<br><br>CA      NV      AZ | Press the soft purple key directly below displayed state, or type a different state abbreviation and press [ENTER]. (State options may vary.) |
|---|---|

➤ For [F2] - Social Security Number:

| ENTER SSN: | Type SSN, press [ENTER]. |
|---|---|

➤ For [F3] - Courtesy Card:

| ENTER OR SWIPE COURTESY CARD: | Swipe card or type courtesy card number, press [ENTER]. |
|---|---|

*Terminal connects with ECHO*

ECHO VERIF
AUTH      XXX-XXX

7

ECHO0000840

## OVERRIDE CHECK WARNING

This feature permits a merchant to force ACH processing of a check that has previously received a warning message from the host processing system. It allows the clerk/manager to "override" a warning condition and receive an authorization number and receipt. If approved, moves funds from check writer to merchant. Check writer keeps voided check.

| Display | Action |
|---|---|
| Personal Check> F1 | Press [F4] for Override. |
| Reverse/Void> F2 | |
| Verify Only> F3 | |
| Override> F4 | |
| | |
| FEED CHECK | Feed check into imager. (If check data is unreadable, see the unreadable check procedure on Page 5.) |
| | |
| Terminal connects with ECHO. | Check writer must sign |
| ECHO VERIF | the printed receipt. |
| AUTH     XXX-XXX | |

*NOTE: Depending on your allowed services,the Override feature may not be permitted. Additionally, if you are in a check guarantee program and you override a check warning, the check is not guaranteed by ECHO.*

## PAYROLL CHECK PROCESSING

The terminal compares the check data (electronically read or manually entered) against the verification database. The response is either an authorization number or a printed warning or decline. If approved, does not move funds from check writer to merchant. This feature is optional. Merchant retains the check and deposits at bank.

| Display | Action |
|---|---|
| Verify Only> F1 | At the Terminal Main Menu, press the first soft purple key directly below the [DOWN ARROW] in order to display additional functions. At the new screen, press [F3] for Payroll Check. |
| Override> F2 | |
| Payroll Check> F3 | |
| Close> F4 | |
| | |
| FEED CHECK | Feed check into imager. (If data is unreadable, it may be entered manually. See the unreadable check procedure on Page 5.) |
| | |
| ENTER CHECK AMOUNT: | Type check amount, press [ENTER]. Continue from this point forward by following the procedures described for "Personal E-Check" on Page 4. |
| $xxx.xx | |

8

ECHO0000841

## CHECK IMAGE UPLOAD

This procedure causes the check images that are stored in the check imager to be uploaded to the check image storage host.

| Display | Action |
|---|---|
| Close Batch> F1 | Press [F3] for image |
| Print Batch> F2Upload. | |
| Image Upload> F3 | |
| Sync FTP Parameters> F4 | |

| | |
|---|---|
| Send Images Now? | Press the soft purple key |
| Check Images:      XX. | directly below the |
| Unused Memory:XXX% | desired option. |

YES    NO

→ If 'YES' is chosen, the check images are uploaded to the check image repository site at *ECHO*.

Deleting check images          *(This notification*
This may take up to            *confirms a successful*
1 minute                       *upload. Check images*
                               *are automatically*
                               *deleted from the*
                               *system's database.)*

→ If 'NO' is chosen, the following prompts appear:

Delete Check Images?          *Press the soft purple*
                              *key directly below the*
YES    NO                     *desired option.*

→ If 'YES' is chosen, system requires confirmation:

Delete Check Images?          *Press the soft purple*
Are you sure?                 *key directly below the*
                              *desired option.*
YES    NO

→ If 'YES' is chosen, the system deletes the check images from its database and returns to the Main Menu screen.

