IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,

         Plaintiff,

    v.

TELECHECK SERVICES, INC.,
ELECTRONIC CLEARING HOUSE, INC.,
XPRESSCHEX, INC. and NOVA
INFORMATION SYSTEMS, INC.,

         Defendants.

C.A. 04-858 (SLR)

**PUBLIC VERSION**

## DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF TELECHECK'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT NO. 1

William J. Marsden (#2247)
Timothy Devlin (#4241)
Stamatios Stamoulis (#4606)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

*Attorneys for TeleCheck Services, Inc*

Dated: November 15, 2005

Public Version: November 22, 2005

I, TIMOTHY DEVLIN, declare as follows:

1.    I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("TeleCheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2.    I submit this declaration in support of TeleCheck's Memorandum in Opposition to LML's Motion for Summary Judgment No. 1.

3.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of David P. Kurrasch Regarding Non-Infringement dated Sept. 20, 2005.

4.    Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,484,988.

5.    Attached hereto as Exhibit 3 is a true and correct copy of an Electronic Check Acceptance brochure bearing Bates Nos. FDC 1081287-305.

6.    Attached hereto as Exhibit 4 is a true and correct copy of an Electronic Check Acceptance brochure bearing Bates Nos. FDC 213433-451.

7.    Attached hereto as Exhibit 5 is a true and correct copy of Uniform Commercial Code § 3-104.

8.    Attached hereto as Exhibit 6 is a true and correct copy of a TeleCheck Service Agreement bearing Bates Nos. FDC 1391826-834.

9.    Attached hereto as Exhibit 7 is a true and correct copy of a TeleCheck Service Agreement bearing Bates Nos. FDC 1391835-843.

10.    Attached hereto as Exhibit 8 is a true and correct copy of a TeleCheck Service Agreement bearing Bates Nos. FDC 1092881-883.

11.    Attached hereto as Exhibit 9 is a true and correct copy of a TeleCheck Service Agreement bearing Bates Nos. FDC 1391844-846.

12.    Attached hereto as Exhibit 10 is a true and correct copy of a TeleCheck Service Agreement bearing Bates Nos. FDC 216647-649.

13.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition testimony of Gary L. Tinkel taken on Sept. 28, 2005.

14.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Expert Report of Gary Tinkel Regarding Infringement dated Aug. 12, 2005.

15.    Attached hereto as Exhibit 13 is a true and correct copy of the production document bearing Bates No. FDC 6612.

16.    Attached hereto as Exhibit 14 is a true and correct copy of the production document bearing Bates No. FDC 6611.

17.    Attached hereto as Exhibit 15 is a true and correct copy of a Telecheck press release dated Dec. 8, 1999, bearing Bates Nos. FDC 8532-33.

18.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the 2005 ACH Rules bearing Bates Nos. LML-EP 55420, LML-EP 55432 and LML-EP 55504.

19.    Attached hereto as Exhibit 17 is a true and correct copy of a letter from LML counsel to Defendants' counsel dated Sept. 13, 2005, bearing Bates Nos. FDC 1391791-792.

20.    Attached hereto as Exhibit 18 is a true and correct copy of a TeleCheck Service Agreement bearing Bates Nos. FDC 209697-705.

21.    Attached hereto as Exhibit 19 is a true and correct copy of a presentation entitled "The Home Depot Check Future" dated Jan. 27, 2005, bearing Bates Nos. FDC 1259904-934.

22.    Attached hereto as Exhibit 20 is a true and correct copy of the production document bearing Bates Nos. FDC 237.

23.    Attached hereto as Exhibit 21 is a true and correct copy of a TeleCheck Services, Inc. Company Overview bearing Bates Nos. FDC 1154365-391.

24.    Attached hereto as Exhibit 22 is a true and correct copy of the production document bearing Bates No. FDC 12387.

25.    Attached hereto as Exhibit 23 is a true and correct copy of the production document bearing Bates No. FDC 6450.

26.    Attached hereto as Exhibit 24 is a true and correct copy of the production document bearing Bates No. FDC 7018.

27.    Attached hereto as Exhibit 25 is a true and correct copy of a fax from Roberts to Laurie dated Oct. 1, 1997, bearing Bates Nos. FDC 1389393-400.

28.    Attached hereto as Exhibit 26 is a true and correct copy of §3.8.1 from the 2005 ACH Rules bearing Bates Nos. LML-EP 55429.

29.    Attached hereto as Exhibit 27 is a true and correct copy of the production document bearing Bates No. FDC 142.

30.    Attached hereto as Exhibit 28 is a true and correct copy of Response Codes bearing Bates No. FDC 78.

31.    Attached hereto as Exhibit 29 is a true and correct copy of U.S. Patent No. 5,053,607 bearing Bates Nos. FDC5000131-150.

32.    Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the U.S. Patent No. 5,484,988 prosecution history bearing Bates No. LML-EP 192.

33.    Attached hereto as Exhibit 31 is true and correct copy of excerpts from the deposition testimony of Robert Hills taken on Aug. 25, 2005.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on November 15, 2005.

Timothy Devlin (#4241)

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, a true and correct copy of the

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF TELECHECK'S

MEMORANDUM IN OPPOSITION TO LML'S MOTION FOR SUMMARY

JUDGMENT NO. 1 was caused to be served on the attorneys of record at the following

addresses as indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

**BY EMAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Timothy Devlin (#4241)