IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858-SLR <br><br> **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** |

**DECLARATION OF STEPHEN A. SCHUTZE IN SUPPORT OF ELECTRONIC CLEARING HOUSE, INC.'S AND XPRESSCHEX, INC.'S BRIEF IN OPPOSITION TO "LML'S MOTION FOR SUMMARY JUDGMENT NO. 2: FOR A RULING THAT ECHO INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, AND 15 OF THE '988 PATENT"**

I, STEPHEN A. SCHUTZE, hereby declare:

1. I was asked by the law firms of O'Melveny & Myers LLP and Belasco Jacobs & Townsley, LLP to provide an expert opinion in this matter regarding alleged infringement of U.S. Patent Nos. 5,484,988 (the "'988 Patent") on behalf of defendants Nova Information Systems, Inc., ("Nova") and Electronic Clearing House, Inc., and Xpresschex, Inc. (collectively "ECHO"). I submitted my Expert Report on September 20, 2005.

2. I am the Managing Director of Forward Financial Consulting. I hold a Bachelor of Science degree in Education from Ohio Northern University and completed coursework towards my Masters degree at Wayne State University in Michigan.

3. Prior to launching Forward Financial Consulting, I was the Director of eStrategies at the American Bankers Association (the "ABA"). I oversaw electronic commerce policy development, helped formulate legislative and regulatory positions on electronic commerce and payment system issues, and fostered awareness of electronic commerce among member banks to enable them to better compete.

1

4. I am currently on the Steering Committee of NACHA's Electronic Check Council and I am the immediate past Chairman of the council. Prior to becoming Chairman of the Electronic Check Council, I was the leader of the Council's Point of Sale Work Group. I served on BITS' Advisory Council, ABA's Payments Systems Committee and ABA's Deposit Account Fraud Committee, as well as an advisor to the ECCHO Board.

5. Before coming to the ABA, I was Senior Vice President at Bank of America in Business Transformation, directing payment systems strategies, check imaging strategic planning and Check Safekeeping, as well as serving as Manager of the FSTC eCheck project.

6. I am submitting this declaration in support of Electronic Clearing House, Inc.'s and XpressChex, Inc.'s Brief in Opposition to "LML's Motion For Summary Judgment No. 2: For A Ruling That ECHO Infringes Claims 1, 2, 4, 5, 6, 9, 10, 11, And 15 Of The '988 Patent".

7. ECHO markets two point-of-sale electronic check conversion systems, one under the generic title "Electronic Check Conversion" (formerly XpressConversion, hereinafter "ECC Service" for short) and the other under the title VISA POS Check Service. Both systems are able to clear certain types of checks through the U.S. National Automated Clearing House, commonly known as and referred to herein as the ACH Network.

8. During the week of September 5, 2005, I was provided with a Redacted Redacted connected to a Redacted This POS terminal/MICR-Reader combination was activated on a live merchant account for me by ECHO.

9. During that week, I ran various types of checks through the POS terminal/MICR-Reader combination, including checks drawn on banks from the following countries: U.S., Canada, France, Australia, England, Israel, Belgium, and India. I also ran a facsimile of a U.S. check drawn on my bank account. I am informed and believe that copies of these checks were produced by Nova to plaintiff in this litigation.

10. I observed that checks with the MICR lines printed in a font called CMC-7, rather than E13B font, (i.e., the Israeli and French checks) returned the following message on the POS terminal display: Redacted   I ran each such check two to three times and the same message was displayed on the POS terminal. Certain foreign countries including, without limitation, Israel, France, Spain and most Spanish speaking countries use a font called CMC-7 to print characters for magnetic recognition on checks. The U.S., Canada, Australia, the U.K., and India, among others, print MICR on checks in E13B font.

11. The check facsimile returned the same response on the POS terminal display: Redacted   ran the check two to three times and the same message was displayed on the POS terminal. I am informed and believe that the MICR reader was unable to read the MICR lines on this check because the MICR characters lacked magnetization lying within the required range.

12. The Canadian check returned the following message to the POS terminal: Redacted   I understand that this means that the check may not be converted to an electronic item for clearance. Instead, this item must be Redacted

13. For the Australian, English, Belgian, and Indian checks, the POS terminal displayed the following message: Redacted   I am informed and believe that this means that Redacted

14. The alpha-numeric display-screen on the POS terminal that I used to run the various checks mentioned above did not display any portion of the MICR line.

15. As one skilled in the art of check handling and processing, I understand that checks take on the status of negotiable instruments, under Uniform Commercial Code Section UCC § 3-104, where the customer has filled in information relating to the party to be paid, date, and amount, and the customer has signed the check. In my opinion, a check that has not been filled out and signed is not a negotiable instrument, as that term is used in the patent-in-suit.

16. I am aware that automated clearing houses exist in foreign countries and that they can be communicated with.

17. In my opinion, one of ordinary skill in the art would not conclude that the VisaNet network to be an automated clearinghouse as that term is understood in the relevant field of electronic check conversion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November, 2005.

*/s/ STEPHEN A. SCHUTZE*
STEPHEN A. SCHUTZE