IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858-SLR <br><br> FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER |

**DECLARATION OF DON H. MIN IN SUPPORT OF ELECTRONIC CLEARING HOUSE, INC.'S AND XPRESSCHEX, INC.'S BRIEF IN OPPOSITION TO "LML'S MOTION FOR SUMMARY JUDGMENT NO. 2: FOR A RULING THAT ECHO INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, AND 15 OF THE '988 PATENT"**

I, Don H. Min, do hereby declare:

1. I am an associate with the law firm of Belasco Jacobs & Townsley, LLP, the law firm representing Defendants Electronic Clearing House, Inc. and XpressChex, Inc. ("ECHO") in the above-entitled action. I am licensed to practice law in the State of California and have been admitted to practice before this Court in this case, *Pro Hac Vice*.

2. I am submitting this declaration in support of Electronic Clearing House, Inc.'s and XpressChex, Inc.'s Brief In Opposition To "LML's Motion For Summary Judgment No. 2: For A Ruling That ECHO Infringes Claims 1, 2, 4, 5, 6, 9, 10, 11, and 15 Of The '988 Patent."

3. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 5,484,988 and bearing Bates Nos. LML-EP 000001-16.

4. Attached hereto as **Exhibit B** is a true and correct copy of the prosecution history of U.S. Patent No. 5,484,988 and bearing Bates Nos. LML-EP 000054-242.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the 2005 ACH Rules – A Complete Guide to Rules & Regulations governing the ACH

Network and bearing Bates Nos. LML-EP 055336, 055337, 055420, 055429, 055432 and 055504.

6. Attached hereto as **Exhibit D** is a true and correct copy of Uniform Commercial Code § 3-104.

7. Attached hereto as **Exhibit E** is a true and correct copy of Redacted

Redacted

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition testimony of Redacted

9. Attached hereto as **Exhibit G** is a true and correct copy of a

Redacted

10. Attached hereto as **Exhibit H** is a true and correct copy of U.S. Patent No. 5,175,682 and bearing Bates Nos. FDC 5000151-58.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the Deposition of Gary L. Tinkel taken in the above-entitled action on September 28, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November, 2005 in Los Angeles, California.

_____
DOK H. MIN