# MIN EXHIBIT C



# A Complete Guide To Rules & Regulations Governing the ACH Network

LML-EP-055336

# 2 0 0 5

# ACH RULES

## A Complete GuideTo Rules &
## Regulations Governing the
## ACH Network

Copyright 2005 by the National Automated Clearing House Association
All Rights Reserved
Printed in the United States of America
13665 Dulles Technology Drive, Suite 300
Herndon, VA 20171
703-561-1100

LML-EP-055337

SUBSECTION 2.2.1.4 Revocation of Authorization

♦ At the time the entry is transmitted to an Originating ACH Operator, the Originator's authorization has not been revoked, the agreements required by subsection 2.1.1 (Originator Authorization and Agreement) concerning the entry have not been terminated, and neither the ODFI, any Third-Party Sender, nor the Originator has actual knowledge of the revocation of the Receiver's authorization or of the termination of the arrangement between the RDFI and the Receiver concerning the entry.

SUBSECTION 2.2.1.5 Termination of Authorization by Operation of Law

At the time the entry is processed by an RDFI, the authorization for that entry has not been terminated, in whole or in part, by operation of law. This subsection shall not apply if the RDFI has actual knowledge of the circumstances giving rise to such termination at the time it processes the entry and the ODFI does not have such actual knowledge.

◊ SUBSECTION 2.2.1.6 Transmission of ACH Information Via Unsecured Electronic Networks

For each entry for which any banking information, including, but not limited to, an Entry, Entry Data, a routing number, an account number, and a PIN or other identification symbol, is transmitted or exchanged between a Receiver and an Originator, or an Originator and an ODFI, via an Unsecured Electronic Network, the Originator has, prior to the key entry and through transmission of any banking information, (1) encrypted the banking information using a commercially reasonable security technology that, at a minimum, is equivalent to 128-bit RC4 encryption technology, or (2) transmitted or received the banking information via a secure session using a commercially reasonable security technology that provides a level of security that, at a minimum, is
□ equivalent to 128-bit RC4 encryption technology. [*For each entry for which any banking information, including, but not limited to, an Entry, Entry Data, a routing number, an account number, and a PIN or other identification symbol, is transmitted or exchanged between a Receiver and an Originator, an Originator and an ODFI, an ODFI and an ACH Operator, or an Originator or ODFI and a Third-Party Service Provider, via an Unsecured Electronic Network, the Originator has, prior to the key entry and through transmission of any banking information, (1) encrypted the banking information using a commercially reasonable security technology that, at a minimum, is equivalent to 128-bit RC4 encryption technology, or (2) transmitted or received the banking information via a secure session using a commercially reasonable security technology that provides a level of security that, at a minimum, is equivalent to 128-bit RC4 encryption technology.*]

◊ Transmissions or exchanges of banking information over an Unsecured Electronic Network by means of voice or keypad inputs from a wireline or wireless telephone are not subject to this Subsection 2.2.1.6 unless the telephone is used to access the Internet.

◊ SUBSECTION 2.2.1.7 Verification of Identity of Originator

The ODFI has utilized a commercially reasonable method to establish the identity of each Originator that uses an Unsecured Electronic Network to enter into a contractual relationship with an ODFI for the origination of ACH transactions.

SUBSECTION 2.2.1.8 PIN Requirements

If a personal identification number (PIN) is required in connection with the authorization for an MTE, POS, or SHR entry, the Originator has complied with the American National Standards Institute's (ANSI) Accredited Standards Committee (ASC) X9.8 concerning PIN Management and Security. This warranty does not apply to SHR or MTE entries if the ODFI and the RDFI are parties to an agreement (other than these rules) for the provision of services relating to these entries, or if a card issued by the ODFI or Originator of the entry is used in connection with the authorization for these entries.

SUBSECTION 2.2.1.9   Transmittal of Required Information

Each entry transmitted by the ODFI to an ACH Operator contains the correct Receiver account number and all other information necessary to enable the RDFI to comply with the requirements of section 4.5 (Periodic Statements) except for information within the purview of the RDFI's relationship with the Receiver. Information transmitted with an entry is payment related and conforms to the requirements of Appendix Two (ACH Record Format Specifications).

