# MIN
# EXHIBITS E, F, & G
# UNDER SEAL