# MIN
# EXHIBIT I
# UNDER SEAL