# WINCKLER EXHIBIT 3



# A Complete Guide To Rules & Regulations Governing the ACH Network

LML-EP-055336

# 2005
# ACH RULES

## A Complete Guide To Rules & Regulations Governing the ACH Network

Copyright 2005 by the National Automated Clearing House Association
All Rights Reserved
Printed in the United States of America
13665 Dulles Technology Drive, Suite 300
Herndon, VA 20171
703-561-1100

LML-EP-055337

# ORGANIZATION OF THE ACH RULES

The National Automated Clearing House Association (NACHA) is proud to present the 2005 *ACH Rules: A Complete Guide to Rules & Regulations Governing the ACH Network*. The twenty-eighth edition of the rule book reflects continued improvements in content and format. In addition to the *NACHA Operating Rules* and *NACHA Operating Guidelines*, the following supplements are included:

- Understanding the ACH Network: An ACH Primer, and Quick Find: A Reference Guide to the ACH Rules

- How to Implement the 2005 Revisions to the *NACHA Operating Rules* and *NACHA Operating Guidelines*.

- Regional Payments Associations/Direct Financial Institution Members.

- The Federal Reserve Uniform Operating Circular.

- Regulation E, Regulation E Official Staff Interpretation, and the Electronic Fund Transfer (EFT) Act.

- Revised Federal Tax Deposit Payment Information.

- Title 31 Code of Federal Regulations Part 210.

- 2005 Federal ACH Payment Schedule.

The *ACH Rules* is an annual publication incorporating rule amendments approved by the NACHA Voting Membership during the past year. To ensure compliance with current regulations, all network participants must obtain the 2005 edition of the *ACH Rules*, which can be purchased from NACHA or any of the regional payments associations listed on the back cover of this book.

*Federal Government ACH Payments*

A revised version of 31 C.F.R. Part 210, the regulation that governs Federal Government ACH payments, became effective in May 1999 and adopted the *NACHA Operating Rules* as the rules governing all Federal Government payments, with certain exceptions for which special rules have been established as a matter of Federal law. The most current version of 31 C.F.R. Part 210 is included in this edition of the *ACH Rules* for your reference. You may also obtain a copy from the U.S. Treasury's Financial Management Service's website at www.fms.treas.gov/ach/ or by contacting the Cash Management Policy and Planning Division at (202) 874-6590. The Federal ACH Payments schedule is also included in this publication.

## HOW TO USE THE BOOK

This publication is designed to help you find the answers to your ACH questions quickly and easily. It is divided into ten main sections marked by page tabs. The contents and use of each section are described below:

- ***Understanding the ACH Network: An ACH Primer*** provides those not familiar with the ACH Network or with the ACH Rules with a basic understanding of the fundamentals of the ACH Network, briefly summarizing the Network's operation, participants, ACH products and services, settlement and posting mechanism, legal framework, and history.

    Pages in this section are numbered sequentially beginning with the words "ACH Primer."

LML-EP-055338

*Quick Find: A Reference Guide to the ACH Rules* provides users of the ACH Rules with a topical reference to quickly locate specific key areas of ACH processing within both the *NACHA Operating Rules* and the *NACHA Operating Guidelines*. (Note: A complete index is contained at the end of both the *Rules* and *Guidelines*.)

Pages in this section are denoted by "Quick Find" and are numbered sequentially.

- *How to Implement the 2005 Revisions to the NACHA Operating Rules and Guidelines* begins with a summary of ACH rule changes effective in calendar year 2005 (a convenient overview for all ACH participants) and may be referred to for information concerning the obligations of ACH participants relating to these changes. It also provides information on how to implement these amendments. Read this section first to get an overview of recent developments and their impact on your operations.

Pages in *Revisions to the 2005 Rules* are numbered sequentially beginning with the letters "R."

- The *NACHA Operating Rules* section provides the legal foundation for the ACH Network. To most effectively meet the needs of users of this book, this edition of the *NACHA Operating Rules* contains language relating to both current rules and rule changes becoming effective later in the year. This edition of the *Rules* contains current rule language, followed immediately by the new rule highlighted in italics and brackets. Rule changes within the text are marked by a vertical line in the left margin, with approval and effective dates for those changes noted at the bottom of the page.

    Example:

    *[SUBSECTION 2.10.2.2 Verification of Receiver's Identity*

    *For each WEB entry, the Originator has employed commercially reasonable methods of authentication to verify the identity of the Receiver.]*

    ♦ *Approved November 9, 2004; Effective March 18, 2005*

Pages in the *NACHA Operating Rules* are numbered sequentially beginning with the letters "OR." A complete index is included at the end of this section.

