# WINCKLER EXHIBIT 4



# EC6000i Series

## Document Reader and Imager

The EC6000i from RDM is a cost-effective feature rich imaging solution for Electronic Check Conversion including Point-of-Purchase (POP), Accounts Receivable Conversion (ARC), and Represented Check (RCK). The EC6000i series provides connectivity to the most popular POS terminals, a footprint designed to maximize counter space, and an impressive array of optional features to accommodate any environment or application.

Superior MICR read accuracy, crisp clear images, MICR and bi-directional document drive are standard features on the EC6000i positioning it as one of the most versatile and reliable products on the marketplace. In addition to the standard features the EC6000i also offers a wide variety of optional features such as Franking Acknowledgment and OCR MICR assist.

When the automated franking acknowledgment option is selected the EC6000i will print a fixed text message on the front face of the check. The EC6000i franking acknowledgment printer facilitates the requirement for check defacement in one simple process increasing efficiency which is vital in the POP environment.

Under application control the bi-directional document drive in the EC6000i provides visual confirmation of the approval disposition of the check. If the transaction is denied the check will be returned to the user "face up" from the entry slot vs. "face down" from the exit slot.

In addition to our industry leading 'single pass' MICR Method the EC6000i can be equipped with OCR MICR assist for maximum recognition, performance and accuracy. OCR MICR assist optically reads the MICR line and improving EC6000i's read rate to virtually 100%.

With its small footprint, connectivity to popular POS terminals, and industry leading MICR and image technology, the EC6000i from RDM will once again set the standard in small document imaging.

# **F**EATURES

- Connectivity to the most popular POS terminals ensures maximum versatility and ease of integration

- Footprint designed to maximize counter space

- Full alphanumeric OCR A & B font recognition make it the ideal solution for bill payment applications

- Increase user efficiency with the franking acknowledgment printer

- Simplify the authorization process with the application controlled bi-directional document drive which provides a visual confirmation of approval disposition of the check.

- Optically read the MICR line for maximum recognition, performance and accuracy with OCR MICR assist.





The successful implementation of an Electronic Check Conversion or Bill Payment program involves a number of different factors and components. RDM simplifies the process by combining our EC6000i series of imagers, Transaction Management System, software solutions and strong partnerships with leading processors and terminal manufacturers to offer the most comprehensive ECC and bill payment solutions to our customers.



| Specifications | |
|---|---|
| Memory | 1MB of flash memory standard<br>2MB or 4MB flash memory optional |
| Image | CCITT Group 4 compression (ITU T.6) of bi-level image<br>TIFF 6.0 file format<br>MICR line with transaction information included in header description tags of check image<br>OCR line with transaction information included in header description tags of bill stub<br>Image size varies according to document, typically 10kb or less<br>High quality 200 dpi nominal |
| Documents | Minimum: 1.75" x 4.4"<br>Maximum: 4" x 9"<br>Paper weight: 8lb to 100lb |
| Ports | RJ11 (33,600bps) with internal modem option<br>RS232 (mini DIN9) for POS terminal connection<br>RS232 (mini DIN8) for printer pass-through connection |
| MICR Font | E13B MICR character set |
| MICR Assist | Optical read of MICR line |
| Bi-Directional drive | Visual confirmation of approval disposition of checks |
| Modem | 33.6Kb internal modem, |
| Software | ActiveX ADK for Windows, Sample Application |
| Dimensions | 8.75" long x6.1" wide x 4.5" high |
| Power | 24V DC, Amperage 1A |
| Options | |
| Check Franking Device | Under application control a fixed text message is stamped on the face of the check |
| OCR Font | Alphanumeric OCR A and B recognition |



RDM Corporation
4-608 Weber St. N, Waterloo, ON Canada N2V 1K4
tel: 519.746.8483 fax: 519.746.3317
sales@rdmcorp.com
www.rdmcorp.com

April 2003, Rev. C