**MICRImage Check Reader**

## SWE COMMAND – DATA TRANSFER PARAMETERS

The SWE Command controls parameters related to the transfer of image files.  Image Transfer Options are as shown in Table 2-7.

### Table 2-7.  SWE Command - Data Transfer Options

| BITS | | | | | | | | FUNCTION |
|---|---|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
| | | | | | | | | **MICR/MSR Output Port** |
| | | 0 | 0 | | | | | Send via RS232 Host Port |
| | | 0 | 1 | | | | | Send via Auxiliary Port |
| | | 1 | 0 | | | | | Send via Network port (Telnet) |
| | | 1 | 1 | | | | | Reserved |
| | | | | | | | | **Image Output Port** |
| 0 | 0 | | | | | | | Send via RS-232 host port |
| 0 | 1 | | | | | | | Send via RS-232 auxiliary port |
| 1 | 0 | | | | | | | Send via Network Port (FTP) |
| | | | | | | | | **File Transfer Protocol (RS232 ONLY)** |
| | | | | | 0 | 0 | 0 | Use length + binary |
| | | | | | 0 | 0 | 1 | Use XMODEM (128-byte Blocks) |
| | | | | | 0 | 1 | 0 | Use XMODEM-1K (1K-byte Blocks) |
| | | | | | 0 | 1 | 1 | YMODEM/YMODEM-G |
| | | | | | 1 | 0 | 0 | RAW BINARY |

### MICR/MSR Output Port

This parameter determines which port is used to send MICR and MSR data.   If the Network Port option is chosen, but no Telnet connection has been established, data will be sent out the Host Port.

### Image Output Port

This parameter determines which port is used to transfer image files. The options are the RS232 host port, the RS-232 Auxiliary port, or the Network port.

### File Transfer Protocol

This parameter determines which file protocol is used to transfer image files via the RS232 Ports. The Network port always uses the FTP protocol.  A description of the available RS232 Transfer options follows:

LENGTH + BINARY

In this protocol, the image file is transmitted as binary data. The length precedes the binary data in the form of a word count (1 word = 2 bytes). If the first byte received is null, the count is included in the next 3 bytes. If the first byte received is not null, the first and second bytes are the count.  The byte order of the length is always MSB…LSB.

14

XMODEM

In this protocol, the image file is transmitted in blocks of 128 bytes. The protocol includes error detection information (CRC or checksum). All blocks must be acknowledged by the host, and if an error is detected, the host will request the block again.

XMODEM-1K

In this protocol, the image file is transmitted in blocks of 1K bytes. The protocol includes error detection information (CRC or checksum). All blocks must be acknowledged by the host, and if an error is detected, the host will request the block again.

YMODEM/YMODEM-G

This is a double mode protocol and is used to send multiple files in batch mode. The host instructs MICRImage whether to use YMODEM or YMODEM-G.  In the YMODEM protocol, the image file is sent in blocks of 1K bytes, and all blocks must be acknowledged by the host. In the YMODEM-G protocol, the image files are also sent in blocks of 1K bytes, but the blocks are not acknowledged by the host.

BINARY

In this protocol, the image file is transmitted as binary data but no length is provided. The IS (Image Size) command can be used to query for the size of the image file.

## SWF COMMAND – MICR OPTIONS

This command controls miscellaneous options shown in Table 2-8.

### Table 2-8.  SWF Command – MICR Options

| Bits | | | | | | | | Parameters |
|---|---|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
| | | | | | | | 0 | Normal Status |
| | | | | | | | 1 | Enable Extended Status |
| | | | | | | 0 | | Use MICR |
| | | | | | | 1 | | Suppress MICR |
| | | | 0 | 0 | | | | Single Scan |
| | | | 0 | 1 | | | | Multi-Scan, Match Forward To Reverse* |
| | | | 1 | 0 | | | | Multi-Scan, Match Any Two* |
| | | | 1 | 1 | | | | Multi-Scan, Match All Three* |
| 0 | 0 | 0 | 0 | | | | | Reserved |

\* Requires new Multi-Scan Capable Reader

## Extended Status

The Extended Status Parameter works in conjunction with the *Send Status After Data Parameter* (See page 7).  Both must be enabled for extended status to be active.

15

**MICRImage Check Reader**

Example Output:

T123456780A1234567C0345/0000

The Extended Status consists of four digits as follows:

1st Digit
> 0 – OK MICR
> 1 – Low MICR
> 2 – No MICR

2nd Digit
> 0 – Standard Check
> 1 – Business Check
> 2 – Mexican Check
> 3 – Canadian Check

3rd Digit
> 0 – No Status
> 1 – Amount Present
> 2 – Short Account
> 3 – Short Account + Amount Present
> 4 – No Check#
> 5 – No Check# + Amount Present
> 6 – No Check# + Short Account
> 7 – No Check# + Short Account + Amount Present

4th Digit
> 0 – No Errors
> 1 – Chk#
> 2 – Account
> 3 – Account + Chk#
> 4- Transit
> 5 – Transit + Chk#
> 6 – Transit + Account
> 7 - Transit + Account + Chk#

## SUPPRESS MICR

If the Suppress MICR function is selected, the MICR line will not be transmitted or placed in tag 270. This function is used with documents that don't have a MICR line. To override this setting, see the 'EM' command.

16

## MULTI-SCAN

If multi-scan is selected, the document is scanned three times: forward, reverse, and forward. The MICR lines produced are compared character by character and mismatches replaced by '?'. The resulting MICR line is the one that will be parsed, formatted, and transmitted.

In the first mode, the first forward scan is compared to the reverse scan and the result is transmitted. In the second mode, the three lines are compared in pairs and the first pair found that matches perfectly is transmitted. In the third mode, all three MICR lines are compared and the result transmitted.

## SWI COMMAND – IMAGE PARAMETERS

The SWI Command, shown in Table 2-9, controls the image parameters.

### Table 2-9.  SWI Command – Image Parameters

| BIT | | | | | | | | FUNCTION |
|---|---|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
| | | | | | | 0 | 0 | 200 DPI (Default) |
| | | | | | | 0 | 1 | Reserved |
| | | | | | | 1 | 0 | Reserved |
| | | | | | | 1 | 1 | Reserved |
| | | | | | 0 | | | Reserved – Set to 0 |
| | | | | 1 | | | | Auto-save image |
| | | | | 0 | | | | SI command saves image |
| | | | 1 | | | | | Auto-send image |
| | | | 0 | | | | | TI command sends image |
| | | | | | | | | **Image Type** |
| 0 | 0 | 0 | | | | | | Compressed Bitonal (B/W) CCITT-G4 |
| 1 | 0 | 0 | | | | | | Bitonal (B/W)                (1 Bit/Pixel) |
| 1 | 0 | 1 | | | | | | 4 Level Grayscale        (2 Bits/Pixel)* |
| 1 | 1 | 0 | | | | | | 16 Level Grayscale      (4 Bits/Pixel) |
| 1 | 1 | 1 | | | | | | 256 Level Grayscale    (8 Bits/Pixel) |

*This option is not defined in the Base TIFF Specification and may cause problems for some TIFF viewers.

### Image Type

This option selects the number of bits used for each pixel, or in other words, the number of shades of gray. The bitonal image is compressed using CCITT-G4, a lossless compression (no loss of image quality), resulting in file sizes approximately 10K. Grayscale images are not compressed and will be significantly larger (e.g., a personal check using 8-bit Grayscale will create a file size of approximately 640K).

## HW COMMAND – HARDWARE PARAMETERS

This command controls miscellaneous hardware options shown in Table 2-10.

### Table 2-10.  HW Command

| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | PARAMETERS |
|---|---|---|---|---|---|---|---|------------|
|   |   |   |   |   |   |   | 0 | Y Option:  Disable |
|   |   |   |   |   |   |   | 1 | Y Option:  Enable |
|   |   |   |   | 0 |   |   |   | Track 3:  Disable |
|   |   |   |   | 1 |   |   |   | Track 3:  Enable |
|   |   |   | 0 |   |   |   |   | Track 2:  Disable |
|   |   |   | 1` |   |   |   |   | Track 2:  Enable |
|   |   | 0 |   |   |   |   |   | Track 1:  Disable |
|   |   | 1 |   |   |   |   |   | Track 1:  Enable |
|   | 0 |   |   |   |   |   |   | ID Card decoding: Disable |
|   | 1 |   |   |   |   |   |   | ID Card decoding: Enable |
|   |   |   |   |   | 0 |   |   | EMF detect:  Yes |
|   |   |   |   |   | 1 |   |   | EMF detect:  No |
| 0 | 0 |   |   |   |   |   |   | These bits are always set to 0 |

## Disable/Enable Y Option

Enable this parameter when using a Y-cable to connect an additional device on the RS-232 Host Port. This parameter allows the MICRImage and the additional device to receive/transmit data from the Host.
One important consideration is to determine how the MICRImage should respond to all data received from the Host. This response is controlled by the Invalid Command Response parameter.  (See SWC Command, above.)

## Disable/Enable Tracks

Each Track can be enabled or disabled individually. The tracks are always transmitted in ascending order: TK1, TK2, TK3. For example, if TK1 and TK3 are enabled and TK2 is disabled, the reader will transmit TK1, TK3.

## ID Card Decoding

The MSR has two modes of operation. In the first mode, ID Card decoding disabled, the MSR will only read ISO encoded cards. In the second mode, ID Card decoding enabled, the MSR will read and auto discriminate ISO, AAMVA, and CDL encoded cards. When a card is swiped, the LED indicator will turn red and indicate an error if any of the enabled tracks read is incompatible with the selected mode of operation.  TK2 is a standard track for all types of cards.

## EMF Detect

The EMF Detect option allows the MICR Reader, when idle, to monitor EMF interference in its immediate environment. If YES is selected, the LED indicator will blink red/green when the MICR Reader detects a signal with amplitude large enough to affect check reading. If NO is selected, the MICR Reader will not monitor nor indicate the presence of EMF interference.

