# WINCKLER EXHIBIT 6



"ROCKKY MOUNTAIN RETAIL SYSTEMS", P/N: 02522001.
Order#: 50347063                                    Order Rev#: 3D
Check Type: InstaChange    CONFIGURATION            Check: 1 of 1

baud rate: 9600              data header: NO
cts/dsr: IGNORE              incoming msg: STANDARD
inter delay: NO              rts active: NO
parity: EVEN                 comm mode: 3-DATA<CR><LF>
stop bits: 1                 send data after err: NO
card data message: MULTIPLE  send status: NO
cmc7: NO                     format: 0002

Directions:
Run the insta-change check through the MICR reader. If the LED blinks green, the insta-change check has been accepted. If it turns red, re-insert the check.

⑆0160⑆ 660300⑈0002⑈000⑈



"RMRS/VERIFONE ZON JR XL", P/N: 02522003.
Order#: 50338234                                    Order Rev#: 3H
Check Type: InstaChange    CONFIGURATION            Check: 1 of 1

baud rate: 1200              data header: NO
cts/dsr: IGNORE              incoming msg: STANDARD
inter delay: NO              rts active: NO
parity: EVEN                 comm mode: 7-<STX>DATA<ETX>
stop bits: 1                 send data after err: NO
card data message: MULTIPLE  send status: NO
cmc7: NO                     format: 0002

Directions:
Run the insta-change check through the MICR reader. If the LED blinks green, the insta-change check has been accepted. If it turns red, re-insert the check.

⑆0157⑆ 36010 2⑈0002⑈000⑈