WINCKLER
EXHIBIT 7





VERIX
OPERATING
ENVIRONMENT



SOFTPAY
E-PAYMENT
APPLICATION



VERIX
DEVELOPER
TOOLKIT
DEVELOPMENT
TOOLS



VERISHIELD
SECURITY
ARCHITECTURE



OMNI 37XX
HAND-OVER-COUNTER
MULTI-APPLICATION
APPLIANCES



OMNI 33XX
MULTI-APPLICATION
APPLIANCES



VERIX
MULTI-APP
CONDUCTOR
MULITPLE APPLICATION
MANAGEMENT
SYSTEM



VERICENTRE
APPLIANCE
MANAGEMENT
SUITE

# CR 1000*i* Check Imaging Peripheral

## *Programmer's Manual*

VeriFone Part Number 22209, Revision C

CR 1000*i* Check Imaging Peripheral Programmer's Manual
© 2002 VeriFone, Inc.

All rights reserved. No part of the contents of this document may be reproduced or transmitted in any form without the written permission of VeriFone, Inc.

The information contained in this document is subject to change without notice. Although VeriFone has attempted to ensure the accuracy of the contents of this document, this document may include errors or omissions. The examples and sample programs are for illustration only and may not be suited for your purpose. You should verify the applicability of any example or sample program before placing the software into productive use. This document, including without limitation the examples and software programs, is supplied "As-Is."

VeriFone, the VeriFone logo, Omni, VeriCentre, Verix, and ZonTalk are registered trademarks of VeriFone. Other brand names or trademarks associated with VeriFone's products and services are trademarks of VeriFone, Inc.

All other brand names and trademarks appearing in this manual are the property of their respective holders.

**Comments?** Please e-mail all comments in this document to Tell_Us_More@VeriFone.com

VeriFone, Inc.
2455 Augustine Drive
Santa Clara CA 95054-3002

www.verifone.com

VeriFone Part Number 22209, Revision C

VeriFone

CONTENTS

**CHAPTER 1**
**Features and**
**Conventions**

Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  LED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Architecture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
  Connectivity Flexibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Connecting the CR 1000*i* as a Keyboard Wedge . . . . . . . . . . . . . . . . . 13
    Connecting the CR 1000*i* as a Tailgate device . . . . . . . . . . . . . . . . . . . 14
    Connecting the CR 1000*i* as an Ethernet device . . . . . . . . . . . . . . . . . . 14
    Connecting the CR 1000*i* to Communicate by Modem . . . . . . . . . . . . . 14
    Connecting the CR 1000*i* as a USB device . . . . . . . . . . . . . . . . . . . . . . 14
    The Configurator Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Document Scan Path . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
  Document Jams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Document Conventions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
  Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
  Typographic Conventions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**CHAPTER 2**
**Introduction to**
**CR 1000*i***
**Configuration**

CR 1000*i* Configuration Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Customization of the CR 1000*i* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
CR 1000*i* Architecture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
  Main Processor Module . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Configuration Downloads with the Configurator Application . . . . . . . . . . . . . 20
  Configurator Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

**CHAPTER 3**
**Imaging**

Viewing TIFF Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Clip Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Custom Scalable Quadrants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Imaging Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
  Sample Flow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Image Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
ZonTalk–CR 1000*i* Connected to a Device with ZonTalk Protocol . . . . . . . . 27
No Protocol–CR 1000*i* Connected to a Device Receiving Images with No
  Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

**CHAPTER 4**
**Command**
**Reference**

| | | | |
|---|---|---|---|
| # | Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 |
| ACK | Set Acknowledgements . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 |
| AT | Modem (Hayes-like) AT Command . . . . . . . . . . . . . . . . . . . | 34 |
| CAPTURE | Select Capture Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 |
| CFG | Configuration Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 |
| CLD | Clear MICR Data Buffer . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 |
| CLEARJAM | Clear Paper Jam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |
| CLOCK | Set Time/Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |
| CMDFILE | Return .CMD File Contents . . . . . . . . . . . . . . . . . . . . . . . . . | 40 |
| CMDPORT | Set Command Port . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 |

CONTENTS

CONFIGSYS    Set/Get/Delete CONFIG.SYS Entry . . . . . . . . . . . . . . . . . . . . . . . . 42
CRLF    Add in Line Feed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
DEFAULTS    Reset All Parameters to Defaults . . . . . . . . . . . . . . . . . . . . . . . . . . 44
DEMO    Enable Demo Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
DIR    Return File Directory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
DLRQ    Download Request . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
EF    Enter MICR Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    Format 0 – Raw Data (EF 0) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    Format 15 (EF 15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Format 16 (EF 16) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Format 21 (EF 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Format 35 (EF 35) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Format 36 (EF 36) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
    Format 39 (EF 39) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Format 50 (EF 50) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Format 51 (EF 51) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Format 52 (EF 52) Keyboard Wedge Mode . . . . . . . . . . . . . . . . . . . . 52
ETHERNET    Display Ethernet Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
FEED    Request Check Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
FTP    Configure FTP Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
HELP    Help Display . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
HOSTDETECT Define Host Detection Time-out . . . . . . . . . . . . . . . . . . . . . . . . . . 58
ID    Query Device ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
IMAGEDEL    Delete Image . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
IMAGEFMT    Set Image Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
IMAGEMERGE Merge Image Files to Create
    a Multi-Page TIFF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
IMAGENAME Set Image Naming Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
IMAGEOPT    Set Image Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
IMAGEPORT Set Image Output Port . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
IMAGESAVE Write Current Image to a File . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
IMAGESEL    Select an Image . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
IMAGESEND Send Current Image . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
IMAGESIZE    Set Minimum Image Size . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
IMAGESTATUS Return Image Status of Image . . . . . . . . . . . . . . . . . . . . . . . . . . 73
IMAGETAG    Set or Return Image Tag . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
IT    Set Interface Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
LSBA    Set COM1 Baud Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
LSBA2    Set COM2 Baud Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
LSCL    Set COM1 Character Length . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
LSCL2    Set COM2 Character Length . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
LSFT    Set MICR Font Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
LSHA    Set COM1 Handshake . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
LSHA2    Set COM2 Handshake . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
LSNO    Set Node Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
LSPA    Set COM1 Parity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
LSPA2    Set COM2 Parity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
M1,M2    Set MICR Data Preamble/Post-Amble . . . . . . . . . . . . . . . . . . . . . 88
MICRPASS    Set MICR Read Passes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
MICRPORT    Set MICR Data Output Port . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
MODEM    Set Modem Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
PING    Ping FTP Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93

PROPERTY    Display CR 1000*i* Properties............................ 94
PRPT        Print Pass-Through Setting.............................. 95
QF          Query MICR Format .................................... 96
QM          Query Model .......................................... 97
QS          Query Status.......................................... 98
RAW         Return Raw MICR Data ................................ 100
            If MICRPASS = 2 ..................................... 100
RD          Return MICR Data .................................... 101
REMOVE FILE Remove File from Memory.............................. 102
RQ          Set MICR Request Mode ............................... 103
S1          Set MICR Gap Flag ................................... 104
SECURITY    Security Key Management ............................. 105
SOCKET      TCP/IP Sockets Interface ............................. 107
SR          Software Reset ....................................... 110
SS          Show COM1 Settings ................................. 111
SS2         Show COM2 Settings ................................. 112
ST          Show MICR Translation Tables ........................ 113
STATS       Show Operational Statistics .......................... 114
SX          Show MICR Data Preamble and Post-Amble.............. 115
T1, V1      Set MICR Translation Table ........................... 116
TCPIP       Configure TCP/IP .................................... 117
TELNETRST   Telnet Reset ........................................ 119
USERDATA    Set USERDATA Area .................................. 120
VIEW        View Resident MICR Format Numbers................... 121
VIF         Show Valid Interface Types .......................... 122
Error Description Table ........................................... 123

