<STX>O051560O T123456780T 03503070O70<ETX>V
U.S. Business

<STX>?<ETX>
Error (no LRC)

**Format 39 (EF 39)**

`<STX>T(9 if Canadian)<Transit>A<Account #>C<Check #> <ETX><LRC>`

Format 39 begins with <STX> and "T." If the check is from Canada, "9" follows the "T." The Transit field is next, followed by "A" and the account number. "C" precedes the check number. <ETX> and the computed <LRC> complete the string.

All spaces, dashes, and special symbols are removed.

*Example* <STX>T123456780A987654321C1234<ETX><lrc>
U.S. Personal

<STX>T905179003A5347778C505<ETX><lrc>
Canadian

<STX>T123456780A03503070C051560<ETX><lrc>
U.S. Business

<STX>?<ETX><lrc>
Error (includes lrc)

**Format 50 (EF 50)**

`<Raw Data><CR><LF>`

Format 50 outputs the check's MICR line *exactly* as it appears on the check. All spaces, dashes, and special symbols are included in the output. Transit symbols appear as "T," onus symbols appear as "O," amount symbols appear as "A," and dash symbols appear as "D." Preamble and post-amble can be used with this format.

*Example* T123456780T 9876 54 32D1O 1234<CR><LF>
U.S. Personal

O505O T05179D0003T 534D777D8O<CR><LF>
Canadian

O051560O T123456780T 03503070O70<CR><LF>
U.S. Business

?<CR><LF>
Error indicates unreadable characters only.

**Format 51 (EF 51)**

`<Raw Data><CR><LF>`

Format 51 outputs the check's MICR line *exactly* as it appears on the check. All spaces, dashes, and special symbols are included in the output. Transit symbols appear as "T," onus symbols appear as "O," amount symbols appear as "A," and dash symbols appear as "D." Preamble and post-amble can be used with this format.

***Example***

T123456780T 9876 54 32D1O 1234<CR><LF>
U.S. Personal

O505O T05179D0003T 534D777D8O<CR><LF>
Canadian

O051560O T123456780T 03503070O70<CR><LF>
U.S. Business

?<CR><LF>
Error indicates unreadable characters or incorrect routing number.

**Format 52 (EF 52) Keyboard Wedge Mode**

`<Account #>`

Format 52 performs the same as Format 15 (EF 15), but without the <CR><LF>. Format 52 outputs a check's account number only. All spaces, dashes, and special symbols are removed from the output.

***Example***

987654321
U.S. Personal

5347778
Canadian

0350370
U.S.Business

?
Error (Unit unable to read one or more characters, at least one ? shows)

## ETHERNET — Display Ethernet Address

Displays the fixed Ethernet address. `ETHERNET` with no arguments returns the Ethernet address displayed as six hex bytes.

NOTE

The Ethernet address is injected at manufacture and is unique per unit.

***Effectivity*** CFG OFF

***Prototype*** `ETHERNET`

***Example***

```
ETHERNET
00306E070D00
OK
```

## FEED — Request Check Data

Causes the CR 1000*i* to accept a check (once) and immediately send the MICR data. `FEED` is used only in request modes `RQ ON` and `RQ AUTO` (see RQ Set MICR Request Mode). Send `RQ OFF` to cancel a `FEED` command.

***Effectivity*** CFG OFF

***Prototype*** `FEED`

***Example***

```
RQ ON
FEED
```

Operator inserts check:

```
T2345235T 234D23O 342
```

unit disabled until the next `FEED` command.

## FTP — Configure FTP Protocol

Configure FTP session parameters and transfer files using the FTP protocol.

Support for FTP over Ethernet is provided.

If no argument is used with FTP, the current parameter values return

***Effectivity*** CFG ON

***Prototype*** `FTP {IPADDR | PATH | USERID | PASSWORD | GET | PUT }`

***Options***

| Option | Description |
|---|---|
| `IPADDR [xxx.xxx.xxx.xxx | Domain Name]` | Sets FTP host internet address to a static value or to a fully qualified Domain Name (requires DNS). If no argument is passed with `IPADDR`, the current value is cleared. |
| `PATH [string]` | Sets FTP path from the root directory of the FTP server. If no argument is passed with `PATH`, the current value is cleared. |
| `USERID [string]` | Sets FTP user ID. If no argument is passed with `USERID`, the current value is cleared. |
| `PASSWORD [string]` | Sets FTP password. If no argument is passed with `PASSWORD`, the current value is cleared. |
| `GET [local_filename {remote_filename}]` | Download a file from the FTP server to the CR 1000*i*. local_filename is the file name in the CR 1000*i* and `remote_filename` is the file name on the FTP server. If only local_filename is given, then it is the same as the `remote_filename`. If the local_filename is a compressed file with the ZTK extension, the file is decompressed and an SR is issued. |
| `PUT [local_filename {remote_filename}]` | Upload a file from the CR 1000*i* to the FTP server. local_filename is the file name in the CR 1000*i* and the `remote_filename` is the file name on the FTP server. If only local_filename is given, then it is the same as the `remote_filename`. For image file transfers, use the `IMAGESEND` command. |

COMMAND REFERENCE
*FTP Configure FTP Protocol*

IP addresses are entered in the form:

`xxx.xxx.xxx.xxx`

where, `xxx` is a decimal value (0-255). Leading zeroes may be omitted.

***Example***

```
FTP IPADDR 100.120.130.5
OK
```

56 CR 1000/ CHECK IMAGING PERIPHERAL PROGRAMMER'S MANUAL

## HELP — Help Display

Returns all valid commands and a short description. For inquiries on a specific command, follow `HELP` with the command name.

