THE CONFIGURATOR™ APPLICATION
*Command File Generator Window*

**Modem Settings Tab**  Use the fields in this tab (Figure 18) to set modem parameters for the CR 1000*i* modem model.



Figure 18    Command File Generator: Modem Settings Tab

Table 17 lists the commands set in the Modem Settings tab.

Table 17    Commands Set in the Modem Settings Tab

| Field or Checkbox | Command Generated |
|---|---|
| Primary number | MODEM PRIMARY |
| Secondary number | MODEM SECONDARY |
| Extra modem settings | MODEM INIT |
| Enable call progress | MODEM VERBOSE |
| Enable modem to answer | MODEM ANSWER |

Optional Tab  Use the text field in this tab (Figure 19) to define optional commands, which are inserted at the beginning of the CMD file. Commands to set environment variables and clear parameters are normally issued at the beginning of the CMD file.



Figure 19   Command File Generator: Optional Tab

Use the DEFAULT.CDB file to set the environment variables and clear the parameters listed in the code example on page 138. When you click the Set Defaults button, the DEFAULT.CDB file in the TEMPLATE directory is accessed. The DEFAULT.CDB file stores the factory default settings.



CAUTION

To maintain these defaults, it is important that this file is *not* overwritten.

The following code example are the entries listed in the Optional commands window when the Set Defaults button is clicked (DEFAULT.CDB file contents). Entries preceded by the pound sign (#) are comments.



CAUTION

Do not alter the settings of the following three environment variables. Alternate settings can adversely effect CR 1000*i* behavior.

THE CONFIGURATOR™ APPLICATION
*Command File Generator Window*

---



**NOTE** Click on the word *Example* below to open a compilable text file containing the code example.

---

*Example*
```
#Set Environment Variables
CONFIGSYS *RMP=0
CONFIGSYS *RAFP=350
#On CR 1000i with 1MB RAM, use *RAFP=350
#On CR 1000i with 2MB RAM, use *RAFP=450
CONFIGSYS *PIPE=3
#Clear Parameters
V1
T1
M1
M2
USERDATA
FTP IPADDR
FTP USERID
FTP PASSWORD
FTP PATH
TCPIP MASK
TCPIP FLAGS
TCPIP GATEWAYIPADDR
TCPIP DNSIPADDR
TCPIP DNS2IPADDR
TCPIP PPP_USERID
TCPIP PPP_USERPASSWORD
MODEM PRIMARY
MODEM SECONDARY
MODEM INIT
# Generated Commands
```

**Command Terminal**

This window (Figure 20) allows you to send commands to the CR 1000*i* and immediately view responses. When commands are issued at the command line, CR 1000*i* responses display below the issued command. CR 1000*i* responses are blue italic typeface. When you type HELP at the command line (commands are *not* case sensitive), all available commands display. Use the Command Terminal window to test the controller's command interactions.

The Command Terminal window can be used to execute a CMD file or single-step through a command file. This is useful for seeing responses from the CR 1000*i* and to see if the command file executed successfully. The following buttons are available in the Command Terminal window when a CMD file is selected:


- Folder button: Allows you to select the command file to execute.


- Run button: Allows you to completely execute the command file. Command file displays in the window.


- Single-step button: Allows you to step through the command file. First line in the command file displays; press enter to display the next line.


- The stop button is available during execution or step-through of the CMD file.



Figure 20    Command Terminal Window: Help Command

**Explorer Window**

Use the CR 1000*i* Explorer window (Figure 21) as a file management system for the CR 1000*i*. In the Explorer window you can:

- View files resident in the CR 1000*i* flash, RAM, and ROM file systems
- View files on the development PC and mapped network directories and disks
- View file properties


NOTE

The *Last Modified Dates* displayed in the CR 1000*i* ROM file system are invalid.

THE CONFIGURATOR™ APPLICATION
*Virtual CR 1000i*

- Copy files: Drag-and-drop from one folder to another:



**NOTE**

Do *not* copy any file where the filename is made up of multiple words to the CR 1000i system.

