# WINCKLER EXHIBIT 29



# ECHO Check Conversion

## Electronic Check Conversion at the Point of Sale

**Now, with POS Check Service you can:**

- Turn paper checks into fast-clearing electronic items
- Verify your customer's funds availability and account status before accepting checks.
- Expedite both customer service and your backroom operations
- Reduce check acceptance costs and risks

**Convert paper checks into safe, efficient "electronic" checks.**

More and more retailers across the nation are benefiting from check conversion - the process of converting paper checks to electronic items at the point of sale. Point-of-sale check conversion with POS Check Services lets you:

- Ensure faster cash flow.
- Reduce check acceptance costs and risks (guarantee option available)
- Improve customer service by reducing the time it takes to accept checks at the

### Check Conversion

*Electronic Check Conversion Service*

Convert paper checks to electronic items.

Fastest cash flow option for point-of-sale checks.

Automatic fraud prevention.

### Check Processing Services

POS Check Conversion Service
Check Conversion Services
Check Guarantee Services
Check Verification Services
Check Representment Services
Check Recovery Services
Virtual Terminal Check Payments

POS.
- Reduce or eliminate check deposits — and fees - at your local bank
- Consolidate all of your electronic transactions (credit cards, debit cards, checks) through a single pipeline.

### Improved Customer Service

What's good for your customers is good for your business. With **Check Conversion**, your customers benefit from:
- Speed and convenience of faster checkout.
- Improved security . . . Their checks are returned to them at the POS, minimizing the exposure of personal check data to potentially crooked employees, bank clerks and others.
- Better records. Instead of just a check number and date, your store name and location appear on your customers' bank statements.

### You Already Own the Hardware . . .

**Check Conversion** runs on some of the most widely used POS terminals on the market today, with more being supported soon. Many merchants already use compatible VeriFone and Hypercom terminals. And to process your checks smoothly and effortlessly, we offer compatible check scanners or MICR readers at competitive prices.

### A Business Decision You'll be Glad You Made

The service is an important step forward for your retail business.

Easy to train your staff, convenient for your customers, and better for your cash flow. Customers still complete and sign their checks, so they find the process easy to understand. For you the merchant, there are many reasons why switching your store to accepting checks with **Check Conversion** is a sound business decision.

### Fewer checks to deposit.

Save on bank fees.

### Streamlined back office.

Fewer physical checks allow faster end-of-day closing.

---

Batch ACH Service
Online Checks and ACH Services
Recurring Payments

*Additional Information*

- Credit Card Processing
- Debit Card Processing
- Check Services
- Bank Processing
- Internet Services
- Merchant America
- *ECHO* Merchant Center
- Non-Profit Program
- Recurring Payments

**Limited risk.**

Guarantee option! Plus, the service limits risk with check authorizations direct from consumer banks. More...

**Fast availability of funds.**

Automatic settlement, assuring speedy credit to your business checking account.

**Easy for Staff to Learn and Use.**

From the POS where clerks value speed and simplicity, to your accounting operation, where paperless transactions are as easy to handle as credit card and debit cards, you'll find the system increases efficiency.

**On-line Reporting.**

You and your accounting staff can track check payments with round-the-clock Internet-based reporting.

***Learn More About the Advantages of Check Conversion POS Check Service?***

To learn more about *ECHO* Check Conversion POS Check Service, contact *ECHO* at 1-800-262-3246, ext. 5, or at the location shown below:

www.echo-inc.com

*ECHO* Check Services
730 Paseo Camarillo
Camarillo, CA 93010

*Call ECHO for information: 1-800-262-3246 Ext 5*

*E-mail sales@echo-inc.com*

SITEMAP   PRIVACY   COPYRIGHT   FAQs

© 2005 Electronic Clearing House, Inc.