IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> **PUBLIC VERSION** |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT NO. 4:
FOR A RULING THAT CLAIMS 1, 2, 4-6, 9-11, 14, 16 AND 18 OF THE '988
PATENT ARE NOT ANTICIPATED**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Stamatios Stamoulis (#4606)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

*Attorneys for TeleCheck Services, Inc*

Dated: November 15, 2005
Public Version: November 22, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("TeleCheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of Defendants' Answering Brief in Opposition to LML's Motion for Summary Judgment No. 4: For A Ruling that Claims 1, 2, 4-6, 9-11, 14, 16 and 18 of the '988 Patent are Not Anticipated.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,484,988.

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,175,682.

5. Attached hereto as Exhibit C is an invalidity claim chart comparing the U.S. Patent No. 5,484,988 to U.S. Patent No. 5,175,682.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition testimony of Robert R. Hills taken on Aug. 25 and Aug. 27, 2005.

7. Attached hereto as Exhibit E is a true and correct copy of an article entitled "A Little Closer to a Checkless Society," Bank Tech News (Aug. 1996) bearing Bates Nos. LML-EP 043277.

8. Attached hereto as Exhibit F is a true and correct copy of an article entitled "Cashless Society Expands", Sacramento Bee (Nov. 7, 1995) bearing Bates Nos. LML-EP 043282-83.

9. Attached hereto as Exhibit G is a true and correct of excerpts from the 1991 ACH Rules.

10. Attached hereto as Exhibit H is a true and correct of excerpts from the 1990 ACH Rules.

11. Attached hereto as Exhibit I is a true and correct copy of U.S. Patent No. 4,758,714.

12. Attached hereto as Exhibit J is a true and correct copy of U.S. Patent No. 5,053,607.

13. Attached hereto as Exhibit K is an invalidity claim chart comparing U.S. Patent No. 5,484,988 to U.S. Patent No. 5,053,607.

14. Attached hereto as Exhibit L is an invalidity claim chart comparing U.S. Patent No. 5,484,988 to U.S. Patent No. 4,758,714.

15. Attached hereto as Exhibit M is a true and correct copy of excerpts from the Rebuttal Expert Report of Gary Tinkel Regarding Validity dated Sept. 20, 2005.

16. Attached hereto as Exhibit N is a true and correct copy of excerpts from the Supplemental Expert Report of David P. Kurrasch Regarding Invalidity dated Sept. 6, 2005.

17. Attached hereto as Exhibit O is a true and correct copy of excerpts from the Second Supplement to Expert Report of David P. Kurrasch Regarding Invalidity dated Sept. 28, 2005.

18. Attached hereto as Exhibit P is a true and correct copy of excerpts from the Expert Report of David P. Kurrasch Regarding Invalidity dated Aug. 12, 2005.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on November 15, 2005.

                                                  /s/ *Timothy Devlin*
                                                Timothy Devlin (#4241)

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I electronically filed the PUBLIC VERSION OF DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT NO. 4: FOR A RULING THAT CLAIMS 1, 2, 4-6, 9-11, 14, 16 AND 18 OF THE '988 PATENT ARE NOT ANTICIPATED with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

Additionally, I hereby certify that on the 22nd day of November, the foregoing document was served via email on the following non-registered participants.

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

                                                                                 */s/ Timothy Devlin*
                                                                                   Timothy Devlin