IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>        Defendants. | C.A. 04-858 (SLR)<br><br>**PUBLIC VERSION** |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS'
ANSWERING BRIEF IN OPPOSITION TO LML'S MOTION FOR SUMMARY
JUDGMENT NO. 5:  FOR A RULING THAT CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, 14, 16 AND
18 OF THE '988 PATENT ARE NOT INVALID UNDER 35 U.S.C. §§ 112 AND 132**

| | |
|---|---|
| William J. Marsden (#2247)<br>Timothy Devlin (#4241)<br>Tara D. Elliott (#4483)<br>FISH & RICHARDSON P.C<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19899-1114<br><br>*Attorneys for Telecheck Services, Inc* | Collins J. Seitz, Jr. (#2237)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801<br><br>*Attorneys for Electronic Clearing House,<br>Inc. and XpressChex, Inc.* |

Richard D. Kirk. (#922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

*Attorneys for Nova Information Systems,
Inc.*
Dated:  November 15, 2005
Public Version:  November 22, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("TeleCheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2. I submit this declaration in support of Defendants' Response to LML's Motion for Summary Judgment No. 5: For a Ruling That Claims 1, 2, 4, 5, 6, 9, 10, 11, 14, 16 and 18 of the '988 Patent Are Not Invalid Under 35 U.S.C. §§ 112 and 132.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Expert Report of David P. Kurrasch Regarding Invalidity, dated Sept. 6, 2005 (excluding exhibits thereto).

4. Attached hereto as Exhibit 2 is a true and correct copy of TeleCheck's First Supplemental Response to LML's Amended First Set of Interrogatories, dated January 28, 2005.

5. Attached hereto as Exhibit 3 is a true and correct copy of a June 8, 1994 continuation application, Serial No. 08/257,390, submitted by Applicants during the prosecution of U.S. Patent No. 5,484,988 ("the '988 patent"), bearing Bates Nos. LML-EP-000166-69.

6. Attached hereto as Exhibit 4 is a true and correct copy of the original November 13, 1992 patent application, No. 07/975,717, filed by Applicants and ultimately leading to the issuance of the '988 patent, bearing Bates Nos. LML-EP-000080-120.

7. Attached hereto as Exhibit 5 is a true and correct copy of the '988 patent, bearing Bates Nos. LML-EP-000063-78.

8. Attached hereto as Exhibit 6 is a true and correct copy of a January 30, 2005 Response to Office Action of October 28, 1994 submitted by Applicants during the prosecution of the '988 patent, bearing Bates Nos. LML-EP-000182-210.

9. Attached hereto as Exhibit 7 is a true and correct copy of a June 8, 1994 Preliminary Amendment submitted by Applicants during the prosecution of the '988 patent, bearing Bates Nos. LML-EP-000170-79.

10. Attached hereto as Exhibit 8 is a true and correct copy of the November 14, 2005 Declaration of David P. Kurrasch in Support of Defendants' Response to LML's Motion for Summary Judgment No. 5: For a Ruling That Claims 1, 2, 4, 5, 6, 9, 10, 11, 14, 16 and 18 of the '988 Patent Are Not Invalid Under 35 U.S.C. §§ 112 and 132.

11. Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 5,053,607 to Carlson *et al.*, bearing Bates Nos. FDC5000131-50.

12. Attached hereto as Exhibit 10 is a true and correct copy of U.S. patent No. 5,175,682 to Higashiyama *et al.*, bearing Bates Nos. FDC50000151-58.

13. Attached hereto as Exhibit 11 is a true and correct copy of a September 23, 1993 Initial Office Action issued by the Patent and Trademark Office ("PTO") during the prosecution of the application leading to the '988 patent, bearing Bates Nos. LML-EP-000139-40.

14. Attached hereto as Exhibit 12 is a true and correct copy of a December 21, 1993 Response to Office Action submitted by Applicants during the prosecution of the '988 patent, bearing Bates Nos. LML-EP-000144-161.

15. Attached hereto as Exhibit 13 is a true and correct copy of a March 9, 1994 Final Office Action issued by the PTO during the prosecution of the application leading to the '988 patent, bearing Bates Nos. LML-EP-000162-64.

16. Attached hereto as Exhibit 14 is a true and correct copy of an October 28, 2004 Office Action issued by the PTO during the prosecution of the application leading to the '988 patent, bearing Bates Nos. LML-EP-000180-81.

17. Attached hereto as Exhibit 15 is a true and correct copy of a letter from ChequeMark to Magic Software Development dated September 15, 1998, bearing Bates Nos. LML-EP-029571-582.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Parties Joint Proposed Claim Construction Chart, dated October 7, 2005.

19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the Rebuttal Expert Report of Gary Tinkel Regarding Invalidity dated September 20, 2005.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Journal of Robert R. Hills, bearing Bates Nos. LML-EP-012615 and LML-EP-012641-42.

21. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Expert Report of Gary Tinkel Regarding Infringement dated August 12, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in Wilmington, Delaware on this 15th day of November, 2005.

Timothy Devlin (#4241)

80028259.doc

4

## CERTIFICATE OF SERVICE

     I hereby certify that on November 22, 2005, I electronically filed the PUBLIC VERSION OF DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO LML'S MOTION FOR SUMMARY JUDGMENT NO. 5: FOR A RULING THAT CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, 14, 16 AND 18 OF THE '988 PATENT ARE NOT INVALID UNDER 35 U.S.C. §§ 112 AND 132 with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

    Additionally, I hereby certify that on the 22nd day of November, the foregoing document was served via email on the following non-registered participants.

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

                                                                */s/ Timothy Devlin*
                                                                Timothy Devlin (#4241)