## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LML PATENT CORP. )
)
                Plaintiff, )  Civil Action No.: 04-858-SLR
    vs. )
)
TELECHECK SERVICES, INC. )
ELECTRONIC CLEARING HOUSE, INC., )
XPRESSCHEX, INC., AND )
NOVA INFORMATION SYSTEMS, INC. )
)
             Defendants. )
)

### DECLARATION OF JAMIE H. MCDOLE IN SUPPORT OF
### LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 3:
### FOR A RULING THAT DEFENDANT NOVA INFRINGES
### CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT


Dated: November 23, 2005

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for LML Patent Corp.*

## DECLARATION OF JAMIE H. MCDOLE

I, Jamie H. McDole, declare as follows:

1. I am a partner of the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action.

2. Pursuant to the Court's Scheduling Order, document production in this case ended March 4, 2005. The Court extended this deadline until April 5, 2005 at Defendants request, but stated "if document production isn't completed by April 5th, we'll start taking about sanctions." (Dkt# 89, March 22, 2005 Hearing Transcript at 8). Pursuant to the Court's Scheduling Order, fact discovery in this case ended July 16, 2005

3. In the above captioned case, the parties have produced numerous documents, mostly in electronic form. Each document produced by the parties in this case has a bates number identifying which party produced the particular document. All documents produced by Defendant Nova Information Systems, Inc. contain the prefix NOVA.

4. Exhibits H to Nova's declaration is a document describing a check reader that works with Nova's accused product. This document lacks a bates number and was not marked as a deposition exhibit.

5. Documents produced in this litigation by Nova are maintained by Kirkland & Ellis in an electronic database that allows one to search the entire contents of Nova's documents. I requested one of the legal assistants responsible for maintaining the Nova database to electronically search that database in an attempt to locate Exhibit H to Nova's motion. The legal assistant searched the database, trying various combinations of key words that appeared in the document, but was unable to locate it in the database of Nova's production documents.

6. The foreign checks used by Mr. Schutze in the tests described in his supporting declaration to Nova's motion were not produced to LML until September 23, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 23rd day of November, 2005 in Chicago, Illinois.

Jamie H. McDole

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2005, I electronically filed the foregoing document, **DECLARATION OF JAMIE H. MCDOLE IN SUPPORT OF LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 3:  FOR A RULING THAT DEFENDANT NOVA INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 23rd day of November, 2005, the foregoing document was served via email and federal express on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Plaintiff LML PATENT CORP.*