IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> **REDACTED PUBLIC VERSION** |

**DECLARATION OF VISION L. WINTER IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S RESPONSE TO PLAINTIFF LML PATENT CORP.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

November 15, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Michelle L. Davidson
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

609685v1

I, Vision L. Winter, hereby declare and state as follows:

1. I am an associate in the law firm of O'Melveny & Myers LLP, counsel of record for Defendant Nova Information Systems, Inc ("Nova") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts as set forth below.

2. I submit this declaration in support of Defendant Nova Information Systems, Inc.'s Response To Plaintiff LML's Patent Corp.'s Motion For Summary Judgment Of Infringement.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,484,988 (the '988 patent"). (LML-EP-000001-16).

4. Attached hereto as Exhibit B is a true and correct copy of the Parties' Joint Proposed Claim Construction Statement.

5. Attached hereto as Exhibit C is a true and correct copy of LML's Memorandum in Support of its Motion for Summary Judgment No. 3: For a Ruling That Nova Information Systems, Inc. Infringes Claims 1, 2, 4, 5, 6, 9, 10, 11, and 16 of the '988 Patent filed October 28, 2005.

6. Attached hereto as Exhibit D is a true and correct copy of Nova Information Systems, Inc.'s Opening Brief in Support of its Motion for Summary Judgment of Non-Infringement filed October 28, 2005.

7. Attached hereto as Exhibit E is a true and correct copy of the expert report on infringement offered by Gary Tinkel Dated August 12, 2005.

8. Attached hereto as Exhibit F is a true and correct copy of LML's Memorandum in Support of its Motion for Summary Judgment No. 2: For a Ruling that Echo Infringes Claims 1, 2, 4, 5, 6, 9, 10, 11, and 16 of the '988 Patent filed on October 28, 2005.

9. Attached hereto as Exhibit G is a true and correct copy of the RDM EC5000i Series Electronic Check Reader and Imager. (NOVA-03324-25).

10. Attached hereto as Exhibit H is a true and correct copy of a data sheet for RDM's

Imaging Solution EC6000i Series.

11. Attached hereto as Exhibit I is a true and correct copy of the Expert Report of Stephen A. Schutze Regarding Non-Infringement dated September 20, 2005.

12. Attached hereto as Exhibit J is a true and correct copy of the Electronic Check Services (ECS) Program Guide. (NOVA-29174-200)

13. Attached hereto as Exhibit K is a true and correct copy of a website printout showing point of sale terminal. (LML-EP-061899-900).

14. Attached hereto as Exhibit L is a true and correct copy of a portion of the NACHA 2005 Operating Rules. (LML-EP-055427-31).

15. Attached hereto as Exhibit M is a true and correct copy of excerpts of Gary Tinkel's deposition transcript of a deposition taken on September 28, 2005.

16. Attached hereto as Exhibit N is a true and correct copy of the Nova Electronic Check Service Quick Reference Guide for Omni 3200/3200SE & 3210/3210SE Terminals using the RDM EC6000i. (NOVA-02940-41).

17. Attached hereto as Exhibit O is a true and correct copy of a letter from Jon L. Roberts, Esq. to Ronald S. Laurie, Esq. dated October 1, 1977. (LML-EP 017104-17). This document is Confidential – Attorneys Eyes Only – Outside Counsel Only.

18. Attached hereto as Exhibit P is a true and correct copy of the Electronic Check Service Quick Reference Guide for Hypercom T7Plus, T77 and T7PT Terminals using the RDM EC6000i. (NOVA-02942)

19. Attached hereto as Exhibit Q is a true and correct copy of the Nova Electronic Check Service User Guide. (NOVA-02952-85).

20. Attached hereto to as Exhibit R is a true and correct copy of the Nova Electronic Check Service (ECS) Program Guide, Version 1.16. (NOVA-01502-44).

21. Attached hereto to as Exhibit S is a true and correct copy of a letter from Patrick H. Gaines to Kris D. Winckler dated September 15, 1998 enclosing a legal opinion dated February 6, 1998. (LML-EP 029571-582). This document is Confidential – Attorneys Eyes Only –

Outside Counsel Only.

22. Attached hereto as Exhibit T is a true and correct copy of the U.S. Patent No. 5,053,607 to Carlson. (FDC 5000131-150).

23. Attached hereto as Exhibit U is a true and correct copy of the Plaintiff LML Patent Corp.'s Opening Brief on Issues of Claim Construction dated October 7, 2005.

I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct and this declaration was executed by me in Los Angeles, California on November 15, 2005.

Vision L. Winter

LA2:782773.1

ALL EXHIBITS TO THIS
DECLARATION
ARE CONFIDENTIAL
UNDER THE PROTECTIVE ORDER
AND REMAIN UNDER SEAL

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 28, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on November 28, 2005, copies of the foregoing document were sent by hand to the above local counsel and by first class mail to the following non-registered participants:

Russell E. Levine, Esq.
Edward K. Runyan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

/s/ Richard D. Kirk (rk0922)

578216v1