IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>  Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>  Defendants. | C.A. 04-858 (SLR)<br><br>**REDACTED PUBLIC VERSION** |

**DECLARATION OF VISION L. WINTER IN SUPPORT OF DEFENDANT NOVA INFORMATION SYSTEMS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

November 23, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Michelle L. Davidson
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

I, Vision L. Winter, hereby declare and state as follows:

1. I am an associate in the law firm of O'Melveny & Myers LLP, counsel of record for Defendant Nova Information Systems, Inc ("Nova") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts as set forth below.

2. I submit this declaration in support of Defendant Nova Information Systems, Inc.'s Reply In Support Of Its Motion For Summary Judgment Of Non-Infringement.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of Gary Tinkel's deposition transcript of a deposition taken on September 28, 2005.

4. Attached hereto as Exhibit B is a true and correct copy of the Response to Office Action of October 28, 1994 in the Application of Robert H. Hills and Henry R. Nichols for Checkwriting Point of Sale System Response to Office Action of October 28, 1994. (LML-EP 000183 -210).

5. Attached hereto as Exhibit C is a true and correct copy of the U.S. Patent No. 5,053,607 to Carlson.

6. Attached hereto as Exhibit D is a true and correct copy of Amy Gutierrez's Declaration in Support of Defendant Nova Information Systems, Inc.'s Response to Plaintiff LML Patent Corp.'s Motion for Summary Judgment of Infringement dated November 15, 2005.

7. Attached hereto as Exhibit E is a true and correct copy of the Nova Electronic Check Service Quick Reference Guide for Omni 3200/3200SE & 3210/3210SE Terminals using the RDM EC6000i. (NOVA-02940-42).

8. Attached hereto as Exhibit F is a true and correct copy of the experts of the Expert Report of Gary Tinkel Regarding Infringement dated August 12, 2005.

9. Attached hereto as Exhibit G is a true and correct copy of LML's Memorandum in Support of its Motion for Summary Judgment No. 2: For a Ruling that Echo Infringes Claims 1, 2, 4, 5, 6, 9, 10, 11, and 16 of the '988 Patent filed on October 28, 2005.

10. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Stephen A. Schutze in Support of Defendant Nova Information Systems, Inc.'s Response to Plaintiff LML Patent Corp.'s Motion for Summary Judgment of Infringement dated November 15, 2005.

11. Attached hereto as Exhibit I is a true and correct copy of a letter from Jon L. Roberts, Esq. to Ronald S. Laurie, Esq. dated October 1, 1977. (LML-EP 017104-17). This document is Confidential – Attorneys Eyes Only – Outside Counsel Only.

12. Attached hereto as Exhibit J is a true and correct copy of the Nova Electronic Check Service User Guide. (NOVA-02952-85).

I declare under the penalty of perjury under the laws of the Untied States that the foregoing is true and correct and this declaration was executed by me in Los Angeles, California on November 23, 2005.

_____
Vision L. Winter

LA2:783621.1

ALL EXHIBITS TO THIS DECLARATION
ARE CONFIDENTIAL UNDER
THE PROTECTIVE ORDER
AND REMAIN UNDER SEAL

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 28, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Richard K. Hermann, Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th floor<br>P.O. Box 2306<br>Wilmington, DE 19801 | William J. Marsden, Jr., Esq.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

The undersigned counsel further certifies that, on November 28, 2005, copies of the foregoing document were sent by hand to the above local counsel and by first class mail to the following non-registered participants:

| | |
|---|---|
| Russell E. Levine, Esq.<br>Edward K. Runyan, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Robert Jacobs, Esq.<br>Mark B. Mizrahi, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 |

/s/ Richard D. Kirk (rk0922)

578216v1