IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858-SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., and | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 28, 2005, copies of defendant NOVA Information Systems, Inc.'s (1) Fifth Supplemental Response to LML Patent Corp.'s ("LML") Amended First Set of Interrogatories, Nos. 1-9; (2) Second Supplemental Response to LML Patent Corp.'s ("LML") Second Set of Interrogatories, Nos. 10 – 17; and (3) this Notice of Service were served on the following counsel as shown:

BY HAND AND BY EMAIL:

Richard K. Hermann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th floor
P.O. Box 2306
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

603232v1

BY U.S. MAIL AND BY EMAIL:

| | |
|---|---|
| Russell E. Levine, Esq. | Robert Jacobs, Esq. |
| Edward K. Runyan, Esq. | Mark B. Mizrahi, Esq. |
| Kirkland & Ellis | Belasco Jacobs & Townsley, LLP |
| 200 East Randolph Drive | Howard Hughes Center |
| Chicago, IL  60601 | 6100 Center Drive, Suite 630 |
| | Los Angeles, CA  90045 |

November 28, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for defendant,
NOVA Information Systems, Inc.

OF COUNSEL:
Mark C. Scarsi
Vision L. Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
(213) 430-6000