IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**DECLARATION OF SEAN P. HAYES IN SUPPORT OF TELECHECK SERVICES, INC.'S REPLY BRIEF IN SUPPORT OF ITS OBJECTIONS TO THE SPECIAL DISCOVERY MASTER'S OCTOBER 25, 2005 RULINGS**

                                                                           William J. Marsden (#2247)
                                                                           Timothy Devlin (#4241)
                                                                           Tara D. Elliott (#4483)
                                                                           Sean P. Hayes (#4413)
                                                                           FISH & RICHARDSON P.C
                                                                           919 N. Market Street, Suite 1100
                                                                           Wilmington, DE  19899-1114

                                                                           *Attorneys for TeleCheck Services, Inc*

Dated:  November 28, 2005

I, SEAN P. HAYES, declare as follows:

1. I am an associate at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("TeleCheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of TeleCheck Services, Inc.'s Reply Brief To Its Objections to the Special Discovery Master's October 25, 2005 Rulings.

3. Attached hereto as Exhibit 1 is a true and correct copy of Special Discovery Master Order No. 8 dated November 22, 2005.

4. Attached hereto as Exhibit 2 is a true and correct copy of an Order entered in *DataTreasury Corporation v. First Data Corporation, et al.*, No. 5:03CV39 (E.D. Tex. Sept. 20, 2004.)

5. Attached hereto as Exhibit 3 is an email from Stamatois Stamoulis to Jamie McDole dated January 18, 2005.

6. Attached hereto as Exhibit 4 is a letter from Jamie McDole to Stam Stamoulis and Tim Devlin dated January 18, 2005.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on November 28, 2005.

                                            /s/ Sean P. Hayes
                                                Sean P. Hayes (#4413)


# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the DECLARATION OF SEAN P. HAYES IN SUPPORT OF TELECHECK SERVICES, INC.'S OBJECTIONS TO THE SPECIAL DISCOVERY MASTER'S OCTOBER 25, 2005 RULINGS with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I hereby certify that on November 28, 2005, I have mailed by Electronic mail and First Class mail, the document(s) to the following non-registered participants:

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

    */s/ Sean P. Hayes*
Sean P. Hayes