IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,

        Plaintiff,

v.

                           C.A. 04-858-SLR

TELECHECK SERVICES, INC.,
ELECTRONIC CLEARING HOUSE, INC.,  **FILED UNDER SEAL**
XPRESSCHEX, INC. and NOVA             **PURSUANT TO PROTECTIVE ORDER**
INFORMATION SYSTEMS, INC.,

        Defendants.

## DECLARATION OF DON H. MIN IN SUPPORT OF ELECTRONIC CLEARING HOUSE, INC.'S AND XPRESSCHEX, INC.'S REPLY BRIEF TO ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, Don H. Min, do hereby declare:

1.     I am an associate with the law firm of Belasco Jacobs & Townsley, LLP, the law firm representing Defendants Electronic Clearing House, Inc. and XpressChex, Inc. ("ECHO") in the above-entitled action. I am licensed to practice law in the State of California and have been admitted to practice before this Court in this case, *Pro Hac Vice*.

2.     I am submitting this declaration in support of Electronic Clearing House, Inc.'s and XpressChex, Inc.'s Motion for Summary Judgment of Non-infringement.

3.     A true and correct copy of a letter from Mark Mizrahi, Esq. to Aaron Charfoos, Esq. dated March 25, 2005 is attached hereto as **Exhibit 2**.

4.     A true and correct copy of the Redacted

### Exhibit 3.

5.     A true and correct copy of United States Patent Number 5,053,607 and bearing Bates Nos. ECHO0001632-1652 is attached hereto as **Exhibit 4**.

6.     A true and correct copy of an article I found and printed from the world wide web at http://www.chaminade.org/MIS/Articles/HowLaserPrintersWork.htm entitled "How does a laser printer work?" is attached hereto as **Exhibit 5**.

1

7. During the course of the above-entitled Action, I received from ECHO revised versions of its literature containing minor changes and provided the revised documents to LML as mandated by Fed. R. Civ. P. 26(e), including Exhibits 1 and 19 attached to the Declaration of Kris Winckler in Support of Electronic Clearing House, Inc.'s and Xpresschex, Inc.'s Motion for Summary Judgment of Non-Infringement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of November, 2005.

_____
DON H. MIN

2

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 23, 2005, a true and correct copy of the foregoing document was caused to be served in the manner indicated on the attorneys of record at the following addresses:

**VIA E-MAIL AND HAND DELIVERY**
Richard K. Herrmann, Esquire
Morris James Hitchens
  & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**VIA E-MAIL AND HAND DELIVERY**
William J. Marsden, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

**VIA E-MAIL AND HAND DELIVERY**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

**VIA E-MAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

**VIA E-MAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

**VIA E-MAIL AND FIRST CLASS MAIL**
Dale M. Cendali, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)