# MIN EXHIBITS 2-3 UNDER SEAL