IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 04-858-SLR |
| vs. | ) | |
| | ) | |
| TELECHECK SERVICES, INC. | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | **PUBLIC VERSION** |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**DECLARATION OF JAMIE H. MCDOLE IN SUPPORT OF
PLAINTIFF LML PATENT CORP.'S DAUBERT MOTION NO. 2:
FOR A RULING LIMITING THE TESTIMONY OF STEPHEN A. SCHUTZE**

Originally filed:  November 21, 2005
Public version filed:  November 29, 2005

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

*Counsel for LML Patent Corp.*

## DECLARATION OF JAMIE H. MCDOLE

I, Jamie H. McDole, declare as follows:

1. I am a partner of the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action..

2. Attached hereto as Exhibit A is a true and correct copy of portions of the September 30, 2005, deposition of Stephen A. Schutze.

3. Attached hereto as Exhibit B is the declaration of Richard K. Herrmann, Esq.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 21st day of November 2005 in Chicago, Illinois.

Jamie H. McDole

2

# EXHIBIT   A

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT   B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  04-858-SLR |
| vs. | ) | |
| | ) | |
| TELECHECK SERVICES, INC. | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF RICHARD K. HERRMANN, ESQ.

I, Richard K. Herrmann, Esq., declare as follows:

1. I serve as one of the Delaware counsel of record for the plaintiff LML in this action.

2. I have reviewed the Defendants' memoranda in opposition to LML's *Daubert* Motions filed pursuant to paragraph 2(c)(3) of the Case Scheduling Order on October 28, 2005.

3. In those briefs, Defendants criticize LML for filing *Daubert* Motions without engaging in the meet and confer process and without filing a Delaware Local Rule 7.1.1 certificate.

4. Since the filing of *Daubert* motions is specifically permitted in case scheduling orders, and because the deadline for filing such motions is the same as that for dispositive motions, I do not advise lead counsel of the need to file a Rule 7.1.1 certificate with the filing of a *Daubert* motion, and, accordingly, I did not do so in this case.  I have never been informed of a deficiency for not attaching a Rule 7.1.1 certificate to a *Daubert* motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 21st day of November 2005 in Wilmington, Delaware.

Richard K. Herrmann, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF JAMIE H. MCDOLE IN SUPPORT OF PLAINTIFF LML PATENT CORP.'S DAUBERT MOTION NO. 2: FOR A RULING LIMITING THE TESTIMONY OF STEPHEN A. SCHUTZE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 29th day of November, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

*/s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Plaintiff LML PATENT CORP.*