IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>  Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>  Defendants. | C.A. No. 04-858 (SLR) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AND
SET BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF INDEFINITENESS**

  TeleCheck Services, Inc. ("TeleCheck"), Electronic Clearing House, Inc. ("ECHO"), XpressChex, Inc. ("XpressChex") and Nova Information Systems, Inc. ("Nova") (collectively, "Defendants") hereby seek leave to file a Combined Motion for Summary Judgment of Indefiniteness and Brief in Support. Leave of Court should be permitted for at least the following reasons:

  1. On November 21, 2005, after the deadline for filing summary judgment motions in this action, the Federal Circuit issued an opinion in *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, No. 05-1009, 05-1487, 2005 WL 3097877 (Fed. Cir. Nov. 21, 2005), which decided an issue of "first impression" before the Federal Circuit. *IPXL* at *7.

  2. The *IPXL* holding provides an additional reason for a grant of summary judgment of invalidity of certain asserted claims in the present case. Defendants submit herewith a short (5-page) motion and brief showing why summary judgment on certain claims is appropriate based on *IPXL*.

  3. A ruling on indefiniteness under the *IPXL* holding would require no additional discovery. Indefiniteness is a question of law. *See IPXL*, 2005 WL 3097877 at *3.

4. According to the Scheduling Order, oral argument on claim construction and summary judgment motions is to take place on December 19, 2005. (D.I. 35.) Defendants respectfully submit that the minimal briefing required for this additional motion can be completed reasonably in advance of the scheduled hearing.

5. Under Defendants' proposed briefing schedule, LML would have until December 12, 2005 to file a Response. Defendants agree to submit a Reply of no more than five pages within two business days of LML's Response.

6. Accordingly, Defendants propose the following briefing schedule:

(a) Defendants' Motion Filed      November 30, 2005

(b) LML's Response Due            December 12, 2005

(c) Defendants' Reply Due         December 14, 2005

7. The timing proposed by Defendants would not affect the Scheduling Order.

Defendants, therefore, seek leave to file the attached motion and seek entry of the above briefing schedule.

Dated: November 30, 2005              FISH & RICHARDSON P.C.

By: /s/ *Timothy Devlin*
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

*Attorneys for Defendant*
*TeleCheck Services, Inc.*

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Francis DiGiovanni
Collins J. Seitz, Jr. (#2237)
Francis DiGiovanni (#3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

*Attorneys for Defendants*
*Electronic Clearing House, Inc. and XpressChex, Inc.*

THE BAYARD FIRM

By: /s/ Richard D. Kirk
Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Attorney for Defendant*
*Nova Information Systems, Inc.*

80028532

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2005, I electronically filed with the Clerk of Court **DEFENDANTS' MOTION FOR LEAVE TO FILE AND SET BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS** using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard K. Herrmann Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | *Attorneys for Plaintiff*<br>*LML Patent Corp.* |

I hereby certify that on November 30, 2005, I have sent via e-mail the document(s) to the following non-registered participant:

| | |
|---|---|
| Russell Levine, P.C.<br>Jamie McDole, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | *Attorneys for Plaintiff*<br>*LML Patent Corp.* |
| Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 | *Attorney for Defendants*<br>*Electronic Clearing House, Inc. and*<br>*XpressChex, Inc.* |
| Mark C. Scarsi, Esq.<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | *Attorney for Defendant*<br>*Nova Information Systems, Inc.* |

/s/ Timothy Devlin
Timothy Devlin