## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Defendant, TeleCheck contacted counsel for LML pursuant to District of Delaware Local Rule 7.1.1, and were informed that LML does not consent to this motion.

/s/ *Timothy Devlin*
Timothy Devlin