IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>  Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>  Defendants. | C.A. No. 04-858 (SLR) |

## ORDER

WHEREAS, the Court having considered the Defendants' Motion for Leave to File and Set Briefing Schedule Regarding Defendants' Motion for Summary Judgment of Indefiniteness;

IT IS HEREBY ORDERED this ___ day of December, 2005 that the Motion is GRANTED and that Defendants' Combined Motion for Summary Judgment of Indefiniteness and Brief in Support in the form attached as Tab 1 is accepted as filed and served as of November 30, 2005.

IT IS FURTHER ORDERED, that the briefing schedule shall be as follows:

(a) Defendants' Motion Filed          November 30, 2005

(b) LML's Response Due               December 12, 2005

(c) Defendants' Reply Due             December 14, 2005

IT IS FURTHER ORDERED, that Plaintiff's Response Brief shall be no more than _____ pages, and Defendants Reply Brief be no more than five pages.

_____<br>United States District Judge