IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> **PUBLIC VERSION** |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS'
REPLY BRIEF FOR SUMMARY JUDGMENT OF INVALIDITY**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

*Attorneys for TeleCheck Services, Inc.*

Richard D. Kirk (#922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Attorneys for Nova Information Systems, Inc.*

Collins J. Seitz, Jr. (#2237)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

*Attorneys for Electronic Clearing House, Inc. and XpressChex, Inc.*

Dated: November 23, 2005

Public Version: December 1, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("TeleCheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of Defendants' Reply Brief for Summary Judgment of Invalidity.

3. Attached hereto as Exhibit P is a true and correct copy of excerpts from the deposition testimony of Robert R. Hills taken on Aug. 27, 2005.

4. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the Rebuttal Expert Report of Gary Tinkel Regarding Invalidity dated Sept. 20, 2005.

5. Attached hereto as Exhibit R is a true and correct copy of excerpts from the Supplemental Expert Report of David P. Kurrasch Regarding Invalidity dated Sept. 6, 2005.

6. Attached hereto as Exhibit S is a true and correct copy of excerpts from the Expert Report of David P. Kurrasch Regarding Invalidity dated Aug. 12, 2005.

7. Attached hereto as Exhibit T is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 5,484,988.

8. Attached hereto as Exhibit U is a true and correct copy of excerpts from the deposition testimony of Patrick H. Gaines dated June 24, 2005.

9. Attached hereto as Exhibit V is a true and correct copy of excerpts from the Second Supplement to the Expert Report of David P. Kurrasch Regarding Invalidity dated Sept. 28, 2005.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on November 23, 2005.

                                                              /s/ Timothy Devlin  
                                                             Timothy Devlin (#4241)

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I electronically filed the PUBLIC VERSION OF DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS' REPLY BRIEF FOR SUMMARY JUDGMENT OF INVALIDITY with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

Additionally, I hereby certify that on the 1st day of December, the foregoing document was served via email on the following non-registered participants.

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

/s/ Timothy Devlin
Timothy Devlin