IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>    Defendants. | C.A. 04-858 (SLR)<br><br>**PUBLIC VERSION** |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF TELECHECK'S
REPLY BRIEF FOR SUMMARY JUDGMENT REGARDING
NON-INFRINGEMENT**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070

*Attorneys for TeleCheck Services, Inc.*

Dated: November 23, 2005

Public Version: December 1, 2005

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("TeleCheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of TeleCheck's Reply Brief in Support of its Motion for Summary Judgment Brief Regarding Non-Infringement.

3. Attached hereto as Exhibit Y is a claim chart comparing disclosure of the Higishayama '682 patent to the asserted claims of the '988 patent.

4. Attached hereto as Exhibit Z is a claim chart comparing disclosure of the Carlson '607 patent to the asserted claims of the '988 patent.

5. Attached hereto as Exhibit AA is a true and correct copy of excerpts from the deposition testimony of Kerry Sellen taken on June 17, 2005.

6. Attached hereto as Exhibit BB is a true and correct copy of U.S. Patent No. 5,053,607.

7. Attached hereto as Exhibit CC is a true and correct copy of *IPXL Holdings, L.L.C. v. Amazon.Com, Inc.*, C.A. No. 05-1009,-1487 (Fed. Cir. Nov. 21, 2005).

8. Attached hereto as Exhibit DD is a true and correct copy of excerpts from the deposition testimony of Gary L. Tinkel taken on Sept. 28, 2005.

9. Attached hereto as Exhibit EE is a true and correct copy of excerpts from the deposition testimony of Robert R. Hills taken on Aug. 25, 2005.

10. Attached hereto as Exhibit FF is a true and correct copy of excerpts from LML Patent Corp.'s Objections and Responses to TeleCheck Services Inc.'s First Set of Interrogatories to LML dated Nov. 15, 2004.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on November 23, 2005.

                                                    Timothy Devlin (#4241)

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I electronically filed the PUBLIC VERSION OF DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF TELECHECK'S REPLY BRIEF IN SUPPORT OF TELECHECK'S OPENING SUMMARY JUDGMENT BRIEF REGARDING NON-INFRINGEMENT with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

Additionally, I hereby certify that on the 1st day of December, the foregoing document was served via email on the following non-registered participants.

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

/s/ Timothy Devlin
Timothy Devlin