IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TELECHECK SERVICES, INC.<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and<br>NOVA INFORMATION SYSTEMS, INC.<br><br>　　　　　Defendants. | )<br>)<br>)　Civil Action No.: 04-858-SLR<br>)<br>)<br>)<br>)　**PUBLIC VERSION**<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF
LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 1:
FOR A RULING THAT TELECHECK INFRINGES
CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT**

Originally filed: November 23, 2005
Public version filed: December 1, 2005

　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann #405
　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer #2696
　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS &
　　　　　　　　　　　　　　　　　　　　　WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com
　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　Russell E. Levine, P.C.
　　　　　　　　　　　　　　　　　　　　　Jamie H. McDole
　　　　　　　　　　　　　　　　　　　　　Edward K. Runyan
　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　200 East Randolph Drive
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　(312) 861-2000

　　　　　　　　　　　　　　　　　　　　　*Counsel for LML Patent Corp.*

## DECLARATION OF AARON D. CHARFOOS

I, Aaron D. Charfoos, declare as follows:

1. I am an associate of the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action.

2. Attached hereto as Exhibit A is a true and correct copy of FDC 1393679-82. This document has been designated For Outside Counsel's Eyes' Only by TeleCheck. This document was produced to LML on October 27, 2005, because Special Discovery Master Bechtle found that TeleCheck improperly withheld it as privileged. Based on entries on TeleCheck's privilege log, these are notes from in house counsel Cynthia Somervill for TeleCheck's parent FDC Corp.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 23rd day of November 2005 in Chicago, Illinois.

_____
Aaron D. Charfoos

# EXHIBIT A

# EXHIBIT REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 1: FOR A RULING THAT TELECHECK INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 1st day of December, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Plaintiff LML PATENT CORP.*