IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP. | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 04-858-SLR |
| vs. | ) |
| | ) |
| TELECHECK SERVICES, INC. | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) **PUBLIC VERSION** |
| XPRESSCHEX, INC. and | ) |
| NOVA INFORMATION SYSTEMS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF
LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 2:
FOR A RULING THAT DEFENDANT ECHO INFRINGES
CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT**

Originally filed: November 23, 2005
Public version filed: December 1, 2005

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for LML Patent Corp.*

## DECLARATION OF AARON D. CHARFOOS

I, Aaron D. Charfoos, declare as follows:

1. I am an associate of the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the May 25, 2005, Deposition of Kris Winkler. This document has been designated Outside Counsel's Eyes Only by ECHO.

3. Attached hereto as Exhibit B is a true and correct copy of a series of emails dated August 12, 2005, between counsel for LML and counsel for ECHO.

4. Attached hereto as Exhibit C is a true and correct copy of an email dated August 16, 2005, between counsel for LML and counsel for ECHO.

5. Attached hereto as Exhibit D is a true and correct copy of portions of the Deposition of the September 30, 2005, deposition of Stephen A. Schutze. This document has been designated For Outside Counsel's Eyes Only by ECHO.

6. Attached hereto as Exhibit E is a true and correct copy of a September 23, 2005, letter from Patricia Szabo to Aaron Charfoos.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 23rd day of November 2005 in Chicago, Illinois.

Aaron D. Charfoos

# EXHIBIT A

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT B



"Mark Mizrahi"
<MMizrahi@bjtlaw.com>
08/12/2005 05:02 PM

To "Russell Levine" <rlevine@kirkland.com>

cc "Robert Jacobs" <RJacobs@bjtlaw.com>, "McDole, Jamie" <jmcdole@kirkland.com>

bcc

Subject RE: LML v. Telecheck et al.

Dear Russell:

Please call me re the below exchange. We are considering using an in-house expert on infringement issues and want to make sure that we are not prevented from doing so as a result of LML's designation of the Tinkel report under the Protective Order. I have reviewed the report and have identified NO Outside Counsel Only or Attorney's Eyes Only material from LML or unnamed third parties. Thus, putting our co-defendants' information aside, I need to know whether there is any problem with our showing the report to the in-house expert will disclose any of LML's or some non-party's Attorney's Eyes Only or Outside Counsel Only information and if yes what LML considers to comprise such information. We do not believe that it is an efficient use of time to redact I the 324 page report and have numerous re-redactions. It would be much simpler if LML would identify and/or redact the "problem" material to use as it is most familiar with the report's contents and what it considers to be "problem" material.

Your prompt attention to this matter is requested.

Sincerely,

```
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Phone:1-310-743-1188
Fax:1-310-743-1189
mmizrahi@bjtlaw.com
```

-----Original Message-----
From: Jamie McDole [mailto:jmcdole@kirkland.com]
Sent: Friday, August 12, 2005 1:45 PM
To: Mark Mizrahi; Russell Levine
Cc: Robert Jacobs
Subject: Re: LML v. Telecheck et al.

```
Mark,

There is LML and third party information in the report as well.  While
we have no issue with you disclosing echo information to your client, we
do not agree that you can show any other information to them.  This
information may or may not be contained in Echo's sections.  If you
would like to provide us with a redacted copy that you would like tp
provide to your client, we would be happy to look at your redactions and
let you know if we agree or not.  But a wholesale agreement in this
regard is not possible without knowing exactly what you intend to show
you client.  Otherwise, we maintain our designation of the report.
```

```
----- Original Message -----
From: "Mark Mizrahi" [MMizrahi@bjtlaw.com]
Sent: 08/12/2005 03:38 PM
To: Jamie McDole; Russell Levine
Cc: Robert Jacobs" <RJacobs@bjtlaw.com>
Subject: LML v. Telecheck et al.
```

Dear Russell and Jamie:

    We received Mr. Tinkel's expert report via email. We note that it is marked OUTSIDE COUNSEL ONLY under the Protective Order. We presume that it bears this designation to protect against disclosure of each of the defendant's information to other parties, but not because any of the information contained in the report discloses LML's proprietary information. Thus, as to those portions of the report that relate to ECHO, we intend to show it to ECHO personnel.

Please inform me immediately if my understanding is incorrect or whether you otherwise have any objection to my doing as indicated above.

Sincerely,

```
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
```
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
```
Phone:1-310-743-1188
Fax:1-310-743-1189
mmizrahi@bjtlaw.com
```

****************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
****************************************************

# EXHIBIT C



"Don Min" &lt;DMin@bjtlaw.com&gt;
08/16/2005 05:17 PM

To "Jamie McDole \(E-mail\)" &lt;jmcdole@kirkland.com&gt;
cc "Mark Mizrahi" &lt;MMizrahi@bjtlaw.com&gt;, "Robert Jacobs" &lt;RJacobs@bjtlaw.com&gt;
bcc
Subject Redacted expert report 1 of 4

Dear Jamie:

Please find attached a redacted version of Gary Tinkel's Expert Report for your review. Due to the size of the document, I'll be sending it to you in 4 separate messages.

In sum, we've removed all non-ECHO references and third party confidential information. Also, full pages containing the same have been removed in their entirety.

We seek to provide Mr. Winckler with the attached version at the end of the day tomorrow. Accordingly, please review and provide us with your comments, if any, by 5 p.m. tomorrow (Chicago time). If we do not hear back from you by then, we will proceed to send the attached report to Mr. Winckler.

Thank you for your anticipated cooperation.

Sincerely,
&lt;&lt;Expert Report of Gary Tinkel Part 1.pdf&gt;&gt;

Don H. Min, Esq.
*Patent Attorney*
**BELASCO JACOBS & TOWNSLEY, LLP**
Howard Hughes Center
6100 Center Drive
Suite 630
Los Angeles, CA 90045
Phone (310) 743-1188
Fax   (310) 743-1189
&lt;http://www.bjtlaw.com&gt;

This e-mail transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender immediately by return e-mail and then delete this transaction.



Expert Report of Gary Tinkel Part 1.pdf

# EXHIBIT D

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT E



## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>CENTURY CITY<br>HONG KONG<br>IRVINE SPECTRUM<br>LONDON<br>NEWPORT BEACH | 400 South Hope Street<br>Los Angeles, California 90071-2899<br>TELEPHONE (213) 430-6000<br>FACSIMILE (213) 430-6407<br>www.omm.com | NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>TOKYO<br>WASHINGTON, D.C. |

September 23, 2005

OUR FILE NUMBER
882,614-5

**VIA EMAIL AND OVERNIGHT COURIER**

WRITER'S DIRECT DIAL
(213) 430-8306

Aaron D. Charfoos, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

WRITER'S E-MAIL ADDRESS
pszabo@omm.com

Re:  *LML Patent Corp. v. TeleCheck Services Inc., et al.*
     *Civil Action No. 04-858 SLR (D. Del)*

Dear Mr. Charfoos:

Pursuant to the agreement of July 2004, please find enclosed the documents that we agreed to produce relating to expert reports.

Please call me if you have any questions.

Sincerely,

Patricia Szabo
Paralegal

PS:obl

LA2:776103.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 2: FOR A RULING THAT DEFENDANT ECHO INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 1st day of December, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

_____*/s/ Mary B. Matterer*_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Plaintiff LML PATENT CORP.*