IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.<br><br>       Plaintiff,<br>vs.<br><br>TELECHECK SERVICES, INC.<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and<br>NOVA INFORMATION SYSTEMS, INC.<br><br>       Defendants. | )<br>)<br>)  Civil Action No.: 04-858-SLR<br>)<br>)<br>)<br>)  PUBLIC VERSION<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF
LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 3:
FOR A RULING THAT DEFENDANT NOVA INFRINGES
CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT**

Originally filed: November 23, 2005
Public version filed: December 1, 2005

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Counsel for LML Patent Corp.*

## DECLARATION OF AARON D. CHARFOOS

I, Aaron D. Charfoos, declare as follows:

1. I am an associate of the law firm of Kirkland & Ellis LLP, and counsel for plaintiff LML Patent Corp. ("LML"). I am a member in good standing of the bar of the state of Illinois, and I am admitted to practice *pro hac vice* in the United States District Court for the District of Delaware for this case. The facts set forth below are known to me personally and I could competently testify hereto if called as a witness in this action.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the September 30, 2005, deposition of Stephen Schutze. This document has been designated Outside Counsel's Eyes' Only by Nova.

3. Attached hereto as Exhibit B is a true and correct copy of A September 23, 2005, letter from Patricia Szabo to Aaron Charfoos.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 23rd day of November 2005 in Chicago, Illinois.

Aaron D. Charfoos

# EXHIBIT A

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT B



## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>CENTURY CITY<br>HONG KONG<br>IRVINE SPECTRUM<br>LONDON<br>NEWPORT BEACH | 400 South Hope Street<br>Los Angeles, California 90071-2899<br>TELEPHONE (213) 430-6000<br>FACSIMILE (213) 430-6407<br>www.omm.com | NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>TOKYO<br>WASHINGTON, D.C. |

September 23, 2005

OUR FILE NUMBER
882,614-5

**VIA EMAIL AND OVERNIGHT COURIER**

WRITER'S DIRECT DIAL
(213) 430-8306

Aaron D. Charfoos, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

WRITER'S E-MAIL ADDRESS
pszabo@omm.com

Re:   *LML Patent Corp. v. TeleCheck Services Inc., et al.*
      *Civil Action No. 04-858 SLR (D. Del)*

Dear Mr. Charfoos:

Pursuant to the agreement of July 2004, please find enclosed the documents that we agreed to produce relating to expert reports.

Please call me if you have any questions.

Sincerely,

Patricia Szabo
Paralegal

PS:obl

LA2:776103.2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2005, I electronically filed the foregoing document, **PUBLIC VERSION OF DECLARATION OF AARON D. CHARFOOS IN SUPPORT OF LML'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT NO. 3: FOR A RULING THAT DEFENDANT NOVA INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11 AND 16 OF THE '988 PATENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 1st day of December, 2005, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Plaintiff LML PATENT CORP.*