## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LML PATENT CORP.,                          )
                                           )
    Plaintiff,                         )
                                           )
v.                                         )   Civil Action No. 04-858-SLR
                                           )
TELECHECK SERVICES, INC.,                  )
ELECTRONIC CLEARING HOUSE, INC.,           )
XPRESSCHEX, INC., and                      )
NOVA INFORMATION SYSTEMS, INC.,            )
                                           )
    Defendants.                        )

## NOTICE OF SERVICE

I hereby certify that on December 7, 2005, a true and correct copy of **DEFENDANTS ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 1-5) AND DEFENDANTS ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFFS THIRD SET OF INTERROGATORIES (NOS. 12 AND 14)** were served upon the following attorneys of record as indicated:

**VIA U.S. MAIL**
William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**VIA U.S. MAIL**
Richard K. Herrmann, Esquire
Morris James Hitchens Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**VIA U.S. MAIL**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

**VIA U.S. MAIL**
Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

426846_1

**VIA U.S. MAIL**
Russell Levine, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Dated: December 13, 2005

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendants Xpresschex, Inc.
and Electronic Clearing House, Inc.*

OF COUNSEL:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
BELASCO JACOBS & TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
(310) 743-1188

426846_1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on December 13, 2005, I electronically filed **NOTICE OF SERVICE OF DEFENDANTS ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 1-5) AND DEFENDANTS ELECTRONIC CLEARING HOUSE, INC. AND XPRESSCHEX, INC.'S FURTHER SUPPLEMENTAL RESPONSES TO PLAINTIFFS THIRD SET OF INTERROGATORIES (NOS. 12 AND 14)** with the Clerk of Court using CM/ECF which will send notification and we will hand deliver such filing to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens
  & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on December 13, 2005, I have mailed by U.S. Postal Service, the document to the following non-registered participants.

Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

426846_1

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendants Xpresschex, Inc. and
Electronic Clearing House, Inc.*