IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC.,<br><br>Defendants. | C.A. 04-858 (SLR) |

**DECLARATION OF DAVID P. KURRASCH IN SUPPORT OF:**

**DEFENDANTS' RESPONSE TO LML'S MOTION FOR SUMMARY JUDGMENT NO. 4: FOR A RULING THAT CLAIMS 1, 2, 4-6, 9-11, 14, 16 AND 18 OF THE '988 PATENT ARE NOT ANTICIPATED;**

**TELECHECK'S RESPONSE TO LML'S MOTION FOR SUMMARY JUDGMENT NO. 1: FOR A RULING THAT TELECHECK INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, AND 16 OF THE '988 PATENT;**

**DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO LML'S MOTION FOR SUMMARY JUDGMENT NO. 5: FOR A RULING THAT CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, 14, 16 AND 18 OF THE '988 PATENT ARE NOT INVALID UNDER 35 U.S.C. §§ 112 AND 132; AND**

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

William J. Marsden (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

*Attorneys for TeleCheck Services, Inc*

Collins J. Seitz, Jr. (#2237)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

*Attorney for Electronic Clearing House, Inc. and XpressChex, Inc.*

Richard D. Kirk. (#922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Attorney for Nova Information Systems, Inc.*

Dated: December 16, 2005

I, DAVID P. KURRASCH, declare as follows:

1. My name is David P. Kurrasch and I am the President of Global Payment Advisors, Inc. ("GPA") in Alameda, California. I have been retained as an expert in this action by Defendants TeleCheck Services, Inc. ("TeleCheck"), Electronic Clearing House, Inc. ("ECHO"), XpressChex, Inc. ("XpressChex") and Nova Information Systems, Inc. ("Nova") (collectively, "Defendants"). I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2. I hereby incorporate by reference the excerpts of my expert reports attached as Ex. 1 to D.I. 441; Exs. N, O and P to D.I. 433; Ex. 1 to D.I. 439 and Exs. R, S and V to D.I. 484

3. I believe the statements made in the incorporated report excerpts are true and correct, and I am prepared to testify regarding their subject matter, if asked to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in Alameda, California on this 15th day of December, 2005.

_____
David P. Kurrasch

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2005, I electronically filed with the Clerk of Court DECLARATION OF DAVID P. KURRASCH IN SUPPORT OF DEFENDANTS' RESPONSE TO LML'S MOTION FOR SUMMARY JUDGMENT NO. 4: FOR A RULING THAT CLAIMS 1, 2, 4-6, 9-11, 14, 16 AND 18 OF THE '988 PATENT ARE NOT ANTICIPATED AND IN SUPPORT OF TELECHECK'S RESPONSE TO LML'S MOTION FOR SUMMARY JUDGMENT NO. 1: FOR A RULING THAT TELECHECK INFRINGES CLAIMS 1, 2, 4, 5, 6, 9, 10, 11, AND 16 OF THE '988 PATENT using CM/ECF, which will send electronic notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

Richard K. Herrmann Esq.  
Mary B. Matterer, Esq.  
Morris James Hitchens & Williams  
PNC Bank Center  
222 Delaware Avenue, 10th Floor  
P.O. Box 2306  
Wilmington, DE 19899-2306

*Attorneys for Plaintiff*  
*LML Patent Corp.*

I hereby certify that on December 16, 2005, I have sent via e-mail and first class mail the document(s) to the following non-registered participant:

Russell Levine, P.C.  
Jamie McDole, Esq.  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, IL 60601

*Attorneys for Plaintiff*  
*LML Patent Corp.*

Robert Jacobs, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA 90045

*Attorney for Defendants*  
*Electronic Clearing House, Inc. and*  
*XpressChex, Inc.*

Mark C. Scarsi, Esq.  
O'Melveny & Myers LLP  
400 S Hope Street  
Los Angeles, CA 90071

*Attorney for Defendant*  
*Nova Information Systems, Inc.*

/s/ Tara D. Elliott  
Tara D. Elliott