# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

December 16, 2005

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: *LML Patent Corp. v. TeleCheck Services, Inc., et al.*
    USDC-D. Del. - C.A. 04-858 (SLR)

Dear Chief Judge Robinson:

In D.I. Nos. 427 and 497, related to issues of summary judgment in the above-referenced action, Plaintiff LML raises an issue regarding the presentation of expert evidence. Although we do not believe it is necessary under *Mash v. Xerox Corp.*, 2000 WL 1728250 (D. Del.), we attach herewith a Declaration of David P. Kurrasch, placing the excerpts of his expert reports, attached to D.I. Nos., 433, 439, 441, 484, in affidavit form.

Respectfully,

*/s/ Tara D. Elliott*

Tara D. Elliott

80028892.doc


cc: Richard K. Herrmann Esq.
    Richard D. Kirk, Esq.
    Collins J. Seitz, Jr., Esq.
    Jamie McDole, Esq.
    Mark Mizrahi, Esq.
    Mark C. Scarsi, Esq.