**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LML PATENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC., | ) |
| ELECTRONIC CLEARING HOUSE, INC., | ) |
| XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the October 22, 2004 Scheduling Order is amended as follows:

2(f):  Fact Witnesses to be called at trial:

> On or before January 31, 2006, each party shall serve on the other parties a revised list of each fact witness (including any expert witness who is also expected to give fact testimony) -- who has previously been disclosed during discovery -- that it intends to call at trial.  The parties shall have the right to depose any such fact witnesses who have not previously been deposed in this case. Such deposition(s) shall be held on or before February 28, 2006 and shall be limited to twenty (20) hours per side in the aggregate unless extended by agreement of the parties or upon order of the Court upon good cause shown.

All other deadlines as set forth in the Court's October 22, 2004 Scheduling Order shall remain in full force and effect.

- 2 -

| | |
|---|---|
|   /s/ Richard K. Herrmann<br>Richard K. Herrmann (I.D. No. 405)<br>Mary B. Matterer  (I.D. No. 2696)<br>MORRIS JAMES HITCHENS<br>& WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19801<br>302.888.6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Counsel for Plaintiff*<br>*LML Patent Corp.* |   /s/ Sean Hayes<br>William J. Marsden, Jr. (I.D. No. 2247)<br>Sean Hayes (I.D. No. 4413)<br>FISH & RICHARDSON<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>302.652.5070<br>marsden@fr.com<br>hayes@fr.com<br><br>*Counsel for Defendant*<br>*TeleCheck Services, Inc.* |
| |   /s/ Frank DiGiovanni<br>Francis DiGiovanni (I.D. No. 3189)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, Delaware 19801<br>302.658.9141<br>fdigiovanni@cblh.com<br><br>*Counsel for Defendants*<br>*Electronic Clearing House, Inc.*<br>*and Xpresschex, Inc.* |
| |   /s/ Thomas H. Kovach<br>Richard D. Kirk (I.D. No. 922)<br>Thomas H. Kovach (I.D. No. 3964)<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>302.429.4208<br>rkirk@bayardfirm.com<br><br>*Counsel for Defendant*<br>*NOVA Information Systems, Inc.* |

     **SO ORDERED** this _____ day of _____, 2005.

                                                     Judge Sue L. Robinson