## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC. and | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 5th day of January, 2005, copies of the following

document, **LML PATENT CORP.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS**

**TO TELECHECK SERVICES, INC.'S INTERROGATORY NOS. 7 AND 17**, was served

on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Conolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

**VIA EMAIL AND FEDERAL EXPRESS**
Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Facsmile: (310) 743-1189

Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Facsimile: (213) 430-6407

Dated: January 5, 2006

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LML PATENT CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2006, I electronically filed the

foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE 19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE 19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE 19801  

Additionally, I hereby certify that on the 5th day of January, 2006, the foregoing

document was served via email and via federal express on the following non-registered

participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Don H. Min, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA 90045  
310.743.1188  

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA 90071  
213.430.6000  

Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
MORRIS, JAMES, HITCHENS & WILLIAMS LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, Delaware 19801  
(302) 888-6800  
rherrmann@morrisjames.com  

Attorneys for Plaintiff  
LML PATENT CORP.