# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-858-SLR |
| vs. | ) | |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC. and | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF LML PATENT CORP.'S MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL CLAIM CONSTRUCTION LETTER TO THIS COURT

LML moves to strike Defendants' letter of January 10, 2006, to this Court (D.I. #541). Defendants' letter represents the third time Defendants have sent correspondence to the Court (March 4, 2005, December 16, 2005, and January 10, 2006) even though no such correspondence is permitted. In doing so, Defendants submit additional substantive legal argument to support an argument Defendants made during the Markman hearing. Such additional substantive legal arguments are untimely. Therefore, Defendants' letter should be stricken. To the extent this Court is inclined to receive it, LML respectfully requests the opportunity to substantively respond.

_____*/s/ Richard K. Herrmann*_____
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Aaron D. Charfoos
Edward K. Runyan
Lesley G. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Plaintiff LML Patent Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of January, 2006, I electronically filed the foregoing document, **PLAINTIFF LML PATENT CORP.'S MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL CLAIM CONSTRUCTION LETTER TO THIS COURT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 16th day of January, 2006, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

            */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
**rherrmann@morrisjames.com**

*Counsel for Plaintiff LML PATENT CORP.*

-3-