IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) <br><br> **PUBLIC VERSION** |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS'
RESPONSE TO STRIKE THE THIRD SUPPLEMENT
TO THE EXPERT REPORT OF DAVID P. KURRASCH
REGARDING NON-INFRINGEMENT AND INVALIDITY**

William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

*Attorneys for TeleCheck Services, Inc.*

Richard D. Kirk (#922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Attorneys for Nova Information Systems, Inc.*

Francis DiGiovanni (#3189)
Kevin Baird (#4219)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

*Attorneys for Electronic Clearing House, Inc. and XpressChex, Inc.*

Dated: January 10, 2006

Public Version filed: January 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, a true and correct copy of the DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO STRIKE THE THIRD SUPPLEMENT TO THE EXPERT REPORT OF DAVID P. KURRASCH REPORT REGARDING NON-INFRINGEMENT AND INVALIDITY was caused to be served on the attorneys of record at the following addresses as indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

**BY EMAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601


  /s/ Timothy Devlin
Timothy Devlin (#4241)

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Defendant TeleCheck Services, Inc. ("TeleCheck") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below:

2. I submit this declaration in support of Defendants' Response to LML Patent Corp.'s Motion to Strike the Third Supplement to the Expert Report of David P. Kurrasch Regarding Non-Infringement and Invalidity.

3. Attached as Exhibit 1 is a true and correct copy of the Joint Proposed Claim Construction Statement dated Oct. 7, 2005.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the Expert Report of David P. Kurrasch Regarding Invalidity dated Aug. 12, 2005.

5. Attached as Exhibit 3 is a true and correct copy of the Supplement to the Expert Report of David P. Kurrasch Regarding the Issues of Non-Infringement and Invalidity dated Dec. 16, 2005.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on January 10, 2006.

                                              /s/ Timothy Devlin
                                              Timothy Devlin (#4241)

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, a true and correct copy of the DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO STRIKE THE THIRD SUPPLEMENT TO THE EXPERT REPORT OF DAVID P. KURRASCH REPORT REGARDING NON-INFRINGEMENT AND INVALIDITY was caused to be served on the attorneys of record at the following addresses as indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

**BY EMAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

　　　　　　　　　　　　　　　/s/ Timothy Devlin
　　　　　　　　　　　　　　Timothy Devlin (#4241)