IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br>    Plaintiff, <br><br>    v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br>    Defendants. | C.A. No. 04-858 (SLR) |

## DEFENDANTS' RESPONSE TO LML PATENT CORP.'S MOTION TO STRIKE

Defendants hereby respond to Plaintiff's Motion to Strike (D.I. 545) Defendants' January 10, 2006 letter to the Court (D.I. 541). Because Defendants' letter was sent in response to a request by *the Court*, the motion is frivolous and should be denied. During the *Markman* hearing, the Court expressed concern that jurors in this case might not know what a "negotiable instrument" is and asked the Defendants to propose alternative language that expressed the same concept:

> "I would appreciate your thoughts on whether there's any other way of explaining it of without making it basically a legal argument."

(D.I. 536 at 57.)

Defendants' letter merely memorialized and made clear in writing the proposal Mr. Marsden offered orally at the hearing in response to the Court's request (*id*. at 96) and confirmed that the language proposed by Mr. Marsden is acceptable to all defendants. Accordingly, the Motion to Strike should be denied.

Dated: January 30, 2006

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (I.D. No. 2247)
Timothy Devlin (I.D. No. 4241)
Tara D. Elliott (I.D. No. 4483)
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
302.652.5070
marsden@fr.com
hayes@fr.com

*Counsel for Defendant*
*TeleCheck Services, Inc.*


/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

*Counsel for Defendants*
*Electronic Clearing House, Inc.*
*and Xpresschex, Inc.*


/s/ *Richard D. Kirk*
Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
302.429.4208
rkirk@bayardfirm.com

*Counsel for Defendant*
*NOVA Information Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I electronically filed with the Clerk of Court **DEFENDANTS' RESPONSE TO LML PATENT CORP.'S MOTION TO STRIKE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899

**BY HAND DELIVERY**
Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

**BY HAND DELIVERY**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I hereby certify that on January 30, 2006, I have served via electronic mail and by United States Postal Service, the document(s) to the following non-registered participants:

**BY EMAIL AND FIRST CLASS MAIL**
Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

**BY EMAIL AND FIRST CLASS MAIL**
Russell E. Levine, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

**BY EMAIL AND FIRST CLASS MAIL**
Mark C. Scarsi, Esq.
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80029599.doc