**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.   04-858-SLR |
| vs. | ) | |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC. AND | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF LML PATENT CORP.'S REPLY TO ITS
MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL CLAIM
CONSTRUCTION LETTER TO THIS COURT**

At the Markman hearing, this Court did not ask for supplemental briefing or for further written submissions from the parties on the claim element "without using the check as a negotiable instrument." At that hearing, this Court simply asked a question and counsel for TeleCheck, William Marsden, responded by providing a "construction acceptable to the Defendants." (D.I. 536 at 95-96). At the beginning of the hearing, Mr. Marsden made clear that he was speaking for all Defendants on this element. (*Id.* at 5). Moreover, counsel for the other co-Defendants were present in open court and if they had a different view than counsel for TeleCheck, they could have, and should have, expressed it at that time. Thus, Defendants January 10, 2006, letter, purporting to memorialize and confirm Defendants' position, was not requested by the Court and is both improper and unnecessary. Indeed, the transcript does not contain any request for a written submission by the Defendants.

Contrary to the position taken in Defendants' Response to LML's Motion to Strike, Defendants' letter to the Court also contains more than a mere "memorialization" and "confirmation." It contains additional legal argument. For example, Defendants argue that a "negotiable instrument is, namely, a check that is filled out and signed." (January 10, 2006, Letter from Marsden to this Court). This is a legal argument that seeks to add additional interpretations of not only the patent at issue, but also the Uniform Commercial Code.

LML moves this Court to strike Defendants' letter. In the alternative, LML seeks leave to respond to the legal arguments in Defendants' letter. For example, LML would like the opportunity to demonstrate how the specification of the '988 Patent supports a construction of the element "without using the bank check as a negotiable instrument" regardless of whether the check is filled out and signed.

This motion does not deal with an insignificant issue. This Court's Orders prohibit letters to this Court. Counsel appearing before Your Honor in this and other matters take these admonitions seriously. A ruling permitting an unsolicited communication will set a new standard for the parties to follow in the future. Anything less will create an unleveled playing field with different rules for different parties. For all of the foregoing reasons, LML respectfully requests that this Court grant its Motion to Strike.

Dated: February 1, 2006

    */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Aaron D. Charfoos
Edward K. Runyan
Lesley G. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312.861.2000

*Counsel for Plaintiff*
*LML Patent Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2006, I electronically filed the foregoing document, **PLAINTIFF LML PATENT CORP.'S REPLY TO ITS MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL CLAIM CONSTRUCTION LETTER TO THIS COURT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.  
Francis DiGiovanni, Esq.  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
Wilmington, DE  19801  

William J. Marsden, Jr., Esq.  
Timothy Devlin, Esq.  
Fish & Richardson, P.C.  
919 North Market Street, Suite 1100  
Wilmington, DE  19801  

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue, 9th Floor  
Wilmington, DE  19801  

Additionally, I hereby certify that on the 1st day of February, 2006, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.  
Mark B. Mizrahi, Esq.  
Belasco Jacobs & Townsley, LLP  
Howard Hughes Center  
6100 Center Drive, Suite 630  
Los Angeles, CA  90045  

Mark C. Scarsi, Esq.  
Vision L. Winter, Esq.  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071  

　　　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann　　  
　　　　　　　　　　　　　　Richard K. Herrmann (#405)  
　　　　　　　　　　　　　　Mary B. Matterer (#2696)  
　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS  
　　　　　　　　　　　　　　& WILLIAMS LLP  
　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor  
　　　　　　　　　　　　　　Wilmington, Delaware 19801  
　　　　　　　　　　　　　　(302) 888-6800  
　　　　　　　　　　　　　　**rherrmann@morrisjames.com**

　　　　　　　　　　　　　　*Counsel for Plaintiff LML PATENT CORP.*