IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-858 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC. AND | ) | |
| NOVA INFORMATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF LML PATENT CORP.'S RESPONSE TO ECHO'S REQUEST FOR
ONE WEEK CONTINUANCE OF TRIAL, OR IN THE ALTERNATIVE,
ACCOMMODATION DUE TO SCHEDULING CONFLICT**

As an initial matter, LML agrees that an accommodation should be made in order to allow ECHO's counsel, any other traditionally observant Jewish counsel, and any such jurors, to observe the Passover holiday. However, LML believes that the selection of the exact date to start trial within the two week period currently set aside for the trial, or any decision not to hold trial on the last two days of Passover (Wednesday and Thursday, April 19th and 20th), should be done at the March 21, 2006 Pre-Trial Conference.

Although LML believes it would be best to address the issues raised by ECHO's motion at the Pre-Trial Conference, LML does have a view at this time as to the best solution to the scheduling conflict. LML believes that trial can be completed in five trial days or less, not the originally scheduled ten, regardless of whether this Court bifurcates liability from the other issues in this case. Indeed, since the Scheduling Order was entered, the defendants have dropped various defenses and LML has dropped two of three patents-in-suit. LML also has narrowed the

number of asserted claims from the remaining patents-in-suit. The summary judgment and Daubert motions currently pending before the Court may also further narrow the issues and/or limit the evidence presented at trial. Thus, by conducting the trial during the second week of the two-week period currently set aside for trial, we would avoid any scheduling conflicts associated with the Passover holiday.

For all of these reasons, LML respectfully requests that this Court defer ruling on ECHO's motion until the Pre-Trial Conference when all of the parties will have a clearer understanding of the issues that will need to be raised at trial. If the Court decides to resolve this issue now, LML respectfully suggests that the Court accommodate counsel's schedule by starting the trial on what would have been the second Monday of trial, Monday, April 24, 2006, and ending the trial no later than the originally scheduled end date of Friday, April 28, 2006.

  /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
312.861.2000

*Counsel for Plaintiff*
*LML Patent Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2006, I electronically filed the foregoing document, **PLAINTIFF LML PATENT CORP.'S RESPONSE TO ECHO'S REQUEST FOR ONE WEEK CONTINUANCE OF TRIAL, OR IN THE ALTERNATIVE, ACCOMMODATION DUE TO SCHEDULING CONFLICT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Collins J. Seitz, Jr., Esq.
Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

William J. Marsden, Jr., Esq.
Timothy Devlin, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 2nd day of February, 2006, the foregoing document was served via email on the following non-registered participants:

Robert Jacobs, Esq.
Mark B. Mizrahi, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA  90045

Mark C. Scarsi, Esq.
Vision L. Winter, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

  /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

**Counsel for Plaintiff LML PATENT CORP.**