**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S.COURTHOUSE
WILMINGTON, DELAWARE 19801

February 2, 2006

Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Francis DiGiovanni, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Re: <u>LML Patent Corporation v. Telecheck Services, et al., Civ. No. 04-858-SLR</u>

Dear Counsel:

The information provided below is in response to the request by defendant Electronic Clearing House, Inc. to continue the commencement of trial in the above referenced case for one week, or to otherwise accommodate a scheduling conflict for one of defendant's trial counsel. (D.I. 549) Although I will certainly try to accommodate defendant's request, I cannot do so now for the reasons that follow.

    Trial in this case is scheduled to commence on April 17, 2006. As is my practice, this trial is double-booked with another patent trial. Neither case has settled; counsel in both cases have filed substantial summary judgment motions that may, or may not, be case or issue dispositive. In addition to these two patent trials, on April 27 and 28, I am supposed to attend the Conference for Chief United States District Judges and, on May 1 and 2, I am supposed to attend the Third Circuit Judicial Conference. On May 3, I am scheduled to start yet another patent case involving 7 patents, which case is double-booked for trial with other cases starting the week of May 8.

    Needless to say, until I decide the summary judgment motions in each case and determine what issues remain for litigation, I cannot tell you how I will be able to accommodate Mr. Mizrahi's scheduling conflict. For your edification, however, I will tell you that I have at least 6 trial days free on August 7 to August 14, 2006, in the event the parties can agree to reschedule this trial to then. Otherwise, you will have to wait for my decisions to issue in this and the other cases before I can respond substantively to the request to continue or accommodate.

                                      Cordially,

                                      Sue L. Robinson