IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

## DEFENDANTS' MOTION TO BIFURCATE
## WILLFULNESS AND DAMAGES FROM LIABILITY

Defendants hereby move to bifurcate the issues of willfulness and damages from the issue of liability for purposes of trial. For the reasons set forth in the opening brief filed contemporaneously herewith.

*/s/ Francis DiGiovanni*
Francis DiGiovanni (I.D. No. 3189)
CONNOLLY BOVE LODGE
  & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

*Counsel for Defendants*
*Electronic Clearing House, Inc.*
*and Xpresschex, Inc.*

 */s/ Stamatios Stamoulis*
William J. Marsden, Jr. (I.D. No. 2247)
Timothy Devlin (I.D. No. 4241)
Stamatios Stamoulis (I.D. No. 4606)
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
302.652.5070
marsden@fr.com

*Counsel for Defendant*
*TeleCheck Services, Inc.*

 */s/ Richard D. Kirk*
Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
302.429.4208
rkirk@bayardfirm.com

*Counsel for Defendant*
*NOVA Information Systems, Inc.*

Dated:  February 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed DEFENDANTS' MOTION TO BIFURCATE WILLFULNESS AND DAMAGES FROM LIABILITY with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| **BY HAND**<br>Richard K. Herrmann Esq.<br>Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams<br>PNC Bank Center<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19899-2306 | Attorneys for Plaintiff<br>LML Patent Corp. |
| **BY HAND**<br>Francis DiGiovanni<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | Attorneys for Defendants<br>Electronic Clearing House, Inc. and<br>Xpress Check, Inc. |
| **BY HAND**<br>Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Attorney for Defendants<br>Nova Information Systems, Inc. |

I hereby certify that on February 7, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Russell Levine, Esq.<br>Christian C. Taylor<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601<br><br>Mark C. Scarsi<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA 90071 | Robert Jacobs, Esq.<br>Belasco Jacobs & Townsley, LLP<br>Howard Hughes Center<br>6100 Center Drive, Suite 630<br>Los Angeles, CA 90045 |

    /s/ Stamatios Stamoulis
Stamatios Stamoulis  (stamoulis@fr.com)

80026726.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that Defendants' having filed a Motion To Bifurcate Willfulness And Damages From Liability, and the Court having considered the briefing on this motion, the motion is GRANTED.

_____
Honorable Sue L. Robinson