# EXHIBIT A

```
                                                                    1

  1                IN THE UNITED STATES DISTRICT COURT

  2                IN AND FOR THE DISTRICT OF DELAWARE

  3                            - - -

  4   TENNECO AUTOMOTIVE            :    CIVIL ACTION
      OPERATING CO., INC.,          :
  5                                 :
                Plaintiff           :
  6                                 :
           vs.                      :
  7                                 :
      VISTEON CORPORATION,          :
  8                                 :
                Defendant           :    NO. 03-1030 (SLR)
  9
                                - - -
 10
                                    Wilmington, Delaware
 11                                 Thursday, June 30, 2005
                                    4:50 o'clock, p.m.
 12
                                - - -
 13
      BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
 14
                                - - -
 15

 16   APPEARANCES:

 17             CONNOLLY, BOVE, LODGE & HUTZ LLP
                BY:  FRANCIS DiGIOVANNI, ESQ.
 18

 19                        -and-

 20

 21

 22

 23                                 Valerie J. Gunning
                                    Official Court Reporter
 24

 25
```

P R O C E E D I N G S

(Proceedings commenced in the courtroom, beginning at 4:50 p.m.)

THE COURT: I have a list of issues that we need to talk about. We've given you a proposed trial schedule. The trial schedule does not -- essentially, I've bifurcated damages and willfulness. Also, the bench issues that I believe we still have left to determine. This is simply for infringement and validity. That's the time I have to give you at this point, so I believe that that is sufficient time for those issues.

We have to decide what we're going to do with the bench issues, which need to be decided and briefed consistent with the trial and post-trial briefing, so that we have one record to send up to the Federal Circuit.

There's the issue of ownership. I'm not exactly sure why after all this time we're still talking about it, but that needs to be resolved. I decline to go forward with a trial when the ownership of the patent is still in dispute. So we have to figure out what we're doing about that.