IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-858 SLR |
| ) | |
| TELECHECK SERVICES, INC., ) | |
| ELECTRONIC CLEARING HOUSE, INC., ) | |
| XPRESSCHEX, INC. and ) | |
| NOVA INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**LML'S RESPONSE TO DEFENDANTS' MOTION TO
BIFURCATE WILLFULNESS AND DAMAGES FROM LIABILITY**

As this Court recently stated, the parties "have filed substantial summary judgment motions that may, or may not, be case or issue dispositive." (D.I. 553 at 2)  Until these motions are decided, it is not yet "determine[d] what issues remain for litigation." (*Id.* at 2)  This case has not been declared by the Court or the parties as "Complex Litigation."  It is no more complex than many of the patent cases filed and tried in this District.  Bifurcation is not necessary or required.  Moreover, resolution of the pending motions may result in narrowing the liability issues considerably.  Indeed, resolution of the pending motions could result in damages and willfulness being the only issues that remain for trial.  For example, currently pending are LML's motions for summary judgment of infringement against each defendant (D.I. 312, 315, 318) and a motion for summary judgment of no anticipation (D.I. 321).  Also pending is LML's *Daubert* motion seeking to preclude Defendants' expert from offering opinions on the obviousness defense (D.I. 333).  If these motions are granted, the only issues left for the jury will be willfulness and damages, thereby rendering moot Defendants' motion to bifurcate.

2

Thus, Defendants' Motion to Bifurcate Willfulness and Damages from Liability should be denied. At the very least, the motion is premature, and should be deferred until the Pretrial Conference.

Dated: February 10, 2006

    /s/ Richard K. Herrmann
Richard K. Herrmann #405
Mary B. Matterer #2696
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Russell E. Levine, P.C.
Jamie H. McDole
Edward K. Runyan
Aaron D. Charfoos
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorneys for LML Patent Corp.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2006, I electronically filed the foregoing document, **LML'S RESPONSE TO DEFENDANTS' MOTION TO BIFURCATE WILLFULNESS AND DAMAGES FROM LIABILITY**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Collins J. Seitz, Jr., Esq. | William J. Marsden, Jr., Esq. |
| Francis DiGiovanni, Esq. | Timothy Devlin, Esq. |
| Connolly Bove Lodge & Hutz LLP | Fish & Richardson, P.C. |
| 1007 North Orange Street | 919 North Market Street, Suite 1100 |
| Wilmington, DE  19801 | Wilmington, DE  19801 |

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 10th day of February, 2006, the foregoing document was served via email on the following non-registered participants:

| | |
|---|---|
| Robert Jacobs, Esq. | Mark C. Scarsi, Esq. |
| Mark B. Mizrahi, Esq. | Vision L. Winter, Esq. |
| Belasco Jacobs & Townsley, LLP | O'Melveny & Myers LLP |
| Howard Hughes Center | 400 South Hope Street |
| 6100 Center Drive, Suite 630 | Los Angeles, CA  90071 |
| Los Angeles, CA  90045 | |

         */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

*Counsel for Plaintiff LML PATENT CORP.*