IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>      Plaintiff,<br><br>      v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and NOVA<br>INFORMATION SYSTEMS, INC.,<br><br>      Defendants. | C.A. 04-858 (SLR) |

**REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO
BIFURCATE WILLFULNESS AND DAMAGES FROM LIABILITY**

Francis DiGiovanni (I.D. No. 3189)
CONNOLLY BOVE LODGE
  & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

*Counsel for Defendants
Electronic Clearing House, Inc.
and Xpresschex, Inc.*

William J. Marsden, Jr. (I.D. No. 2247)
Timothy Devlin (I.D. No. 4241)
Stamatios Stamoulis (I.D. No. 4606)
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
302.652.5070
marsden@fr.com

*Counsel for Defendant
TeleCheck Services, Inc.*

Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
302.429.4208
rkirk@bayardfirm.com

*Counsel for Defendant
NOVA Information Systems, Inc.*

Dated:  February 17, 2006

LML's Response to Defendants' Motion for Bifurcation, by simply arguing the motion is premature until the Court rules on the pending summary judgment motions, tacitly concedes that bifurcation may be warranted in light of the existing claims and defenses at issue. This is particularly true given the recent communications with the Court regarding possible adjustments to the trial schedule that may limit available trial days. Defendants believe that any shortened time period will heighten the need for bifurcation, given the number of parties and accused services at issue.

LML's argument that Defendants' Motion is premature is also wrong as a matter of procedure and case management. While the parties have filed a number of summary judgment motions, deferring the question of bifurcation until those motions are decided would reserve little time for briefing and decision on the issue. In contrast, with the filing of this Reply, Defendants' motion is now fully briefed in advance of the Pre-Trial Conference.

LML also suggests that this case should not be bifurcated because it has not been certified as "complex" under Rule 16. *See* D. Del. LR 16.1. This contention has no merit in light of the many cases bifurcated in this Court and District since enactment of that Rule, without any certification of the cases as "complex." *See, e.g.,* June 30, 2005 Hearing Tr. 3:10, *Tenneco Auto. Operating Co., Inc. v. Visteon Corp.* (Civ. A. No. 03-1030 (SLR)); *ArthroCare Corp. v. Smith & Nephew, Inc.*, 2004 WL 896002, at *1 (D. Del. Mar. 10, 2004), *reconsideration denied*, 315 F. Supp. 2d 615 (D. Del. 2004), *aff'd in part, rev'd in part, and vacated in part on other grounds*, 406 F. 3d 1365 (Fed. Cir. 2005); *Novartis Pharm. Corp. v. Eon Labs Mfg., Inc.*, 206 F.R.D. 396, 398 n.2 (D. Del. 2002); *Enzo Life Sciences, Inc. v. Digene Corp.*, Civ. A. No. 02-212-JJF, 2003 WL 21402512 (D. Del. June 10, 2003); *Thomson S.A. v. Quixote Corp.*, 979 F. Supp. 286, 287 n.3 (D. Del. 1997).

For the foregoing reasons, Defendants respectfully request that the Court bifurcate the issues of willfulness and damages from the issue of liability for trial.

| | |
|---|---|
| */s/ Francis DiGiovanni* <br> Francis DiGiovanni (I.D. No. 3189) <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building <br> 1007 N. Orange Street <br> Wilmington, Delaware 19801 <br> 302.658.9141 <br> fdigiovanni@cblh.com <br><br> *Counsel for Defendants* <br> *Electronic Clearing House, Inc.* <br> *and Xpresschex, Inc.* | */s/ Stamatios Stamoulis* <br> William J. Marsden, Jr. (I.D. No. 2247) <br> Timothy Devlin (I.D. No. 4241) <br> Stamatios Stamoulis (I.D. No. 4606) <br> FISH & RICHARDSON P.C. <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> 302.652.5070 <br> marsden@fr.com <br><br> *Counsel for Defendant* <br> *TeleCheck Services, Inc.* <br><br> */s/ Richard D. Kirk* <br> Richard D. Kirk (I.D. No. 922) <br> THE BAYARD FIRM <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 <br> 302.429.4208 <br> rkirk@bayardfirm.com <br><br> *Counsel for Defendant* <br> *NOVA Information Systems, Inc.* |

Dated: February 17, 2006

80030261.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE WILLFULNESS AND DAMAGES FROM LIABILITY with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**BY HAND**
Richard K. Herrmann Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams
PNC Bank Center
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306

**BY HAND**
Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**BY HAND**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I hereby certify that on February 17, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Russell Levine, Esq.
Jamie McDole
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Robert Jacobs, Esq.
Belasco Jacobs & Townsley, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045

Mark C. Scarsi
O'Melveny & Myers LLP
400 S Hope Street
Los Angeles, CA 90071

　　　　　　　　　　　　　　　　　　　　 _/s/ Stamatios Stamoulis_
　　　　　　　　　　　　　　　　　　　　　　 Stamatios Stamoulis