Exhibit 1

**STATEMENT OF UNDISPUTED FACTS**

Plaintiff and Defendants stipulate to the following uncontested facts, which may be received as evidence in this action:

1. LML Patent Corp. is a Delaware corporation with its principal place of business at 1140 West Pender Street, Suite 1680, Vancouver, BC V6E 4G1.

2. LML Patent Corp. is a subsidiary of LML Payment Systems Inc., a Canadian corporation with its principal place of business at 1140 West Pender Street, Suite 1680, Vancouver, BC V6E 4G1.

3. Prior to 1998, LML was previously known as Leisureways Marketing Ltd.

4. United States Patent No. 5,484,988 (the "'988 patent") is entitled "Checkwriting Point of Sale System."

5. The '988 patent lists the following named inventors: Robert R. Hills and Henry R. Nichols.

6. The '988 patent was issued by the Unites States Patent and Trademark Office on January 16, 1996.

7. The '988 patent issued from a June 8, 1994 application, Ser. No. 257,390, filed as a continuation of Application Ser. No. 975,717 filed on November 13, 1992.

8. LML is the current owner of the '988 patent.

9. Defendant TeleCheck is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business at 5251 Westheimer Road, Suite 1000, Houston, TX.

10. Defendant Nova is a corporation organized and existing under the laws of the State of Georgia, with a principal place of business at 1 Concourse Parkway N.E., Suite 300, Atlanta, GA.

11. Defendant Electronic Clearing House, Inc. is a corporation organized and existing under the laws of the State of Nevada, with a principal place of business at 730 Paseo Camarillo, Camarillo, CA 93010.

12. Defendant Xpresschex, Inc. is a corporation organized and existing under the laws of the State of New Mexico, with a principal place of business at 215 Central NW, Suite 3A, Albuquerque, NM 87102.

13. Defendant Xpresschex, Inc. is a wholly-owned subsidiary of Electronic Clearing House, Inc.

14. LML filed this suit against TeleCheck, Nova, and ECHO on July 14, 2004.