Exhibit 8

# LML'S LIST OF TRIAL WITNESSES

LML identifies the following witnesses whom it may call live or by deposition at trial. This list is not a commitment that LML will call any particular witness at trial or a representation that any of the witnesses listed are available or will appear for trial. If any third party witness is unavailable, LML reserves the right to use his or her deposition testimony. With respect to Defendants' witnesses, LML reserves the right to introduce testimony through deposition or live examination as appropriate. LML also reserves the right to call any witnesses listed on Defendants' List of Trial Witnesses, and to revise this list in light of further rulings by the Court or any other changed circumstances.

I.  FACT WITNESSES

| | |
|---|---|
| Patrick Gaines | c/o LML Patent Corp.<br>1140 West Pender Street<br>Suite 1680<br>Vancouver, BC V6E 4G1 |
| Robert Peyton | c/o LML Payment Systems<br>4141 N. Granite Reef Rd.<br>Scottsdale, AZ |
| Richard Schulz | c/o LML Patent Corp.<br>1140 West Pender Street<br>Suite 1680<br>Vancouver, BC V6E 4G1 |
| Jutta Beekman | c/o LML Payment Systems<br>1140 West Pender Street<br>Suite 1680<br>Vancouver, BC V6E 4G1 |
| Henry Nichols | 8546 Holly Leaf Drive<br>McLean, VA |
| John Beebe | 633 South 2nd Street<br>Defuniak, FL 32435 |
| John Abokhair | c/o Roberts, Abokhair & Mardula<br>11800 Sunrise Valley Drive<br>Suite 1000<br>Reston, VA 20191 |
| Jon Roberts | c/o Roberts, Abokhair & Mardula<br>11800 Sunrise Valley Drive<br>Suite 1000<br>Reston, VA 20191 |

| | |
|---|---|
| Robert Anderson | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA 93010 |
| Patricia Atlas | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA 93010 |
| Joel Barry | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA 93010 |
| Greg Belfor | 1018 West 17th Court<br>Broomfield, CO |
| Gerri Calabrese | c/o Nova Information Systems, Inc.<br>One Concourse Parkway, Suite 300<br>Atlanta, GA 30328 |
| Alice Cheung | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA 93010 |
| Mindy Doster | c/o Nova Information Systems, Inc.<br>One Concourse Parkway, Suite 300<br>Atlanta, GA 30328 |
| Kris Winckler | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA 93010 |
| Tina Davis | c/o Nova Information Systems, Inc.<br>One Concourse Parkway, Suite 300<br>Atlanta, GA 30328 |
| Donald Dick | 3992 Sunshine Canyon<br>Boulder, CO 80302 |
| David Durrick | c/o 99 West Hollis<br>21 Street, Apartment No. 1,<br>Nashua, NH |
| Steve Geiler | 904 Woodcrest Drive<br>Friendswood, TX |
| Amy Gutierrez (formerly Amy Goodson) | c/o Nova Information Systems, Inc.<br>One Concourse Parkway, Suite 300<br>Atlanta, GA 30328 |
| Robert Hare | 10910 Ranchitos Drive Northeast,<br>Albuquerque, NM 87122 |
| Caroline Hassell Williams | 3823 Riley St. Houston<br>Houston, TX 77005 |
| Robert Hills | 1307 Pine St.<br>Key West, FL 33040 |
| Jay Iler | c/o TeleCheck Services, Inc.<br>5251 Westheimer Road<br>Houston,  TX 77056 |
| Jane Larimer | c/o NACHA<br>13665 Dulles Technology Drive, Suite 300<br>Herndon, VA 20171 |

- 3 -

| | |
|---|---|
| Elliott McEntee | c/o NACHA<br>13665 Dulles Technology Drive, Suite 300<br>Herndon, VA 20171 |
| Michelle Moeller | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA 93010 |
| Sandy Mollett | c/o TeleCheck Services, Inc.<br>5251 Westheimer Road<br>Houston, TX 77056 |
| Brian Mooney | c/o TeleCheck Services, Inc.<br>5251 Westheimer Road<br>Houston, TX 77056 |
| Kerry Sellen | c/o TeleCheck Services, Inc.<br>5251 Westheimer Road<br>Houston, TX 77056 |
| Steve Shaper | 325 Ripple Creek Drive<br>Houston, TX 77024 |
| Richard Slater | 12906 Inglewood Street<br>Moorpark, CA, 93020 |
| Mark Suri | c/o Ryndak & Suri<br>200 West Madison Street, Suite 2100<br>Chicago, IL 60606 |
| John Waldron | 7920 Hayden Drive<br>Knoxville, TN 37919 |

II.     <u>EXPERT WITNESSES</u>

| | |
|---|---|
| Gary L. Tinkel<br>(Infringement/Validity) | HilBren Consulting Services Inc.<br>8 Poplar Avenue<br>North Brunswick, NH 08902 |
| Alan J. Cox, Ph.D.<br>(Damages) | NERA Economic Consulting<br>1166 Avenue of the Americas<br>New York, NY 10036 |