**EXHIBIT 9**
**Pretrial Order**
**Civil Action No. 04-858 (SLR)**

**DEFENDANTS' WITNESS LIST**

Defendants may call some or all of the following witnesses at trial (either live or by deposition).  In addition to the witnesses listed below, Defendants reserve the right to call witnesses listed by LML, or any additional witnesses necessitated by any of the Court's pretrial rulings or any other changed circumstances.  Defendants make no representation that each or any of these witnesses will attend the trial.


A.    Fact witnesses

| | |
|---|---|
| John Abokhair | c/o Roberts Abokhair & Mardulla LLC, Reston International Center 11800 Sunrise Valley Drive, Suite 1000 Reston, VA 20191 |
| Robert Anderson | 315 SW Singing Tree Depoe Bay, OR  97341 |
| Patricia Atlas Williams | c/o Electronic Clearing House, Inc. 730 Paseo Camarillo Camarillo, CA  93010 |
| Joel Barry | c/o Electronic Clearing House, Inc. 730 Paseo Camarillo Camarillo, CA  93010 |
| John Beebe | 633 South 2nd Street Defuniak, FL  32435 |
| Jutta Beekman | c/o LML Patent Corp. 1140 West Pender Street Suite 1680 Vancouver, BC  V6E 4G1 |
| Greg Belfor | c/o Electronic Clearing House, Inc. 730 Paseo Camarillo Camarillo, CA  93010 |
| Gerri Calabrese | c/o Nova Information Systems, Inc. One Concourse Parkway, Suite 300 Atlanta, GA  30328 |
| Steven R. Carlson | North Star Audio Consulting 20 Carlin Drive Lincoln, ND  58504 |

| | |
|---|---|
| Alice Cheung | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA  93010 |
| Don Dick | 3992 Sunshine Canyon<br>Boulder, CO  80302 |
| David Durrick | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA  93010 |
| Melinda Doster | c/o Nova Information Systems, Inc.<br>One Concourse Parkway, Suite 300<br>Atlanta, GA  30328 |
| Patrick Gaines | c/o LML Patent Corp.<br>1140 West Pender Street<br>Suite 1680<br>Vancouver, BC  V6E 4G1 |
| Amy Goodson Gutierrez | c/o Nova Information Systems, Inc.<br>One Concourse Parkway, Suite 300<br>Atlanta, GA  30328 |
| Steve Geiler | 904 Woodcrest Drive<br>Friendswood, TX 77546-3574 |
| Caroline Hassell Williams | 3823 Riley Street<br>Houston, TX 77005 |
| Connie Higashiyama | 4715 Grimwood Court<br>Granite Bay, CA  95746 |
| Robert Hare | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA  93010 |
| Robert Hills | 1307 Pine Street<br>Key West, FL  33040 |
| Jay Iler | c/o TeleCheck International, Inc<br>5251 Westheimer, Suite 810<br>Houston, TX 77056 |
| Frederick Kim | Moser, Patterson & Sheridan, LLP<br>350 Cambridge Avenue, Suite 250<br>Palo Alto, Ca  94306-1550 |
| Jane Larimer | c/o NACHA<br>13665 Dulles Technology Drive, Suite 300,<br>Herndon, VA 20171 |
| Ronald Laurie | Inflexion Point Strategy, LLC<br>706 Cowper Street, Suite 200<br>Palo Alto, CA 94301 |
| Elliot McEntee | c/o NACHA<br>13665 Dulles Technology Drive, Suite 300,<br>Herndon, VA 20171 |
| Michelle Moeller | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo |

|  | Camarillo, CA 93010 |
|---|---|
| Sandy Mollett | c/o TeleCheck International, Inc<br>5251 Westheimer, Suite 810<br>Houston, Texas 77056 |
| Brian Mooney | c/o First Data Corporation<br>12500 E. Belford Ave., M21A2<br>Englewood, CO 80112 |
| Sam Nelson | 2943 River View Road<br>Birmingham, AL 35242 |
| Henry Nichols | 8456 Holly Leaf Drive<br>McLean, VA 22102 |
| Robert Peyton | c/o LML Payment Systems<br>4141 N. Granite Reef Road<br>Scottsdale, AZ |
| Jon Roberts | c/o Roberts Abokhair & Mardulla LLC<br>Reston International Center<br>11800 Sunrise Valley Drive, Suite 1000<br>Reston, VA 20191 |
| Richard Slater | c/o Electronic Clearing House, Inc.<br>730 Paseo Camarillo<br>Camarillo, CA 93010 |
| Richard Schulz | c/o LML Payment Corp.<br>1140 West Pender Street<br>Suite 1680<br>Vancouver, BC V6E4G1 |
| Kerry Sellen | c/o TeleCheck International, Inc<br>5251 Westheimer, Suite 810<br>Houston, TXs 77056 |
| Steve Shaper | Middlemarch Capital Corporation<br>1800 West Loop South, Suite 1440<br>Houston, TX 77027 |
| David Smith | TeleCheck International, Inc<br>5251 Westheimer, Suite 810<br>Houston, Texas 77056 |
| Peter Stenhjem | c/o LML Payment Systems<br>4141 N. Granite Reef Road<br>Scottsdale, AZ |
| Mark Suri | c/o Ryndak & Suri<br>200 West Madison Street, Suite 2100<br>Chicago, IL 60606 |
| Randy Templeton | Middlemarch Capital Corporation<br>1800 West Loop South, Suite 1440<br>Houston, TX 77027 |
| Robert Tyree | 3010 Chamonix Drive<br>Cumming, GA 30041 |
| Kris Winckler | c/o Electronic Clearing House, Inc. |

| | 730 Paseo Camarillo<br>Camarillo, CA  93010 |
|---|---|

B.    <u>Expert witnesses</u>

Defendants intend to call the following expert witnesses:

| David Kurrasch | Global Payment Advisors<br>875-A Island Drive, Suite 343<br>Alameda, CA  94502 |
|---|---|
| Brian Napper | FTI Consulting, Inc.<br>2121 N. California Blvd., Suite 290<br>Walnut Creek, CA  94596 |
| Dewayne Perry | 1705 Randolph Ridge Trail<br>Austin, TX  78746 |
| Alan Goedde | Freeman & Mills, Inc.<br>350 South Figueroa Street<br>Los Angeles, CA 90071 |
| Steve Schutze | Foreword Financial Consulting<br>2806 Sugarberry Lane<br>Midlothian, VA 23113 |
| Mark Gleason | One Gateway Center, Suite 525<br>420 Ft. Duquesne Boulevard<br>Pittsburgh, PA 15222 |

Defendants experts have disclosed their opinions in expert reports and expert

depositions.

80029864.doc