IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC. and NOVA INFORMATION SYSTEMS, INC., <br><br> Defendants. | C.A. 04-858 (SLR) |

## JOINT PROPOSED VOIR DIRE

**I. VOIR DIRE TO JURY PANEL**

  Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned LML Patent Corp. v. TeleCheck Services, et al.  Briefly stated, this case is a civil action brought by plaintiff LML Patent Corp. against the defendants TeleCheck Services, Inc., Electronic Clearing House, Inc., XpressChex, Inc., and Information Systems, Inc. involving electronic payment technology.

  The trial is expected to last from April 17 through April 28; our trial days will run approximately from 9:30 a.m. to 4:30 p.m.  I time my trials, so the attorneys have to complete their presentations within these limits.  However, jury deliberations may require you to be present longer than the ten scheduled days.

  In the light of this brief summary, I will ask the panel certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have

concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. You have been given a list of companies.

(a) Are you personally acquainted with any officer, director, or employee of any of those companies?

(b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

(c) Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

(d) Have you, any family member, or anyone close to you had any experience with any products or services of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

2. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

4. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

5. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

6. Have you ever served as a juror in a civil lawsuit?

7. You have been given a list of subject areas. Have you, a close friend, or a family member ever been employed, trained, or had any experience in any of the listed areas?

8. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

- 3 -

      9.      Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

## **COMPANIES**

Chequemark Systems, Inc.

Electronic Clearing House, Inc.

First Data Corporation

LML Payment Systems Corp.

LML Patent Corp.

NACHA - The Electronics Payments Association

Nova Information Systems, Inc.

TeleCheck Services, Inc.

XpressChex, Inc.

**ATTORNEYS**

The Bayard Firm
Richard D. Kirk

Belasco Jacobs & Townsley, LLP
Mark Mizrahi
Robert Jacobs
Don Min
Danielle Criona

Connoly Bove Lodge & Hutz LLP
Francis DiGiovanni

Fish & Richardson P.C.
William J. Marsden, Jr.
Timothy Devlin
Stamatios Stamoulis
Shelley Mack
Tara D. Elliott
Richard Weinblatt
Sean Hayes

Kirkland & Ellis LLP
Russell E. Levine
Luke L. Dauchot
Garret A. Leach
Jamie H. McDole
Robin A. Rademacher
Aaron D. Charfoos

Morris, James, Hitchens & Williams LLP
Richard K. Herrmann
Mary B. Matterer

O'Melveny & Myers LLP

Mark Scarsi
Vision Winter

**WITNESSES**

John Abokhair
Bob Anderson
Patricia Atlas-Williams
Joel Barry
John Beebe
Greg Belfor
Jutta Beekman
Gerri Calabrese
Steven R. Carlson
Alice Cheung
Alan Cox
Tina Davis
Donald Dick
David Durrick
Melinda Doster
Patrick Gaines
Steve Geiler
Mark Gleason
Alan Goedde
Amy Gutierrez (formerly Amy Goodson)
Robert Hare
Connie Higashiyama
Robert Hills
Jay Iler
Frederick Kim
David Kurrasch
Jane Larimer
Ronald Laurie
Elliot McEntee
Michelle Moeller
Sandy Mollett
Brian Mooney
Brian Napper
Sam Nelson
Henry Nichols
Dewayne Perry
Robert Peyton
Jon Roberts
Richard Schulz
Steve Schutze
Kerry Sellen
Steve Shaper
Richard Slater
David Smith

Peter Stenhjem
Mark Suri
Randy Templeton
Gary Tinkel
Robert Tyree
John Waldron
Caroline Hassell Williams
Kris Winckler

**SUBJECT AREAS**

Electronic Check Conversion
Electronic Payments
Banking Industry
Financial Services Industry
Computer Science education or background
Legal education or background
Science education or background
Credit card processing industry
Payment processing industry

## II.   LML'S PROPOSED QUESTIONS

1. Have you or anyone that you know had any experience with electronic check conversion, including having a check electronically converted?

2. Do you have any knowledge about or experience with patents, including applying for a patent?

3. Have you ever worked for a company that had patented products or processes?[1]

4. Have you ever been involved in the development of a new product or process?[2]

5. Have you, any member of your immediate family, or anyone close to you ever had dealings with the United States Patent and Trademark Office?

6. Do you have any strong feelings about a patent granting exclusive rights to the inventors or their employer?[3]

7. Do you believe it would be wrong for someone to profit from a patent that he or she owns?

---

[1] Defendants object to this question as an improper attempt to condition the jury.
[2] Defendants object to this question as an improper attempt to condition the jury.
[3] Defendants object to this question as an improper attempt to condition the jury.

**III.   DEFENDANTS' PROPOSED QUESTIONS**

    1.   Do you feel like it would be improper for you to invalidate a United States patent?[4]

---

[4] LML objects to this question as an improper attempt to condition the jury.