**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.    04-858-SLR |
| vs. | ) | |
| | ) | Judge Sue L. Robinson |
| TELECHECK SERVICES, INC. | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**LML'S PROPOSED SPECIAL VERDICT FORM**

We, the jury, unanimously find as follows:

## INFRINGEMENT

1. Do you find that LML has shown by a preponderance of the evidence that TeleCheck infringes, either literally or under the doctrine of equivalents, the asserted claims of United States Patent No. 5,484,988 ("the '988 patent")?

   | | | |
   |---|---|---|
   | Claim 1 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 2 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 4 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 5 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 6 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 9 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 10 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 11 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 14 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 16 | YES _____ (for LML) | NO _____ (for TeleCheck) |
   | Claim 18 | YES _____ (for LML) | NO _____ (for TeleCheck) |

2. If you found that TeleCheck infringed any asserted claim of the '988 patent, has LML shown by clear and convincing evidence that TeleCheck's infringement was willful.

   YES _____ (for LML)    NO _____ (for TeleCheck)

3. Do you find that LML has shown by a preponderance of the evidence that Nova infringes, either literally or under the doctrine of equivalents, the asserted claims of the '988 patent?

    Claim 1    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 2    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 4    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 5    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 6    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 9    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 10    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 11    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 14    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 16    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

    Claim 18    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

4. If you found that Nova infringed any asserted claim of the '988 patent, has LML shown by clear and convincing evidence that Nova's infringement was willful.

    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for Nova)

5. Do you find that LML has shown by a preponderance of the evidence that ECHO/XpressChex infringe, either literally or under the doctrine of equivalents, the asserted claims of the '988 patent?

    Claim 1    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 2    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 4    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 5    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 6    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 9    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 10    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 11    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 14    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 16    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

    Claim 18    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

6. If you found that ECHO/Xpresschex infringed any asserted claim of the '988 patent, has LML shown by clear and convincing evidence that ECHO/Xpresschex's infringement was willful.

    YES \_\_\_\_ (for LML)    NO \_\_\_\_ (for ECHO/XpressChex)

## VALIDITY

7. Do you find that Defendants have proven by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid as anticipated.

        Claim 1      YES ____ (for Defendants)      NO ____ (for LML)

        Claim 2      YES ____ (for Defendants)      NO ____ (for LML)

        Claim 4      YES ____ (for Defendants)      NO ____ (for LML)

        Claim 5      YES ____ (for Defendants)      NO ____ (for LML)

        Claim 6      YES ____ (for Defendants)      NO ____ (for LML)

        Claim 9      YES ____ (for Defendants)      NO ____ (for LML)

        Claim 10     YES ____ (for Defendants)      NO ____ (for LML)

        Claim 11     YES ____ (for Defendants)      NO ____ (for LML)

        Claim 14     YES ____ (for Defendants)      NO ____ (for LML)

        Claim 16     YES ____ (for Defendants)      NO ____ (for LML)

        Claim 18     YES ____ (for Defendants)      NO ____ (for LML)

8. Do you find that Defendants have shown by clear and convincing evidence that the subject matter of any of the asserted claims of the '988 patent would have been obvious to one of ordinary skill at the time of the invention?

      Claim 1      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 2      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 4      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 5      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 6      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 9      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 10      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 11      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 14      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 16      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 18      YES ____ (for Defendants)      NO ____ (for LML)

9. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid for lack of enablement?

        Claim 1      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 2      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 4      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 5      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 6      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 9      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 10     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 11     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 14     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 16     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 18     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

10. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid for failure to satisfy the written description requirement?

        Claim 1      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 2      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 4      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 5      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 6      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 9      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 10     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 11     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 14     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 16     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 18     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

11. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid for containing new matter?

| | | |
|---|---|---|
| Claim 1 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 2 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 4 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 5 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 6 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 9 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 10 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 11 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 14 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 16 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 18 | YES ____ (for Defendants) | NO ____ (for LML) |

## DAMAGES

*Answer the following question only if you find any of the asserted claims of the '988 patent valid and infringed by TeleCheck.*

12.  What is the total amount of damages that should be awarded to LML for TeleCheck's infringement through December 31, 2005?

    $ _____

*Answer the following question only if you find any of the asserted claims of the '988 patent valid and infringed by Nova.*

13.  What is the total amount of damages that should be awarded to LML for Nova's infringement through December 31, 2005?

    $ _____

*Answer the following question only if you find any of the asserted claims of the '988 patent valid and infringed by ECHO/XpressChex.*

14.  What is the total amount of damages that should be awarded to LML for ECHO/XpressChex's infringement through December 31, 2005?

    $ _____

We, the jurors, by signing below, indicate our unanimous verdict.

Dated: _____          _____(Foreperson)

_____

_____

_____

_____

_____

_____

_____