**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LML PATENT CORP. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.     04-858-SLR |
| vs. | ) | |
| | ) | Judge Sue L. Robinson |
| TELECHECK SERVICES, INC. | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

We, the jury, unanimously find as follows:

**INFRINGEMENT**

1. Do you find that LML has shown by a preponderance of the evidence that TeleCheck literally infringes the asserted claims of United States Patent No. 5,484,988 ("the '988 patent")?

    Claim 1      YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 2      YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 4      YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 5      YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 6      YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 9      YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 10     YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 11     YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 14     YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 16     YES ____ (for LML)      NO ____ (for TeleCheck)

    Claim 18     YES ____ (for LML)      NO ____ (for TeleCheck)

2. If you found that TeleCheck literally infringed any asserted claim of the '988 patent, has LML shown by clear and convincing evidence that TeleCheck's infringement was willful.[1]

    YES ____ (for LML)      NO ____ (for TeleCheck)

---

[1] Defendants maintain that the issues of willfulness and damages should be bifurcated from issues of liability, and reference to such issues in this draft proposal is subject to Defendants' pending motion to bifurcate.

3. Do you find that LML has shown by a preponderance of the evidence that Nova literally infringes the asserted claims of the '988 patent?

    Claim 1      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 2      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 4      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 5      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 6      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 9      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 10     YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 11     YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 14     YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 16     YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

    Claim 18     YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

4. If you found that Nova literally infringed any asserted claim of the '988 patent, has LML shown by clear and convincing evidence that Nova's infringement was willful.

              YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for Nova)

5. Do you find that LML has shown by a preponderance of the evidence that ECHO/XpressChex literally infringe the asserted claims of the '988 patent?

      Claim 1      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 2      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 4      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 5      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 6      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 9      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 10      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 11      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 14      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 16      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

      Claim 18      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

6. If you found that ECHO/Xpresschex literally infringed any asserted claim of the '988 patent, has LML shown by clear and convincing evidence that ECHO/Xpresschex's infringement was willful.

      YES \_\_\_\_ (for LML)      NO \_\_\_\_ (for ECHO/XpressChex)

## VALIDITY

7. Do you find that Defendants have proven by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid as anticipated.

        Claim 1      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 2      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 4      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 5      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 6      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 9      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 10     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 11     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 14     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 16     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 18     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

8. Do you find that Defendants have shown by clear and convincing evidence that the subject matter of any of the asserted claims of the '988 patent would have been obvious to one of ordinary skill at the time of the invention?

        Claim 1        YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 2        YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 4        YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 5        YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 6        YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 9        YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 10       YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 11       YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 14       YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 16       YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

        Claim 18       YES \_\_\_\_ (for Defendants)        NO \_\_\_\_ (for LML)

9. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid for lack of enablement?

      Claim 1      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 2      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 4      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 5      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 6      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 9      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 10     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 11     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 14     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 16     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 18     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

10. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid for failure to satisfy the written description requirement?

        Claim 1      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 2      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 4      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 5      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 6      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 9      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 10     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 11     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 14     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 16     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

        Claim 18     YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

11. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid on the ground of indefiniteness?

    Claim 1    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 2    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 4    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 5    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 6    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 9    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 10    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 11    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 14    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 16    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

    Claim 18    YES \_\_\_\_ (for Defendants)    NO \_\_\_\_ (for LML)

12. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid because LML introduced new matter by amendment during prosecution of the '988 patent?

      Claim 1      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 2      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 4      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 5      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 6      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 9      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 10      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 11      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 14      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 16      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

      Claim 18      YES \_\_\_\_ (for Defendants)      NO \_\_\_\_ (for LML)

13. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid because Robert R. Hills and Henry R. Nichols, the inventors listed on the face of the '988 patent, did not solely invent the subject matter sought to be patented?

      Claim 1      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 2      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 4      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 5      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 6      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 9      YES ____ (for Defendants)      NO ____ (for LML)

      Claim 10     YES ____ (for Defendants)      NO ____ (for LML)

      Claim 11     YES ____ (for Defendants)      NO ____ (for LML)

      Claim 14     YES ____ (for Defendants)      NO ____ (for LML)

      Claim 16     YES ____ (for Defendants)      NO ____ (for LML)

      Claim 18     YES ____ (for Defendants)      NO ____ (for LML)

14. Do you find that Defendants have shown by clear and convincing evidence that any of the asserted claims of the '988 patent are invalid due to the on-sale bar?

|  |  |  |
|---|---|---|
| Claim 1  | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 2  | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 4  | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 5  | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 6  | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 9  | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 10 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 11 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 14 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 16 | YES ____ (for Defendants) | NO ____ (for LML) |
| Claim 18 | YES ____ (for Defendants) | NO ____ (for LML) |

## DAMAGES

Answer the following questions only if you find at least one of the '988 patent claims both valid and infringed.

15. What is the total amount of damages that should be awarded to LML for TeleCheck's infringement through December 31, 2005?

    $ _____

16. What is the total amount of damages that should be awarded to LML for Nova's infringement through December 31, 2005?

    $ _____

17. What is the total amount of damages that should be awarded to LML for ECHO/XpressChex's infringement through December 31, 2005?

    $ _____

We, the jurors, by signing below, indicate our unanimous verdict.

Dated: _____      _____(Foreperson)

                    _____

                    _____

                    _____

                    _____

                    _____

                    _____

                    _____

80031395.doc