IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-858 SLR |
| | ) |
| TELECHECK SERVICES, INC. ELECTRONIC CLEARING HOUSE, INC., XPRESSCHEX, INC., and NOVA INFORMATION SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

At Wilmington this 28th day of March, 2006, having reviewed plaintiff's multiple <u>Daubert</u> motions and the responses thereto; and finding plaintiff's motions to be frivolous;[1]

IT IS ORDERED that said motions (D.I. 333, 337, 342, 348) are denied.

IT IS FURTHER ORDERED that plaintiff shall reimburse defendants for their costs in responding to said motions.

_____
United States District Judge

---

[1] Counsel for plaintiff incorrectly argues that the opinion of an expert witness must be based entirely on his/her own personal knowledge, as opposed to accepting certain assumptions and/or facts related through other reliable sources. Counsel for plaintiff may test, on cross examination, the reliability of the sources of information.