IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-858 SLR |
| | ) |
| | ) |
| TELECHECK SERVICES, INC. | ) |
| ELECTRONIC CLEARING HOUSE, | ) |
| INC., XPRESSCHEX, INC., and | ) |
| NOVA INFORMATION SYSTEMS, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

At Wilmington this 28th day of March, 2006, having reviewed plaintiff's multiple Daubert motions and the responses thereto; and finding plaintiff's motions to be frivolous;[1]

IT IS ORDERED that said motions (D.I. 333, 337, 342, 348) are denied.

IT IS FURTHER ORDERED that plaintiff shall reimburse defendants for their costs in responding to said motions.

United States District Judge

---

[1] Counsel for plaintiff incorrectly argues that the opinion of an expert witness must be based entirely on his/her own personal knowledge, as opposed to accepting certain assumptions and/or facts related through other reliable sources. Counsel for plaintiff may test, on cross examination, the reliability of the sources of information.