IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORPORATION,                )<br>                                        )<br>        Plaintiff,                     )<br>                                        )<br>    v.                                  )   Civ. No. 04-858 SLR<br>                                        )<br>                                        )<br>TELECHECK SERVICES, INC.                )<br>ELECTRONIC CLEARING HOUSE,              )<br>INC., XPRESSCHEX, INC., and             )<br>NOVA INFORMATION SYSTEMS,               )<br>INC.,                                   )<br>                                        )<br>        Defendants.                     ) | |

**O R D E R**

At Wilmington this 28th day of March, 2006, having reviewed plaintiff's motions to strike the supplemental expert reports of David P. Kurrasch and the responses thereto;

IT IS ORDERED that said motions (D.I. 263, 284) are granted, as the late deposition of inventor Hills has no relevance to defendants' ability to discover and use publicly available prior art (e.g., the 1990 ACH Rules).

IT IS FURTHER ORDERED that plaintiff's motion to strike the third supplemental expert report of David P. Kurrasch (D.I. 538) is denied as it relates to any claim construction offered by LML post September 2005, and granted as it relates to the above referenced invalidity opinion.

IT IS FURTHER ORDERED that plaintiff's motion to strike defendants' supplemental claim construction letter (D.I. 545) is granted.

                                                     /s/ Sue L. Robinson
                                  United States District Judge