# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LML PATENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-858 SLR |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| ELECTRONIC CLEARING HOUSE, INC., | ) | |
| XPRESSCHEX, INC., AND | ) | |
| NOVA INFORMATION SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS' REVISED TRIAL EXHIBIT LIST

## MARCH 29, 2006

**EXHIBIT 7**
Pretrial Order
Civil Action No. 04-858 (SLR)

**REVISED DRAFT PROPOSED SCHEDULE OF DEFENDANTS' TRIAL EXHIBITS**
*March 29, 2006*

Defendants' hereby provides its Revised Draft Proposed Schedule of Defendants' Trial Exhibits replacing its Draft Proposed Schedule of Defendants' Trial Exhibits, D.I. 559 filed on March 16, 2006 as Exhibit 7 to the Pretrial Order. Specifically, typographical edits were made with respect to DTX 600, 628, 695 – 697, 700, 702, 704 – 705 and 707. Also, DTX 712 - 715 were added. Defendants' hereby reserve the right to use any exhibit identified by any other party. Defendants also reserve the right to amend the joint exhibit list upon further review of the documents listed on LML's schedule of proposed trial exhibits.

Certain identified exhibits listed below relate only to the issues of willfulness and/or damages. Defendants include these exhibits within the current exhibit list because the Court has not yet ruled on Defendants' motion to bifurcate. The inclusion of any exhibit below should not be construed as any withdrawal of or limitation on Defendants' motion to bifurcate, or that such exhibit has relevance or admissibility outside the issues of willfulness and/or damages. Should the Court grant Defendants motion to bifurcate, in whole or in part, Defendants reserve the right to submit a supplemental listing of exhibits to remove those that have no relevance to issues remaining for trial.

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|------------------------|-----------------------------|----------|
| DTX 1 | | | Confidential Private Placement Memo – CheckCash Associates, Ltd. | F,H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 2 | | | CheckRite Photos | H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 3 | | | Calendar entries 7-90 thru 7-99 | G,H,K | 104, 105, 106, 401, 402, 801, 803, 1001, 1003 | |
| DTX 4 | | | Handwritten Notes – WTC/Bob Hills | H,K | 104, 105, 106, 401, 402, 801, 803 | |

---

[1] *See* LML's Key to Objections listed at the end of this Exhibit

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|------------------------|-----------------------------|----------|
| DTX 5 | | | Handwritten Notes – Bob Hills – WTC | H,K | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 6 | | | Handwritten Notes – Hills | A,H,K | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 7 | | | First Data 10K – 2004 | | | |
| DTX 8 | | | LML 10-Q 9/30-00 quarter | | | |
| DTX 9 | | | Originals for Blue Book | G,K,L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 10 | | | TeleCheck source code attached as exhibits to the Expert Report of Dr. Dewayne Perry regarding Non-Infringement | J | 104, 105, 106, FRCP 26(e) | |
| DTX 11 | | | The ChequeMark System – Scope and Summary of Technological Requirements | K,L | 104, 105, 106, 401, 402 | |
| DTX 12 | | | trans:ACT – A Patented POS System | K,L | 104, 105, 106, 401, 402 | |
| DTX 13 | | | U.S. Patent No. 6,164,528 | | | |
| DTX 14 | | | U.S. Patent No. 6,283,366 | | | |
| DTX 15 | | | U.S.C. §1.56 Duty to Disclose Information Material to Patentability | A,E,G,I,K,L | 104, 105, 106, 401, 402, 901, 902, 1001, 1003 | |
| DTX 16 | | | Uniform Commercial Code § 3-104 | A,E,G,I,K,L | 104, 105, 106, 401, 402, 901, 902, 1001, 1003 | |
| DTX 17 | | | Flow Chart – ChequeMark, Inc. Event Possibilities – Check Replacement | A,K,L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 18 | | | Flow Chart – ChequeMark, Inc. Event Possibilities – Debit Card Application | A,K,L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 19 | | | Transcript: "Electronic Check Patents: Fact or Fiction?" | H | 104, 105, 106, 801, 803 | |

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 20 | | | LML 2005 10-K | | | |
| DTX 21 | | 03-00-79 | David Lorge Parnas, Designing Software for Ease of Extension and Contraction. IEEE Transactions on Software Engineering, SE-5(2), 128—137 (March 1979) | A,H,J,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, FRCP 26(e) | |
| DTX 22 | | 1986-1993 | Handwritten notes | H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 23 | | 02-04-87 | AT&T letter re Status of Proposal Submitted to Public Suggestions Analysis Group | K,L | 104, 105, 106, 401, 402 | |
| DTX 24 | | 02-09-87 | Letter to OMRON Business Systems re External Submission | K,L | 104, 105, 106, 401, 402 | |
| DTX 25 | | 02-20-87 | Letter to Diebold Corp. re Movements Re Patent Coverage | K,L | 104, 105, 106, 401, 402 | |
| DTX 26 | | 07-07-87 | U.S. Patent 4,678,896 | L,K | 104, 105, 106, 401, 402 | |
| DTX 27 | | 07-22-87 | Letter to MCI Telecommunications re Updated Version of External Submission | K,L | 104, 105, 106, 401, 402 | |
| DTX 28 | | 12-02-87 | Handwritten Notes | H,L,K | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 29 | | 12-21-87 | Handwritten Notes | H,K,L | 104, 105, 106, 401, 402 | |
| DTX 30 | | 1988-1989 | Presentation – "transACT Devices – transACT Business Systems" | K,L | 104, 105, 106, 401, 402 | |
| DTX 31 | | 1988-1990 | The transACT TA-300 Point-of-Sale Check Terminal | K,L | 104, 105, 106, 401, 402 | |
| DTX 32 | | 1988-1990 | The Patented transACT TA-300 Point-of-Sale Check Terminal | K,L | 104, 105, 106, 401, 402 | |
| DTX 33 | | 1993 | 1993 Calendar Entries | A,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, | |
| DTX 34 | | 02-00-93 | ChequeMark Systems, Inc. New Product Release Announcement – Patent-Pending Check Replacement Services | K,L | 104, 105, 106, 401, 402 | |
| DTX 35 | | 01-18-88 | North Dakota Economic Development Comm'n letter re Point-of-Sale Advisory Committee | K,L | 104, 105, 106, 401, 402 | |

