| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 320 | LML-EP 13617 | 08-27-98 | ChequeMark memo re Vendor's Notice of Readiness to Exchange Shares for '988 Patent | | | |
| DTX 321 | LML-EP 14919-15002 | Undated | LML Payment Systems Turnkey Rollout Plan | K, L | 104, 105, 106, 401, 402 | |
| DTX 322 | LML-EP 15030-15067 | Undated | ChequeMark Tech. Corp. – Introducing Electronic Checking – Checkwriting Point of Sale System, Patent No. 5,484,988 | K, L | 104, 105, 106, 401, 402 | |
| DTX 323 | LML-EP 16653-16698 | 02-00-12 | Electronic Checks at Point-of-Sale Workshop Agenda and Course Materials - Nordstrom | K, L | 104, 105, 106, 401, 402 | |
| DTX 324 | LML-EP 17122-17127 | 05-21-92 | Memo from WTC Corp. to Resource Tech. Services re Requirements – Activation of POS Check Replacement (w/handwriting) | K, L | 104, 105, 106, 401, 402 | |
| DTX 325 | LML-EP 17133-17137 | 11-12-92 | WTC Corp. fax to Resource Tech. Services re Marketing Rights, Royalty Payments and Monies Advanced for Patent Development | | | |
| DTX 326 | LML-EP 17332 | 04-21-93 | WTC Corp. letter to Resource Tech. Services re Notice of Termination of Service Contract and Agreement dated 01-09-92 | L, K | 104, 105, 106, 401, 402 | |
| DTX 327 | LML-EP 17353-17355 | 02-22-93 | WTC Corp. letter to Resource Tech. Services re Duration of Time Expended is Unacceptable | A,K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 328 | LML-EP 18103-18121 | 1993 | ChequeMark Systems Merchant Terminal Functionality Specification | L, K | 104, 105, 106, 401, 402 | |
| DTX 329 | LML-EP 18332 | 02-09-98 | ChequeMark letter to Leisureways re Potential Asset Purchase Relationship | | | |
| DTX 330 | LML-EP 19884-19885 | 12-31-97 | Leisureways Marketing, Inc. Third Quarter Report | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 331 | LML-EP 20241-20270 | 07-17-03 | LML Payment Systems Inc. Statement Notice of Annual Meeting of Shareholder to be Held on 8-20-03 | K,L | 104, 105, 106, 401, 402 | |
| DTX 332 | LML-EP 22372-22381 | 10-20-98 | Roberts Brownell & Abokhair Newsletter | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 333 | LML-EP 26544-26554 | Undated | ChequeMark Check Conversion Requirements | K, L | 104, 105, 106, 401, 402 | |

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 334 | LML-EP 29571-29582 | 09-15-98 | ChequeMark letter to Magic Software Development re Joint Venture | A, E, F, H, K, L | 104, 105, 106, 901, 902, 401, 402, 801, 803 | |
| DTX 335 | LML-EP 31019-31021 | 05-08-03 | LML Payment Systems letter to NACHA re U.S. Patents Owned by LML re "Check Writing POS Systems" | K, L | 104, 105, 106, 401, 402 | |
| DTX 336 | LML-EP 31522-31589 | 04-13-99 | Presentation: "Electronic Check Patents – What You Need to Know" | H | 104, 105, 106, 801, 803 | |
| DTX 337 | LML-EP 32029-32040 | 10-16-02 | Minutes of Project ECC Status Meeting held on 10-16-02 | K, L | 104, 105, 106, 401, 402 | |
| DTX 338 | LML-EP 32294-32301 | 07-30-02 | Minutes to Business Review Team (ECC) Meeting | K, L | 104, 105, 106, 401, 402 | |
| DTX 339 | LML-EP 32392-32400 | 06-10-02 | Email re ECC Accounts | K, L | 104, 105, 106, 401, 402 | |
| DTX 340 | LML-EP 32935-32939 | 10-24-00 | Memo re Integration of LML Payments Enterprise | K, L | 104, 105, 106, 401, 402 | |
| DTX 341 | LML-EP 32940-32947 | 11-00-00 | Agenda for Management Meeting | K, L | 104, 105, 106, 401, 402 | |
| DTX 342 | LML-EP 33806-33867 | 01-05-99 | Memo enclosing LML- ChequeMark Strategic Business Plan | K, L | 104, 105, 106, 401, 402 | |
| DTX 343 | LML-EP 33922-33943 | 01-18-00 | Presentation - LML Payment Systems Inc. - Experts in the Control and Analysis of Retail Acceptance Cost | K, L | 104, 105, 106, 401, 402 | |
| DTX 344 | LML-EP 34453-34455 | 11-03-00 | Requirements for Technical Specifications at Point-of-Sale Transaction | K, L | 104, 105, 106, 401, 402 | |
| DTX 345 | LML-EP 34515-34517 | 12-5-02 | Agenda for Imaging Status Meeting held on 12-5-02 | K, L | 104, 105, 106, 401, 402 | |
| DTX 346 | LML-EP 34569-34570 | 02-27-03 | Email re Thomson Data to Identify Non-Convertible Items | K, L | 104, 105, 106, 401, 402 | |
| DTX 347 | LML-EP 43095-43145 | 03-11-98 | Patent Purchase Agreement between Leisureways Marketing, ChequeMark, Hills, and Nichols | | | |
| DTX 348 | LML-EP 43277 | 08-00-96 | Article entitled "A Little Closer to A Checkless Society" | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 349 | LML-EP 43282-43283 | 11-07-95 | Sacramento Bee article entitled "Cashless Society Expands" | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |

