IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LML PATENT CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TELECHECK SERVICES, INC.,<br>ELECTRONIC CLEARING HOUSE, INC.,<br>XPRESSCHEX, INC. and<br>NOVA INFORMATION SYSTEMS, INC.,<br><br>　　　　Defendants. | C.A. 04-858 (SLR) |

**STIPULATED DISMISSAL**

WHEREAS, plaintiff, LML Patent Corp., and defendants TeleCheck Services, Inc., Electronic Clearing House, Inc., XpressChex, Inc. and Nova Information Systems, Inc., (the "Defendants") as indicated by the signature of counsel appearing below, have agreed to the dismissal of the Defendants from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order and the confidential settlement agreements between each of the Defendants and LML Patent Corp. dated April 3, 2006,

NOW, THEREFORE, it is ordered as follows:

1.　The claims by LML Patent Corp. against the Defendants and the counterclaims by Nova Information Systems, Inc. against LML Patent Corp. are hereby dismissed with prejudice.

2.　Each party shall bear its own costs and attorneys' fees attributable to the prosecution and defense of the claims as between LML Patent Corp. and the Defendants and the counterclaims by Nova Information Systems, Inc. against LML Patent Corp.

**STIPULATED AND AGREED**

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ Timothy Devlin |
| Richard K. Herrmann (I.D. No. 405) | William J. Marsden, Jr. (I.D. No. 2247) |
| Mary B. Matterer (I.D. No. 2696) | Timothy Devlin (I.D. No. 4241) |
| MORRIS JAMES HITCHENS | FISH & RICHARDSON P.C. |
| & WILLIAMS LLP | 919 North Market Street, Suite 1000 |
| 222 Delaware Avenue, 10th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | 302.652.5070 |
| 302.888.6800 | marsden@fr.com |
| rherrmann@morrisjames.com | devlin@fr.com |
| mmatterer@morrisjames.com | |

*Counsel for Plaintiff*  *Counsel for Defendant*
*LML Patent Corp.*  *TeleCheck Services, Inc.*

/s/ Francis DiGiovanni
Francis DiGiovanni (I.D. No. 3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302.658.9141
fdigiovanni@cblh.com

*Counsel for Defendants*
*Electronic Clearing House, Inc.*
*and Xpresschex, Inc.*

/s/ Richard D. Kirk
Richard D. Kirk (I.D. No. 922)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
302.429.4208
rkirk@bayardfirm.com

*Counsel for Defendant*
*NOVA Information Systems, Inc.*

SO ORDERED this _____ day of _____, 2006

_____
Judge Sue L. Robinson