OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 20, 2007

Francis DiGiovanni, ESQ.
Connolly, Bove, Lodge & Hutz
Email:fdigiovanni@cblh.com

RE: **LML Patent Corp. v. Telecheck Services, et al.,**
    Civ. No. 04-cv-858-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
349,354,355,357,362,418,419,420,421,487,488.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents
on ____AUG 20 2007____.

_____
Signature