OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 20, 2007

Timothy Delvin, ESQ.
Fish & Richardson, P.C.
Email:
tdevlin@fr.com

RE:  **LML Patent Corp. v. Telecheck Services, et al..**
     Civ. No. 04-cv-858-SLR

Dear Counsel:

   Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
232,233,279,280,288,289,297,298,299,300,345,350,353,356,405,431, 433,438,439,440,483,484,485,486,543.

   A copy of the signed acknowledgment has been attached for your records.

                                          Sincerely,

                                          Peter T. Dalleo, Clerk

                                          By: _____


   I hereby acknowledge receipt of the above mentioned documents

on _____AUG 20 2007_____.


                        __F. Joyce Parcels_____
                          Signature