OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

Richard K. Herrmann, ESQ.
Morris James LLP
Email:rherrmann@morrisjames.com

RE: **LML Patent Corp. v. Telecheck Services, et al..**
Civ. No. 04-cv-858-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:263,284,286,287,295,296,313,314,316,317,319,320,322,323,326
327,330,331,334,336,338,340,344,346,351,352,403,
422,423,424,425,426,427,428,430,435,437,450,451,452,453,481,489,
490,493,494,496,498,499,538,544.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By _____

I hereby acknowledge receipt of the above mentioned documents
on  8/15/07  .

_____
Signature