OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

Richard D. Kirk, ESQ.
The Bayard Firm
Email:bankserve@bayardfirm.com

RE: **LML Patent Corp. v. Telecheck Services, et al..**
    Civ. No. 04-cv-858-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
244,245,328,332,335,343,406,407,408,409,429,432,434,436,482.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/ Andre Davis

I hereby acknowledge receipt of the above mentioned documents on 8/15/07.

/s/ Jonathan Durandetta
Signature