Deleting check images
This may take up to
1 minute

→ If 'NO' is chosen, system returns to the Main Menu screen

*NOTE: The system will automatically upload check images each night if the terminal's power is left on.*

9

ECHO00000842

## CLOSING REPORT - CHECK TRANS

This procedure prints a report of all the check transactions stored in the terminal's database. The user may select either a _Terminal Report_ (transaction information for that day stored in the terminal) or a _Host Report_ (the transaction information stored in the NCN database).

| Display | | | Action |
|---|---|---|---|
| | Close Batch> | F1 | Press [F2] for Print Batch. |
| | Print Batch> | F2 | |
| | Image Upload> | F3 | |
| | Sync FTP Parameters> | F4 | |
| Print Batch Detail Report | Terminal> Report | F1 | Press [F1] for Terminal Report. |
| | Host> Report | F2 | Press [F2] for Host Report. |
| Print Batch Detail Report | Current?> | F1 | Press [F1] for Current. |
| | 000 | | |
| Which Batch? | | | |
| Batch #: | 000 | | Press [THIRD] soft purple key to print. |
| Num Auths: | 0 | | If 'YES' is chosen the |
| Amt. Auths: | $0.00 | | Terminal Report Prints and |
| Num. Voids: | 0 | | system returns to the main |
| Auth. voids: | $0.00 | | menu. |
| Print | YES  NO | | If 'NO' is chosen, system returns to the main menu. |

## CHECK IMAGER - SYNC FTP

This procedure uploads new parameters to the check imager. It is recommended that these steps are followed whenever a new check imager is installed or after the Omni terminal receives a software upgrade.

| Display | | | Action |
|---|---|---|---|
| | Close Batch> | F1 | Press [F4] for Sync FTP Parameters. |
| | Print Batch> | F2 | |
| | Image Upload> | F3 | |
| | Sync FTP Parameters> | F4 | |
| Updating Upload Parameters. Please wait ... | | | (expect a 2 second delay) |
| Please turn off check imager to reset upload parameters | | | Unplug the power cord from the check imager. (Do not disconnect the cord between imager and Omni.) |
| Please turn check imager back on to continue. Boot-up process will take about 30 seconds. | | | Restore power to the check imager. (Check imager reinitializes with the terminal and the system returns to the Main Menu.) |

10

ECHO0000843

If you have any questions about the operation of your terminal, please call *ECHO's* 24-hour Customer Support Center:

1-800-262-3246, ext. 1



Electronic Clearing House, Inc.

730 Paseo Camarillo
Camarillo, CA 91301
1-800-262-*ECHO* (3246)
Merchants sponsored by First Regional Bank,
Agoura Hills, CA.

Member FDIC

ECHO0000844

# EXHIBIT   27

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT   28

# DOCUMENTS PROVIDED TO STEVE SCHUTZE

| Document Description | Bates range |
|---|---|
| Tinkel Expert Report RE Infringement | N/A |
| Electronic Check Services (ECS) Program Guide | Nova 01434-01460 |
| Nova Network Summary | Nova 02578-02581 |
| Frequently Asked Merchant Questions | Nova 02384-02385 |
| Electronic Check Service User Guide | Nova 02952-02985 |
| Electronic Check Services Implementation Guide Version 1.0 | Nova 02534-02568 |
|  |  |
|  |  |
|  |  |
| Everything you always wanted to know…. | ECHO 799-814 |
| Everything you always wanted to know…. | Exhibit 6 to this report |
| Best practices for using NCN logs, Revision 1.9 11/13/02 |  |
| Xpress conversion POS check Service | ECHO 727-728 |
| RMRS Single Packet Specification | ECHO 1678-1701 |
| Electronic Check Services and Processing Agreement | ECHO 4492-4510 |
| Electronic Check Services and Processing Agreement | ECHO 4534-4580 |
|  |  |
|  |  |
| Letter to Kris Winckler | LML-EP-029571-582 |
| Letter to Ronald Laurie | LML-EP-017104-116 |
| U.S. Patent No. 5,484,988 File Wrapper History | LML-EP-000054-000242 |
| A Complete Guide To Rules & Regulations Governing the ACH Network, 2005 | LML-EP-055336-055944 |
|  |  |
|  |  |
| Deposition of Amy Goodson |  |
| Deposition of Gerri Calabrese 6/23/05 |  |
| Deposition of Gerri Calabrese 6/24/05 |  |
| Deposition of John Waldron |  |
| Deposition of Tina Davis |  |
|  |  |
| Deposition of Kris Winckler 5/24/05 |  |
| Deposition of Kris Winckler 5/25/05 |  |
| Deposition of Greg Belfor |  |

LA2:773017.1

# EXHIBIT  29

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF LESLEY G. SMITH IN SUPPORT OF LML'S MEMORANDUM IN OPPOSITION TO ECHO'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 22nd day of November, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

_____/s/ Mary B. Matterer_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Plaintiff LML PATENT CORP.*