SUBSECTION 2.2.1.10 Reclamation Entries

(a) In the case of a reclamation entry initiated pursuant to section 2.6 (Reclamation Entries) or a written demand for payment initiated pursuant to section 4.8 (Liability of RDFI for Benefit Payments), all information is accurate and applies to the Receiver and account identified in the reclamation entry or written demand; (b) Each such reclamation entry or written demand for payment falls within the time requirements of section 4.8.4 (Timing), has been properly authorized by the intended Receiver of the reclamation entry or written demand, and the authorization for the entry or written demand has not been revoked or otherwise terminated at the time it is received by the RDFI; (c) Any payments subject to section 4.8 are made with no restriction on the number of parties having an interest in the account.

---

♦ *Approved December 2, 2003; Effective December 10, 2004*
◊ *Approved December 2, 2003; Effective September 10, 2004*
□ *Approved November 9, 2004; Effective March 18, 2005*

**SECTION 3.7 Obligations of Originators of ARC Entries**

SUBSECTION 3.7.1 Notice Obligation

The Originator must, in advance of receiving from the Receiver each source document used as the basis for the origination of an ARC entry, provide the Receiver with notice that clearly and conspicuously states that receipt of the Receiver's source document will authorize an ACH debit entry to the Receiver's account in accordance with the terms of the source document. If the Originator has received notice in accordance with the reasonable procedures established by the Originator that the receipt of the check does not authorize an ACH debit entry, then receipt of a check by the Originator does not authorize an ACH debit entry to the account on which the check is drawn.

SUBSECTION 3.7.2 Source Documents

For an ARC entry, a check or sharedraft provided to the Originator by the Receiver via the U.S. mail or at a dropbox location must be used by the Originator as the source document for the Receiver's routing number, account number, check serial number, and dollar amount. To be used as the source document for an ARC entry, a check or sharedraft must (1) contain a pre-printed serial number, (2) be drawn on a Consumer Account, and (3) be completed and signed by the Receiver.

The following may not be used as the source document for ARC entries: (1) checks drawn on corporate or business accounts, (2) third-party checks, (3) demand drafts and third-party drafts that do not contain the signature of the Receiver, (4) credit card checks, (5) obligations of a financial institution (e.g, travelers checks, cashier's checks, official checks, money orders, etc.), (6) checks drawn on the Treasury of the United States, a Federal Reserve Bank, or a Federal Home Loan Bank, (7) checks drawn on a state or local government, or (8) checks payable in a medium other than United States currency.

SUBSECTION 3.7.3 Copy of Source Document

The Originator must retain a reproducible, legible, image, microfilm, or copy of the front of the Receiver's source document for each ARC entry for two years from the Settlement Date of the ARC entry. At the request of the ODFI, the Originator must provide a copy of the front of the source document to the ODFI for its use or for the use of an RDFI requesting such information pursuant to subsection 2.9.3.2 (Copy of Source Document).

SUBSECTION 3.7.4 Source Document Will Not Be Presented for Payment

The source document to which the ARC entry relates may not be used by the Originator as a check to obtain payment.

SUBSECTION 3.7.5 Destruction of Source Document

The source document to which the ARC entry relates must be destroyed within fourteen days of the Settlement Date of the entry.

SUBSECTION 3.7.6 Capture of MICR Information

During initial processing of an ARC entry, the Originator may not key-enter the routing number, account number, or check serial number from the Receiver's source document. An Originator may, however, key-enter such information to correct errors relating to MICR misreads, miscoding, or processing rejects.

**SECTION 3.8 Obligations of Originators of POP Entries**

SUBSECTION 3.8.1 Source Documents

For a POP entry, a check or sharedraft provided by the Receiver at the point-of-purchase must be used by the Originator as a source document for the Receiver's routing number, account number, and check serial number. The source document must then be voided by the Originator. Only a check or sharedraft that contains a pre-printed serial number and that is drawn on a Consumer Account may be used as a source document for this type of transaction.

For POP entries, the following may not be used as source documents: (1) checks drawn on corporate or business deposit accounts, (2) third-party checks, (3) credit card checks, (4) obligations of a financial institution (e.g., traveler's checks, cashier's checks, official checks, money orders, etc.), (5) checks drawn on the Treasury of the United States, a Federal Reserve Bank, or a Federal Home Loan Bank, (6) checks drawn on a state or local government, or (7) checks payable in a medium other than United States currency. For POP entries, a previously voided check or sharedraft that has been used by the Receiver for a prior POP entry may not be used as a source document for this type of transaction.