- The *NACHA Operating Guidelines* section provides ACH participants with implementation guidelines for the *NACHA Operating Rules*. Refer to this section for participant relationships and responsibilities; procedures for prenotification, returns, notifications of change, reversals, and more. This document also provides a brief history of the development of the ACH Network. In addition, the *NACHA Operating Guidelines* offers detailed chapters on third-party service providers, addenda records, OFAC compliance, audit controls and compliance, the National System of Fines, arbitration and compensation, mapping of ACH formats, Destroyed Check Entries, Automated Enrollments, cross-border ACH payments, Re-presented Check Entries, Point-of-Purchase Entries, Internet-Initiated Entries, Telephone-Initiated Entries, and Accounts Receivable Entries. Guidelines for rule changes that become effective later in the year are also included where appropriate.

Pages in the *NACHA Operating Guidelines* are numbered sequentially beginning with the letters "OG." A complete index is included at the end of the section.

- The *Regional Payments Associations* section indicates which of the ACH payment associations have their own rules for intraregional transactions and which follow the *NACHA Operating Rules* for transactions within their regions. Included is contact information for all associations and direct financial institution members. Use this section to identify regional processing requirements and to locate an invaluable resource: the ACH payment association in your area. If you have a question or problem, call your regional payment association for assistance.

LML-EP-055339

    The pages in this section are denoted by "PAYMENTS ASSOCIATIONS" and are numbered sequentially.

- The section containing *The Federal Reserve Uniform Operating Circular on Automated Clearing House Items* states the terms of agreement between the Federal Reserve and financial institutions that use the Federal Reserve as an ACH Operator (*Uniform Operating Circular*). This information is provided for your reference.

  The pages in this section are denoted by "UOC" and are numbered sequentially.

- *Regulation E: Electronic Fund Transfer Act* is the Federal regulation governing consumer electronic payments. Consult this section for how to handle electronic consumer transactions and for safeguards provided to consumer users of this payment method.

  *Regulation E* pages are indicated by "REG E" and are numbered sequentially.

- *Title 31 of the Code of Federal Regulations Part 210* provides ACH users with information on the rules governing Federal Government ACH payments. Detailed information may be obtained by contacting the Department of the Treasury's Financial Management Service.

  Pages within this section are indicated by "Federal Government Payments" and are numbered sequentially.

- The *Federal Tax Deposit Payments* section contains information important to corporations that are required or volunteer to pay federal taxes electronically. Use this section to find details on the Electronic Federal Tax Deposit Payment System (EFTPS).

  Federal Tax Deposit Payment pages are numbered sequentially beginning with the letters "FTDP."

- The *2005 Federal ACH Payments Schedule* provides the dates of Federal Government recurring benefits and military active duty, reserves, and benefit payments.

  Federal ACH Payments pages are numbered sequentially beginning with the letters "FAPS."

The Automated Clearing House (ACH) Network is a nationwide electronic payments system used by more than 20,000 participating financial institutions, over 4 million corporations, and one hundred thirty-five million consumers.

The concept of a nationwide electronic payments network was championed in the late sixties by a group of bankers who recognized the need for an electronic alternative to check payments. In 1974, after the successful development of automated clearing house associations in California, Georgia, New England, and the Upper Midwest, the National Automated Clearing House Association (now known as NACHA - The Electronic Payments Association) was formed as the regulatory body for the ACH Network. In the thirty-one years since that date, the ACH Network has grown to a national payments system processing over ten billion payments annually.

ACH payments offer a wide range of applications to both consumers and corporations. These include, among others, direct deposit, pre-authorized bill payment, home banking, point-of-sale and point-of-purchase applications, cash concentration and disbursement, corporate trade payments, check truncation, and re-presentment of returned NSF checks. These applications are delivered through a fully electronic ACH system. To find out more about the nation's largest electronic payments network, contact the payment association nearest you.

LML-EP-055340

# THE 2005 ACH RULES

# TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| I. | UNDERSTANDING THE ACH NETWORK: AN ACH PRIMER | | ACH PRIMER 1 |
| | QUICK FIND: A REFERENCE GUIDE TO THE ACH RULES | | QUICK FIND 1 |
| II. | 2005 REVISIONS TO THE NACHA OPERATING RULES AND NACHA OPERATING GUIDELINES | | R 1 |
| III. | NACHA OPERATING RULES | | |
| | Table of Contents | | OR i |
| | Preface | | OR ix |
| | NACHA Board of Directors Policy Statement on Data Security | | OR xi |
| | NACHA Board of Directors Policy Statement on Electronic Transmission Between Originators and ODFIs | | OR xiii |
| | NACHA Board of Directors Policy Statement on Fraud Prevention and Risk Management Initiatives | | OR xv |
| | Article I | General | OR 1 |
| | Article II | Origination of Entries | OR 2 |
| | Article III | Obligations of Originators | OR 12 |
| | Article IV | Receipt of Entries | OR 16 |
| | Article V | Obligations of Third-Party Senders | OR 18 |
| | Article VI | Return, Adjustment, Correction, and Acknowledgment of Entries and Entry Information | OR 19 |
| | Article VII | Settlement and Accountability | OR 21 |
| | Article VIII | Recall, Stop Payment, Recredit, and Adjustment | OR 22 |
| | Article IX | Obligations of Automated Clearing House Operators | OR 27 |
| | Article X | Check Truncation Entries | OR 28 |