## FC – FORMAT CHANGE COMMAND

Formats are used by the MICRImage to process and transmit the MICR fields.  The Format command allows the selection of a format from the Format List, Appendix A.  The data for this command consists of 4 digits (ASCII characters 0-9).  To execute, send the command as follows:

```
FC 6600<CR>        (with data)
or
FC <CR>            (without data)
```

When sending data, all 4 digits must be provided.  The MICRImage will execute the command but it will not reply.  The new settings become effective immediately.  To make this command permanent, use the SA command described below.

If no data is provided, the MICRImage will respond with the current setting.

## FILE NAMES

Each image that is transmitted or saved is given a unique file name.  A file specification describes the content of a file name and may be given on the command line by using the 'N' parameter of the TI or SI command.  See Section 4.  If the 'N' parameter is not used in these commands, the file specification is taken from property 12.  (See the PR12 command in Section 6 for the characters that may be used in a file specification.)  If property 12 is empty, a default file name is used.  If the file name specified already exists in internal storage, an extension is added to the file name to make it unique.  For example, if the name to be created is IMAGE.TIF and it already exists, the name IMAGE_0.TIF will be created and used for the current image.

## DOCUMENT SIZE LIMITS

Used to set minimum and maximum size limits for scanned documents.  An improper scan can result in a short or skewed image.  It is usually not desirable to transmit or save such an image.  If size limits are set and the image falls outside those limits, the auto-send, auto-save, and append image operations will not be performed and an error will be returned.  See PR30 – PR33 in Section 6.

## MICR LINE TECHNICAL OPTIONS

Used to set MICR line signal characteristics to optimize low MICR detection.  See PR34 – PR35 in Section 6.

## SA – SAVE COMMAND

All changes are considered temporary until the Save command is executed.  The Save command saves all changes to the MICRImage memory and makes them permanent.  The MICRImage will execute the command but it will not reply.  To execute, send the SA command followed by a carriage return as follows:

```
SA<CR>
```

19

**MICRImage Check Reader**

# SECTION 3. GENERAL OPERATIONAL COMMANDS

This section describes the Version command, Reset command, LED commands, Disable and Enable Module commands, and Block and Unblock commands.

## VR – VERSION COMMAND

The Version command gives the current firmware revision in the MICRImage. To execute, send the VR command followed by a carriage return as follows:

VR<CR>

The MICRImage responds as follows:

Version [firmware revision]<CR>

## SE – SERIAL NUMBER COMMAND

The Serial Number Command responds with the MICRImage unit serial number. To execute, send the SE command followed by a Carriage Return as follows:

SE<CR>

The MICRImage responds:

SE = [serial#]<CR>

## RS – RESET COMMAND

The Reset command resets the MICR program, and it resets the serial port to the saved settings provided by SWA. To execute, send the RS command followed by a carriage return as follows:

RS<CR>

## LE – LED COMMAND

The LE command is used to control the LED's color pattern, and the duration of the pattern.

The color pattern has four segments. Each color segment can be green, red, or amber (the amber is produced by turning red and green on). The definition of the color pattern is better described using a byte, where two bits control an individual segment, and each bit controls a color (on or off):

| Segment 1 | | Segment 2 | | Segment 3 | | Segment 4 | |
|---|---|---|---|---|---|---|---|
| Red | Green | Red | Green | Red | Green | Red | Green |
| 0/1 | 0/1 | 0/1 | 0/1 | 0/1 | 0/1 | 0/1 | 0/1 |

21

MICRImage Check Reader

For example, to setup a color pattern where the LED illuminates green-red-green-red, the byte value would be "01100110" (decimal 102). The decimal value of this byte is used with the LE command. In this example, the LE command is executed as follows:

```
LE 102<CR>
```

Table 3-1 lists common color patterns with their values and descriptions:

**Table 3-1. LED Control**

| Color Pattern | Color Value (Decimal) | Description |
|---|---|---|
| Off/Off/Off/Off | 0 | LED Off |
| Green/Green/Green/Green | 85 | Steady Green |
| Red/Red/Red/Red/ | 170 | Steady Red |
| Amber/Amber/Amber/Amber | 255 | Steady Amber |
| Green/Green/Off/Off | 80 | Blink Green Slow |
| Red/Red/Off/Off | 160 | Blink Red Slow |
| Amber/Amber/Off/Off | 240 | Blink Amber Slow |
| Red/Red/Green/Green | 165 | Blink Red/Green Slow |
| Green/Off/Green/Off | 68 | Blink Green Fast |
| Red/Off/Red/Off | 136 | Blink Red Fast |
| Amber/Off/Amber/Off | 204 | Blink Amber Fast |
| Red/Green/Red/Green | 153 | Blink Red/Green Fast |
| Red/Green/Off/Off | 144 | Fast Red/Green Off |
| Green/Green/Green/Red | 86 | Green + Fast Red |
| Red/Red/Red/Green | 169 | Red + Fast Green |

Once the color pattern is defined, the pattern is repeated for a default interval of 3 seconds. A different time period can be specified using the LE command and providing a new value in seconds, up to 65. For example, to setup a 5 second interval for the color pattern above, the LE command is executed as follows:

```
LE 85,5<CR>
```

*Note*

*The total time for each color pattern is 0.4 seconds (i.e. each segment lasts 0.1 seconds).*

## DM – DISABLE MICRIMAGE COMMAND

This command disables the document reading function and turns the LED off. Communications are not affected, but the motor will not activate if a check is placed in the slot. To execute, send the DM command followed by a carriage-disabled return as follows:

```
DM<CR>
```

22

## EM – ENABLE MICRIMAGE COMMAND

This command enables the document reading function, and the LED will turn green.  To execute, send the EM command followed by a carriage return as follows:

EM<CR>

One of the following optional parameters may be used:

| | |
|---|---|
| N | Suppresses MICR for next scan regardless of SWF.  Afterwards, revert to SWF. |
| M | Detect MICR for next scan regardless of SWF.  Afterwards, revert to SWF. |

Example:  EMN<CR>

## BLK – BLOCK COMMAND

The BLK Command allows an application on any port to temporarily block command processing on all other ports for a set period of time, by default 10 seconds, or until the UNBLK command is sent. Optionally the duration (in seconds) can be specified as 'BLK n' where n can range from 0 to 65.  Setting the duration to 0 will allow blocking with no timeouts.

| | |
|---|---|
| BLK<CR> | 10-second timeout |
| BLK 15<CR> | 15-second timeout |

## UNBLK – UNBLOCK COMMAND

The UNBLK command allows the MICRImage to continue processing input from all available ports.

UNBLK<CR>

**MICRImage Check Reader**

24

# SECTION 4.   IMAGE SPECIFIC COMMANDS

This section describes the commands available for the transmission, storage and management of images.

Some important characteristics of the images generated by MICRImage are:

- The default image resolution used is 200 dpi.
- Images are compressed according to ITU T.6, also referred to as CCITT Group 4.
- The images are stored using the TIFF file format.
- The TIFF format contains a number of descriptive fields of data ("tags") each tagged with a number (up to 65534). Many of these tags are predefined and contain items such as image length, height, and compression method.
- The TIFF format also allows the inclusion of an unlimited amount of private or special-purpose information utilizing a number of user defined tags. MICRImage provides commands that allow programming of these TIFF tags.

The following TIFF tags are included in every image file. Tag # 270 can be modified using MICRImage commands.

| Tag # | Tag Name | Content |
|-------|----------|---------|
| 270 | IMAGE DESCRIPTION | Contains formatted MICR line unless changed by the user. |
| 271 | MAKE | "MagTek, Inc." |
| 272 | MODEL | "MICRImage RS232 [unit's serial number]" |
| 305 | SOFTWARE | [firmware version] |

The following TIFF tags are available and can be programmed using the MICRImage commands:

| Tag # | Tag Name | Content |
|-------|----------|---------|
| 269 | DOCUMENT NAME | User specified. |
| 285 | PAGE NAME | User specified. |
| 306 | DATE/TIME | User specified. |
| 315 | ARTIST | User specified. |
| 316 | HOST COMPUTER | User specified. |
| 333 | INK NAMES | User specified. |
| 337 | TARGET PRINTER | User specified. |
| 33432 | COPYRIGHT | User specified. |
| 32768 to 65534 | Undefined | User specified. |

## TG – TIFF TAGS COMMAND

This command stores the specified data in the tag section of the TIFF file for the last image scanned. The following optional parameter may be used repeatedly:

```
Tn=string]   Set tag n to "string".
```

Example: `TG  T315=Fred]   T337=Laserjet<CR>`

An existing tag can be deleted by setting it to a null string as follows:

TG T315=]<CR> will delete Tag 315. All user tags are deleted when a new document is scanned or an image is saved.

If this command is used without parameters, the current tags are listed.

Example: `TG<CR> may return:`

```
271 Mag-Tek, Inc.
272 MICRImage RS232 (12345678)
305 Version MI_00.00.00
```

*Note*

*If the image is "locked" (see TI command), the TG command with parameters is ignored and will return an error.*

The TIFF format allows multiple strings under the same Tag #. The strings are separated by '^' as follows:

TG T337=TED^FRED^JOE]<CR>

These separators are converted to ASCII NUL in the Tag.

## TI – TRANSMIT IMAGE COMMAND

This command instructs the MICRImage to transmit the current image just captured using the image transfer options selected in SWE. To execute, send:  TI<CR>.

The following optional parameters may occur in any order:

| | |
|---|---|
| C0 | Transmit image through the host RS232 port |
| C1 | Transmit image through the auxiliary RS232 port |

26

| C2 | Transmit image through the network port using FTP |
|----|----|
| F0 | Use the LENGTH + BINARY protocol * |
| F1 | Use the XMODEM protocol* |
| F2 | Use the XMODEM-1K protocol* |
| F3 | Use the YMODEM/YMODEM-G protocol* |
| F4 | Use the BINARY protocol* |
|    | *RS232 only |

Nfilename specification]  Specify the file name using the same special characters and rules described in PR12 – File Name Specification (See Section 6).  If this parameter is not used, the file name given by PR12 will be used or a default file name if PR12 is empty.