**APPENDIX A**
**The Configurator™**
**Application**
Connect the CR 1000*i* to a PC.................................... 125
Getting Started ................................................. 126
    Start Configurator .......................................... 126
Communications Port Properties .................................. 126
CR 1000*i* System and System Clock ............................... 127
Command File Generator Window .................................. 129
    General Tab ................................................ 130
    Com Port Tab .............................................. 131
    FTP Settings Tab ........................................... 132
    IP Settings ................................................ 132
    Image Tab.................................................. 134
    MICR Tab .................................................. 135
    Modem Settings Tab......................................... 136
    Optional Tab ............................................... 137
Command Terminal .............................................. 139
Explorer Window ............................................... 139
Virtual CR 1000*i* ............................................... 140
    Direct Downloads ........................................... 141
Configurator Main Window....................................... 143
    Toolbar Buttons ............................................ 143
    Status Bar ................................................. 143
Other Features ................................................. 144
    FTP Folder Window ......................................... 144
    Document Viewer ........................................... 144

CONTENTS

Check Tags Window . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Tag Editor Window. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 146
Demo Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 147
Check CR 1000*i* Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 147
Enable Demo Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148

**APPENDIX  B**
**CR 1000*i* Reset**
**Button**
Soft Reset . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
Enter Service Mode to Configure the CR 1000*i* for the
    Configurator Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
Enter CR 1000*i* System Mode–*Advanced Use Only* . . . . . . . . . . . . . . . . . 149

**APPENDIX  C**
**Tailgate/Feature C**
**Configuration**
**Details**
*I4683 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
*A4683 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
*P4683 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
*S4683 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
*V4683 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151

**APPENDIX  D**
**CR 1000*i* Modem**
**Model**
Implementation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
Configuration Variables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
*MODEMLT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
*LASTMODEMLT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
Using Answer Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
Logging in from a Remote PC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
Connecting Remotely with Configurator . . . . . . . . . . . . . . . . . . . . . . . . . 155
Remote Login Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155
Changing the Answer Mode Password. . . . . . . . . . . . . . . . . . . . . . . . . . 156

**APPENDIX  E**
**SIGNFILE PC Tool**
**and PCLANCNV**
**Utility**
SIGNFILE PC Tool . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
Authentication Codes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
Key Entry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
Firmware ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
Output . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
PCLANCNV Utility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 159
PCLANCNV Use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 160
Expansion of Compressed Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
OS Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
Application Files. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
PCLANCNV Utility used for Download File Preparation . . . . . . . . . . . . . . . 161
PCLANCNV–Options. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 162
Input File Options. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163
Input Data Options (not files) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163
Output Format Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163
Output File Name. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163
Other Controls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163
PCLANCNV–Option Examples. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

**APPENDIX F**
**Communication**
**Configuration**
**Examples**

Configuration for ECR using RS485, No Ethernet Connection. . . . . . . . . . 165
Configuration for ECR using RS485 with Ethernet. . . . . . . . . . . . . . . . . . 166
Configuration for Keyboard Wedge with Ethernet . . . . . . . . . . . . . . . . . . 166
Configuration for ECR using RS485 and RS232 . . . . . . . . . . . . . . . . . . . 166
Configuration for ECR or Other Device using RS232 and Ethernet . . . . . . 166
Configuration for ECR or Other Device using RS232,
    No Ethernet Connection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167
Configuration for POS Device using RS232 Modem . . . . . . . . . . . . . . . . 167


**APPENDIX G**
**Command File**
**Examples**

Direct-Connect Example  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 169
    CURRENT.CMD file. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 169
Semi-Integrated Example. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
    CURRENT.CMD file. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
Server/CR 1000*i* Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 173
    CURRENT.CMD file. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 173
SoftPay/CR 1000*i* Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175
    CURRENT.CMD file. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175
Interactive Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177


**APPENDIX H**
**Interfacing to a**
**Point-of-Sale**
**Device**

    Recommendations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179
Design Decisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 182
    Operating System/Application Updates . . . . . . . . . . . . . . . . . . . . . . . . . 182


**APPENDIX I**
**Telnet and Reset**
**Servers**

Telnet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189
Reset Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189


**APPENDIX J**
**MICR Parser Task**

Required Files and Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 191
Modify and Update the Parser Task File . . . . . . . . . . . . . . . . . . . . . . . . . 192


**APPENDIX K**
**FTPManager Utility**

CR 1000*i* Image Capture (FTP Server) . . . . . . . . . . . . . . . . . . . . . . . . . . 195
Local Image Archive. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196
Image Forwarding (FTP Client) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196


Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .197

CONTENTS

VeriFone

# CHAPTER 1

# Features and Conventions

This chapter presents the features of the CR 1000*i*. Also presented are conventions used throughout this document in text and in the command descriptions.

The CR 1000*i* scans the complete check image and MICR (magnetic ink character recognition) information on the check, and stores the image file in TIFF format in flash memory. The CR 1000*i* is capable of storing the complete check image or can be configured to store various smaller areas, such as name and address.

The following are available CR 1000*i* configurations:

| CR 1000*i* Modem Model Standard Configuration | |
|---|---|
| • 2 MB flash | • E13B MICR bidirectional reads |
| • 1.25 MB SRAM | • Status LED |
| • 300 dpi black/white dynamic thresholding CIS (contact imaging sensor) | • Configuration authentication |
| • Two generic RS-232 ports | • Modem port 56K/V.90 |

| CR 1000*i* ECR Tailgate / Ethernet Standard Configuration | |
|---|---|
| • 2 MB flash | • E13B MICR bidirectional reads |
| • 1 MB SRAM | • Status LED |
| • 300 dpi black/white dynamic thresholding CIS (contact imaging sensor) | • Configuration authentication |
| • RS-232/RS-485 tailgate port | • 10BASE-T Ethernet port, supporting FTP |
| • Generic RS-232 port | • USB (possible future enhancement) |

| Optional Available Configurations | |
|---|---|
| • 4 MB flash | • CMC7 MICR reads |
| • 2 MB SRAM | |

**Features**

The following summarizes the features of the CR 1000*i*.

• **MICR** — This reader recognizes standard E13B characters and spaces as they appear on the check. (CMC7 recognition is a possible future enhancement.)