***Effectivity*** CFG OFF

***Prototype*** `HELP` *{command name}*

***Example***

```
HELP
...
HELP - HOSTDETECT (Displays Help for HOSTDETECT)
HOSTDETECT - Set Host Detect Time-out in seconds (0 = OFF)
HELP - ID (Displays Help for ID)
ID - Report Device ID
...
OK
```

## HOSTDETECT — Define Host Detection Time-out

Set a time-out value to detect a host. A host is detected when a command is received through the defined command port (see, CMDPORT Set Command Port) or for ECR connections, poll the CR 1000*i*. `HOSTDETECT` with no arguments returns the current host detect time-out value.

While in host detect mode, the CR 1000*i* does not accept checks or document scans. After the defined time-out expires, the CR 1000*i* flashes the red LED to signal a problem (no documents are accepted).

Ensure that the CR 1000*i* is connected to a host to continue normal operation.

See also CMDPORT Set Command Port and Appendix B.

***Effectivity*** CFG ON

***Prototype*** `HOSTDETECT [x]`

where,

x 0–32767 (in seconds). Note that 32767 is over 9 hours.

**NOTE**

x=0 disables host detect mode.

***Example***

```
HOSTDETECT
HOSTDETECT 0
OK
```

## ID Query Device ID

Queries device ID in the CR 1000*i*. `ID` returns the unit serial number in the form, *sss-sss-sss*.

***Effectivity*** CFG OFF

***Prototype***

```
ID
```

***Example***

```
ID
123-456-789
OK
```

## IMAGEDEL — Delete Image

Clears the image buffer or deletes a specific image file.

If a filename is specified, the file is deleted. If `SELECT` is specified, the selected image is deleted. If `ALL` is specified, all images in flash memory and RAM are deleted. If TEMP is specified, all TEMP images in RAM are deleted. `IMAGEDEL` with no argument clears the image buffer.

**NOTE**

The CR 1000*i* automatically recovers space occupied by deleted image files in flash. The flash recovery process begins when the deleted memory threshold is reached and the threshold of not enough memory to save image files is reached.

When both thresholds are reached, the *next* `IMAGEDEL`, `IMAGEMERGE` into flash, or `IMAGESAVE` command causes automatic recovery (coalesce). The coalesce process may take up to 10 seconds.

See also IMAGESTATUS Return Image Status of Image and SR Software Reset `[COALESCE]`.

***Effectivity*** CFG ON

***Prototype*** `IMAGEDEL {FILE [filename] | SELECT | ALL | TEMP}`

| | |
|---|---|
| `filename` | Deletes the specified image file. |
| `SELECT` | If specified, the selected image is deleted (see IMAGESEL Select an Image). |
| `ALL` | If specified, then all the images stored in flash memory and RAM are deleted. |
| `TEMP` | If specified, then *all* TEMP image files stored in RAM are deleted. |

***Example***

```
IMAGEDEL FILE image1
OK
```

## IMAGEFMT — Set Image Format

Sets the format of the image saved or sent to the host. `IMAGEFMT` with no arguments returns the current image format setting.

***Effectivity*** CFG ON

***Prototype*** `IMAGEFMT [WHOLE | CLIP x | CUSTOM x y x1 y1]`

where:

| | |
|---|---|
| `WHOLE` | Complete image TIFF file. |
| `CLIP x` | Create TIFF files, including only selected area(s). More than one area can be selected by adding the following values:<br>• 1 = MICR line<br>• 2 = Customer name and address<br>• 4 = Bank name and address<br>• 8 = Check number<br>• 16 = First half of document<br>• 32 = Second half of document |
| `CUSTOM x y x1 y1` | Create a TIFF file of the custom rectangular region defined by (*x,y*) and (*x1,y1*), also called a *scalable quadrant.* See Chapter 3 for a discussion on quadrant definition. |

***Example***

```
IMAGEFMT WHOLE
OK
IMAGEFMT CLIP 1
```

NOTE

Only one clip type may be formatted at a time. For example, `IMAGEFMT CLIP 3` will only select the MICR line. The customer name and address will *not* be selected.

## IMAGEMERGE — Merge Image Files to Create a Multi-Page TIFF

This command is used to combine two existing TIFF image files into a single multi-page TIFF image file.

If an output filename is not specified, then the CR 1000*i* generates a filename (see IMAGENAME Set Image Naming Method) and returns it after the image is stored to memory.

NOTE

The tags defined in each merged image file are preserved in the multi-page image file.

***Effectivity*** CFG ON

***Prototype*** `IMAGEMERGE {Input1 Input2} {Output} {TEMP}`

`Input1` `Input2` — `Input1` and `Input2` image files are combined to create the *Output* image file. Output is a multi-page TIFF file where `Input1` is the first page. `IMAGEMERGE` supports multi-page TIFF files with more than two pages by simply calling `IMAGEMERGE` multiple times with the Output file used as the Input1 file.

If `IMAGEMERGE` is specified without both the `Input`*n* and `Output` arguments, then the input arguments will be the last two images created by `IMAGESAVE`. The Output filename is automatically generated per the `IMAGENAME` setting. If `Input1` or `Input2` needs to be specified, then *both* input arguments must be specified explicitly.

NOTE

If an output file of the same name already exists, an error returns.

`TEMP` — Creates the Output file in temporary RAM instead of saving it to flash. This is useful when the Output file is an input argument in future `IMAGEMERGE` commands

NOTE

The CR 1000*i* automatically recovers space occupied by deleted image files in flash. The flash recovery process begins when the deleted memory threshold is reached and the threshold of not enough memory to save image files is reached.

When both thresholds are reached, the *next* `IMAGEDEL`, `IMAGEMERGE` into flash, or `IMAGESAVE` commands cause automatic recovery (coalesce). The coalesce process may take up to 10 seconds.

See also IMAGESTATUS Return Image Status of Image and SR Software Reset `[COALESCE]`.