- Between CR 1000i directories (except the CR 1000i ROM folder)
- To/from the PC to the CR 1000i

**NOTE**

You cannot drag files between drives on the PC.

- Copy configuration files to the CR 1000i
- Update operating system and embedded applications. The compressed ZTK files automatically expand and install; just drag-and-drop the ZTK file into the CR 1000i RAM folder
- Copy image files from the CR 1000i flash file system to the development PC
- Delete unnecessary files by selecting the file and pressing the DELETE key on the computer keyboard
- View TIFF image files. Double-clicking the file launches Document Viewer



Figure 21    Explorer Window

**Virtual CR 1000i**

Virtual CR 1000i (Figure 23, page 142) is intended for manufacturing and repair use only. Virtual CR 1000i provides an interface for the display and keyboard from a PC when the CR 1000i is in system mode. Note that the CR 1000i is in system mode (steady yellow LED) if no embedded application is loaded. Virtual CR 1000i allows Tier 1 and 2 support to establish a command session with the CR 1000i for diagnostics.

THE CONFIGURATOR™ APPLICATION
*Virtual CR 1000i*

Use the following port settings (Figure 22) for the Virtual CR 1000*i* interface:

- Bits per second: 38400
- Data bits: 8
- Parity: None
- Stop bits: 1
- Flow control: None



Figure 22    Virtual CR 1000*i*: COM2 Properties

The Virtual CR 1000*i* displays an image of a keypad and display on the PC (Figure 23). You can *press* the virtual keys–as you would on a terminal–by clicking on these keys.

**Direct Downloads**    When an embedded application is not loaded, you must use the Virtual CR 1000*i* window to perform direct downloads to a CR 1000*i*. Key presses described in the following procedure are performed on the virtual keypad. Messages display on the Configurator Virtual CR 1000*i* display.

1   Place the CR 1000*i* in system mode by pressing RESET for 5 blinks of the red LED (see Enter CR 1000i System Mode–Advanced Use Only). In system mode, the LED should be steady yellow. Figure 23 shows the system mode idle display on the Virtual CR 1000*i*.

<0>

THE CONFIGURATOR™ APPLICATION
*Virtual CR 1000i*



Figure 23    Virtual CR 1000*i*: System Mode Screen

2   Press [EDIT] at the system mode idle display to start a direct download. Virtual CR 1000*i* displays "Unit Receive" until DL5.EXE or ZonTalk is launched on the development PC. To perform a partial download, before the download begins press the [HELP] key on the Virtual CR 1000*i*. "Partial" displays on the Virtual CR 1000*i* (Figure 24).



Figure 24    Virtual CR 1000*i*: Download Screen

The virtual terminal displays the message "Partial" until the initial ENQ character is received. Note that this feature also allows developers to add a new code file or additional parameters without waiting for a full download.



**NOTE** If an incomplete code file is downloaded into the CR 1000*i*, the unit does not attempt to run the application. Instead it reports that a new download is required.

3   Send the appropriate DL5 command from the development PC to initiate the download. To terminate a download, press the [CLEAR] key on the Virtual CR 1000*i*.

During the download, the Virtual CR 1000*i* displays a line of dashes replaced by asterisks as the download proceeds. Download progress displays on the development PC as packets download.

**NOTE** The date, time, and system passwords can also be set through the download. When the download is complete, the Virtual CR 1000*i* display returns to the system mode idle display.

4   Press [CLEAR] to run the application.

## Configurator Main Window

This section describes features in the main Configurator window.

### Toolbar Buttons

The following toolbar buttons correspond to the first three selections on the View menu:

 Launch Virtual CR 1000*i* window: Virtual keypad and display window for downloads and direct key entry.

 Launch Explorer window: Drag-and-drop file management window.

 Launch Command Terminal window: Direct command line entry

### Status Bar

Through the View menu, you can turn on/off the status bar at the bottom of the main Configurator window. The status bar displays information on menu features; the three fields at the far right (CAPS, NUM, SCRL) indicate if the caps, number, or scroll locks are active on the development PC keyboard (Figure 25).