| Ex. No. | Bates No. | Date of Document | Description | Objection¹ and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|----------------------|-----------------------------|----------|
| DTX 36 | | 03-30-88 | Snyopsis of "transACT Devices" Activities | H,K,L | 104, 105, 106, 401, 402 | |
| DTX 37 | | 06-06-88 | transACT Disclosure List | K,L | 104, 105, 106, 401, 402 | |
| DTX 38 | | 09-06-88 | Fax forwarding Preliminary Executive Summary – Business Plan for Start-Ups | K,L | 104, 105, 106, 401, 402 | |
| DTX 39 | | 01-13-89 | Description of device invented by Robert & Steven Carlson | H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 40 | | 06-07-89 | Agenda – Point of Sale Device Meeting | K,L | 104, 105, 106, 401, 402 | |
| DTX 41 | | 06-04-90 | Deluxe Check Printers letter re transACT Devices and transACT Business Systems | K,L | 104, 105, 106, 401, 402 | |
| DTX 42 | | 09-04-90 | Letter re 9-17-90 meeting materials and invitation | A,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 43 | | 09-06-90 | Hazen Community Development memo to Federal Reserve Bank re transACT TA-300 Point-of-Sale Terminal | K,L | 104, 105, 106, 401, 402 | |
| DTX 44 | | 10-22-90 | Fax forwarding transACT Corp. TA-300 Point-of-Sale Check Terminal | K,L | 104, 105, 106, 401, 402 | |
| DTX 45 | | 11-29-90 | Letter re TA-300 Update | K,L | 104, 105, 106, 401, 402 | |
| DTX 46 | | 01-02-91 | Letter re U.S. Patent 4,758,714 – Point of Sale Mechanism | K,L | 104, 105, 106, 401, 402 | |
| DTX 47 | | 01-02-91 | Letter re U.S. Patent 4,758,714 – Interest in Possible Acquisition of Patent | K,L | 104, 105, 106, 401, 402 | |
| DTX 48 | | 02-06-91 | Letter re Point-of-Sale Device and Soliciting Contribution to Fund Prototype Project | K,L | 104, 105, 106, 401, 402 | |
| DTX 49 | | 04-24-91 | Letter re Comments from Contacts | H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 50 | | 08-06-91 | Hazen Community Development letter to transACT Corp. re Development of Prototype | K,L | 104, 105, 106, 401, 402 | |
| DTX 51 | | 10-01-91 | U.S. Patent 5,053,607 | | 104, 105, 106 | |
| DTX 52 | | 10-02-92 | Fax forwarding draft transACT Corp. Project Bid Request | K,L | 104, 105, 106, 401, 402 | |

| Ex. No. | Bates No. | Date of Document | Description | Objection¹ and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|----------------------------|----------|
| DTX 53 | | 10-26-92 | Letter enclosing application for Market Research Funding | K,L | 104, 105, 106, 401, 402 | |
| DTX 54 | | 12-29-92 | U.S. Patent 5,175,682 (Higashiyama) | | | |
| DTX 55 | | 09-06-00 | Notice of Filing Amendment To Settlement Agreement LML Payment Systems, Inc., et al. vs. Hills, et al., USDC Mid. D. of Fla., Jacksonville, Case No.: 99-217-CIV-J-20A | L | 104, 105, 106, 401, 402 | |
| DTX 56 | | 09-07-00 | Notice of Filing Settlement Agreement - LML Payment Systems, Inc., et al. vs. Hills, et al., USDC Mid. D. of Fla., Jacksonville, Case No.: 99-217-CIV-J-20A | L | 104, 105, 106, 401, 402 | |
| DTX 57 | | 2001 | LML Payment Systems Inc. Annual Report 2001 | | | |
| DTX 58 | | 2001 | LML Payment Systems, Inc. 2001 Annual Report | | | |
| DTX 59 | | 2002 | LML Payment Systems Inc. Annual Report 2002 | | | |
| DTX 60 | | 2003 | LML Payment Systems Inc. Annual Report 2003 | | | |
| DTX 61 | | 2004 | LML Payment Systems Inc. Annual Report 2004 | | | |
| DTX 62 | | 03-31-04 | LML Payment Systems Inc. Statement of Operations for the Twelve Months Ending 3-31-04 | | | |
| DTX 63 | | | Not used | | | |
| DTX 64 | | 03-31-05 | LML Payment Systems Inc. Statement of Operations for the Twelve Months Ending 3-31-05 | | | |
| DTX 65 | | 05-27-05 | Fax from Hills to Hayes re destroyed documents | E, F, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 66 | | 06-16-05 | ECA Organizational transaction | | | |
| DTX 67 | | 08-12-05 | Expert Report of David P. Kurrasch Regarding Invalidity | E, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 68 | | 09-06-05 | Supplemental Expert Report of David P. Kurrasch Regarding Invalidity | E, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 69 | | 09-20-05 | Expert Report of Brian W. Napper | E, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|------------------------|------------------------------|----------|
| DTX 70 | | 09-20-05 | Expert Report of David P. Kurrasch Regarding Non-Infringement | E, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 71 | | 09-20-05 | Expert Report of Dewayne E. Perry Regarding Non-Infringement | E, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 72 | | 09-23-05 | Supplement to Expert Report of David P. Kurrasch Regarding Non-Infringement | E, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 73 | | 09-28-05 | Second Supplement to Expert Report of David P. Kurrasch Regarding Invalidity | E, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 74 | | 12-16-05 | Supplement to Expert Report of David P. Kurrasch Regarding Non-Infringement & Invalidity | E, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 75 | | 06-08 | Handwritten Notes - June 8 Meeting | A, G, H, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902, 1001, 1003 | |
| DTX 76 | BEEBE 401 | 06-11-03 | Email from Varley re Global Amendment | | | |
| DTX 77 | BEEBE 535-536 | 03-17-03 | Email from Wade re Update – Global eTelecom due diligence | | | |
| DTX 78 | BEEBE 2041 | 10-10-03 | Email re communication from Verus Financial Management | | | |
| DTX 79 | BEEBE 2170-2171 | 03-18-03 | Email from Varley to Barsoum re Update | | | |
| DTX 80 | BEEBE 2509 | 03-06-03 | Global eTelecom letter to LML Payment re Notice of Default and Demand | | | |
| DTX 81 | | 12-00-03 | History of Electronic Check (eCheck) | F, H | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 82 | BEEBE 2575-2620 | 04-15-02 | Sub-License Agreement Between LML Payment and E-Telecom | | | |