24

| Ex. No. | Bates No. | Date of Document | Description | Objection¹ and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|----------------------------|----------|
| DTX 350 | LML-EP 48341- 48357 | 02-15-01 | NACHA memo to Electronic Check Council Members re Draft Minutes and Meeting Report of the September 13, 2000 ECC Meeting | K, L | 104, 105, 106, 401, 402 | |
| DTX 351 | LML-EP 54214- 54854 | 1997 | 1997 ACH Rules - A Complete Guide to Rules & Regulations Governing the ACH Network | | | |
| DTX 352 | LML-EP 55429- 55430 | 2005 | §3.8 of NACHA 2005 Operating Rules | G, I | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 353 | LML-EP 55537 LML-EP 55420, LML-EP 55432, LML-EP 555429- 555430 | 2005 | Excerpts – Includes specifically 3.8.1 and 3.8.3 | G, I | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 354 | LML-EP 59047- 59125 | 2000 | Guide to Implementing a Point-of-Purchase Entry Program | | | |
| DTX 355 | LML-EP 59771 | 06-02-03 | E-mail re Direct Costs Notice | K,L | 104, 105, 106, 401, 402 | |
| DTX 356 | LML-EP 59825- 59826 | 04-04-03 | E-mail re September Financials 2002 | K,L | 104, 105, 106, 401, 402 | |
| DTX 357 | LML-EP 59916- 59917 | 01-17-05 | Email re Loyalty ACH Program Flow | A,F,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 358 | LML-EP 61763- 61782 | 01-07-93 | WTC Corp. memo re Summary of Beta Testing for ChequeMark Systems | K,L | 104, 105, 106, 401, 402 | |
| DTX 359 | LML-EP 61783- 61785 | 07-12-93 | WTC Corp. letter to Resource Tech. Services re Termination of Service Contract & Agreement | K,L | 104, 105, 106, 401, 402 | |
| DTX 360 | LML-EP 61795- 61796 | 02-04-01 | NERA letter to Roberts Abokhair re Valuation of '528 Patent | H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 361 | LML-EP 61808- 61835 | 05-31-05 | Invoices for ECC transactions for 5-1 through 5-31-05 | G,K,L | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 362 | LML-EP 61836- 61841 | 01-27-98 | McCarthy Tetrault letter to Leisureways Marketing re Leisureways and ChequeMark | A,F,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |

25

| Ex. No. | Bates No. | Date of Document | Description | Objection¹ and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 363 | LML-EP 61842-61845 | 01-27-98 | Letter from McCarthy Tetrault to Birch, Stewart re review of '988 file history | A,F,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 364 | LML-EP 61846-61852 | 10-01-77 | Letter to Roberts, Brownell to McCutchen Doyle summarizing comparison of '682 and '988 patents | A,F,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 365 | LML-EP 61853-61864 | 02-19-98 | Fax from McCarthy Tetrault to Leisureways Marketing forwarding Birch Stewart 2-6-98 opinion letter and invoice for $8200 | A,F,G,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, 1001, 1003 | |
| DTX 366 | LML-EP 61854-61861 | 02-06-98 | Birch Stewart letter to McCarthy Tetrault re opinion – '988 patent | A,F,G,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, 1001, 1003 | |
| DTX 367 | LML-EP 61865-61873 | 02-06-98 | McCarthy Tetrault fax to Leisureways re Birch, Stewart 2-6-98 Opinion letter re '988 Patent | A,F,G,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, 1001, 1003 | |
| DTX 368 | LML-EP 61874-61877 | 01-05-98 | McCarthy Tetrault fax to Leisureways Marketing forwarding Birch, Stewart 1-2-98 Opinion letter re '988 Patent | F,G,H,K,L | 104, 105, 106, 401, 402, 801, 803, 1001, 1003 | |
| DTX 369 | | | Not used | | | |
| DTX 370 | NACHA 6528-6547 | 04-00-96 | Payment Systems Report – Annual Conference Issue | H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 371 | NACHA 14368-14386 | 10-04-95 | eFunds letter to Melville re Forwarding Product Info | A,K,L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 372 | NACHA 16800, NACHA 16802 | | Excerpts from 1990 NACHA Operating Rules, Corporate Edition | A,G,I,K,L | 104, 105, 106, 401, 402, 901, 902, 1001, 1003 | |
| DTX 373 | NACHA 24795-24803 | 11-04&05-93 | Draft Minutes of the NACHA – ECC Meeting | K,L | 104, 105, 106, 401, 402 | |
| DTX 374 | NACHA 31867-31884 | 11-15-96 | ECC memo to ECC Members re Draft Meeting Report – 10-23&24-96 | K,L | 104, 105, 106, 401, 402 | |