SUBSECTION 3.8.2 Capture of MICR Information

The Originator may not key-enter the routing number, account number, or check serial number from the Receiver's source document.

SUBSECTION 3.8.3 Receipts

An Originator must provide to each Receiver a receipt containing the following information with respect to each POP entry to the Receiver's account:

(a)     Originator name (merchant)
(b)     company (merchant)/third-party service provider telephone number;
(c)     date of transaction;
(d)     transaction amount;

5:00 p.m. (RDFI's local time) on the banking day prior to the Settlement Date must be made available to the Receiver for withdrawal or cash withdrawal at the opening of business on the Settlement Date. For purposes of the preceding sentence, opening of business is defined as the later of 9:00 a.m. (RDFI's local time) or the time the RDFI's teller facilities (including ATMs) are available for customer account withdrawals.

SUBSECTION 4.4.2  Time of Debiting of Entries

An RDFI must not debit the amount of any entry to a Receiver's account prior to the Settlement Date of the entry, even if the effective entry date of the entry is different from the Settlement Date of the entry.

SUBSECTION 4.4.3  Provision of Payment-Related Information to Receiver

Upon the request of the Receiver, an RDFI must provide to its Receiver all Payment-Related Information contained within the Addenda Records transmitted with CCD, CIE, and CTX entries. The RDFI must provide this information to its Receiver by the opening of business on the second banking day following the Settlement Date of the entry.

SUBSECTION 4.4.4  Crediting of Originators' Accounts by Receiver

A Receiver must credit the Originator with the amount of an entry credited to the Receiver's account as of the Settlement Date. The Receiver shall have a reasonable period of time after the entry is credited to the Receiver's account to post the amount of the credit to the Originator's account or return the entry to the RDFI. For purposes of this section, a Receiver shall be considered to act within a reasonable period of time if the Receiver posts the credit or returns the entry no later than the time at which the Receiver would usually complete the process of posting credits resulting from payments received to its customers' accounts or returning these payments. A Receiver that returns an entry according to the requirements of this subsection 4.4.4 is not considered to have accepted the entry. This subsection 4.4.4 does not apply to MTE, POS, PPD, or SHR entries.

SUBSECTION 4.4.5  Rights of Receiver Upon Unauthorized Debit to Its Account

A Receiver or other person whose account is debited by an entry which is, in whole or in part, not authorized by such person shall have rights, including the right to have the account recredited as provided by law or agreement. Except as provided for in subsection 8.6.7 (Waiver of Right to Recredit), these rules shall not provide for or restrict any such rights.

SUBSECTION 4.4.6  Reliance on Standard Entry Class Codes

An RDFI may consider an entry containing a Standard Entry Class Code specified in Appendix Two (ACH Record Format Specifications) as complying with the requirements of these rules for that type of entry.

SUBSECTION 4.4.7  Reimbursement of RDFI

For a credit entry subject to Article 4A, credit given to the Receiver by the RDFI as provided in subsection 4.4.1 (Availability of Credit Entries to Receivers) is provisional until the RDFI has received final settlement through a Federal Reserve Bank or has otherwise received payment as provided in Section 4A-403(a) of Article 4A. If such settlement or payment is not received, the RDFI is entitled to a refund from the Receiver of the amount credited, and the Originator is considered not to have paid the Receiver the amount of the entry. This subsection applies only if the Receiver has agreed to be bound by the rules contained in this subsection 4.4.7.

SECTION 4.5  Periodic Statements

An RDFI must send or make available to each of its Receivers information concerning each credit and debit entry to a Consumer Account of the Receiver in accordance with Appendix Four (Minimum Description Standards). In the case of CIE entries, this requirement and the requirements of Appendix Four apply to the ODFI for each credit entry debited to a Consumer Account of the Originator.

SECTION 4.6  Notice to Receiver

An RDFI is not required to notify a Receiver of receipt of an entry to its account unless otherwise provided for in an agreement between the RDFI and Receiver or required by a federal or state statute or regulation which cannot be varied by these rules or by agreement of the parties.