| | | |
|---|---|---|
| Article XI | Cross-Border Payments | OR 29 |
| Article XII | Requirements of Associations | OR 31 |
| Article XIII | Amendment of the Rules | OR 32 |
| Article XIV | Definition of Terms | OR 32 |

**THE APPENDICES - TECHNICAL SPECIFICATIONS**

| | | |
|---|---|---|
| Appendix I | ACH File Exchange Specifications | OR 38 |
| Appendix II | ACH Record Format Specifications | OR 43 |
| Appendix III | Specifications for Data Acceptance | OR 85 |
| Appendix IV | Minimum Description Standards | OR 89 |
| Appendix V | Return Entries | OR 89 |
| Appendix VI | Notification of Change | OR 115 |
| Appendix VII | Acknowledgment Entries | OR 128 |
| Appendix VIII | Rule Compliance Audit Requirements | OR 135 |
| Appendix IX | Compensation Rules | OR 138 |
| Appendix X | Arbitration Procedures | OR 141 |
| Appendix XI | The National System of Fines | OR 144 |
| NACHA Operating Rules Index | | OR 147 |

**IV. NACHA OPERATING GUIDELINES**

| | | |
|---|---|---|
| Table of Contents | | OG i |
| Preface | | OG 1 |
| Section I | Development and Overview of the System | OG 2 |
| Section II | Participant Relationships and Responsibilities | |
| Chapter I | Originators | OG 7 |
| Chapter II | Originating Depository Financial Institutions | OG 30 |
| Chapter III | ACH Operators | OG 43 |

| | | | |
|---|---|---|---|
| | Chapter IV | Receiving Depository Financial Institutions | OG 49 |
| Section III | Functional Responsibilities | | |
| | Chapter I | Prenotifications | OG 66 |
| | Chapter II | Notifications of Change | OG 68 |
| | Chapter III | Returns, Dishonored Returns, Contested Dishonored Returns | OG 72 |
| | Chapter IV | Reversals, Reclamations, and ODFI Requests for Return | OG 88 |
| | Chapter V | Acknowledgment Entries | OG 91 |
| | Chapter VI | Customer-Initiated Entries | OG 93 |
| Section IV | Special Topics | | |
| | Chapter I | Third-Party Service Providers | OG 94 |
| | Chapter II | Addenda Records | OG 105 |
| | Chapter III | OFAC Compliance | OG 112 |
| | Chapter IV | Audit Controls and Compliance | OG 117 |
| | Chapter V | National System of Fines | OG 123 |
| | Chapter VI | Arbitration and Compensation | OG 130 |
| | Chapter VII | Mapping | OG 134 |
| | Chapter VIII | Automated Enrollment Entries | OG 154 |
| | Chapter IX | Destroyed Check Entries | OG 159 |
| | Chapter X | Cross-Border Payments | OG 161 |
| | Chapter XI | Re-presented Check Entries | OG 168 |
| | Chapter XII | Point-of-Purchase Entries | OG 173 |
| | Chapter XIII | Accounts Receivable Entries | OG 177 |
| | Chapter XIV | Internet-Initiated Entries | OG 183 |
| | Chapter XV | Telephone-Initiated Entries | OG 190 |
| NACHA Operating Guidelines Index | | | OG 195 |

| | | |
|---|---|---|
| V. | PAYMENTS ASSOCIATIONS/DIRECT FINANCIAL INSTITUTION MEMBERS | PAYMENT ASSOCIATIONS 1 |
| VI. | FEDERAL RESERVE UNIFORM OPERATING CIRCULAR | UOC 1 |
| VII. | REGULATION E | REG E 1 |
| | REGULATION E -- OFFICIAL STAFF INTERPRETATION | REG E INTERPRETATION 1 |
| | ELECTRONIC FUND TRANSFER ACT | EFTA 1 |
| VIII. | FEDERAL TAX DEPOSIT PAYMENTS (EFTPS) | FTDP 1 |
| IX. | TITLE 31 OF THE CODE OF FEDERAL REGULATIONS PART 210 | FEDERAL GOVERNMENT PAYMENTS 1 |
| X. | FEDERAL ACH PAYMENT SCHEDULE | FAPS 1 |