Tn=string]        Set tag n to "string".

(snippet)        Send the specified portion of the image (See SNIPPETS page 32).

Sn        where n is 0-9 specifying PR20-PR29 which contain snippets or any of the above parameters.  See Predefined Snippets in Section 6.

Example: TI C1 F2 (T100L300) T315=Fred] T337=Laserjet]  N MyImage.tif<CR>

*Note*

*Once the current image has been transmitted, the image becomes "locked" and cannot be appended with additional images using the AI command and only the Cn and Fn parameters will be accepted.  Others will be ignored.*

## FM – FILE MEMORY COMMAND

When images are being stored in the internal storage memory, the MICRImage keeps a record on the following:

- Each image stored is assigned an ascending count number.
- MICRImage keeps a pointer on the next image to be retrieved
- The images are retrieved first in, first out.
- MICRImage also keeps tabs on the number of stored images, and the amount of memory remaining.

The FM command is used to obtain the current file memory status. To execute, send the FM command as follows:

FM<CR>

27

**MICRImage Check Reader**

The MICR image will reply with the current file memory status as follows:

```
a,b,c <CR>
```

Where 'a' is the number of the next image to be retrieved, 'b' is the number of stored images, and 'c' is the number of bytes remaining. Status 'a' will be zero (0) whenever the internal storage memory is empty or after the last image has been sent out.

The FM command accepts any one of the following optional parameters:

> ERASE            All files are erased from internal storage.  This may take up to 45 seconds. The response is the memory status as described above.

Example: `FM ERASE<CR>` will return `0,0,1048576<CR>`.

> DELETE name, ...    Deletes the named files from internal storage and returns the file status as described above if successful.  This does not make the storage available for new files, however.  When the last file is deleted, the storage is erased.  If a named file is not found, the command is aborted and an error is returned. The names may be separated by spaces or by a comma.

Example: `FM DELETE img23.tif, myimage.tif<CR>` may return `1,3,234567<CR>`.

> R                Resets the file pointer to "1" (first file).  The response is the memory status as described above.

Example: `FM R<CR>` may return `1,5,987654<CR>`.

> LIST             Sends the file names and their sizes in bytes as follows: `Name, size<CR>`.

Example:

```
FM LIST<CR> may return
IMAGE1.TIF,5678<CR>
IMAGE2.TIF,6543<CR>
```

28

## SI – STORE IMAGE COMMAND

This command instructs MICRImage to store the current image just captured into internal storage memory.  The stored image is assigned an ascending count number.  Also, when this operation is completed, MICRImage always replies with an updated file memory status.

To execute, send the SI command as follows:

```
SI<CR>
```

The MICR image will reply with the current file memory status as follows:

```
a,b,c <CR>
```

Where 'a' is the number of the next image to be retrieved, 'b' is the number of stored images, and 'c' is the number of bytes remaining. Status 'a' will be zero (0) whenever the internal storage memory is empty or after the last image has been sent out.

*Note*

*If there is no current image available to store (no check has been read), or if the internal memory is full, the MICRImage will return an error.*

The SI command also allows the same parameters used with the TI command except Cn and Fn, and their functionality is exactly the same (for details see the TI command above). Some examples using the SI command with these parameters follow:

```
SI NIMAGE1.TIF<CR>
```

```
SI T306=10/22/99] NIMAGE.TIF SO<CR>
```
to save the current image as file "IMAGE.TIF" with Tag 306 as given and consisting of the snippet(s) given by PR20.

*Note*

*Once the current image is stored into the internal storage area, the current image memory is cleared.  To access the image, use the SF command.*

## SF – SEND NEXT IMAGE FILE COMMAND

The SF command is used to send the next image file (from internal storage memory) using the image transfer options selected in SWE.

To execute, send the SF command as follows:

```
SF<CR>
```

29

MICRImage Check Reader

The following optional parameters may be used in any order:

| | |
|---|---|
| Cn | Comm port as described in the TI command. |
| Fn | Transfer protocol as described in the TI command. |
| A | Send all remaining files. If the transfer protocol is XMODEM or XMODEM-1K, only the next file is sent. |
| N name, ...] | Sends the named files. The names may be separated by a comma or spaces. If a named file is not found, the command is aborted and an error is returned. If the transfer protocol is XMODEM OR XMODEM-1K, only the first named file is sent |

Example: SF C0 F3 N myimage.tif  yurimage.tif<CR>

## TC – SET FILE TIMER/FILE COUNTER COMMAND

This command is used to set two internal counters in the MICRImage whose values may be inserted into file names using the TI and SI commands. They both set to zero at power-on. The following optional parameters may be used in any order:

| | |
|---|---|
| Tn | Sets the file timer to n seconds. This value is incremented each second. The maximum value is 4,294,967,295 which rolls over to zero. |
| Cn | Sets the file counter to n. The maximum value is 65,535 which rolls over to zero. The current value is used when a new file name is created and is then incremented. |

Example: TC T1000  C50<CR>

If this command is used without parameters, the current values are returned.

Example:    TC<CR> may return
            TC=T1003,C50<CR>

## IS – IMAGE STATUS COMMAND

This command instructs the MICRImage to transmit the status of the current image in local memory. To execute, send the command as follows:

IS<CR>

30

The MICRImage responds with a status string formatted as follows:

```
abc,size,fn<CR>
```

where

a = image status (N-None, S-Scanned, L-Scanned/Locked)
b = compression(N-None, G-compressed)
c = image type (0-None, 1,2,4,8 bit)
size = image size in # of bytes
fn = image filename (noname- name not determined yet)

Example responses:

```
NN0,0,noname<CR>        - No image in memory
SG1,5333,noname<CR>     - Scanned B/W image (5333 bytes) in memory
LG1,5333,file7.tif<CR>  - Same image after being sent (image is now locked)
```

One of the following optional parameters may be used:

F       Returns the status information as described above for the next file to be transmitted by the SF command.

D       Returns the length and height in pixels of the current image.

K       Kills (cancels) the current image.  This is done automatically whenever an image is saved in internal storage or a new document is scanned.

Examples:     IS F<CR> may return
              LG1,9726,MYIMAGE.TIF<CR>

              IS D<CR> may return
              1208,540<CR>

              IS K<CR> returns NN0,0,noname<CR>

## AI – APPEND IMAGE COMMAND

The AI command can be used to append additional documents to the same bi-tonal compressed file. The user is not prompted for the next scan.  This command may be canceled by typing cntl-X. This will result in an error code being returned (user abort). The following optional parameters may be used:

31

R     Rescan.  This will cancel the previous scan unless it has been followed by an IS or
       TI command.

K     Kill the current file.

The formatted MICR line is placed in tag 270 whether it has errors or not.

Any number of scans can be appended limited only by the size of the file buffer.  If the file buffer
overflows, an error is returned and the entire file is canceled.

Examples:  AI<CR>   To append the next document scanned.
      AIR<CR>  To cancel the previous scan.
      AIK<CR>  To kill the current file.

*Note*

*Tags added after this command as well as existing tags will be associated
with the appended image.*

## SNIPPETS

A snippet is a rectangular area within an image.  To specify a snippet, enclose it in parentheses as follows:
( Tn Bn Ln Rn ) where T, B, L, and R are the top, bottom, left, and right borders of the area and n
is the distance of the border from an edge of the image.  If n is positive, it represents the distance from the
bottom or right edge; if negative, from the top or left edge.  An integer represents pixels, a number
containing a decimal point represents inches, and a number with a comma in place of the decimal point
represents centimeters.  There are 200 pixels per inch.  These four parameters are all optional and may
occur in any order.

*Note*

*When a snippet is specified, the resulting file will be uncompressed
grayscale with 1, 2, 4, or 8 bits per pixel as given in SWI.*

Multiple snippets may appear on the same command line.  The commands that may use snippets are: TI,
SI, and BC. For example:

TI ( T375 B325 L500 R100)<cr>  specifies a snippet 51 pixels high by 401 pixels long.

SI ( L2.0)  ( R-1,8)<cr>  specifies two snippets:  (the right-most 2 inches) and (the left-most
1.8 cm).

32

If snippets are defined using MICRBase or property commands PR20 – PR29 (see Section 6), they may be referred to on the command line by number using the 'Sn' parameter where n is 0-9. For example:

`BC1  S5<cr>`     specifies the pre-defined snippet #5 (PR25) to be scanned for bar code 39.

*Note*

*These ten pre-defined snippets (PR20-PR29) are limited to two snippets each or any other valid command parameters, totaling 45 characters or less.(See Section 6.)*

## BCn – BAR CODE COMMAND

The bar code command may be used to scan one or more snippets for a specified bar code symbol. Each snippet is scanned three times: top edge, middle, bottom edge (horizontal) or left edge, middle, right edge (vertical). The required parameter n must be one of the following:

| | |
|---|---|
| 1 | Bar code 39.  Send all characters including check character. |
| 2 | Bar code 39.  Send all characters except check character if valid, else error. |
| 3 | Bar code Interleaved 2 of 5.  Send all characters including check character. |
| 4 | Bar code Interleaved 2 of 5.  Send all characters except check character if valid, else error. |
| 5 | Bar code 128.  Send all characters except check character if valid, else error. |

The following optional parameters may occur in any order:

V     Scan vertically.  The default is horizontal if the snippet is wider than it is high or vertical if higher than it is wide.

(     Snippet. See snippet description.  Multiple snippets are allowed.  The first valid bar code symbol encountered terminates the command.

Sn     where n=0 – 9.  Pre-defined snippet (PR20 – PR29).  See snippet description and Section 6.

Examples:

`BC5  S3 (T200 B150 L800 R300)<cr>`     Use bar code 128, scan predefined snippet(s) given in PR23, then scan the new snippet.