- **Optical check imager** — The CR 1000*i* imaging engine scans and stores the check image initiated by paper movement through the scanner (300 x 300 dpi resolution).
- **Beeper** — Error and OK beeps are supported in the CR 1000*i*.
- **LED** — A multi-colored (red/yellow/green) status indicator.
- **Communications Ports** — The following COM ports are available on the CR 1000*i*:
  - COM1 — RS-232/RS-485 (ECR tailgate); serial connector (Ethernet/ECR model only)
  - COM2 — RS-232; serial connector
  - 10BaseT–Ethernet; 10BASE-T connector
  - USB (possible future feature); USB connector
  - Telco port — 56K bps (MAX)/V.90; modem supports all standard fallback modes; RJ11 connector

**LED**    The single red/yellow/green LED is a status indicator. Following are descriptions of LED states:

| | |
|---|---|
| Blinking green | Power-up, self-test and host detect states, and check processing state. |
| Steady green | Ready state. |
| Steady green, OK beep | Check read successful. |
| Steady red, error beep | Check read unsuccessful or paper jam. |
| Blinking red | Memory full, no host, or other fatal error state. |

Figure 1 shows the CR 1000*i* LED state after power up and initialization. Figure 2 shows other CR 1000*i* LED states.



Figure 1    CR 1000*i* LED States After Power Up/Initialization



**Figure 2     Other LED States**

## Architecture

The CR 1000*i* is based on the 25 MHz, 16-bit Motorola 68302 processor. The CR 1000*i* is a *configurable* peripheral, but is not a *full-feature* terminal, that means it cannot process transactions without a host and either an ECR, payment terminal, or PC. A single embedded application is loaded into the CR 1000*i* at manufacture. Connectivity, data parsing, and data flow options can be configured. The CR 1000*i* has no keypad or display, but can be configured through a host interface device (for example, a PC). See The Configurator Application for more configuration information.

The CR 1000*i* stores check images in flash memory. The standard flash memory size available is 2 MB, which can store up to 200 personal sized checks (6 KB is the average file size). The 4 MB flash memory optional configuration can store up to 400 personal sized checks. Images can also be stored in 700 KB of the 2 MB SRAM (optional configuration).

OPOS- and SoftPay-compatible drivers are possible future features on the CR 1000*i*.

### Connectivity Flexibility

The CR 1000*i* defines its connectivity by its three main functions:

1   Command/response processing. (CMDPORT)

2   Transmission of MICR data. (MICRPORT)

3   Transmission of images. (IMAGEPORT)

The CR 1000*i* supports the following communication ports/protocols:

- RS-232
- Modem/FTP
- Modem/ZonTalk
- IBM ECR tailgate/feature C
- IBM keyboard wedge
- Ethernet/FTP
- Ethernet/Telnet
- USB (possible future enhancement)

Table 1 defines the allowed connectivity for the CR 1000*i*:

Table 1        Allowed Connectivity in CR 1000*i*

| | Command/ Responses (CMDPORT) | MICR (MICRPORT) | Images (IMAGEPORT) | File Downloads |
|---|---|---|---|---|
| RS-232 | ✔ | ✔ | ✔ | ✔ |
| Modem/FTP or ZonTalk | | | ✔ | ✔ |
| Tailgate/Feature C | ✔ | ✔ | ✔ | ✔ |
| IBM keyboard wedge | – | ✔ | – | – |
| Ethernet/FTP | – | – | ✔ | ✔ |
| Ethernet/Telnet | ✔ | ✔ | – | – |
| USB | ✔ | ✔ | ✔ | ✔ |

For further Tailgate/Feature C connectivity discussion, see Appendix C. For further modem connectivity discussion, see Appendix D.

## Connecting the CR 1000*i* as a Keyboard Wedge

There are two reasons for connecting the CR 1000*i* to an ECR as a *keyboard wedge*. First, it allows the ECR to receive check information as if it is from the ECR's keyboard; thus, the ECR application does not need to be modified. Second, it adds the CR 1000*i* when all ports on the ECR that would be used to connect to the CR 1000*i* are in use. The keyboard-wedge scheme serially places the CR 1000*i* between an ECR and its keyboard, and the CR 1000*i* messages are treated by the ECR as if they are from the keyboard. The behavior of the original keyboard is not affected, and the CR 1000*i* is added to your system.

NOTE  When used as a keyboard wedge, the CR 1000*i* cannot accept commands from the ECR since it only mimics sending keyboard scan codes. An Ethernet connection is required to control the CR 1000*i* and to transfer the image files.

### Connecting the CR 1000*i* as a Tailgate device

When used as a Tailgate device to the ECR, CR 1000*i* can accept and respond to commands from the ECR. It is also possible to send scanned image files over the Tailgate port to ECR application that supports Image transfers. Image file transfer is more efficient over the Ethernet port than the ECR Tailgate port.

### Connecting the CR 1000*i* as an Ethernet device

As stated above, Ethernet connection to the CR 1000*i* is required when the unit is connected in keyboard wedge mode, and can also be used in Tailgate mode. In keyboard wedge mode, the CMDPORT must be set to Telnet and the IMAGEPORT to Ethernet FTP. The CR 1000*i* can be used as a standalone Ethernet device if properly configured.



**NOTE**

When used, Telnet only applies to CMDPORT and MICRPORT usage, and FTP is only used for Image file transfer, IMAGEPORT.

### Connecting the CR 1000*i* to Communicate by Modem

The CR 1000*i* modem model can dial out over a phone line to a host PC or server for downloads of image files and OS and application updates. The modem communicates at a MAX connection speed of 56K bps/V.90 and supports all standard fallback modes.

### Connecting the CR 1000*i* as a USB device

This is a possible future enhancement and is not supported in software.

### The Configurator Application

The CR 1000*i* Configurator is a Windows-based PC application that allows you to configure, diagnose, and demonstrate scans in the development environment. The application runs on any Windows '98/NT- or 2000-based PC. See Appendix A for details on the Configurator application.

## Document Scan Path

Figure 3 demonstrates the internal path for a document scan. The senors detect when the document enters the Imager/MICR scan area.



**Figure 3    Internal Document Scan Path**

**Document Jams**    Document jams are indicated by a steady red status LED and continuous beeping. Jam conditions are caused by blocked sensors.

When a jam condition is detected by the CR 1000*i*, a status message is sent to the controlling device. The controlling device must then issue the CLEARJAM Clear Paper Jam command to the CR 1000*i* and issue QS Query Status commands periodically to detect any blocked sensors until the jam clears.

If the CLEARJAM command does not clear the jam, use the following actions to manually clear the jam:

* Grasp any portion of the document from the front or rear of the unit and gently pull the document until it clears the unit.

* Insert another document *while the motor is running* during power up to clear the jam.

* Push the help card gently through the unit with the power **off** to clear the jam.



NOTE    To prevent a jam from occurring, documents inserted into the CR 1000*i must* be longer than 2". Shorter documents *always* cause a jam to occur.

Always use a smooth paper document. Ripped, folded, severely creased, or tightly curled documents increase the probability that a jam will occur.



WARNING    Do *not* attempt to open the CR 1000*i* to clear paper jams.

## Document Conventions

This section defines conventions used in text and in command lines throughout this document.

## Commands

Following is CR 1000*i* command format:

```
<command string> space <argument>
```

Commands must obey the following rules:

- Commands are *not* case sensitive
- All commands and arguments *must* be separated by spaces
- Commands only execute after a <CR> is received
- The cfg on command must be received before most commands will execute (cfg on *effectivity* is listed in Chapter 4, indicating whether cfg on must precede the command). cfg on remains active until a cfg off is received

In the Configurator application Command window, when command responses are enabled, it indicates that the unit is returning one of the following responses:

Table 2      Command Response Definitions

| Response | Description |
|----------|-------------|
| OK | Command successful. |
| YUK | Unrecognized command. |
| BADARG | Argument error. |
| DISABLED | Command cannot execute until cfg on received. |
| ERROR xxx | Command failure error code (see Table 10 for a list of valid error codes). |

When command responses are disabled (ACK OFF), no responses are returned.