***Example*** `IMAGEMERGE IMAGE1 IMAGE2 IMAGE3 TEMP`

```
OK
```

To create a multi-page TIFF with more than two images:

```
IMAGEMERGE IMAGE3 IMAGE4 IMAGE5
OK
```

In this example, the resulting output file, `IMAGE5`, contains `IMAGE1 + IMAGE2 + IMAGE4`

**NOTE**

`IMAGE3` is not needed and should be deleted with `IMAGEDEL TEMP`.

## IMAGENAME — Set Image Naming Method

Sets the method used by the CR 1000*i* for automatic image file naming.

`IMAGENAME` with no arguments returns the current setting.

***Effectivity*** CFG ON

***Prototype*** `IMAGENAME {SHORT | LONG}`

`SHORT` Automatic image names are generated by using the current day and time as follows:

*DDHHMMSS*

where,

DD = day (of the month)

HH = hour (24-hour clock)

MM = minutes

SS = seconds

**NOTE**

`SHORT` sets a filename that is unique for only one month, and is not unique for each unit.

`LONG` Automatic image names are generated using the unit serial number, as well as the current date and time as follows:

*CCIFSSSSSSSSSYYmmDDHHMMSS*

or

*ECIFSSSSSSSSSYYmmDDHHMMSS*

where,

CCIF indicates that a MICR read was *not* performed.

ECIF indicates that a MICR read was performed.

SSSSSSSSS = unit serial number

YY = year

mm = month

DD = day

HH = hour (24-hour clock)

MM = minutes

SS = seconds

**NOTE**

`LONG` filenames guarantee that unique file names are generated for 100 years. The filename can also be used to determine which unit created the file.

***Example***

```
IMAGENAME SHORT
OK
```

## IMAGEOPT — Set Image Options

Sets image related options. IMAGEOPT with no argument returns the current parameter values.

- CROP determines the percentage of white pixels required to stop cropping the image.
- FLAGS enables/disables image manipulation options.

  Several options can be enabled at the same time, as long as the rules below are followed.
- ORIGIN defines the origin when using the IMAGEFMT CUSTOM option.
- PERCENT configures the percentage if white space the imager must sense before accepting a document for MICR reading/imaging.
- QUALITY determines the resolution of the captured image.
- TYPE optimizes the CR 1000*i* for check or receipt imaging.

***Effectivity*** CFG ON

***Prototype*** IMAGEOPT {CROP [x]| FLAGS [x]| ORIGIN [TOP|BOTTOM] | PERCENT [x] | QUALITY [BEST|REDUCED] | TYPE [CHECK|RECEIPT]}

CROP [x] — Determines the percentage of white pixels required to stop cropping the captured image.

After the document passes over the imager, the imager continues to sample until the document completely passes through the mechanism. These samples produce a black stripe at the end of the image. The CR 1000*i* automatically removes this area.

The default value for CROP works for most scenarios, but cropping can be tuned or disabled (x = 0) as needed.

- Maximum value: 75%
- Default value: 20%

FLAGS [x] — Enables/disables image manipulation options. Several options can be enabled at the same time, as long as the following rules are followed:

| FLAGS x Value | Description |
|---|---|
| 1 | Remove black strip: Detects and removes large black strip that may be present on the left side of the returned region. Option only valid if the Requires Rotate 90 CW (8), Perform Rotate 90 CW (32), and Requires mirror about *y* (4) flags are set. |
| 2 | Despeckle: Removes black horizontal pixel runs of length one from the returned region. This step is performed physically prior to any requested mirroring or rotating. |

| | |
|---|---|
| 4 | Requires mirror about *y*: Indicates that the image requires mirroring around the *y* axis to properly display. |
| 8 | Requires rotate 90 CW: Indicates that the images requires 90° clockwise rotation to properly display. This step is performed logically after any required mirroring. |
| 16 | Perform mirror about *y*: Physically mirror image around the *y* axis.<br>Option only valid if Requires mirror about *y* (4) flag is set. |
| 32 | Perform rotate 90 CW: Physically rotate the image 90° clockwise. This step is performed logically after any requested mirroring.<br>Option only valid if the Requires rotate 90 CW (8) flag is set. |

NOTE

Image manipulation time increases with options 16–32. Image manipulation time can be reduced if the TIFF viewer supports these options.

NOTE

Add values together to enable multiple options. For example, 63 (default) is the sum of all values, indicating all options are enabled.

`ORIGIN [TOP | BOTTOM]` If `TOP` is selected, the origin for custom clipping is the top-right corner of the document as inserted into the CR 1000*i*. If `BOTTOM` is selected, the origin for custom clipping is the bottom-right corner of the document as inserted into the CR 1000*i*.

NOTE

The CR 1000*i* imager is 300 x 300 dpi. The imager width is 3.52 inches or 1056 dots. *x* and *y* values are defined in dots and are always positive values. The maximum length of a document that can be scanned is 8.5 inches.

`PERCENT [x]` Configures the percentage of white space that the imager must sense before a document is accepted for MICR reading/imaging. The percentage is calculated by the image resolution (300 dpi) over the width of the document opening in the unit.

- Maximum value: 75%
- Default value: 55%

`QUALITY [BEST | REDUCED]` Determines the resolution of the image captured:

- `BEST` is 300 dpi
- `REDUCED` is 150 dpi

Reduced quality images are approximately ½ the size of best quality images. Lower resolution images are not as sharp, but have smaller file sizes.

| | |
|---|---|
| `TYPE [CHECK | RECEIPT]` | If `CHECK` is selected, the imager scans using an infrared light source that ignores color information and most pen inks. This reduces the image files size while still saving most pre-printed information. If `RECEIPT` is selected, the imager switches to a visible light source that saves most handwritten ink information, such as signatures. |

**NOTE**

Image file sizes are larger if `RECEIPT` mode is selected.