THE CONFIGURATOR™ APPLICATION
*Other Features*



Figure 25    Main Configurator Window: Status Bar

## Other Features

This section describes additional Configurator features.

### FTP Folder Window

When you select FTP Folder (**Tools>FTP Folder**) the Select folder window displays to allow you to set a directory to store and monitor incoming image files (Figure 26). To set the FTP directory:

1    Select **Tools>FTP Folder** to open the Select folder window.

2    Browse the local or mapped drives or LAN (network).

3    Select the desired folder.

4    Click OK to set the directory.



Figure 26    Select a Folder to Store Images Sent over FTP

### Document Viewer

When a new image file is detected in demo mode (see Demo Mode), Document Viewer starts and displays the image (Figure 27). Document Viewer displays the document and allows some manipulation of the image file. Document Viewer icons are explained below:



View tags embedded in the TIFF file in the Tag View window.

Display the check image window; exit the tags window.

Zoom in/out.

Zoom to selection; must first select area to zoom.

Display Best Fit/Fit to height/Fit to width.



THE CONFIGURATOR™ APPLICATION
*Other Features*

| | |
|---|---|
| ⟳ | Rotate image 90° clockwise. |
| | Display tag name list (active only in Tag View window); displays active tags (see Figure 29). |
| | Print the active Document Viewer window. |



**Figure 27    Document Viewer: Check Image**

Document Viewer starts automatically when a new image file is detected in either the *..\VeriFone\CR 1000i\Temp* directory or the selected FTP folder, or when you double-click on an image file in the Configurator Explorer window.

### Check Tags Window

Tags are data added to the image file during image saves. Tags must be defined before image save to appear in the Check Tags window.

 Click the View Tags button to display the window shown in Figure 28. This window shows valid tag fields from the scanned document.

**THE CONFIGURATOR™ APPLICATION**
*Other Features*



Figure 28   Document Viewer: Check Tags Window

**Tag Editor Window**

Use this dialog to add, modify, or delete tags. Tags *do not appear* in the Check Tags window unless they were previously defined. Tags must be defined in this dialog to display in the Tag Editor window.

 Click the tools button in the Check Tags window to display the Tag Editor window (Figure 29).



Figure 29   Document Viewer: Check Editor Window

The CR 1000*i* supports up to 10 generic embedded tag fields (see IMAGETAG Set or Return Image Tag). A tag field can store up to 1024 bytes of NULL-terminated ASCII data.

Most tag field values from 0 to 32768 are reserved and cannot be used for custom tags. Using a reserved value generates an error 108 when the IMAGESAVE command is issued. Valid custom tag field values are between 32768 and 65523. The following tag field values may also be used for custom tags: 269, 270, 270, 272, 285, 305, 315, 316, 337.

## Demo Mode



**NOTE** Configurator windows not opened before entering demo mode will not be available when in demo mode. Open all windows for viewing *before* entering demo mode.

The Configurator application supports demonstration mode, which allows checks and receipts scanned by the CR 1000*i* to transfer to the PC and display the image in the Document Viewer window (see Document Viewer).



**NOTE** Demo mode is intended for Sales demonstrations only.

### Check CR 1000*i* Configuration

Once the CR 1000*i* is connected to the PC and powered, start the Configurator application: Select **V**iew>CR 1000*i* **S**ystem. If an error dialog displays, Configurator was not able to communicate with the CR 1000*i*. If the cable is properly connected, the most common cause of the failure is improper configuration settings (see Communications Port Properties).

Use the following procedure to configure the CR 1000*i* with the factory default settings required in demo mode:

1   Reset the CR 1000*i*:

    The Reset button is on the back of the CR 1000*i* next to the power port.

    a   Press and hold the reset button with a paper clip for 3 seconds (three red LED blinks), then release the button.

    The yellow LED blinks after a few seconds. Once the yellow LED is blinking slowly, the CR 1000*i* is configured to communicate over COM1 at 19200 baud, 8 bits, no parity, and 1 stop bit (see Enter Service Mode to Configure the CR 1000i for the Configurator Application for more information).

    b   Ensure that the Configurator is set to the same parameters by checking the Communication Port Settings option under the Tools menu (see Communications Port Properties).