6

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 83 | FDC 16796-16808 | 08-05-97 | NACHA letter to Electronic Banking System forwarding excerpts of NACHA Rules | A, G, H, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902, 1001, 1003 | |
| DTX 84 | ECHO 1152 | | File Wrapper for U.S. Patent No. 5,175,682 | K, L | 104, 105, 106, 401, 402 | |
| DTX 85 | ECHO 22759, 22694, 22936 | | Excerpts from 1991 NACHA Operating Rules, Corporate Edition | A, G, J | 104, 105, 106, 401, 402, 901, 902, 1001, 1003, FRCP 26(e) | |
| DTX 86 | ECHO 22861 | | 1991 ACH Rules | | | |
| DTX 87 | | | Intentionally skipped | | | |
| DTX 88 | ECHO 2723 | 05-18-93 | RMR Systems letter to ChequeMark re Velocity PLUS Project | K, L | 104, 105, 106, 401, 402 | |
| DTX 89 | ECHO 2730 | 04-28-93 | WTC Corp. fax to RMR Systems re Info for Familiarity with System's Evolution | K, L | 104, 105, 106, 401, 402 | |
| DTX 90 | ECHO 2748 | Undated | Letter from ChequeMark to RMR Systems enclosing preliminary ChequeMark Systems descriptive materials | K, L | 104, 105, 106, 401, 402 | |
| DTX 91 | ECHO 3420 | 06-15-98 | SGS Electronic Funds Transaction (EFT) System at the Retail Point of Sale | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 92 | ECHO 3435 | 07-27-77 | SGS Insta-Check System Description | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 93 | ECHO 3447 | 09-19-83 | Notes of Tyree Meeting | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 94 | ECHO 3472 | | SGS POS Check Verification/Guarantee System Description | K, L | 104, 105, 106, 401, 402 | |
| DTX 95 | ECHO 3537 | 05-19-87 | Checkmate Electronics, Inc. Business Plan (Revised Draft) | K, L | 104, 105, 106, 401, 402 | |
| DTX 96 | ECHO 3628 | 08-00-89 | Checkmate Electronics, Inc. Business Analysis and Plan 1989-1992 | K, L | 104, 105, 106, 401, 402 | |

7

| Ex. No. | Bates No. | Date of Document | Description | Objection¹ and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|----------------------|------------------------------|----------|
| DTX 97 | ECHO 3629-3642 | 07-09-76 | SGS Insta-Check Credit Verification/ Check Guarantee System Preliminary Description of the SGS System | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 98 | ECHO 3650-3653 | | SGS sales brochure – Midas Touch Point-of-Sale Check and Credit Card Authorization System | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 99 | ECHO 3699 | 09-07-81 | Letter from SGS to Bruno's re Installing POS Terminals | A, K, L, G | 104, 105, 106, 401, 402, 901, 902, 1001, 1003 | |
| DTX 100 | ECHO 3700-3702 | 04-04-84 | Letter from SGS to Kroger re Patented MICR Reader | G, K, L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 101 | ECHO 3703-3712 | 04-11 thru 13-84 | SGS Executive Summary of Business Plan for ATDI Spring Venture Capital Conference | K, L | 104, 105, 106, 401, 402 | |
| DTX 102 | ECHO 3713 | 12-06-84 | Letter from A&P to SGS re MICR Terminal & Check Guarantee System | K, L | 104, 105, 106, 401, 402 | |
| DTX 103 | ECHO 3715-140 | 02-11-85 | Letter from SGS to Food Lion re Proposal for Check Authorization System | K, L | 104, 105, 106, 401, 402 | |
| DTX 104 | ECHO 3741-3745 | 11-20-85 | Letter from SGS to Concord Computing Corp. re MICR Reader | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 105 | ECHO 3891-4033 | 08-16-83 | Confidential – SGS Comprehensive Business Plan and Market Analysis – Memo No. 8 | K, L | 104, 105, 106, 401, 402 | |
| DTX 106 | ECHO 4035-4126 | 11-20-84 | Confidential – SGS Comprehensive Business Plan and Market Analysis | K, L | 104, 105, 106, 401, 402 | |
| DTX 107 | ECHO 4187-4265 | 05-15-79 | SGS Business Plan | K, L | 104, 105, 106, 401, 402 | |
| DTX 108 | | | Not used | | | |
| DTX 109 | ECHO 4436-4453 | | ChequeMark Systems letter to RMRS enclosing preliminary descriptive materials | G, K, L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 110 | ECHO 4430-4435 | Undated | ChequeMark Document entitled "Review of Available Options" | G, K, L | 104, 105, 106, 401, 402, 1001, 1003 | |

8

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|------------------------------|----------|
| DTX 111 | ECHO 4429-4453 | | 1993 ChequeMark marketing materials | G, K, L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 112 | ECHO 4696-4716 | 01-21-93 thru 5-10-93 | Inventor Notebook dated 1/21/93 – 5/10/93 | G, H, K, L | 104, 105, 106, 401, 402, 801, 803, 1001, 1003 | |
| DTX 113 | ECHO 27208-27251 | | Batch of Sample Checks | K, L | 104, 105, 106, 401, 402 | |
| DTX 114 | ECHO 24613-24933 | 11-21-83 | Confidential private Placement Memo – Checkcash Assocs. Ltd. | K, L | 104, 105, 106, 401, 402 | |
| DTX 115 | FDC 78 | Undated | TeleCheck Response Codes | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 116 | FDC 142 | Undated | Marketing material – "TeleCheck Electronic Check Acceptance Service | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 117 | FDC 237 | 1999 | Promotional Material – "The Power of the Check – Without the Paper, TeleCheck Electronic Check Acceptance (ECA) Service" | | | |
| DTX 118 | FDC 1415-1473 | 12-10-99 | Eclipse™ ECA Specifications | | | |
| DTX 119 | FDC 6450 | Undated | Promotional Material – Accelera™ se – Check Features & Benefits | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 120 | FDC 6611 | Undated | Accelera™ (ECA) Instructions | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 121 | FDC 6612 | Undated | Accelera™ (ECA) Instructions | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 122 | FDC 7018 | | Excerpt from Eclipse™ Payment Terminal Installation Guide | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 123 | FDC 8532-8533 | 12-08-99 | TeleCheck Press Release | | | |
| DTX 124 | FDC 11699-11700 | 08-00-99 | TeleCheck Electronic Check Acceptance Procedures | | | |