26

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 375 | NACHA 31823-31837 | 06-17-97 | ECC Draft Meeting Report for Meeting held | K,L | 104, 105, 106, 401, 402 | |
| DTX 376 | NACHA 37580-37582 | 03-25-99 | Fax forwarding letter from Gaines to McEntee re LML Payment Systems Inc.'s Application for ECC Membership | K,L | 104, 105, 106, 401, 402 | |
| DTX 377 | NACHA 1000006-1000021 | 03-29-96 | NACHA Memo to Electronic Check Council Members re Draft Meeting Report 3-7-96 and 3-8-96 | K,L | 104, 105, 106, 401, 402 | |
| DTX 378 | NACHA 1000022-1000040 | 10-26-95 | NACHA Presentation – "The Electronic Check Council" | K,L | 104, 105, 106, 401, 402 | |
| DTX 379 | NACHA 1000051-1000067 | 07-09-05 | Electronic Check at the Point of Sale - A Pilot Program Guide - Draft | A,F,K,L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 380 | NICHOLS 2 | Undated | WTC Corp. letter to Resource Tech. Services re New Matters to be Addressed ASAP | K,L | 104, 105, 106, 401, 402 | |
| DTX 381 | NICHOLS 326-365 | 12-05-95 | Private Placement Memo – ChequeMark Technologies Corporation | K,L | 104, 105, 106, 401, 402 | |
| DTX 382 | NICHOLS 582-586 | 03-11-98 | ChequeMark Memo re Fifth Month Progress Review | K,L | 104, 105, 106, 401, 402 | |
| DTX 383 | NICHOLS 1051-1052 | 09-28-92 | WTC Corp. letter to Resource Tech. Services forwarding 2 memos – (1) Registered Users and (2) Implementation of 'Status' Field | K,L | 104, 105, 106, 401, 402 | |
| DTX 384 | NICHOLS 1057-1059 | Undated | Slip Modifications re ChequeMark Card and Check Replacement Slip | K,L | 104, 105, 106, 401, 402 | |
| DTX 385 | NICHOLS 1166-1204 | 09-29-97 | Form 20-F SEC Filing for Leisureways Marketing Ltd. | G | 104, 105, 106, 401, 402, 1001, 1003 | |
| DTX 386 | NICHOLS 1514-1517 | 12-26-96 | Agreement Among Hills, Nichols, Arjay Data Corp, ChequeMark Tech Corp, and Resource Data Rentals | | | |
| DTX 387 | NICHOLS 1649-1656 | Undated | ChequeMark Systems Synopsis of Private Placement | K,L | 104, 105, 106, 401, 402 | |
| DTX 388 | NICHOLS 1652-1653 | | Article from Sacramento Bee – "Cashless Society Expands" by Mark Glover | H,K,L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 389 | NICHOLS 1823-1824 | 05-22-91 | Arter & Hadden letter to Resource Tech. Services re Engagement Letter | | | |

27

| Ex. No. | Bates No. | Date of Document | Description | Objection¹ and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 390 | NICHOLS 2679-2683 | 05-21-92 | Memo from WTC Corp. to Resource Tech. Services re Requirements – Activation of POS Check Replacement | K,L | 104, 105, 106, 401, 402 | |
| DTX 391 | NOVA 1891-1900 | 06-16-97 | ChequeMark fax to Deluxe Payment Protection re Deluxe pursuit of license with ChequeMark | K,L | 104, 105, 106, 401, 402 | |
| DTX 392 | NOVA 13757-13765 | 04-12-99 | NACHA Presentation Slides – "Payments '99– Understanding EFT and Check Law in an Electronic Environment" | | | |
| DTX 393 | NOVA 36442-36444 | 2004 | NOVA ECS 2004 Margin | H,J | 104, 105, 106, 801, 803, FRCP 26(3) | |
| DTX 394 | NOVA 52458 | | Photo of check processing machine | A,H,J,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, FRCP 26(e) | |
| DTX 395 | NOVA 52459 | | Photo of check processing machines | A,H,J,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, FRCP 26(e) | |
| DTX 396 | NOVA 52461 | | Photo of check processing machine | A,H,J,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, FRCP 26(e) | |
| DTX 397 | NOVA 52458-53197 | | CheckMate Check Processing System | A,D,F,G,H,J,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902, 1001, 1003, FRCP 26(e) | |
| DTX 398 | NOVA 52611-52614 | 10-10-84 | Letter from SGS to Food Lion re SGS Check Guarantee System | G,J,K,L | 104, 105, 106, 401, 402, 1001, 1003, FRCP 26(e) | |
| DTX 399 | NOVA 52648-52675 | | The Checkpoint ACM – Supermarket Brochure | A,G,J,K,L | 104, 105, 106, 401, 402, 901, 902, 1001, 1003, FRCP 26(e) | |

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 400 | NOVA 52847-52860 | | The SGS Total Bad Check Prevention Management System | A,J,K,L | 104, 105, 106, 401, 402, 901, 902, FRCP 26(e) | |
| DTX 401 | NOVA 52864-52873 | 12-07-84 | SGS Memo re Flip Chart for Sales Presentations | J,K,L | 104, 105, 106, 401, 402, FRCP 26(e) | |
| DTX 402 | NOVA 52978-53064 | | SGS – Midas Touch System – Product Info | A,G,J,K,L | 104, 105, 106, 401, 402, 901, 902, 1001, 1003, FRCP 26(e) | |
| DTX 403 | NOVA 53075-530197 | | Confidential – SGS Comprehensive Business Plan and Market Analysis | J,K,L | 104, 105, 106, 401, 402, FRCP 26(e) | |
| DTX 404 | SC 000094 | | Carlson handwritten notes | H,K | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 405 | SC 000095 | | Carlson handwritten notes | H,K | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 406 | SC 0000114 | | Carlson handwritten notes | A,H,K | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 407 | SC 000832-33 | | Carlson handwritten notes | A,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 408 | SC 001170-77 | | Carlson handwritten notes | A,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 409 | SC 03265-80 | | U.S. Patent No. 4,758,714 | A,H,K,L | 104, 105, 106, 401, 402, 801, 803, 901, 902 | |
| DTX 410 | SC 008074-8101 | | Carlson handwritten notes | G,H,K | 104, 105, 106, 401, 402, 8001, 803, 1001, 1003 | |