SECTION 4.7  Release of Information

Each RDFI agrees that each ACH Operator may release to the National Association data regarding ACH return entries transmitted to or by the RDFI.

SECTION 4.8  Liability of RDFI for Benefit Payments

SUBSECTION 4.8.1  Liability of RDFI

If a Receiver has died and the Receiver's right to receive one or more pension, annuity, or other benefit payments by PPD entry has terminated before the receipt by the RDFI of one or more credit entries to the Receiver's account representing those payments, the RDFI may be liable to the Originator for the amount of those entries credited to the Receiver's account if neither the Receiver's estate nor any other holder of the account is entitled to the

R36  *Return of Improper Credit Entry*

- ACH credit entries (with the exception of reversals) are not permitted for use with the ARC Standard Entry Class Code.

- ACH credit entries (with the exception of reversals) are not permitted for use with the POP Standard Entry Class Code.

- RCK entries must be limited to debits to demand accounts, with the exception of reversals to correct erroneous entries.

- ACH credit entries (with the exception of reversals) are not permitted for use with the WEB Standard Entry Class Code.

- ACH credit entries (with the exception of reversals) are not permitted for use with the TEL Standard Entry Class Code.

Creation of the resulting automated return entries shall be in accordance with the specifications in Appendix Five (Return Entries).

# APPENDIX FOUR - MINIMUM DESCRIPTION STANDARDS

These rules require each RDFI to send or make available to each Receiver specific minimum descriptive information concerning each credit or debit entry to the Receiver's account. This descriptive information, which is consistent with the requirements of Section 205.9(b) of Federal Regulation E, is as follows:

(a) Posting date to customer's account
(b) Dollar amount of the entry
(c) Company name
(d) Company entry description
(e) Type of account (e.g., checking)
(f) Number of the account
(g) Amount of any charges assessed against the account for electronic fund transfer services
(h) Balances in the customer's account at the beginning and at the close of the statement
(i) Terminal Identification Code (MTE, POS, and SHR entries)
(j) Terminal Location (MTE, POS, and SHR entries)
(k) Terminal City (MTE, POP, POS, and SHR entries)
(l) Terminal State (MTE, POP, POS, and SHR entries)
(m) Address and telephone number to be used for inquiries or notices of errors preceded by "Direct Inquiries To" or similar language

The above requirements do not apply to Receivers' passbook accounts which may not be accessed by electronic fund transfers other than preauthorized credit transfers. However, they do apply whether or not Regulation E imposes certain of those requirements on a person other than the RDFI and whether or not the Regulation exempts a Participating DFI from all such requirements with respect to certain types of entries.

For Accounts Receivable (ARC) Entries, Destroyed Check Entries (XCK), Re-presented Check (RCK) Entries and Point-of-Purchase (POP) Entries, these rules require that, in addition to the information noted above, the RDFI also provide the Receiver with the following information relating to the entry:

(a) Check Serial Number.

NACHA strongly recommends, but these Rules do not require, that a RDFI also send or make available to each of its Receivers the following additional information with respect to a credit or debit entry made to such Receiver's account.

(a) Company Descriptive Date
(b) Individual Identification Number/ Identification Number

Terms used herein shall have the meanings set forth in Appendix Two (ACH Record Format Specifications) of these Rules.

# APPENDIX FIVE - RETURN ENTRIES

Except as otherwise provided in Article Six, section 6.1 (Return of Entries) of these rules, an RDFI may return entries for any reason, provided it uses an appropriate Return Reason Code as specified in this Appendix and, if it uses Return Reason Code R11 or R17, provided it specifies the reason for the return. If no appropriate Return Reason Code is specified in this Appendix Five, the RDFI shall use the code which most closely approximates the reason for return.

### SECTION 5.1  Automated Return Entries

NOTE: Throughout this section, DFIs will always be designated by their original names. For example, the ODFI is the DFI that initially prepared the original entry, and which will eventually have the Automated Return Entry delivered to it. The RDFI is the DFI that was supposed to receive the original entry and will usually be preparing the Automated Return Entry. In some cases an Automated Return Entry may be prepared by an intervening ACH Operator if the entry cannot be delivered or if it contains an erroneous condition.