`BC2  V S8<CR>`     Use bar code 39, force vertical scan of all snippets in PR28.

33

**MICRImage Check Reader**

# SECTION 5.  NETWORK INTERFACE

The Network interface allows for the following:

- Transfer of images to a host using FTP (file transfer protocol)
- Telnet communication between the MICR and a host
- Configuration of Ethernet parameters from DHCP (Dynamic Host Configuration Protocol) or fixed (nonvolatile) MICR memory
- Log in to network using modem and PPP.  Configuration of some parameters using IPCP.

## NETWORK IMAGE FTP

Images can be transferred to a host by using FTP.  This is accomplished by using the image transfer commands TI and SF in coordination with the SWE configuration command.  See the documentation that describes these commands for more details.

## NETWORK TELNET COMMUNICATIONS

In addition to RS232 communications, a host can communicate with a MICR using Telnet.  During the Telnet session the host acts as the client and the MICR is considered the server. The host is responsible for establishing the Telnet connection and only one host can connect to the MICR at any one time.  Using Telnet, the host can send commands and receive responses as well as MICR and MSR data depending on the configuration.

## ETHERNET OR MODEM NETWORK CONFIGURATION

The MICR needs a number of parameters to be set up in order to communicate using the Network interface.  Ethernet parameters include the MICR IP Address, MICR IP Mask, Gateway/Router and DNS IP Address.  Modem parameters include Phone number, User ID and Password.  Both interfaces use FTP IP Address, FTP User ID, FTP Password, and FTP File Directory.   These parameters are generally loaded when the MICR powers up or is reset.  These parameters can be obtained from nonvolatile memory within the MICR (fixed), or optionally with the Ethernet interface using DHCP, or a combination of both methods.  Note that in order to obtain any parameter using DHCP, the MICR IP Address must be obtained by DHCP.  It is critical that the MICR is configured properly in order to obtain these parameters correctly.  See the documentation that describes these parameters for more details.

## NETWORK CONFIGURATION PROPERTIES

The properties needed to configure the unit for network communications are:

PR0 – PR11 and PR13 – PR19.  See Section 6.

**MICRImage Check Reader**

## NETWORK DEBUG COMMANDS

## PING – Send ECHO Packet Command

The PING command allows the user to check on the Ethernet or Modem connection by having the MICRImage send a number of ECHO packets to the FTP server and measure the time required for a response back.

```
PING<CR>
```

The MICRImage responds:

```
Pinging FTPSRV with 64 bytes of data
Reply rcvd from [192.11.12.13]: time=3ms.
Reply rcvd from [192.11.12.13]: time=2ms.
Reply rcvd from [192.11.12.13]: time=1ms.
Reply rcvd from [192.11.12.13]: time=2ms.
Packets: Sent 4, Rcvd 4
```

Optionally you can specify the IP address in the command.  For example:

```
PING 192.12.11.123<CR>
```

## ED – Ethernet Debug Command

Provides information about the Network parameters currently being used by the MICRImage.  This is especially useful when verifying the dynamic configuration using DHCP.  For example:

```
ED<CR>
```

The MICRImage responds:

```
Link detected.
CHKSCN -> MAC=001A10000002
CHKSCN -> IP addr=192. 37. 11.220, Subnet mask=255.255.255.0
ROUTER -> IP addr=192. 37. 11. 70, Subnet mask=255.255.255.0
FTPSRV -> IP addr=192. 37. 12.205, Subnet mask=255.255.255.0
DHCPSV -> IP addr=192. 37. 11. 20
```

36

## DHCP SERVER CONFIGURATION

To utilize the DHCP configuration for MICRImage with Ethernet,  the server must be set up
appropriately.  Please refer to the documentation for your particular DHCP device for more details.  The
server should already be configured to handle the individual IP address and subnet mask.  Check to make
sure the Router/Gateway option #3 is also activated if required.

To dynamically configure the FTP parameters, three user-defined options must also be set up.  These are:

```
179 FTP Username            type String, Max Length=16
180 FTP Password            type String, Max Length=16
181 FTP SERVER ADDRESS      type String, Max Length=100
```

37

**MICRImage Check Reader**

# SECTION 6.  PROPERTY COMMANDS

The following properties are nonvolatile (permanently saved in FLASH memory).  The "SA" command must be used to save these properties whenever they are changed.

The command format to change a property is:

`PRn=string<CR>`         where n is the property number and string is the new value.  For example, PR5=1<CR> sets property 5 to 1.   An error is returned if the string is not a valid value for the given property.

If the command is sent without a value, the current setting is returned.  For example, PR5<CR> may return PR5=1<CR>.

## PR0 – MICR IP Address Fixed Value (Ethernet Only)

This sets the fixed IP address for the MICR unit.  For example:

`PR0=192.11.12.127<CR>`

## PR1 – MICR IP Address Source (Ethernet Only)

`PR1=0`              - sets unit to configure MICR IP using DHCP
`PR1=1`              - sets unit to use fixed value (see PR0)

*Note*

*This must be set to DHCP if any other configuration is to be obtained via DHCP.*

## PR2 – MICR IP Subnet Mask Fixed Value (Ethernet Only)

This sets the fixed IP subnet mask used by the MICR unit.  For example:

`PR2=255.255.255.0<CR>`

## PR3 – MICR Subnet Mask Source (Ethernet Only)

`PR3=0`              - sets unit to configure the subnet mask using DHCP
`PR3=1`              - sets unit to use fixed value (see PR2)

## PR4 – Gateway IP Address Fixed Value (Ethernet Only)

This sets the fixed IP address for the gateway/router.  For example:

`PR4=192.11.12.127<CR>`

39

**MICRImage Check Reader**

### PR5 – Gateway IP Address Source (Ethernet Only)

```
PR5=0          - sets unit to configure the gateway IP using DHCP option 3
PR5=1          - sets unit to use fixed value (see PR4)
```

### PR6 – FTP Name/IP Address Fixed Value

This sets the name or fixed IP address for the FTP server.  The maximum allowable length is 100 characters.  For example:

```
PR6=192.11.12.127<CR>
```

or

```
PR6=ftp.checks.com<CR>
```

### PR7 – FTP IP Address Source

```
PR7=0          - sets unit to config the FTP server IP using DHCP option 181 (Ethernet only)
PR7=1          - sets unit to use fixed value (see PR6)
```

### PR8 – FTP User ID Fixed Value

This sets the user ID used for the FTP server.  The maximum allowable length is 16 characters.  For example:

```
PR8=MICRIMAGE<CR>
```

### PR9 – FTP User ID Source

```
PR9=0          - sets unit to config the FTP User ID using DHCP option 179 (Ethernet only)
PR9=1          - sets unit to use fixed value (see PR8)
```

### PR10 – FTP Password Fixed Value

This sets the fixed password used for the FTP server.  The maximum allowable length is 16 characters.  For example:

```
PR10=CHECKREADER<CR>
```

### PR11 – FTP Password Source

```
PR11=0         - sets unit to config the FTP password using DHCP option 180 (Ethernet only)
PR11=1         - sets unit to use fixed value (see PR10)
```

40

## PR12 – File Name Specification

To configure this property, an ASCII string of valid filename characters must be used.  Leading spaces are ignored.  The maximum number of characters is 32. Additionally, MICRImage uses the following list of special character options to insert predefined sequences in the filename:

- '*' = raw MICR line
- '?' = parsed MICR line according to the FC command
- '>' = current file counter
- '<' = current file timer in seconds
- ':' = unit's serial number
- ' ' (space) = replaced with underline '_'

*Note*

*Use the TC command to set the initial values of the file count and time.*

For example, if the desired filename must include the word "image", followed by the file count, and then followed by the extension ".tif", send the command as follows:

```
PR12=image>.tif<CR>
```

## PR13 – DNS 1 IP Address (Ethernet Only)

This sets the IP address for the DNS 1 server:

```
PR13=100.100.100.100<CR>
```

## PR14 – DNS 2 IP Address (Ethernet Only)

This sets the IP address for the DNS 2 server:

```
PR14=100.100.100.101<CR>
```

## PR15 – DNS IP Address Source (Ethernet Only)

```
PR15=0          - sets unit to configure the DNS1 and DNS2 servers using DHCP option.
PR15=1          - sets unit to use fixed values in PR13 and PR14.
```

41

MICRImage Check Reader

## PR16 – Phone (Modem PPP Only)

This sets the user phone number to be dialed by the modem (maximum of 30 characters):

```
PR16= 714-853-1212<CR>
```

## PR17 – User ID (Modem PPP Only)

This sets the user ID (maximum or 40 characters):

```
PR17= GOBLIN<CR>
```

## PR18 – User Password (Modem PPP Only)

This sets the user password (maximum of 40 characters). The user password is a 'hidden' parameter so only '*' will be output for each character.

```
PR18=PAHSWURD<CR>
```

PR18<CR>
PR18=********<CR>

## PR19 –   FTP File Directory

This sets the FTP file directory(maximum or 32 characters):

```
PR19=/IMAGES(CR)
```

## PR20 through PR29 – Predefined Snippets

These properties may contain one or two snippets as described in Section 4 under Snippets, as well as any command parameters that are valid for the TI, SI, and BC commands. (See these commands for details.) In effect, these properties may be viewed as extensions of those command lines. For example, given the following preset properties:

```
PR20 = (T320 B300 L900 R50) (T415 B350 L900 R300)<CR>
PR28 = C1 NIMAGE.TIF] T333 = MY TAG]<CR>
```

The following commands could be used:

42

```
BC5 SO<CR>        to decode the two barcode 128 symbols defined in PR20.
TI F3 S8<CR>      to send the current image named IMAGE.TIF containing the tag "MY TAG" to the
                  auxiliary port using the YMODEM protocol.
```

The limit for each of these properties is 45 characters.