**NOTE**     If the pass-through option is enabled, all commands to the CR 1000*i must* begin with <DLE><DLE>. Data not prefaced with <DLE><DLE> are sent directly to the pass-through port.

## Typographic Conventions

This manual uses the typographic conventions listed in Table 3 to convey information regarding CR 1000*i* programming and operational processes.

Table 3      Conventions Used

| Example | Convention Description |
|---------|------------------------|
| char *strg;<br>int n;<br>FILE *strm; | Source code and file names appear in text in the Courier typeface. |
| [*variable*] | Variable names or information to be supplied by the programmer appear in *Courier Italics*. |
| [*width*], [*modifier*], [*] | Items enclosed in square brackets [ ] are required. |
| {*width*} | Items enclosed in curly brackets { } are optional. |

Table 3        Conventions Used  (continued)

| Example | Convention Description |
|---------|------------------------|
| Command\|Command | A pipe used within an argument indicates that either command in the argument can be used. |
| **[CLEAR], [ENTER]** | Keys on the virtual terminal keyboard in the Configurator application are shown in uppercase inside square brackets ( [CLEAR] ). |
| *Example* | Click on the word *Example* in this format to launch your preferred text editor and display the linked, compilable code example file (*.txt). |

- Image filenames are limited to 26 characters.


**NOTE**

The host must *never* specify a filename extension. Specifying an extension has unpredictable results.

The CR 1000*i* recognizes the following filename extensions:

- .TIF: TIFF is the file image format (including clip and custom scalable quadrant files)
- .CMD: Command file extension

FEATURES AND CONVENTIONS
*Document Conventions*



# CHAPTER 2

# Introduction to CR 1000*i* Configuration

**CR 1000*i* Configuration Overview**

The CR 1000*i* is a configurable peripheral. Besides the operating system, the CR 1000*i* contains a single standard embedded application that controls the peripheral. End user configuration of the CR 1000*i* is accomplished by altering command variables in the embedded application. This is done using a command file (filename.CMD).



**NOTE**

Command (.CMD) files are *always* stored in flash, and are therefore non-volatile. Multiple command files are allowed.

**Customization of the CR 1000*i***

Customization of the CR 1000*i* is accomplished using the CR 1000*i* Configuration application that is covered in Appendix A, and referenced below.

The CR 1000*i* is set to a default configuration at the factory with a default command file (DEFAULT.CMD). If the customer needs to change the default configuration, a new command file must be created and executed before or during deployment at the customer site. The command file is normally created with the CR 1000*i* Configurator program (see Appendix A), but since the command file is an ASCII text file it can be created or edited by any ASCII text editor.

Once the command file is created and saved, the new .CMD file must be downloaded to the CR 1000*i* and executed. Command file download is accomplished using the CR 1000*i* Configurator program (see CR 1000*i* Explorer 'drag and drop' in Appendix A). Once downloaded, the file is executed using the CR 1000*i* Configurator program execute buttons in the Command Terminal window, or by using the DEFAULTS command (see DEFAULTS Reset All Parameters to Defaults) in the Command Terminal window. It is recommended that the customer created command file be named something other than DEFAULT.CMD, so that the unit can be returned to the factory defaults if desired.



**NOTE**

A new configuration will not take effect until the next System Reset (SR) command is issued, or the CR 1000*i* is power cycled.

 **NOTE**    As a special feature, the CR 1000*ii* recognizes the name CURRENT.CMD as a special case, and if it is a new file that has been downloaded to the CR 1000*i* since the last system reset or power cycle and not thereafter executed, the new CURRENT.CMD will be executed upon the next system reset or power cycle. All other filename.CMD files must be executed using the Configurator, or the DEFAULTS command (see DEFAULTS Reset All Parameters to Defaults for further detail).

## CR 1000*i* Architecture

For the programmer, the CR 1000*i* hardware can be viewed as shown in the block diagram in Figure 4.



Figure 4    **CR 1000*i* Architecture**

**Main Processor Module**

The main processor module is the 'master' of the CR 1000*i* architecture. The microprocessor used in the main processor is a Motorola 68302. It executes internal (firmware-driven) diagnostics code, download code (resident in flash), and the application program (resident in RAM or flash).

The main processor module interfaces directly to the communications ports, MICR, and imaging engine (see Chapter 3).

**Configuration Downloads with the Configurator Application**

The Configurator is a Windows-based PC application that supports configuration, diagnostics, demonstration, and development on the CR 1000*i*. Appendix A is a thorough discussion on the Configurator application. The Configurator runs on any Windows '98, NT, or 2000 based PC. Communication from the PC to a CR 1000*i* is supported over the RS-232, USB, and Ethernet communications ports.

Although the CR 1000*i* Configurator is *not* intended to operate in a back room or on a server, its design employs a core module that can be used by third parties to support specific needs. The core module has an interface to manage communications to and from the CR 1000*i*.

The CR 1000i Configurator is distributed on CD-ROM. Please contact your VeriFone representative and request P/N P006-113-01-MK. See Appendix A for installation instructions.

**Configurator Windows**

The Configurator UI consists of the following windows:

- Virtual CR 1000*i*

- Interactive command

- Explorer

- Command File Generator

See Appendix A for explanations of the Configurator windows.

INTRODUCTION TO CR 1000ı CONFIGURATION
*Configuration Downloads with the Configurator Application*



# Imaging

The CR 1000*i* has a unique dual-light source that allows the unit to be used either for check information scanning or for receipt scanning and signature capture. Check information scanning can be defined as scanning the check to retrieve specific fields of information, such as the customer's name and address, bank name and address, an image of the MICR string, the check number, and so on.

In check imaging mode, the infrared light source does not image color information or non-carbonized inks. This means that the check background and most handwritten (that is, not pre-printed) information such as the date, amount, and signature are not imaged. This minimizes image file size and optimizes the image information for later OCR (optical character recognition) processing.

The second light source, which is visible, can capture most handwritten (in ink) information. This is useful for signature captures on scanned credit card receipts. Receipt scans eliminate the merchant's need to retain and process paper receipts.

---



**NOTE**

Some CR 1000*i* models may not have the signature capture light source installed.

---

Each time a check or receipt is transported through the CR 1000*i*, an image of the document is obtained. Document images are temporarily stored in a large RAM buffer. The image can be stored and transmitted in the following formats:

- Complete compressed TIFF (Tagged Image File Format) file
- Clip file (a portion of the document image, such as the customer's name and address from a check image)
- Custom scalable quadrants file

CCITT Group 4 compression is performed on all images.

---



**NOTE**

This document does not present a complete discussion of TIFF. Please refer to Adobe's *TIFF (Tagged Image File Format) 6.0 Specification* at: http://partners.adobe.com/asn/developer/PDFS/TN/TIFF6.pdf

---

Compressed TIFF format reduces a personal size check image to under 15 KB with no data loss. Clip and custom scalable quadrants are also saved in TIFF format, except only a portion of the scanned image is preserved, making the image size even smaller.