***Example***

```
IMAGEOPT FLAGS 63
OK
IMAGEOPT ORIGIN TOP
OK
IMAGEOPT TYPE CHECK
OK
```

## IMAGEPORT — Set Image Output Port

Sets the output port and protocol for images. If the IMAGEPORT is the same as the command port, there are limitations depending on the command port interface. For example, it is not possible to perform FTP image transfers over the same port as the CMDPORT. The ZonTalk protocol requires an 8-bit (no parity) connection and is therefore not compatible with all ECR interfaces.

`IMAGEPORT` with no argument returns the current value. A system reset is required to change the active image port.

***Effectivity*** CFG ON

***Prototype*** `IMAGEPORT {COM1 {x} | COM2 {x} | ETHERNET {x} | MODEM {x}}`

where:

`COM1` *x* selects the output protocol using the following values:

`NONE` = No protocol.

`ZONTALK` = ZonTalk protocol (default). Not supported over command port if IT is not 1.

`FTP` = FTP over a PPP connection. Not supported over command port if IT is not 1.

`COM2` *x* selects the output protocol using the following values:

`NONE` = No protocol.

`ZONTALK` = ZonTalk protocol (default). Not supported over command port if IT is not 1.

`FTP` = FTP over a PPP connection. Not supported over command port if IT is not 1.

`USB` Possible future enhancement.

`ETHERNET` *x* selects the output protocol using the following values:

`FTP` = FTP

`MODEM` *x* selects the output protocol using the following values:

`NONE` = No protocol.

`ZONTALK` = ZonTalk protocol.

`FTP` = FTP over a PPP connection.

---

NOTE

VeriFone's business partners can define a *custom* protocol.

---

***Example***

```
IMAGEPORT COM1 ZONTALK
OK
```

## IMAGESAVE — Write Current Image to a File

Writes the image in the buffer to a file. The CR 1000*i* returns the filename (if not specified) after the image is stored in memory.

NOTE

The CR 1000*i* generated `filename` is only unique for one month unless `IMAGENAME LONG` is selected.

All files are saved with the .TIF extension. The maximum filename length is 26 characters, not including the extension. Filenames over 26 characters have the *extension* truncated, rendering TIF files unopenable.

NOTE

The CR 1000*i* automatically recovers space occupied by deleted image files in flash. The flash recovery process begins when the deleted memory threshold is reached and the threshold of not enough memory to save image files is reached.

When both thresholds are reached, the *next* `IMAGEDEL`, `IMAGEMERGE` into flash, or `IMAGESAVE` commands cause automatic recovery (coalesce). The coalesce process may take up to 10 seconds.

See also IMAGESTATUS Return Image Status of Image and SR Software Reset `[COALESCE]`.

***Effectivity*** CFG OFF

***Prototype*** `IMAGESAVE {FILE filename} {REPLACE} {TEMP}`

| | |
|---|---|
| `FILE filename` | If specified, then the file is saved with the specified filename; if *not* specified, then the CR 1000*i* generates the file name. The filename is generated as set in `IMAGENAME`. |
| `REPLACE` | If specified, then if an image with filename exists, it is replaced by this image; if *not* specified and the filename exists an `ERROR 103` returns. |
| `TEMP` | If specified, then the created image file is stored in temporary RAM. This is useful when the image is merged with another image using `IMAGEMERGE`. |

***Example***

```
IMAGESAVE
12093500
OK
```

## IMAGESEL — Select an Image

Selects the image. `IMAGESEL` allows flexible selection of any image. To reference the image, use the actual file name or use `FIRST` and `NEXT` sequentially.

Once an image is selected, the `IMAGESTATUS`, `IMAGEDEL`, and `IMAGESEND` commands can manipulate the image file using the `SELECT` argument. See these commands for further information.

***Effectivity*** CFG OFF

***Prototype***

```
IMAGESEL  [ FILE filename | FIRST  | NEXT]
```

***Example***

```
IMAGESEL FIRST
OK
```

Case 1:04-cv-00858-SLR Document 478-10 Filed 11/22/2005 Page 21 of 50

## IMAGESEND — Send Current Image

Starts the image transfer to the host.

**NOTE**

`IMAGEPORT` *must* be set before sending this command.

See also, IMAGEPORT Set Image Output Port, IMAGESAVE Write Current Image to a File, and IMAGESEL Select an Image.

If no argument is specified, the last-saved check image transfers. If `ALL` is specified, all images transfer one after another. If `DELETE` is specified, the image is deleted after it successfully transfers. Otherwise the image remains in memory.

***Effectivity*** CFG OFF

***Prototype*** `IMAGESEND { FILE filename | SELECT | ALL} {DELETE}`

| | |
|---|---|
| `FILE filename` | The specified image file transfers. |
| `SELECT` | The last-selected image transfers. |
| `ALL` | All images transfer one after the other. A status message is sent to the command port after each image file transfers. The status message is "IMAGESENT x" <CR> where, x is the image index starting with 1 and incrementing. The controlling device can abort an image transfer by sending an "ABORT" <CR> message to the command port. |
| `DELETE` | The image file with `filename` is deleted after a successful transfer. |

**NOTE** The CR 1000*i* automatically recovers flash memory space occupied by deleted image files. When this recovery process occurs, the CR 1000*i* may take up to 25 seconds to send the response to the `IMAGESEND` command.

***Example*** `IMAGESEND FILE IMG1.TIF`

Image transfers.

`OK`

## IMAGESIZE — Set Minimum Image Size

When enabled, `ERROR 109` (image small) is returned from `IMAGESAVE` if the image is not over a certain size (in bytes) threshold. The size of any inserted tag fields are not included in the image size calculation.

Use this command to discover scanned documents that are blank or improperly completed.

***Effectivity*** CFG ON

***Prototype*** `IMAGESIZE {ON | OFF | MIN [xxxxxx]}`

- `IMAGESIZE MIN` sets the threshold.
- `IMAGESIZE ON` enables image size checking.
- `IMAGESIZE OFF` disables image size checking.