2   Select **V**iew>CR 1000*i* **S**ystem. If an error occurs, repeat step 1.

3   Select **V**iew>**C**ommand Terminal. An interactive dialog box displays.

**CAUTION** Performing the following command sequence causes the CR 1000*i* to lose its current configuration!

4   Type the following and press ENTER on the development PC after each line:

    ```
    defaults factory
    ```

&lt;The CR 1000*i* returns OK&gt;

SR

&lt;No response returns&gt;

### Enable Demo Mode

Select **Tools>Demo Mode**. The toolbar displays four buttons to select the following options:


Single- and dual-pass document read buttons. When reading checks, dual-pass reads can reduce MICR decoding errors. In dual-pass mode, the document returns out the front of the CR 1000*i*. In single-pass mode, the document exits the rear of the CR 1000*i*.


Check and receipt mode buttons. In check mode, the CR 1000*i* imager is optimized for check reads. In receipt mode, the CR 1000*i* imager is optimized for receipt reads.

You must select either single- or dual-pass mode and check or receipt mode *prior* to inserting a document.

In demo mode, the CR 1000*i* automatically transfers the document image immediately after the scan is complete. The Configurator displays the captured image in the Document Viewer window (see Document Viewer).

Images transfer from the CR 1000*i* to the PC and are placed in the *Temp* directory (for example, C:\Program Files\VeriFone\CR 1000i\Temp). Recall image files any time by double-clicking on the file name in the Explorer window.

| NOTE  | Disable demo mode before using other Configurator functions and before deploying the unit. To disable demo mode, select **Tools>Demo Mode** to remove the check mark from the option. |

APPENDIX B

# CR 1000i Reset Button

On the back of the CR 1000i (near the power connector) is a small rectangular hole labeled *Reset*. Inside the hole is a reset button that can be pressed with a small, pointed object such as a paper clip. The reset button performs cold boots, soft resets, configures the CR 1000i for the Configurator application, and places the unit in system mode. The following sections discuss these topics.

**Soft Reset**  Press the reset button for approximately 1 second with the unit powered on to perform a soft reset (warm boot). After a few seconds, the unit is ready to scan checks. Any document jam should now clear.

**Enter Service Mode to Configure the CR 1000i for the Configurator Application**  The CR 1000i can be temporarily configured to communicate with the Configurator application in the following modes:

- Default service mode (19200 baud)
- Fast service mode (115200 baud)

See Table 7, page 30 for factory and service mode settings.

Enter default service mode by pressing the reset button for 3 seconds with the unit powered on. Three seconds has elapsed when the LED alternates red and green three times while pressing the Reset button. Count three red LED flashes and release the button. The unit is now in default service mode.

During this mode the LED slowly blinks yellow. COM1 is now configured for 19200 baud, 8 bits, no parity, and 1 stop bit. The command, image, and MICR ports are all set to COM1. This mode is intended for development and service personnel, and is useful if the unit is in an unknown configuration state and must be configured. See Table 7, page 30 for complete service mode settings.

Enter fast service mode by pressing the Reset button for 5 seconds. COM1 is configured to 115200 baud instead of 19200. During this mode the LED rapidly blinks yellow.

The CR 1000i returns to normal configuration settings after a reset. This is accomplished through either issuing the SR command, power cycling, or pressing the Reset button for 1 second.

**Enter CR 1000i System Mode—** *Advanced Use Only*  CR 1000i system mode allows low-level operations and diagnostics. To enter CR 1000i system mode with the unit powered on, press and hold the reset button for 7 seconds. To estimate this time interval, count 7 red LED flashes, and release the reset button.

## CR 1000i RESET BUTTON

Once in CR 1000*i* system mode, the CR 1000*i* LED is steady yellow. Use the Configurator application (see Virtual CR 1000i) to operate in CR 1000*i* system mode. To return control to the embedded application, power cycle the CR 1000*i*, or press the reset button for 1 second.



**NOTE** Use of system mode is beyond the scope and intent of this document.