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 125 | FDC 12387 | 10-00-94 | Promotional Material – "Accelera™ The One Solution" | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 126 | FDC 13245-13275 | 04-00-97 | TeleCheck Electronic Check Acceptance Proposal | | | |
| DTX 127 | FDC 61021-61032 | | Check Acceptance Industry Outline | | | |
| DTX 128 | FDC 65438-65440 | 07-30-96 | NACHA memo re Conf Call Reports | K, L | 104, 105, 106, 401, 402 | |
| DTX 129 | FDC 65441-65442 | 08-21-96 | NACHA memo re Conf Call Reports | K, L | 104, 105, 106, 401, 402 | |
| DTX 130 | FDC 65487-65488 | 05-10-96 | NACHA memo re Methods of Capturing Maker Info on Returned Truncated Checks | K, L | 104, 105, 106, 401, 402 | |
| DTX 131 | FDC 815102-815103 | 2002 | TeleCheck Check Guarantee Service | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 132 | FDC 815856-815859 | 12-00-99 | Product Bulletin – New Release: The Eclipse™ Payment Terminal with the TeleCheck Electronic Check Acceptance (ECA) Service: The New Way to Accept Checks | | | |
| DTX 133 | FDC 102690-102696 | 11-00-95 | Data Analysis – A Report on the Data of Checks Using Electronic Funds Transfer | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 134 | FDC 102697-102702 | 01-00-96 | Data Analysis – A Report on the Data of Checks Using Electronic Funds Transfer | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 135 | FDC 102703-102718 | 10-00-96 | Data Analysis – A Report on the Data of Checks Using Electronic Funds Transfer | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 136 | FDC 102740 | 10-22-96 | Agenda for ChequeMark System Meeting | | | |
| DTX 137 | FDC 102813-102814 | 09-12-96 | Letter Agreement between E-Funds and TeleCheck Int'l, Inc. re Check Truncation System | A, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 138 | FDC 103181-103185 | 07-24-92 | TeleCheck Subsystems | | | |

10

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|------------------------------|----------|
| DTX 139 | FDC 104087 | | Check Authorization Procedures | G, K, L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 140 | FDC 110016-110024 | 12-26-00 | U.S. Patent No. 6,164,528 | | | |
| DTX 141 | FDC 931833-931922 | 10-00-02 | TUMSS User Reference Guide 3.1 | | | |
| DTX 142 | FDC 191968-191981 | | Promotional material – "TeleCheck. Your Total Check Resource" | | | |
| DTX 143 | FDC 208707 | | Q & A re Back of ECA Clerk Contest | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 144 | FDC 209697-209705 | 03-00-01 | TeleCheck Service Agreement | | | |
| DTX 145 | FDC 209706 | 03-00-01 | TeleCheck Service Agreement | | | |
| DTX 146 | FDC 209707 | 06-00-98 | TeleCheck's Time-to-Buy Program – Addendum to the TeleCheck Service Agreement | | | |
| DTX 147 | FDC 213433-213451 | Undated | Welcome to Electronic Check Acceptance (ECA) Kit | | | |
| DTX 148 | FDC 215754-215755 | 12-08-99 | TeleCheck Press Release | | | |
| DTX 149 | FDC 216108-216120 | Undated | Presentation – "Electronic Check Acceptance – Training Module Three: Sales Preparation" | | | |
| DTX 150 | FDC 216647-216649 | 09-00-01 | TeleCheck Service Agreement | | | |
| DTX 151 | FDC 488332-488333 | 10-03-02 | Press Release – "One of Nation's Largest Convenience Stores Embraces the TeleCheck Electronic Check Acceptance (ECA) Service" | | | |
| DTX 152 | FDC 727990-728006 | 01-00-00 | Electronic Check Council Policies and Procedures | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 153 | FDC 815100-815101 | 2002 | Promotional material – "TeleCheck Electronic Check Acceptance (ECA) Service" | | | |
| DTX 154 | FDC 1081287-108305 | Undated | TeleCheck Electronic Check Acceptance Marketing Materials | | | |
| DTX 155 | FDC 1092881-1092883 | 10-00-00 | TeleCheck Service Agreement | | | |

11

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|------------------------|------------------------------|----------|
| DTX 156 | FDC 1092982-1092984 | 10-00-00 | TeleCheck Service Agreement | | | |
| DTX 157 | FDC 1100244-1100248 | 2002 | Promotional Material – TeleCheck Electronic Check Acceptance Service | | | |
| DTX 158 | FDC 1100276-1100280 | 2002 | Promotional material – "Eclipse™ Payment Terminal" | | | |
| DTX 159 | FDC 1102100-1102101 | | ECA Most Frequently Asked Questions – Electronic Check Acceptance | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 160 | FDC 1103433-1103454 | Undated | Welcome to TeleCheck Electronic Acceptance (ECA) Kit | | | |
| DTX 161 | FDC 1108235-1108240 | | Promotional Material – TeleCheck Approving More Checks | | | |
| DTX 162 | FDC 1108625-1108626 | | Promotional Material – ECA – Electronic Check Acceptance | | | |
| DTX 163 | FDC 1107878-1107887 | Undated | Training/Pilot materials – "Paying with Your Check" | | | |
| DTX 164 | FDC 112194-112197 | 11-6-97 | TeleCheck inter-office memo re Check Truncation – Status of Projects & Potential | | | |
| DTX 165 | FDC 1138445-1138449 | 08-10-00 | TeleCheck Process Flow Diagrams | | | |
| DTX 166 | FDC 1146312-1146313 | | Telecheck Pricing Sheet – ECA and Guarantee | | | |
| DTX 167 | FDC 1154365-1154391 | | TeleCheck Services, Inc. Company Overview | K, L | 104, 105, 106, 401, 402 | |
| DTX 168 | FDC 1164980-1164999 | 02-11-03 | Presentation – Enterprise-wide ACH System – Operations Mgmt. & Transaction Processing | | | |
| DTX 169 | FDC 1167213-116714 | 06-12-00 | Executive Committee Agenda | | | |
| DTX 170 | FDC 1172017-1172035 | 12-00-03 | NACHA – History of Electronic Check (eCheck) | F, H | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 171 | FDC 1177161-117166 | | TeleCheck Marketing Brochure – Check Guarantee: Money in the Bank | | | |
| DTX 172 | FDC 1177941-1177958 | 06-01-01 | TeleCheck Service Agreement - Warranty and Telecheck Electronic Check Acceptance Programs | | | |