29

| Ex. No. | Bates No. | Date of Document | Description | Objection[1] and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------------------|-------------|------------------------|------------------------------|----------|
| DTX 411 | SURI 1-16 | 04-13-99 | Electronic Check Patents Presentation – What Do You Need to Know | H | 104, 105, 106, 801, 803 | |
| DTX 412 | | 7-14-05 | LML Patent Corp.'s Objections and Responses to TeleCheck Services Inc.'s First Set of Requests for Admission to LML (1-19) | E | 104, 105, 106, 401, 402 | |
| DTX 413 | | 11-15-04 | LML Patent Corp.'s Objections and Responses to TeleCheck Services Inc.'s First Set of Interrogatories to LML | E | 104, 105, 106, 401, 402 | |
| DTX 414 | | 1-31-05 | LML Patent Corp.'s First Set of Supplemental Responses and Objections to TeleCheck Services Inc.'s Interrogatory Nos. 5, 6, 12, 13 and 15 | E | 104, 105, 106, 401, 402 | |
| DTX 415 | | 2-1-05 | LML Patent Corp.'s [Corrected] First Set of Supplemental Responses and Objections to TeleCheck Services Inc.'s Interrogatory Nos. 5, 6, 12, 13, and 15 | E | 104, 105, 106, 401, 402 | |
| DTX 416 | | 3-10-05 | LML Patent Corp.'s Second Supplemental Responses and Objections to TeleCheck Services Inc.'s Interrogatory Nos. 1 and 2 | E | 104, 105, 106, 401, 402 | |
| DTX 417 | | 4-15-05 | LML Patent Corp.'s Third Supplemental Objections and Responses to TeleCheck Services Inc.'s First Set of Interrogatories to LML | E | 104, 105, 106, 401, 402 | |
| DTX 418 | | 7-14-05 | LML Patent Corp.'s Objections and Responses to TeleCheck Services Inc.'s Second Set of Interrogatories to LML | E | 104, 105, 106, 401, 402 | |
| DTX 419 | | 9-26-05 | LML Patent Corp.'s Supplemental Objections and Responses to TeleCheck Services Inc.'s First Set of Interrogatories to LML (No. 14) | E | 104, 105, 106, 401, 402 | |

30

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 600 | | 9-23-05 | Supplement to Expert Report of Stephen Schutze | E, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, Fed. R. Civ. P. 26(e) | |
| DTX 601 | | | Gleason Expert Report and Exhibits | E, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 602 | | | Electronic Clearing House, Inc. and Xpresschex's May 19, 2005 Response to Interrogatory No. 9 and Exhibits | E | 104, 105, 106, 401, 402 | |
| DTX 603 | | | Cox Expert Report and Exhibits | H | 104, 105, 106, 801, 803 | |
| DTX 604 | | | Tinkel Declaration attached as an Exhibit to the Smith Declaration in opposition to ECHO motion for summary judgment | H | 104, 105, 106, 801, 803 | |
| DTX 605 | | | Tinkel Infringement Expert Report | H | 104, 105, 106, 801, 803 | |
| DTX 606 | ECHO 1012-1031 | | EC6000i series user manual | | 104, 105, 106 | |
| DTX 607 | ECHO 1032-1152 | | File wrapper history of U.S. Patent No. 5,175,682 issued to Higashiyama | K, L | 104, 105, 106, 401, 402 | |
| DTX 608 | ECHO 1231-1248 | Multiple | Financial documents (annual reports, 10Ks, Quarterly Statements, Income Statements, etc.) | | | |
| DTX 609 | ECHO 1274-1284 | Multiple | Financial documents (annual reports, 10Ks, Quarterly Statements, Income Statements, etc.) | | | |
| DTX 610 | ECHO 1291-1355 | Multiple | Financial documents (annual reports, 10Ks, Quarterly Statements, Income Statements, etc.) | | | |
| DTX 611 | ECHO 1303-1305 | 09-00 | Xpresschex income statement | | | |
| DTX 612 | ECHO 154-165 | | ECHO 2001 Annual Report | | | |
| DTX 613 | ECHO 166-221 | | ECHO 2001 Form 10-K | | | |
| DTX 614 | ECHO 1678-1701 | 10-03-01 | RMRS (rocky mountain) Signal packet spec for communication with velocity plus or ncn systems including ach and visa packets | | | |
| DTX 615 | ECHO 1705- | | "ThDocPersonalCheck.c" Program Code | G, J | 104, 105, | |