## PR30 – Minimum Length

Sets the minimum length for a document in pixels.  A value of zero disables this limit.  If the scanned document is shorter than this length, an error is returned.

```
PR30=1175<cr>
```

## PR31 – Minimum Height

Sets the minimum height for a document in pixels.  A value of zero disables this limit.  If the scanned document is less than this height, an error is returned.

```
PR31=530<cr>
```

## PR32 – Maximum Length

Sets the maximum length for a document in pixels.  A value of zero disables this limit.  If the scanned document is longer than this length, an error is returned.

```
PR32=1250<cr>
```

## PR33 – Maximum Height

Sets the maximum height for a document in pixels.  A value of zero disables this limit.  If the scanned document is higher than this height, an error is returned.

```
PR33=560<cr>
```

## PR34 – MICR Threshold

Sets the MICR line noise threshold.  Range $0 - 255$.  The useful range is approximately $8 - 25$.  Lower values will allow lower amplitude characters to be read but also will make reading more susceptible to errors caused by EMF noise.  Default is 15.

## PR35 – MICR Amplitude Scale

43

**MICRImage Check Reader**

Sets the MICR line low-amplitude detection threshold.  Range $0 - 255$.  Default is 128 which equates to approximately 42% signal amplitude as described in the X9 MICR Standards.  Higher numbers raise the threshold.

44

# APPENDIX A.  FORMAT LIST

For check reading, the MICRImage provides the flexibility to format the MICR fields and build a specific output string that will be transmitted to the Host. These output strings are referred to as Formats. The MICRImage has a built-in list of Formats (described below) from which the user may select one to become the active Format every time a check is read. The Formats may be selected using the FC command (Section 2, Configuration Commands) or Insta-Change Checks provided by MagTek.

Each Format is assigned a 4-digit number. The first two digits indicate the Format number, and the last two digits are specific parameters used for various functions by each Format. For example, in Format "0415", the "04" refers to Format number 4 and the 15 refers the maximum number of characters allowed for the account field.

### Note

*The formats listed in this section apply only to U.S. and Canadian checks. The MICR line on checks from other countries will not be broken or parsed as described in these formats.*

A complete description for each Format follows.

**Fmt  00xx:**  Raw Data Format - sends the entire MICR line - where:

```
xx            - specify what symbol set to use.  Choose from the table
Add xx + 16 - change multiple spaces to one space
Add xx + 32 - Remove all spaces
```

Examples:

```
     MICR LINE:  T122000218T  1234 5678 9U   1321
         FC0001 - t122000218t  1234 5678 9o   1321
(+16) FC0017 - t122000218t 1234 5678 9o 1321
(+32) FC0033 - t122000218t123456789o1321.
```

| xx | Transit | On-Us | Amount | Dash | Error |
|----|---------|-------|--------|------|-------|
| 00 | T | U | $ | - | ? |
| 01 | t | o | a | d | ? |
| 02 | T | O | A | D | ? |
| 03 | T | U | $ | - | * |
| 04 | T | U | $ | 0 | ? |
| 05 | T | U | $ | 0 | * |
| 06 | t | o | a | 0 | ? |
| 07 | T | U | $ | none | ? |

47

**MICRImage Check Reader**

**Fmt  01xx:**  Parsed Text Format

> FC0100      - Parsed text with dashes
> FC0101      - Parsed text, replace dashes with "d"
> Field Labels - TR-transit, AC-account #, CK-check #, AM-amount, TP-tpc,
>                  EP-epc
> Example:    - PTTR444455556;AC 999-222-3;CK11045

**Fmt  02xx:**  Parsed Text Format with Error Labels

> FC0200      - Parsed text with dashes
> FC0201      - Parsed text, replace dashes with "d"
> Error Labels - PE-parsed error, NE-no error, TR-transit error,
>                  CK-chk # error, TC-transit check digit error,
>                  AM-amount error, OU-on us/account# error, TP-tpc error
> Examples:   - PTTR444455556;AC999-222-3;CK11045/PENE
>             - PTTR111?11111;AC123456/PETR ("?" = unreadable character)

**Fmt  03xx:**  [acct #]

- **[acct #]:**   - maximum of xx characters; when xx=00 all characters are sent
                  - keep spaces and dashes

**Fmt  04xx:**  [acct #]

- **[acct #]:**   - maximum of xx characters; when xx=00 all characters are sent
                  - remove spaces and dashes

**Fmt  05xx:**  [acct #]

- **[acct #]:**   - maximum of xx characters; when xx=00 all characters are sent
                  - replace spaces and dashes with zeros

**Fmt  06xx:**  [acct #]

- **[acct #]:**   - always xx characters, zero filled;
                    when xx=00 all characters are sent
                  - replace spaces and dashes with zeros

**Fmt  07xx:**  [acct #]

- **[acct #]:**   - always xx characters, zero filled;
                    when xx=00 all characters are sent
                  - remove spaces and dashes

**Fmt  08xx:**  [transit] [acct #]

- **[transit]:**  - all characters in the field
                  - keep dashes
- **[acct #]:**   - maximum of xx characters; when xx=00 all characters are sent
                  - remove spaces and dashes

48

**Fmt  09xx:**    [transit] [acct #]

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**     - maximum of xx characters; when xx=00 all characters are sent
                    - replace spaces and dashes with zeros

**Fmt 10xx:**    [transit] [acct #]

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**     - always xx characters, zero filled;
                        when xx=00 all characters are sent
                    - replace spaces and dashes with zeros

**Fmt 11xx:**    [transit] 'T' [acct #] 'A' [check #]

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**     - maximum of xx characters; when xx=00 all characters are sent
                    - remove spaces and dashes

- **[check #]:**    - all characters in the field


**Fmt 12xx:**    [transit] 'T' [acct #] 'A' [check #]

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**     - maximum of xx characters; when xx=00 all characters are sent
                    - remove spaces and dashes

- **[check #]:**    - always 6 characters, zero filled

**Fmt 13xx:**    [transit] 'T' [acct #] 'A' [check #] '000'

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**     - maximum of xx characters; when xx=00 all characters are sent
                    - remove spaces and dashes

- **[check #]:**    - always 6 characters, zero filled

49

<u>MICRImage Check Reader</u>

<u>Fmt 14xx:</u>    [transit] [acct #] [check #]

- [transit]:   - all characters in the field
                - keep dashes

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
               - remove spaces and dashes

- [check #]:   - always 6 characters, zero filled

<u>Fmt 15xx:</u>    [bank #] [acct #]

- [bank #]:    - all characters in the field
               - keep spaces and dashes

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
               - remove spaces and dashes

<u>Fmt 16xx:</u>    [bank #] [chk dgt] [acct #]

- [bank #]:    - all characters in the field
               - keep spaces and dashes

- [chk dgt]:   - all characters (one character long)

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
               - remove spaces and dashes

<u>Fmt 17xx:</u>    [transit] [acct #]

- [transit]:   - all characters in the field
               - keep dashes

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
               - keep spaces and dashes

<u>Fmt 18xx:</u>    [acct #] "/" [check #]

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
               - keep spaces and dashes

- [check #]:   - all characters in the field

<u>Fmt 19xx:</u>    [transit] [acct #] [check #]

- [transit]:   - all characters in the field
               - keep dashes

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
               - replace spaces and dashes with zeros

- [check #]:   - all characters in the field

50

**Fmt 20xx:**    [transit] [acct #] <CR> [check #]

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - replace spaces and dashes with zeros

- **[check #]:**    - all characters in the field

**Fmt 21xx:**    [transit] [acct #] [check #]

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**    - always xx characters, zero filled;
                     when xx=00 all characters are sent
                   - replace spaces and dashes with zeros

- **[check #]:**    - all characters in the field

**Fmt 22xx:**    [bank #] [acct #] [check #]

- **[bank #]:**    - all characters in the field
                   - keep dashes

- **[acct #]:**    - always xx characters, zero filled;
                     when xx=00 all characters are sent
                   - replace spaces and dashes with zeros

- **[check #]:**    - all characters in the field

**Fmt 23xx:**    [error #] [transit] [acct #] [check #] 'S'

- **[error #]:**    - one digit, always present
                    - '0' read OK
                    - '1' read error: bad char, empty field, invalid length, validation

- **[transit]:**    - always 9 characters, zero filled
                    - keep dashes

- **[acct #]:**    - always xx characters, trailing spaces;
                     when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**    - always 6 characters, zero filled
                    - remove spaces and dashes

51

<u>**MICRImage Check Reader**</u>

<u>Fmt 24xx:</u>    [transit] 'T' [acct #] 'A' [check #] 'C' [amount] '$'

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**    - always 6 characters, zero filled

- **[amount]:**    - all characters in the field

<u>Fmt 25xx:</u>    'M' 'C' [transit] 'D' [acct #] 'E' [check #]

- **[transit]:**    - all characters in the field
                    - remove dashes and keep spaces (contig spcs = 1 spc)
                    - if the field is empty, remove 'C'

- **[acct #]:**    - include leading characters
                   - maximum of xx characters; when xx=00 all characters are sent
                   - remove dashes and keep all spaces
                   - if the field is empty, remove 'D'

- **[check #]:**    - all characters in the field
                    - if the field is empty, remove 'E'

<u>Fmt 26xx:</u>    [acct #]

- **[acct #]:**    - work with characters in acct and transit fields
                   - a window of xx characters; xx must be greater than 00
                   - remove spaces and dashes

<u>Fmt 27xx:</u>    [acct #]

- **[acct #]:**    - work with characters in the acct field only
                   - a window of xx characters; xx must be greater than 00
                   - remove spaces and dashes

<u>Fmt 28xx:</u>    [acct #]

- **[acct #]:**    - work with characters in the acct field only
                   - a window of xx characters; xx must be greater than 00
                   - minimum of 6 digits, fill with zeros if necessary
                   - remove spaces and dashes

52

**Fmt 29xx:**    'C' '/' [transit] '/' [acct #] '/' [check #] '/' [status]

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - maximum of 6 digits

- **[status]:**    - this is a programmable option that must be enabled (See Table 2-4).