TIFF file format is very flexible. TIFF allows tag fields to be embedded in the file. These tag fields can contain various data. CR 1000*i* supports up to 10 embedded tags that can store any ASCII data (up to 1024 bytes). Tag values can also be defined by the host. The following are sample uses for embedded tags:

- Reference number – A unique ID value for each image
- Keyed Account Number – The host can send an override account number entered from a keypad
- Keyed Bank Number – The host can send an override bank number entered from a keypad
- Keyed Serial Number – The host can send an override serial number entered from a keypad
- Keyed Amount – The host can send an amount entered from a keypad
- Merchant ID – The host can send the merchant ID
- Formatted MICR data read from CR 1000*i*

## Viewing TIFF Files

CR 1000*i* TIFF files can be opened in Windows-based TIFF viewers. However, only single-page TIFF files can be viewed and the files cannot be manipulated within these viewers.



**NOTE** Only the first page of multi-page TIFF files will display in these viewers. See IMAGEMERGE Merge Image Files to Create a Multi-Page TIFF. For information on multi-page compatible TIFF viewers, see the Adobe's *TIFF (Tagged Image File Format) 6.0 Specification.*

## Clip Files

Clip files are image files of specific regions of a check saved as TIFF. Some check processors may not be interested in retaining the entire check image. Use Clip format to expedite image file transfers and reduce file size, by declaring specific areas to capture.

**NOTE** Clip image files do not preserve all information from the scan. It is only to capture a *specific* region.

Table 4 lists the imagable Clip regions. The CR 1000*i* allows any combination of Clip regions to be saved. Multiple regions in a single scan are saved in separate TIFF files and can be merged into a multi-page TIFF file using the IMAGEMERGE command.

Table 4         Clip Regions (see IMAGEOPT Set Image Options)

| Region | Purpose |
|---|---|
| MICR | Capture an image of the MICR line: Used also for host OCR to improve MICR readings. |
| Customer name and address | Capture customer information: Data can be retained for customer profiling, mailings, and incentives. |

**Table 4        Clip Regions (see IMAGEOPT Set Image Options)** (continued)

| Region | Purpose |
| --- | --- |
| Bank name and address | Capture bank information. (The MICR line contains the bank routing number.) |
| Check number | Capture printed check number. |
| Top half | Capture first half of document. |
| Bottom half | Capture second half of document. |

**Custom Scalable Quadrants**

Custom scalable quadrant files are host-defined regions saved as TIFF. Use this feature for imaging documents other than checks. For example, to save only a signature from a receipt, the host could define that area to capture as a pair of points. These points define a rectangle (region) to image, as shown in Figure 5. Point ($x$ and $y$) values are defined in dots (as positive integers) to the following specifications:

- The CR 1000$i$ Imager resolution is 300 x 300 dpi.
- Imager width is 3.52 inches or 1056 dots.
- Maximum image length is 8.5 inches.

Figure 5 shows the defined imagable area if IMAGEOPT ORIGIN is set to TOP.



**Figure 5        IMAGEOPT ORIGIN TOP Imagable Area**

Figure 6 shows the defined imagable area if IMAGEOPT ORIGIN is set to BOTTOM.



Figure 6     IMAGEOPT ORIGIN BOTTOM Imagable Area

**Imaging Commands**

Table 5 shows the commands used for image manipulation. Refer to the command descriptions in Chapter 4 for a complete discussion.

Table 5     Imaging Commands

| Command Name | Page | Description |
|---|---|---|
| IMAGEDEL | 60 | Deletes selected image. |
| IMAGEFMT | 61 | Defines image file format for storing and transfer. |
| IMAGEMERGE | 62 | Combines two existing TIFF image files into a single multi-page TIFF image file. |
| IMAGENAME | 64 | Defines the method used for automatic file naming. |
| IMAGEOPT | 65 | Sets image compression options. |
| IMAGEPORT | 68 | Selects communications port and protocol for image transfers. |
| IMAGESAVE | 69 | Saves image file to the file system. |
| IMAGESEL | 70 | Selects image file from the file system. |
| IMAGESEND | 71 | Sends selected image to host. |
| IMAGESIZE | 72 | Sets minimum image size. |
| IMAGESTATUS | 73 | Returns number of images and free memory available, or properties of an image. |
| IMAGETAG | 75 | Allows transaction information to be embedded in the imaged TIFF file. |

**Sample Flow**

The following is an example flow using the above imaging commands:

1   Deployment and/or host configures CR 1000*i*; IMAGEPORT and IMAGEFMT are set.

2   Check passes through transport:

   a   Host uses IMAGETAG to handle any key-entry overrides and send CR 1000*i* the transaction amount to be placed in an IMAGETAG.

   b   Host issues IMAGESAVE to save image and associated transaction information in TIFF file.

3  Host uses `IMAGESEL` and `IMAGESEND` to select and transmit each image (at a later download). After an image is successfully transmitted, the host issues `IMAGEDEL`. Alternately, the host can issue the `IMAGESEND ALL` command to send all stored images. Once all images are sent, the host issues `IMAGEDEL ALL` to delete all images.

## Image Transfers

This section describes image file transfers using non-standard protocols (such as, no protocol or the ZonTalk protocol).



NOTE

Images are stored in binary format. The port selected by `IMAGEPORT` must support 8-bit binary data.

## ZonTalk–CR 1000*i* Connected to a Device with ZonTalk Protocol

The CR 1000*i* supports the VeriFone ZonTalk protocol to transfer image files. In this scenario, the CR 1000*i* acts as the ZonTalk host. The device connected to the CR 1000*i* must behave as though it is receiving downloads from a ZonTalk host.



NOTE

This document does not discuss ZonTalk protocol. For protocol information, refer to the ZonTalk/VeriTalk manuals (VFN 11330).

The ZonTalk protocol operates as follows:



*Notes*   The CR 1000*i* sends the initial <ENQ> every two seconds up to five times, if no response is received. After five <ENQ> messages, an error returns on the Command port.

IMAGING
*Image Transfers*

**No Protocol—
CR 1000*i*
Connected to a
Device Receiving
Images with No
Protocol**

No protocol image transfer mode (IMAGEPORT NONE) is for connections that either cannot support the FTP or ZonTalk protocol, or already have an underlying protocol (for example, ECR tailgate mode).

In no protocol mode, an image header is transferred followed by the image data. No protocol mode supports 7- and 8-bit data transfers with a penalty on 7-bit data transfers: 7-bit data transfers cause the binary image data to be sent as pairs of ASCII encoded hex (for example, 00–FF). ASCII hex transmission effectively doubles the amount of data to transmit to recreate the image.

 **NOTE**

It is the responsibility of the receiving device to convert the ASCII hex back to a binary image.

Before the actual image data transfers, the following ASCII header is sent from the CR 1000*i*:

```
<File Name (up to 30 characters including .TIF extension)><space><Date:
yyyymmddhhmmss><space><File size (bytes)><CR>
```

*Example*     IMAGE1.TIF 20000821101545 5604<CR>

Note that the file size is always the size of the binary image. If the image is sent in 7-bit mode, twice as much data transfers due to the ASCII hex expansion.

Once the image completely transfers, OK (if enabled) is sent to the command port. If the IMAGEPORT and the CMDPORT commands are the same, ensure this OK does not append to the image file. To do this the host must:

1   Note the file size (5604 in the above example) as sent in the file header.

2   Close the data file at the end of receipt of expected bytes (file size).

When OK is subsequently sent by the CR 1000*i*, it is accepted as a standalone response at the end of the IMAGESEND command from the CR 1000*i*.