***Example***

```
IMAGESIZE MIN 1000
OK
IMAGESIZE ON
OK
```

## IMAGESTATUS — Return Image Status of Image

Determines the status of image memory.

***Effectivity*** CFG OFF

***Prototype*** `IMAGESTATUS {FILE [filename] | SELECT}`

If `filename` or `SELECT` is specified, information about that image file returns as follows:

```
Image filename
Date yyyymmddhhmmss
Size xxxxx
```

where,

`Date` = *yyyymmddhhmmss*, from left to right:

- *yyyy* is the year
- *mm* is the month
- *dd* is the day
- *hh* is the hour
- *mm* is minutes
- *ss* is seconds

`Size xxxxx` is returned in bytes.

If no argument is specified, information about all images contained in flash memory returns as follows:

```
Count xxx
Free yyyyyyy
Deleted ggggg
Available z
Length zzzz
Average size ssss
```

where,

| | |
|---|---|
| `Count` | *xxx* is the total number of image files s currently stored. |
| `Free` | *yyyyyyy* is the number of bytes available for image storage. |
| `Deleted` | *ggggg* is the amount of space in bytes occupied by deleted images. |

**NOTE**

This space is not available until the flash performs a coalesce cycle.

| | |
|---|---|
| `Available` | This = 1 if an image is in the image buffer. |
| `Length` | The size of the image–in pixels–at 300 pixels per inch. This is returned if `Available` = 1. |
| `Average size` | *ssss* is a decimal value indicating the average size–in bytes–of all saved image files. |

COMMAND REFERENCE
*IMAGESTATUS Return Image Status of Image*

**Example**

```
IMAGESTATUS
Count 2
Free 1200000
Deleted 31207
Available 0
Length 0
Average size 5939
OK
```

74 CR 1000/ CHECK IMAGING PERIPHERAL PROGRAMMER'S MANUAL

## IMAGETAG — Set or Return Image Tag

Sets or returns a tag field (additional data such as date and time of the transaction, customer and address, amount of check, and so on) stored as part of the image. The CR 1000*i* supports up to 10 generic embedded tag fields. A tag field can store up to 1024 bytes of NULL-terminated ASCII data.

**CAUTION**

`IMAGETAG` must be called before `IMAGESAVE`. After the image is saved it is *not* possible to add or modify a tag in the saved file.

**NOTE** This document does not present a complete discussion of TIFF. Please refer to Adobe's *TIFF (Tagged Image File Format) 6.0 Specification* at: http://partners.adobe.com/asn/developer/PDFS/TN/TIFF6.pdf

If no arguments are specified, then all defined tags are returned. If only `[x]` is specified, then the CR 1000*i* returns the current value for that tag, however, if no `IMAGETAG` is defined for `[x]`, then error 107 returns.

***Effectivity*** CFG OFF

***Prototype***

```
IMAGETAG {[x] {CLEAR} {ONCE | KEEP [value]} {MICR | S/N | OS/APP |
          FILENAME | CUSTOM} {ALL CLEAR}}
```

where,

| | |
|---|---|
| `[x]` | Tag field value (0 to 65535). If only the field value `[x]` is specified, the current value for that tag returns. |

**NOTE** Most tag field values from 0 to 32768 are reserved and cannot be used for custom tags. Using a reserved value generates an error 108 when the IMAGESAVE command is issued. Valid custom tag field values are between 32768 and 65523. The following tag field values may also be used for custom tags: 269, 270, 272, 285, 305, 315, 316, 337.

| | |
|---|---|
| `ONCE` | Tag cleared after written to the next saved image. |
| `CLEAR` | Clear tag entry. |
| `ALL CLEAR` | Clear all `IMAGETAG` entries. |
| `KEEP` | Value written to the specified image tag for all images until `CLEAR` tag is included. |
| `value` | String value to write to field; either `ONCE` or `KEEP` *must* be used prior to `value`. |
| `MICR` | Formatted MICR string written to the specified tag until `CLEAR` tag is included. |

**NOTE** If `CAPTURE [IMAGE]` is being used, the `MICR` tag is ignored.

`S/N` Sets the specified tag to the CR 1000*i* serial number until `CLEAR` tag is included.

`OS/APP` Sets the specified tag to the operating system and embedded application versions. The format is: VLxxxxxx aaaa.bb mm/dd/yy

where,

*xxxxxx* is the firmware version, and aaaa.bb is the embedded application version. *mm/dd/yy* is the version date (month, day, year).

The `OS/APP` tag is inserted into all images until `CLEAR` tag is included.

`FILENAME` Sets the specified tag to the image filename. This is most useful when the CR 1000*i* created the image filename.

`filename` is inserted in to all images until `CLEAR` tag is included.

`CUSTOM` Sets the specified tag to the following:

```
HP/VERIFONE CR 1000I<FS>sssssssss<FS>VLxxxxxx aaaa.bb mm/dd/
yy
```

where,

`<FS>` = Field separator, value is 28 decimal

`sssssssss` = Unit serial number

`VLxxxxxx` = firmware ID

`aaaa.bb` = application version

mm/dd/yy = version date (month, day, year)

`CUSTOM` is defined for BankServ check processor compatibility.

`CUSTOM` is inserted in to all images until `CLEAR` tag is included.

NOTE

In addition to tag values over 32768, the following tag fields are available:

| Tag Name | x = | Tag Name | x = |
|---|---|---|---|
| DocumentName | 269 | Software | 305 |
| ImageDescription | 270 | Artist | 315 |
| Make | 271 | HostComputer | 316 |
| Model | 272 | TargetPrinter | 337 |
| PageName | 285 | Copyright | 33432 |

NOTE

The `DateTime` tag (306) is automatically filled in at `IMAGESAVE`. It is not considered a part of the 10-tag field limit.