12

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 173 | FDC 1249409-1249430 | 11-18-04 | ACH Payments & Collections Service Guide Agreement (Draft) | A, H, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 174 | FDC 1259904-1259934 | 01-27-05 | Presentation – "The Home Depot – Check Future" | | | |
| DTX 175 | FDC 1260683-1260684 | 01-06-05 | E-mail re Exceptions Document – State of TN RFP | | | |
| DTX 176 | FDC 1285671-1285760 | 01-26-01 | First Data Requirement Spec for TeleCheck – North; Platform Front end integration/back end processing | | | |
| DTX 177 | FDC 1357267-1357268 | 2000 | Promotional material – "Eclipse™ Payment Terminal" | | | |
| DTX 178 | FDC 1357400-1357437 | 04-17-03 | GCA Meeting Agenda and Materials | | | |
| DTX 179 | FDC 1361718-1361754 | 05-09-84 | The Flexacheck System | A, H, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 180 | FDC 1362891-1362917 | 08-00-95 | Agenda and materials for the Meeting of the Electronic Check Council 8-3-95 and 8-4-95 | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 181 | FDC 1362891-1363033 | 08-00-95 | Agenda & Materials for Electronic Check Council Meeting on 8-3-95 and 8-4-95 | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 182 | FDC 1363074-1363101 | 02-00-97 | Notes and materials from NACHA ECC meeting – Feb. 1997 | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 183 | FDC 1363391-1363392 | 12-08-99 | TeleCheck Press Release | | | |
| DTX 184 | FDC 1363393 | 05-06-97 | Roberts & Brownell letter to TeleCheck re Licensing Discussions for '988 Patent | | | |
| DTX 185 | FDC 1364221-1364227 | 04-13-99 | Presentation – "Electronic Check Patents – What Do You Need to Know?" | H | 104, 105, 106, 801, 803 | |
| DTX 186 | FDC 1380861-1380863 | 04-28-03 | TeleCheck receives NACHA Quality Award – News Release | K,L | 104, 105, 106, 401, 402 | |
| DTX 187 | FDC 1380911-1380993 | 08-17-93 | U.S. Patent No. 5,237,620 | K,L | 104, 105, 106, 401, 402 | |
| DTX 188 | FDC 1380994-1381070 | 04-19-94 | U.S. Patent No. 5,305,196 | K,L | 104, 105, 106, 401, 402 | |

13

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 189 | FDC 1381291-1381360 | 05-13-93 | International Publication No. W0 93/09515 | K,L | 104, 105, 106, 401, 402 | |
| DTX 190 | FDC 1381599-1381654 | 11-24-74 | Proposal for the Security Service System for Supermarkets | K,L | 104, 105, 106, 401, 402 | |
| DTX 191 | FDC 1388097-1388106 | 03-31-03 | Star Check Participant Agreement with LML Payment Systems | K,L | 104, 105, 106, 401, 402 | |
| DTX 192 | FDC 1388382-1388386 | 03-03-97 | Butler & Binion opinion letter to First Data re Hills & Braun patents | E,H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 193 | FDC 1388387-1388731 | 10-21-01 | Skadden Arps letter to FDC re Draft opinion on Hills patents | E.H, K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 194 | FDC 1388904-1389333 | 09-23-04 | Invalidity Opinion re Hills patents prepared by Moser Patterson | E.H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 195 | FDC 1389336-1389340 | 02-11-97 | Letter from Shaper to Williams re Noninfringement Opinion – '988 | E,J,H,K,L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 196 | FDC 1389341-1389345 | 11-20-02 | Handwritten notes | E,H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 197 | FDC 1389354-1389361 | 08-10-98 | Skadden Arps fax to TeleCheck re opinions on Hills, Braun & Higashiyama patents | E,H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 198 | FDC 1389393-1389400 | 10-01-97 | Roberts & Brownell fax to McCutchen Doyle forwarding comparison of '682 & '988 Patents | E.H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 199 | FDC 1389421-1389422 | 02-25-97 | First Data fax to Laurie re Check Truncation | G,H,K,L | 104, 105, 106, 401, 402, 801, 803, 1001, 1003 | |
| DTX 200 | FDC 1389428-1389783 | 09-02-83 | Private Placement Memorandum by Checkcash Associates, Ltd. | F,H,J,K,L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |

14

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|----------------------------|----------|
| DTX 201 | FDC 1389784-1389837 | 07-27-89 | Manta Systems, Inc. Electronic Payments Systems No ID Tendering Store Requirements | A,F,H,I,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, FRCP 26(e) | |
| DTX 202 | FDC 1390116-1390118 | 02-00-96 | U.S. Banker Article – "The Nonfinancial Uses of EFT" | H,J, K,L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 203 | FDC 1390153-1390154 | | Photos | H,J, K,L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 204 | FDC 1390155-1390157 | | Article – "What if…Something You Once Thought About, Really Happened?" | H,J,K,L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 205 | FDC 1390158-1390163 | 03-05-96 | U.S. Patent No. 5,496,991 | J,K,L | 104, 105, 106, 401, 402, FRCP 26(e) | |
| DTX 206 | FDC 1390172-1390209 | 02-23-88 | U.S. Patent No. 4,727,243 | J,K,L | 104, 105, 106, 401, 402, FRCP 26(e) | |
| DTX 207 | FDC 1390210-1390260 | 08-01-95 | U.S. Patent No. 5,438,186 | J,K,L | 104, 105, 106, 401, 402, FRCP 26(e) | |
| DTX 208 | FDC 1390353-1390367 | | The Complete Point-of-Sale System Designed by Bankers for Bankers, Consumers & Retailers Brochure | H,I,K,L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 209 | | | Not used | | | |
| DTX 210 | FDC 1390413-1390416 | 09-23-98 | Skadden Arps fax to First Data forwarding March 23, 1998 Tachner opinion letter to McCormick & Godfrey re '988 Patent | H,J | 104, 105, 106, 801, 803, FRCP 26(e) | |
| DTX 211 | FDC 1390466-1390472 | 09-08-97 | McCutchen letter to TeleCheck re Discussions w/Hills on Scope & Validity of Hills Patent Claims | H,J | 104, 105, 106, 801, 803, FRCP 26(e) | |