31

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---|---|---|---|---|---|---|
| | 1708 | | | | 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 616 | ECHO 18427-18614 | | Bob Anderson Notebook starting 10-28-91 (rmrs rocky mountain) | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 617 | ECHO 18615-18762 | | Bob Anderson Notebook starting 11-03-93 (rmrs rocky mountain) | H, K, L | 104, 105, 106, 401, 402, 801, 803, | |
| DTX 618 | ECHO 18763-18771 | | Bob Anderson Notebook Rocky Mountain Retail Systems (rmrs rocky mountain) | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 619 | ECHO 18772-18911 | | Bob Anderson Notebook starting 02-28-96 (rmrs rocky mountain) | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 620 | ECHO 18912-19010 | | Bob Anderson Notebook starting 04-14-97 (rmrs rocky mountain) | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 621 | ECHO 19348-19371 | | "Electronic Check Conversion with the VISA POS Check Service" PowerPoint presentation | | | |
| DTX 622 | ECHO 19497-19498 | Multiple | Financial documents (annual reports, 10Ks, Quarterly Statements, Income Statements, etc.) | | | |
| DTX 623 | ECHO 19506-21785 | Multiple | Financial documents (annual reports, 10Ks, Quarterly Statements, Income Statements, etc.) | G | 104, 105, 106, 401, 402 | |
| DTX 624 | ECHO 21950-21996 | 12-10-04 | "Checks - Product and Sales Training Presentation 12-10-04" PowerPoint presentation | | | |
| DTX 625 | ECHO 222-261 | Multiple | Financial documents (annual reports, 10Ks, Quarterly Statements, Income Statements, etc.) | | | |
| DTX 626 | ECHO 2406-2434 | | U.S. Patent No. 4,321,672 issued to Braun, et al. | K,L | 104, 105, 106, 401, 402 | |
| DTX 627 | ECHO 24549-24575 | | Revenue Document | H | 104, 105, 106, 801, 803 | |
| DTX 628 | ECHO 24576-24612; 28155 - 28168 | | Bills/Invoices to Visa | | | |

32

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 629 | ECHO 24969-25011 | | U.S. Patent No. 5,054,092 issued to LaCaze | K, L | 104, 105, 106, 401, 402 | |
| DTX 630 | ECHO 25064-25066 | | Visa Income Analysis; July 2004 - April 2005 | | | |
| DTX 631 | ECHO 262-319 | | ECHO 2000 Form 10-K | | | |
| DTX 632 | ECHO 2700-2718 | 04-11-97 | Letter re: U.S. Patent No. 5,484,988 | | | |
| DTX 633 | ECHO 2724-2730 | 04-28-93 | Fax transmission with enclosures | K, L | 104, 105, 106, 401, 402 | |
| DTX 634 | ECHO 27423-27424 | | Bills/Invoices to Visa | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 635 | ECHO 27534-27569 | | ECHO Best Practices for Using NCN Logs | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 636 | ECHO 27570-27581 | | Everything You Always Wanted to Know About Check Conversion | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 637 | ECHO 27586 | | CM3000 help page from developer's kit | A, H, G, J, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902, Fed. R. Civ. P. 26(e) | |
| DTX 638 | ECHO 27587-27669 | 10-02 | MAGTEK MICRImage Check Reader Command Reference Manual | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 639 | ECHO 27670-27671 | | EC600i Series Document Reader and Imager | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 640 | ECHO 27672-27873 | | Verifone CR1000i Check Imaging Peripheral Programmer's Manual | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 641 | ECHO 27874 | | Magtek RMRS P/N 02522001 Configuration | G, H, J | 104, 105, 106, 401, 402, Fed. R. | |

33

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---|---|---|---|---|---|---|
| | | | | | Civ. P. 26(e) | |
| DTX 642 | ECHO 27875-27913 | | Source Code entitled "NCN-ACH Ver. 1.5" | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 643 | ECHO 27914-27978 | | Functional Specification ECHOterm ECC for Omni 33xx/37xx Visa POS Check Program and ECHO Private Label ECC Program | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 644 | ECHO 27979 | | Verifone Omni 3750 terminal state table and code | A, G, H, J | 104, 105, 106, 401, 402, 801, 803, 901, 902, Fed. R. Civ. P. 26(e) | |
| DTX 645 | ECHO 27980-28031 | | TRANZ ECHK Functional Specification Drop-in, Standalone and w/ECHO Credit | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 646 | ECHO 28032-28036 | | Tranz Verifone Tranz 330 POS terminal source code manual | A, G, H, J | 104, 105, 106, 401, 402, 801, 803, 901, 902, Fed. R. Civ. P. 26(e) | |
| DTX 647 | ECHO 28037 | | Transaction Count Document | | 104, 105, 106 | |
| DTX 648 | ECHO 28038-28041 | | MessageAppender.java | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 649 | ECHO 28042-28044 | | TH_NCIS.C annotated code | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 650 | ECHO 28045-28062 | | BlockedAchEJB.java and BlockedAch.properties | G, J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 651 | ECHO 28063-28066 | | generic_present annotated code | G, J | 104, 105, 106, 401, | |

34

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|---------------------|----------|
| DTX 652 | ECHO 28067-28071 | | tlog_echoecc.txt, tlog_gps.txt, tlog_mps.txt, tlog_nbdsecc.txt, tlog_provident.txt | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 653 | ECHO 28072-28073 | | tlog_rmrs2am.txt program | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 654 | ECHO 28074-28075 | | echo_pop and rmrs_pop code | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 655 | ECHO 28076-28088 | | Excerpts from elog_posinfo.txt and ELOG Service Table.xls program | G, J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 656 | ECHO 28089-28092 | | Two excerpts from vlog_mwindow.txt and vlog_rmrsallrev.txt code | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 657 | ECHO 28094-28097 | | genericPresent.tcl code excerpt | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 658 | ECHO 28098-28143 | | vlog_pospaper.txt code | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 659 | ECHO 28144-28150 | | currency.tcl code | G, J | 104, 105, 106, 401, 402, Fed. R. Civ. P. 26(e) | |
| DTX 660 | ECHO 28151-28154 | | UCC §3-104 | A, E, G, I, K, L | 104, 105, 106, 401, 402, 901, 902 | |
| DTX 661 | ECHO 320-340 | | ECHO 1999 Annual Report | | | |