**Fmt 30xx:**    [zero fill] [transit] [acct #]

- **[zero fill]:** - if length of (transit+account) is less than xx;
                     xx must be greater than 00
- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - all characters in the field
                   - remove spaces and dashes

**Fmt 31xx:**    [transit] '/' [acct #] '/' [check #]

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - maximum of 10 digits
                   - remove spaces and dashes
                   - if no check number, remove preceding slash ('/')

**Fmt 3200:**    '^' [transit] '^' [acct #] '^' [check #] '^' [status]

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - all characters in the field
                   - remove spaces and dashes

- **[check #]:**   - all characters in the field
                   - remove spaces and dashes

- **[status] :**   - this is a programmable option that must be enabled (See Table 2-4).

**MICRImage Check Reader**

**Fmt 3300:**    '=' [transit] '=' [acct #] '=' [check #] '=' [status]

- **[transit]**:    - all characters in the field
                    - remove dashes

- **[acct #]** :    - maximum of 14 digits
                    - remove spaces and dashes

- **[check #]**:    - maximum of 8 digits
                    - remove spaces and dashes

- **[status]**:    - this is a programmable option that must be enabled (See Table 2-4).

**Fmt 34xx:**    [transit] [acct #] [zero fill]

- **[transit]**:    - all characters in the field
                    - remove dashes

- **[acct #]**:    - all characters in the field
                    - remove spaces and dashes

- **[zero fill]**: - zero filled up to xx; xx must be greater than 00

**Fmt 3500:**    MA [aux] B [epc] C [tran] D [acct] E [chk] F [tpc] G [amt]

This format is defined specifically for Target Test Checks. A description of the Target Test Check must be loaded in the exception table.

- **[aux], [epc], [tran], [chk], [tpc], [amt]**:
                    - all characters in the field
                    - keep spaces and dashes

- **[acct]**:    - all characters in the field
                 - keep spaces and remove dashes

**Fmt 36xx:**    Read OK   : [transit] [acct #] [check #] '/'
                 Read error: '0' '/'

- **[transit]**:    - all characters in the field
                    - remove spaces and dashes

- **[acct #]**:    - maximum of xx characters; when xx=00 all characters are sent
                    - remove spaces and dashes

- **[check #]**:    - always 6 characters, zero filled
                    - remove spaces and dashes

54

**Fmt 37xx:**    [ABA] [chk dgt] [acct #]

- **[ABA], [chk dgt]:**
  - all characters in the field
  - keep spaces and dashes

- **[acct #]:**   - work with characters in the acct field only
  - window of xx characters; xx must be greater than 00
  - remove spaces and dashes

**Fmt 38xx:**    'T' [transit] 'A' [acct #] 'C' [check #]

- **[transit]:**   - all characters in the field
  - keep dashes

- **[acct #]:**   - maximum of xx characters; when xx=00 all characters are sent
  - include leading characters
  - keep spaces and dashes

- **[check #]:**   -all characters in the field

**Fmt 39xx:**    [transit] <CR> [acct #]

- **[transit]:**    all characters in the field
  - remove dashes

- **[acct #]:**   - maximum of xx characters; when xx=00 all characters are sent
  - remove spaces and keep dashes

**Fmt 40xx:**    [country code] [transit] [acct #]

- **[country code]:** - '1' for US checks
  - '2' for Canadian checks

- **[transit]:**   - all characters in the field
  - remove dashes

- **[acct #]:**   - maximum of xx characters; when xx=00 all characters are sent
  - remove spaces and dashes

**Fmt 4100:**   'S' 'T' [transit] 'A' [acct #] 'C' [check #]

- **[transit]:**   - all characters in the field
  - remove dashes

- **[acct #]:**   - all characters in the field
  - place a slash ('/') after 10th character
  - if 10 characters or less, precede with a slash ('/')
  - remove spaces and dashes

- **[check #]:**   - always 6 characters, zero filled
  remove spaces and dashes

55

MICRImage Check Reader

**Fmt 42xx:**    US check :   [transit] [acct #]

            Can check:  '9' [transit] [acct #]

- [transit]:   - all characters in the field
              - remove dashes

- [acct #]:    - always xx characters; zero filled;
              when xx=00 all characters are sent.
              - remove spaces and dashes

**Fmt 43xx:**   [check #] <CR> <CR> [transit] <CR> [acct #]

- [check #]:   - maximum of 6 digits
              - remove spaces and dashes

- [transit]:   - all characters in the field
              - remove dashes

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
              - remove spaces and dashes

**Fmt 44xx:**   [transit] [acct #]

- [transit]:   - all characters in the field
              - if Canadian check, replace dash with a space

- [acct #]:    - always xx characters, trailing spaces,
              when xx=00 all characters are sent
              - remove spaces and dashes

**Fmt 45xx:**   [transit] <CR> [acct #] <CR> [check #]

- [transit]:   - all characters in the field
              - remove dashes

- [acct #]:    - maximum of xx characters; when xx=00 all characters are sent
              - remove spaces, dashes and leading zeros

- [check #]:   - all characters in the field

**Fmt 46xx:**   [transit] [acct #] [check #]

- [transit]:   - all characters in the field
              - remove dashes

- [acct #]:    - always xx characters, zero filled;
              when xx=00 all characters are sent
              - remove spaces and dashes

- [check #]:   - always 6 characters, zero filled
              - remove spaces and dashes

56

**Fmt 47xx:**    [transit] 'T' [acct #] 'A' [check #]

- **[transit]:**    - all characters in the field
                     - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - all characters in the field

**Fmt 48xx:**    [transit] 'T' [acct #] 'A'

- **[transit]:**    - all characters in the field
                     - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

**Fmt 49xx:**    [transit] '/' [acct #] '/' [check #] '/' [check type]

- **[transit]:**    - always 9 characters, zero filled
                     - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - maximum of 9 digits

- **[check type]:**- personal checks ('1'); commercial checks ('2')

**Fmt 50xx:**    'T' [transit] 'T' 'O' [acct #] 'O' [check #]

- **[transit]:**    - all characters in the field
                     - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - all characters in the field

**Fmt 51xx:**    '=' [transit] '=' [acct #] '='

- **[transit]:**    - all characters in the field
                     - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

57

<u>**MICRImage Check Reader**</u>

<u>**Fmt 52xx:**</u>    'T' [transit] 'T' [acct #] 'A' [check #]

- **[transit]:**   - all characters in the field
                    - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - all characters in the field
                   - remove dashes and spaces

<u>**Fmt 53xx:**</u>    '/' [transit] '/' [acct #] '/' [check #] '/' [tpc] '/' [status] '/'

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - all characters in the field

- **[tpc]:**       - all characters in the field

- **[status]:**    - this is a programmable option that must be enabled (See Table 2-4)

<u>**Fmt 54xx:**</u>    [transit] [acct #] [check #] [status]

- **[transit]:**   - always 12 characters, zero filled
                   - remove dashes

- **[acct #]:**    - always xx characters, zero filled;
                     when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - always 12 characters, zero filled
                   - remove dashes and spaces

- **[status]:**    - this is a programmable option that must be enabled (See Table 2-4)

<u>**Fmt 55xx:**</u>    'C' '/' [acct #] '/' [transit] '/' [check #] '/' 0000000000

- **[acct #]:**    - always xx characters, zero filled;
                     when xx=00 all characters are sent
                   - remove spaces and dashes

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[check #]:**   - always 6 characters, zero filled
                   - remove dashes and spaces

58

**Fmt 56xx:**    [transit] <CR> [acct #] <CR> [check #] <CR> [amount]

- **[transit]:**    - all characters in the field
                    - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes
- **[check #]:**   - all characters in the field
                   - remove dashes and spaces

- **[amount]:**    - all characters in the field
                   - remove dashes and spaces

**Fmt 57xx:**    [acct #] <CR> [amount]

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[amount]:**    - all characters in the field
                   - remove dashes and spaces

**Fmt 58xx:**    [short transit] [acct #] ':'

- **[transit]:**   - 3 rightmost characters
                   - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

**Fmt 59xx:**    [transit] [acct #] <TAB> [check #] [amount]

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**   - always 9 characters, zero filled
                   - remove dashes and spaces

- **[amount]:**    - all characters in the field
                   - remove dashes and spaces
                   - insert decimal point ('.') before 2nd rightmost digit

**MICRImage Check Reader**

**Fmt 60xx:**    [transit] '/' [acct #] '/' [check #] '/' [check type]

- **[transit]:**    - all characters in the field
                    - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**    - maximum of 10 characters
                    - remove spaces and dashes
                    - if no check #, remove preceding slash ('/')

- **[check type]:**- personal checks ('1'); commercial checks ('2')

**Fmt 61xx:**    [transit] <TAB> [acct #] <TAB> [check #] <TAB>

- **[transit]:**    - all characters in the field
                    - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces, dashes and leading zeros

- **[check #]:**    - all characters in the field

**Fmt 62xx:**    'T' [transit] 'T' [acct #] 'A' [check #] 'S' [status]

- **[transit]:**    - all characters in the field
                    - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**    - all characters in the field
                    - remove dashes and spaces

- **[status]:**    - this is a programmable option that must be enabled (See Table 2-4).