VeriFone

# CHAPTER 4

## Command Reference

This chapter describes commands for the CR 1000*i*. Commands are listed alphabetically. Commands must obey the following rules:

- Commands are *not* case sensitive
- All commands and arguments *must* be separated by spaces
- Commands only execute after a <CR> is received
- CFG ON must be received before most commands are processed

  Many commands must be preceded by the CFG ON command. In the command descriptions, the *Effectivity* section lists if CFG ON is required to precede the command.

---

**NOTE** 

If the pass-through option is enabled, all commands *must* begin with <DLE><DLE>. Data not prefaced with <DLE><DLE> are sent directly to the pass-through port.

---

In the Configurator application, when command responses are enabled, the Virtual CR 1000*i* window displays a return comment with one of the following responses:

**Table 6    Command Response Definitions**

| Response | Description |
|----------|-------------|
| OK | Command successful. |
| YUK | Unrecognized command. |
| BADARG | Argument error. |
| DISABLED | Command cannot execute until CFG ON received. |
| ERROR xxx | Command failure error code. |

---

**NOTE**

All examples indicate responses displayed in the Configurator Virtual CR 1000*i* window, and unless otherwise stated, assume ACK is ON and DEMO is OFF.

---

COMMAND REFERENCE

**Table 7    Factory and Service Mode Settings, Refer to Appendix B**

| Command | Description | DEFAULT.CMD (Factory Settings) | Service Mode Settings[a] |
|---|---|---|---|
| ACK | Acknowledgement setting | ON | ON |
| CAPTURE | Document capture mode | BOTH | |
| CFG | Configuration control | ON | |
| CMDPORT | Command port selection | COM1 | COM1 |
| CRLF | Enable CR-CRLF conversion | OFF | |
| DEMO | Demo control | OFF | |
| EF | MICR format | 0 | 0 |
| FTP IPADDR | FTP IP address | <clear> | |
| FTP PASSWORD | FTP password | <clear> | |
| FTP PATH | FTP path | <clear> | |
| FTP USERID | FTP user ID | <clear> | |
| HOSTDETECT | Host detect time-out | 0 | |
| IMAGEFMT | Define image format | WHOLE | |
| IMAGENAME | Image name type | SHORT | |
| IMAGEOPT CROP | Percentage of white pixels required to stop cropping the captured image | 20 | |
| IMAGEOPT FLAGS | Image option flags | 63 | |
| IMAGEOPT ORIGIN | Image origin | TOP | |
| IMAGEOPT QUALITY | Resolution of the image captured | NORMAL | |
| IMAGEOPT SKEW[b] | VeriFone proprietary command[b] | ON | |
| IMAGEOPT TYPE | Set image type | CHECK | |
| IMAGEPORT | Image output port and protocol | COM1 ZONTALK | COM1 ZONTALK |
| IMAGESIZE | Image size check control | OFF | OFF |
| IT | Interface type | 1 | 1 |
| LSBA | COM1 baud rate | 19200 | 19200 (default) or 115200 (fast) |
| LSBA2 | COM2 baud rate | 38400 | |
| LSCL | COM1 character length | 8 | 8 |
| LSCL2 | COM2 character length | 8 | |
| LSFT | MICR font type | E13B | |
| LSHA | COM1 handshake | NONE | NONE |
| LSHA2 | COM2 handshake | NONE | |
| LSNO | ECR node address | 0 | |
| LSPA | COM1 parity | NONE | NONE |
| LSPA2 | COM2 parity | NONE | |
| M1 | MICR preamble | <clear> | |
| M2 | MICR post-amble | <clear> | |
| MICRPASS | MICR/image read passes | 1 | |

Table 7    Factory and Service Mode Settings, Refer to Appendix B  (continued)

| Command | Description | DEFAULT.CMD (Factory Settings) | Service Mode Settings[a] |
|---|---|---|---|
| MICRPORT | MICR data output port | COM1 | COM1 |
| MODEM ANSWER | Modem answer mode | OFF | |
| MODEM INIT | Modem initialization string | <clear> | |
| MODEM PRIMARY | Image host server's primary telephone number | <clear> | |
| MODEM SECONDARY | Image host server's secondary number | <clear> | |
| MODEM VERBOSE | Modem dialing status | OFF | |
| PRPT | Print passthrough mode | OFF | OFF |
| RQ | Accept document mode | OFF | |
| S1 | MICR gap flag | 0 | |
| SECURITY | Security control | OFF | |
| T1 | MICR translation table: input | <clear> | |
| TCPIP DHCP | Retrieves the IP address from the DHCP server | <clear> | |
| TCPIP DNS2IPADDR | DNS2 IP address | <clear> | |
| TCPIP DNSIPADDR | DNS IP address | <clear> | |
| TCPIP FLAGS | TCP/IP flags | 0 | |
| TCPIP GATEWAYIPADDR | Gateway IP address | <clear> | |
| TCPIP IPADDR | Static IP address | DHCP | |
| TCPIP MASK | IP mask | <clear> | |
| TCPIP PPP_PASSWORD | PPP password | <clear> | |
| TCPIP PPP_USERID | PPP user ID | <clear> | |
| TELNETRST | Telnet reset port number | 5000 | |
| USERDATA | Saved string | <space> | |
| V1 | MICR translation table: output | <clear> | |

a.  Blank entries in the Service Mode Settings column indicate these commands remain set to their pre-service mode settings. Only commands with entries (ACK, CMDPORT, and so on) are affected.
b.  IMAGEOPT SKEW must always be set to ON (for VeriFone internal use only).

# #                                                                    Comments

This command is ignored by the CR 1000*i*. No response is returned on "#
<comments>" even if ACK is ON.

**Effectivity**      CFG OFF

**Prototype**      `# <comments>`

**Example**      `# This is a test`
`ACK ON  #can't do this`
`    BADARG`


`    ACK ON`
`    OK`
`#This is OK`


No OK is returned.

# ACK                                          Set Acknowledgements

Turns on/off acknowledgements. If acknowledgements are on, the CR 1000*i* always responds with a command completion status (see Table 6 ). Success is indicated by OK. Other replies indicate the type of failure. If acknowledgements are off, there is no indication that a command is complete; error messages are *not* displayed.

ACK with no argument returns the current ACK value.

*Effectivity*   CFG OFF

*Prototype*   ACK {ON | OFF}

*Example*   ACK
ACK ON
OK

## AT _____ Modem (Hayes-like) AT Command

The AT basic and extended command set of the modem can be sent when the modem is in command mode. Using the AT command, the terminal has total control of the modem.

| NOTE  | The command set for the CR 1000*i* modem is available from Conexant (P/N 100722B). The PDF file for this document is included on the CR 1000*i* Configurator CD. |
|---|---|

*Effectivity*    CFG ON

*Prototype*    AT { <command set of the modem> }

*Example*    AT
OK
OK

# CAPTURE                                    Select Capture Mode

Defines the data (MICR and/or Image) captured during check transport.

CAPTURE with no argument returns current CAPTURE value. If CAPTURE is set to MICR or BOTH, then after the MICR string is captured, the CR 1000*i* returns the formatted MICR data.