***Example***

```
IMAGETAG 33000 ONCE CUSTOMER #12345
OK
IMAGETAG 33000
CUSTOMER # 12345
OK
```

## IT Set Interface Type

Sets the active interface type. The active interface defines the behavior of COM1 port (most often, the command port). See also, CMDPORT Set Command Port, DLRQ Download Request, LSBA Set COM1 Baud Rate, LSCL Set COM1 Character Length, LSPA Set COM1 Parity, SR Software Reset, and VIF Show Valid Interface Types.

**NOTE**

`IT` requires an SR to take effect.

The `IT` command can specify all parameters required by an RS-232 configuration in a single command: `num = 1`. The individual commands to set baud rate (`LSBA`), parity (`LSPA`), and character length (`LSCL`) can also be used. Table 8 specifies the interface number (`num`) and type of interface associated with that value. `IT` with no argument returns the current value.

**Table 8 Supported Interfaces**

| Interface Number | Interface Type |
|---|---|
| 1 | RS-232 |
| 5 | 4683 non-ANPOS keyboard wedge |
| 6 | IBM 4683/4684 direct connect |
| 12 | 4683 ANPOS keyboard wedge |
| 31 | IBM 4683/4684 Visa II |
| 255 | IBM 4683/4 Feature C |

***Effectivity*** CFG ON

***Prototype***

```
IT {num}
```

where,

`num` One of the supported interfaces. Use `VIF` to list supported interfaces.

```
IT {1 baud parity charlen}
```

***Example***

```
IT 1 38400 NONE 8
OK
```

## LSBA Set COM1 Baud Rate

Sets the baud rate for COM1. This parameter is ignored if the interface type (`IT`) is set to keyboard wedge. `LSBA` with no argument returns the current value.

**NOTE**

`LSBA` requires an `SR` to take effect.

Set LSBA to 19200 (default service mode) for proper communications with the Configurator application (see Enter Service Mode to Configure the CR 1000i for the Configurator Application; see Table 7 for all service mode settings).

See also, the LSCL Set COM1 Character Length, LSPA Set COM1 Parity, SR Software Reset, and SS Show COM1 Settings commands.

***Effectivity*** CFG ON

***Prototype*** `LSBA {rate}`

where,

`rate` 300, 1200, 2400, 4800, 9600, 19200 (default service mode), 38400, and 115200 (fast service mode)

***Example***

```
LSBA 38400
OK
```

## LSBA2 Set COM2 Baud Rate

Sets the baud rate for COM2. This parameter is ignored if the interface type (`IT`) is set to keyboard wedge. See also, the LSBA2 Set COM2 Baud Rate, LSCL2 Set COM2 Character Length, SR Software Reset, and SS2 Show COM2 Settings commands. `LSBA2` with no argument returns the current value.

**NOTE**

`LSBA2` requires an SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `LSBA2 {rate}`

where,

`rate` 300, 1200, 2400, 4800, 9600, 19200, 38400, 115200

***Example***

```
LSBA2 19200
OK
```

## LSCL — Set COM1 Character Length

Sets the character length (in bits) for COM1. This parameter is ignored if the interface type (`IT`) is set to keyboard wedge. See also, the LSPA Set COM1 Parity, IT Set Interface Type, SR Software Reset, and SS Show COM1 Settings commands. `LSCL` with no argument returns the current value.

**NOTE**

`LSCL` requires an SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `LSCL {7 | 8}`

***Example***

```
LSCL 8
OK
```

## LSCL2 Set COM2 Character Length

Sets the character length (in bits) for COM2. This parameter is ignored if the interface type (`IT`) is set to keyboard wedge. See also, the LSPA2 Set COM2 Parity, IT Set Interface Type, SR Software Reset, and SS2 Show COM2 Settings commands. `LSCL2` with no argument returns the current value.

**NOTE**

`LSCL2` requires an SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `LSCL2 {7 | 8}`

***Example***

```
LSCL2 8
OK
```

## LSFT Set MICR Font Type

Sets the MICR font. See also, SS Show COM1 Settings. `LSFT` with no argument returns the current value.

***Effectivity*** CFG ON

***Prototype*** `LSFT {font type}`

where,

`[font type]` Is set to `E13B`.

**NOTE**

CMC7 and BOTH are possible future enhancements.

***Example***

```
LSFT E13B
OK
```

## LSHA Set COM1 Handshake

Sets handshaking method for COM1. See also, SR Software Reset and SS Show COM1 Settings. `LHSA` with no argument returns the current value.

**NOTE**

`LSHA` requires an SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `LSHA { NONE | RTS/CTS }`

where,

| | |
|---|---|
| `NONE` | Send data to host whenever ready |
| `RTS/CTS` | The CR 1000*i* raises RTS and waits for CTS to raise before sending data |

***Example***

```
LSHA NONE
OK
```

## LSHA2 — Set COM2 Handshake

Sets handshaking method for COM2. See also, SR Software Reset and SS Show COM1 Settings. `LSHA2` with no argument returns the current value.

**NOTE**

`LSHA2` requires an SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `LSHA2 { NONE | RTS/CTS }`

where,

| | |
|---|---|
| `NONE` | Send data to host whenever ready |
| `RTS/CTS` | The CR 1000*i* raises RTS and waits for CTS to raise before sending data |

***Example***

```
LSHA2 NONE
OK
```

## LSNO — Set Node Address

Set the node address for IBM 4683 ECRs. Use the `SS` command to see the current `LSNO` value. This parameter is only used when the active interface is IBM ECR tailgate/Feature 'C'. See also, SS Show COM1 Settings and IT Set Interface Type. `LSNO` with no argument returns the current value.

**Table 9 Supported Values**

| Number | Description |
|---|---|
| 0 | Clear node address |
| 100 | Left slot 1, address 64 (hex) |
| 101 | Right slot 3, address 65 (hex) |
| 104 | Left slot 2, address 68 (hex) |
| 105 | Right slot 4, address 69 (hex) |

***Effectivity*** CFG ON

***Prototype*** `LSNO {number}`

where,

`{number}` A number from 0 to 255; only numbers listed in Table 9 (other than 0) are valid settings.