15

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|-----------------------|-----------------------------|----------|
| DTX 212 | FDC 1390473-1390540 | 04-23-97 | Letter from Laurie to Somervill re Check Truncation Study | H,J | 104, 105, 106, 801, 803, FRCP 26(e) | |
| DTX 213 | FDC 1390549-1390561 | 08-00-04 | The Nilson Report | H, J, K, L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 214 | FDC 1391772 | 10-16-96 | TeleCheck inter-office memo re ChequeMark Visit on 10-22-96 | J | 104, 105, 106, FRCP 26(e) | |
| DTX 215 | FDC 1391791-1391792 | 09-13-05 | Kirkland & Ellis letter to Defendants re Dropping Certain Claims of '988 Patent, '528 Patent & '366 Patent | E,F,J,K, L | 104, 105, 106, 401, 402, FRCP 26(e) | |
| DTX 216 | FDC 1391826-1391834 | 09-00-99 | TeleCheck Service Agreement | J | 104, 105, 106, FRCP 26(e) | |
| DTX 217 | FDC 1391835-1391843 | 04-00-00 | TeleCheck Service Agreement | J | 104, 105, 106, FRCP 26(e) | |
| DTX 218 | FDC 1391844-1391846 | 03-00-01 | TeleCheck Service Agreement | J | 104, 105, 106 FRCP 26(e) | |
| DTX 219 | FDC 1393480-1393484 | | Handwritten Notes – Teleconference with Sue Shaper | J,H | 104, 105, 106, 801, 803, FRCP 26(e) | |
| DTX 220 | FDC 192030-192048 | 08-07-99 | Presentation – Ultimate Electronics – Electronic Check Acceptance | | | |
| DTX 221 | FDC 213316-213334 | | "Welcome to ECA – Electronic Check Acceptance" | | | |
| DTX 222 | FDC 5000000-5000013 | 10-14-86 | U.S. Patent No. 4,617,457 | K, L | 104, 105, 106, 401, 402 | |
| DTX 223 | FDC 5000014-5000025 | 06-09-87 | U.S. Patent No. 4,672,377 | K, L | 104, 105, 106, 401, 402 | |
| DTX 224 | FDC 5000026-5000039 | 06-16-87 | U.S. Patent No. 4,673,802 | K, L | 104, 105, 106, 401, 402 | |
| DTX 225 | FDC 5000040-5000054 | 07-07-87 | U.S. Patent No. 4,678,895 | K, L | 104, 105, 106, 401, 402 | |
| DTX 226 | FDC 5000055-5000068 | 07-07-87 | U.S. Patent No. 4,678,896 | K, L | 104, 105, 106, 401, 402 | |
| DTX 227 | FDC 5000069-5000079 | 05-10-88 | U.S. Patent No. 4,743,743 | K, L | 104, 105, 106, 401, 402 | |

16

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 228 | FDC 5000080-5000085 | 03-07-89 | U.S. Patent No. 4,810,866 | K, L | 104, 105, 106, 401, 402 | |
| DTX 229 | FDC 5000086-5000089 | 04-18-89 | U.S. Patent No. 4,823,264 | K, L | 104, 105, 106, 401, 402 | |
| DTX 230 | FDC 5000090-5000100 | 06-12-90 | U.S. Patent No. 4,933,536 | K, L | 104, 105, 106, 401, 402 | |
| DTX 231 | FDC 5000101-5000130 | 06-19-90 | U.S. Patent No. 4,934,772 | K, L | 104, 105, 106, 401, 402 | |
| DTX 232 | FDC 5000131-5000150 | 10-01-91 | U.S. Patent No. 5,053,607 | | | |
| DTX 233 | FDC 5000151-5000158 | 12-29-92 | U.S. Patent No. 5,175,682 | | | |
| DTX 234 | FDC 5000159-5000174 | 01-16-96 | U.S. Patent No. 5,484,988 | | | |
| DTX 235 | FDC 5000175-5000194 | 03-19-96 | U.S. Patent No. 5,500,513 | K, L | 104, 105, 106, 401, 402 | |
| DTX 236 | FDC 5000195-5000225 | 10-21-97 | U.S. Patent No. 5,679,938 | K, L | 104, 105, 106, 401, 402 | |
| DTX 237 | FDC 5000226-5000233 | 12-30-97 | U.S. Patent No. 5,703,344 | K, L | 104, 105, 106, 401, 402 | |
| DTX 238 | FDC 5000378-5000381 | 09-00-86 | ABA Banking Journal Cactus Switch Article | A, H, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 239 | FDC 5000382-5000411 | 08-03-95 | Schwartz & Ballen Report - Electronic Checks and the Selection of a Legal Framework | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 240 | FDC 5000412-5000413 | 11-07-95 | Sacramento Bee Article – "Cashless Society Expands" | K, L | 104, 105, 106, 401, 402 | |
| DTX 241 | FDC 5000414-5000433 | 10-01-91 | U.S. Patent No. 5,053,607 | | | |
| DTX 242 | FDC 5000442-5000446 | 11-17-86 | Article: "Strategies Differ, But Not Prospects; Common Aims Link Banking Networks" | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 243 | FDC 5000470-5000472 | 05-00-73 | Article - "Just Cashing a Check? Diebold's Way is Faster" | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |

17

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 244 | FDC 5000478-5000483 | 07-16-74 | U.S. Patent No. 3,824,544 | K, L | 104, 105, 106, 401, 402 | |
| DTX 245 | FDC 5000484-5000490 | 10-29-74 | U.S. Patent No. 3,845,470 | K, L | 104, 105, 106, 401, 402 | |
| DTX 246 | FDC 5000491-5000500 | 05-26-81 | U.S. Patent No. 4,270,042 | K, L | 104, 105, 106, 401, 402 | |
| DTX 247 | FDC 5000501-5000528 | 03-23-82 | U.S. Patent No. 4,321,672 | K, L | 104, 105, 106, 401, 402 | |
| DTX 248 | FDC 5000529-5000542 | 09-13-83 | U.S. Patent No. 4,404,649 | K, L | 104, 105, 106, 401, 402 | |
| DTX 249 | FDC 5000543-5000556 | 06-11-85 | U.S. Patent No. 4,523,330 | K, L | 104, 105, 106, 401, 402 | |
| DTX 250 | FDC 5000557-5000569 | 04-01-86 | U.S. Patent No. 4,580,040 | K, L | 104, 105, 106, 401, 402 | |
| DTX 251 | FK 34 | 07-30-97 | ChequeMark memo re Notice Letter disclosing ChequeMark's '528 patent application | K, L | 104, 105, 106, 401, 402 | |
| DTX 252 | | | Not used | | | |
| DTX 253 | FK 130-131 | 04-03-00 | Email from TeleCheck to First Data re LML Press Release dated 3-27-00 | J | 104, 105, 106, FRCP 26(e) | |
| DTX 254 | FK 197-235 | 11-09-04 | Email from McCutchen to TeleCheck re Non-Infringement Opinion | H, J, G | 104, 105, 106, 401, 402, 801, 803, 1001, 1003, FRCP 26(e) | |
| DTX 255 | FK 236-237 | 06-05-97 | First Data letter responding to Notice and informing Hills of TeleCheck's engagement of outside counsel to investigate '988 patent | J | 104, 105, 106, FRCP 26(e) | |
| DTX 256 | FK 242-255 | 01-08-97 | Fax from McCutchen to TeleCheck forwarding preliminary analysis of TeleCheck's check truncation project and the '988 patent | H, J | 104, 105, 106, 801, 803, FRCP 26(e) | |
| DTX 257 | FK 256-260 | 11-18-96 | First Data fax enclosing Q & A document re check truncation | H, J | 104, 105, 106, 801, 803, FRCP 26(e) | |
| DTX 258 | FK 262 | 07-15-05 | Letter from Laurie to Bailis re Hills Patent Infringement Study | H, J | 104, 105, 106, 801, 803, FRCP 26(e) | |