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|---------------------|----------|
| DTX 662 | ECHO 3287-3399 | 01-26-01 | Functional Specification - ECHOterm Credit/Debit/Check Verification and ECC for Omni 3200 | | | |
| DTX 663 | ECHO 341-395 | | ECHO 1999 Form 10-K | | | |
| DTX 664 | ECHO 4266-4271 | | Electronic Check Conversion Omni 3300 and 3750 Operating Guide | | | |
| DTX 665 | ECHO 4492-4510 | | "Electronic Check Services and Processing Agreement" between ECHO and Midwest Payment Systems, Inc. | | | |
| DTX 666 | ECHO 683-684 | | Marketing material entitled XpressConversion-Electronic Check Conversion" | | | |
| DTX 667 | ECHO 687-689 | | Marketing material entitled "XpressChex-Xpress Conversion-Electronic Check Conversion" | | | |
| DTX 668 | ECHO 705-707 | | http://www.echo-inc.com/check_services_pos_conversion.html | | | |
| DTX 669 | ECHO 799-814 | | Merchant User Guide entitled "Everything You Always Wanted to Know About Check Conversion" | | | |
| DTX 670 | ECHO 81-94 | | ECHO 2002 Annual Report | | | |
| DTX 671 | ECHO 869-891 | | Omni 3200 Operating Guide | | | |
| DTX 672 | ECHO 95-153 | | ECHO 2002 Form 10-K | | | |
| DTX 673 | ECHO 9-80 | | ECHO 2003 Form 10-K | | | |
| DTX 674 | ECHO AC 2385-2396 | | Response Packet Specification for NCN Rev. 1.1 | | | |
| DTX 675 | ECHO AC 2397-2415 | | Transaction Packet Format for NCN Rev. 1.7 | | | |
| DTX 676 | ECHO AF 24217-25236 | | Roth Capital Partners Report | J | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 677 | ECHO AG 19641-19658 | | D.A. Davidson Report | H | 104, 105, 106, 801, 803 | |
| DTX 678 | ECHO GA 10-11 | 09-09-05 | Federal Reserve Financial Fee Services-Fee Schedules (www.frbservices.org/Fee Schedules/FedACH2005.html) | H, J, K, L | 104, 105, 106, 401, 402, 801, 803, Fed. R. Civ. P. 26(e) | |
| DTX 679 | ECHO GA 230- | 1999 | Method Three: Rule of Thumb to Determine | G, H, J, K, L | 104, 105, | |

36

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---|---|---|---|---|---|---|
| | 254 | | Valuation, from Early Stage Technologies Valuation and Pricing | | 106, 401, 402, 801, 803, Fed. R. Civ. P. 26(e) | |
| DTX 680 | ECHO GA 38-51 | 03-94 | Article entitled "Litigation Backgrounder for Licensing" | G, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, Fed. R. Civ. P. 26(e) | |
| DTX 681 | ECHO GA 52-57 | 09-96 | Article entitled "Royalties as Measure of Damages" | G, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, Fed. R. Civ. P. 26(e) | |
| DTX 682 | ECHO GA 58-68 | 12-02 | "Use of the 25 Per Cent Rule in Valuing IP" | G, H, J, K, L | 104, 105, 106, Fed. R. Civ. P. 26(e) | |
| DTX 683 | ECHO GA 8-9 | 09-12-05 | Federal Reserve Financial Fee Services - Fee Schedules (www.frbservices.org/Fee Schedules/FedACH2004.html) | H, J, K, L | 104, 105, 106, 401, 402, 801, 803, Fed. R. Civ. P. 26(e) | |
| DTX 684 | ECHO OP 1-42 | 03-07-03 | Letter re: U.S. Patent No. 6,164,528 | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 685 | ECHO OP 244-431 | 05-00 | Letter re: U.S. Patent No. 5,484,988 | H | 104, 105, 106, 801, 803 | |
| DTX 686 | ECHO OP 434-436 | 02-02-02 | February 2, 2002 ECHO Board of Directors Minutes | H, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 687 | ECHO OP 437-438 | 02-01-02 | Letter from Marshall Frost, Esq. to ECHO Board of Directors dated February 1, 2002 re LML Patents | H, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 688 | ECHO OP 443-445 | 04-10-00 | April 10, 2000 ECHO Board of Directors Minutes | H, L | 104, 105, 106, 401, 402, 801, 803 | |

37

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|---------------------|----------|
| DTX 689 | ECHO OP 448-459 | 07-16-02 | July 16, 2002 ECHO Board of Directors Minutes with Check Services Overview power point slides | G, H, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 690 | ECHO OP 460-462 | 04-09-02 | April 9, 2002 ECHO Board of Directors Minutes | H, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 691 | ECHO OP 486-489 | | Memo from Joe Stubbs, Esq. re LML Patents | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 692 | ECHO OP 494-497 | 12-02-02 | December 2, 2002 ECHO Board of Directors Minutes | H, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 693 | LML EP 61795-61800 | 02-04-01 | NERA February 4, 2001 letter to Abokhair re valuation of LML patent | H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 694 | NOVA EXPERT-30-NOVA EXPERT-46 | | Checks and approval slips | A, H, J, K, L | 104, 105, 106, 401, 402, 801, 803, 901, 902, Fed. R. Civ. P. 26(e) | |
| DTX 695 | ECHO0001183 -1186 | | Checks and approval slips NCN Participation Agreement between ECHO and Global eTelecom | | | |
| DTX 696 | ECHO0000443 -4476 | | Electronic Check Services and Processing Agreement between ECHO and Bank of America Technology and Operations, Inc. | | | |
| DTX 697 | ECHO0004447 -4491 | | Electronic Check Services and Processing Agreement between ECHO and Columbia Bank | | | |
| DTX 698 | ECHO0004511 -4533 | | Electronic Check Services and Processing Agreement between ECHO and First National Bank of Omaha | | | |
| DTX 699 | ECHO0004616 -4630 | | VISA POS Check Services Program Merchant Marketing and Processing Services Agreement between ECHO and First Horizon National Corporation, Inc. | | | |