**Fmt 63xx:**    [transit] [acct #] [check #]

- **[transit]:**    - all characters in the field
                    - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove spaces and dashes

- **[check #]:**    - always 4 characters, zero filled
                    - remove spaces and dashes

60

**Fmt 64xx:**    [transit] [acct #] [check #] [amount]

- **[transit]:**    - all characters in the field
               - keep dashes

- **[acct #]:**    - always xx characters, trailing spaces;
               when xx=00 all characters are sent
               - keep spaces and dashes

- **[check #]:**   - always 6 characters (N is on quick-init check), trailing spaces
               - remove spaces and dashes

- **[amount]:**    - all characters in the field
               - remove spaces and dashes
               - insert decimal point ('.') before 2nd rightmost digit

**Fmt 65xx:**    '!' [transit] '/' [acct #] '/' [check #] '/' [amount]

- **[transit]:**    - all characters in the field
               - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
               - remove spaces and dashes

- **[check #]:**   - all characters in the field
               - remove dashes and spaces

- **[amount]:**    - all characters in the field
               - remove dashes and spaces

**Fmt 66xx:**    [transit] [acct #] <CR> '7' '1' <CR>

- **[transit]:**    - all characters in the field
               - keep dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
               - remove spaces and dashes

**Fmt 67xx:**    <CR> <CR> [check #]

- **[check #]** :  - maximum of xx characters; when x=00 all characters are sent
               - remove spaces and dashes

61

<u>**MICRImage Check Reader**</u>

---

<u>**Fmt 68xx:**</u>    **[transit]** <TAB> **[acct #]** <TAB> **[check #]** <TAB> **[amount]** <TAB>

- **[transit]:**    - all characters in the field
                    - remove dashes

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                    - remove spaces and dashes

- **[check #]:**    - all characters in the field
                    - remove dashes and spaces

- **[amount]:**    - all characters in the field
                    - remove dashes, spaces and leading zeros
                    - insert decimal point ('.') before 2nd rightmost digit

<u>**Fmt 69xx:**</u>    Read OK    : **[transit] [acct #] [check #]**

              Read error: **'0' '/'**

- **[transit]:**    - all characters in the field
                    - remove dashes

- **[acct #]:**    - always xx characters, trailing spaces;
                      when xx=00 all characters are sent
                    - remove spaces and dashes

- **[check #]:**    - always 6 characters, zero filled
                    - remove dashes and spaces

<u>**Fmt 70:**</u>    **[transit]** ',' **[acct #]** ',' **[check #]** ',' **[amount]**

- **[transit]:**    - all characters in the field
                    - keep dashes

- **[acct #]:**    - always N characters (N is on quick-init check), space filled
                    - remove spaces and dashes from the account

- **[check #]:**    - always 8 characters, zero filled
                    - remove dashes and spaces

- **[amount]:**    - all characters in the field
                    - remove dashes and spaces
                    - if amount is not present, remove last ','

62

**Fmt 71:**      [acct #] '?' [check #]

- **[acct #]:**    - work with a window of N characters in the acct field
                   - always N characters (N is on quick-init check), zero filled
                   - remove spaces and dashes

- **[check #]:**   - maximum of 4 characters
                   - remove spaces and dashes

**Fmt 72:**      [transit] <TAB> [acct #]

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - maximum of N characters (N is on quick-init check)
                   - remove spaces and dashes

**Fmt 73:**      [transit] <CR> [acct #] <CR> [check #]

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - maximum of N characters (N is on quick-init check)
                   - remove spaces and dashes

- **[check #]:**   - all characters in the field
                   - remove dashes and spaces

**Fmt 74:**      [transit] [acct #] [check #]

- **[transit]:**   - all characters in the field
                   - remove dashes

- **[acct #]:**    - always N characters (N is on quick-init check), zero filled
                   - remove spaces and dashes

- **[check #]:**   - always 8 characters, zero filled
                   - remove spaces and dashes

**Fmt 75xx:** [transit] <CR> [acct #] <CR> [check #] <CR> [status]

- **[transit]:**   - always 9 characters, zero filled
                   - keep dashes; remove spaces

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                   - remove dashes and spaces

- **[check #]:**   - maximum of 12 characters
                   - remove dashes and spaces

**MICRImage Check Reader**

<u>**Fmt 76xx:**</u>  'T' [transit] 'A' [acct #] 'C' [check #] 'M' [raw data]

- **[transit]:**   - all characters in the field
                    - remove dashes and spaces

- **[acct #]:**    - maximum of xx characters; when xx=00 all characters are sent
                    - remove dashes and spaces

- **[check #]:**   - all characters in the field- remove dashes and spaces

- **[raw data]:**  - translate MICR symbols to t,o,a,d

**Fmt 7700:  The Flexible Format**

Select this format to activate a preloaded Flexible Format.  The Flexible Format is a
feature that allows the user to create custom MICR formats.  The Flexible formats can
be easily created and downloaded using the Windows based MICRbase program provided by
MagTek (P/N 22000021).  For more detailed information refer to Section 7 in the
MICRbase reference manual (P/N 99875102).

64

# APPENDIX B.  CHECK READING

The characters printed on the bottom line of commercial and personal checks are special.  They are printed with magnetic ink to meet specific standards.  These characters can be read by a MICR Reader at higher speeds and with more accuracy than manual data entry.  Two MICR character sets are used worldwide; they are: E13-B and CMC-7.  The E13-B set is used in the US, Canada, Australia, United Kingdom, Japan, India, Mexico, Venezuela, Colombia, and the Far East.  The CMC-7 set is used in France, Spain, other Mediterranean countries, and most South American countries.

## E13-B CHARACTER SET

The MICR font character set E13-B includes digits 0 through 9 and four symbols.  The numbers found on U.S. checks are of the E13-B character set.  The numbers and symbols of E13-B are as follows:

1                      6

2                      7                      ⌐ Transit symbol

3                      8                      ▪▪▪ Dash Symbol

4                      9                      ‖▪ On-Us Symbol

5                      0                      ▪▪ Amount Symbol

## CMC-7 CHARACTER SET

The numbers and symbols of the CMC-7 character set are as follows:



SI        SII        SIII        SIV        SV

**MICRImage Check Reader**

The nonnumeric CMC-7 characters are translated by the MICR Reader as shown in Table B-1.

**Table B-1.  CMC-7 Nonnumeric Characters**

| CMC-7 Character | MICR Output |
|-----------------|-------------|
| SI | A |
| SII | B |
| SIII | C |
| SIV | D |
| SV | E |

## CHECK LAYOUTS

Personal checks with MICR fields are shown in Figure B-1.  Business checks are shown in Figure B-2.  The digits 1 through 4 in the illustrations are described below under MICR Fields.



**Figure B-1.  Personal Checks**



**Figure B-2. Business Checks**

## MICR FIELDS

The numbers 1 through 4 refer to the numbers below the checks on the illustration and represent the 4 MICR fields.

### 1-Transit Field

The Transit field is a 9-digit field bracketed by two Transit symbols. The field is subdivided as follows:

- Digits 1-4       Federal Reserve Routing Number
- Digits 5-8       Bank ID Number (American Banking Association)
- Digit 9          Check Digit

### 2-On-Us Field

The On-Us field is variable, up to 19 characters (including symbols). Valid characters are digits, spaces, dashes, and On-Us symbols. The On-Us field contains the account number and may also contain a serial number (Check number) and/or a transaction code. Note that an On-Us symbol must always appear to the right of the account number.

67

<u>**MICRImage Check Reader**</u>

## 3-Amount Field

The Amount field is a 10-digit field bracketed by Amount symbols.  The field is always zero-filled to the left.

## 4-Auxiliary On-Us Field

The Auxiliary On-Us field is variable, 4-10 digits, bracketed by two On-Us symbols.  This field is not present on personal checks.  On business checks, this field contains the check serial number.

68

# APPENDIX C.  ASCII CODES

The following is a listing of the ASCII (American Standard Code for Information Interchange) codes. ASCII is a 7-bit code, which is represented here with a pair of hexadecimal digits.  The decimal equivalent follows the hexadecimal value.

| ASCII | Hex | Dec | ASCII | Hex | Dec | ASCII | Hex | Dec | ASCII | Hex | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NUL | 00 | 0 | SP | 20 | 32 | @ | 40 | 64 | ` | 60 | 96 |
| SOH | 01 | 1 | ! | 21 | 33 | A | 41 | 65 | a | 61 | 97 |
| STX | 02 | 2 | " | 22 | 34 | B | 42 | 66 | b | 62 | 98 |
| ETX | 03 | 3 | # | 23 | 35 | C | 43 | 67 | c | 63 | 99 |
| EOT | 04 | 4 | $ | 24 | 36 | D | 44 | 68 | d | 64 | 100 |
| ENQ | 05 | 5 | % | 25 | 37 | E | 45 | 69 | e | 65 | 101 |
| ACK | 06 | 6 | & | 26 | 38 | F | 46 | 70 | f | 66 | 102 |
| BEL | 07 | 7 | ' | 27 | 39 | G | 47 | 71 | g | 67 | 103 |
| BS | 08 | 8 | ( | 28 | 40 | H | 48 | 72 | h | 68 | 104 |
| HT | 09 | 9 | ) | 29 | 41 | I | 49 | 73 | i | 69 | 105 |
| LF | 0A | 10 | * | 2A | 42 | J | 4A | 74 | j | 6A | 106 |
| VT | 0B | 11 | + | 2B | 43 | K | 4B | 75 | k | 6B | 107 |
| FF | 0C | 12 | , | 2C | 44 | L | 4C | 76 | l | 6C | 108 |
| CR | 0D | 13 | - | 2D | 45 | M | 4D | 77 | m | 6D | 109 |
| SO | 0E | 14 | . | 2E | 46 | N | 4E | 78 | n | 6E | 110 |
| SI | 0F | 15 | / | 2F | 47 | O | 4F | 79 | o | 6F | 111 |
| DLE | 10 | 16 | 0 | 30 | 48 | P | 50 | 80 | p | 70 | 112 |
| DC1 | 11 | 17 | 1 | 31 | 49 | Q | 51 | 81 | q | 71 | 113 |
| DC2 | 12 | 18 | 2 | 32 | 50 | R | 52 | 82 | r | 72 | 114 |
| DC3 | 13 | 19 | 3 | 33 | 51 | S | 53 | 83 | s | 73 | 115 |
| DC4 | 14 | 20 | 4 | 34 | 52 | T | 54 | 84 | t | 74 | 116 |
| NAK | 15 | 21 | 5 | 35 | 53 | U | 55 | 85 | u | 75 | 117 |
| SYN | 16 | 22 | 6 | 36 | 54 | V | 56 | 86 | v | 76 | 118 |
| ETB | 17 | 23 | 7 | 37 | 55 | W | 57 | 87 | w | 77 | 119 |
| CAN | 18 | 24 | 8 | 38 | 56 | X | 58 | 88 | x | 78 | 120 |
| EM | 19 | 25 | 9 | 39 | 57 | Y | 59 | 89 | y | 79 | 121 |
| SUB | 1A | 26 | : | 3A | 58 | Z | 5A | 90 | z | 7A | 122 |
| ESC | 1B | 27 | ; | 3B | 59 | [ | 5B | 91 | { | 7B | 123 |
| FS | 1C | 28 | < | 3C | 60 | \ | 5C | 92 | \| | 7C | 124 |
| GS | 1D | 29 | = | 3D | 61 | ] | 5D | 93 | } | 7D | 125 |
| RS | 1E | 30 | > | 3E | 62 | ^ | 5E | 94 | ~ | 7E | 126 |
| US | 1F | 31 | ? | 3F | 63 | _ | 5F | 95 | DEL | 7F | 127 |