---

**NOTE**

If CAPTURE is set to IMAGE, after an image is captured, the CR 1000*i* returns:

IMAGE xxxx<CR>      where, *xxxx* is the approximate length of the image in pixels (300 per inch).

---

*Effectivity*    CFG ON

*Prototype*     CAPTURE {MICR | IMAGE | BOTH}

*Example*       CAPTURE
               CAPTURE BOTH
               OK

# CFG                                                    Configuration Control

When set to CFG OFF, configuration commands are protected from inadvertent use. When set to CFG ON, configuration commands are allowed.

CFG with no argument returns the current CFG value.



| NOTE | Commands that require configuration to be on will state: "CFG ON" in the Effectivity section. Commands ignore the CFG ON requirement for queries regarding current settings. |

*Effectivity*    CFG OFF

*Prototype*    CFG {ON | OFF}

*Example*    CFG
CFG OFF
OK

## CLD                                                      Clear MICR Data Buffer

Clears the MICR data buffer. After CLD, the RD and RAW commands return an empty string until another check is read (see also, RD Return MICR Data and RAW Return Raw MICR Data).

*Effectivity*   CFG OFF

*Prototype*   CLD

*Example*   CLD
            OK

# CLEARJAM                                              Clear Paper Jam

This command forces the CR 1000*i* to clear a paper jam. The following are option results:

- FORWARD: the CR 1000*i* attempts to move the check in the forward direction
- REVERSE: the CR 1000*i* attempts to move the check in the reverse direction
- BEST: the CR 1000*i* attempts to move the check in the best direction to clear the jam
- No option specified: the CR 1000*i* reports the last direction the motor moved


**NOTE**    The *forward* direction is from the front toward the rear of the unit; *reverse* is from the rear toward the front.

| | |
|---|---|
| *Effectivity* | CFG OFF |
| *Prototype* | CLEARJAM {FORWARD │ REVERSE │ BEST} |
| *Example* | CLEARJAM BEST <MOTOR TURNS ON> |
| | OK |

# CLOCK                                                            Set Time/Date

Sets the real-time clock captured from the host. CLOCK with no arguments returns the current time and date, and adds the day of the week as the final character.



**NOTE**    All image files contain the current time and date read from the internal clock.

*Effectivity*    CFG ON

*Prototype*    CLOCK {yyyyMMddhhmmss}
where:

| | |
|---|---|
| yyyy | A four digit year (in the following example, 2000) |
| MM | A two digit month (in the following example, 03 is March) |
| dd | A two digit day of the month (in the following example, 24 is the twenty-fourth day in the month) |
| hh | A two digit hour in 24-hour time (in the following example, 11 am) |
| mm | The two digit minute of the hour from 01 to 59 (in the following example, 25) |
| ss | The two digit seconds of the minute from 01 to 59 (in the following example, 45) |
| w | The day of the week, 0 = Sunday ... 6 = Saturday (in the following example, 1 is Monday) added at the end of the return string on queries only |

*Example*    CLOCK
200003241125451 <last digit is the day of the week>
OK

## CMDFILE                                    Return .CMD File Contents

Returns the entire contents of a .CMD file. CMDFILE with no argument returns the contents of the DEFAULT.CMD file.

**Effectivity**    CFG ON

**Prototype**    CMDFILE {filename.cmd}

**Example**    CMDFILE
LSBA 38400
LSCL 8
LSBA NONE
IT 1
CMDPORT COM1
<etc...>
OK

The results in the above example are settings in the DEFAULT.CMD file.

# CMDPORT                                                   Set Command Port

Selects the port for the CR 1000*i* to receive commands and return responses.
CMDPORT with no argument returns the current value.



**NOTE**   CMDPORT requires an SR to take effect.

**Effectivity**   CFG ON

**Prototype**   CMDPORT {COM1 | COM2 | TELNET}



**NOTE**   Telnet is over the Ethernet port only.

**Example**   CMDPORT
CMDPORT COM1
OK



**NOTE**   For COM1, see the IT Set Interface Type command for behavior.

## CONFIGSYS                                     Set/Get/Delete CONFIG.SYS Entry

Set, return, or delete a CONFIG.SYS entry. `CONFIGSYS` with no variables returns all entries in the CONFIG.SYS file.

**Effectivity**    CFG ON

**Prototype**    Set the value of a CONFIG.SYS entry (the equal sign '=' separates the variable from its value):

`CONFIGSYS` *[variable=value]*

Return the value of a CONFIG.SYS entry:

`CONFIGSYS` *[variable]*

Delete a CONFIG.SYS entry (use an equal sign '=' with no value after it):

`CONFIGSYS` *[variable=]*

**Example**    `CONFIGSYS *WHITEPCT`
`55`
`OK`

# CRLF                                            Add in Line Feed

Adds a <LF> character after the <CR> in a serial or telnet output. The normal setting is <CR> only.

CRLF without an argument returns the current setting.

**NOTE**

This command only affects command port output.

*Effectivity*    CFG ON

*Prototype*    CRLF { ON | OFF }
where:

| | |
|---|---|
| ON | send <CR><LF> |
| OFF | send only <CR> |

*Example*    CRLF ON
OK

## DEFAULTS                                    Reset All Parameters to Defaults

Executes a command file, if specified, or resets user-programmable settings to the factory default settings contained in the DEFAULT.CMD file stored in flash memory.

At power-on or reset, the CR 1000*i* looks for the CURRENT.CMD file. If this file exists and has never executed, it automatically executes.

The `FACTORY` variable resets all settings to factory default. `DEFAULTS` with no argument specified returns the file name of the command file last executed.



**NOTE**   Factory settings and deployment settings may be different per customer request.

| | |
|---|---|
| *Effectivity* | CFG ON |
| *Prototype* | `DEFAULTS {filename.CMD\| FACTORY}` |
| *Example* | `DEFAULTS FACTORY`<br>`OK` |

# DEMO                                              Enable Demo Mode

Enable/disables CR 1000*i* demo mode for use with the Configurator application. Demo mode automatically inserts tag fields, then saves and transfers the document image to a Configurator window.

Using the Configurator application (see Appendix A), demo mode allows automatic check and receipt scanning and displays the scanned image on a PC. DEMO ON and DEMO ON FULL modes both work the same, there is no difference. Each mode determines the document is a receipt if no MICR characters are detected.

NOTE



CR 1000*i* TIF files can be opened in Windows-based TIF viewers. However, only single-page TIF files can be viewed and the files cannot be manipulated within these viewers.

Only the first page of multi-page TIF files will display in these viewers. See IMAGEMERGE Merge Image Files to Create a Multi-Page TIFF. For information on multi-page compatible TIF viewers, see the Adobe's *TIFF (Tagged Image File Format) 6.0 Specification* at:

http://partners.adobe.com/asn/developer/PDFS/TN/TIFF6.pdf

WARNING

Demo mode may cause the CR 1000i to operate incorrectly. Demo mode is for Sales and Development use *only*.

How the image transfers is determined by the IMAGEPORT command. The default IMAGEPORT setting follows:

```
IMAGEPORT COM1 ZONTALK
```

*Effectivity*    CFG ON

*Prototype*    DEMO   {ON | OFF | ON FULL}

*Example*    DEMO ON
OK

# DIR                                                    Return File Directory

Displays a file directory: Either flash or RAM can be displayed. The embedded application, as well as any images, are stored in flash memory.