***Example***

```
LSNO 100
OK
```

## LSPA Set COM1 Parity

Sets the parity for COM1. This parameter only effects RS-232 mode. See also, the LSCL Set COM1 Character Length, LSBA Set COM1 Baud Rate, IT Set Interface Type, SR Software Reset, and SS Show COM1 Settings commands. `LSPA` with no argument returns the current value.

**NOTE**

`LSPA` requires an SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `LSPA {EVEN | ODD | NONE}`

***Example***

```
LSPA NONE
OK
```

## LSPA2 — Set COM2 Parity

Sets the parity for COM2. This parameter only effects RS-232 mode. See also, the IT Set Interface Type, LSBA2 Set COM2 Baud Rate, LSCL2 Set COM2 Character Length, SR Software Reset, and SS2 Show COM2 Settings commands. LSPA2 with no argument returns the current value.

**NOTE**

`LSPA2` requires an SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `LSPA2 {EVEN | ODD | NONE}`

***Example***

```
LSPA2 NONE
OK
```

## M1,M2 Set MICR Data Preamble/Post-Amble

Allows a preamble and post-amble to be defined for MICR data, allowing MICR data to be framed. The preamble is sent before the formatted MICR data. The post-amble is sent after the MICR data.

The preamble and post-amble can be up to 16 characters long. ASCII characters and decimal equivalents can be used. Use `[x]` to enter the decimal equivalent to an ASCII character (special character values ≤ 32 or > 126). If no argument is given, then preamble/post-amble are cleared.

**NOTE** Use of preamble and post-amble are dependent on the MICR format; only Format 0 – Raw Data (EF 0), Format 50 (EF 50), and Format 51 (EF 51) output the preamble and post-amble.

See also EF Enter MICR Format and SX Show MICR Data Preamble and Post-Amble.

***Effectivity*** CFG ON

***Prototype***

```
M1 preamble
M2 post-amble
```

***Example***

```
# Set preamble to STXpre
M1 [02]pre
OK
# Set postamble to ETXpost
M2 [03]post
OK
```

## MICRPASS — Set MICR Read Passes

The CR 1000*i* is capable of performing enhanced-MICR reads by optionally reading the check in the forward and reverse directions. `MICRPASS 1` reads in the forward direction. `MICRPASS 2` causes the CR 1000*i* to read the check in the forward direction, then in the reverse direction. The two reads are analyzed, with the resulting MICR data reflects those results. `MICRPASS` with no argument returns the current value (1 or 2).

Data resolution is improved by MICRPASS2; travel time through the mechanism doubles.

***Effectivity*** CFG ON

***Prototype*** `MICRPASS {1 | 2}`

***Example***

```
MICRPASS 1
OK
```

## MICRPORT Set MICR Data Output Port

Sets the data output port for MICR data. `MICRPORT` with no argument returns the current value.

NOTE

`MICRPORT` requires SR to take effect.

***Effectivity*** CFG ON

***Prototype*** `MICRPORT {COM1 | COM2 | TELNET}`

***Example***

```
MICRPORT COM1
OK
```

## MODEM — Set Modem Parameters

Configures modem parameters and sends and receives data. `MODEM` without any parameters specified returns the current parameter settings.

***Effectivity*** CFG ON

***Prototype***

```
MODEM { PRIMARY {<Primary number>} | SECONDARY {<Secondary Number>} |
RESET | INIT {Init string} | ANSWER { OFF | ON } | READ <count> |
WRITE <count> <Data> | VERBOSE {OFF | ON} }
```

`PRIMARY {<number>}`
Sets the image host server's primary telephone number, including connecting to an outside line and area codes.

`PRIMARY` without the second parameter clears the number.

`SECONDARY {<number>}`
Sets the image host server's secondary number, including connecting to an outside line and area codes. The secondary number is used when the primary number is unsuccessful.

`SECONDARY` without the second parameter clears the number.

`RESET`
Resets the modem port for `READ` and `WRITE`.

`INIT {Init String}`
Sets the modem initialization string, without the leading "AT".

`INIT` without the second parameter clears the string.

`ANSWER { OFF | ON }`
Sets the modem answer mode.

`READ <count>`
Reads `<count>` number of bytes from the modem where, `<count>` is normally the size of the receive buffer.

The response is:

```
<actual count> <binary data>
OK
```

where, `<binary data>` includes the DLE control characters.

`WRITE <count> <binary data>`
Writes `<count>` number of `<binary data>` to the modem where, `<binary data>` includes the DLE control characters.

| | |
|---|---|
| VERBOSE { OFF \| ON } | If set to VERBOSE ON, the modem dialing status returns. The modem status returned in VERBOSE ON include:<br>MODEM LINE DETECTED<br>MODEM DIALING {number}<br>MODEM CONNECT {baud rate} |
| CONNECT | Dials the modem, using the phone numbers stored in PRIMARY and SECONDARY. |
| HANGUP | Hangs up the modem. |

***Example***

```
MODEM PRIMARY 9,18005551212
OK

MODEM
PRIMARY 9,18005551212
SECONDARY
INIT
ANSWER OFF
VERBOSE OFF
OK
```

## PING — Ping FTP Server

Attempts to send a *ping* message to the IP address of the FTP server, and returns PASSED or FAILED. This is helpful for testing the Ethernet connection. PASSED indicates that communication over the Ethernet port with the FTP server is established.

***Effectivity*** CFG OFF

***Prototype***

`PING`

Ping the FTP server defined in `FTP IPADDR`.

`PING {xxx.xxx.xxx.xxx}`

Ping a specific IP address (leading zeroes may be omitted).

`PING {Domain Name}`

Ping a specific domain name (requires DNS).