18

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 259 | FK 1068-1091 | 10-26-93 | U.S. Patent No. 5,256,863 | J, K, L | 104, 105, 106, 401, 402, FRCP 26(e) | |
| DTX 260 | FK 1703-1722 | 06-20-95 | U.S. Patent No. 5,426,281 | J, K, L | 104, 105, 106, 401, 402, FRCP (e) | |
| DTX 261 | FK 1839 | 08-14-90 | U.S. Patent No. 4,948,174 | G,J,K,L | 104, 105, 106, 401, 402, 1001, 1003, FRCP 26(e) | |
| DTX 262 | FK 2686-2687A | 4-10-90 | TeleCheck News Article – "An Alternative to Check Handling – Western Union Unit to Test Point-of-Sale Payments" | H,J,K,L | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 263 | JB000583 | | Cassette Tape of April 13 Presentation | H | 104, 105, 106, 801, 803 | |
| DTX 264 | JB000584 | 05-08-99 | NACHA Thank You letter to Suri for speaking at Payments '99 in April | K, L | 104, 105, 106, 401, 402 | |
| DTX 265 | JB000982-1015 | 04-13-99 | Electronic Check Patents Presentation – What Do You Need to Know | H | 104, 105, 106, 801, 803 | |
| DTX 266 | JB001051-001078 | 4-11 thru 14-99 | NACHA Brochure – '99 Payments – How to Compete and Prosper in the World of Electronic Commerce | | | |
| DTX 267 | JB001124 | 01-22-99 | Speaker Letter of Agreement between Mark Suri and NACHA for 4-13-99 | K, L | 104, 105, 106, 401, 402 | |
| DTX 268 | LML-EP 54-242 | | Prosecution History – U.S. Patent 5,484,988 | L | 104, 105, 106, 401, 402 | |
| DTX 269 | LML-EP 243-492 | | U.S. Patent 6,164,528 Application Package | K, L | 104, 105, 106, 401, 402 | |
| DTX 270 | LML-EP 1516-1518 | 2004 | TeleCheck Eclipse™ Payment Terminal Product Spec | | | |
| DTX 271 | LML-EP 3271-3274 | 12-10-04 | Global eTelecom, Inc. – Traveling the Conversion Globe | | | |
| DTX 272 | LML-EP 3652-3660 | 11-07-97 | Leisureways letter to ChequeMark re Letter of Intent to purchase ChequeMark Technologies Assets | | | |
| DTX 273 | LML-EP 3702-3704 | 04-24-97 | Leisureways fax to ChequeMark re Potential Asset Purchase Relationship | | | |

19

| Ex. No. | Bates No. | Date of Document | Description | Objection¹ and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 274 | LML-EP 3716-3721 | 12-31-96 | ChequeMark Tech. Corp. Financial Statements for year ending 12-31-96 | K, L | 104, 105, 106, 401, 402 | |
| DTX 275 | LML-EP 3882-3891 | 06-16-97 | ChequeMark letter to Deluxe Payment Protection re Formats for ChequeMark Licensing Agreement | K, L | 104, 105, 106, 401, 402 | |
| DTX 276 | LML-EP 4346-4397 | 02-01-01 | Complaint - ChequeMark Patent, Inc., et al., vs. Global Transaction System, LLC, USDC D. of Nev., Case No. CV-S-01-0126KJD-RJJ | E,H,K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 277 | LML-EP 4889-4898 | 10-05-99 or 06-01-05 | Amended Complaint for Declaratory Judgment, Breach of Contract and Specific Performance - LML Payment Systems, Inc., et al. vs. Hills, et al., USDC Mid. D. of Fla., Jacksonville Case No.: 99-217-CIV-J-20A | K, L | 104, 105, 106, 401, 402 | |
| DTX 278 | LML-EP 5269-5281 | 08-15-01 | Sub-License Agreement between LML Patent Corp. and Global Transaction System, LLC | | | |
| DTX 279 | LML-EP 5387-5402 | 01-16-96 | U.S. Patent No. 5,484,988 | | | |
| DTX 280 | LML-EP 5478-5510 | | Promotional Material – "Introducing Electronic Checking" (Checkwriting Point of Sale System – Patent No. 5,484,988) | G, K, L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 281 | LML-EP 6104-6105 | 07-22-99 | Terminal Disclaimer to Obviate a Double Patenting Rejection over a Prior Patent | K, L | 104, 105, 106, 401, 402 | |
| DTX 282 | LML-EP 6710-6941 | 03-10-99 | Complaint for Declaratory Judgment - LML Payment Systems, Inc., et al. vs. Hills, et al., USDC Mid. D. of Fla., Jacksonville Case No.: 99-217-CIV-J-20A | K, L | 104, 105, 106, 401, 402 | |
| DTX 283 | LML-EP 6959 | 10-26-98 | Victims Case Status Report Re State vs. Hills | K,L | 104, 105, 106, 401, 402 | |
| DTX 284 | LML-EP 7544-7580 | 05-12-00 | Notice of filing Affidavit of Patrick H. Gaines in Support of Plaintiffs' Motion for Summary Judgment - LML Payment Systems, Inc., et al. vs. Hills, et al., USDC Mid. D. of Fla., Jacksonville Case No.: 99-217-CIV-J-20A | K, L | 104, 105, 106, 401, 402 | |
| DTX 285 | LML-EP 7638-7639 | | Handwritten settlement agreement between Gaines and Hills | K,L | 104, 105, 106, 401, 402 | |
| DTX 286 | LML-EP 7925 | 08-29-01 | Roberts Abokhair letter to TeleCheck re Follow-up to Licensing Discussions | | | |
| DTX 287 | LML-EP 7943-7944 | 06-30-99 | Roberts Abokhair letter to TeleCheck re License Agreement Terms | | | |