38

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|---------------------|----------|
| DTX 700 | ECHO00004631 -4635 | | Amendment to the Electronic Check Services and Processing Agreement between ECHO and First National Bank of Omaha | | | |
| DTX 701 | ECHO00022121 -22146 | | Electronic Check Services and Processing Agreement between ECHO and Wells Fargo Bank, N.A. | | | |
| DTX 702 | ECHO00004534 -4568 | | Electronic Check Services and Processing Agreement between ECHO and National Processing Company, LLC | | | |
| DTX 703 | ECHO00004569 -4605 | | Electronic Check Services and Processing Agreement between ECHO and Wind River Financial | | | |
| DTX 704 | ECHO00004606 -4615 | | Electronic Check Services and Processing Agreement between ECHO and Payment Option Solutions, LLC | | | |
| DTX 705 | ECHO0000019037 -19051 | | VISA POS Check Services Program Merchant Marketing and Processing Services Agreement between ECHO and Moneris Solutions, Inc. | | | |
| DTX 706 | ECHO00004651 -4653 | | Electronic Check Services and Processing Agreement between ECHO and Wells Fargo Bank, N.A. | | | |
| DTX 707 | ECHO00004654 -4664 | | Addendum to Electronic Check Services and Processing Agreement between ECHO and Wells Fargo Bank, N.A. | | | |
| DTX 708 | ECHO00004665 -4695 | | Electronic Check Services and Processing Agreement between ECHO and SouthTrust Bank | | | |
| DTX 709 | ECHO00019011 -19019 | | Electronic Check Services and Processing Agreement between ECHO and Payment Option Solutions, LLC | | | |
| DTX 710 | ECHO00019020 -19033 | | Electronic Check Services and Processing Agreement between ECHO and First Horizon National Corporation, Inc. | | | |
| DTX 711 | ECHO00019034 -19036 | | Amendment to the Electronic Check Services and Processing Agreement between ECHO and First National Bank of Omaha | | | |
| DTX 712 | ECHO 28169 -28183 | | Merchant User Guide for ECC with NCN Verification entitled "Everything You Always Wanted to Know About Check Conversion" | | | |
| DTX 713 | ECHO 15481 –15489 | | E-mail re VISA POS Set Ups, ABC Auto Parts | | | |
| DTX 714 | ECHO 4783 –4788 | | Setup Documents for ECHO VISA POS Merchant Heroes Comics | | | |

| Ex. No. | Bates No. | Date of Document | Description | Objection and Basis | Basis for Admission | Admitted |
|---------|-----------|------------------|-------------|---------------------|---------------------|----------|
| DTX 715 | ECHO 11905 – 111910 | | Merchant Debit Card Application and Processing Agreement; CHEXpediate ACH Services Application | | | |

40

| Ex. No. | Bates No. | Date | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| DTX 800 | NOVA 1434 - 1460 | - | Electronic Check Service (ECS) Program Guide | | | |
| DTX 801 | NOVA 1461 - 1501 | - | Electronic Check Services (ECS) Program Guide, Version 1.15 | | | |
| DTX 802 | NOVA 1502 - 1545 | - | Electronic Check Services (ECS) Program Guide, Version 1.16 | | | |
| DTX 803 | NOVA 2144 - 2145 | - | RDM EC6000i Electronic Check Reader and Imager | | | |
| DTX 804 | NOVA 2512 - 2514 | - | Electronic Check Service (ECS) Custom Retail Enrollment/Update Addendum | | | |
| DTX 805 | NOVA 2519 - 2521 | - | Electronic Check Service (ECS) Retail Enrollment/Update Addendum | | | |
| DTX 806 | NOVA 2528 - 2533 | 2004 | Overall ECS Snapshot | | | |
| DTX 807 | NOVA 2534 - 2568 | - | Electronic Check Services (ECS) Implementation Guide Version 1.0 | | | |
| DTX 808 | NOVA 2932 - 2937 | - | Electronic Check Service, A Smarter Way to Accept Checks | | | |
| DTX 809 | NOVA 2938 - 2939 | 4/04 | Electronic Check Processing | | | |
| DTX 810 | NOVA 2940 - 2941 | 2004 | Quick Reference Guide - Electronic Check Service | | | |
| DTX 811 | NOVA 2942 - 2943 | 2004 | Quick Reference Guide - Electronic Check Service | | | |
| DTX 812 | NOVA 2944 | - | Electronic Check Service Guide | | | |
| DTX 813 | NOVA 2952 - 2985 | - | Electronic Check Service User Guide | | | |
| DTX 814 | NOVA 3017 - 3018 | - | ECS Equipment Checklist for the Omni 3200 Series and RDM EC6000i | | | |
| DTX 815 | NOVA 3324 - 3325 | - | RDM EC5000i Series Electronic Check Reader and Imager | | | |
| DTX 816 | NOVA 3330 - 3331 | - | ECS Equipment Checklist for the T7PT and the RDM EC6000i | | | |
| DTX | NOVA 3348 - | - | ECS Equipment Checklist for the Omni | | | |