69

**MICRImage Check Reader**

# APPENDIX D.  EXTENDED ERROR CODES

The Extended Error Codes are available when the unit if configured for replies (see SWC).

| Error Number | Description |
|---|---|
| 100 | Unknown command |
| 101 | Unknown parameter |
| 102 | Missing parameter |
| 103 | Illegal Character |
| 104 | Not a digit |
| 105 | Invalid digit |
| 106 | Short command or parameter |
| 107 | Parameter too long |
| 108 | Missing '=' |
| 109 | Missing '.' |
| 110 | Illegal numeric format |
| 111 | Invalid numeric string |
| 112 | Invalid format |
| 113 | Value out of range |
| 115 | No bar code specified |
| 116 | Unknown bar code |
| 120 | Invalid port |
| 121 | Invalid protocol |
| 122 | Invalid tag |
| 123 | Invalid snippet |
| 201 | No image |
| 202 | Image already saved |
| 203 | Could not open file |
| 204 | No output port specified |
| 205 | Attempt to change system tag |
| 206 | Too many snippets |
| 207 | User did not scan |
| 208 | Command unusable with gray scale images |
| 209 | Not backside of document |
| 210 | Bad MICR line |
| 211 | Scanner jammed |
| 212 | Zero length for bar code |
| 213 | Point outside of image |
| 214 | File is locked |
| 220 | No MAC |
| 221 | Bad OTP |

71

**MICRImage Check Reader**

| Error Number | Description |
|---|---|
| 230 | No property |
| 231 | Can't get property |
| 232 | Value cannot be changed |
| 301 | Store image |
| 302 | Erase Flash Sector |
| 303 | Set OTP Param |
| 304 | Out of heap space |
| 305 | XYMODEM abort |
| 306 | Unknown property type |
| 307 | Property not found |
| 308 | No serial # |
| 309 | Serial # not saved |
| 310 | Max file size exceeded.  Unable to complete command |
| 311 | User abort |
| 312 | Unrecognized bar code |
| 313 | Image size |
| 321 | No flash memory |
| 322 | No flash ID |
| 323 | Out of flash space |
| 324 | Flash failure |
| 325 | Bad flash parameter |
| 326 | Flash ID not found |
| 327 | No more images |
| 421 | Service not available; closing control connection. (This can be a reply to any command if the service knows it must shut down.) |
| 425 | Can't open data connection. |
| 426 | Connection closed; transfer aborted. |
| 450 | Requested file action not taken. File unavailable. (For example, the file is already open.) |
| 451 | Requested action aborted: local error in processing. |
| 452 | Requested action not taken. Insufficient storage space in system. |
| 500 | Syntax error, command unrecognized. (This may include errors such as command line that's too long.) |
| 501 | Syntax error in parameters or arguments. |
| 502 | Command not implemented. |
| 503 | Bad sequence of commands. |

| Error Number | Description |
|---|---|
| 504 | Command not implemented for that parameter. |
| 530 | Not logged in. |
| 532 | Need account for storing files. |
| 550 | Requested action not taken. File unavailable. (For example, the file was not found, you have no access.) |
| 551 | Requested action aborted: page type unknown. |
| 552 | Requested file action aborted. Exceeded storage allocation. (You exceeded the available space for the current directory or dataset.) |
| 553 | Requested action not taken. File name not allowed. |
| 595 | FTP connection timed out |
| 596 | FTP failed to complete |
| 597 | Logged in but unable to start FTP |
| 598 | Dial / Login process failed |
| 599 | Unable to make connection |

**MICRImage Check Reader**

74

# INDEX

## A

Active RTS .................................................. 9
AI – Append Image Command ................ 31
Amount Field............................................ 62
ASCII Codes ............................................. 63
Auxiliary On-Us Field.............................. 62

## B

Baud Rate ............................................. 4, 11
BC – Bar Code Command......................... 32
Binary ....................................................... 13
BLK – Block Command............................ 23

## C

Card Data Message.................................... 9
CCITT Group 4 ........................................ 25
Check Layouts .......................................... 60
Check Reading .......................................... 59
CMC-7 Character Set ........................... 8, 59
Commands Overview ................................. 1
Communication Modes ............................. 6
Compressed Images.................................. 25
Configuration Commands ..................... 1, 3
Control Characters and MICR Data ........... 5
CTS/DSR (Clear to Send/Data Set Ready) 4, 11

## D

Data Header................................................ 9
Data, Stop Bits, and Parity ................... 4, 11
Default Image Resolution......................... 25
DHCP (Dynamic Host Configuration
     Protocol)............................................. 35
DHCP SERVER Configuration ............... 39
Disable/Enable Tracks.............................. 16
Disable/Enable Y Option ......................... 16
DM – Disable MicrImage Command........ 22
Document Size Limits............................... 18

## E

E13-B Character Set.................................. 59
E13-B Characters ....................................... 8

ED – Ethernet Debug Command............... 39
EM – Enable MICRImage Command ....... 23
EMF Detect .............................................. 16
Ethernet Commands ................................... 1
Ethernet Configuration Parameters .......... 35
Ethernet Debug Commands ...................... 39
Ethernet Image FTP ................................. 35
Ethernet Interface .................................... 35
Ethernet MICR Configuration.................. 35
Ethernet Telnet communications.............. 35
Ethernet Telnet Communications............. 35
Extended Error Codes .............................. 65
Extended Replies....................................... 10

## F

FC – Format Change Command................ 17
File Transfer Protocol.............................. 12
Flexible  Format ...................................... 58
FM – File Memory Command .................. 27
Format List .............................................. 41
FTP (File Transfer Protocol)................... 35

## G

General Operational Commands .............. 21

## H

HW Command – Hardware Parameters .... 15

## I

ID Card Decoding .................................... 16
Image Output Port .................................... 12
Image Specific Commands........................ 25
Image Type............................................... 15
Insta-Change Checks.................................. 2
Inter-character Delay............................ 5, 11
Invalid Command Response....................... 8
IS  – Image Size Command...................... 30
ITU T.6..................................................... 25

## L

LE – LED Command................................. 21
Length + Binary, FTP .............................. 12

**MICRImage Check Reader**

*M*

MICR Fields .................................................. 61
MICR/MSR Output Port ........................... 12
MICRBase Setup Program for Windows .... 2
Minimum Length....................................... 18

*N*

No MICR Response .................................. 10

*O*

On-Us Field ............................................... 61
Operational Commands ............................... 1

*P*

PING – Send Echo Packet Command ....... 39
PR0 – MICR IP Address Fixed Value
    (Ethernet Only)..................................... 36
PR1 – MICR IP Address Source (Ethernet
    Only).................................................... 36
PR10 – FTP Password Fixed Value .......... 37
PR11 – FTP Password Source................... 37
PR12 – File Name Property/Command..... 17
PR13 – DNS 1 IP Address ........................ 37
PR14 – DNS 2 IP Address ........................ 37
PR15 – DNS IP Address Source .............. 38
PR16 – Phone (Modem PPP Only) ........... 38
PR17 – User ID (Modem PPP Only) ........ 38
PR18 – User Password (Modem PPP Only)
    .............................................................. 38
PR19 – FTP File Directory........................ 38
PR2 – MICR IP Subnet Mask Fixed Value
    (Ethernet Only)..................................... 36
PR3 – MICR Subnet Mask Source (Ethernet
    Only).................................................... 36
PR31 – Minimum Height .......................... 18
PR32 – Maximum Length ......................... 18
PR33 – Maximum Height ......................... 18
PR4 – Gateway IP Address Fixed Value
    Ethernet Only)...................................... 36
PR5 – Gateway IP Address Source (Ethernet
    Only).................................................... 36
PR6 – FTP IP Address Fixed Value.......... 36
PR7 – FTP IP Address Source ................. 37

PR8 – FTP User ID Fixed Value............... 37
PR9 – FTP User ID Source ...................... 37

*R*

RS – Reset Command ............................... 21

*S*

SA – Save Command ................................ 19
SE – Serial Number Command ................. 21
Send Data After Error ................................ 6
Send Status After Data ............................... 7
SF – Send Next Image File Command...... 29
SI – Store Image Command ..................... 28
Snippets .................................................... 32
SWA Command – Host Port Parameters .... 3
SWB Command – Message Format
    Parameters .............................................. 5
SWC Command – Miscellaneous Function
    Parameters .............................................. 8
SWD Command – Auxiliary Port
    Parameters ............................................ 10
SWE Command – Data Transfer Parameters
    .............................................................. 12
SWI Command – Image Parameters ......... 15
Switch Commands....................................... 3

*T*

Tags .......................................................... 25
Telnet Communication.............................. 35
TIFF Format ............................................. 25
Transit Field ............................................. 61

*U*

UNBLK – Unblock Command.................. 23

*V*

VR – Version Command ........................... 21

*X*

Xmodem ................................................... 13
XModem-1K ............................................. 13

*Y*

YModem/YModem-G ............................... 13