**Effectivity**   CFG OFF

**Prototype**   `DIR {F:}`

`DIR <CR>` returns a list of files in RAM.

`DIR F:<CR>` returns a list of files in flash.

The format of a directory is as follows:

`<File name> space <date> space <size><CR>`

The format of the return `CONFIGSYS` value is as follows:

`<date>` = *yyyymmddhhmmss* where, from left to right:

- *yyyy* is the year    • *hh* is the hour
- *mm* is the month    • *mm* is minutes
- *dd* is the day      • *ss* is seconds

`<size>` returns memory size in bytes.

**Example**   `DIR`
`CONFIG.SYS 20010524152051 90`
`CURRENT.CFG 20010524152101 457`
`OK`

## DLRQ                                              Download Request

Places the CR 1000*i* in ZonTalk download mode. If the MODEM option is *not* specified, the download proceeds over the command port. In download mode, commands are not processed until the download is complete or cancelled. The command port must be configured to support a ZonTalk download (8-bit data). Send an <EOT> character to cancel the download.



**NOTE** If an operating system or complete application upgrade is required, it is recommended that an SR be performed immediately prior to DLRQ so a maximum amount of memory is available for the download operation.

See also, IT Set Interface Type, MODEM Set Modem Parameters, SR Software Reset, and Appendix F.

*Effectivity*  CFG OFF

*Prototype*  `DLRQ {*ZA=application id, *ZT=Terminal id [MODEM] [PASSTHRU]}`

MODEM    The CR 1000*i* dials out using the primary phone number to dial the ZonTalk server. While the download is in progress, no commands can be sent to the CR 1000*i*. If the modem is in verbose mode, the ZonTalk server status messages are sent over the command port to the controlling device. The status messages include errors, as well as the progress of the download, using a series of dashes and asterisks to indicate the percent of the download complete. The controlling device can simply echo these messages to the display. Status message have a maximum length of 16 characters, and are terminated by <CR> (0x0d). After the download completes or fails, a response (OK or error) is sent to the application.

PASSTHRU    The CR 1000*i* dials out using the primary phone number to dial the ZonTalk server. Once connected, an OK response is sent through the command port (if responses are enabled). After the OK is sent, all data from the modem passes through to the command port. The POS terminal connected to the command port can now perform a normal direct download. When the CR 1000*i* senses the loss of carrier, it hangs up and returns to processing commands.



**NOTE** If the download is performed through the command port, no response is sent to the controlling device on completion.

*Example*  `DLRQ *ZA=APP.OUT, *ZT=1`
`OK`
Download begins.

**NOTE** When configuring for ZonTalk, VeriTalk, or VeriCentre sessions, the CR 1000*i* uses the terminal ID "MONZA" (case sensitive). All downloads are performed in Partial mode. Downloads are in TXO format.

# EF                                                                 Enter MICR Format

Selects the active MICR output format. `EF` with no argument returns the current value. See also, QF Query MICR Format, VIEW View Resident MICR Format Numbers, and M1,M2 Set MICR Data Preamble/Post-Amble.

*Effectivity*   CFG ON

*Prototype*   `EF` *{fmt}*

where,

*[fmt]*   0, 15, 16, 21, 35, 36, 39, 50, 51, 52 represent the MICR formats, as described below.

*Example*   `VIEW`

`0 15 16 21 35 36 39 50 51 52`

`EF 16`

`OK`

The following MICR input samples illustrate the following MICR output formats:

⑆123456780⑆ 9876 54 32⑈1⑈ 1234
U.S. Personal

⑈505⑈ ⑆05179⑈003⑆ 534⑈777⑈8⑈
Canadian

⑈051560⑈123456780⑆ 03503070⑈70
U.S. Business

⑆123456789⑆ 9876 54 32⑈1⑈ 1234
Error

ERROR INDICATES AN INCORRECT ROUTING NUMBER
OR UNREADABLE CHARACTER.

In the following examples, the first line represents how the string displays.

### Format 0 – Raw Data (EF 0)

`<Raw Data><CR><LF>`

Format 0 outputs the check's MICR line *exactly* as it appears on the check. All spaces, dashes, and special symbols are included in the output. Transit symbols appear as "T," onus symbols appear as "O," amount symbols appear as "A," and dash symbols appear as "D." Preamble and post-amble can be used with this format.

*Example*   T123456780T 9876 54 32D1O 1234<CR><LF>
U.S. Personal

O505O T05179D0003T 534D777D8O<CR><LF>
Canadian

O051560O T123456780T 03503070O70<CR><LF>
U.S. Business

T1?3456789T 9876 54 32D1O 1234<CR><LF>
Error

### Format 15 (EF 15)

`<Account #><CR><LF>`

Format 15 outputs a check's account number only. All spaces, dashes, and special symbols are removed from the output.

*Example*   987654321<CR><LF>
U.S. Personal

5347778<CR><LF>
Canadian

0350370<CR><LF>
U.S.Business

? <CR><LF>
Error (Unit unable to read one or more characters, at least one ? shows)

### Format 16 (EF 16)

`<Transit>T<Account #>A<Check #><CR><LF>`

Format 16 outputs the check's transit number followed by "T," the account number followed by "A," and the check number. If the check does not have a check number, "A" appears at the end of the account number.

All spaces, dashes, and special characters are removed.

*Example*   123456780T987654321A1234<CR><LF>
U.S. Personal

05179003T5347778A505<CR><LF>
Canadian

123456780T03503070A051560<CR><LF>
U.S. Business

?<CR><LF>
Error

### Format 21 (EF 21)

`<Transit>14 digit Account # r/j, 0 filled><6 digit check # r/j, 0 filled><CR><LF>`

Format 21 outputs the check's transit/routing number followed by the account number, right justified (r/j), and padded with zeros to the left if the number is less than 14 digits. Spaces and dashes are *not* counted. If the account number exceeds 14 digits, only the 14 right-most digits are returned. The check number follows the account number, and is right justified (r/j) and padded with zeros if it is less than 6 digits. If the check number is greater than 6 digits, only the right-most 6 digits are returned.

All spaces, dashes, and special symbols are deleted.

*Example*    12345678000000987654321001234<CR><LF>
U.S. Personal

05179003000000005347778000505<CR><LF>
Canadian

12345678000000003503070051560<CR><LF>
U.S. Business

?<CR><LF>
Error

### Format 35 (EF 35)

`<Transit/Routing><Account #><CR><LF><CR><LF>`

Format 35 outputs the check's transit/routing number and the account number followed by two <CR><LF> pairs.

All spaces, dashes, and special symbols are removed.

*Example*    123456780987654321<CR><LF><CR><LF>
U.S. Personal

051790035347778<CR><LF><CR><LF>
Canadian

12345678003503070<CR><LF><CR><LF>
U.S. Business

?<CR><LF><CR><LF>
Error

### Format 36 (EF 36)

`<STX><Raw MICR><ETX><LRC>`

Format 36 outputs the raw MICR data preceded by <STX> and followed by <ETX>. A computed <LRC> character terminates the entire string.

*Example*    <STX>T123456780T 9876 54 32D1O 1234<ETX><enq>
U.S. Personal

<STX>O505O T05179D003T 534D777D8O<ETX><ff>
Canadian