***Example***

```
PING 15.14.116.94
PING of 15.14.116.94 PASSED
```

## PROPERTY — Display CR 1000*i* Properties

Displays the following properties:

- RAM xxxx KB
- Flash xxxx KB
- IMAGE MMM.mmmm.rrr bbb

Depending on the interfaces populated, the following displays:

- Ethernet mmmmmmmmmmmm
- Modem vvvvv-vvv
- USB
- Tailgate

`IMAGE` returns the information supplied by the image compression module, where:

| | |
|---|---|
| `MMM` | Major revision number. |
| `mmm` | Minor revision number. |
| `rrr` | Revision number. |
| `bbb` | Build number. |
| `mmmmmmmmmmmm` | Ethernet MAC address. |
| `vvvvv-vvv` | Modem firmware version. |

***Effectivity*** CFG OFF

***Prototype***

```
PROPERTY
```

***Example***

```
PROPERTY
RAM 1024KB
FLASH 2048KB
IMAGE 1.0 1 2
```

## PRPT — Print Pass-Through Setting

Enables or disables print pass-through mode. When print pass-through mode is enabled, all data received from the host port transfers to the passthrough port.

| If the Command Port is: | The Pass-through Port is: |
|---|---|
| COM1 | COM2 |
| COM2 | COM1 |
| Telnet | COM2 |

NOTE

In pass-through mode, any command intended for the CR 1000*i* *must* have <DLE><DLE> in front of the command.

`PRPT OFF` causes the CR 1000*i* to parse all data from the host with no data passing through (therefore, <DLE><DLE> is not required).

NOTE

The ASCII equivalent of <DLE><DLE> is \x10\x10.

`PRPT` with no argument returns the current mode.

***Effectivity*** CFG ON

***Prototype*** `PRPT {ON | OFF}`

***Example***

```
PRPT
PRPT OFF
OK
```

## QF Query MICR Format

Returns the current active MICR format. See also, the EF Enter MICR Format and VIEW View Resident MICR Format Numbers.

***Effectivity*** CFG OFF

***Prototype***

```
QF
```

***Example***

```
QF
Active Format = 0
OK
```

## QM — Query Model

Requests the CR 1000*i* model name, number, firmware, and application, and Parser executable versions (parser vendor customizable).

***Effectivity*** CFG OFF

***Prototype***

```
QM
```

***Output Format***

```
QM
CR 1000i
OS: VLxxyyzz MM/DD/YY SS
APP: mmmm.mm MM/DD/YY
PARSER: xxxxxxxxxx YY.ZZ
```

where:

| | |
|---|---|
| `VLxxyyzz` | Indicates the firmware version. |
| `MM/DD/YY` | Indicates the firmware build date. |
| `SS` | Indicates the sub-version. |
| `mmmm.mm` | Indicates the embedded application *major.minor* revision. |
| `MM/DD/YY` | Indicates the embedded application build date. |
| `xxxxxxxxxx` | Up to 10 spaces available for parser vendor ID (for example, vendor name). |
| `YY.ZZ` | Parser executable version number and revision number. |

***Example***

```
QM
CR 1000i
OS: VL0000US 01/18/01 01
APP: 0000.30 1/22/01
PARSER: VERIFONE   00.01
OK
```

## QS — Query Status

Returns the current unit status.

***Effectivity*** CFG OFF

***Prototype*** `QS`

***Return*** The information returned is in the following order:

S1, S2, S3, SRAM, flash, approximate image captures remaining, internal command port configuration, internal MICR port configuration, internal image port configuration. Where,

`S1` Sensor 1 status:

- 0 = not triggered
- 1 = triggered

`S2` Sensor 2 status:

- 0 = not triggered
- 1 = triggered

`S3` Sensor 3 status:

- 0 = not triggered
- 1 = triggered

`SRAM` SRAM file system status:

- 0 = OK
- 1 = error

**NOTE**

If SRAM=1 then the RAM file system was corrupted and reconstructed. All the current settings were lost. The unit automatically executed the DEFAULT.CMD file.

`FLASH` Flash file system status: Internal imager port configuration.

- 0 = OK
- 1 = error

To clear the error indicator, the following command must be issued: `CONFIGSYS *ERRORFLASH=<CR>`

**NOTE**

If FLASH=1 then a file in the flash has an incorrect checksum. Check the `*ERRORFLASH` CONFIGSYS value for the name of the corrupted file.

`IMAGESPACE` Approximate image captures remaining: Approximate number of images that can be saved before the flash is full. Number returned is the best guess at number of personal size check captures that can be stored.

`COMMAND` Command port status:

- 0 = Command port not operating.
- Any other value: The Command port is operating.

`MICR` MICR port status:

- 0 = MICR port not operating.
- Any other value: The MICR port is operating

`IMAGE` Image port status:

- 0 = Image port not operating.
- Any other value: The Image port is operating.

***Example***

```
QS
0 0 0 0 0 221 5 5 5
OK
```

## RAW — Return Raw MICR Data

Returns the MICR data from the most recently read check *without* any formatting or translations (includes preamble and post-amble). See also, the RD Return MICR Data and CLD Clear MICR Data Buffer. If MICRPASS = 2 (see MICRPASS Set MICR Read Passes), because of the double MICR read, the return string repeats contiguously (that is, without <CR> or <LF>; see "Example" below).

`CLD` clears the MICR buffer and causes `RAW` to return an empty string.

**NOTE** If the CR 1000*i* is configured for two-pass MICR reading mode, two raw MICR lines are returned.

***Effectivity*** CFG OFF

***Prototype*** `RAW`

***Return*** OK returns to the command port, then the MICR string returns out the MICR port.

***Example***

```
RAW
OK
T12312312t 23456230   3423
```

**If `MICRPASS` = 2**

```
RAW
T12312312t 23456230   3423
T12312312t 23456230   3423
```