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 288 | LML-EP 7945-7946 | 05-19-99 | TeleCheck letter to ChequeMark re Terms of Licensing Proposal | | | |
| DTX 289 | LML-EP 7947-7949 | 03-31-99 | ChequeMark letter to TeleCheck re Possible Licensing Arrangements | | | |
| DTX 290 | LML-EP 8149-8161 | 04-10-00 | License Agreement re '988 Patent | K, L | 104, 105, 106, 401, 402 | |
| DTX 291 | LML-EP 8193-8228 | 03-11-98 | Patent Purchase Agreement Between Leisureways Marketing & ChequeMark, Hills & Nichols | | | |
| DTX 292 | LML-EP 8495-8506 | Undated | Electronic Checking – History of Development | A, H, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 293 | LML-EP 8558-8578 | 11-30-98 | ChequeMark Technologies Corp. Executive Summary | K, L | 104, 105, 106, 401, 402 | |
| DTX 294 | LML-EP 9384-9389 | 09-21-00 | Agreed Final Judgment & Permanent Injunction in LML v. Hills, Middle Dist. Of Florida | K, L | 104, 105, 106, 401, 402 | |
| DTX 295 | LML-EP 9492-9525 | 04-13-99 | Presentation - Electronic Check Patents, What You Need to Know | H | 104, 105, 106, 801, 803 | |
| DTX 296 | LML-EP 10225-10227 | 08-09-99 | TeleCheck letter to Roberts & Abokhair re License Agreement between First Data, TeleCheck & ChequeMark | | | |
| DTX 297 | LML-EP 10460 | 03-12-98 | Deluxe Payment Protection letter to Leisureways re Possible litigation with ChequeMark and Robert Hills | K, L | 104, 105, 106, 401, 402 | |
| DTX 298 | LML-EP 10520-10528 | 08-22-00 | Amendment to Settlement Agreement | K, L | 104, 105, 106, 401, 402 | |
| DTX 299 | LML-EP 10557-10571 | 07-00-00 | Settlement Agreement. | K, L | 104, 105, 106, 401, 402 | |
| DTX 300 | LML-EP 10808-10813 | Undated | Goldleaf Techs. letter to Hills forwarding NACHA materials re upcoming ECC Meeting | | | |
| DTX 301 | LML-EP 10871-10873 | 03-19-99 | LML Payment letter to NACHA re LML Payment Systems Inc. Application for Electronic Check Council Membership | K, L | 104, 105, 106, 401, 402 | |
| DTX 302 | LML-EP 10885-10903 | 06-19-96 | Handwritten note from Gerri to Bob forwarding draft of ECC Requirements for POS Pilot | A, H, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 303 | LML-EP 11547-11565 | 11-22-96 | ECC memo to ECC Members Draft Meeting Report – 10-23-96 & 10-24-96 | | | |

21

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|----------------------|--------------------------|----------|
| DTX 304 | LML-EP 11683-11866 | 10-23&24-96 | Agenda & Materials for the Meeting of the Electronic Check Council | G,H,K,L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 305 | LML-EP 11715-11732 | 07-17-96 | NACHA memo to Electronic Check Council Members re Draft Meeting Report 6-10-96 and 6-11-96 | K, L | 104, 105, 106, 401, 402 | |
| DTX 306 | LML-EP 11768-11792 | 09-20-96 | Electronic Check at the Point of Sale - A Pilot Program Guide - Final Draft | K, L | 104, 105, 106, 401, 402 | |
| DTX 307 | LML-EP 11974-11986 | 07-11-97 | Letter of Intent between ChequeMark and Deluxe Corporation to acquire assets of ChequeMark | | | |
| DTX 308 | LML-EP 11988-11997 | 07-23-97 | Letter from ChequeMark to TeleCheck re Potential Business Relationship | | | |
| DTX 309 | LML-EP 11992-11993 | 03-10-97 | Letter to TeleCheck enclosing ChequeMark marketing materials and seeking relationship between TeleCheck and ChequeMark | | | |
| DTX 310 | LML-EP 11994 | 07-30-97 | UPS shipping document from Hills to TeleCheck | K, L | 104, 105, 106, 401, 402 | |
| DTX 311 | LML-EP 11998-12001 | 09-03-97 | Minutes of teleconference re ChequeMark patent | K,L | 104, 105, 106, 401, 402 | |
| DTX 312 | LML-EP 12125-12126 | 09-26-96 | ChequeMark fax to Electronic Transaction re List of Entities with Recent Communications | K, L | 104, 105, 106, 401, 402 | |
| DTX 313 | LML-EP 12139-12141 | 04-22-97 | ChequeMark memo re Explanatory Statement Regarding Prospective Litigations | K, L | 104, 105, 106, 401, 402 | |
| DTX 314 | LML-EP 12313-12317 | 11-07-96 | ChequeMark letter to Electronic Check Processing re Notice of Issuance of 5,484,988 Patent & Possible Licensing Rights | K, L | 104, 105, 106, 401, 402 | |
| DTX 315 | LML-EP 12327-12342 | 05-09-97 | ChequeMark memo re Invitations to Engage in Licensing Notices | K, L | 104, 105, 106, 401, 402 | |
| DTX 316 | LML-EP 12615-12650 | | Journal of Robert R. Hills | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 317 | LML-EP 13270-13275 | 11-25-03 | License Agreement Between LML Patent Corp. and Verus Financial Mgmt. | | | |
| DTX 318 | LML-EP 13381 | 11-26-03 | LML Payment letter to Verus Financial re Acknowledgement of Funds owed by E Telecom | | | |
| DTX 319 | LML-EP 13616 | 08-14-98 | ChequeMark memo re Vendor's Notice to Exercise Repurchase Provisions | K, L | 104, 105, 106, 401, 402 | |

22