41

| Ex. No. | Bates No. | Date | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---|---|---|---|---|---|---|
| 817 | 3349 | | 3750 Series and RDM EC6000i | | | |
| DTX 818 | NOVA 27082 - 27107 | 1-31-05 | Nova Electronic Check Service - Product Performance Report. Activity Through January 31st, 2005 | H | 104, 105, 106, 801, 803 | |
| DTX 819 | NOVA 27099 | | E-Check Growth Statistics | H | 104, 105, 106, 801, 803 | |
| DTX 820 | NOVA 28340 - 42 | 2-04 | Electronic Check Service (ECS) Nova Direct Pricing - February, 2004 | | | |
| DTX 821 | NOVA 29174 - 29200 | - | Electronic Check Services (ECS) Program Guide | | | |
| DTX 822 | NOVA 30512 - 30577 | - | Electronic Check Service Guide | | | |
| DTX 823 | NOVA 35191 - 35233 | - | Electronic Check Service (ECS) Program Guide, V1.15 | | | |
| DTX 824 | NOVA 52860 | 4-30-05 | Nova Information Systems Electronic Check Monthly Income Statement For the Month Ending April 30, 2005 | | | |
| DTX 825 | NOVA 53198 | 2004 | Nova ECS 2004 Margin | | | |
| DTX 826 | NOVA 53288 | | Nova Electronic Check Service - Product Performance Report. Activity Through December 31st, 2005 | | | |
| DTX 827 | NOVA 53291 | | E-Check Growth Statistics | | | |
| DTX 828 | NOVA EXPERT 5 -8 | - | Work Experience of Stephen A. Schutze | | | |
| DTX 829 | NOVA EXPERT 28 | - | Check Type Overlay Measuring Device | G,H,J | 104, 105, 106, 401, 402, 801, 803, FRCP 26(e) | |
| DTX 830 | NOVA PRIV 20 - 154 | 7-19-04 | Opinion of counsel re infringement | H | 104, 105, 106, 801, 803 | |
| DTX 831 | NOVA PRIV 155 - 184 | 8-30-04 | Opinion of counsel re invalidity | H | 104, 105, 106, 801, 803 | |
| DTX 832 | LML-EP 17104 - 17117 | 10-1-97 | Letter providing summary comparison of the Verifone Patent to the ChequeMark Patent | E,H,K,L | 104, 105, 106, 401, 402, 801, 803 | |

42

| Ex. No. | Bates No. | Date | Description | Objection and Basis | FRE in Support of Admission | Admitted |
|---------|-----------|------|-------------|---------------------|----------------------------|----------|
| DTX 833 | | 9-20-05 | Expert Report of Alan G. Goedde, Ph.D. | E, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 834 | | 9-20-05 | Expert Report of Stephen A. Schutze Regarding Non-Infringement | E, H, K, L | 104, 105, 106, 401, 402, 801, 803 | |
| DTX 835 | | | LML's Responses to Nova's First Set of Interrogatories | E | 104, 105, 106, 401, 402 | |
| DTX 836 | | | LML's First Supplemental Responses to Nova's Interrogatory Nos. 5 & 6 | E | 104, 105, 106, 401, 402 | |
| DTX 837 | | | LML's Corrected First Supplemental Responses to Nova's Interrogatory Nos. 5 & 6 | E | 104, 105, 106, 401, 402 | |
| DTX 838 | | | LML's Second Supplemental Responses to Nova's Interrogatory Nos. 1 & 2 | E | 104, 105, 106, 401, 402 | |
| DTX 839 | | | LML's Supplemental Responses to Nova's Interrogatory Nos. 1, 2 & 7 | E | 104, 105, 106, 401, 402 | |
| DTX 840 | | | LML's Supplemental Responses to Nova's Interrogatory Nos. 2, 4, 7 & 8 | E | 104, 105, 106, 401, 402 | |

43

455857_1

Agreed to by the parties this 29th day of March, 2006:

/s/ FrancisDiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE &
HUTZ LLP
The Nemours Buildiing – 8th Floor
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

Robert Jacobs
Mark B. Mizrahi
BELASCO JACOBS &
TOWNSLEY, LLP
Howard Hughes Center
6100 Center Drive, Suite 630
Los Angeles, CA 90045
(310) 743-1188

*Attorneys for Xpresschex, Inc. and
Electronic Clearing House, Inc.*

/s/ Timothy Devlin
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
(302-652-5070

*Attorneys for TeleCheck Services,
Inc.*

/s/ Richard D. Kirk
Richard D. Kirk (#922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 888-6800

Mark C. Scarsi
Vision Winter
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for NOVA Information
Systems*

44

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 29, 2006, I electronically filed

**DEFENDANTS' REVISED TRIAL EXHIBIT LIST** with the Clerk of Court using CM/ECF which

will send notification and we will hand deliver such filing to the following:

Richard K. Herrmann, Esquire
Morris James Hitchens
  & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

William J. Marsden, Esquire
Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on March 29, 2006, I have mailed by U.S. Postal Service, the document to

the following non-registered participants.

Russell E. Levine, Esquire, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mark C. Scarsi, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

Dale M. Cendali, Esquire
O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, N.Y. 10036

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com
*Attorneys for Defendants Xpresschex, Inc. and Electronic
Clearing House, Inc.*

455857_1